**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Criminal Number 3:92cr68-4** |
| | **)** | **The Honorable James R. Spencer** |
| **LANCE THOMAS,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

### MOTION FOR APPOINTMENT OF COUNSEL REGARDING 18 U.S.C. § 3582(c) RELIEF

COMES NOW undersigned counsel, pursuant to Rule 44(a) of the Federal Rules of Criminal Procedure, and respectfully requests this Court enter an order appointing him to represent the above named defendant regarding 18 U.S.C. § 3582 relief, as it relates to United States Guideline Amendment 782.

WHEREFORE, undersigned counsel respectfully requests the Court appoint him to represent the defendant.

Respectfully submitted,
"Vernon" Lance Thomas[1]

_____/s/_____
Paul E. Shelton, Jr.
Virginia State Bar Number: 88550
Office of the Federal Public Defender
701 East Broad Street, Suite 3600
Richmond, VA 23219
Telephone: (804) 565-0890
Fax: (804) 648-5033
paul_shelton@fd.org

---

[1] The defendant's name appears as "Lance Thomas" in his online docket sheet. However, in the BOP inmate locator, his name appears as "Vernon Lance Thomas."

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2016, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system, which will send a notification of such filing (NEF) to

        Brian Hood
        Assistant United States Attorney
        919 E. Main Street, Suite 1900
        Richmond, Virginia 23219
        brian.hood@usdoj.gov

By            /s/
            Counsel

Paul E. Shelton, Jr.
Virginia State Bar Number: 88550
Office of the Federal Public Defender
701 East Broad Street, Suite 3600
Richmond, VA 23219
Telephone: (804) 565-0890
Fax: (804) 648-5033
paul_shelton@fd.org