IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA )
)
v. )    Docket No. 3:92CR68-4
)    The Honorable James R. Spencer
VERNON LANCE THOMAS, )
)
Defendant. )

## RESPONSE TO THE COURT'S ORDER OF JULY 5, 2016

The Office of the Federal Public Defender has been appointed by the Court to represent Mr. Thomas regarding his potential eligibility for relief under 18 U.S.C. § 3582(c) and United States Sentencing Guidelines, Appendix C, Amendment 782.

Undersigned counsel has reviewed Defendant's Presentence Report and other relevant documents. After evaluation of the Defendant's file, undersigned counsel submits no further argument at this time. Because counsel is not filing a motion on Mr. Thomas's behalf and no motion is currently pending, the Court need take no further action in Mr. Thomas's case..

Respectfully submitted,

Vernon Lance Thomas,

By _____
Counsel

Paul E. Shelton, Jr.
Virginia State Bar Number: 88550
Office of the Federal Public Defender
701 East Broad Street, Suite 3600
Richmond, VA 23219
Telephone: (804) 565-0890
Fax: (804) 648-5033
paul_shelton@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2016, I filed the foregoing pleading with the Clerk of the Court and mailed a copy of the same to:

Thomas Garnett
Office of the United States Attorney
919 E. Main Street, Suite 1900
Richmond, Virginia   23219
thomas.a.garnett@usdoj.gov


Vernon Lance Thomas
Reg. No. 09890-424
USP Lee
P.O. Box 305
Jonesville, VA 24263

By _____
Counsel

Paul E. Shelton, Jr.
Virginia State Bar Number: 88550
Office of the Federal Public Defender
701 East Broad Street, Suite 3600
Richmond, VA 23219
Telephone: (804) 565-0890
Fax: (804) 648-5033
paul_shelton@fd.org

-2-