UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF VIRGINIA AT RICHMOND.

UNITED STATES OF AMERICA

V.          3:92CR68-04

LANCE THOMAS

FILED
FEB 25 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Motion For Appointment of Substitution
of Counsel 18 U.S.C + 3582 (c)(2)

Comes Now, Defendant Lance Thomas, Pro-se
respectfully moving the Court for Appointment
of Counsel. As Follows.

1) On July 5, 2016, this honorable Court Appointed
Attorney Paul Shelton. For the Filing of a
18 USC + 3582 (c)(2) Reduction in Sentence.

2) Reduction of Life Sentence to a term of the
Sum of months.

3) Change in Crack Cocaine Ratio

4) Elements of Predicate offense 21 U.S.C + 848.

5) Including issues of sentenced under Booker,
and in Violation of Apprendi.

6) Convicted and Sentenced at the time of being incompetent. Denied 18 USC 4241-4247. IQ Less than 70. Pate V. Robinson 15 LED2D 815, 383 US 375. and medical Documention of being Mentally Challenged unable to assist Counsel in his defense.

7) Ineffective Assistance of Counsel and Conflict of interest. Fraudulent Consealments, fraudulent, Misrepresentions fraudulent omissions, Self denial of $5^{th} + 6^{th}$ Amendment Rights.

8) First Step Act. Warrenting of the Appointment of Substitition of Counsel.

9) Moving the Court for the Production of all Discovery, Tangible objects in the possession, of Government and or Attainable through due diligence.

10) 18 USC ₰ 924(c), no Longer a Crime of Violence.

11) Count 1, 21 USC ₰ 846, Prejudice, Denial of Full fair Hearing never should have been heard, and presented to Jury at trial, Should have been dismissed Prior to trial. Confusions the Jury, and inadmissible of 21 USC 846 Evidence Predicate offense.

12) That their was a defect in the integrity of 28 USC₰ 2255 - That denial defendant of due process. Corrupting the Judicial Machinery. So that it could not function. Fraudulent Consealments, Fraudulent Misrepresentions, Self Consealing fraudulent omission By AUSA, Howard c Vick

13) Deals and Consignment with government Witness, Sterling Harding, Jerry Gaiters.

14) Petitioner is by no means raising a second or Succesive 28 USC § 2255; He Know that he must first Seek permission.

15) Concern: That the Government, formula used Some 27 years ago, Doesn't Comport with due process in 2019.

16) In other words, no one is being criminally prosecuted and convicted in 2019, By the Same formula in 1993, Same Circumstances, alleged Criminal Violation.

17) That i got Assistance from inmate William S. Davis Reg-84944-083. He prepaired this for me. As i understand nothing, As to the Legal process, Nature of offence, duties of Judge, Counsel, Jury, and Prosecution. 18 USC § 4241 (d) + 4243.

18) Discovery - Subordination of purjury - Sterling Harding Fraudulent Consealment.

19) Deal of Liniency - for Testimony Falsely - Against defendant at trial.

20) Wherefore Defendant Lance Thomas, respectfully pray's this honorable Court Grant this motion. And what so ever else is proper as is Just.

2-21-19                                    Lance Thomas

Certificate of Service that this is to
Certify that the fore going Motion was
Service First class. mail.


Brian Hood
Assistance united state Attorney
919 East Main street, Suite 1900
Richmond VA, 23219.


2-21-19                              Lance Thomas

VERNON LANCE THOMAS - 09890-424
U.S.P. Hazelton
P.O. Box 2000
Bruceton mills, WVA
26525

U.S. MARSHALS
INSPECTED

Legal Mail

Spottswood W. Robinson III + Robert R. Merhige
701 East Broad Street, Suite 3000
Richmond VA, 23219

23219-18425U