**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:92cr68 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| VERNON LANCE THOMAS, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## **NOTICE OF APPEARANCE**

COMES NOW, the United States of America, by and through its representative,

G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, and his

Assistant United States Attorney, Thomas A. Garnett, advising the Court that Mr. Garnett should

be added as counsel for the United States in the above-captioned case.

Respectfully Submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____/s/_____

Thomas A. Garnett
Assistant United States Attorney
Virginia Bar No. 86054
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia  23219
Phone: 804-819-5400
Fax:    804-771-2316
Email: Thomas.A.Garnett@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to all counsel of record.

> /s/
> Thomas A. Garnett
> Assistant United States Attorney
> Virginia Bar No. 86054
> United States Attorney's Office
> 919 East Main Street, Suite 1900
> Richmond, Virginia  23219
> Phone: 804-819-5400
> Fax:    804-771-2316
> Email: Thomas.A.Garnett@usdoj.gov