Dear Judge Spencer                    march 18, 2020

My name is Vernon Thomas, # 09890-424 my case # 3:92CR68-04, I'm writing to you in concern of the "First Step Act" I've wrote the federal Public Defender's office numerous times asking for some assistance pertaining to the "First Step Act" But i haven receive any responds back from them. All i'm asking is for some help. pertaining to the "First Step Act"

Thanking you in advance for any and all of your assistance into this matter.

                                  Respectfully

                              Vernon Thomas.

RECEIVED

MAR 23 2020

CLERK, U.S. DISTRICT COURT
RICHMOND, VA