Vernon Thomas - 09890-424
U.S.P. Hazelton
P.O. Box 2000
Bruceton mills Wva, 26525

PITTSBURGH PA 150

19 MAR 2020 PM 1 L



U.S. MARSHALS SERVICE
INSPECTED

James R. Spencer
United States Court House.
701 East Broad Str    Suite 3000
Richmond Va, 23219.

23219-187250