IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

      v.                                           Criminal No. 3:92cr68 (DJN)

VERNON LANCE THOMAS,
      Defendant.

**ORDER**
**(Appointing Counsel, Setting Briefing Schedule)**

This matter comes before the Court on Defendant's letter motion, (ECF No. 6), requesting that the Court appoint an attorney to represent him with respect to his eligibility for relief under the First Step Act.  Upon due consideration, the Court hereby GRANTS the motion.

1.      The Clerk is DIRECTED to appoint the Federal Public Defender ("FPD") to represent Defendant for the purpose of the First Step Act.  If a conflict prevents the FPD from representing Defendant or if Defendant declines representation by the FPD, the FPD must notify the Court by written notice within fifteen (15) days of entry of this Order.

2.      If Defendant is eligible for relief, counsel SHALL file a Motion for a Sentence Reduction Pursuant to the First Step Act within thirty (30) days of entry of this Order.

3.      If, after a conscientious review of Defendant's case, the FPD finds the request for relief frivolous, the FPD SHALL file a motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738, 744 (1967), accompanied by "a brief referring to anything in the record that might arguably support" the client's claim for relief.

4.      If the Motion for a Sentence Reduction Pursuant to the First Step Act is not opposed, then the FPD SHALL so state in its motion.  If the United States is unable to take a position at that time, the FPD SHALL so state.  Defendant SHALL state with specificity what sentence is appropriate.  In so stating, the FPD SHALL articulate its recommended sentence in

terms of months, not percentages of reduction, specifically explaining how the recommendation relates to time already served.

5. If relying on 18 U.S.C. § 3582(c) as the vehicle for seeking or opposing a sentence reduction, all parties SHALL support their recommendation following the dictates articulated by the United States Court of Appeals for the Fourth Circuit in *United States v. Martin*, 916 F.3d 389 (4th Cir. 2019).

6. The Court DIRECTS the United States Attorney's Office to respond within thirty (30) days of the filing date of Defendant's motion and to explain its position regarding Defendant's motion and requested relief.  The United States must further provide the following information:

    a. Defendant's currently-projected date of release;
    b. Status of Defendant's educational and vocational training, if any;
    c. Status of any treatment of Defendant for substance abuse or physical or mental health;
    d. Defendant's post-sentencing conduct, including Defendant's compliance with the rules of the institution(s) in which Defendant has been incarcerated; and
    e. Any relevant considerations of public safety.

In its response, the United States is also directed to state whether it opposes the Motion, either because Defendant is not eligible for relief or, for example, because Defendant poses a risk of harm to the public, or any other reason.  The United States must also state the number of months and years of supervised release it considers appropriate for Defendant's sentence.  The proposed reduction of sentence shall be expressed in terms of months, not percentages.

7. If Defendant disagrees with the Government's response, Defendant may reply to the Government's response within thirty (30) days of the date that the Government's response is filed.

8. The United States Probation Office is DIRECTED to prepare a First Step Act

Worksheet ("Worksheet") within fourteen (14) days of the date of entry hereof.  The Worksheet

SHALL contain essentially the same information as was provided in the Drug Guidelines

Amendment Application Worksheet.

The Clerk is directed to send a copy of this Order to all counsel of record, to the United

States Probation Office, Richmond Division, and to Defendant.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated:  March 24, 2020

3