IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:92-cr-68-DJN |
| | ) | |
| VERNON LANCE THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Assistant U.S. Attorney S. David Schiller

in this matter as counsel for the United States.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY
By:     _____/s/_____
                S. David Schiller
                Assistant United States Attorney
                V.S.B. 20260
                Office of the United States Attorney
                919 East Main Street, Suite 1900
                Richmond, Virginia 23219
                (804) 819-5400
                (804) 771-2316 (facsimile)
                David.Schiller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify on March 26, 2020, I electronically filed the foregoing with
the Clerk of the Court using the CM/ECF system.

By:     _____//s//_____
                S. David Schiller
                Assistant United States Attorney