## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 3:92cr68-04** |
| | ) | **The Honorable David J. Novak** |
| **VERNON LANCE THOMAS,** | ) | |
| | ) | |
| *Defendant.* | ) | |

### CONSENT MOTION TO EXTEND TIME TO FILE FOR RELIEF

Petitioner Vernon Thomas, by counsel, hereby moves this Court to extend the time to file his motion for relief under section 404 of the First Step Act for 60 days beyond the date of this filing. Counsel has been looking into Mr. Thomas's case and collecting information relevant to his First Step Act motion. This is a complicated case because, in addition to his cocaine base conviction, he also has convictions for violent offenses. Further, counsel was appointed to this case amidst the coronavirus crisis and did not properly docket the briefing schedule for the First Step Act motion. Recently, counsel has experienced a family emergency and has been unable to attend to many work assignments. Consequently, Mr. Thomas asks the Court for additional time to prepare and file his First Step Act motion.

Counsel has communicated with Mr. Dave Schiller, Assistant United States Attorney, and he has no objection to this motion.

WHEREFORE, Mr. Thomas respectfully requests that this Court extend the deadline for filing his First Step Act motion for 60 days.

Respectfully Submitted,
**VERNON LANCE THOMAS**

By:        _____/s/_____

Robert J. Wagner
Va. Bar No. 27493
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804) 565-0808
robert_wagner@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to:

Dave Schiller
US Attorney's Office
SunTrust Building
919 East Main Street
Suite 1900
Richmond, VA 23219

_____/s/_____

Robert J. Wagner
Va. Bar No. 27493
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804) 565-0830
robert_wagner@fd.org

2