IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

    v.                                         Criminal No. 3:92cr68 (DJN)

VERNON LANCE THOMAS,
    Defendant.

**ORDER**

This matter comes before the Court on its own initiative.  On March 24, 2020, the Court appointed the Federal Public Defender to represent Defendant Vernon Lance Thomas ("Defendant") with respect to his eligibility for relief under the First Step Act.  (ECF No. 7). The Court ordered Defendant to file his Motion for Sentence Reduction Pursuant to the First Step Act within thirty days.  The deadline that the Court set for Defendant to file his Motion has now passed without Defendant having filed his Motion.  The Court recognizes the extreme burden that the outbreak of Coronavirus-2019 has placed on the Federal Public Defender in communicating with defendants and preparing First Step Act motions, having granted extensions in other cases.  Accordingly, because the Court finds good cause, the Court hereby GRANTS an extension of time for Defendant to file his First Step Act Motion.  Defendant shall have sixty (60) days from the entry of this Order to file his Motion.

Further, the United States Probation Office is DIRECTED to prepare a First Step Act Worksheet ("Worksheet") within fourteen (14) days of the date of entry hereof.  The Worksheet SHALL contain essentially the same information as was provided in the Drug Guidelines Amendment Application Worksheet.

The Clerk is directed to send a copy of this Order to all counsel of record, to the United States Probation Office, Richmond Division, and to Defendant.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: May 22, 2020