FILED: July 15, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 20-7
(3:92-cr-00068-DJN-3)
———————————

In re: JAMES H. ROANE, JR., a/k/a J.R.

      Movant

———————————

O R D E R

———————————

Upon consideration of submissions relative to the movant's motion to hold this matter in abeyance, the court grants the motion and places this case in abeyance pending a decision by this court in *United States v. Taylor*, No. 19-7616.

Entered at the direction of Judge Motz with the concurrence of Judge Floyd. Judge Wilkinson voted to deny authorization to file a successive motion under 28 U.S.C. § 2255.

      For the Court

      /s/ Patricia S. Connor, Clerk