FILED: July 15, 2020

## UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

———————————

No. 20-8
(3:92-cr-00068-DJN-2)

———————————

In re: COREY JOHNSON, a/k/a O, a/k/a CO

    Movant

———————————

O R D E R

———————————

Upon consideration of submissions relative to the movant's motion to hold in abeyance, the court grants the motion and places this case in abeyance pending a decision by this court in *United States v. Taylor*, No. 19-7616.

Entered at the direction of Judge Motz with the concurrence of Judge Floyd. Judge Wilkinson voted to deny authorization to file a successive motion under 28 U.S.C. § 2255.

For the Court

/s/ Patricia S. Connor, Clerk