FILED: July 15, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-10
(3:92-cr-00068-DJN-1)
_____

In re: RICHARD TIPTON, a/k/a Whittey

      Movant

_____

O R D E R

_____

Upon consideration of submissions relative to the movant's motion to hold in abeyance, the court grants the motion and places this case in abeyance pending a decision by this court in *United States v. Taylor*, No. 19-7616.

Entered at the direction of Judge Motz with the concurrence of Judge Floyd. Judge Wilkinson voted to deny authorization to file a successive motion under 28 U.S.C. § 2255.

                For the Court

                /s/ Patricia S. Connor, Clerk