AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia ▼

| | |
|---|---|
| United States | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   3:92CR68 |
| James H. Roane, Jr. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James H. Roane, Jr.

Date:    07/22/2020

*Attorney's signature*

Matthew Leland Engle, Va. Bar No. 46833
*Printed name and bar number*
Donovan & Engle, PLLC
1134 East High St., Unit A
Charlottesville, Virginia 22902

*Address*

matthew@donovanengle.com
*E-mail address*

(571) 249-6559
*Telephone number*

(434) 465-6866
*FAX number*