**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | |
| | : | Crim. No. 3:92CR68 |
| v. | : | |
| | : | |
| JAMES H. ROANE, JR. | : | |

**APPENDIX VOL. VI**

**App. 0590-0713**

## DECLARATION OF JAMES E. AIKEN
## PURSUANT TO 28 U.S.C. § 1746

1.      My name is James E. Aiken, and I have spent the last 36 years working in the

prison profession which also entailed  the assessment and management of prisoners. I hold a

Masters Degree in Criminal Justice from the University of South Carolina, and a B. A. Degree

from Benedict College. Since 1994, I have been the president of James E. Aiken and Associates,

Inc., a  correctional consulting firm.

2.      Prior to 1994, I worked in various correctional systems in various supervisory

capacities, including the following:

- Director and Consultant to the Bureau of Corrections, United States Virgin Islands,  August 1992 to August 1994;

- Commissioner of the Department of Correction, Indiana Department of Correction, March 1989 - August 1992;

- Deputy Regional Administrator of the South Carolina Department of Corrections (managing 16 prisons), April 1987 to March 1989;

- Warden of the Central Correctional Institution (state penitentiary) of the South Carolina Department of Corrections, May 1982 to April 1987;

- Warden of the Women's Correctional Institution of the South Carolina Department of Corrections, September 1979 to May 1982;

- Deputy Warden for Administration, Central Correctional Institution, South Carolina Department of Corrections, September 1976 to September 1979;

- Deputy Warden for Institutional Operations, Manning Correctional Institution, South Carolina Department of Corrections, February 1974 to September 1976;

- Administrative Assistant to the Warden, Manning Correctional Institution, South Carolina Department of Corrections, September 1972 to February 1974;

- Social worker in the substance abuse treatment program, South Carolina Department of Corrections, September 1971to September 1972.

Page 1 of  7

3.      During the course of my career, I have provided consulting services through the U.S. Department of Justice, the National Institute of Corrections, and as a private consultant to numerous international, federal, state, county, and metropolitan jurisdictions.  My areas of expertise include, but are not limited to, issues pertaining to inmate classification, prison security systems, assessment of security operational performance, riot and gang management, managing the violent youth offenders in adult prisons, correctional leadership development, managing the violent hard to manage inmate and executive training for new and experienced wardens.

4.      I was an adjunct professor at Indiana University - Purdue University in Indiana. Also I served on the Board of Directors of the Crossroads of America, Council of the Boyscouts of America, and was appointed to the Board of Visitors of Indiana University.  From 1990-1991, I was a member of the National Taskforce on Correctional Substance Abuse Strategies in Washington D.C.

5.      The United States Congress appointed me in July 2004 to the National Prison Rape Elimination Commission. Over a multi-year period, the Commission will conduct "comprehensive hearings and examine all penalogical, economic, physical, mental, medical and social issues relating to prison rape in America." At the conclusion of its review, the Commission will issue a comprehensive report on the subject, including a recommended set of national standards to reduce and eliminate prison rape. Also, a grant program will make annual grants (up to $40 million each year) to state and local programs that enhance the prevention and punishment of prison rape and maintain safe and secure prisons despite budget reductions. The Commission has authority to issue subpoenas, and the statue allows for the Attorney General to seek

Page 2 of  7

enforcement of subpoenas in federal district court. These standards will apply to all U. S. penal systems.

6.      I have received various awards for my service to corrections, such as the Roscoe Pound Award for Outstanding Leadership in Corrections from the National Council on Crime and Delinquency, and the Indiana Correctional Association's Presidential Citation Award.  I have also received recognitions from the West Central Wardens' and Superintendents' Association, the National Association of Blacks in Criminal Justice, and the Indiana Alliance for Better Child Care, among others.

7.      I have been qualified to testify as an expert in the fields of corrections, prisons and criminal justice in Louisiana, Mississippi, Alabama, South Carolina, North Carolina, Indiana, Arizona, Maryland, Georgia, Virginia, Missouri, Florida, and Federal District Court.

8.      I have been asked to review incarceration files pertaining to prison inmate James Roane.  Mr. Roane is currently housed at the Federal Bureau of Prisons (BOP) facility in Terre Haute, Indiana. I have reviewed the BOP files and records from the Virginia Department of Corrections, as well as a number of other documents and declarations  that were provided to me by Mr. Roane's attorneys.  As such, I can provide the following observations and opinions.

9.      First, with respect to his incarceration pre-trial, it appears that Mr. Roane fully availed himself of programs that were available for inmates to deal with addiction and to channel their energies in a positive direction.  He attended a Responsibility of Fatherhood group, as well as Narcotics Anonymous and Alcoholics Anonymous.  It appears that he attended these meetings faithfully and attempted to encourage and inspire others to do the same.

10.      In terms of Mr. Roane's overall incarceration history, I can attest that for an

Page 3 of  7

inmate who has been incarcerated for over 16 years, his disciplinary file is remarkably slim. I have classified thousands of inmates in the course of my career to place them in the proper level of security and control. I often have seen inmates confined for as long as Mr. Roane having literally hundreds of disciplinary write-ups and incident reports. An inmate at a correctional facility is under close scrutiny by staff who are trained to notice and report rule infractions, however minor. Therefore, Mr. Roane's minimal history of disciplinary write-ups is reliable evidence of his good behavior over the years of his incarceration.

11. The records of the Virginia Department of Corrections reflect that Mr. Roane was incarcerated there twice: once during 1991, and for a lengthy period following his arrest on the instant charges in 1992, before the federal BOP facility at Terre Haute was ready to receive federal death row inmates. Considering that the Virginia DOC records account for nearly eight years of Mr. Roane's life, the disciplinary matters contained in these records are relatively minor, particularly for such a lengthy period of incarceration.

12. Far more extensive are the records I have been provided from the Federal Bureau of Prisons. Those records, which date from 1999 to the present, reflect a near-perfect disciplinary record and extremely positive indications of adjustment. It appears that upon arrival at USP Terre Haute in July 1999, Mr. Roane immediately established a record of good conduct. He systematically worked towards the goals that were set for him at his initial classification. Throughout 1999, reports listed him as having satisfactory adjustment, pursuing GED/ self study, and posing low risk of harm to self and others. Reports consistently noted that "clear conduct" was maintained.

13. After a year of clear conduct, the Warden and others approved Mr. Roane's

promotion to Phase II classification, which accorded him more privileges.   Mr. Roane continued to display good conduct and a cooperative attitude.  The records note continued good conduct, adjustment, communication with staff, good work performance, and continued participation in education and art.

14.    In June of 2002, Mr. Roane was successfully transported to and from Richmond for court proceedings.  He readjusted well upon his return, continued to display a positive attitude and good work habits, and even managed to quit smoking. He continued with his educational pursuits.

15.    Mr. Roane continued his satisfactory adjustment to life at USP-Terre Haute throughout 2002, 2003, 2004 and 2005.  He continued his education, received positive work evaluations, and displayed good conduct and an overall positive attitude.  Records indicate that he remained discipline-free throughout 2006 as well.

16.    In 2007, Mr. Roane received his first and only disciplinary report in eight years, unauthorized use of the telephone. Mr. Roane took full responsibility and a year's phone restriction was imposed as a penalty.  (A restriction of only six months was recommended in light of Mr. Roane's admission of guilt and lack of previous disciplinary problems). In every other respect, he was noted to be a cooperative, rule-abiding prisoner.

17.    Reports from 2008 note clear conduct and positive behavior.

18.    At various times,  Mr. Roane was reclassified as a Phase III inmate in response to the setting of an execution date.  As a Phase III inmate, Mr. Roane was subject to greater institutional  scrutiny.  Even though these were undoubtedly stressful times for Mr. Roane, his record shows that he continued to display good conduct and attitude during these periods.

19.     I conclude that Mr. Roane's incarceration has been remarkably uneventful in terms of disciplinary problems, given the span of time that he has spent in prison. His conduct has been reviewed favorably by prison staff. The best predictor of future institutional behavior is prior institutional behavior, and in this regard, Mr. Roane's records over his many years of incarceration at the Bureau of Prisons indicate that he will continue to make a positive adjustment to prison life. It is my opinion, from my review of these records and other documents, that there is nothing to indicate that Mr. Roane would constitute a future danger within the prison system were he to be granted clemency.

20.     Finally, I note with great interest that Mr. Roane appears to have excellent support from his family and extended family.  Despite time and distance, Mr. Roane obviously works hard to stay in touch with them and they with him.  His children and other younger relatives describe Mr. Roane as an incredibly positive influence in their lives and instrumental in keeping them out of trouble.  This amount of family support and positive interaction with his many loved ones, in my view, is a significant factor that bodes well for his continued good conduct and positive behavior while incarcerated.

21.     Mr. Roane was not personally interviewed in preparation for this declaration. I have conducted security/classification/programmatic evaluations on thousands of inmates whom I have not personally interviewed. This is a customary and accepted practice within the field of inmate classifications. I have found that my level of proficiency was not diminished when evaluations were conducted based upon information contained in official documents such as the documents provided by Counsel in this case.

I hereby certify that the facts set forth above are true and correct to the best of my

Page 6 of  7

App.0595

personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Dated: 9/18/08
Location: Philadelphia, PA

James E. Aiken

App.0596

# Resume

## James Evans Aiken

### Summary of Qualifications:

I have over forty (40) years of experience in correctional administration, facility operations/management, inspection/assessment of facility performance and technical assistance consultations with clients in the United States, Dutch Kingdom, Canada, Costa Rica, Puerto Rico, and U.S. Virgin Islands. He has provided services to federal, state, county and local correctional facilities and jurisdictions in the areas of correctional leadership/organizational development, management of prison disturbances, system productivity, cost containment, enhancing prison security systems, managing the violent youthful offender in adult prisons, gang/security threat group (STG) management, new warden's training, super maximum security facility management training, inmate classification, assessment of prison security/operational performance, prison staffing analyses, reduction of prison critical security events (murder/suicide/riot/hostage situation) and advising governments relative to prison privatization transactions/productivity. I have also consulted with attorneys and rendered expert testimony in capital, criminal and civil cases. I have been qualified as an expert and provided such testimony in the states of Georgia, Arizona, Delaware, North Carolina, Montana, Pennsylvania, New York, South Carolina, Indiana, Virginia, Maryland, Louisiana, Oregon, New Hampshire, Missouri, Alabama, Mississippi, Florida, Texas and the United States District Courts of New York, Connecticut, Virginia, Ohio, South Carolina, Michigan, Arizona, West Virginia, Florida, Texas, Georgia, Alabama, Missouri, Tennessee, District of Columbia and Pennsylvania as well as the Court of Queen's Bench, Canada relative to: future danger posed to inmates, staff and the community by trial defendants, the ability of inmates to adjust to prison, classification of inmates to determine proper confinement levels, prison conditions, and other matters generally relating to prisons, jails, and criminal justice matters.

The United States Congress appointed me, in July 2004 to the National Prison Rape Elimination Commission. Over a five (5) five year period, the Commission conducted comprehensive hearings and examined all penalogical, economic, physical, mental, medical and social issues relating to prison rape in America. At the conclusion of its review, the Commission issued a comprehensive report on the subject, including a recommended set of national standards to reduce and eliminate prison rape. Also, a grant program made annual grants (up to $40 million each year) to state and local programs that enhanced the prevention and punishment of prison rape and maintain safe and secure prisons despite budget reductions. The Commission had authority to issue subpoenas, and the statue allows for the Attorney General to seek enforcement of subpoenas in district court. The Federal Bureau of Prisons must have total compliance to the final standards.

### Education:
M. A., Criminal Justice, University of South Carolina - Columbia, South Carolina. 1985

B. A., Benedict College- Columbia, South Carolina. 1972

## Employment History:

August 1994 to present, president, James E. Aiken and Associates, Inc. (correctional consultant firm); August, 1992 to August 1994, Director, Bureau of Corrections, United States Virgin Islands and consultant; March, 1989 to August, 1992, Commissioner, Indiana Department of Correction; April, 1987 to March 1989, Deputy Regional Administrator, South Carolina Department of Corrections; May, 1982 to April, 1987, Warden, Central Correctional Institution (state penitentiary) South Carolina Department of Corrections; September, 1979 to May, 1982, Warden, Women's Correctional Center, South Carolina Department of Corrections; September, 1976 to September, 1979, Deputy Warden for Administration, Central Correctional Institution(state penitentiary) South Carolina Department of Corrections; February, 1974 to September, 1976, Deputy Warden for Institutional Operations, Manning Correctional Institution, South Carolina Department of Corrections; September, 1972 to February 1974 Administrative Assistant to Warden, Manning Correctional Institution, South Carolina Department of Corrections; September, 1971 to September, 1972, Social Worker for Substance Abuse Treatment, South Carolina Department of Corrections.

## Relevant Experience:

I have provided direct professional and consultant services in almost every aspect of the correctional field. More specifically, his scope of expertise includes the following:

### *Director, Bureau of Corrections, United States Virgin Islands*

Held the position as Director that encompassed authority and responsibility for the overall administration of the Corrections Bureau for the United States Virgin Islands (jails and prison). Worked closely with other territorial agencies, the legislature, courts and federal governmental agencies.

My task was to coordinate a project to re-establish a jail/prison correctional system which was diminished by overcrowded conditions, lack of medical care, escapes, and noncompliance to court orders, corruption, general mismanagement, negative media, gang involvement, work force dysfunction, and public mistrust.

### *Commissioner, Indiana Department of Correction*

The position encompassed the overall administration of the Department of Correction for the State of Indiana, which consisted of forty-six (46) separate adult and juvenile facilities (population 14,000) and parole services (population 3, 490) with an operations budget of $305 Million.

As Commissioner, reported directly to the Governor of the State of Indiana and worked closely with the legislature, other state and federal agencies, the courts and the public. My tasks were to establish an operational mission and priority of issues for the agency; establish agency mission goals; manage overpopulation, develop a new basic employee supervision program; and reorganized daily operations to ensure a more responsive and efficient structure.

My accomplishments included but were not limited to:

***Offender Health Care Delivery:*** The department contracted with the Indiana University School of Medicine to provide a medical director for clinical services. Developed and implemented a program to reduce cost and increase the quality of medical care.

***Security:*** Created the Division of Security to address agency security needs. Initiated a gang intelligence network to tract and evaluate their activities. Increased contraband control efforts by additional searches, drug testing, use of K-9 units, provided additional training and equipment, and increased prosecution efforts. Designed 650 bed maximum security unit that conformed to modern correctional security management and Court mandates. Conducted meetings with the National Guard, State Police, as well as other mutual aid agencies to coordinate and develop an emergency response and disaster preparedness program. Conducted full response drills to evaluate the agency's response capability. Evaluated and enhanced escape prevention/ apprehension measures. Conducted security audits and inspections of facilities.

***Offender Relations:*** Established an Offender Relations Division and appointed a coordinator. This division functions as part of Internal Audits and works in tandem with the Division of Internal Affairs, the Operations Division and the Division of Legislative and Information Services. The task of this division is to resolve offender grievances and complaints that originate from inside the agency and resolve them prior to court involvement.

***Prison Population:***
- Completed site selection, plans and construction of a new maximum security Institution
- Increased community corrections coverage from 35 to 50 counties (from 3,500 to 7,000 clients)
- Established community service/restitution programs
- Established county work release programs
- Established residential treatment programs and created home detention utilizing electronic monitoring
- Created over five hundred (500) new emergency prison beds within the first nine months of tenure

***Juvenile Justice:***
- Reduced Indiana Boy's School population from a high of 670 in 1989 to a low of 380 in 1990
- Conducted comprehensive reviews using several committees of community representatives concerning treatment programs, educational programs and employee training programs
- Established a Research Department at the Indiana Boy's School.
- Group home placements had tripled during 1992.
- Community involvement and recreational programs have been increased at both Indiana Boy's School and Indiana Girl's School.

***Cost Containment:*** Developed a plan to increase participative management and input to the budget process. Meetings were held with State Budget Agency personnel on a regular basis in an effort to increase the Budget Agency's participation in the department's budget preparation

regarding cost control. Reduced the operational budget of 305 million dollars by 41 million dollars for fiscal year 1992.

**Deputy Regional Administrator, Midlands Correctional Region, South Carolina Department of Corrections**
Served as the Deputy Chief Administrator for the following: Directly planned, prescribed and supervised activities of sixteen (16) institutions, including minimum, medium and work release, shock probation (boot camp), restitution centers and maximum security facilities. Also, had general supervision of a ninety-seven (97) million dollar budget, as well as a work force of 2,500 employees. Duties also included policy development and interaction with lawmakers, management of over population, the community and other departmental agencies concerning long-range agency planning and developing agency future needs. Additionally, made selections of institutional heads, as well as being involved in new facility design, reviewed all use of force actions, and provided supervision to prison wardens during emergency situations and normal operations.

**Warden, Central Correctional Institution, South Carolina Department of Corrections**
The previous largest correctional facility in South Carolina with 1800 medium/-maximum/super maximum custody inmates, 530 staff members, and an operating budget of eight (8) million dollars. Served as the chief administrator for the following areas/- activities: Directly planned, prescribed and supervised all security control and safety activities/operations, as well as, conducted announced and unannounced inspections of the institution. Interviewed, selected and evaluated employee's performance and effected other personnel actions as required. Personally responsible for all activities involving population management, security and treatment staff, as well as, coordinated and supervised all welfare/morale services for inmates to include medical delivery and access.. Supervised and coordinated all activities with representatives from non-departmental agencies. Duties also involved emergency preparedness, interpreting all laws, policies, rules and regulations, compliance with court orders (conditions of confinement) and operating procedures for employees and inmates. Studied and analyzed long-range department requirements for institutions, as well as participating in litigation action involving the South Carolina Department of Corrections. Duties also included meeting with the Inmate Advisory Council and acting on recommendations received from the Inmate Grievance Committee, as well as meeting with members of the legislature on matters relating to corrections. Also was responsible for carrying out the capital punishment laws for the state of South Carolina. This facility also provided high security management for population that were under the jurisdiction of the South Carolina Department of Mental Health and for population that were in pre-adjudication status that required more intense security to which the jail system could not provide.

**Warden, Women's Correctional Institution, South Carolina Department of Corrections**
Served as the chief administrator for the following: Directly planned, prescribed and supervised all security, control and safety activities and operations, personally responded to all disturbances and emergencies, interviewed/selected and evaluated employee's performance, counseled employees, supervised and coordinated all activities of the security and treatment staff, management of overpopulation, coordinated ad supervised all welfare and morale services for female inmates including clothing, food service, mail service, visitation, medical services, religious services, educational programs and recreational programs. Supervised the

App.0600

implementation and executing of all laws, policies, rules, regulations and operating procedures applicable to the Women's Correctional Center. Also, studied and reviewed all available records/files on assigned inmates to evaluate their behavioral changes and rehabilitation progress. Duties included meeting with the Inmate Advisory Council as well as receiving and acting upon recommendations received from the Inmate Grievance Committee.

### Deputy Warden/Administration, Central Correctional Institution, South Carolina Department of Corrections

Served as the Institutional Coordinator for the following areas/activities:

Maintenance/construction, boiler room/energy, food service, employee parking, canteen services, Adjustment Committee, mail service, all security systems, transportation, pest control, criminal investigations and emergency response.

### Deputy Warden/Institutional Operations, Manning Correctional Institution South Carolina Department of Corrections

Served as the Institutional Coordinator for the following areas: Youthful Offender Division, medical services, living areas, maintenance/construction, laundry services, visitation, emergency response, security, transportation, food service, commissary, administrative/punitive segregation, officer's quarters, classification teams, inmate interview/correspondence, recreation programs, energy (usage/conservation), Parole Board (prepared parole evaluations), supervision of security staff of fifty-five (55) employees, Chairman of Employee Evaluation Committee, purchasing, inmate pay and Chairman of Adjustment Committee. Prepared correspondence for the warden, conducted the majority of institutional investigations, coordinated all escape apprehension efforts and remained on twenty-four (24) hour call.

### Administrative Assistant/Institutional Operations, Manning Correctional Institution, South Carolina Department of Corrections

Responsibilities included vocational rehabilitation, alcoholics anonymous, Project Mate (Paraprofessional Counseling Program), Classification Team #2, Pastoral Care, Drug Abuse Treatment Program, Recreation Program, Occupational Safety and Health Act (O.S.H.A.), Emergency Response, Work Release Program, Education Program, tours, Employee Evaluation Committee member and inmate interviewing/correspondence.

Performed duties of deputy warden in his absence and remained on twenty- four (24) hour call at all times.

### Social Worker/Drug Abuse Treatment Program, Manning Correctional Institution, South Carolina Department of Corrections

Responsibilities included conducting group therapy and individualized counseling to offenders with drug problems. Conferred with the warden and staff to integrate the Drug Abuse Program with other institutional activities. Member of the Adjustment committee and the Warden's Treatment Team.

**James E. Aiken & Associates, Inc.**
Correctional Cost Containment & Productivity Enhancement

**Supplemental to James E. Aiken's (James E. Aiken Associates, Inc.)
Regarding James H. Roane**

The Undersigned reviewed Mr. Roane's incarceration records in 2008 and prepared a declaration. In preparation of the declaration, I conducted an extensive review of his records at that time.

Upon review of Mr. Roane's records at that time, I concluded at that "there is nothing to indicate that Mr. Roane would constitute a future danger within the prison system were he to be granted clemency."

I have been asked by counsel, at this time, to review additional records regarding Mr. Roane, including Mr. Roane's Civil Compliant (C.A. No. 2:14 -cv- 0377 JMS WGH), Answers, disciplinary violations, grievances and 30 day SCR reviews.

Upon review of these documents, it is concluded that the information further validates my 2008 conclusion.

The justification for this conclusion is exampled by the following:

- **Use of the grievance system versus violent and disruptive behaviors.** It is noteworthy that Mr. Roane's coping skills to actual or perceived issues during extended confinement has been addressed by his use of the prison's established mechanisms and grievance system to resolve issues that concerned him. This statement is submitted understanding that many inmates, in restrictive confinement, often demonstrate immature violent and disruptive acts when they disagree with prison operational practices. Instead, Mr. Roane's records reflect that he addresses the issues in the manner set forth by the prison.
- **Absence of retaliation in response to a deadly attack by an inmate.** Mr. Roane was stabbed by an inmate on or about February 22, 2012. It is my understanding that this violent attack required extensive emergency medical treatment. According to the Complaint, the motive for this life endangerment critical event stemmed from the perception that Mr. Roane was an informant assisting the prison officials. There is no evidence that suggests that Mr. Roane initiated any retaliatory efforts against the alleged attacker or the security threat group that may have ordered the potential deadly attack. It is noteworthy that a period of four years has transpired without any indication of Mr. Roane's taking any actions of violence against his attackers. This also serves as a validation that Mr. Roane has not resulted in systemic or random violence in retaliation to his life endangerment injury. Furthermore, there is no evidence that Mr. Roane has demonstrated violent or predatory acts against staff for possible failures to protect him from other inmate population. In my experience, it is common for a normally compliant person to demonstrate some behavior problems immediately following being severely assaulted. However, Mr. Roane has addressed his issues in the appropriate manner, which is exampled by the use of a civil lawsuit and the grievance system to address issues of his concern.

- **Absence of random and systemic violence regarding Mr. Roane's prison disciplinary history.** Mr. Roane's disciplinary record since the 2008 review does not reflect violence against other inmates or staff. This eight year history normally would reflect violence if Mr. Roane used adverse behavior to reflect his aggressiveness and disregard for the life and safety of other inmates and staff. The few write-ups that Mr. Roane acquired are minor and do not suggest any involvement in violence, gang activity or other serious detriment to the safety and security of staff and inmates.

In summary, then, I conclude once again that there is nothing to indicate that Mr. Roane would constitute a future danger were he to be granted clemency and to spend the rest of his natural life in the custody and control of the United States Bureau of Prisons understanding that the appropriate level of staff supervision and security protocols are in place and practiced.

James E. Aiken
James E. Aiken & Associates, Inc.

_Nov. 4, 2016_
Date

## AFFIDAVIT OF JAMES E. AIKEN
## PURSUANT TO 28 U.S.C. § 1746

1. My name is James E. Aiken. I am the president of James E. Aiken and Associates, a correctional consulting firm. I have 48 years of corrections experience, and have held a variety of prison management positions in correctional systems. I have conducted classifications of thousands of inmates at various security levels, from minimum to maximum security, as well as inmates in category of terminal confinement. I have been qualified to testify as an expert in the fields of corrections, prisons, inmate classifications and management in multiple state and federal courts, including in state and federal proceedings in Virginia. My curriculum vitae is attached.

2. In 2008 and 2016, counsel for James H. Roane, Jr., provided me with Mr. Roane's incarceration records and requested that I review them in order to provide an opinion on his adjustment to prison. In total, I have reviewed approximately 25 years' worth of prison records for Mr. Roane. I stated my opinion to a reasonable degree of professional certainty in a declaration in 2008, and again in a letter in 2016. Both my 2008 declaration and my 2016 letter are attached.

3. Recently, Mr. Roane's counsel requested that I address the following questions: (1) what significance, if any, do corrections professionals assign to an inmate's advancing age, particularly where the inmate is terminally incarcerated like Mr. Roane, and (2) how would I characterize Mr. Roane's adjustment to prison from the time of my 2016 review to the present.

4. I have been advised by counsel that Mr. Roane's updated records have been requested, but not yet been provided by the Bureau of Prisons. Without these records, I cannot address question two (2) above. However, it is possible to address question one (1). I am prepared to review Mr. Roane's records and provide a continuation of this declaration addressing question two (2) if and when the Bureau of Prisons makes Mr. Roane's records available to counsel. All opinions herein are stated to a reasonable degree of professional certainty.

**Q:    What significance, if any, do corrections professionals assign to an inmate's advancing age, particularly where an inmate is terminally incarcerated like Mr. Roane?**

**A:    Based on my experience in classifying and managing thousands of inmates, it is my opinion that a strong association exists between an inmate's age and his current and future institutional adjustment. Advancing inmate age, particularly in the case of the terminally incarcerated inmate like James Roane, is strongly associated with positive prison adjustment over time.**

5. Counsel has provided me with James Roane's birth certificate, which indicates that Mr. Roane's date of birth is October 27, 1965. Documents previously provided to me indicate that the sentences imposed upon Mr. Roane can be expected to meet or exceed his natural life. Therefore, at the time of this writing, Mr. Roane is 54 years and 8 months old, and is considered terminally incarcerated.

6. It is generally understood in the corrections field that youthful inmates are more status-seeking, violent, disruptive, immature, and gang-oriented than older inmates. They are involved in chronic rule infractions, and they accumulate more disciplinary write-ups than older, more matured inmates who have had greater exposure to the prison socialization process. It is further understood that, in general, by the time an inmate reaches the age of 30 to 35 years old, he will tend to accumulate fewer rule infractions and will engage in fewer instances of major misconduct.

7. Corrections professionals recognize two reasons for this drop-off in inmate misbehavior. First, for some inmates, improved behavior is the natural consequence of the maturation process. Second, and more importantly from a prison operations perspective, improved inmate behavior over time is an indication that the inmate is becoming effectively and positively socialized to rigors of prison life.

8. Prison is a highly abnormal, artificially-created social environment into which an inmate is forced to adjust. In order to promote positive inmate adjustment to the artificial environment of prison, corrections professionals create and continuously reinforce external controls on inmate behavior. This is accomplished through the implementation of rigid rules and highly predictable, redundant practices and routines. Every inmate is subjected to intense scrutiny, and is expected to demonstrate submission to prison

authority through compliance with the rules and routines of the institution. Inmates who fail to comply will be sanctioned and/or restrained without exception. Sanctions for bad behavior must be well known, harsh, fair, and swiftly implemented. Inmates who exhibit compliant behaviors may, within sound prison security practice, be afforded minor privileges, such as extra recreation time, extra visitation, extra phone calls, access to additional reading materials, or more desirable work assignments. It should be noted that the examples of privileges provided here are first and foremost management tools, and are not granted for the primary purpose of providing comfort to the inmate. Rather, they are granted by prison administration to support and reinforce positive inmate adjustment.

9. When properly implemented, this system, which continuously exerts pressure upon inmates to conform through a combination of extreme scrutiny, routine, rigidity, sanctions and privileges, socializes inmates to the expectations of the prison environment. Over time, the inmate comes to understand, and ultimately to accept, that he does not have control over the institution, but that the institution has control over him. In this way, the process of positively socializing inmates is essential to promoting a more secure prison, because it reinforces compliance with the redundant and predictable rigors of the prison system. Additionally, it develops the inmate's skill sets around resolving conflict without violence and addressing areas of concern in a civil and organized manner, as opposed to relying on adverse behavior patterns.

10. In my 48 years of professional corrections experience, I have observed that inmates who age into long-term sentences tend to be among the most positively socialized inmates. Not only do these inmates experience the natural physical slowing that comes with aging, but they have also been exposed to the external behavioral controls of the prison for the longest period of time. They have had the greatest opportunity to accept and internalize the expectations of the institution and achieve positive socialization.

11. I have further observed that among aging, long-term inmates, terminally incarcerated inmates – meaning those inmates who have been sentenced to a term of incarceration that is expected to meet or exceed their natural life – are highly likely to achieve positive socialization. It is important to note that these inmates have been subject to controls that extend to virtually every facet of human life, down to the most mundane. Over the course of years,

they have observed that they have no say over such things as when the gates are opened, where they can worship, who can visit them and for how long, or what is served at meals, just to give a few examples. But rather than resist these external controls, such inmates come to accept the world of prison as their only world, both now and in the future. They are among the inmates most likely to become personally identified with the institution, and to know, understand, and endorse its rules and procedures. They are also among the most invested in using the available processes for resolving differences. Most beneficially, these inmates can serve as examples for newer inmates of how to successfully serve their time.

12. Of course, this is not to say that aging, terminally incarcerated inmates will never encounter disciplinary problems or have flare-ups of bad behavior. However, in my many years of professional experience, I have found that aging, terminally incarcerated inmates are among the most compliant and predictably behaved inmates that one can encounter. They are the kinds of inmates that corrections professionals want, in terms of behavior and compliance. They demonstrate maturity, reliability, and compliant behaviors over an extended period of time, to include the remainder of their natural lives.

13. I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

James E. Aiken

Dated: June 29, 2020

Location: Transylvania County, North Carolina

## CURRICULUM VITAE OF JAMES E. AIKEN

The undersigned maintains a consulting concern in prison management and adjustment matters as James E. Aiken & Associates, Inc. I also served as Director of Corrections for the United States Virgin Islands, and Commissioner for the Indiana Department of Correction. I began my corrections career in 1971 at the South Carolina Department of Corrections as a counselor with the Comprehensive Drug Abuse Treatment Program. Also, while with the South Carolina Department of Corrections, I held positions as Deputy Regional Administrator in the Midlands Correctional Region (managing 16 prisons), Deputy Warden and Administrative Assistant to the Warden of the Manning Correctional Institution, Deputy Warden and Warden at the Central Correctional Institution (state penitentiary), and Warden of the Women's Correctional Center. While serving in these positions, I received extensive experience in the areas of prison classification and management of inmate population. During my years in prison work, I have conducted thousands of inmate classification evaluations relative to their adjustment to prison and current/future danger to the public, prison staff, and other inmates. These reviews included minimum custody (low security offenders) to maximum security (violent, high profile, disruptive, predatory, aggressive inmates). Additionally, I participated in the development of prison classification systems designed to better protect inmate population from more violent inmates and the public.

The United States Congress appointed me, in July 2004 to the National Prison Rape Elimination Commission. Over a five (5) year period, the Commission conducted comprehensive hearings and examined all penological, economic, physical, mental, medical and social issues relating to prison rape in America. At the conclusion of its review, the Commission issued a comprehensive report on the subject, including a recommended set of national standards to reduce and eliminate prison rape. Also, a grant program made annual grants (up to $40 million each year) to state and local programs that enhanced the prevention and punishment of prison rape and maintain safe and secure prisons despite budget reductions. The Commission had authority to issue subpoenas, and the statue allows for the Attorney General to seek enforcement of subpoenas in district court. The Federal Bureau of Prisons must have total compliance to the final standards.

I received a Master Degree in Criminal Justice from the University of South Carolina and Bachelors of Arts Degree from Benedict College, Columbia, South Carolina. I have also taught a number of courses in corrections at the university and technical college levels.

I have consulted with the U.S. Department of Justice, National Institute of Corrections, as well as served as a private contract provider to federal, state and county jurisdictions (jails and prisons) in a number of areas to include but not limited to inmate classification, managing violent youthful offenders in adult prisons, managing prison security systems, correctional leadership development, assessment of security operational performance, executive training for new and experienced wardens, prison critical event avoidance, management of super-maximum-security prisons, management of the hard-to-manage violent inmate, STG/gang management, and riot management.

I have also consulted with attorneys and rendered expert testimony in capital, criminal and civil cases. I am able to render an expert opinion, in an operational context, regarding future danger and adaptability of inmates and issues pertaining to prison/jail safety, operations, administration and security.

I have been qualified as an expert and provided such testimony in the states of Washington, Ohio, Georgia, Arizona, Delaware, North Carolina, Montana, Pennsylvania, New York, South Carolina, Indiana, Virginia, Maryland, Louisiana, Oregon, New Hampshire, Missouri, Alabama, Mississippi, Florida, Texas and the United States District Courts of Massachusetts, Maryland, New York, Connecticut, Virginia, Ohio, South Carolina, Michigan, Arizona, West Virginia, Florida, Texas, Georgia, Alabama, Missouri, Tennessee, Louisiana, District of Columbia and Pennsylvania as well as the Court of the Queen's Bench – Canada relative to: future danger posed to inmates, staff and the community by trial defendants, the ability of inmates to adjust to prison, classification of inmates to determine proper confinement levels, prison conditions, and other matters generally relating to prisons, jails and criminal justice matters.

## Summary of Qualifications:

I have over forty eight (48) years of experience in correctional administration, facility operations/management, inspection/assessment of facility performance and technical assistance consultations with clients in the United States, Dutch Kingdom, Canada, Costa Rica, Puerto Rico, and U.S. Virgin Islands. I have provided services to federal, state, county and local correctional facilities and jurisdictions in the areas of correctional leadership/organizational development, management of prison disturbances, system productivity, cost containment, enhancing prison security systems, managing the violent youthful offender in adult prisons, gang/security threat group (STG) management, new warden's training, super maximum security facility management training, inmate classification, assessment of prison security/operational performance, prison staffing analyses, reduction in prison critical security events (murder/suicide/riot/hostage situation) and advising governments relative to prison privatization transactions/productivity.

## Employment History:

August 1994 to present, President, James E. Aiken and Associates, Inc. (correctional consultant firm); August 1992 to August 1994, Director, Bureau of Corrections, United States Virgin Islands and consultant; March 1989 to August 1992, Commissioner, Indiana Department of Correction; April 1987 to March 1989, Deputy Regional Administrator, South Carolina Department of Corrections; May 1982 to April 1987, Warden, Central Correctional Institution (state penitentiary) South Carolina Department of Corrections; September 1979 to May 1982, Warden, Women's Correctional Center, South Carolina Department of Corrections; September 1976 to September 1979, Deputy Warden for Administration, Central Correctional Institution (state penitentiary) South Carolina Department of Corrections; February 1974 to September 1976, Deputy Warden for Institutional Operations, Manning Correctional Institution, South Carolina Department of Corrections; September 1972 to February 1974, Administrative Assistant to Warden, Manning Correctional Institution, South Carolina Department of Corrections; September 1971 to September 1972, Social Worker for Substance Abuse Treatment, South Carolina Department of Corrections.

From about 1990 to 1992, I was also Adjunct Professor at the Indiana University-Purdue University in Indianapolis, teaching corrections related criminal justice courses.

## Relevant Experience:

I have provided direct professional and consultant services in almost every aspect of the correctional field. More specifically, an overview of my background qualifications and scope of expertise includes the following:

2

## *Director, Bureau of Corrections, United States Virgin Islands*

From August 1992 to August 1994, I was Director of the Bureau of Corrections for the United States Virgin Islands. My authority and responsibilities encompassed the overall administration of the bureau which included jail and prison facilities. I also worked closely with other territorial agencies, the legislature, courts, and federal governmental entities. In the Virgin Islands, I had a specific mission to re-establish a correctional system (prison and jail) which was diminished by overcrowded conditions, gang problems, random and systematic violence, escapes, corruption, negative media, work force dysfunction, non-compliance with court orders (to include medical care and delivery issues), general mismanagement, and public mistrust.

## *Commissioner, Indiana Department of Correction*

From March 1989 until August 1992, I was Commissioner for the Indiana Department of Corrections. I was responsible for the overall administration of the Indiana corrections system that consisted of 46 separate adult and juvenile facilities with a population of 14,000 inmates and parole services with a population of 3,490 parolees with an operations budget of $305 million. I reported directly to the Governor of Indiana and worked closely with the state legislature, other state and federal agencies, the courts and the public. My tasks were to establish an operational mission and priority of issues for the agency; establish agency mission goals; manage overpopulation, develop a new basic employee supervision program; and reorganized daily operations to ensure a more responsive and efficient structure. Also, during my Indiana administration, I created a Division of Security to address gang problems, contraband control, drug testing, and other concerns. My administration also initiated an Offender Relations Division to resolve offender grievances and complaints, and to reduce court involvement.

My accomplishments included but were not limited to:

*Offender Health Care Delivery:* The department contracted with the Indiana University School of Medicine to provide a medical director for clinical services. Developed and implemented a program to reduce cost and increase the quality of medical care.

*Security:* Created the Division of Security to address agency security needs. Initiated a gang intelligence network to tract and evaluate their activities. Increased contraband control efforts by additional searches, drug testing, use of K-9 units, provided additional training and equipment, and increased prosecution efforts. Designed 650 bed maximum security unit that conformed to modern correctional security management and court mandates. Conducted meetings with the National Guard, State Police, as well as other mutual aid agencies to coordinate and develop an emergency response and disaster preparedness program. Conducted full response drills to evaluate the agency's response capability. Evaluated and enhanced escape prevention/apprehension measures. Conducted security audits and inspections of facilities.

*Offender Relations:* Established an Offender Relations Division and appointed a coordinator. This division functioned as part of Internal Audits and worked in tandem with the Division of Internal Affairs, the Operations Division and the Division of Legislative and Information Services. The task of this division was to resolve offender grievances and complaints that originated from inside the agency and resolved them prior to court involvement.

3

*Prison Population:*
- Completed site selection, plans and construction of a new maximum-security Institution
- Increased community corrections coverage from 35 to 50 counties (from 3,500 to 7,000 clients)
- Established community service/restitution programs
- Established county work release programs
- Established residential treatment programs and created home detention utilizing electronic monitoring
- Created over five hundred (500) new emergency prison beds within the first nine months of tenure

*Juvenile Justice:*
- Reduced Indiana Boy's School population from a high of 670 in 1989 to a low of 380 in 1990
- Conducted comprehensive reviews using several committees of community representatives concerning treatment programs, educational programs and employee training programs
- Established a Research Department at the Indiana Boy's School.
- Group home placements tripled during 1992.
- Community involvement and recreational programs have been increased at both Indiana Boy's School and Indiana Girl's School.

***Cost Containment:*** Developed a plan to increase participative management and input to the budget process. Meetings were held with State Budget Agency personnel on a regular basis in an effort to increase the Budget Agency's participation in the department's budget preparation regarding cost control. Reduced the operational budget of 305 million dollars by 41 million dollars for fiscal year 1992.

### South Carolina Department of Corrections
From September 1971 until March 1989, I was with the South Carolina Department of Corrections in a variety of capacities including Deputy Regional Administrator, and different times as Warden of the Central Correctional Institution, Warden of the Women's Correctional Institution and as an inmate social worker.

### *Deputy Regional Administrator, Midlands Correctional Region, South Carolina Department of Corrections*
From April 1987 to March 1989, served as the Deputy Chief Administrator for the following: Directly planned, prescribed and supervised activities of sixteen (16) institutions, including minimum, medium and work release, shock probation (boot camp), restitution centers and maximum-security facilities. Also, had general supervision of a ninety-seven (97) million dollars budget, as well as a work force of 2,500 employees. Duties also included policy development and interaction with lawmakers, management of over population, the community and other departmental agencies concerning long-range agency planning and developing agency future needs. Additionally, made selections of institutional heads, as well as being involved in new facility design, reviewed all use of force actions, and provided supervision to prison wardens during emergency situations and normal operations.

4

### Warden, Central Correctional Institution, South Carolina Department of Corrections

From May 1982 until April 1987, As Warden of the Central Correctional Institution (CCI-state penitentiary) I operated the largest correctional facility in South Carolina with 1,800 medium, maximum, and super maximum custody inmates, 530 staff members, and an annual budget of $8 million. Served as the chief administrator for the following areas/activities: Directly planned, prescribed and supervised all security control and safety activities/operations, as well as, conducted announced and unannounced inspections of the institution. Interviewed, selected and evaluated employee's performance and effected other personnel actions as required. Personally responsible for all activities involving population management, security and treatment staff, as well as, coordinated and supervised all welfare/morale services for inmates to include medical delivery and access. Supervised and coordinated all activities with representatives from non-departmental agencies. Duties also involved emergency preparedness, operationally interpreting all laws, policies, rules and regulations, compliance with court orders (conditions of confinement) and operating procedures for employees and inmates. Studied and analyzed long-range department requirements for institutions, as well as participating in litigation action involving the South Carolina Department of Corrections. Duties also included meeting with the Inmate Advisory Council and acting on recommendations received from the Inmate Grievance Committee, as well as meeting with members of the legislature on matters relating to corrections. Also, was responsible for carrying out the capital punishment laws for the state of South Carolina. CCI is now closed. At the time it was where the South Carolina death row was located and where executions were carried out. I was called upon to carry out two executions. This facility also provided high security management for population that were under the jurisdiction of the South Carolina Department of Mental Health and for population that were in pre-adjudication status that required more intense security to which the jail system could not provide.

### Warden, Women's Correctional Institution, South Carolina Department of Corrections

From September 1979 until May 1982, Served as the chief administrator for the state women's prison. I directly planned, prescribed and supervised all security, control and safety activities and operations, personally responded to all disturbances and emergencies, responsible for all employee hiring, interviewed/selected and evaluated employee's performance, counseled employees, supervised and coordinated all activities of the security and treatment staff, management of overpopulation, coordinated and supervised all welfare and morale services for female inmates including clothing, food service, mail service, visitation, medical services, religious services, educational programs and recreational programs. Supervised the implementation and executing of all laws, policies, rules, regulations and operating procedures applicable to the Women's Correctional Center. Also, studied and reviewed all available records/files on assigned inmates to evaluate their behavioral changes and rehabilitation progress. Duties included meeting with the Inmate Advisory Council as well as receiving and acting upon recommendations received from the Inmate Grievance Committee.

### Deputy Warden for Administration, Central Correctional Institution, South Carolina Department of Corrections

From September 1976 until September 1979, Served as the Institutional Coordinator for the following areas/activities:

5

Maintenance/construction, boiler room/energy, food service, employee parking, canteen services, Adjustment Committee, mail service, all security systems, transportation, pest control, criminal investigations and emergency response.

### *Deputy Warden for Institutional Operations, Manning Correctional Institution South Carolina Department of Corrections*

Served as the Institutional Coordinator for the following areas: Youthful Offender Division, medical services, living areas, maintenance/construction, laundry services, visitation, emergency response, security, transportation, food service, commissary, administrative/punitive segregation, officer's quarters, classification teams, inmate interview/correspondence, recreation programs, energy (usage/conservation), Parole Board (prepared parole evaluations), supervision of security staff of fifty-five (55) employees, Chairman of Employee Evaluation Committee, purchasing, inmate pay and Chairman of Adjustment Committee. Prepared correspondence for the warden, conducted the majority of institutional investigations, coordinated all escape apprehension efforts and remained on twenty-four (24) hour call.

### *Administrative Assistant for Institutional Operations, Manning Correctional Institution, South Carolina Department of Corrections*

Responsibilities included vocational rehabilitation, alcoholics anonymous, Project Mate (Paraprofessional Counseling Program), Classification Team #2, Pastoral Care, Drug Abuse Treatment Program, Recreation Program, Occupational Safety and Health Act (O.S.H.A.), Emergency Response, Work Release Program, Education Program, tours, Employee Evaluation Committee member and inmate interviewing/correspondence. Performed duties of deputy warden in his absence and remained on twenty- four (24) hour call at all times.

### *Social Worker/Drug Abuse Treatment Program, Manning Correctional Institution, South Carolina Department of Corrections*

Responsibilities included conducting group therapy and individualized counseling to offenders with drug problems. Conferred with the warden and staff to integrate the Drug Abuse Program with other institutional activities. Member of the Adjustment committee and the Warden's Treatment Team.

### **Assessing and Restoring Confinement Systems**

A major focus of my career has been the assessment and restoration of facilities and systems that have experienced chronic and acute security critical events and management shortfalls. These have included issues of:

- Inmate management and security,
- staff malfeasance,
- corruption,
- prison violence,
- sexual misconduct potential and actual critical events in confinement settings
- security critical-event prevention, evaluation, and management,
- budget shortfalls,
- public loss of trust in the confinement system,
- inmate loss of trust in the professionalism of confinement facility staff,
- staff loss of trust in the professionalism of administrators,

6

- emergency response and preparedness,
- inmate disruptive and violent behavior management,
- confinement facility and system culture assessment and improvement,
- confinement facility and system overall performance assessment,
- performance of death penalty executions of condemned inmates,
- inmate classification system (design, implementation and monitoring),
- addressing civil legal complaints,
- adherence with court orders,
- inmate disciplinary system performance assessments,
- confinement facility security technology (development, implementation and monitoring),
- new prison construction,
- renovation of existing confinement facilities to enhance security performance,
- confinement facility operational policy and procedure issues,
- post order development, reassessment, interpretation, and monitoring,
- facility operational performance assessments,
- policy development and interpretation,
- contraband control,
- staff training and development,
- evaluation of training,
- employee productivity evaluations,
- employee discipline,
- confinement facility cost containment strategies,
- use of force and restraint evaluation and implementation, (to include lethal force)
- criminal and administrative investigations (operational evaluations) of confinement setting critical incidents,
- staff supervision, and
- Gang/SGT management.

I have also assisted the legislative and executive branches of government on the state and federal levels by providing expert advice concerning budgetary issues and statutory reforms regarding confinement facilities and systems.

Also, during my career, I have developed a professional relationship with the Federal Bureau of Prisons (BOP) regarding the management of prison systems and high security inmate population.[1] The following represents some aspects of that long-term relationship:

### *Nation Prison Rape Elimination Commission*
As stated above, the United States Congress appointed me in July 2004, to the National Rape Elimination Commission to which I was the only Commission Member with direct prison operational experience. Understanding that the BOP had to totally comply with the final standards as required by federal law, one of my major contributions to the Commission concentrated upon

---

[1] I am prohibited from sharing certain aspects of the BOP high security delivery tactics and methods due to confidentiality, safety, and security restrictions.

7

providing reasonable standards in which the BOP could meet the mandates as set forth by Congress and the President of the United States of America.

### United States Virgin Islands

As stated above, I served as Director of the Bureau of Corrections for the United States Virgin Islands. This was a system that confined and managed post and pre-adjudicated male, female, adult and juvenile defendants.

The mandate to re-establish a correctional system was accomplished utilizing approaches and expertise of the BOP. At my request, the BOP provided their expert employee staff to assess the security status of the United States Virgin Islands correctional system and to introduce BOP approaches pertaining to proper inmate management.

### Indiana Department of Correction

Also as stated above, I served as Commissioner of the Indiana Department of Correction. Upon arrival, this system had been diminished to a dangerous level of operation that unnecessarily endangered staff, agency operations, inmate population and the general community. I was selected to manage the transition of the agency and at that time inmate violence, gang problems, escapes, non-compliance with court orders, general mismanagement, principal inmates basically controlling the operation of prisons, and public mistrust was evident and at crisis level.

Re-establishing a reasonability safe and secure prison system as well as adhering to judicial mandates were accomplished utilizing approaches and expertise of the BOP. At my request, the BOP provided expert employees on-site and full time to ensure a reasonable transition of the Indiana Department of Correction. The BOP methods regarding inmate security management and staff development were key elements applied for a successful outcome.

### South Carolina Department of Corrections

Serving in a variety of capacities, I was promoted to the position of warden of CCI, the largest correctional facility in the South Carolina prison system. There was an immediate need to address and mitigate severe chronic and acute random and systemic violence at the prison. Groups of inmates also conducted intimidation and recruitment tactics upon inmates and staff in order to establish control over facility operations. Violence was exampled by murders and combat between completing organized groups of inmates, contraband drug and weapon trafficking, corrupt staff promoting illicit and illegal activities on behalf of organized inmate factions. The security status of the institution was unstable and critical. This institution also housed a psychiatric facility for state mental health patients requiring maximum-security housing. CCI confined the most predator, violent and disruptive criminal population within the South Carolina criminal justice system. As provided under statute, county jail facilities could also transfer inmate population (Safe-Keepers) to this facility with behavior problems and other issues beyond their security level.

In order to address these issues, I conducted an analysis of various approaches to reestablish order and control. I incorporated various BOP security approaches regarding the security management of maximum-security violent inmate population. I selected the internal classification approach that the BOP had implemented to address the violence and inmate control issues. This involved conducting an on-site professional consultation with the staff at United States Penitentiary- Lewisburg and

8

acquiring expert assistance from the National Institute of Corrections, United States Justice Department. The internal classification system was the key element in transitioning the facility into a safer and orderly operation.

### *Expert Testimony Specifically Related to Administrative Maximum (ADX)*

I have been qualified as an expert by the United States Federal Courts. An example was in the Eastern District of Virginia, Alexandria Division. I provided expert testimony in the *United States of America vs. Zacarias Moussaoui, a/k/a Shaqil, a/k/a Abu Khalid al Sahrawi; Criminal No. 1:01cr 455*. Mr. Moussaoui was convicted in the 911 terrorist attack against the citizenry of the United States of America. The purpose of my expert testimony focused upon the ability of the BOP to manage this international terrorist for the remainder of his life. In open court, I explained to the jury, only in general terms, to avoid security breaches, my experience regarding the Administrative Maximum Facility at Florence, Colorado, referred to as ADX, and the ability of the BOP to manage the Defendant. In order to provide this nature of testimony, I understood the intense nature of the facility mission and the general protocols that are required to manage this extremely dangerous population.

### *United States Department of Justice, National Institute of Corrections*

As stated above, I have consulted with the U.S. Department of Justice, National Institute of Corrections, as well as served as a private contract provider to federal, state and county jurisdictions in a number of areas to include but not limited to:

- inmate classification,
- managing violent youthful offenders in adult prisons,
- managing prison security systems,
- correctional leadership development,
- assessment of security operational performance,
- executive training for new and experienced wardens,
- prison critical event avoidance,
- management of super-maximum security prisons (this program was partially delivered at ADX-BOP),
- management of the hard to manage-violent inmate, riot/gang management, and instructing selected BOP staff on executive level prison management/leadership.
- management of women offenders,
- managing violent youthful offenders in adult prisons,
- managing prison security systems,
- prison culture change,
- correctional leadership development,
- assessment of security operational performance,
- executive training for new and experienced wardens,
- prison critical event avoidance,
- management of super-maximum-security prisons,
- management of the hard-to-manage violent inmate,
- riot/gang management,
- use of force evaluation and application, and
- post critical event evaluations.

9

App.0616

## DECLARATION OF MARCELLA F. FIERRO, MD, ABP, FASCP, FCAP
### PURSUANT TO 28 U.S.C. § 1746

I, Dr. Marcella F. Fierro, hereby declare and certify the following is true and accurate.

1.      I am a medical doctor specializing in forensic pathology. From 1975 to 1992, I was the Assistant Chief Medical Examiner for the Central District Office of the Office of the Chief Medical Examiner in Richmond, Virginia and a forensic pathologist in the Departments of Pathology and the Department of Legal Medicine at the Medical College of Virginia Hospital in Richmond (now Virginia Commonwealth University Health System.). For eighteen months I worked as staff pathologist at Pitt County Memorial Hospital, in Greenville North Carolina until returning to Virginia. From 1994 to 2007, I was the Chief Medical Examiner for the Commonwealth of Virginia and Professor and Chair of the Department of Legal Medicine at the Medical College of Virginia. I am currently retired, but I continue to publish articles in the field of forensic pathology and do consultation, document review and review of testimony and prior cases as requested. A copy of my curriculum vitae is attached.

2.      In 1992 I performed an autopsy on Douglas Moody (a.k.a Kareem Abdul Hakim) as part of my duties with the Richmond Office of the Medical Examiner. Mr. Moody's body arrived at my office without clothing. My examination of Mr. Moody revealed two gun shot wounds and eighteen (18) knife wounds – stabs, cuts and punctures. All of the knife wounds were to the upper and middle back. As part of the autopsy, I ordered a toxicology test and found alcohol and cocaine in Mr. Moody's system. I also observed track marks on Mr. Moody's arms, some of these needle marks were old and some recent. The autopsy also revealed injuries to Mr. Moody's skull and rib bones which were likely to have been caused by the weapon which inflicted

App.0617

the stab wounds. Once the autopsy was complete, I gave fragments of the skull bone and one of Mr. Moody's ribs to the investigating officer, for toolmark comparison should the weapon be recovered.

3.     In 1993, I testified as a prosecution witness in the case of United States v Tipton, et al., Nos. 93-4005 to 93-4007, 93-4009 and 93-4010 (E. D. Virginia). I provided testimony consistent with my post-mortem examination of Mr. Moody and my autopsy report dated January 13, 1992. I understand that at the conclusion of that trial, James Roane was convicted of capital murder and was sentenced to death related to the killing Douglas Moody.

4.     In 2008, I was retained as a defense forensic expert by Mr. Roane's current counsel, The Federal Community Defender Office for the Eastern District of Pennsylvania. As part of my consultation, I reviewed the following documents and evidence: the 1992 autopsy report; the photos taken when the autopsy was conducted; the crime scene video; my testimony from the 1993 trial; and, the trial testimony of prosecution witnesses Priscilla "Pepsi" Greene and Denise Berkley. I have been asked by current defense counsel to review these materials and complete this declaration regarding Mr. Moody's death and my testimony at the time of trial. All opinions herein are stated to a reasonable degree of scientific certainty.

5.     At trial, Denise Berkley, who claimed to be eyewitnesses to the stabbing of Mr. Moody, testified that James Roane was standing in front of Moody when he started stabbing him. However, with exception of a stab wound to the left forehead and one to the left anterior neck, all of the stab wounds are on the upper right and middle back. It is very unlikely that the back stab wounds in this case were inflicted in a face to face combat situation. On the contrary, because the stab wounds are clustered around the upper right region of his back, it is more likely, after the two stabs to the front, that the Mr. Moody had his back to the perpetrator while being

stabbed. The multiple abrasions to the front of Mr. Moody's body are also consistent with this scenario. Had I been asked at the time of trial, I would have testified that Ms. Berkley's testimony in this regard was inconsistent with the physical evidence for most of the wounds.

6. Denise Berkley also testified that she witnessed Mr. Roane using a butcher knife to stab Mr. Moody. Priscilla Greene testified that Mr. Roane used a military knife which she described as a "wide" blade, approximately 2-3 inches wide. However, Mr. Moody could not have been stabbed with either a butcher knife or a military knife as described by these witnesses. Based on the width and depth of the stab wounds, Mr. Moody was stabbed by a cutting instrument with a blade between ½ to 3/4 inch in width. Moreover, the skin, as an organ, is more elastic than the internal organs. For this reason, cuts to internal organs are less likely to expand over time and measuring these cuts provides the most accurate indicator of the size of the cutting instrument. In this case, there was a 5/8 inch wide cut to Mr. Moody's pleura, the membrane covering his lung. This is the most accurate indicator of the size of the cutting instrument used. Butcher knives and military knives typically have blades much wider than 5/8 inch. The blade could not have been 2-3 inches wide as described by Priscilla Greene. In addition, military knives typically have thicker blades and the wounds in this case were not thick enough to be made by such a knife. Had I been asked at the time of trial, I would have testified that Denise Berkley and Priscilla Greene's testimony describing the weapon as a butcher knife or military knife with a 2-3 inch wide blade was inconsistent with the physical evidence.

7. Denise Berkley's trial testimony, claiming to have seen Mr. Moody stabbed 18 to 19 times, is incredible. It took me several hours of examination to determine that the total number of wounds on Mr. Moody's body which consisted of nine stab wounds, 3 cuts, and 6 puncture wounds – 18 total, plus two gunshot wounds. The variable nature of the wounds in this

case, makes Ms. Berkley's testimony suspect.  She could not have known the exact number of the

wounds unless she had seen or been told about my autopsy report before she testified.

I hereby certify that this Declaration is true to the best of my knowledge subject to the penalty for perjury.

Marcella F. Fierro, M.D., ABP

Dated: September __3__ , 2008
       Richmond, Virginia

## DECLARATION OF DR. DAVID LISAK

## PURSUANT TO 28 U.S.C. 1746

1.      My name is Dr. David Lisak.

2.      I am a clinical psychologist and Associate Professor of Psychology at the University of Massachusetts Boston, where I teach, and conduct and supervise research in the doctoral program in clinical psychology.  For the past 22 years, I have been researching the causes and consequences of interpersonal violence, and I have studied the impact of childhood physical and sexual abuse on later development, especially in men.  My research has been published in numerous scholarly journals, and I have presented scores of papers, symposia, and workshops at conferences throughout the United States and Canada.

3.      I am an active member in good standing and a Fellow of the American Psychological Association (APA), and I was the founding editor of the journal, *Psychology of Men and Masculinity*, a scholarly journal published by APA.  In addition, I am a founding member of the National Organization on Male Sexual Victimization, now re-named *Male Survivor*, and I am a founding board member of *1in6*, a Los Angeles-based non-profit organization focused on outreach and treatment for male victims of sexual trauma.

4.       In addition to my research and teaching, I am a licensed health care provider in the State of Massachusetts. For many years, I maintained a part-time private practice specializing in the treatment of adult men who had been sexually and/or physically abused as children. Currently, I serve as a consultant and expert in a variety of forensic contexts across the United States and Canada. I have been qualified by courts as an expert on psychological trauma and childhood abuse and violence, and I have testified in both state and federal courts.  I have conducted detailed evaluations of scores of murderers and sex offenders at prisons and jails across the country. I have served as faculty at judicial, prosecutor, and law enforcement training conferences on sexual aggression and psychological trauma in more than 40 states, and have consulted to the U.S. Department of Justice, the Federal Bureau of Investigation, the U.S. Air Force, the U.S. Army, the U.S. Coast Guard, the U.S. Department of Defense, local police departments, and to individual judges and prosecutors on matters pertaining to perpetrators of non-stranger sexual aggression, to the psychological and neurobiological consequences of trauma, and to the prevention of sexual violence.

5.       Over the past 20 years, in clinical, research or forensic contexts, I have treated or evaluated hundred's of men who suffered sexual victimization.

6.       My CV is attached.

2

App.0622

7.      I interviewed James Roane at the federal maximum security prison at Terre Haute, Indiana on two occasions: December 4, 2008, and January 13, 2009.

8.      In addition, I have reviewed extensive documentary materials pertaining to this case, including Mr. Roane's educational, medical, juvenile and corrections records, affidavits from numerous witnesses, testimony during Mr. Roane's 1993 penalty phase trial, a social history compiled by investigator Colleen Francis, a "chronology" compiled by Lee Norton, the May 1, 2003 U.S. District Court opinion, the closing argument of prosecutor Howard Vick, and declarations written by Drs. Matthews, Martell, Samuel and Toomer as well as by James Aiken.

9.      James Roane's childhood was catastrophic. The challenge in describing his childhood and its impact is not in cataloguing the magnitude of the abuse and forms of trauma he suffered. The challenge is in conveying the reality of these traumas; the reality of the terror that James Roane was subjected to from his earliest years, the helplessness, the despair and the desperation he suffered. In cataloguing the traumas that shattered his childhood, which I will do in summary form, I am concerned that the very magnitude of these traumas will, paradoxically, sap them of their real meaning.

10.     It is very challenging for any of us to put ourselves in the place of a child who suffers the brutality that James Roane was subjected to. When I use words

like "abuse," and "beating" and "rape," as I will below, it is very challenging to actually allow ourselves to empathically connect with the experience of the child who is suffering. It is all the more challenging to do so when we know that this suffering child grew up and later committed terrible crimes. The fact of those crimes, and his responsibility for them, makes it easier for us to *not* empathically connect with the experience of the suffering child. Yet the two are inextricably linked – the suffering child and the adult who committed the crimes.

11.     Other professionals have written declarations that detail the myriad traumas and forms of abuse and neglect that pervaded Mr. Roane's childhood. In particular, the Declaration of Colleen Francis provides an excellent account. I will only summarize these findings.

Domestic Violence

12.     The violence and brutality that pervaded Mr. Roane's life originated in the generations prior to his birth. Mr. Roane's father, James Roane Sr., was an extremely brutal man who subjected his wife and children to ferocious bouts of violence, maintained a tyrannical control over the family, and yet utterly neglected his role as a breadwinner, thus relegating the family to desperate poverty.  James Roane witnessed much of the violence that his father inflicted on his mother. He heard the blows landing on her face. He heard her screams. He heard her body hitting the floor. He saw the black eyes and the bruises.

4

13.    Children who witness this type of violence experience precisely the kind and severity of terror that they would if they themselves were being savagely beaten. James Roane's mother, as abusive and neglectful as she was, was nevertheless his one and only source of attachment. This attachment is arguably the primary need of all children. The person who embodies that attachment is the child's anchor and source of safety and security. When that person's life is threatened, when the child witnesses her screams and her terror, the child's own basic safety is threatened, and he experiences abject terror.

Physical Abuse

14.    James Roane was physically beaten by both his mother and his father, beatings that were routine, severe, and at times so vicious that they bordered on the sadistic. The beatings frequently left Mr. Roane with wounds that were so visible that he was forbidden to leave the house, lest those wounds arouse the suspicion of teachers or others in the neighborhood. These beatings were not acts of parental discipline. They were the gratuitous unleashing of the parent's pent up anger and frustration, using James Roane's body to gratify their need for a release of their own emotions and impulses. As such, this physical abuse was fundamentally similar to childhood sexual abuse, in which the child's body is used by the adult to gratify a slightly different set of emotions and impulses.

5

15.     The similarities between childhood physical abuse and childhood sexual abuse extend to their consequences for the child, particularly for the male child. Reduced to an object that is being used for the gratification of the adult, the child is inevitably left feeling worthless and damaged; indeed, often less than worthless – as something so "bad" and so worthy of contempt that it must deserve to suffer this abuse. It is not lost on the child that the individuals who are delivering the beatings, who are delivering the message that he is something less than worthless, are his parents, the very people who are the foundation of whatever inner security he can muster.

16.     This so-called "internalization" of the abuse by the child often has particular consequences for victimized boys, as it did for Mr. Roane. The boy who is suffering this abuse is simultaneously learning that, as a boy who is growing up into manhood, he is expected to be strong, tough, and fearless, and that he must *not* be weak, helpless or powerless lest he be seen as less than masculine. In tough neighborhoods, such as that in which James Roane grew up, these "standards" of masculinity are particularly harsh, and the consequences for not meeting those standards are catastrophic.

17.     Thus, James Roane the boy was forced into an irreconcilable dilemma: He lived with an inner knowledge of his own fear and helplessness in the face of his parents' unleashed violence, and yet somehow he had to create a persona – an

external façade of toughness – that would enable him to survive as a male in a neighborhood that tolerated no fear or weakness from boys or men.

Neglect

18.    The neglect that James Roane suffered as a child was so pervasive, so all-encompassing, that even in a neighborhood wracked by extreme poverty and violence he was a child whose plight stood out. Teachers and social service workers actually noticed how badly off he was.

19.    In formal terms, the neglect that Mr. Roane suffered spanned all of the categories: emotional; nutritional; medical; and personal (basic clothing and housing). What does this mean in reality? It means that throughout the violent years of his childhood, James Roane's parents never gave him the basic love, the care, the attention that all children require as the most fundamental building block of their growth. The love and attention that he was deprived of is not some "warm and fuzzy" thing. It is one of the most crucial building blocks of critical parts of the developing brain, in particular the frontal lobes of the brain. The frontal lobes are responsible for crucial executive functions, such as impulse control and the capacity to convert emotions and impulses into thoughts and words instead of impulsive, automatic actions.

20.    The other categories of neglect that James Roane suffered – the neglect of virtually all of his most basic physical needs – also undermined his childhood

7

growth and poisoned his social development. He was teased, bullied and tormented by his peers because his body and his clothing were stinking filthy. Even when a few caring adults tried to intervene to improve his hygiene they found that it did not improve because James Roane did not have soap to wash his body or his clothes. And the house he lived in was so wretched, filthy and chaotic that the social workers' descriptions still ring with disgust this many years later.

21.     Finally, the chronic absence of even the most basic level of parental care left James Roane vulnerable to virtually anyone in either his household or his neighborhood who had the inclination to prey upon him. And so they did. He was teased, ridiculed, bullied and tormented by peers and older children at his school and in his neighborhood. And he was perceived, accurately, as an unprotected and vulnerable child by sexual predators – one who lived in his home, and another who stalked his neighborhood.

<u>Desperate Poverty</u>

22.     For about the first three years of his life, James Roane had, at least technically, two parents. His father provided an intermittent income to the home that kept the family in dire poverty, often with insufficient money for food and basic clothing needs. He was so brutally violent and controlling that James Roane's mother was incapable of supplementing the household income. In any

8

case, by the time James Roane was two years old, and his mother was 18 years old, she was responsible for six children, all under the age of four.

23.     Dire poverty became desperate poverty after Mr. Roane's father was arrested for armed robbery when James Roane was three years old. His mother plunged into severe depression and alcoholism, and the family descended into catastrophic levels of desperation and neglect. Social service documents record the vile conditions of the household, where the six Roane children lived in filth and stench, under-nourished and without the most basic medical care or parental guidance, let alone love and attention.

<u>Community Violence</u>

24.     Children who grow up in homes as desperate as was James Roane's invariably try to escape. They may run away, or they begin to spend more and more time in the streets. Unfortunately, what they find in the streets is little better, and many ways it is far worse that the chaos and abuse that they are trying to escape.

25.     James Roane grew up in what was considered one of the worst neighborhoods in Richmond, Virginia, a public housing development submerged in drugs, violence and lawlessness. Escaping the violence, abuse and neglect in his home, James Roane was confronted by the violence, abuse and drug use in his neighborhood.

9

26.    He was bullied and tormented. He walked through open air drug markets and he witnessed violence everywhere. When he was nine years old, he heard the roar of shotgun blast and ran out of his house to see a close family friend lie dying in front of the house. For months afterwards, he was plagued by nightmares.

27.    James Roane was not only a child witness to this rampant violence; he was also its victim. He was tormented and bullied mercilessly, and he was targeted by the neighborhood's sexual predators, who brutally raped him, leaving him with scars that he lives with still.

Childhood Rape

28.    James Roane was brutally raped three times during his childhood. Even in a childhood marked by catastrophic abuse and neglect, the rapes stand out as uniquely traumatizing. They brought the violence and brutality of his childhood into the most intimate spheres of his existence, and left him deeply scarred on the inside. The rapes left him with profound doubts about his masculinity and his sexuality, and about his capacity to protect the integrity of his most basic boundaries. The rapes branded him on the inside with rage, humiliation, helplessness and unbearable shame, emotional states that he struggled against and with his entire life, and which he has only in recent years begun to come to terms with.

10

29. The first rape occurred when he was approximately eight years old. Among the disparate group of individuals who periodically camped out in his mother's apartment was a man whom James Roane knew only as "Ed." Ed was a friend of his mother who drove an ice cream truck in the neighborhood. Ed began grooming James by inviting him to ride in the ice cream truck and to help out. For a young child, it was a treat and an adventure. Ed would give him ice cream as a reward for his help.

30. One day, Ed told James that he needed his help to pick up some supplies at the truck owner's warehouse. James eagerly jumped into the truck, and was driven to an isolated building behind a locked fence. Once there, Ed pulled out a handgun that he kept in the truck and began playing with it, and then he pointed it at James, who was immediately petrified. Ed told him that he was going to do what Ed ordered him to do, or else he would kill James' mother and brother.

31. He ordered James to take off all of his clothes and then he anally raped him. James vividly remembers the searing pain in his rectum, and the paralyzing terror. He cried throughout the rape. When Ed was done with him, he threatened him once more, and then he gave James an ice cream and drove him home.

32. Ed raped James a second time in the bathroom of James' home. It was during one of the times when Ed was hanging out in the house; it was summer and everyone was sitting around on the front porch. James got up to go to the

11

bathroom. When he got there, Ed suddenly appeared behind him and pushed him into the bathroom and shut the door. First he forced James to fondle his penis, and then he orally raped James. Once again he threatened James to keep him silent.

33.    The third rape occurred when James was approximately nine years old. This time, the rapist was a man named Haywood Tunstall, who was also known in the neighborhood as "Sweet Love." Tunstall was openly gay, and he was protected by several brothers who were part of a wild and violent gang. Like Ed, Tunstall also frequently hung out with James' mother, bringing marijuana to the apartment to share with her.

34.    One day Tunstall invited James to his apartment to smoke some marijuana. James agreed to go, but as soon as he got to Tunstall's apartment he was frightened. He was aware of Tunstall's brothers and their reputation, and he immediately noticed a handgun sitting on a table. After they had smoked two joints, James got up to leave but Tunstall stopped him and told him he had to "pay for the weed." As he said this, Tunstall casually picked up the handgun that had been sitting on the table.

35.    It was of course a classic setup, used routinely by sexual predators, both in and out of prisons, and the nine-year-old James was an easy target. He had no money and couldn't possibly pay for the marijuana he had just smoked. Tunstall

12

told him that he would give him the money or he would take off his clothes and pay him that way, and he leveled the gun at James.

36.    Terrified and helpless, James began weeping while he took off his clothes. Tunstall pushed James onto his stomach on a bed and anally raped him. Again, James felt the searing pain, the terror, and the utter helplessness. His face pushed down into the covers on the bed, he had trouble breathing, and he still can feel the helpless rage, knowing that there was nothing he could do to stop Tunstall, and nothing he could do afterwards, because of Tunstall's brothers.

37.    Like the vast majority of boys who are raped, James Roane tried desperately to block out the horrors he had experienced. He used psychological defenses, and he used drugs. But traumas as horrific as the ones that he experienced cannot be erased and their impact cannot somehow be buried. When he talked about these rapes and their impact, James Roane could vividly recall the original excruciating pain, both physical and emotional, and the aftermath of confusion, self-loathing and self-doubt. But he could also describe the gradual, hard-won changes that have occurred in how he understands what happened to him and how he tried to cope with the scars that he was left with.

38.    "What's traumatizing about it is not just what you go through when it's happening," he said. "It's what you live with afterwards. For years and years and years, what it does to you inside." James Roane cannot say when he began to

be able to reflect on the traumas of his childhood, only that it was a gradual process that occurred over the course of his incarceration on death row. For years he lived with overwhelming self-loathing. He condemned himself for his perceived weakness and helplessness. Like so many boys who are sexually abused, James was plagued by fears that he was targeted by these predators because he was gay; that somehow they knew he was gay even though he didn't know it himself, or feel it. Now, however, he can recall the inner voice that he condemned himself with and understand the absurdity of it. He stated: "It's like, 'you weren't man enough to stop him!' Of course I wasn't man enough. I was a child! I was just a child!"

39.    In discussing the rapes and their impact on his life James Roane made no attempt to blame them for how his life has turned out. When asked directly about their impact, he said: "I know the effects have been tremendous. I feel that deep inside me. But I can't tell you honestly how it affected me specifically. I just know it's there. Where did all that rage go that was boiling inside of me as Sweet Love was raping me?"

40.    James also pointed out that with all that he endured during his childhood, the physical beatings, the violence inside his home and outside his front door, how could he ever know what were the effects of the rapes themselves?

14

Substance Abuse

41.     James Roane's history of severe substance abuse was almost an inevitability given his history of trauma, and given that he was immersed in a family and a neighborhood where drugs and alcohol were pervasively abused. Traumatized children are left struggling with intense and overwhelming emotional states, confusion, self-doubt and self-loathing. When, like Mr. Roane, their caretakers offer them no help in dealing with these overwhelming emotional and cognitive states, they search for other ways to dull their pain; to distract them from what chronically hurts.

42.     That search for relief from their pain almost invariably leads them to drugs and alcohol. James Roane grew up surrounded by adults who abused drugs and alcohol, so he learned to do the same. He modeled his behavior on that of his parents, aunts, uncles and the constant flow of drug addicts and drunks that partied and passed out in the apartment that was his home.

43.     Drugs offer a respite from pain and despair. For the chronically depressed, crack, speed and other stimulants offer a dizzying experience of energy and fearlessness. Heroin offers oblivion, a brief but total removal from the world of hurt.

44.     And when James Roane escaped his home and spent his time increasingly in the streets, drugs also offered another powerful inducement. They were a

15

App.0635

ticket, the only ticket he could imagine, out of the life of desperate poverty and powerlessness that he had known.

The Long Term Impact of Catastrophic Childhood Trauma and Neglect

45.      Human children are born uniquely vulnerable. They are utterly helpless, and they remain so for a very long time. Their survival, their growth, and their healthy development are dependent on the continuing presence of caretakers – usually their parents – who are willing and able to provide at least adequate care. While child development is usually described in terms of its psychological variables – the development of stable and secure attachments, a secure sense of self and self-worth, cognitive skills, and the socialization of internal mechanisms of impulse control – the past two decades have seen a remarkable acceleration in our understanding of the neurobiology of development. We are increasingly able to understand the biological bases of these psychological phenomena.

46.      The brain of a developing child is an extremely plastic organ that is shaped in many important ways by the environment in which it grows. For example, there is mounting evidence that the millions of face-to-face interactions between a child and its caretakers – the smiles and verbal exchanges, the caring touches, the teaching and the gentle admonitions – that all of these interactions are responsible for the growth of neural networks in critical areas of the frontal lobes of the brain. The neural circuitry in the frontal lobes is what gives us our

16

capacity to inhibit our impulses, to modulate our emotions, to reflect on our own thoughts and feelings and therefore to temper them.

47.     A child who grows up in a family that provides him with a healthy environment, in which he has frequent interactions with his caretakers – smiles, touch, verbal exchanges – will develop increasingly dense neural circuitry in his frontal lobes, and will therefore become increasingly able to be aware of his emotions and impulses, and increasingly able to contain them and eventually to verbalize them. This developmental process is the core of what we call "socialization."

48.     Children are resilient. They can find what they need most to survive and grow even when conditions are not optimal. However, there are limits to resiliency. James Roane's childhood was catastrophic because he was subjected to levels of trauma and abuse that would have overwhelmed an adult, and because simultaneously he was subjected to pervasive neglect. From a neurobiological perspective, the traumas he experienced evoked extremely intense emotions and impulses, while the neglect he experienced deprived him of the neural development he needed to contain and modulate them.

49.     The behavioral implications of this combination – extremely intense emotions and impulses in the face of a limited capacity to contain and modulate them – are predictable. Like James Roane, children subjected to these conditions

17

have difficulty sitting still and focusing in a classroom. They are easily distracted and have difficulty concentrating. When another child in the classroom makes a noise or a sudden movement, children like James Roane cannot ignore it. In fact, their brains have been shaped – literally programmed – to pay attention to such noises and movements. Living in a home in which adults become inexplicably and unpredictably violent, their brains have been trained to monitor all sights and sounds for the subtle cues that violence is imminent. From the perspective of the developing brain, this learned hyper vigilance is critical for survival and therefore far more important to sustain than is the capacity for calm focus and concentration. Like James Roane, inevitably these children are diagnosed with learning disabilities and behavioral problems.

50.     Teachers and social workers repeatedly tried to intervene during James Roane's childhood. They tried to counter the damaging impact of his home environment and to provide him with the intensive treatment they knew that he required. James himself, tried to get himself removed from his home and into such a treatment environment. Tragically, all of these efforts fell short.

James Roane's Struggle with his Past

51.     There is a grim irony to the fact that James Roane finally found the therapeutic environment he so desperately needed – on death row. Death row units are, compared to other maximum security units, relatively quiet and less

18

plagued by the pervasive atmosphere of threat and intimidation that characterize prison environments. Death row inmates typically spend countless hours alone in their cells. Many respond to these conditions by taking up pursuits that were never remotely possible for them: they read books; they develop artistic talents; and they spend many, many hours thinking about their lives and reflecting on the choices they made.

52.     Of course, not all death row inmates embark on such a process, and those that do, do so with varying degrees of intensity. My conversations with James Roane made it clear that he has spent a great deal of time in such intensive reflection. I asked him how he now felt about the thinking that he has done over the course of the years of his confinement on death row. His answer, I believe, speaks to the genuine learning that has occurred in him:

53.     "I learned that it hurts to care. It's easier to pretend not to care. But I do care, and I can't and I don't want to go back to not caring. I care about a lot of things now. It's been a learning process. Believe it or not, death row changed my life. I've grown a lot as a human being and I'm grateful for that."

54.     What he has learned has changed how he relates to the other inmates and the corrections personnel who make up his interpersonal world. He sees through the hypermasculine bluster that inmates use to hide their fear and pain, and he

19

has learned ways to sidestep it; to avoid the trouble that can so easily flow from it.

55.    James Roane was also unsparing in his critique of his own ways of thinking and behavior. He recognizes the utter, disastrous folly of the life of drugs that he lived during his young adulthood. He also recognizes the immense pain that his actions caused, both to individuals and to his community.

56.    He recounted to me an encounter he had with another, older inmate when he was first incarcerated on death row in Virginia. He was complaining bitterly about individuals from his old neighborhood who had agreed to testify against him at his trial; feeling betrayed by them because he had given them money during his years as a dealer. The older inmate listened to him for awhile and then told him he was "full of it." Mr. Roane recounted: "He said to me: 'You can't spread that shit all over your neighborhood and then expect that throwing a little money around is going to clean it up and make it all better." The exchange helped to puncture one of the fantasies that James Roane was still clinging to, and forced him to begin to acknowledge the harm that he had done to his community.

Conclusion

57.    I have evaluated men on death row for the past 18 years. Over time, I have witnessed many of the complexities and paradoxes that characterize the

20

App.0640

application of the death penalty. However, the case of James Roane Jr.

exemplifies these complexities and paradoxes with unique clarity.

58.    Over the 15 years that Mr. Roane has been under sentence of death in

Virginia and in the Federal system, he has changed significantly. Ironically, he

was finally given the stable, structured environment that professionals

unsuccessfully sought for him when he was a child and again when he was a

young adolescent. Those professionals also sought intensive treatment for Mr.

Roane, and death row has not afforded him that. Yet he has found a form of

treatment. Month after month of a relatively quieter life, free of drugs, with

hours and hours of time for reflection and quiet thought, all of this has produced

significant change in Mr. Roane.

59.    Mr. Roane's own words offer the most eloquent and precise testimony to

this change. In reflecting on who he is now, compared to who he was in his

youth, he said, with a tone of marvel and wonder: "Now I think about things. I

don't just act on what I'm feeling. I think before I act."

60.    That statement eloquently describes the increased development of neural

pathways in the frontal lobes of Mr. Roane's brain. That neural development is

the core of what we – parents, teachers, adults, society in general – try to

accomplish when we socialize a child, when we provide a child with those

irreplaceable components of normal development: love, attention, care, structure, contact and formal schooling.

61.    Mr. Roane finally found enough of those components during the many years of his incarceration on death row. As a result, and to compound the irony, if Mr. Roane is executed as planned, the government will be executing a different person than the one who was originally sentenced to death. The James Roane that the government wants to execute no longer exists. That this is so, that Mr. Roane finally has been able to develop those critical parts of himself that should have been instilled during his childhood, is actually an enormously positive development. It is a testament to the resiliency of human beings, and a source of optimism.

62.    The second aspect of this case that exemplifies the complexities and paradoxes of the death penalty is the question of responsibility. There is no question that Mr. Roane will bear responsibility in a very tangible way. Either he will be put to death, or he will spend the rest of his life in prison.

63.    If he is put to death, the government, acting on behalf of American society, will in essence be stating that the crimes that Mr. Roane committed are now fully closed. His acts have been balanced by a commensurate punishment that has now closed the circle.

22

64.     As a clinical psychologist who has been immersed in the nature and impact of childhood trauma for my entire professional life, and as a member of the society on whose behalf Mr. Roane may be put to death, I am deeply troubled by the implication that his execution closes the circle of responsibility.

65.     To be very blunt, by executing James Roane we attempt to absolve ourselves of any responsibility for the outcome of his life. I believe that this is an evasion, one that is not worthy of us.

66.     James Roane will suffer the consequences of his actions for the rest of his life. But the James Roane who was sentenced to death was once a child, a child who was shaped by catastrophic circumstances for which he had absolutely no responsibility. His parents bear a portion of that responsibility, as does his community, as do the various institutions and agencies that ultimately fell short in their efforts to mitigate the impact of those catastrophic circumstances.

67.     The responsibility extends to American society because collectively, we make the choices that ultimately determine whether there will be adequate resources in the schools and social service agencies that are in place to intervene on behalf of children like James Roane who have been born into catastrophe. We may not be able to avoid all bad outcomes through our interventions, but we can certainly do far more than we do.

23

68.    Which is why the execution of James Roane will, by implication, serve as a form of false absolution. In placing all of the responsibility on Mr. Roane by putting him to death, we implicitly absolve ourselves of any responsibility for the conditions that shaped him. I think we can do, and be, better than that.

_____
David Lisak, Ph.D.

Framingham, Massachusetts

DATED:  February 11, 2009

24

**DAVID LISAK, Ph.D.**

42 Agua Sarca Road
Placitas, New Mexico 87043

(505) 404-8767
(617) 947-4119
david@davidlisak.com

## EDUCATION

Ph.D. (Clinical Psychology), 1989, Duke University
M.A. (Clinical Psychology), 1985, Duke University
B.A. (Major in Psychology), 1983, University of Virginia

## TEACHING EXPERIENCE

Positions Held

Associate Professor, University of Massachusetts Boston, 1996 - 2012
Assistant Professor, University of Massachusetts Boston, 1990 - 1996
Visiting Assistant Professor, Duke University, 1989-90
Instructor, Duke University, 1985-1988

Courses Taught

Abnormal Psychology
Personality Theory
Personality and Social Behavior
Psychological Trauma (graduate & undergraduate)
Psychology of Gender (graduate)
Psychological Assessment (graduate)
Experimental Social Psychology
Jungian Psychology
Introductory Psychology

## PHOTOGRAPHY

The Bristlecone Project
California Endowment Center, Los Angeles, CA, October 15, 2013
Children's Law Institute, Albuquerque, NM, January 15 – 16, 2014
Advocacy in Action Conference, Albuquerque, NM, April 30 – May 2, 2014
South-South Institute on Sexual Violence Against Men & Boys, Pnom Penh,
Cambodia, May 25 – 29, 2015
Heath Gallery, New York City, December 4 – 6, 2015
The Pentagon, Arlington, VA, April 8, 2016

_____

## GRANTS, AWARDS & HONORS

Champions for Change Award, Boston Area Rape Crisis Center, 2006

Visionary Award, Ending Violence Against Women International, 2005

Distinguished Professional Service Award, Div. 51, American Psychological Association, 2004

Fellow, American Psychological Association, elected 1999.

Faculty Scholarship Grant, University of Massachusetts-Boston, 1997.

Researcher of the Year Award, Div. 51, American Psychological Association, 1996.

Faculty Summer Research Grant, University of Massachusetts-Boston, 1993.

Junior Faculty Development Grant, University of Massachusetts-Boston, 1993.

Faculty Development Grant, University of Massachusetts at Boston, 1991.

Faculty Summer Research Grant, University of Massachusetts-Boston, 1991.

Junior Faculty Development Grant, University of Massachusetts-Boston, 1990.

## EDITORSHIPS/EDITORIAL BOARDS

Founding Editor, (1998 - 2003) *Psychology of Men and Masculinity*. Division 51, American Psychological Association.

Editorial Board, (2008 – present) *Psychological Trauma: Theory, Research, Practice and Policy*, Division 56, American Psychological Association.

## PROFESSIONAL TRAINING

Faculty, *National Judicial Education Program*, trainings for judges and prosecutors on nonstranger sexual violence, 1996 – present.

Faculty, *American Prosecutors Research Institute*, trainings for prosecutors on nonstranger sexual violence, 2000 – 2007.

## PROFESSIONAL TRAINING FILMS

*Boys and Men Healing*, produced by Big Voice Pictures, 2008.

*The Undetected Rapist*, produced by the National Judicial Education Program, 1999.

*Understanding Sexual Violence: The Judge's Role in Stranger and Nonstranger Rape and Sexual Assault*, produced by the National Judicial Education Program, 1999.

*Building Credibility: Direct Examination of the Victim in a Nonstranger Rape Case*, produced by the National Judicial Education Program, 2003.

**Curriculum Vitae - David Lisak**    3

_____

## PROFESSIONAL TRAINING FILMS (continued)

*Targeting Sexual Assault: The Air Force Campaign Plan for Prevention and Response*, produced by Science Applications International Corporation for the United States Air Force, 2005.

*Sexual Assault Training Video,* produced by Science Applications International Corporation for the United States Air Force, 2005.

## PROFESSIONAL EXPERIENCE

Forensic Consultant:

Consultation to the US Air Force Academy, the US Air Force, US Army, the US Navy, the US Marine Corps, the US Department of Defense and numerous universities regarding sexual assault prevention, response, and investigation.

Psychological evaluations and consultations in civil and criminal cases in Alabama, Arizona, Arkansas, California, Colorado, Connecticut, Florida, Georgia, Idahoe, Indiana, Kansas, Louisiana, Massachusetts, Minnesota, Missouri, Nevada, New Jersey, New Mexico, New York, North Carolina, Pennsylvania, South Dakota, Tennessee and Texas (1992-present).

Case consultation with individual prosecutors on rape cases in Colorado, Michigan, Iowa, New Mexico, Washington State, Wisconsin and the U.S. Army, the U.S. Marine Corps, the U.S. Navy and the U.S. Air Force (1998-present).

October, 2003: Testimony before the New Mexico House and Senate Judiciary Committees pertaining to pending legislation on sex offenders.

Psychologist, private practice, specializing in psychological trauma. Boston, MA, (1992 - 2003).

Psychologist, Cambridge Associates in Psychotherapy and Mediation. Cambridge, MA (1991 - 1992).

Director, Duke Psychology Clinic, Durham, NC (1989-90).

Psychology Intern, NYU-Bellevue Hospital Center, New York (1988-89).

Clinic Coordinator, Duke Psychology Clinic, Durham, NC (1987-88).

Staff Therapist, Duke Psychology Clinic, Durham, NC (1984-88).

Testing Specialist, Alamance Memorial Hospital, Burlington, NC (1986-87).

**Curriculum Vitae - David Lisak**                                    4
_____

**PROFESSIONAL EXPERIENCE (continued)**

Consultant, Durham Police Department, Durham, NC (1984-88).

Consultant, Halifax County Schools, Roanoke Rapids, NC (1984-85).

**PROFESSIONAL AFFILIATIONS & APPOINTMENTS**

American Psychological Association (APA) (1987 - present)
    APA Division 51: Society for the Psychological Study of Men and Masculinity
    Program Chair, Division 51 (1997)

International Society for Traumatic Stress Studies

1in6 (www.1in6.org; founding board member) (2006 – present)

Peace Over Violence, National Advisory Board

National Organization on Male Sexual Victimization (MaleSurvivor) (1994 - 2002)

Victim Rights Committee to Monitor the Boston Archdiocese (2003 – 2004)

Governor's (Mass.) Commission on Domestic Violence & Sexual Assault (2003 – 2007)

**JOURNAL and GRANT REVIEWING**

Men and Masculinities
Journal of Interpersonal Violence
Psychology of Men and Masculinity
Journal of Personality and Social Psychology
Journal of Traumatic Stress

**JOURNAL and GRANT REVIEWING (continued)**

Sex Roles
Violence Against Women
National Institute of Mental Health

**PUBLICATIONS**

Lisak, D. (2016). The Bristlecone Project: Transforming Survivors' Trauma and Despair, and My Own. In R. Gartner (Ed.), *Trauma and Countertrauma, Resilience and Counterresilience: Insights from Psychoanalysts and Trauma Experts.* New York: Routledge.

App.0648

_____

**PUBLICATIONS (continued)**

Lisak, D. & Markel, D. (2016). Using science to increase effectiveness of sexual assault investigations. *Police Chief Magazine, Vol. LXXXIII, No. 1.*

Lisak, D. (2014). The next wave: Male survivors of childhood sexual abuse. *Sexual Assault Report, 17,* p. 49-50, 58-59.

Reprinted as, The next wave: Male survivors of childhood sexual abuse, in *Family & Intimate Partner Violence Quarterly, 6,* 7-10.

Lisak, D. (2012). Responding to Male Crime Victims. *OVC News & Program Updates, June 2012.* Office for Victims of Crime, Washington, DC.

Lisak, D. (2011). Understanding the predatory nature of sexual violence. *Sexual Assault Report, 14,* p. 49-50, 55-57.

Harwell, M.C. & Lisak, D. (2010). Why Rapists Run Free. *Sexual Assault Report.*Vol. 14, No. 2, p17, 18, 26-27. Reprinted in: *Family & Intimate Partner Violence Quarterly, 5,* 175-182.

Lisak, D. (2010). Behind the torment of rape victims lies a dark fear. *Violence Against Women, 16,* 1372-1374.

Lisak, D., Gardinier, L., Cope, S. & Cote, A.M. (2010). False allegations of sexual assault: An analysis of ten years of reported cases. *Violence Against Women, 16,* 1318-1334.

Lonsway, K.A., Archambault, J. & Lisak, D. (2009). False reports:  Moving beyond the issue to successfully investigate and prosecute non-stranger sexual assault. *The Voice: American Prosecutors Research Institute, Vol. 3, No. 1*, p. 1-11.

Lisak, D. (2007). False allegations of rape: A critique of Kanin. *Sexual Assault Report, 11,* v.1, p.1,2,6 & 9.

Lisak, D. & Beszterczey, S. K. (2007). The cycle of violence: The life histories of 43 death row inmates. *Psychology of Men and Masculinity, 8,* 118-128.

Lisak, D. (2004). Predators: Uncomfortable truths about campus rapists. *Connection, Summer 2004,* Boston: The Journal of the New England Board of Higher Education.

Lisak, D. & Miller, P. M. (2003). Childhood abuse, PTSD, substance abuse and violence. In P.C. Ouimette & P. Brown (Eds.), *PTSD and Substance Abuse Comorbidity*. Washington DC: American Psychological Association, p. 73-88.

_____

## PUBLICATIONS (continued)

Jakupcak, M., Lisak, D., & Roemer, L. (2002). The role of masculine ideology and masculine gender role stress in men's perpetration of aggression and violence in relationships. *Psychology of Men and Masculinity, 3,* 97-106.

Lisak, D. & Miller, P. M. (2002). Repeat rape and multiple offending among undetected rapists. *Violence and Victims, 17, 73-84.*

Lisak, D. (2001). Homicide, violence and male aggression. In G. Brooks & G. Good (Eds.), *A New Handbook of Counseling and Psychotherapy Approaches for Men*. San Francisco: Jossey-Bass.

Lisak, D. (2001). Traumatized men. In G. Brooks & G. Good (Eds.), *A New Handbook of Counseling and Psychotherapy Approaches for Men*. San Francisco: Jossey-Bass.

Lisak, D., Conklin, A., Hopper, J., Miller, P.M., Altschuler, L., & Smith, B.M. (2000). The Abuse-Perpetration Inventory: Development of a Valid Assessment Instrument for Research on the Cycle of Violence. *Family Violence & Sexual Assault Bulletin*, *16,* 21-30.

Lisak, D. (2000). Editorial. *Psychology of Men & Masculinity, 1,* 3.

Lisak. D. (2000). Gender war games. *Across the Board: The Conference Board Magazine.* New York: The Conference Board.

Miller, P. M. & Lisak, D. (1999). Associations between childhood abuse and personality disorder symptoms in college males. *Journal of Interpersonal Violence, 6,* 642-656.

Lisak, D. (1998). Men and violence: Treating the violent male patient. In W.S. Pollack and R.F. Levant (Eds.), *New Psychotherapy for Men: Case Studies*. New York: Wiley, (214-236).

Lisak, D. (1997). Male Gender Socialization and the Perpetration of Sexual Abuse. In: R.L. Levant and G.R. Brooks (Eds.) *Men and the Problems of Non-Relational Sex.* New York: Wiley, (156-177).

Lisak, D., Hopper, J. & Song, P. (1996). Factors in the cycle of violence: Gender rigidity and emotional constriction. *Journal of Traumatic Stress, 9*, 721-743.

Lisak, D. (1995). Integrating a critique of gender in the treatment of male survivors of childhood abuse. *Psychotherapy, 32*, 258-269.

Lisak, D. & Ivan, C. (1995). Deficits in intimacy and empathy in sexually aggressive men. *Journal of Interpersonal Violence*, 10, 296-308.

_____

## PUBLICATIONS (continued)

Lisak, D. (1994). The psychological impact of sexual abuse: Content analysis of interviews with male survivors. *Journal of Traumatic Stress, 7,* 525-548.

Lisak, D. & Luster, L. (1994). Educational, occupational and relationship histories of men who were sexually and/or physically abused as children. *Journal of Traumatic Stress, 7,* 507-523.

Lisak, D. (1994).  Subjective Assessments of Relationships with Parents by Sexually Aggressive and Non-Aggressive men. *Journal of Interpersonal Violence, 9*, 399-411.

Lisak, D. (1993). Commentary: Men as victims: Challenging cultural myths. *Journal of Traumatic Stress*, 6, 577-580.

Lisak, D. (1991). Sexual aggression, masculinity and fathers. *Signs: Journal of Women in Culture and Society*, 16, 238-262. Reprinted in: C. Jacklin (Ed.), *Gender*, London: Edward Elgar Publishing.

Lisak D. & Roth, S. (1990). Motives and psychodynamics of self-reported, unincarcerated rapists. *American Journal of Orthopsychiatry*, 60, 268-280.

Lisak, D. & Roth, S. (1988). Motivational factors in nonincarcerated sexually aggressive men. *Journal of Personality and Social Psychology*, 55, 795-802. Reprinted in: C. Jacklin (Ed.), *Gender*, London: Edward Elgar Publishing.


## INVITED ADDRESSES/WORKSHOPS/SYMPOSIA/SPECIAL BRIEFINGS

Lisak, D. (2016, October). *The Bristlecone Project*. Film screening and discussion, sponsored by AZMEN and TRUST, Phoenix, AZ.

Lisak, D. (2016, October). *The Neurobiology of Trauma*. Special training sponsored by TRUST and Catholic Community Services, Sierra Vista, AZ.

Lisak, D. (2016, October). *The Bristlecone Project*. Film screening and discussion, sponsored by the Southern Arizona Psychological Association, Tucson, AZ.

Lisak, D. (2016, September). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2016, September). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

_____

Lisak, D. (2016, September). *Sex Offenders: Behaviors, Characteristics and Predatory Offending.* Presentation at the SART Summit V, California Clinical Forrensic Medical Training Center & California District Attorneys Association, San Diego, CA.

Lisak, D. (2016, August). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2016, August). *The Impact of Sex Offender Behavior on the Victim.* Plenary presentation at the Frontline Forensics Training conference, University of Indianapolis, Indianapolis, IN.

Lisak, D. (2016, August). *Sexual Violence in America.* Special presentation at installation stand-down, Fort Sill, OK.

Lisak, D. (2016, August). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for CID investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. and Morris, L. (2016, August). *The Bristlecone Project: Men Overcoming Sexual Abuse.* Workshop at the Annual Meeting of the American Psychological Association, Denver, CO.

Lisak, D. (2016, July). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation at Brigham Young University, Provo, Utah.

Lisak, D. (2016, July). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2016, July). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2016, June). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2016, June). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2016, June). *The Controversy over Repeat Offending and its Very Limited Relevance to the Paramount Importance of Prevention.* Keynote presentation at the inaugural

_____

Jana's Campaign Rocky Mountain Campus Safety Summit, Colorado College, Colorado Springs, CO.

Lisak, D. (2016, June). *Key Issues in Understanding Sexual Assault Cases.* Special presentation at Fort Sill, Fort Sill, OK.

Lisak, D. (2016, May). *Repeat Offending and Predatory Behavior.* Special lecture at the University of Oregon, Eugene OR.

Lisak, D. (2016, May). *Men Bleed Too: Male Victims of Sexual Violence.* Special lecture at the University of Oregon, Eugene OR.

Lisak, D. (2016, May). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2016, May). *The Neurobiology of Trauma and Healing.* Special presentation for the Fleet & Family Support Center, Naval Base San Diego, San Diego, California.

Lisak, D. (2016, May). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2016, May). *Investigating Campus Sexual Assault: Confronting the Challenges.* 2016 Campus Safety Symposium, sponsored by the Hampden County District Attorney's Office, Holyoke, MA.

Lisak, D. (2016, April). *The Neurobiology of Trauma: Implications for the Courtroom.* Presentation at the conference, "The Impact of Trauma on Victims of Sexual Assault: Creating an Effective Judicial Response," Wisconsin Dells, WI.

Lisak, D. (2016, April). *Men Bleed Too: Sexual Victimization of Men and Boys.* Special briefing, Fort Belvoir, Fort Belvoir, VA.

Lisak, D. (2016, April). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2016, April). *Male Survivors of Military and Pre-military Sexual Violence.* Special briefing at Kirtland Air Force Base, Albuquerque, NM.

Lisak, D. (2016, April). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

_____

Lisak, D. (2016, April). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation at Texas A&M University, College Station, Texas.

Lisak, D. (2016, March). *Lessons from Death Row: How Violence Emerges from Vulnerability.* Pleanary presentation at the annual conference of Ending Violence Against Women International, Washington, DC.

Lisak, D. & Goodwin, R. (2016, March). *Men Bleed Too: Engaging Men's Vulnerability.* Workshop presented at the annual conference of Ending Violence Against Women International, Washington, DC.

Lisak, D. (2016, March). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2016, January). *Confronting the Reality of Sexual Violence.* Special training for the Saskatoon Sexual Assault and Information Center, Saskatoon, Saskatchewan.

Lisak, D. (2016, January). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, December). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at the University of Richmond, Richmond, VA.

Lisak, D. (2015, December). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training sponsored by the Antelope Valley Hospital, Lancaster, CA.

Lisak, D. (2015, December). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2015, November). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, November). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2015, October). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Whitman College, Walla Walla, WA.

_____

Lisak, D. (2015, October). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2015, October). *The Predatory Nature of Sexual Violence*. Presentation at the 2015 Northwest Title IX Conference: Beyond the Law, Boise State University, Boise, ID.

Lisak, D. (2015, October). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training sponsored by SOS, Emporia, KS.

Lisak, D. (2015, October). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Dutchess County Mental Health agency, Poukeepsie, NY.

Lisak, D. (2015, September). *Trauma and the Brain.* Seminar presented for the Southern Arizona Psychological Association, Tucson, AZ.

Lisak, D. (2015, September). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2015, September). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, September). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Amherst College, Amherst, MA.

Lisak, D. (2015, September). *Trauma and the Brain.* Workshop presented at the conference, Sexual Assault Investigation & Prosecution in the 21st Century: Bringing Science to Practice, West Jordan, Utah.

Lisak, D. (2015, August). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, August). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Sex Crimes Unit, Salt Lake City Police Department, Salt Lake City, UT.

Lisak, D. (2015, August). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Federal Law Enforcement Training Center, Charleston, SC.

_____

Lisak, D. (2015, July). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2015, July). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, June). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for investigators, University of California system, Oakland, CA.

Lisak, D. (2015, June). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for investigators, University of California system, Los Angeles, CA.

Lisak, D. (2015, June). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation for Indiana University system conference. Indianapolis, IN.

Lisak, D. (2015, June). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, June). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2015, June). *The Neurobiology of Trauma.* Workshop presented for CAPSA (Citizens Against Physical and Sexual Abuse), Logan, UT.

Lisak, D. (2015, May). *Male Survivors of Sexual Abuse: Impact and Recovery.* Workshop presented at the 2nd South-South Institute on Sexual Violence Against Men and Boys, Phnom Penh, Cambodia.

Lisak, D. (2015, May). *The Neurobiology of Trauma.* Workshop presented at the 2nd South-South Institute on Sexual Violence Against Men and Boys, Phnom Penh, Cambodia.

Lisak, D. (2015, May-2). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, May). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

_____

Lisak, D. (2015, April). *Vexing Issues in Non-stranger Sexual Assault Cases*. Special presentation at Kirtland Air Force Base, Albuquerque, NM.

Lisak, D. (2015, April). *Male Survivors of Childhood Sexual Abuse*. Special presentation for the Saskatoon Sexual Assault and Information Center, Saskatoon, Saskatchewan.

Lisak, D. (2015, April). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Law Enforcement training for the Saskatoon Sexual Assault and Information Center, Saskatoon, Saskatchewan.

Lisak, D. (2015, April). *The Neurobiology of Trauma (and Healing).* Keynote presentation at the 15th annual conference of Alliance for Hope, San Diego, CA.

Lisak, D. (2015, April). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2015, April). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Kansas University, Lawrence, KS.

Lisak, D. (2015, April). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Princeton University, Princeton, NJ.

Lisak, D. (2015, April). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, April). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Kansas State University, Manhattan, KS.

Lisak, D. (2015, April). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Workshop sponsored by the Crisis Center, Manhattan, KS.

Lisak, D. (2015, March). *Male Survivors of Sexual Abuse.* Special training at Cannon Air Force Base, Clovis, NM.

Lisak, D. & Harwell, C. (2015, March). *Campus Sexual Assault: The Reality Behind the Headlines*. Pre-conference workshop, 20th Annual Advocacy in Action Conference, Albuquerque, NM.

Lisak, D. (2015, March). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

_____

Lisak, D. (2015, March). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2015, March). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisk, D. (2015, February). *Sexual Violence in Higher Education: At Last the Reckoning.* Keynote address at the National Conference on Campus Sexual Assault, Berkeley, CA.

Lisak, D. (2015, February). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Law enforcement training for the University of Connecticut Police Department, Storrs, CT.

Lisak, D. (2015, February). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation at Harvard University, Cambridge, MA.

Lisak, D. (2015, February). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, January). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, January). *The Neurobiology of Trauma.* Law enforcement training sponsored by the New Mexico Coalition of Sexual Assault Programs, Albuquerque, NM.

Lisak, D. (2015, January). *The Behavior and Characteristics of Sex Offenders.* Law enforcement training sponsored by the New Mexico Coalition of Sexual Assault Programs, Albuquerque, NM.

Lisak, D. (2015, January). *Confronting the Reality of Sexual Violence.* Special workshop presented at Wooster College, Wooster, OH.

Lisak, D. (2014, December). *Confronting the Reality of Sexual Violence.* Keynote address at the 16th Annual Ending Sexual Assault & Domestic Violence Conference, Lexington, KY.

Lisak, D. (2014, December). *The Neurobiology of Trauma: Concrete Applications.* Keynote address at the New Orleans Best Practices Conference, New Orleans, LA.

Lisak, D. (2014, December). *The Predatory Nature of Non-stranger Rapists.* Keynote address at the New Orleans Best Practices Conference, New Orleans, LA.

_____

Lisak, D. (2014, December). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2014, November). *Honing the Criminal Justice Response to Non-stranger Sexual Assault Cases*. Special training for law enforcement, Vancouver, BC, Canada.

Lisak, D. (2014, November). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for law enforcement, University of New Hampshire, Durham, NH.

Lisak, D. (2014, September). *Confronting the Reality of Sexual Violence on the College Campus.* Multiple presentations, Goucher College, Baltimore, MD.

Lisak, D. (2014, October). *The Next Wave: Male Survivors of Childhood Sexual Abuse.* Keynote presentation at the annual conference of the International Association of Forensic Nurses. Phoenix, AZ.

Lisak, D. (2014, October). *The Neurobiology of Trauma.* Presentation at the annual meeting of the Arizona Psychological Association, Tucson, AZ.

Lisak, D. (2014, October). *The Neurobiology of Trauma.* Plenary presentation at the annual conference of the Montana Board of Crime Control, Helena, MT.

Lisak, D. (2014, October). *The Neurobiology of Trauma.* Plenary presentation at the annual educational conference of the American Judges Association, Las Vegas, NV.

Lisak, D. (2014, September). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training at the Kansas Law Enforcement Training Center, Huchinson, KS.

Lisak, D. (2014, September). *Confronting the Reality of Sexual Violence.* Special training, 2nd Marine Expeditionary Force, Camp Lejeune, NC.

Lisak, D. (2014, September). *The Neurobiology of Trauma.* Special training, 2nd Marine Expeditionary Force, Camp Lejeune, NC.

Lisak, D. (2014, September). *The Neurobiology of Trauma.* Plenary presentation, 25th Annual McGuire Memorial Conference on Family Violence, Billings, MT.

Lisak, D. (2014, September). *Male Survivors of Childhood Sexual Abuse.* Plenary presentation, 25th Annual McGuire Memorial Conference on Family Violence, Billings, MT.

Lisak, D. (2014, September). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

_____

Lisak, D. (2014, August). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2014, August). *Confronting the Reality of Sexual Violence.* Special training for the Connecticut National Guard – Air Wing, Windsor Locks, CT.

Lisak, D. (2014, August). *Confronting the Reality of Sexual Violence.* Special training for the Connecticut Army National Guard , Middletown, CT.

Lisak, D. (2014, August). *The Neurobiology of Trauma.* Special training for the Connecticut Army National Guard , Middletown, CT.

Lisak, D. (2014, July). *Confronting the Reality of Sexual Violence on the College Campus.* Plenary presentation, South Dakota Board of Regents Conference, Sioux Falls, SD.

Lisak, D. (2014, July). *Plenary Speech.* Dartmouth College Sexual Assault Summit, Dartmouth College, Hanover, NH.

Lisak, D. (2014, July). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2014, June). *The Next Wave: Male Survivors of Childhood Sexual Abuse*. Keynote address, Pathways to Healing conference, Madison, WI.

Lisak, D. (2014, June). *The Next Wave: Male Survivors of Childhood Sexual Abuse*. Keynote address to the Men's Health Week Symposium, Griffith University, Brisbane, Australia.

Lisak, D. (2014, April). *The Motives and Characteristics of Sex Offenders*. Plenary presentation at the 4th Annual CAC Multi-Disciplinary Team Conference, Michigan Chapter of the National Children's Alliance, Traverse City, MI.

Lisak, D. (2014, April). *The Impact of Trauma on the Brain*. Workshop presented at the 4th Annual CAC Multi-Disciplinary Team Conference, Michigan Chapter of the National Children's Alliance, Traverse City, MI.

Goodwin, R. & Lisak, D. (2014, April). *Men and the Criminal Justice System: The Confluence of Childhood Trauma and Masculinity*. Ending Violence Against Women International, Seattle, WA.

Lisak, D. (2014, April). *The Neurobiology of Trauma and Healing.* Keynote presentation at Take Back the Night, Occidental College, Los Angeles, CA.

_____

Lisak, D. (2014, April). *False Reports of Rape: Research not Rhetoric*. Special presentation at Brown University, Providence, RI.

Lisak, D. (2014, April). *The Neurobiology of Trauma*. Keynote presentation at the Shield our Children from Harm Professional Conference, Children's Hospital at Dartmouth, Quechee, VT.

Lisak, D. (2014, April). *Male Survivors of Child Sexual Abuse*. Workshop presented at the Shield our Children from Harm Professional Conference, Children's Hospital at Dartmouth, Quechee, VT.

Lisak, D. (2014, March). *Confronting the Reality of Sexual Violence on the College Campus*. Presentation at Union College, Schenectady, NY.

Lisak, D. (2014, March). *Confronting the Reality of Sexual Violence on the College Campus*. Presentation at Russell Sage College, Troy, NY.

Lisak, D. (2014, March). *Confronting the Reality of Sexual Violence on the College Campus*. Presentation at Rensselaer Polytechnical Institute, Troy, NY.

Lisak, D. (2014, March). *Confronting the Reality of Sexual*. Keynote presentation at Joining Forces: Reducing and Responding to Sexual Assault Across Disciplines, Rensselaer County SART conference, Troy, NY.

Lisak, D. (2014, March). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for the Mariposa County District Attorney's Office, Mariposa, CA.

Lisak, D. (2014, February). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2014, January). *Confronting the Reality of Sexual Violence on the College Campus*. Special training for judicial board panel members, Columbia University, New York, NY.

Lisak, D. (2014, January). *The Neurobiology of Trauma & Its Impact on Children*. Presentation at the Children's Law Institute, Albuquerque, NM.

Lisak, D. (2014, January). *Serial Offending and the Testing of Rape Kits*. Webinar presented for the National Center for Victims of Crime.

Lisak, D. (2014, January). *Confronting the Reality of Sexual Violence*. Special presentation for leadership, Kirtland AFB, Albuquerque, NM.

_____

Lisak, D. (2014, January). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2014, January). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special Sexual Assault Training for law enforcement, University of Connecticut, Storrs, CT.

Lisak, D. (2014, January). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at the University of Connecticut, Storrs, CT.

Lisak, D. (2013, November). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Princeton University, Princeton, NJ.

Lisak, D. (2013, November). *Tonic Immobility and Dissociation*. Special presentation at Princeton University, Princeton, NJ.

Lisak, D. (2013, November). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Specialized Sexual Assault Training for Cook County Investigators and Prosecutors, Cook County, IL.

Lisak, D. (2013, October). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Presentation at the Southern Oregon Sexual Assault Symposium, Ashland, OR.

Lisak, D. (2013, October). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Davidson College, Davidson, NC.

Lisak, D. (2013, October). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Law Enforcement training sponsored by the Metropolitan Organization to Counter Sexual Assault, Overland Park, KS.

Lisak, D. (2012, October). *Confronting the Reality of Sexual Violence*. Keynote presentation at the 10th annual fall luncheon of the Metropolitan Organization to Counter Sexual Assault, Overland Park, KS.

Lisak, D. (2013, September). *Domestic Violence: Understanding the Neurobiology of Trauma and the Characteristics of Rapists*. Presentation at the 2013 Idaho Judicial Conference, Post Falls, Idaho.

Lisak, D. (2013, September). *The Undetected Rapist*. Presentation at the Delaware Department of Correction Sex Offender conference, Dover, DE.

Lisak, D. (2013, September). *The Neurobiology of Trauma and the Cycle of Violence*. Presentation at the Delaware Department of Correction Sex Offender conference, Dover, DE.

_____

Lisak, D. (2013, September). *The Behavior of Rapists and the Dynamics of Sexual Assault.* Presentation at the Avalon Start by Believing conference, Halifax, Nova Scotia.

Lisak, D. (2013, September). *Victim and Offender Behavior.* Specialized Sexual Assault Training for Cook County Investigators and Prosecutors, Cook County, IL.

Lisak, D. (2013, September). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2013, August). *The Behavior and Characteristics of Non-stranger Rapists.* Special training sponsored by Connecticut Sexual Assault Crisis Services, Cheshire, CT.

Lisak, D. (2013, August). *The Neurobiology of Trauma: Implications for Victim Interviewing.* Special training sponsored by Connecticut Sexual Assault Crisis Services, Cheshire, CT.

Lisak, D. (2013, August). *The Behavior and Characteristics of Non-stranger Rapists.* Plenary presentation at the Montana State University conference: "Not in our State: Statewide Summit on Sexual Assault," Bozeman, MT.

Lisak, D. (2013, August). *The Neurobiology of Trauma.* Plenary presentation at the Montana State University conference: "Not in our State: Statewide Summit on Sexual Assault," Bozeman, MT.

Lisak, D. (2013, August). *Identifying & Gathering Evidence in Non-stranger Rape Cases.* Workshop presented at the Montana State University conference: "Not in our State: Statewide Summit on Sexual Assault," Bozeman, MT.

Lisak, D. (2013, August). *The Predatory Nature of Non-stranger Rapists.* Presentation at the Sexual Assault Response Team Summit of the California Clinical Forensic Medical Training Center, Long Beach, CA.

Lisak, D. (2013, July). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2013, May). *Confronting the Reality of Sexual Violence on the College Campus*. Presentation at the annual conference of the American College Health Association, Boston, MA.

Lisak, D. (2013, May). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special law enforcement training for King County agencies, Seattle, WA.

_____

Lisak, D. (2013, May). *The Neurobiology of Trauma.* Workshop presented at the 2013 Children's Justice Conference, Seattle, WA.

Lisak, D. (2013, May). *The Undetected Rapist.* Workshop presented at the 2013 Children's Justice Conference, Seattle, WA.

Lisak, D. (2013, May). *Emergence of the Wounded: A Wave of Male Survivors is Coming.* Keynote presentation at the Advocacy in Action conference, Albuquerque, NM.

Lisak, D. (2013, May). *Expert Witness in the Courtroom: Life on the Edge.* Workshop presented at the Advocacy in Action conference, Albuquerque, NM.

Lisak, D. (2013, April). *Male Survivors of Childhood Sexual Abuse*. Workshop presented at Allegheny College, Meadville, PA.

Lisak, D. (2013, April). *The Neurobiology of Trauma*. Workshop presented at Allegheny College, Meadville, PA.

Lisak, D. (2013, April). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Tulane University, New Orleans, LA.

Lisak, D. (2013, April). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Boston College, Newton, MA.

Lisak, D. (2013, April). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at the University of Wisconsin, Madison, Madison, WI.

Lisak, D. (2013, April). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Viterbo University, La Crosse, WI.

Lisak, D., Foster, G., Goodwin, R., Fradkin, H. Followell, K. & Lepore, S. (2013, April). *In the Wake of Penn State: An International Panel on Male Survivors of Sexual Abuse.* Plenary presentation at the 2013 EVAW International Conference, Baltimore, MD.

Lisak, D., Foster, G., Goodwin, R., Fradkin, H. Followell, K. & Lepore, S. (2013, April). *In the Wake of Penn State: An International Panel on Male Survivors of Sexual Abuse II.* Workshop presented at the 2013 EVAW International Conference, Baltimore, MD.

Lisak, D., Powers, P. & Strand, R. (2013, April). *Trauma Informed Interviews – From Investigation to the Courtroom.* Workshop presented at the 2013 EVAW International Conference, Baltimore, MD.

Bayliff, C., Strand, R., Lisak, D., & Patton, G.S. (2013, April). *The Invisible War – A Military Response.* Plenary panel presented at the 2013 EVAW International Conference, Baltimore, MD.

_____

Lisak, D. (2013, April). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Harvard University, Cambridge, MA.

Lisak, D. (2013, March). *Confronting the Reality of Sexual Violence on the College Campus*. Emory University's Women's History Month Keynote Address, Emory University, Atlanta, GA.

Lisak, D. (2013, March). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at the University of California Santa Barbara, Santa Barbara, CA.

Lisak, D. (2013, March). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special for the University of California Santa Barbara Police Department, Santa Barbara, CA.

Lisak, D. (2013, March). *Male Survivors of Childhood Sexual Abuse*. Keynote presentation at the Ontario Network of Sexual Assault/Domestic Violence Treatment Centers 2013 SA/DV Clinical Education Forum, Toronto, Ontario.

Lisak, D. (2013, March). *Non-stranger Sexual Assault: Offenders and Victim Dynamics*. Keynote presentation at the Ontario Network of Sexual Assault/Domestic Violence Treatment Centers 2013 SA/DV Clinical Education Forum, Toronto, Ontario.

Lisak, D. (2013, February). *Confronting the Reality of Sexual Violence.* Special training sponsored by the Kansas Coalition Against Sexual and Domestic Violence, Topeka, KS.

Lisak, D. (2013, February). *The Neurobiology of Trauma (and Healing).* Special training sponsored by the Kansas Coalition Against Sexual and Domestic Violence, Topeka, KS.

Lisak, D. (2013, February). *The Undetected Rapist: Implications for Prevention and Education Programs*. Workshop presented at the Training and Technical Assistance Institute, Campus Grants, Birmingham, AL.

Lisak, D. (2013, January). *Invited testimony before the House Armed Services Committee,* Washington, DC.

Lisak, D. (2013, January). *Invited testimony before the U.S. Civil Rights Commission, hearing on sexual assault in the U.S. Military*, Washington, DC.

Lisak, D. (2013, January). *Identifying and Gathering Evidence in Non-stranger rape cases*. Presentation at the U.S. Army Judge Advocate General school, graduate course, Charlottesville, VA.

Lisak, D. (2013, January). *Private briefing, General Mark Welsh, Chief of Staff, U.S. Air Force.* Pentagon, Washington DC.

_____

Lisak, D. (2012, November). *Offender Behavior, Alcohol, and Sexual Violence*. Presentation at the fall conference of the New Jersey Higher Education Consortium on Alcohol and other Drug Prevention and Education, West Windsor, NJ.

Lisak, D. (2012, October). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Marquette University, Milwaukee, WI.

Lisak, D. (2012, October). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special presentation for law enforcement and judicial investigations at Marquette University, Milwaukee, WI.

Lisak, D. (2012, October). Confronting the Reality of Sexual Violence on the College Campus. Special presentation at the University of Michigan Campus-Wide Conference on Sexual Assault, Ann Arbor, MI.

Lisak, D. (2012, September). *Identifying and Gathering Evidence in Non-stranger Rape Cases*. Special training for law enforcement, Princeton University, Princeton, NJ.

Lisak, D. (2012, September). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Princeton University, Princeton, NJ.

Lisak, D. (2012, September). *Confronting the Reality of Sexual Violence*. Special presentation at the U.S. Military Academy, West Point, NY.

Lisak, D. (2012, September). *Confronting the Reality of Sexual Violence*. Special presentation at Andrews Air Force Base, Maryland.

Lisak, D. (2012, September). *Identifying and Gathering Evidence in Non-stranger Rape Cases*. Training for law enforcement and prosecutors sponsored by the Indiana Coalition Against Sexual Assault, Indianapolis, IN.

Lisak, D. (2012, September). *Identifying and Gathering Evidence in Non-stranger Rape Cases*. Training for law enforcement and judicial affairs staff, Depauw University, Greencastle, IN.

Lisak, D. (2012, September). *Investigation and Evidence Gathering in Non-stranger Sexual Assault Cases.* Special presentation to U.S. Air Force JAG officers, Maxwell AFB, Montgomery, AL.

Lisak, D. (2012, August). *The Neurobiology of Trauma & Male Victims of Sexual Violence*. Presentation at the 2012 U.S. Air Force annual conference for Sexual Assault Response Coordinators, Lansdown, VA.

_____

Lisak, D. (2012, August). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at the University of California Merced, Merced, CA.

Lisak, D. (2012, August). *Offender Dynamics and Counter-Intuitive Behavior*. Special training for law enforcement personnel, Merced, CA.

Lisak, D. (2012, August). *How Predators Pick their Prey*. Special presentation at the Master Sergeant's Symposium on Sexual Assault, United States Marine Corps, Potomac, MD.

Lisak, D. (2012, July). *Investigation and Prosecution of Non-stranger Sexual Assault Cases.* Special presentation at the UCLA-Santa Monica Rape Treatment Center LAPD Chief's Conference, Los Angeles, CA.

Lisak, D. (2012, July). *How Predators Pick their Prey*. Special presentation at the General Officers Symposium on Sexual Assault, United States Marine Corps, Quantico, VA.

Lisak, D. (2012, June). *The Neurobiology of Trauma*. Workshop presented at The Men's Project Summer Institute, Ottawa, Canada.

Lisak, D. (2012, June). *The Neurobiology of Trauma*. Plenary presentation at the 2012 annual conference of the National Crime Victims Law Conference, Portland, OR.

Lisak, D. (2012, June). *Working with Adult Survivors of Childhood Sexual Abuse*. Plenary presentation at the 2012 annual conference of the National Crime Victims Law Conference, Portland, OR.

Lisak, D. (2012, June). *Working with Male Victims of Sexual Violence*. Workshop presented at the 2012 annual conference of the Michigan Coalition to End Domestic and Sexual Violence, Bay City, MI.

Lisak, D. (2012, June). *Advanced Sexual Assault Systems Change Strategies*. Keynote presentation at the 2012 annual conference of the Michigan Coalition to End Domestic and Sexual Violence, Bay City, MI.

Lisak, D. (2012, May). *The Behavior and Characteristics of Non-stranger Rapists*: *Implications for Investigation and Prosecution*. Special Briefing for the Office of Special Investigations, Peterson Air Force Base, Colorado Springs, CO.

Lisak, D. (2012, May). *The Neurobiology of Trauma and Healing: How Trauma and Healing Alter the Brain*. Workshop presented for the Family Resources Rape and Sexual Assault Center, Moline, IL.

Lisak, D. (2012, April). *The Behavior and Characteristics of Non-stranger Rapists*: *Implications for Response & Prevention*. Briefing at Camp Lejeune Marine Corps Base, Jacksonville, NC.

_____

Lisak, D. (2012, April). *The Behavior and Characteristics of Non-stranger Rapists*: *Implications for Response & Prevention*. Briefing at Patrick AFB, Coco Beach, FL.

Lisak, D. (2012, April). *The Big Picture: Understanding the AF Sexual Assault Incidence & Prevalence Study and False Reporting*. Presentation at the 2012 Air Force Sexual Assault Prevention and Response Leader Summit, Andrews AFB, Camp Springs, MD.

Lisak, D. (2012, April). *Confronting the Reality of Sexual Violence*. Special presentation at the Clinton School of Public Service, University of Arkansas, Little Rock, AR.

Lisak, D. (2012, April). *The Neurobiology of Trauma (and Healing)*. Special presentation at the University of Arkansas, Little Rock, Little Rock, AR.

Lisak, D. (2012, April). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at the University of Illinois, Springfield, Springfield, IL.

Lisak, D. (2012, April). *Confronting the Reality of Sexual Violence*. Special presentation at the Coast Guard Academy, New London, CT.

Lisak, D. (2012, April). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Connecticut College, New London, CT.

Lisak, D. (2012, April). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Rutgers University, New Brunswick, NJ.

Lisak, D. (2012, April). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Cornell Unversity, Ithaca, NY.

Lisak, D. (2012, March). *The Behavior and Characteristics of Non-stranger Rapists*. Workshop presented for Crown prosecutors, Toronto, Ontario, Canada.

Lisak, D. (2012, March). *Confronting the Reality of Sexual Violence on the College Campus*. Presentation at Boston College, Newton, MA.

Lisak, D. (2012, March). *Boys and Men Healing*. Screening and Q & A. Brown University, Providence, RI.

Lisak, D. (2012, March). *Sexual Predators on Campus, and Understanding Victim Behavior*. Keynote presentation at the Virginia Campus Safety conference, Hampton, VA.

Lisak, D. (2012, February). *Issues Surrounding Male Sexual Abuse.* Presentation at the 2012 CACJ/CPDA Capital Case Defense Seminar, Monterey, CA.

_____

Lisak, D. (2012, February). *The Behavior and Characteristics of Non-stranger Sex Offenders.* Presentation at the Iowa National Guard 2012 Sexual Assault Leadership Summit, Johnston, IA.

Lisak, D. (2012, February). *The Behavior and Characteristics of Non-stranger Rapists.* Presentation at the annual meeting of the Prosecuting Attorneys Association of Michigan, Traverse City, MI.

Lisak, D. (2011, December). *Male Survivors of Sexual Abuse.* Workshop presented at the 2011 MNCASA Training Symposium, Rochester, MN.

Lisak, D. (2011, December). *The Neurobiology of Trauma (and Healing).* Plenary presentation at the 2011 MNCASA Training Symposium, Rochester, MN.

Lisak, D. (2011, November). *The Behavior and Characteristics of Non-stranger Rapists.* Special training at the Joint Base San Antonio Sexual Assault Summit, San Antonio, TX.

Lisak, D. (2011, November). *The Undetected Rapist.* Plenary presentation at the Idaho Summit on Sexual Violence, Boise, Idaho.

Lisak, D. (2011, November). *False Reports of Rape: What do the Numbers Tell Us?* Workshop presented at the Idaho Summit on Sexual Violence, Boise, Idaho.

Lisak, D. (2011, October). *Confronting the Reality of Sexual Violence on the College Campus.* Special training for Judicial Panel members and Assistant Deans, Columbia University, New York, NY.

Lisak, D. (2011, October). *Sex Offenders: Myths and Realities.* Presentation at the Delaware Judicial Education Retreat, Rehoboth Beach, DE.

Lisak, D. (2011, October). *Confronting the Reality of Sexual Violence.* Special leadership training, U.S. Air Force, Peterson AFB, Colorado Springs, CO.

Lisak, D. (2011, October). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation at Princeton University, Princeton, NJ.

Lisak, D. (2011, October). *Behavior and Characteristics of Non-stranger Sex Offenders.* Special presentation to the Conduct Board, Princeton University, Princeton, NJ.

Lisak, D. (2011, October). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation to senior administrators at Princeton University, Princeton, NJ.

Lisak, D. (2011, October). *Who are the Predators? Confronting the Reality of Sexual Violence on Campus.* Plenary presentation at the National Summit on Campus Safety for College

_____

and University Presidents, Office of Violence Against Women, Department of Justice, Washington, DC.

Lisak, D. (2011, September). *Behavior and Characteristics of Non-stranger Sex Offenders.* Special presentation at the Sexual Assault Training organized by the Cook County Sexual Assault Office, Chicago, IL.

Lisak, D. (2011, September). *False Reports of Rape: What do the Numbers Tell Us?* Plenary presentation at the Wisconsin Office of Justice Assistance Statewide Sexual Assault Response Team Conference, Wisconsin Dells, WI.

Lisak, D. (2011, September). *The Neurobiology of Trauma*. Workshop presented at the National Sexual Assault Conference, Baltimore, MD.

Lisak, D. (2011, September). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation at Yale University, New Haven, CT.

Lisak, D. (2011, August). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation at Harvard University, Cambridge, MA.

Lisak, D. (2011, August). *False Allegations of Sexual Assault: Research not Rhetoric*. Workshop presented at the U.S. Air Force Sexual Assault Response Coordinators' training conference, St. Paul, MN.

Lisak, D. (2011, July). *Male Survivors of Sexual Abuse.* Workshop presented at the Community Federal Defender, Philadelphia, PA.

Lisak, D. (2011, June). *The Undetected Rapist*. Workshop presented at the conference, "Two Days in June," sponsored by the Idaho Council on Domestic Violence and Victim Assistance, Boise, Idaho.

Lisak, D. (2011, June). *The Neurobiology of Trauma (and Healing)*. Workshop presented at the conference, "Two Days in June," sponsored by the Idaho Council on Domestic Violence and Victim Assistance, Boise, Idaho.

Lisak, D. (2011, June). *Offender Behavior & Characteristics*. Special presentation at the Sexual Assault Summit, Joint Base San Antonio, Randolph Air Force Base, San Antonio, Texas.

Munch, A. & Lisak, D. (2011, June). *Offender Accountability*. Special presentation at the Sexual Assault Summit, Joint Base San Antonio, Randolph Air Force Base, San Antonio, Texas.

Lisak, D. (2011, May). *How Predators Pick Their Prey: Understanding Offender-Victim Dynamics*. Presentation at the Department of the Navy 2011 Sexual Assault Summit, Orlando, FL.

_____

Lisak, D. (2011, May). *Alchemy in the Courtroom: Turning "Victim Issues" into Gold.* Presentation at the Department of the Navy 2011 Sexual Assault Summit, Orlando, FL.

Lisak, D. (2011, April). *Confronting the Reality of Sexual Violence in the U.S. Air Force: Key Issues.* Special presentation at Joint Base Charleston, Charleston, SC.

Lisak, D. (2011, April). *Confronting the Reality of Sexual Violence in the U.S. Air Force: Key Issues.* Special presentation for Leadership at Joint Base Charleston, Charleston, SC.

Lisak, D. (2011, April). *Addressing Sexual Assault on the College Campus.* Special presentation to the President's Advisory Committee on Sexual Assault, Columbia University, New York, NY.

Lisak, D. (2011, April). *The Dynamics of Sexual Predation.* Workshop presented at the Ending Violence Against Women International conference, Chicago, IL.

Lisak, D. (2011, April). *Confronting the Reality of Sexual Violence in the U.S. Air Force.* Special presentation for leadership, U.S. Air Force Base, Alconbury, England.

Lisak, D. (2011, April). *Confronting the Reality of Sexual Violence in the U.S. Air Force.* Special presentation for leadership, U.S. Air Force Base, Lakenheath, England.

Lisak, D. (2011, April). *Confronting the Reality of Sexual Violence in the U.S. Air Force.* Special presentation for leadership, U.S. Air Force Base, Mildenhall, England.

Lisak, D. (2011, March). *Sexual Predators on Campus: Research and Statistics.* Plenary presentation at the National Forum on Campus Sexual Assault, Hampton, Virginia.

Lisak, D. (2011, March). *Sexual Violence: Law Enforcement and Prosecution.* Plenary presentation at the 2011 U.S. Army SHARP Summit, Alexandria, Virginia.

Lisak, D. (2011, March). *The Neurobiology of Trauma.* Workshop presented at the Family Advocacy Spouse Abuse Course, U.S. Army, San Antonio, Texas.

Lisak, D. (2011, March). *The Sexual Victimization of Males.* Workshop presented at the Family Advocacy Spouse Abuse Course, U.S. Army, San Antonio, Texas.

Lisak, D. (2011, March). *Current Research on Sexual Assault.* Keynote presentation at the Title IX and Sexual Assault Conference, Office of Civil Rights Enforcement, U.S. Department of Education, Boston, MA.

Lisak, D. (2011, March). *The Behavior and Characteristics of Non-stranger Rapists: Implications for Investigation, Prosecution and Prevention.* Plenary presentation at the Sexual Assault Summit sponsored by the Michigan Domestic Violence Prevention and Treatment Board, Lansing, MI.

_____

Lisak, D. (2011, March). *Confronting the Reality of Sexual Violence.* Special presentation for the Maine National Guard, Bangor, ME.

Lisak, D. (2011, March). *Confronting the Reality of Sexual Violence.* Special presentation for the Maine National Guard, Augusta, ME.

Lisak, D. (2011, March). *The Behavior and Characteristics of Non-stranger Rapists: Implications for Investigation and Prosecution.* Special training for the Office of Special Investigations, U.S. Air Force, Peterson AFB, Colorado Springs, CO.

Lisak, D. (2011, March). *How Predators Pick their Prey.* Special training for JAG officers, U.S. Marine Corps, Camp Pendleton, CA.

Lisak, D. (2011, March). *Sex Offender Characteristics and Evaluating Evaluations.* Presentation for the California Administrative Office of the Courts, "Handling Sexual Assault Cases," Burbank, CA.

Lisak, D. (2011, February). *Confronting the Reality of Sexual Violence on Campus.* Webinar presented for Central Connecticut State University and Trinity College.

Lisak, D. (2011, February). *Confronting the Reality of Sexual Violence on Campus.* Special presentation at the Worcester Polytechnic Institute, Worcester, MA.

Lisak, D. (2011, January). *Confronting the Reality of Sexual Violence on Campus.* Special presentation for the Office of  Disciplinary Procedure for Sexual Assault, Columbia University, New York, NY.

Lisak, D. (2011, January). *The Long Term Effects of Childhood Sexual Abuse in Men*. Plenary presentation at the Fourth National Seminar on Mental Health and Criminal Law, New Orleans, LA.

Lisak, D. (2010, November). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Clark University, Worcester, MA.

Lisak, D. (2010, November). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at the State University of New York, Plattsburgh, Plattsburgh, NY.

Lisak, D. (2010, November). *Sexual Assault Prevention: A Research Framework*. Plenary presentation at the 2010 Sexual Assault Prevention and Response Summit, U.S. Air Force, Alexandria, VA.

Lisak, D. (2010, November). *The Behavior and Characteristics of Non-stranger Rapists*. Plenary presentation at the 2010 Sexual Assault Prevention and Response Summit, U.S. National Guard Bureau, Washington, DC.

_____

Lisak, D. (2010, September). *The Behavior and Characteristics of Non-stranger Rapists: Implications for Investigation and Prosecution.* Mobile Training Team presentation for U.S. Navy and Marine Corps JAG officers and NCIS agents, Law Center, San Diego, CA.

Lisak, D. (2010, September). *Sex Offenders: Myths and Realities.* Presentation at the National Judicial Education Program's Mid-Atlantic Regional Team Meeting, Alexandria, VA.

Lisak, D. (2010, September). *Key Issues for Understanding the Dynamics of Sexual Assault* . Special presentation for leadership, part II. Andrews Air Force Base, Maryland.

Lisak, D. (2010, September). *Offender and Victim Dynamics* . Special briefing for Victim Advocates. Andrews Air Force Base, Maryland.

Lisak, D. (2010, September). *The Behavior and Characteristics of Non-stranger Rapists: Implications for Investigation and Prosecution.* Mobile Training Team presentation for U.S. Navy and Marine Corps JAG officers and NCIS agents, Kanephe Marine Corps Base, Kaneohe, Hawaii.

Lisak, D. (2010, September). *Key Issues for Understanding the Dynamics of Sexual Assault* . Special presentation for leadership, part I. Andrews Air Force Base, Maryland.

Lisak, D. (2010, August). *The Undetected Rapist.* Special presentation as part of the Joint U.S. Navy and Marine Corps Mobile Training Team conference, Naval Air Station, Jacksonville, FL.

Lisak, D. (2010, June). *Confronting the Reality of Sexual Violence.* Webinar presented for the Washington State Coalition Against Sexual Assault.

Lisak, D. (2010, June). *Confronting the Reality of Sexual Violence.* Keynote presentation at the conference, Effective Responses to Sexual Assault on College Campuses: Putting the Pieces Together, SUNY Albany, Albany, NY.

Lisak, D. (2010, June). *Sexual Assault of Native Women: Offenders.* Webinar presented for White Buffalo Calf Women Society, South Dakota.

Lisak, D. (2010, June). *The Behavior and Characteristics of Non-stranger Rapists.* Workshop presented at the special conference, Investigating the Non-stranger Rapist, Sexual Assault Crisis and Support Center, August, ME.

Lisak, D. (2010, June). *False Reports of Rape: Research not Rhetoric.* Workshop presented at the special conference, Investigating the Non-stranger Rapist, Sexual Assault Crisis and Support Center, Augusta, ME.

_____

Lisak, D. (2010, June). *The Neurobiology of Trauma: Implications for Understanding and Interviewing the Victim*. Workshop presented at the special conference, Investigating the Non-stranger Rapist, Sexual Assault Crisis and Support Center, August, ME.

Lisak, D. (2010, May). *Sex Offenders: Myths and Realities*. Presentation at the Florida College of Advanced Judicial Studies, Fort Myers, FL.

Lisak, D. (2010, May). *The Undetected Rapist*. Keynote presentation at the Victim Rights Law Center's 2010 National Sexual Assault Law Conference, Scottsdale, AZ.

Lisak, D. (2010, May). *False Reports of Rape: Research not Rhetoric*. Workshop presented at the Victim Rights Law Center's 2010 National Sexual Assault Law Conference, Scottsdale, AZ.

Lisak, D. (2010, April). *Understanding Sexual Assault and Sex Offenders: A Primer for Leadership*. Special presentation to Commanders, Andrews Air Force Base, Maryland.

Lisak, D. (2010, April). *Understanding Sexual Assault and Sex Offenders: A Primer for Leadership*. Special presentation to Commanders, Bolling Air Force Base, Washington, DC.

Harwell, M.C. & Lisak, D. (2010, April). *Healing and Transformation*. Special presentation at Brown University, Providence, RI.

Lisak, D. (2010, April). *The Neurobiology of Trauma*. Pre-conference workshop presented at the 2010 Advocacy in Action Conference, Albuquerque, NM.

Lisak, D. (2010, April). *False Reports of Rape: Research not Rhetoric*. Keynote address presented at the 2010 Advocacy in Action Conference, Albuquerque, NM.

Lisak, D. (2010, April). *Prison Rape*. Workshop presented at the 2010 Advocacy in Action Conference, Albuquerque, NM.

Lisak, D. & Margolis, G. *Preventing Violence Against Women on Campus*. National webinar hosted by RAVE Mobile Safety and Margolis, Healey & Associates. Framingham, MA.

Lisak, D. (2010, March). *Confronting Sexual Violence in the University Community*. Special presentation to the Athletic Department, Rutgers University, New Brunswick, New Jersey.

Lisak, D. (2010, March). *The Undetected Rapist.* Lecture, Rutgers University, New Brunswick, New Jersey.

_____

Lisak, D. (2010, February). *The Undetected Rapist*. Plenary presentation at the New Mexico Coalition Against Sexual Assault conference, "Investigation and Prosecution of Sexual Assault: Beyond the Basics," Albuquerque, New Mexico.

Lisak, D. (2010, February). *Controversies and Challenges in the Classification of Rape Cases*. Plenary presentation at the New Mexico Coalition Against Sexual Assault conference, "Investigation and Prosecution of Sexual Assault: Beyond the Basics," Albuquerque, New Mexico.

Lisak, D. (2010, January). *The Neurobiology of Trauma and the Cycle of Violence*. Keynote presentation at the annual meeting of Arizona Attorneys for Criminal Justice, Prescott, AZ.

Lisak, D. (2009, December). *The Behavior and Characteristics of Rapists*. Presentation to the Senior SNCO Sexual Assault Prevention & Family Support Conference, United States Marine Corps, Washington, DC.

Lisak, D. (2009, December). *Fales Reports of Rape: Research not Rhetoric*. Presentation to the Senior SNCO Sexual Assault Prevention & Family Support Conference, United States Marine Corps, Washington, DC.

Lisak, D. (2009, November). *The Undetected Rapist*. Seminar presented at the Counseling Services Center, State University of New York, Oneonta, Oneonta, New York.

Lisak, D. (2009, November). *The Behavior and Characteristics of Non-stranger Rapists*. Special Law Enforcement Training, State University of New York, Oneonta, Oneonta, New York.

Lisak, D. (2009, November). *The Behavior and Characteristics of Non-stranger Rapists*. Community presentation, State University of New York, Oneonta, Oneonta, New York.

Lisak, D. (2009, October). *Male Survivors of Military and Pre-Military Sexual Trauma.* Webinar presented for the Veterans Administration's Military Sexual Trauma Teleconference Training Series, National Center for Posttraumatic Stress Disorder, Boston, MA.

Lisak, D. (2009, October). *Non-stranger Rapists: Research and Implications for Prosecution*. Special presentation at the Suffolk University School of Law, Boston, MA.

Lisak, D. (2009, September). *The Neurobiology of Trauma.* Keynote presentation at the Victim Services Institute, Iowa Regent Universities Campus Violence Prevention Project, University of Northern Iowa, Cedar Falls, Iowa.

Lisak, D. (2009, September). *The Undetected Rapist.* Keynote presentation at the Victim Services Institute, Iowa Regent Universities Campus Violence Prevention Project, University of Northern Iowa, Cedar Falls, Iowa.

_____

Lisak, D. (2009, September). *The Cycle of Violence.* Community lecture, presented at the Victim Services Institute, Iowa Regent Universities Campus Violence Prevention Project, University of Northern Iowa, Cedar Falls, Iowa.

Lisak, D. (2009, September). *Confronting the Reality of Sexual Violence.* Plenary presentation at the U.S. Army European Command Annual Sexual Assault Prevention and Response conference, Garmisch, Germany.

Lisak, D. (2009, September). *Confronting Sexual Violence: Moral Obligation; Moral Leadership.* Senior leadership briefing  at the Headquarters, U.S. Army European Command, Heidelberg, Germany.

Lisak, D. (2009, September). *The Behavior and Characteristics of Sexual Offenders.* Plenary presentation at the Department of the Navy Summit on Sexual Assault Prevention, Washinton, DC.

Lisak, D. (2009, September). *False Reports of Rape: What do the Numbers Tell Us?* Plenary presentation at the Department of the Navy Summit on Sexual Assault Prevention, Washinton, DC.

Lisak, D. (2009, July). *The Undetected Rapist*. Workshop presented at the U.S. Department of Justice Indian Country Tribal Liaisson Meeting, National Advocacy Center, Columbia, SC.

Harwell, C. & Lisak, D. (2009, June). *The Biology and Psychology of Trauma: Implications for the Judicial Process*. Seminar presented for the Maine Judiciary, Augusta, ME.

Lisak, D. (2009, May). *False Allegations of Sexual Assault: Research not Rhetoric*. Keynote presentation at the Fifth National Sexual Assault Response Team Training Conference, Seattle, WA.

Lisak, D. (2009, May). *Research on Sexual Violence in the Military: Implications for SARTs*. Workshop presented at the Fifth National Sexual Assault Response Team Training Conference, Seattle, WA.

Powers, P., Lisak, D., & Reinstein, R. (2009, May). *Sexual Assault Cases and the Impact of Judge and Jury Perspectives*. Workshop presented at the Fifth National Sexual Assault Response Team Training Conference, Seattle, WA.

Lisak, D. (2009, May). *Confronting Sexual Violence in the U.S. Air Force*. Special presentation to senior leadership, Offutt Air Force Base, Bellevue, Nebraska.

Lisak, D. (2009, April). *Non-stranger Sexual Assault:Offender Characteristics and the Role of Alcohol*. Special presentation at Ohio State University, Columbus, OH.

_____

Lisak, D. (2009, April). *The Undetected Rapist*. Presentation to the campus community at Ohio State University, Columbus, OH.

Lisak, D. (2009, April). *The Sexual Offender: Behavior & Characteristics; Investigation & Prosecution*. Special presentation at the U.S. Army Sexual Harassment/Assault Prevention Summit, Arlington, VA.

Lisak, D. (2009, April). *Confronting Sexual Violence in the University Community*. Special presentation faculty and staff, Massachusetts Institute of Technology, Cambridge, MA.

Lisak, D. (2009, April). *Confronting Sexual Violence in the University Community*. Special presentation to the university community, Massachusetts Institute of Technology, Cambridge, MA.

Lisak, D. (2009, April). *Confronting Sexual Violence in the University Community*. Keynote presentation for the Sexual Harassment and Rape Prevention Program, University of New Hampshire, Durham, NH.

Lisak, D. (2009, April). *The Undetected Rapist*. Workshop presented for the Sexual Harassment and Rape Prevention Program, University of New Hampshire, Durham, NH.

Lisak, D. & Harwell, C. (2009, April). *Implications of Research on Offenders for University Judicial Boards*. Workshop presented for the Conduct and Mediation Board, University of New Hampshire, Durham, NH.

Lisak, D. (2009, March). *Sex Offenders: Myths & Realities*. Understanding Sexual Violence: The Judicial Response to Stranger and Nonstranger Rape and Sexual Assault, judicial training sponsored by the National Judicial Education Project, Lafayette, LA.

Lisak, D. (2009, March). *Sex Offenders: Treatment and Sentencing*. Understanding Sexual Violence: The Judicial Response to Stranger and Nonstranger Rape and Sexual Assault, judicial training sponsored by the National Judicial Education Project, Lafayette, LA.

Lisak, D. & Munch, A. (2009, March). *Prosecuting Non-stranger Rape Cases*. Special training for Judge Advocate General prosecutors, United States Army European Command, Campbell Barracks, Heidelberg, Germany.

Lisak, D. (2009, March). *Confronting Sexual Violence: Moral Obligation; Moral Leadership*. Presentation to leadership at the Sexual Assault Program special training, United States Army European Command, Patrick Henry Village, Heidelberg, Germany.

_____

Lisak, D. (2009, March). *Confronting Sexual Violence*. Presentation to the Recruiting and Retention Command conference, Massachusetts National Guard Conference, Boxborough, MA.

Lisak, D. (2009, February). *Confronting Sexual Violence*. Presentation to the Massachusetts National Guard Annual Leadership Development Conference, Boxborough, MA.

Lisak, D. (2009, January). *Sex Offenders: Myths and Realites.* Understanding Sexual Violence: The Judicial Response to Stranger and Nonstranger Rape and Sexual Assault; judicial training for the Interservice Military Judges Seminar, sponsored by the National Judicial Education Project, Maxwell Air Force Base, Alabama.

Lisak, D. (2008, December). *Research on Undetected Rapists*. Presentation to "Sexual Assault on College Campuses," a Webinar sponsored by the Harvard Kennedy School Ash Institute for Democratic Governance and Innovation, Boston, MA.

Lisak, D. (2008, December). *Perpetrators of  Sexual Violence*. Special presentation to the Health Services Department, Columbia University, New York, NY.

Lisak, D. (2008, November). *Confronting the Reality of Sexual Violence*. Special presentation to the Judicial Board, Columbia University, New York, NY.

Lisak, D. (November, 2008). *The Challenges in Confronting Sexual Violence on Campus*. Special presentation to administrative representatives, Columbia University, Barnard College, New York, NY.

Lisak, D. (2008, November). *Confronting the Reality of Sexual Violence*. Presentation to the Massachusetts Domestic and Sexual Violence Council, Boston, MA.

Lisak, D. (2008, November). *Male Victims of Sexual Trauma.* Workshop presented at the Pennsylvania State University Pathways for Victim Services conference, State College, PA.

Lisak, D. (2008, November). *The Neurobiology of Trauma.* Workshop presented at the Pennsylvania State University Pathways for Victim Services conference, State College, PA.

Lisak, D. (2008, November). *Confronting Sexual Violence*. Presentation at the U.S. Air Force Sexual Assault Prevention and Response Leader Summit, Alexandria, VA.

Lisak, D. (2008, November). *The Neurobiology of Trauma and Healing*. Presentation at the annual convention of the Arizona Psychological Association, Tucson, AZ.

Lisak, D. (2008, October). *Confronting the Reality of Sexual Violence*. Presentation to senior administrative staff, Goucher College, Baltimore, MD.

Lisak, D. (2008, October). *Sexual Violence Research: Implications for Prevention*. Presentation to Athletic Department administrative staff, Goucher College, Baltimore, MD.

_____

Lisak, D. (2008, October). *Confronting the Reality of Sexual Violence*. Presentation to faculty and staff, Goucher College, Baltimore, MD.

Lisak, D. (2008, October). *The Undetected Rapist*. Special presentation at Goucher College, Baltimore, MD.

Lisak, D. (2008, October). *Research on Non-stranger Rapists: Implications for Investigations*. Presentation to the U.S. Army Criminal Investigations Division Senior Leadership Conference, Springfield, VA.

Lisak, D. (2008, October). *Confronting Sexual Violence in the U.S. Army.* Special presentation to the U.S. Army Four Star Generals' Conference, The Pentagon, Arlington, VA.

Lisak, D. (2008, September). *The Cycle of Violence*. Workshop presented at the 9th Annual Current Thinking/New Directions Conference of the Children's Cove Child Advocacy Center, Hyannis, MA.

Lisak, D. (2008, September). *Male Victims of Sexual Abuse*. Workshop presented at the 9th Annual Current Thinking/New Directions Conference of the Children's Cove Child Advocacy Center, Hyannis, MA.

Lisak, D. (2008, September). *The Undetected Rapist: Implications for Investigation and Prosecution*. Workshop presented at the annual conference of the Colorado Association of Sex Crimes Investigators, Snowmass, CO.

Lisak, D. (2008, September). *The Neurobiology of Trauma: Implications for Investigators*. Workshop presented at the annual conference of the Colorado Association of Sex Crimes Investigators, Snowmass, CO.

Lisak, D. (2008, September). *Confronting Sexual Violence: Moral Obligation; Moral Leadership*. Presentation to the U.S. Army Sexual Assault Prevention Summit, Alexandria, VA.

Lisak, D. (2008, June). *The Neurobiology of Offender Trauma*. Workshop sponsored by the Ohio Supreme Court, Perrysville, OH.

Lisak, D. (2008, June). *The Neurobiology of Trauma*. Workshop sponsored by the Ohio Supreme Court, Perrysville, OH.

Lisak, D. (2008, June). *The Neurobiology of Offender Trauma*. Workshop sponsored by the Ohio Supreme Court, Fairborn, OH.

Lisak, D. (2008, June). *The Neurobiology of Trauma*. Workshop sponsored by the Ohio Supreme Court, Fairborn, OH.

_____

Lisak, D. (2008, June). *Sex Offenders: Myths & Realities*. Understanding Sexual Violence: The Judicial Response to Stranger and Nonstranger Rape and Sexual Assault, judicial training sponsored by the National Judicial Education Project, Milwaukee, WI.

Lisak, D. (2008, June). *Sex Offenders: Treatment and Sentencing*. Understanding Sexual Violence: The Judicial Response to Stranger and Nonstranger Rape and Sexual Assault, judicial training sponsored by the National Judicial Education Project, Millwaukee, WI.

Lisak, D. (2008, May). *The Undetected Rapist.* Workshop presented at the annual conference of the Michigan chapter of the International Association of Forenisc Nursing, Grand Rapids, MI.

Lisak, D. (2008, May). *Male Victims of Sexual Assault.* Workshop presented at the annual conference of the Michigan chapter of the International Association of Forenisc Nursing, Grand Rapids, MI.

Lisak, D. (2008, May). *The Cycle of Violence.* Workshop presented at the annual conference of the Michigan chapter of the International Association of Forenisc Nursing, Grand Rapids, MI.

Lisak, D. (2008, May). *The Undetected Rapist*. Workshop presented for the University of Nevada-Reno Police Services, Reno, NV.

Lisak, D. (2008, April). *The Undetected Rapist*. Plenary presentation at the annual conference of the Butler County Rape Crisis Center, Cincinnati, OH.

Lisak, D. (2008, April). *The Neurobiology of Trauma*. Plenary presentation at the annual conference of the Butler County Rape Crisis Center, Cincinnati, OH.

Lisak, D. (2008, April). *Confronting the Reality of Sexual Violence*. Presentation at Schriever Air Force Base, Colorado Springs, CO.

Lisak, D. (2008, April). *Confronting the Reality of Sexual Violence*. Presentation at Peterson Air Force Base, Colorado Springs, CO.

Lisak, D. (2008, April). *Confronting the Reality of Sexual Violence*. Special address at the Take Back the Night rally, University of Colorado at Colorado Springs, Colorado Springs, CO.

Lisak, D. (2008, April). *Research on Non-stranger Rapists and Implications for Sexual Assault Prevention*. Presentation at Harvard University, Cambridge, MA.

Lisak, D. (2008, March). *Investigation & Prosecution of the Non-stranger Rapist*. Workshop presented at the Ontario DV/SAT Treatment Program Conference, Sudbury, Ontario, Canada.

_____

Lisak, D. (2008, March). *The Cycle of Violence*. Workshop presented at the Ontario DV/SAT Treatment Program Conference, Sudbury, Ontario, Canada.

Lisak, D. (2008, March). *Investigation & Prosecution of Non-stranger Rapists.* Workshop presented at the annual conference of the Texas Association Against Sexual Assault, Dallas, TX.

Lisak, D. (2008, March). *The Neurobiology of Trauma and its Implications for Victim Interviewing.* Workshop presented at the annual conference of the Texas Association Against Sexual Assault, Dallas, TX.

Lisak, D. (2008, March). *The Cycle of Violence.* Workshop presented at the annual conference of the Texas Association Against Sexual Assault, Dallas, TX.

Lisak, D. (2008, February). *Research on Non-stranger Rapists: Implications for Prevention of Campus Sexual Violence*. Colloquium presented at Columbia University, New York, NY.

Lisak, D. (2008, February). *The Undetected Rapist*. Special presentation to the President's Committee on Sexual Assault, Columbia University, New York, NY.

Lisak, D. (2008, February). *Non-stranger Rapists: Research and Implications for Prosecution*. Special presentation at the Suffolk University School of Law, Boston, MA.

Lisak, D. (December, 2007). *The Undetected Rapist*. Plenary presentation at the 9th Annual Ending Sexual Assault & Domestic Violence Conference sponsored by the Kentucky Association of Sexual Assault Programs, Lexington, KY.

Lisak, D. (December, 2007). *The Cycle of Violence*. Workshop presented at the 9th Annual Ending Sexual Assault & Domestic Violence Conference sponsored by the Kentucky Association of Sexual Assault Programs, Lexington, KY.

Lisak, D. (November, 2007). *Psychological Trauma and the Death Penalty Process*. Invited talk presented at the Boston University School of Theology, Boston, Ma.

Lisak, D. (November, 2007). *Confronting the Reality of Sexual Violence on Campus*. Plenary address at the conference, "Preventing Sexual Violence on College Campuses," sponsored by the Maryland Coalition Against Sexual Assault, College Park, MD.

Lisak, D. (November, 2007). *The Undetected Rapist: Investigation & Prosecution*. Invited presentation sponsored by the Rutgers University Department of Sexual Assault Services and Crime Victim Assistance and the New Jersey Coalition Against Sexual Assault, New Brunswick, NJ.

_____

Lisak, D. (November, 2007). *The Undetected Rapist*. Seminar for professional staff sponsored the Rutgers University Department of Sexual Assault Services and Crime Victim Assistance, New Brunswick, NJ.

Lisak, D. (November, 2007). *Confronting the Reality of Sexual Violence on Campus*. Special presentation to the Rutgers University Greek community, sponsored by the Rutgers University Department of Sexual Assault Services and Crime Victim Assistance, New Brunswick, NJ.

Lisak, D. (October, 2007). *Abuse, Violence and Redemption: Lessons from Death Row*. Workshop presented at the Male Survivor conference, New York, NY.

Lisak, D. (October, 2007). *Sex Offenders: Myths & Realities*. Understanding Sexual Violence: The Judicial Response to Stranger and Nonstranger Rape and Sexual Assault, judicial training sponsored by the National Judicial Education Project, Iowa City, Iowa.

Lisak, D. (October, 2007). *Sex Offenders: Treatment and Sentencing*. Understanding Sexual Violence: The Judicial Response to Stranger and Nonstranger Rape and Sexual Assault, judicial training sponsored by the National Judicial Education Project, Iowa City, Iowa.

Lisak, D. (October, 2007). *The Neurobiology of Trauma*. Understanding Sexual Violence: The Judicial Response to Stranger and Nonstranger Rape and Sexual Assault, judicial training sponsored by the National Judicial Education Project, Iowa City, Iowa.

Lisak, D. (September, 2007). *The Neurobiology of Trauma.* Keynote address at the 2nd annual Caribbean Crisis Centers conference, "Creating Partnerships to Confront Sexual Violence in the Caribbean," Nassau, Bahamas.

Lisak, D. (September, 2007). *The Undetected Rapist.*Workshop presented at the 2nd annual Caribbean Crisis Centers conference, "Creating Partnerships to Confront Sexual Violence in the Caribbean," Nassau, Bahamas.

Lisak, D. & Harwell, C. (September, 2007). *Investigation and Prosecution of the Non-stranger Rapist*. Special training seminar for the Royal Bahamian Police Force, Nassau, Bahamas.

Lisak, D. (September, 2007). *The Undetected Rapist: Investigation and Prosecution.* Workshop presented at the Third Annual UC Davis National Child Abuse and Neglect Conference, Sacramento, CA.

Lisak, D. (September, 2007). *The Male Victim of Sexual Assault.* Workshop presented at the Third Annual UC Davis National Child Abuse and Neglect Conference, Sacramento, CA.

_____

Lisak, D. (July, 2007). *Trauma: A Brief History*. Training sponsored by The Supreme Court of Ohio Specialized Dockets Section and the Ohio Department of Alcohol and Drug Addiction Services, Columbus, OH.

Lisak, D. (July, 2007). *The Neurobiology of Trauma*. Training sponsored by The Supreme Court of Ohio Specialized Dockets Section and the Ohio Department of Alcohol and Drug Addiction Services, Columbus, OH.

Lisak, D. (July, 2007). *The Cycle of Violence*. Training sponsored by The Supreme Court of Ohio Specialized Dockets Section and the Ohio Department of Alcohol and Drug Addiction Services, Columbus, OH.

Lisak, D. (June, 2007). *Predators on Campus: Confronting the Reality of Sexual Violence*. Keynote address at the CALCASA Campus Institute, Boston, MA.

Lisak, D. (June, 2007). *Predators on Campus: Implications for Sexual Violence Prevention*. Workshop presented at the CALCASA Campus Institute, Boston, MA.

Lisak, D., Banyard, V., & Sokolow, B. (2007, June). *The State of Campus Bystander intervention Efforts*. Web seminar conducted for the National Center for Higher Education Risk Management, Boston, MA.

Lisak, D. (June, 2007). *The Neurobiology of Trauma*. Keynote address at the 2007 Annual Conference of the Florida Council Against Sexual Violence, Daytona Beach, FL.

Lisak, D. (June, 2007). *The Undetected Rapist*. Workshop presented at the 2007 Annual Conference of the Florida Council Against Sexual Violence, Daytona Beach, FL.

Lisak, D. (May, 2007). *The Neurobiology of Trauma*. Workshop presented for the Department of Children and Family Services, Redding, CA.

Lisak, D. (May, 2007). *The Cycle of Violence*. Workshop presented for the Department of Children and Family Services, Redding, CA.

Lisak, D. (May, 2007). *Psychological Trauma: History and Neurobiology*. Workshop presented at La Alianza, Boston, MA.

Lisak, D. (May, 2007). *Response to the Proposed Thematic Direction for Preventing Sexual Assault*. Brief presentation and panel participation, Centers for Disease Control, Atlanta, GA.

Lisak, D. (May, 2007). *Implementing SocialScience Research on Offenders in Bystander Education Programs*. Presentation to the United States Air Force special seminar for MAJCOM Sexual Assault Response Coordinators, Reston, VA.

_____

Lisak, D. & Harwell, M.C. (May, 2007). *The Non-stranger Rapist: Behavior, Characteristics & Modus Operandi*. Special law enforcement training sponsored by the Office of the Attorney General, Augusta, ME.

Lisak, D. & Harwell, M.C. (May, 2007). *The Impact of Rape on its Victims: Neurobiology, Symptoms & Applications for Interviewing*. Special law enforcement training sponsored by the Office of the Attorney General, Augusta, ME.

Harwell, M.C. & Lisak, D. (May, 2007). *The Non-stranger Rapist: Behavior, Characteristics & Applications for the Courtroom*. Special prosecutor training sponsored by the Office of the Attorney General, Augusta, ME.

Harwell, M.C. & Lisak, D. (May, 2007). *The Impact of Rape on its Victims: Neurobiology, Symptoms & Applications for the Prosecutor*. Special prosecutor training sponsored by the Office of the Attorney General, Augusta, ME.

Lisak, D. (2007, April). *The Undetected Rapist*. Plenary presentation at the South Dakota Network Against Family Violence and Sexual Assault conference, "The Causes and Consequences of Sexual Violence," Sioux Falls, SD.

Lisak, D. (2007, April). *The Neurobiology of Trauma*. Plenary presentation at the South Dakota Network Against Family Violence and Sexual Assault conference, "The Causes and Consequences of Sexual Violence," Sioux Falls, SD.

Lisak, D. & Harwell, C. (2007, April). *Offenders*. Special law enforcement training conducted for Evansville-area law enforcement departments, Evansville, IN.

Lisak, D. & Harwell, C. (2007, April). *Victims*. Special law enforcement training conducted for Evansville-area law enforcement departments, Evansville, IN.

Lisak, D. (2007, April). *Myths and Realities about Campus Rapists*. Colloquium presented at the University of New Hampshire, Durham, NH.

Lisak, D. (2007, April). *Community Response to Rape*. Address to "Take Back the Night" rally, University of New Hampshire, Durham, NH.

Lisak, D. & Archambault, J. (2007, April). *Trauma and the Impact on Memory and Investigation*. Workshop presented at the International Conference on Sexual and Domestic Violence, Houston, TX.

Lisak, D. (2007, April). *Sexual Violence: Key Facts about Victims and Perpetrators*. Special presentation at the United States Air Force Base, Charleston, SC.

Lisak, D. (2007, April). *Sexual Violence: Victim Response; Effective Community Response*. Special presentation at the United States Air Force Base, Charleston, SC.

_____

Lisak, D. (2007, April). *How Not to Be a Silent Bystander*. Special presentation at the United States Air Force Base, Charleston, SC.

Lisak, D. (2007, March). *Confronting Sexual Violence: Moral Obligation; Moral Leadership*. Invited address at the Air Force Sexual Assault Prevention & Risk Reduction Symposium, Vienna, VA.

Lisak, D. (2007, March). *The Undetected Rapist*. Plenary presentation at the Regional Forensic Council conference, "A Forensic Approach: Collaboration of Healthcare and Justice, Crestview Hills, KY.

Lisak, D. (2007, February). *Violence Research and its Applications*. First annual Sabine Lecture at the Colorado College, Colorado Springs, CO.

Lisak, D. (2007, February). *Understanding the Predatory Nature of Sexual Violence*. Presentation at the Stetson University School of Law 28th Annual National Conference on Law and Higher Education, Clearwater Beach, FL.

Lisak, D. (2007, February). *Research on Sex Offenders*. Special presentation at the Suffolk University School of Law, Boston, MA.

Lisak, D. (2007, February). *The Undetected Rapist*. Workshop presented at the Alaska State Troopers annual conference, Homer, AK.

Lisak, D. (2007, February). *Male Victims of Sexual Assault*. Workshop presented at the Alaska State Troopers annual conference, Homer, AK.

Lisak, D. (2007, February). *The Neurobiology of Trauma*. Workshop presented at the Alaska State Troopers annual conference, Homer, AK.

Lisak, D. & Sokolow, B. (2007, January). *Profiling the Campus Date Rapist*. Web seminar conducted for the National Center for Higher Education Risk Management, Boston, MA.

Lisak, D. (2007, January). *The Undetected Rapist*. Plenary presentation at the Special Prosecutor Education and Training conference, Wisconsin District Attorneys Association, Appleton, WI.

Lisak, D. (2007, January). *Criminal Predatory Behavior I & II*. Video-conference presentation for the New Mexico Judicial Education Center, Santa Fe, NM.

Lisak, D. (2007, January). *Biological and Psychological Dynamics of Victims I & II*. Video-conference presentation for the New Mexico Judicial Education Center, Santa Fe, NM.

_____

Lisak, D. (2006, December). *The Undetected Rapist*. Plenary presentation at the National Center for Victims of Crime conference, "Exploring the Connection: Stalking and Sexual Assault," Scottsdale, AZ.

Lisak, D., Powers, P., Munch, A. & Regala, G. (2006, December). *Understanding Trauma to Enhance Systems Response*. Plenary presentation at the National Center for Victims of Crime conference, "Exploring the Connection: Stalking and Sexual Assault," Scottsdale, AZ.

Lisak, D. (2006, November). *Investigating Serial Sexual Perpetrators*. Special regional law enforcement training sponsored by the Lebanon Police Department, Lebanon, NH.

Lisak, D. (2006, November). *The Undetected Rapist*. Invited address to the service academies sexual assault prevention conference, the United States Naval Academy, Annapolis, MD.

Lisak, D. (2006, November). *The Undetected Rapist*. Plenary presentation at the annual recertification conference of the Massachusetts Association of Sexual Assault Nurse Examiners, Braintree, MA.

Lisak, D. (2006, November). *The Neurobiology of Trauma*. Plenary presentation at the 11th BISC-MI Conference: Traumatology of Domestic and Sexual Abuse, Gaylord, MI.

Lisak, D. (2006, November). *The Cycle of Trauma*. Plenary presentation at the 11th BISC-MI Conference: Traumatology of Domestic and Sexual Abuse, Gaylord, MI.

Lisak, D. (2006, November). *The Undetected Rapist*. Plenary presentation at the 11th BISC-MI Conference: Traumatology of Domestic and Sexual Abuse, Gaylord, MI.

Lisak, D. (2006, October). *The Neurobiology of Trauma.* Workshop sponsored by the University Counseling Office, Washington State University, Pullman, WA.

Lisak, D. (2006, October). *The Behavior and Characteristics of Nonstranger Rapists.* Workshop sponsored by the Washington State University Police Department, Washington State University, Pullman, WA.

Lisak, D. (2006, October). *The Undetected Rapist.* Special training for the Washington State University Athletic staff, Washington State University, Pullman, WA.

Lisak, D. (2006, October). *Sexual Assault.* Special training for athletes. Washington State University, Pullman, WA.

Lisak, D. (2006, October). *Sexual Violence: Myths and Realities.* Public forum sponsored by the Washington State University Athletic Department, Washington State University, Pullman, WA.

_____

Lisak, D. (2006, October). *The Neurobiology of Trauma*. Workshop presented at the annual convention of the Arizona Psychological Association, Tucson, AZ.

Lisak, D. (2006, October). *The Behavior and Characteristics of Nonstranger Rapists.* Social Work Grand Rounds, Beth Israel Deaconess Hospital, Brookline, MA.

Lisak, D. (2006, October). *The Undetected Rapist*. Workshop presented for the Fox Cities Rape Crisis Center, Appleton, WI.

Lisak, D. (2006, October). *Rape Prevention*. Workshop presented for the Fox Cities Rape Crisis Center, Appleton, WI.

Lisak, D. (2006, September). *The Politics of Rape*. Invited address at the STAR Alaska annual conference, "The Challenge of Change," Anchorage, AK.

Lisak, D. (2006, September). *The Undetected Rapists.*. Workshop presented at the STAR Alaska annual conference, "The Challenge of Change," Anchorage, AK.

Lisak, D. (2006, July). *Stalking in the Context of Non-stranger Rape*, in K. Rose (chair), "Stalking: The Link to Domestic Violence and Sexual Assault." Symposium conducted at the 2006 National Institute of Justice Conference, Washington, DC.

Lisak, D. (2006, July). *The Undetected Rapist*. Invited address to the Missouri Statewide Conference on Domestic Violence and Sexual Assault, Jefferson City, MO.

Lisak, D. (2006, June). *The Undetected Rapist*. Presentation at the Dartmouth-Hitchcock Medical Center, Hanover, NH.

Lisak, D. (2006, June). *The Hidden Sex Offender*. Community seminar sponsored by WISE, Lebanon, NH.

Lisak, D. (2006, May). *Behavior and Characteristics of Sex Offenders*. Presentation at the 2006 Air Force Sexual Assault Response Coordinator Conference, San Antonio, TX.

Lisak, D. (2006, May). *Male Victims of Sexual Assault*. Presentation at the 2006 Air Force Sexual Assault Response Coordinator Conference, San Antonio, TX.

Lisak, D. (2006, May). *Predators on Campus: Uncomfortable Truths Amid Comforting Myths*. Featured address at the Violence Goes to College Conference, Boulder, CO.

Lisak, D. (2006, May). *Sexual Assault in the Armed Forces: Will the Air Force Lead the Way in Prevention Efforts?*. Featured address at the Violence Goes to College Conference, Boulder, CO.

_____

Lisak, D. (2006, May). *The Behavior and Characteristics of Rapists.* Special presentation for the Michigan Sexual Assault Summit at the Michigan State Legislature, Lansing, MI.

Lisak, D. (2006, May). *The Undetected Rapist.* Workshop presented for the Colleges of Worcester Consortium, Inc., Assumption College, Worcester, MA.

Lisak, D. (2006, April). *Sex Offenders: Myths & Realities.* Workshop presented for the Wisconsin Coalition Against Sexual Violence and the University of Wisconsin, Oshkosh, Oshkosh, WI.

Lisak, D. (2006, April). *The Behavior & Characteristics of the Non-Stranger Rapist.* Workshop presented for the Wisconsin Coalition Against Sexual Violence and the University of Wisconsin, Oshkosh, Oshkosh, WI.

Lisak, D. (2006, April). *The Neurobiology of Trauma.* Workshop presented for the Wisconsin Coalition Against Sexual Violence and the University of Wisconsin, Oshkosh, Oshkosh, WI.

Lisak, D. (2006, April). *The Behavior & Characteristics of the Non-Stranger Rapist.* Community address sponsored by the Wisconsin Coalition Against Sexual Violence and the University of Wisconsin, Oshkosh, Oshkosh, WI.

Lisak, D. (2006, April). *Sex Offenders: Myths & Realities.* Workshop presented at the annual conference of the Abused Adult Resource Center, Bismarck, ND.

Lisak, D. (2006, April). *The Behavior & Characteristics of the Non-Stranger Rapist.* Workshop presented at the annual conference of the Abused Adult Resource Center, Bismarck, ND.

Lisak, D. (2006, April). *The Neurobiology of Trauma.* Workshop presented at the annual conference of the Abused Adult Resource Center, Bismarck, ND.

Lisak, D. (2006, April). *The Undetected Rapist.* Keynote address at the Sexual Assault Summit V, Laramie, Wy.

Harwell, M.C. & Lisak, D. (2006, April). *Predators and Prey: Investigating & Prosecuting the Non-stranger Rape Case.* Workshop at at the Sexual Assault Summit V, Laramie, Wy.

Lisak, D. (2006, April). *The Undetected Rapist: What it Means for the Good Guys.* Invited address at the Colorado College Take Back the Night, Colorado Springs, CO.

Lisak, D. (2006, March). *The Behavior and Characteristics of the Nonstranger Rapist.* Keynote address at the 14th Annual Conference on the Management of the Adult Sex Offender, San Antonio, TX.

_____

Lisak, D. (2006, March). *The Neurobiology of Trauma*. Keynote address at the 14th Annual Conference on the Management of the Adult Sex Offender, San Antonio, TX.

Lisak, D. (2006, March). *The Cycle of Violence: Lessons from Death Row*. Keynote address at the Advocacy in Action Conference, Albuquerque, NM.

Harwell, C. & Lisak, D. (2006, March). *Sexual Assault in the Military: Implications for the Civilian World*. Workshop presented at the Advocacy in Action Conference, Albuquerque, NM.

Harwell, C. & Lisak, D. (2006, February). *Special Training on Non-Stranger Sexual Assault for the Boston Police Department Sex Crimes Unit*, sponsored by the Boston Area Rape Crisis Center, Cambridge, MA.

Lisak, D. & Bahm, T. (2006, January). *Sexual Assault and Stalking*. Web Forum presented by the Office for the Victims of Crime, Washington, DC.

Lisak, D. (2006, January). *The Undetected Rapist*. Presentation at the "Prosecuting Federal Sexual Assault Cases Seminar," Department of Justice, National Advocacy Center, Columbia, SC.

Lisak, D. (2005, December). *The Undetected Rapist*. Presentation at "Predators & Victims: Exploring the Connections between Stalking and Sexual Assault," Jacksonville, FL.

Lisak, D. (2005, December). *Case Study: The Nonstranger Serial Rapist.* Presentation at "Predators & Victims: Exploring the Connections between Stalking and Sexual Assault," Jacksonville, FL.

Lisak, D. (2005, December). *Victims' Responses and the Impact on Your Case*. Presentation at "Predators & Victims: Exploring the Connections between Stalking and Sexual Assault," Jacksonville, FL.

Lisak, D. (2005, December). *Understanding Sex Offenders.* Presentation at the National Institute on the Prosecution of Sexual Violence, American Prosecutors Research Institute, Arlington, VA.

Lisak, D. (2005, November). *The Undetected Rapist.* Workshop presented at the Eighth Annual Sex Crimes Regional Information Sharing Conference, Middle-Atlantic – Great Lakes Organized Crime Law Enforcement Network, Atlantic City, NJ.

Lisak, D. (2005, October). *The Neurobiology of Trauma*. Workshop presented at the 2005 Conference of the Minnesota Corrections Institute, Duluth, MN.

_____

Lisak, D. (2005, October). *The Undetected Rapist*. Workshop presented at the 2005 Conference of the Minnesota Corrections Institute, Duluth, MN.

Lisak, D. (2005, October). *Investigation and Prosecution of the Undetected Rapist*. Workshop presented at the 2005 Superconference on Sexual and Domestic Violence sponsored by the Oklahoma Attorney General, Oklahoma City, OK.

Lisak, D. (2005, October). *Predators: Uncomfortable Truths about Campus Rapists*. Workshop presented at the Ending Violence Against Women International Conference on Sexual Assault, Domestic Violence and Stalking, Baltimore, MD.

Lisak, D. (2005, October). *In Celebration of Coming Forward*. Invited address at the Ending Violence Against Women International Conference on Sexual Assault, Domestic Violence and Stalking, Baltimore, MD.

Lisak, D. (2005, September). *The Behavior and Characteristics of Rapists.* Keynote address at the regional conference of the Massachusetts Office for Victims' Assistance, Andover, MA.

Lisak, D. (2005, September). *The Cycle of Violence: Life Histories of Men on Death Row and the Relationship between Childhood Abuse and Later Violence*. General Assembly Keynote Address at the 24th Annual UC Davis Western Regional Child Abuse and Neglect Conference, Sacramento, CA.

Lisak, D. (2005, September). *The Neurobiology of Trauma*. General Assembly Keynote Address at the 24th Annual UC Davis Western Regional Child Abuse and Neglect Conference, Sacramento, CA.

Lisak, D. (2005, September). *Understanding Rape on Campus*. Workshop presented at Sarah Lawrence College, White Plains, NY.

Lisak, D. (2005, September). *Undetected Threat: Investigating Misconceptions about Rape*. Special presentation at Sarah Lawrence College, White Plains, NY.

Lisak, D. (2005, September). *Behavior and Characteristics of Rapists*. Special training for the U.S. Air Force Office of Special Investigations, San Antonio, Texas.

Lisak, D. (2005, September). *The Neurobiology of Trauma*. Workshop presented at the 2005 Annual Judicial Conference of the Utah Judicial Institute, Park City, UT.

Lisak, D. (2005, September). *The Behavior and Characteristics of Rapists.* Workshop presented at the 2005 Annual Judicial Conference of the Utah Judicial Institute, Park City, UT.

Lisak, D. (2005, August). *Behavior and Characteristics of Rapists*. Special training for the U.S. Air Force Office of Special Investigations, Ramstein AFB, Ramstein, Germany.

_____

Lisak, D. (2005, July). *Handling Sexual Assault Cases I.* Workshop presented at the Superior Court Judges' 2005 Semi-Annual Meeting and Conference, St. Simon's Island, GA.

Lisak, D. (2005, July). *Handling Sexual Assault Cases II.* Workshop presented at the Superior Court Judges' 2005 Semi-Annual Meeting and Conference, St. Simon's Island, GA.

Lisak, D. (2005, June). *The Undetected Rapist.* Workshop presented for the Indiana Coalition Against Sexual Assault, Indianapolis, In.

Lisak, D. (2005, June). *Investigation and Prosecution of the Nonstranger Rape Case.* Workshop presented for the Indiana Coalition Against Sexual Assault, Indianapolis, In.

Lisak, D. (2005, June). *The Neurobiology of Trauma.* Workshop presented for the Indiana Coalition Against Sexual Assault, Indianapolis, In.

Lisak, D. (2005, June). *The Behavior and Characteristics of Nonstranger Rapists & Evaluating Treatment Options.* Workshop presented at the North Carolina Conference of Superior Court Judges, Asheville, NC.

Lisak, D. (2005, June). *The Undetected Rapist.* Workshop presented at the 2005 National Conference of the National Center for Victims of Crime, Washington, DC.

Lisak, D. (2005, June). *The Neurobiology of Trauma.* Workshop presented at the 2005 National Conference of the National Center for Victims of Crime, Washington, DC.

Lisak, D. (2005, June). *The Undetected Rapist.* Workshop presented at the 2005 Conference of the National Crime Victims Bar Association, Washington, DC.

Lisak, D. (2005, June). *The Undetected Rapist.* Keynote address at the New Hampshire Attorney General's 11th Statewide Conference on Domestic and Sexual Violence, Bedford, NH.

Lisak, D. (2005, June). *The Undetected Rapist: Investigation and Prosecution.* Workshop presented at the New Hampshire Attorney General's 11th Statewide Conference on Domestic and Sexual Violence, Bedford, NH.

Lisak, D. (2005, June). *Nonstranger Rapists: Behaviors, Characteristics, MO.* Sexual Assault Investigations Workshop, Office of Special Investigations, United States Air Force, Wright-Patterson Air Force Base, Dayton, OH.

Lisak, D. (2005, June). *The Neurobiology of Trauma and Victim Impact.* Sexual Assault Investigations Workshop, Office of Special Investigations, United States Air Force, Wright-Patterson Air Force Base, Dayton, OH.

_____

Lisak, D. (2005, June). *The Undetected Rapist.* Keynote address at the 18th Annual Conference on Crime Victims, Brainerd, MN.

Lisak, D. (2005, June). *The Neurobiology of Trauma.* Workshop presented at the 18th Annual Conference on Crime Victims, Brainerd, MN.

Lisak, D. (2005, May). *The Undetected Rapist.* Workshop presented for the Wisconsin Department of Corrections, Madison, WI.

Lisak, D. (2005, May). *The Cycle of Violence.* Workshop presented for the Wisconsin Department of Corrections, Madison, WI.

Lisak, D. (2005, May). *Treatment & Sentencing of Sex Offenders.* Workshop presented for the Wisconsin Department of Corrections, Madison, WI.

Lisak, D. (2005, May). *Rapists: Myths & Realities.* Workshop presented at the 2005 Criminal Law and Sentencing Institute, Supreme Court of Wisconsin, Racine, WI.

Lisak, D. (2005, May). *The Neurobiology of Trauma.* Workshop presented at the 2005 Criminal Law and Sentencing Institute, Supreme Court of Wisconsin, Racine, WI.

Lisak, D. (2005, May). *Sentencing Tree & Research Components.* Workshop presented at the 2005 Criminal Law and Sentencing Institute, Supreme Court of Wisconsin, Racine, WI.

Lisak, D. (2005, May). *The Undetected Rapist.* Workshop presented at the Oregon Judicial Department CLE Program, "Understanding Sexual Violence: The Judicial Response to Stranger and Non-Stranger Rape and Sexual Assault," Eugene, OR.

Lisak, D. (2005, May). *The Neurobiology of Trauma.* Workshop presented at the Oregon Judicial Department CLE Program, "Understanding Sexual Violence: The Judicial Response to Stranger and Non-Stranger Rape and Sexual Assault," Eugene, OR.

Lisak, D. (2005, May). *The Undetected Rapist.* Keynote address to "A Community United," the 8th Annual Border Issues Conference, El Paso, Texas.

Lisak, D. (2005, May). *Investigation and Prosecution of Nonstranger Rape.* Workshop presented at "A Community United," the 8th Annual Border Issues Conference, El Paso, Texas.

Harwell, C. & Lisak, D. (2005, April). *Interviews and Trauma.* Specialized training for the research staff of the Greensboro Truth and Reconciliation Commission, Greensboro, NC.

Lisak, D. (2005, April). *A Forensic Analysis of the Kobe Bryant Case.* Presentation at the 1st Annual UMass Boston Take Back the Night, Boston, MA.

_____

Lisak, D. & Harwell, C. (2005, April). *Investigation of Nonstranger Sexual Assault Cases*. Special training conducted for the Air Force Office for Special Investigations, Colorado Springs, CO.

Lisak, D. (2005, April). *The Undetected Rapist on Campus*. Keynote address at the 1st Annual Statewide Conference Addressing Sexual Violence on Oregon Campuses, Eugene, OR.

Lisak, D. (2005, April). *The Neurobiology of Trauma*. Keynote address at the 1st Annual Statewide Conference Addressing Sexual Violence on Oregon Campuses, Eugene, OR.

Lisak, D. (2005, April). *The Undetected Rapist*. Keynote address at the 5th Annual Statewide Sexual Assault Symposium sponsored by the West Virginia Foundation for Rape Information and Services, Charleston, WV.

Lisak, D. (2005, April). *The Neurobiology of Trauma*. Workshop presented at the 5th Annual Statewide Sexual Assault Symposium sponsored by the West Virginia Foundation for Rape Information and Services, Charleston, WV.

Lisak, D. (2005, April). *Investigating and Prosecuting the Nonstranger Rapist.* Workshop presented at the 5th Annual Statewide Sexual Assault Symposium sponsored by the West Virginia Foundation for Rape Information and Services, Charleston, WV.

Lisak, D. (2005, April). *Do More Street Lights Prevent Sexual Assault? Implications for Prevention*. Workshop presented at the 5th Annual Statewide Sexual Assault Symposium sponsored by the West Virginia Foundation for Rape Information and Services, Charleston, WV.

Lisak, D. (2005, April). *The Undetected Rapist*. Presentation at the 11th Annual Massachusetts Prosecutors Conference, Boston, MA.

Lisak, D. (2005, March). *The Undetected Rapist*. Invited address at Colorado College, Colorado Springs, CO.

Lisak, D. (2005, February). *The Undetected Rapist on Campus.* Invited address at Dartmouth University, Hanover, NH.

Lisak, D. (2005, January). *The Undetected Rapist*. Workshop presented at "Understanding Sexual Violence: A Research Symposium," Virginia Tech University, Blacksburg, Va.

Lisak, D. (2005, January). *The Neurobiology of Trauma*. Workshop presented at "Understanding Sexual Violence: A Research Symposium," Virginia Tech University, Blacksburg, Va.

_____

Lisak, D. (2004, November). *Male Victimization*. Workshop presented at the New Mexico Coalition of Sexual Assault Programs' Sexual Abuse Program Coordinators' Meeting, Albuquerque, NM.

Lisak, D. (2004, November). *Psychological Trauma: A Brief History*. Workshop presented at the New Mexico Coalition of Sexual Assault Programs' Sexual Abuse Program Coordinators' Meeting, Albuquerque, NM.

Lisak, D. (2004, October). *Briefing*. Chief and Secretary of the United States Air Force. Washington, DC.

Lisak, D. (2004, October). *The Undetected Rapist.* Keynote address at the 12th Annual Scientific Assembly of the International Association of Forensic Nurses, Chicago, IL.

Lisak, D. (2004, September). *The Undetected Rapist.* Invited address at the Conference on Sexual Violence and the College Campus, Wisconsin Coalition Against Sexual Assault, Stevens Point, WI.

Lisak, D. (2004, September). *The Undetected Rapist.* Invited address at the 4th Annual Sex Crimes Conference, Texas Association Against Sexual Assault, Austin, TX.

Lisak, D. (2004, September). *Serial Sexual Predators.* Invited address at the annual Air Combat Command Commanders' and Spouses' Conference, Langley Air Force Base, VA.

Lisak, D. (2004, September). *The Undetected Rapist.* Invited address at the U.S. Department of Defense conference, "Care for Victims of Sexual Assault," Lansdowne, VA.

Lisak, D. (2004, September). *Stalking: The Link to Domestic Violence and Sexual Assault*. Panel presentation at "Learning from the Past, Shaping the Future: A Symposium commemorating the 10[th] Anniversary of the Violence Against Women Act, US Department of Justice, Washington, DC.

Beszterczey, S. & Lisak, D. (2004, August). *Lessons from Death Row- Examining the Life Histories of Murderers.* Paper presented at the Annual Meeting of the American Psychological Association, Hawaii.

Lisak, D. (2004, August). *Mechanisms forUncovering Deception and Manipulation in Sex Offenders*. Special seminar conducted for the New Mexico Sex Offender Management Board,  Santa Fe, New Mexico.

Lisak, D. (2004, August). *Strategies for Justice: Understanding and Investigating the Nonstranger Rapist*. Workshop presented at the 1st Annual conference of the New Mexico SANE Association, Albuquerque, New Mexico.

_____

Lisak, D. (2004, August). *The Undetected Rapist*. Presentation to the National Judicial Education Program's State Team Meeting, Washington, DC.

Lisak, D. (2004, August). *The Neurobiology of Trauma*. Presentation to the National Judicial Education Program's State Team Meeting, Washington, DC.

Lisak, D. (2004, August). *Non-Stranger Rapists & the Impact of Rape*. United States Air Force Briefing, Andrew's Air Force Base, Maryland.

Lisak, D. (2004, July). *Understanding Sexual Predators*. Invited address to the 2nd Federal-Tribal Working Group on the Response to Sexual Assault of Indian Women, Santa Ana Pueblo, NM.

Lisak, D. (2004, June). *The Undetected Rapist*. Invited address to the Judicial Conclave of the State of New Mexico, Albuquerque, NM.

Lisak, D. (2004, June). *Sex Offenders: Sentencing and Treatment*. Workshop presented for the National Judicial Education Program, Albuquerque, NM.

Lisak, D. (2004, June). *The Undetected Rapist*. Workshop presented at the Attorney General's Conference on Sexual Assault Response, Eugene, OR.

Lisak, D. (2004, June). *The Neurobiology of Trauma*. Workshop presented at the Attorney General's Conference on Sexual Assault Response, Eugene, OR.

Lisak, D. (2004, June). *The Undetected Rapist: Implications for Criminal Justice*. Workshop presented at the Attorney General's Conference on Sexual Assault Response, Eugene, OR.

Lisak, D. (2004, May). *Premeditation and the Perpetrator Mindset*. Presentation at the National Sexual Assault Law Institute, sponsored by the Victim Rights Law Center, Boston, MA.

Lisak, D. (2004, May). *True Rape*. Keynote speech at the 9th Annual Advocacy in Action Conference, Albuquerque, NM.

Lisak, D. (2004, April). *The Undetected Rapist*. Workshop presented at the 9th Annual Advocacy in Action Conference, Albuquerque, NM.

Lisak, D. (2004, April). *The Neurobiology of Trauma*. Workshop presented at the 9th Annual Advocacy in Action Conference, Albuquerque, NM.

Lisak, D. (2004, May). *Non-Stranger Sexual Assault*. Presentation at "Moving Mountains to End Sexual Violence," United States Air Force Academy, Colorado Springs, CO.

_____

Lisak, D. (2004, April). *The Undetected Rapist*. Presentation to the United States Air Force Sexual Assault Prevention and Response Task Force, The Pentagon, Virginia.

Lisak, D. (2004, April). *The Undetected Rapist*. Presentation to the United States Air Force Sexual Assault Prevention and Response IPT Conference, McLean, VA.

Lisak, D. (2004, April). *The Male Abuse Victim*. "Community Hour" at Dartmouth College, Hannover, NH.

Lisak, D. (2004, April). *The Undetected Rapist: What Can the "Good Guys Do?"* Presentation at Dartmouth College, Hannover, NH.

Lisak, D. (2004, April). *The Undetected Rapist: Implications for Prevention*. Presentation to administrators, Dartmouth College, Hannover, NH.

Lisak, D. (2004, April). *Research on Rape and Rapists*. Grands Rounds presented at Dartmouth-Hitchcock Medical Center, Hannover, NH.

Lisak, D. (2004, April). *The Undetected Rapist*. Presentation before the Governor's Commission on Sexual and Domestic Violence, Boston, MA.

Lisak, D. (2004, March). *The Undetected Rapist*. Workshop presented at the 4th Annual Campus Violence Summit, Wahpeton, ND.

Lisak, D. (2004, March). *The Undetected Rapist*. Briefing to the Interagency Policy Taskforce, United States Air Force, The Pentagon, Virginia.

Lisak, D. (2004, March). *Keynote Address*. Presented at "Speak Up, Speak Out: Border to Border Conference" of the Texas Association Against Sexual Assault, El Paso, TX.

Lisak, D. (2004, March). *The Undetected Rapist*. Workshop presented at "Speak Up, Speak Out: Border to Border Conference" of the Texas Association Against Sexual Assault, El Paso, TX.

Lisak, D. (2004, February). *Understanding the Nonstranger Rapist*. Workshop presented at the National Advocacy Center, "Sexual Assault Trial Advocacy: Meeting Common Defenses," Columbia, SC.

Lisak, D. (2004, February). *Stalking and Sexual Assault*. Workshop presented at a Stalking and Sexual Assault Meeting sponsored by the National Center for Victims of Crime, Washington, DC.

Lisak, D. (2004, January). *Stalking and Sexual Assault*. Workshop presented at the special training seminar, "Stalking: Innovative Approaches to Investigation and Response,"

_____

presented by the Massachusetts Executive Office of Public Safety and the National Center for Victims of Crime/Stalking Resource Center, Waltham, MA.

Lisak, D. (2004, January). *The Psychology and Behavior of the Undetected Rapist.* Workshops presented at the Special Leadership Training Seminar for the United States Air Force Academy, Colorado Springs, CO.

Lisak, D. (2003, October). *The Neurobiology of Trauma.* Workshop presented for the Commonwealth of Massachusetts Administrative Office of the Trial Courts, Waltham, MA.

Lisak, D. (2003, October). *The Psychology and Behavior of the Undetected Rapist.* Workshop presented at the Special Leadership Training Seminar for the United States Air Force Academy, Colorado Springs, CO.

Lisak, D. (2003, October). *The Neurobiology of Trauma.* Workshop presented at the Special Leadership Training Seminar for the United States Air Force Academy, Colorado Springs, CO.

Miller, P.M. & Lisak, D. (2003, September). *Beyond main effects: Predicting perpetration on the basis of interactions between childhood abuse characteristics.* Paper presented at the Tenth International Conference of Male Survivor: National Organization Against Male Sexual Victimization, Minneapolis, MN.

Lisak, D. (2003, September). *Understanding Sexual Violence against American Indian Women.* Presentation to the Special Working Group Examing Federal Policies Governing the Investigation of Sexual Violence against American Indian Women, (Santa Ana Pueblo, New Mexico).

Lisak, D. (2003, September). *Investigating the Undetected Rapist.* Workshop presented as part of the Ending Violence Against Women training, Acoma, NM.

Lisak, D. (2003, September). *The Neurobiology of Trauma.* Workshop presented at the 2nd Annual Regional Conference on Domestic Violence, Farmington, NM.

Lisak, D. (2003, September). *The Undetected Rapist.* Workshop presented at the 46th Annual Washington Judicial Conference, Tacoma, WA.

Lisak, D. (2003, September). *The Neurobiology of Trauma.* Workshop presented at the 46th Annual Washington Judicial Conference, Tacoma, WA.

Lisak, D. (2003, August). *The Neurobiology of Trauma.* Workshop presented at the Judicial Council of California's Summer Conferance, "Judicial Decision Making in Sexual Assault Cases, San Diego, CA.

_____

Lisak, D. (2003, August). *The Undetected Rapist.*. Keynote Address, presented at the Judicial Council of California's Summer Conference, "Judicial Decision Making in Sexual Assault Cases, San Diego, CA.

Harwell, M.C. & Lisak, D. (2003, June). *The Neurobiology of Trauma: Basic Science and Applications.* Workshop presented for the Taos Coalition Against Violence, Taos, New Mexico.

Lisak, D. (2003, June). *The Undetected Rapist: Investigation and Prevention.* Invited address at the University of South Carolina, Columbia, SC.

Lisak, D. (2003, June). *The Neurobiology of Trauma.* Workshop presented at the WI-International Association of Forensic Nurses Advanced Forensic Conference, Milwaukee, WI.

Lisak, D. (2003, June). *The Undetected Rapist.*. Keynote Address, presented at the WI-International Association of Forensic Nurses Advanced Forensic Conference, Milwaukee, WI.

Lisak, D. (2003, May). *Investigating the Undetected Rapist.* Plenary address, presented at the 1st Annual Conference of the Colorado Coalition Against Sexual Assault, Breckenridge, CO.

Lisak, D. (2003, May). *Investigating the Undetected Rapist.* Workshop sponsored by the New Mexico Coalition Against Sexual Assault, Albuquerque, NM.

Lisak, D. (2003, May). *The Undetected Rapist: Modus Operandi and Investigative Avenues.* Invited address at the First Annual Conference of the Colorado Coalition Against Sexual Assault, Breckenridge, CO.

Lisak, D. (2003, April).  *Detection and Prosecution of the Undetected Rapist.* Paper presented at Bowling Green State University, Bowling Green, Ohio.

Lisak, D. (2003, April). *The Undetected Sex Offender.* Workshop presented at the International Conference on Domestic Violence, Sexual Assault and Stalking, San Diego, CA.

Lisak, D. (2003, April). *The Neurobiology of Trauma.* Workshop presented at the 15th Annual Southwest Regional Behavioral Health Conference, Albuquerque, NM.

Lisak, D. (2003, March). *The Neurobiology of Trauma.* Workshop presented for the American Prosecutor Research Institute, Raleigh, NC.

Lisak, D. (2003, March). *Undetected Rapists.* Workshop presented for the American Prosecutor Research Institute, Raleigh, NC.

Lisak, D. & Harwell, C. (2003, January). *Sexual Crimes and Psychological Trauma: A Prosecutor's Guide.* Prosecuting Sexual Crimes III, the New Mexico Coalition of Sexual Assault Programs, Albuquerque, NM.

_____

Lisak, D. & Harwell, C. (2003, January). *Convicting the Charming Serial Rapist: Acquaintance Rape Prosecutions.* Prosecuting Sexual Crimes III, the New Mexico Coalition of Sexual Assault Programs, Albuquerque, NM.

Lisak, D. (2002, November). *The Neurobiology of Trauma*. Workshop presented for the American Prosecutor Research Institute, Knoxville, TN.

Lisak, D. (2002, June). *Undetected Rapists*. Workshop presented for the American Prosecutor Research Institute, Knoxville, TN.

Lisak, D. (2002, November). *The Long Term Impact of Childhood Sexual Abuse*. Workshop presented at the Third National Seminar on Mental Health and the Criminal Law, Atlanta, GA.

Lisak, D. (2002, October). *The Undetected Rapist*. Keynote presented at the Grants to Reduce Violent Crimes Against Women on Campus Program: Training and Technical Assistance Institute, Miami, FL.

Lisak, D. (2002, October). *The Undetected Rapist*. Workshop presented at the Grants to Reduce Violent Crimes Against Women on Campus Program: Training and Technical Assistance Institute, Miami, FL.

Lisak, D. (2002, September). *The Undetected Rapist*. Keynote presented at the Virginia Coalition Against Sexual Assault 2002 Training Conference, Roanoke, VA.

Lisak, D. (2002, September). *The Neurobiology of Trauma*. Workshop presented at the Virginia Coalition Against Sexual Assault 2002 Training Conference, Roanoke, VA.

Lisak, D. (2002, September). *The Neurobiology of Trauma*. Workshop presented for the New Mexico Coalition of Sexual Assault Programs, Albuquerque, NM.

Lisak, D. (2002, September). *Undetected Rapists*. Workshop presented for the New Mexico Coalition of Sexual Assault Programs, Albuquerque, NM.

Lisak, D. (2002, June). *The Neurobiology of Trauma*. Workshop presented for the American Prosecutor Research Institute, Albuquerque, NM.

Lisak, D. (2002, June). *Undetected Rapists*. Workshop presented for the American Prosecutor Research Institute, Albuquerque, NM.

Lisak, D. (2002, June). *Protecting Further Victimizaton: Sex Offender Management*. Workshop presented for the American Prosecutor Research Institute, Albuquerque, NM.

_____

Lisak, D. (2002, June). *The Neurobiology of Trauma*. Workshop presented for the Wahkiakum County Prosecutor's Office, Cathlamet, WA.

Lisak, D. (2002, June). *Undetected Rapists*. Workshop presented for the Wahkiakum County Prosecutor's Office, Cathlamet, WA.

Lisak, D. (2002, May). *Treating the Male Victim of Child Sexual Abuse*. Workshop presented for the Connecticut Department of Mental Health, Middletown, CT.

Lisak, D. (2002, May). *The Undetected Rapist*. Workshop presented at Marquette University, Milwaukee, WI.

Lisak, D. (2002, May). *Identifying, Responding to and Thwarting Undetected Rapists on Campus*. Workshop presented at Marquette University, Milwaukee, WI.

Lisak, D. (2002, April). *Sex Offenders: Myths and Realities*. Workshop presented for the American Prosecutor Research Institute, Bloomington, IL.

Lisak, D. (2002, April). *The Neurobiology of Trauma*. Workshop presented for the American Prosecutor Research Institute, Bloomington, IL.

Lisak, D. (2002, March). *Male Gender Socialization and the Perpetration of Child Sexual Abuse*. Paper presented at VAASA Conference on Child Sexual Assault/Abuse, Charlottesville, VA.

Lisak, D. (2002, March). An Editor's View of the Review Process. In D. Jackson (Chair), *How to Publish Your Manuscript*. Symposium conducted at the Annual Meeting of the Eastern Psychological Association, Boston, MA.

Lisak, D. (2002, March). *The Impact of Child Sexual Abuse on Male Development*. Paper presented at VAASA Conference on Child Sexual Assault/Abuse, Charlottesville, VA.

Lisak, D. (2002, March). *Sex Offenders: Myths and Realities*. Workshop presented at the Annual Meeting of the Michigan Judicial Institute, Lansing, MI.

Lisak, D. (2002, March). *Sex Offenders: Treatment and Sentencing*. Workshop presented at the Annual Meeting of the Michigan Judicial Institute, Lansing, MI.

Lisak, D. (2002, February). *Sex Offenders: Myths and Realities*. Workshop presented for the American Prosecutor Research Institute, Mesquite, NV.

Lisak, D. (2002, February). *The Neurobiology of Trauma*. Workshop presented for the American Prosecutor Research Institute, Mesquite, NV.

_____

Lisak, D. (2002, January). *Forensic Evaluation of Childhood Sexual Abuse*. Workshop presented for the Habeas Corpus Resource Center, San Francisco, CA.

Jacupcak, M., Roemer, L., & Lisak, D. (2001, November). *Men's fear of emotion and its role in relationship violence*. Paper presented at the annual meeting of the International Society for Traumatic Stress Studies, New Orleans, LA.

Miller, P.M. & Lisak, D. (2001, November). *Abuse Severity as a Function of Single-Versus Multiple Forms of Child Abuse*. Paper presented at the annual meeting of the International Society for Traumatic Stress Studies, New Orleans, LA.

Lisak, D. & Miller, P.M. (2001, October). *The Cycle of Violence: Abuse Factors Linked to Later Perpetration*. Paper presented at the Ninth International Conference of the National Organization on Male Sexual Victimization, New York, NY.

Lisak, D. (2001, October). *Sex Offenders: Myths and Realities*. Workshop presented for the American Prosecutor Research Institute, Kansas City, MO.

Lisak, D. (2001, October). *The Neurobiology of Trauma.*. Workshop presented for the American Prosecutor Research Institute, Kansas City, MO.

Lisak, D. (2001, October). *Sex Offenders: Myths and Realities*. Workshop presented for the American Prosecutor Research Institute, Seattle, WA.

Lisak, D. (2001, October). *The Neurobiology of Trauma.*. Workshop presented for the American Prosecutor Research Institute, Seattle, WA.

Lisak, D. (2001, October). *Male Pain. Painful Masculinity*. Paper presented at the Ninth International Conference of the National Organization on Male Sexual Victimization, New York, NY.

Miller, P.M. & Lisak, D. (2001, October). *The Cycle of Violence among Men Abused as Children: A Test of Masculine Gender Socialization's Role*. Paper presented at the Ninth International Conference of the National Organization on Male Sexual Victimization, New York, NY.

Lisak, D. (2001, September). *Sex Offenders: Myths and Realities*. Workshop presented for the American Prosecutor Research Institute, Lansing, MI.

Lisak, D. (2001, September). *The Neurobiology of Trauma.*. Workshop presented for the American Prosecutor Research Institute, Lansing, MI.

Lisak, D. (2001, August). *Research on Undetected Rapists*. Teleconference workshop presented for the California Coalition Against Sexual Assault national university campus education project, Boston, MA.

_____

Lisak, D. (2001, June). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Golden, CO.

Lisak, D. (2001, June). *No One is Untouched*. Paper presented at the First National Conference, Healing the Wounds of Murder, Chestnut Hill, MA.

Lisak, D. (2001, June). *The Neurobiology of Trauma.*. Workshop presented for the National Judicial Education Program, Golden, CO.

Lisak, D. (2001, May). *Dynamics of Serial Sex Offenders and Working with Traumatized Victims.* Workshop presented at the 6th Statewide Domestic Violence Conference, Massachusetts District Attorneys Association, Falmouth, MA.

Lisak, D. (2001, April). *The Impact of Trauma on Male Development*. Paper presented at the Harvard Medical School conference, "Understanding Boys and Men," Cambridge, MA.

Lisak, D. (2001, April). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Detroit, MI.

Lisak, D. (2001, April). *The Neurobiology of Trauma.*. Workshop presented for the National Judicial Education Program, Detroit, MI.

Lisak, D. (2001, April). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Des Moines, IO.

Lisak, D. (2001, April). *The Neurobiology of Trauma.*. Workshop presented for the National Judicial Education Program, Des Moines, IO.

Lisak, D. (2001, April). *Rapists: Myths and Realities.* Workshop presented at the 2001 Sexual Assault Summit, Prosecuting Attorneys Association of Michigan, Lansing, MI.

Lisak, D. (2001, April). *The Neurobiology of Trauma: Understanding Victim Impact*. Workshop presented at the 2001 Sexual Assault Summit, Prosecuting Attorneys Association of Michigan, Lansing, MI.

Lisak, D. (2001, March) *Trauma, Gender and Sexuality*. Workshop presented for the Fenway Community Health Center, Boston, MA.

Lisak, D. (2000, December). *Treatment of Male Survivors of Trauma*. Workshop presented for the AdCare Educational Institute, Dedham, MA.

Lisak, D. (2000, September). *The Consequences of Sexual Abuse for Adult Males.* The Second National Seminar on Mental Health and the Criminal Law, San Francisco, CA.

_____

Lisak, D. (2000, August). *Ideological Certainty vs. Diversity in the Psychology of Men and Masculinity.* Paper presented at the Annual Meeting of the American Psychological Association, Washington, DC.

Lisak, D. (2000, August). Can Murder Traumatize the Murderer? Answers from Death Row. In R. MacNair (Chair), *The Psychological Consequences of Killing: Perpetration-Induced Traumatic Stress.* Symposium conducted at the Annual Meeting of the American Psychological Association, Washington, DC.

Lisak, D. (2000, August). Serial Rape and Multiple Offending by Undetected Rapists. In D. Lisak (Chair), *Serial Rapists – Incarcerated and Undetected: Challenges to Criminal Justice.* Symposium conducted at the Annual Meeting of the American Psychological Association, Washington, DC.

Lisak, D. (2000, August). Discussant. In J.M. O'Neil & G.E. Good (Chairs), *Gender Role Conflict Research in the Year 2000: Innovative Directions.* Symposium conducted at the Annual Meeting of the American Psychological Association, Washington, DC.

Lisak, D. (2000, June). *Sex Offenders: Myths and Realities.* Workshop presented for the National Judicial Education Program, Oxford, MS.

Lisak, D. (2000, June). *The Neurobiology of Trauma..* Workshop presented for the National Judicial Education Program, Oxford, MS.

Lisak, D. (2000, June). *Sex Offenders: Myths and Realities.* Workshop presented for the National Judicial Education Program, Burlington, VT.

Lisak, D. (2000, June). *The Neurobiology of Trauma..* Workshop presented for the National Judicial Education Program, Burlington, VT.

Lisak, D. (2000, May). *Sex Offenders: Myths and Realities.* Workshop presented for the National Judicial Education Program, Nebraska City, NE.

Lisak, D. (2000, May). *Sex Offender Treatment: State of the Art.* Workshop presented for the National Judicial Education Program, Nebraska City, NE.

Lisak, D. (2000, May). *The Neurobiology of Trauma..* Workshop presented for the National Judicial Education Program, Nebraska City, NE.

Lisak, D. (2000, May). *Trauma in the Development of Boys.* Workshop sponsored by The Trauma Center, Arbour Health System, Boston, MA.

Lisak, D. & Gartner, R. (2000, April). *Betrayed as Boys: Treatment of Male Survivors of Sexual Abuse.* Workshop sponsored by the Centre for Treatment of Sexual Abuse and Childhood Trauma, Ottawa, Ontario, Canada.

_____

Lisak, D. (2000, May). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Chicago, IL.

Lisak, D. (2000, May). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, Chicago, IL.

Lisak, D. (2000, May). *The Neurobiology of Trauma.*. Workshop presented for the National Judicial Education Program, Chicago, IL.

Lisak, D. (2000, March). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Princeton, NJ.

Lisak, D. (2000, March). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, Princeton, NJ.

Lisak, D. (2000, March). *The Neurobiology of Trauma.*. Workshop presented for the National Judicial Education Program, Princeton, NJ.

Lisak, D. (2000, March). *Non Stranger Rape.* Workshop presented at the Massachusetts State Police Conference, "Sexual Assault and Stalking," Framingham, MA.

Lisak, D. (2000, February). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Athens, Georgia.

Lisak, D. (2000, February). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, Athens, Georgia.

Lisak, D. (1999, December). *Sex Offenders: Myths and Realities.* Workshop presented at the Winter Conference for Judicial Officers, Indianapolis, Indiana.

Lisak, D. (1999, November). *Assessment of the Violent Offender*. Workshop presented to the Middlesex County Court Clinic, Cambridge, Massachusetts.

Lisak, D. (1999, September). Unmasking the Never-Incarcerated Rapist.  In the *National Symposium on Non-Stranger Sexual Assault*.  Sexual Assault Inter-Agency Council. Estes Park, CO.

Lisak, D. (1999, August). Chair. *Roundtable discussion: Psychology of Men and Masculinity*. Presented at the Annual Meeting of the American Psychological Association, Boston, MA.

Lisak, D. (1999, August). Victimized men: Caught in a cultural oxymoron. In C. Steigmeier & C.J. Habben (co-chairs). *Men in a cultural vise—baby boomers, generation X,*

_____

*victimized men.* Symposium conducted at the Annual Meeting of the American Psychological Association, Boston, MA.

Lisak, D. (1999, March). *Sex Offenders: Characteristics, Treatment and Disposition.* Workshop presented for the Commonwealth of Massachusetts Administrative Office of the Trial Court, Leominster, Massachusetts.

Lisak, D. (1999, February). *Sex Offenders: Myths and Realities.* Workshop presented for the National Judicial Education Program, Madison, Wisconsin.

Lisak, D. (1999, February). *Sex Offender Treatment: State of the Art.* Workshop presented for the National Judicial Education Program, Madison, Wisconsin.

Lisak, D. (1999, January). *Understanding Perpetrators of Sexual Violence.* Workshop presented at the Beth Israel-Deaconess Hospital Rape Crisis Center, Boston, MA.

Miller, P.M. & Lisak, D. (1999, November). Emotional experience, childhood abuse, and perpetration in college males.  Presented at the International Society for Traumatic Stress Studies, XV Annual Meeting, Miami.

Miller, P.M. & Lisak, D. (1999, August). *Role of Emotional Functioning in the Cycle of Violence.* Poster presented at the Annual Meeting of the American Psychological Association, Boston, MA.

Conklin, A.C. & Lisak, D. (1998, November). *Attachment, Childhood Abuse, and Perpetration in Adulthood.* Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, Washington, D.C.

Lisak, D. (1998, November). Chair.  *Searching for causal mechanisms in the cycle of violence.* Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, Washington, D.C.

Lisak, D. (1998, November). They cycle of violence: Evidence from a 2,000 man sample. In D. Lisak (Chair), *Searching for causal mechanisms in the cycle of violence.* Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, Washington, D.C.

Lisak, D. (1998, November). Men's relationships in the wake of childhood abuse. In B. Liang & L. Williams (Chairs), *The long-term sequelae of child abuse: An ecological perspective.* Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, Washington, D.C.

Lisak, D. (1998, August). Empathy – cross gender and otherwise – its loss and resurrection. In D. Twohey and B. Pollack (Chairs), *Alien nations: What women need to*

_____

*understand about men, and vise versa.* Symposium conducted at the Annual Meeting of the American Psychological Association, San Francisco, CA.

Lisak, D. (1998, October). *Male gender socialization and male victimization*. Paper presented at the Women's Health Sciences Division, National Center for PTSD, Department of Veteran's Affairs, Boston, MA.

Lisak, D. (1998, June). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Midway, Utah.

Lisak, D. (1998, June). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, Midway, Utah.

Lisak, D. (1998, June). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Spokane, WA.

Lisak, D. (1998, June). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, Spokane, WA.

Lisak, D. (1998, February). *Understanding the Psychology of the Rapist.* Workshop presented at the Beth Israel-Deaconess Hospital Rape Crisis Center, Boston, MA.

Lisak, D. (1997, December). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Indianapolis, IN.

Lisak, D. (1997, December). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, Indianapolis, IN.

Miller, P.M. & Lisak, D. (1997, November). *Differences in psychopathology associated with abuse-perpetration status among males.* Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, Montreal, Canada.

Conklin, A.C., Ochberg, R., & Lisak, D. (1997, November). *Shame, childood sexual abuse, and perpetration of violence in adulthood.* Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, Montreal, Canada.

Lisak, D. (1997, November). *Clinical treatment of the male survivor of childhood abuse.* Workshop presented for Harvard Pilgrim HealthCare, Boston, MA.

Lisak, D. (1997, November). Discussant. In S. Weine (chair), *Narrative trauma studies: attitudes, techniques, approaches.* Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, Montreal, Canada.

Lisak, D. (1997, August). Sexual Exploitation and Abuse and its Roots in Masculine Socialization. In R. Levant and G. Brooks (Co-chairs), *Men and the problem of nonrelational*

_____

*sex*. Symposium conducted at the Annual Meeting of the American Psychological Association, Chicago, IL.

Lisak, D. (1997, August). Case Study from Death Row: The Cycle of Brutality. In L. Lebowitz (Chair), *Narrative Methods: Illuminating the Intersection of Gender, Race and Power*. Symposium conducted at the Annual Meeting of the American Psychological Association, Chicago, IL.

Brooks, G. and Lisak, D. (1997, August). *Where we've been: Two decades of men's studies*. Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, San Francisco, CA.

Lisak, D. (1997, September). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Butte, MT.

Lisak, D. (1997, September). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, Butte, MT.

Lisak, D. (1997, June). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Washington, D.C.

Lisak, D. (1997, June). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, Washington, D.C.

Lisak, D. (1997, May). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, State College, PA.

Lisak, D. (1997, May). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, State College, PA.

Lisak, D. (1997, May). *Male Survivors: Clinical responses to the interacting legacies of childhood trauma and masculine socialization.* Workshop presented by Advanced Clinical Practices in Trauma Treatment, Toronto, Canada.

Lisak, D. (1997, March). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Denver, CO.

Lisak, D. (1997, March). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, Denver, CO.

Lisak, D. (1997, February). *The Psychology of the Rapist*. Workshop presented at the Beth Israel Hospital Rape Crisis Center, Boston, MA.

_____

Lisak, D. (1996, November). *Absent and present fathers and their role in the development of male identity*. Paper presented at The Trauma Center at HRI conference, "Fathers, Sons and Violence." Boston, MA.

Lisak, D. (1996, November). Childhood abuse, murder and redemption: A cycle of trauma. In L. Lebowitz (Chair), *Controversies at the intersection of mental health and the death penalty*. Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, San Francisco, CA.

Lisak, D. (1996, August). Pain and perpetration in men abused as children. In M. Wong (Chair), *Development of male anger, shame and malevolence*. Symposium conducted at the Annual Meeting of the American Psychological Association, Toronto, Canada.

Lisak, D. (1996, August). Tracing the effects of childhood abuse into men's adulthood. In L. Morris (Chair), *Sexual abuse of males – A life span perspective*. Symposium conducted at the Annual Meeting of the American Psychological Association, Toronto, Canada.

Lisak, D. (1996, May). Legacies of Male Gender Socialization. In N. Atwood (Chair), *Sexism in Families*. Symposium conducted at the 73rd Annual Meeting of the American Orthopsychiatric Association, Boston, MA.

Lisak, D. (1996, April). Interacting Legacies of Childhood Abuse and Masculine Gender Socialization. In R. Gartner (Chair), *Sexually Abused Men's Struggles with Masculinity*. Symposium conducted at the Sixteenth Annual Spring Meeting of the Division of Psychoanalysis of the American Psychological Association, New York, NY.

Lisak, D. (1996, April). *Gender Socialization and the Male Abuse Survivor*. Paper presented at the Victims of Violence Program, Cambridge Hospital, Cambridge, MA.

Lisak, D. (1996, March). *Adult Men and the Aftermath of Childhood Trauma: Research and Clinical Findings*. Paper presented at the Harvard Medical School conference, "Psychological Trauma: Maturational Processes and Therapeutic Interventions," Boston, MA.

Lisak, D. (1995, March). *Long Term Effects of Abuse in Adult Men*. Workshop presented at the National Center for Post Traumatic Stress Disorder, VA Medical Center, Boston, MA.

Conklin, A. & Lisak, D. (1995, November). *Object Relations and Social Cognition in Male Survivors of Sexual Abuse*. Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, Boston, MA.

Hopper, J. & Lisak, D. (1995, November). *Masculine Gender Socialization as a Mediator of Abuse and Perpetration*. Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, Boston, MA.

_____

Miller, P. & Lisak, D. (1995, November). *Psychological Distress of Males with Abuse and/or Perpetration Histories*. Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, Boston, MA.

Lisak, D. (1995, November). Transforming childhood abuse on death row. In J. Greenwald (chair)*, Legacies of violence: Transforming the impact of violence*. Symposium conducted at the Annual Meeting of the Massachusetts Psychological Association, Andover, MA.

Lisak, D. (1995, November). Self-report assessment of childhood abuse in male research subjects. In (V.M. Follette, Chair), *The assessment of adult male survivors of childhood sexual abuse*. Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, Boston, MA.

Lisak, D. (1995, October). *The Relationship Between Childhood Abuse and Male Perpetration: Gender Socialization, Emotional Constriction and Empathy Deficits as Mediating Variables*. Paper presented at The Sixth World Interdisciplinary Conference on Male Sexual Victimization, Columbus, OH.

Lisak, D. (1995, August). *Integrating gender analysis in psychotherapy with male survivors of abuse*. In R.F. Levant (Chair), Recent advances in the psychotherapy of men. Symposium conducted at the Annual Meeting of the American Psychological Association, New York, NY.

Lisak, D. (1995, May). *The gender factor in countertransference with dissociative patients*. Symposium conducted at the Spring Meeting of the New England Association for the Study of Dissociation. Belmont, MA.

Lisak, D. & Roiphe, K. (1995, January). *A Conversation with Katie Roiphe and David Lisak*. Symposium conducted at the 1995 Colorado College Symposium, "Sexuality and Gender," Colorado Springs, CO.

Lisak, D. (1995, March). *The Reconstruction of Gender in the Treatment of Male Sex Abuse Survivors*. Paper presented at the HRI Trauma Center Conference, "Legacies of Childhood: Traumatic Adaptations in the Lives of Men," Boston, MA.

Lisak, D. (1995, January). *The Reality of Sexual Violence in America*. Paper presented at the 1995 Colorado College Symposium, "Sexuality and Gender," Colorado Springs, CO.

Lisak, D. & Lebowitz, L. (1995, November). *Integrating an understanding of gender into the treatment of trauma survivors*. Workshop conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, Boston, MA.

_____

Lisak, D. (1995, September). *Clinical issues in short term counseling of male survivors of childhood abuse*. Workshop conducted at the Harvard University Peer Counseling Center, Cambridge, MA.

Lisak, D. & Becker, J. (1995, August). *Clinical issues in cyclical victimization: The male sexual abuse victim/perpetrator*. In L. Morris (Chair), Conversation Hour conducted at the Annual Meeting of the American Psychological Association, New York, NY.

Lisak, D. (1995, March). *Countertransference Issues in Working with Male Survivors of Abuse who have Perpetrated Violence*. Workshop presented at the National Center for Post Traumatic Stress Disorder, VA Medical Center, Boston, MA.

Lisak, D. (1995, January). *The Psychology of the Rapist*. Workshop presented at the Beth Israel Hospital Rape Crisis Center, Boston, MA.

Lisak, D. (1994, November). Ethical dilemmas in death penalty consultations. In *Trauma and the law: Ethical dilemmas in forensic practice*. Workshop conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, Chicago, IL.

Lisak, D. (1994, November). *Violence and Masculinity*. Paper presented as part of the New Jersey Project on Race, Class and Gender, at Brookdale Community College, Monmouth County, NJ.

Lisak, D. (1994, November). Factors which relate to divergent outcomes in adult male survivors of childhood abuse. In F. Grossman (Chair), *Resiliency: Research and reflections*. Symposium conducted at the Annual Meeting of the International Society of Traumatic Stress Studies, Chicago, IL.

Lisak, D. (1994, August). The link between abuse and perpetration: Data from 600 men. In L. Morris (Chair), *Male survivors of child sexual abuse--Toward a better understanding*. Symposium conducted at the Annual Meeting of the American Psychological Association, Los Angeles, CA.

Lisak, D. (1994, April). *Sexual Abuse, Gender and Male Socialization: Research Findings from the UMass-Boston Study*. Paper presented at the Second Annual Conference, Men and Traumatic Life Experience, Boston, MA.

Lisak, D. (1994, March). *Special Issues in the Assessment and Treatment of Male Victims of Childhood Abuse*. Paper presented at the seminar series of the Brookline Community Mental Health Center, Brookline, MA.

Lisak, D. (1994, February). *Male Victims of Childhood Abuse: Recent Research and Clinical Implications*. Paper presented at the Eight Annual Families in Focus series, Focus Counseling and Consultation, Cambridge, MA.

_____

Lisak, D. (1994, September). *Time-Limited Groups for Male Survivors*. Workshop sponsored by the Harvard Community Mental Health Plan, Brookline, MA.

Lisak, D. (1994, May). *Roundtable on Men and Masculinity*. Workshop sponsored by the Harvard Graduate School of Education, Boston, MA.

Lisak, D. (1994, March). *Countertransference Issues in Working with Male Survivors of Abuse who have Perpetrated Violence*. Workshop presented at the National Center for Post Traumatic Stress Disorder, VA Medical Center, Boston, MA.

Lisak, D. (1994, January). *The Causes of Sexual Aggression*. Workshop presented at the Beth Israel Hospital Rape Crisis Center, Boston, MA.

Lisak, D. (1993, November). *Sexual Assault, Perpetrator Characteristics and Solutions*. Paper presented at Mary Washington College, Fredricksburg, VA.

Lisak, D. (1993, November). *Male Gender Socialization, Empathy, and Violence*. Paper presented at Mary Washington College, Fredricksburg, VA.

Lisak, D. (1993, October). *Culturally-Based Gender Constraints on Men's Recovery from Sexual Abuse*. Paper presented at the Symposium on the Psychology of Adversity, Boston, MA.

Lisak, D. (1993, October). *Research on Male Victims of Childhood Abuse: What do We Know and What Do We Need to Know?* Paper presented at the Fifth National Conference on Male Survivors, Washington, D.C.

Hopper, J. & Lisak, D. (1993, October). *The Relationship between Abuse History and Perpetration*. Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, TX.

Luster, L. & Lisak, D. (1993, October). *Educational, Occupational and Relationship Histories of Men Abused as Children*. Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, TX.

Song, P. & Lisak, D. (1993, October). *The Relationship between Abuse, Gender and Sexual Identity in Men*. Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, TX.

Lisak, D. (1993, October). *Identifying Mental Health Issues for Trial, Sentencing and Post-Conviction Relief*. Workshop presented at the Annual Training Seminar of the Arizona Capital Representation Project, Phoenix, AZ.

Lisak, D. (1993, October). The Interaction of Abuse and Gender Factors in the Perpetration of Violence. In M. Harvey (Chair), *Ecological Perspectives on Sexual Trauma:*

_____

*Gender, Cultural Constructions and Recovery*. Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, TX.

Lisak, D. (1993, October). Does Adherence to Male Gender Norms Contribute to Violence? In L. Lebowitz (Chair), *Trauma and Cultural Constructions of Gender: Assessment and Implications*. Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, TX.

Pultz, J. & Lisak, D. (1993, October). *Effective Communication Between Attorneys and Mental Health Professionals*. Workshop presented at the Annual Training Seminar of the Arizona Capital Representation Project, Phoenix, AZ.

Pultz, J. & Lisak, D. (1993, October). *Legal and Psychological Aspects of Voluntary Executions*. Workshop presented at the Annual Training Seminar of the Arizona Capital Representation Project, Phoenix, AZ.

Lisak, D. & Lebowitz, L. (1993, April). *Gender and Sexual Violence: Males and Females as Victims*. Colloquium presented at the Sussex County Community College, Newton, NJ.

Lisak, D. (1993, April). *Men who were sexually abused as boys: Research Findings*. Paper presented at the conference, Male Responses to Traumatic Exposure: Vulnerability, Reenactment and Adaptation, Boston, MA.

Lisak, D. (1993, April). *Working with Male Survivors of Childhood Abuse: Gender Specific Issues*. Workshop presented at the conference, Male Responses to Traumatic Exposure: Vulnerability, Reenactment and Adaptation, Boston, MA.

Lisak, D. & Lebowitz, L. (1992, December). *Assessment of Childhood Abuse in Death Row Inmates*. Workshop presented at the California Appellate Project, San Francisco, CA.

Lisak, D. (1992, December). *Gender development and sexual abuse in the lives of men*. Paper presented at the conference, Issues in Cross-Cultural and Developmental Clinical Psychology: Trauma and its Sociocultural Context, Boston, MA.

Lisak, D. (1992, November). *Tracing the relationship between fathering and the motivations for sexual aggression*. Colloquium presented at New Mexico Highlands University, Las Vegas, NM.

Lisak, D. (1992, October). Thematic analysis of autobiographical interviews of adult males sexually abused as children. In E. Newman (Chair), *Narrative analysis of the impact of trauma across three populations*. Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, Los Angeles.

Lisak, D. (1992, October). Gender-specific themes in autobiographies of male survivors of childhood trauma. In K. Krinsley (Chair), *Assessment of childhood trauma in men: Clinical*

_____

*and research issues*. Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, Los Angeles.

Lisak, D. (1992, August). The gender system, the father-son relationship and sexual aggression. In L. Silverstein (Chair), *Redefining fathering in patriarchal culture*. Symposium conducted at the Annual Meeting of the American Psychological Association, Washington, D.C.

Lisak, D. (1992, April). Gender-specific themes in autobiographical interviews with adult male survivors of childhood sexual abuse. In J. Rierdan (Chair) *New perspectives on trauma and gender*. Symposium conducted at the Annual Meeting of the Eastern Psychological Association, Boston.

Lisak, D. (1992, January). *Assessment of childhood sexual trauma in adult males*. Paper presented at the Veteran's Administration, Outpatient Clinic, Boston.

Lisak, D. (1991, October). *Special considerations in interviewing adult males about early childhood physical and sexual abuse*. Paper presented at the National Center for Posttraumatic Stress Disorder, VAMC, Boston, MA.

Lisak, D. (1991, October). *Manhood in America: Implications for family violence*. Paper presented at the Family Violence Research Center, Childrens' Hospital, Boston, MA.

Lisak, D. (1991, August). Why men rape: Integrating cultural and psychological levels of analysis. In D. Lisak & L. Lebowitz (Chairs), *Rape and culture: Beyond the traditional psychological paradigms*. Symposium conducted at the Annual Meeting of the American Psychological Association, San Francisco.

Lisak, D. (1990, February). *Motives and psychodynamics of unincarcerated rapists*. Colloquium presented at the University of Southern California, Los Angeles, CA.

Lisak, D. (1988, December). *Psychology of the Rapist*. Paper presented at the Kirby Forensic Psychiatric Hospital, Ward's Island, NY.

Lisak, D. (1987, July). *A comparison of mean MMPI profiles of victims of childhood sexual trauma and Vietnam veterans with PTSD*. Paper presented at the Tenth International Conference on Personality Assessment, Brussels, Belgium.