**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| THE UNITED STATES OF AMERICA | : | |
| | : | Crim. No. 3:92CR68 |
| v. | : | |
| | : | |
| JAMES H. ROANE, JR. | : | |
| | : | |

**APPENDIX VOL. VIII**

**App. 0824-0902**

**DECLARATION OF ANTONIO MAYO**
**PURSUANT TO 28 U.S.C. § 1746**

1.     My name is Antonio Mayo.  My family and the Roane family have been close my whole

life.  My mother is Michelle Mayo.  My biological father was Theodore Cousins, who

passed away recently.  I was raised though by John Haywood Jones.  John Haywood

Jones is Jeanette Roane's younger brother.  Growing up and to this day I think of the

Roane family as my family.  I am a few years younger than James Roane, Jr.

2.     I was born in Richmond, Virginia and was raised in the Gilpin Court Housing

Development until 1975.  My grandmother lived there for many years.  There was an

accident at our apartment in Gilpin Court and we moved in with Jeanette Roane and her

family for several months until my  mother moved us to a nearby project, Whitcomb

Court.  Jeanette took in me, my mother and my brother and sister .  Even after we moved

out of Gilpin Court we still spent a lot of time at Jeanette Roane's apartment.  We saw

them all the time.

3.     Our mothers did most of the disciplining when we got into trouble.  When we got in

trouble for things we weren't supposed to do, we got whipped.  Haywood Jones,

Jeanette's brother, disciplined the kids too.  He was abusive when we were coming up.

There were times when he would beat me hard over nothing.  I had no idea why he was

beating me.

1

4.   My mother, Michelle Mayo, Jeanette Roane and her sister-in-law, Florence Roane, all had children who were born around the same age.  Jeanette had seven kids and my mother and Florence Roane had three children each.  All of our mothers were close and all of us kids were raised together, along with other members of our family too.  There were always lots of people at Jeanette's apartment on Charity Street.  There would be eight or ten of us in one room.  I remember sleeping in Kevin and James's room.  There was a twin bed and a pallet on the floor.  We would sleep with four kids crammed into a twin bed. To get us all to fit, two kids would sleep with their heads by the head board, and two more kids would sleep the opposite way, with their heads at the foot of the bed.

5.   Our mothers all struggled to provide for us kids – even the most basic of things like food. All of our mothers did things they didn't want to do in order just to feed us.  It didn't take long to figure out that our mothers were prostituting themselves to have some food for us. There were many a night we were sent to bed hungry.  We were sad and depressed. We woke up in the morning and they would have oatmeal or grits or peanut butter for us. Looking back it is easy to put two and two together, different things that we saw happen. There was a time or two when I was teenager that my mother would come out and say it. I would get into trouble and she would say, 'Boy, what we did to feed you...'.  I knew exactly what she was talking about.  I know Florence Roane admitted the same thing to her son, too.

6.   James, Jr. and his younger brother Kevin were a little older than the rest of us boys in the

2

family. They did more of the stealing for food and things we needed at home. There were so many times that James would go out and get food for all of us.

7.    James, Jr. got involved with drugs at a pretty young age. I remember one time when I was 12 or 13 and James, Jr. was 17 or 18 years old. He came by the house and was really messed up. At the time I didn't know what it was but I believe now that he was on heroin. He was really sloppy and nodding off. He was drooling, too.

8.    James was like a big brother to us. He was the man of his mother's house. He's always tried to look out for us. He was our protector. I got arrested for felonious driving in 1990. I remember I saw James in jail and he cursed me out. He asked me, "What are you doing in here?" He got onto me like he was my daddy. He said he didn't want me to do the same things he had done.

9.    I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Richmond, VA  8-7-08
DATED:

Antonio Mayo

3

DECLARATION OF MICHELLE MAYO-JONES
PURSUANT TO 28 U.S.C. § 1746

1.   My name is Michelle Mayo. I live in Richmond, Virginia. I have known James Roane, Jr. since he was just a baby. My mother, Miss Vivian Jeffries, raised me and my three brothers in the Gilpin Court Housing Development on Saint James Street. I lived there from the age of six to 18 years old. The Roane family moved into Gilpin Court and lived on Charity Street and then later on Saint James Street. I married Jeanette Roane's brother, John Haywood Jones. We have two children together.

2.   I raised my children alongside Jeanette and her seven children. I have known James Roane, Jr. since he was just a baby. There were several of us women that raised our kids together. All of us were like family: me and Jeanette and our kids; Florence Roane, Jeanette's sister-in-law, and her three kids; and Jeanette's sister Phyllis and her three girls. At different times we all stayed with Jeanette when we didn't have a place of our own to stay. For example, my son started a fire in the apartment we were living in. We stayed with Jeanette on Charity Street for several months ourselves. Even when we had our own place Jeanette's apartment was still a place where people enjoyed hanging out. A lot of adults socialized there, Jeanette's brothers, Haywood and Amos Jones and her sister Phyllis Jones were over there all the time. Jeanette's sister-in-law and brother-in-law were there all the time, too, Florence and Roscoe Roane. Our friends from Gilpin Court hung out, too: Patricia Griffin, Theodore Cousins and Charlene Bell, along with my mother and my uncle, Calvin Jeffries.

3.   Times were tough back then. We all struggled to give our kids what they needed –

1

clothes and food. Jeanette struggled the most because she had so many children. There were nights we didn't have anything to feed them. There were times we sent them to bed hungry. Jeanette used to get a welfare check on the first of the month. She used to take that check and buy a lot of groceries for her kids. The food ran out quickly though and often towards the end of the month she ran out of food. That sometimes happened to us, too. We scrambled to feed our kids. Sometimes people in the neighborhood helped us. There were other times, though, when Jeanette, Florence and Phyllis and I had to do other things to get food for the kids. I'm not proud of it, but we used to steal from local stores. Jeanette and I both did that. There were times, too, when we sold our bodies to get money to feed our family. It's sad to say but all of us have done that – me, Jeanette, Florence and Phyllis. We did what we had to. That was a real tough time. I'm so glad those days are over.

4. James Roane, Sr., Jeanette's husband and the children's father, was very abusive. He wasn't around much but when he was there he used to beat Jeanette real bad. He beat her upstairs and downstairs and even out in the street. We all saw the abuse she went through. He'd get into it with her over anything. James Sr. punched her with his fist, kicked her and pushed her down. She was pregnant with the second set of twins, Kevin and Kathy, and James Sr. beat her real bad. She went into labor and had the first baby right there in the apartment. The other twin was born at the hospital. I was there that night. I saw it all happen. It was awful. I've seen Jeanette with bruises and black eyes. There were times she was hurt so bad she could hardly walk. He acted good when her family was there and then came back later – after he'd been using drugs or drinking – and

2

James Sr. beat her up in front of the kids. I remember the kids saying, "Daddy stop, stop hitting Mama." James Sr. pistol whipped her a couple times, too.

5. James Sr. never provided for Jeanette. He was never there for her or the kids in any fashion. Jeanette's mother sometimes tried to help her out with some money. Jeanette tried to keep it from James Sr. She didn't want to give it to him. He beat her up and took the money. James Sr. came by the apartment and was supposed to bring food. He didn't bring her anything. She was scrambling just to make ends meet. James Sr. was always out in the street, even when he was older. He went to prison for a long time when the children were still young. I heard he was making money in prison, too – not that Jeanette or the kids ever saw any of it.

6. Before I started dating Jeanette's brother, Haywood, I briefly dated a man named Ed, who hung out with us a lot at Jeanette's apartment. He and Jeanette were good friends. Ed used to drive an ice cream truck and a taxicab. He gave all the kids in the neighborhood rides around the block on his truck. He gave the Roane kids, James, Kathy, Kevin, Anne, Annette and Florence, rides too. They were the main ones who got rides because he was close with Jeanette. Ed stayed at Jeanette's for awhile, a few months or so. He was there from when he got off work until he got up for work the next morning. Ed used to drink a lot. He stayed drunk all the time. He was in and out of jail for different things.

7. My brother, Randy Floyd Mayo, was shot and killed during the summer of 1975. His nickname was Clyde. He was shot to death with a sawed off shotgun at the corner of Charity Street and Saint James Street right in front of the Roanes' apartment. I know

3

that James Jr. and the other Roane kids saw what happened to my brother. In fact it was James's sister, Annette, who called me to tell me that Clyde had been shot. My brother was close to all the Roane kids. I babysat Jeanette's kids from time to time and I remember after my brother Clyde was killed that James Jr. took it really hard. He used to have nightmares about what he saw happen to Clyde. James Jr. woke up crying, "My, uncle, my uncle, my uncle got killed. He got shot in the back!" James Jr. talked in his sleep about the shooting and woke up crying. While he was sleeping he sometimes jumped up and screamed about it.

8.     My ex-husband, Haywood, and Jeanette have always been close. Haywood is the baby of the family. Haywood lived with Jeanette and her kids for several years. Haywood saw James Sr. beat Jeanette. Haywood tried to step in and protect his sister but James Sr. whooped him, too. I know that was hard for Haywood. Haywood was best friends with my brother who was killed. He took that real hard, too. Haywood got addicted to drugs around that time. He injected heroin and was hooked on a drug we call Bam. I've seen Haywood use drugs in Jeanette's apartment. Over the years Haywood has nearly overdosed three times. Haywood sold drugs, too. I remember times he got the packages wrong. People were looking for him. He was into all kinds of trouble.

9.     Roscoe Roane, Jeanette's brother-in-law, lived with them on Charity Street, too. Roscoe was selling drugs out of Jeanette's apartment. I remember the time the police raided their apartment on Charity Street. It was around Christmas time. I was sitting with Haywood in the living room. My oldest son, Tony, was just an infant. Florence Roane had left but her kids, Tra'vis and Lisa, were there. Jeanette was there with James Jr. and

4

the rest of her kids. It was about ten o'clock at night. There was a knock at the door and Roscoe ran up the steps. The police broke the door down. I remember the police had guns. They searched the whole apartment. They found a blue suitcase in Kevin and James Jr.'s room. The suitcase was full of Roscoe's drugs.

10. On top of everything else, James Jr. had trouble with other kids in the neighborhood and at school. I remember kids used to pick on him because he did not have the same things other people had. They teased him for being dirty and for wearing hand-me-down clothes. Kids in the neighborhood used to called him "Dirty Bird" and "Stinky." James Jr. used to get beaten up all the time. Me and the other adults told him that if somebody hits you, that you hit them back. James Jr. started fighting back. The kids teased James Jr. for going to a special school, too. Neighborhood kids used to tell him he was crazy, stupid and dumb. I remember James Jr. crying, telling us that they were calling him names.

7. I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Michelle Mayo - Jones - m.J.
Michelle Mayo

Richmond, VA
DATED: 8/9/08

5

## DECLARATION OF Lloyd McDaniels
### PURSUANT TO 28 U.S.C. § 1746

1. My name is Lloyd McDaniels. I grew up in the Carver School area of Richmond, Virginia.

2. Little Keith Barley was my best friend. We were best friends from the time we were about six years old.

3. Keith and I were about fourteen or fifteen when all the murders happened in our neighborhood, back in the early nineties. We hung out together and with our friend Willie Coley.

4. Keith was a live wire at that time. He was sniffing a lot of powder cocaine and doing crazy things. He was selling drugs and he made sure he got paid. Keith shot a couple people and stabbed another guy. He didn't care if the person was male or female. He did what he had to do to get his money.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746

Lloyd McDaniels
10·9·08

DATED:

**DECLARATION OF** <u>Lloyd McDaniels</u>
**PURSUANT TO 28 U.S.C. § 1746**

5. I ALSO KNEW DOUG MOODY. I KNEW HIM AS A HARDCORE DRUG ADDICT IN THE NEIGHBORHOOD. HE WAS USING COCAINE. HE WAS NEVER A DEALER. HE WAS A MESS. HE WAS INCAPABLE OF DEALING.

6. JAMES ROANE DID NOT KILL DOUG MOODY. KEITH BARLEY, MY BEST FRIEND, DID IT. HE TOLD ME HE KILLED MOODY. THE POLICE TALKED TO HIM ABOUT THE MURDER, BUT THEY JUST LET IT BLEND IN WITH THE CASE AGAINST JAMES ROANE AND THE GUYS THEY CALLED THE NEWTOWN GANG. KEITH GOT LUCKY. KEITH TOLD ME THAT HE KILLED MOODY BECAUSE HE OWED HIM MONEY FOR DRUGS.

7. JAMES ROANE SHOULD NOT BE EXECUTED FOR A MURDER THAT KEITH BARLEY COMMITTED.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746

Lloyd McDaniels
10·9·0?

DATED:

## DECLARATION OF JEFFREY MICHAUX
## PURSUANT TO 28 U.S.C. § 1746

1.    My name is Jeffrey Michaux.  I have known the Roane family my entire life. I am the same age as James Roane, Jr.  When we were little kids I played with James and his brother Kevin a lot.  I lived in the Gilpin Court housing projects near where James and Kevin lived.

2.    When I was 10 or 11 years old I started living with the Roanes all the time.  My mother died and I was supposed to stay with an aunt, but that didn't work out.  So Ms. Jeanette let me stay with her.  Ms. Jeanette was like that, she would let almost anyone stay there if she heard they didn't have a place to stay.  There were so many kids there in that house that one more didn't make much of a difference.

3.    There wasn't enough food in the Roane house.  As a ten year-old I recall that we would break into the little stores in the neighborhood.  I won't lie, sometimes we would steal cigarettes or alcohol, but we also wouldn't leave the store without getting a pack of bologna.  I also remember breaking into the back of the Wonder bread truck.  You gotta know you are hungry and desperate to steal bread off a truck.

4.    We tried to make do with the food we had.  Sometimes we ate sugar sandwiches, because there was nothing else in the house to put on a sandwich.  I never remember eating whole hot dogs.  Instead, we had to cut them up and put them in a can of watered-down pork and beans so one package of hot dogs would feed all the adults and kids in the house.

5.    I also stole bikes for food.  I wanted a bike to ride, but I needed food more. So I stole bikes and sold them to other kids so that I could buy food for myself or for the whole Roane family.  If I was really hungry, I climbed out the window and stole food from the store. James did this, too.  You had to, to survive.

1

6.    I knew that James was supposed to be taking what we called his "crazy medicine." I never knew exactly why he had to take the pills, but I figured it was because he was so emotional. The neighborhood kids called him retarded and crazy all the time because he went to a special school. James and I are the same age, but we were never in school together since he always had to go to a special school. The kids always made fun of James for having to go to a special school.

7.    Kids always fought in the neighborhood, and because James was the oldest boy he always felt like he had to fight to protect his sisters and little brother. The older and bigger kids in the neighborhood always took the two smallest kids and made them fight each other. If you didn't fight you'd get beat up by the older kid, so you were happy to fight the other small kid. Fighting was an everyday thing. The older kids required it.

8.    The Roane house was always very full. It wasn't just me, the seven Roane kids and Ms. Roane. There were always other people living there, too. There was Haywood, Roscoe, Joan Dargon, Brenda, and any number of other people that stayed there for a few nights or weeks at a time.

9.    James missed school sometimes because he didn't have any clothes to wear. There were times when he didn't have any shoes and he was absent from school for a few weeks until his mama could get him some shoes. I remember Ms. Jeanette arguing with James, Sr. to try and get shoes for all those kids.

10.    Whenever Mr. Roane came to the house, Mrs. Roane ran all the children out of the house. Mrs. Roane had to fuss with Mr. Roane to get any help out of him.

11.    No child should have to live through what we lived through. All of us turned to drugs and alcohol to mask our pain and the memories of our childhood. First we experimented

2

with weed and alcohol.   I can't even remember the first time I used weed, but I was really young. I know it was before I was ten years old.  At ten we were also using Valium that we could buy on the street.  We traded other stuff we stole for some Valium.  There was also some drug we called "Bam" that was a pill.

12.     Later we turned to harder drugs.  James's drug of choice was heroin. Mine was cocaine.  Heroin just took James away from it all.  But then you had to stay high all the time or get sick.  By the time James was 19, he was a heroin addict, needing that high all the time.

13.     I remember staying with Annette in her apartment in Creighton Court.  James was already living there.  It was a total party atmosphere.  Drugs and alcohol were everywhere all the time.  People were using 24 hours a day in that apartment.

14.     Every one of the Roane children used drugs.  Not one escaped it.  Several of us are clean now, but every one of us had something to run from, and drugs were so available and tempting when you had nothing else in your life but misery.

15.     I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746

Jeffrey Michaux

Richmond, VA
DATED: 8-07-08

3

## DECLARATION OF EDWARD MORTON

1.    My name is Edward Morton. I was a teaching assistant at Adams Corner school in Richmond, Virginia in the late 1970's and early 1980's. I was also a counselor. We taught everything at Adams Corner – English, math, science, and social skills.  I was a "Pop" figure.  I worked with kids one-on-one and tried to get them to open up.

2.    James Roane Jr., was one of my students. I remember had learning disabilities and probably also a psychiatric condition. James was a young fellow when I knew him – between 10 and 12 years old.  It was an elementary school setting.

3.    I saw the way James came to school, wearing the same clothes every day. It made me believe that James had even less than the other kids.  I remember he was nervous with people, possibly because he didn't have much and was self-conscious. I knew James lived in a tough neighborhood. I decided I would try to give him a comfort zone. I liked James because he had personality, but no back-talk.  When you'd ask him to do something, he'd always say "I'll try."

4.    One memory that really stands out is when another teacher and I did a birthday party for James.  We had it across the street from the school, at the Pizza Hut.  We took James over there. We didn't do it for every kid, but I had really taken a liking to him and I knew he didn't have much at home.  He didn't know it was going to go down. He was overwhelmed.  All the class was there.  If he ever had a birthday party at home, it surely wasn't like the one we gave him.  He was so excited and so thankful.

5.    The Pizza Hut was a buffet, which he liked it a lot because he could eat as much as he wanted.  I think he didn't get enough to eat at home.  At school James got two meals a day, and I think that was a big incentive for him to attend.

6.    James's hygiene wasn't so good. The other kids were cruel about it.  We'd talk about hygiene in social skills class, and I'd work with him on it, but it was hard because he wore the same things every day.   I think James understood what he was supposed to do, but it seemed like he just didn't have the means at home to get himself and his clothes clean.   As it turned out, the kids who teased James were the same ones who exerted peer pressure over him.  James was a small, little guy.  He was easily influenced because he wanted to be liked.

7.    Every staff member was there to protect the kids.  If they didn't come to school, we'd go and pick them up.  I remember picking up James a few times in front of his house, but I never went inside.  I don't think he wanted me to come in.  If I started up the walk, he would run out and get in the car before I could reach the door.

8.    I felt like he didn't have a real stable home. James didn't talk much about his family relationships.  I tried once to get him to open up, but he shut me off.  Some things you push and some things you don't.  I probably didn't ask the way I should have. And I probably should have kept at it.  Maybe he would have told me what all was

going on.

9.      When Adams Corner school closed, most of the program moved to Westhampton school. I left right before the school closed and went to work at a residential treatment facility. James and I lost contact at that time.

10.     I've come to learn that after I lost contact with James, school personnel recommended that he go to residential treatment.  I completely agree with the recommendation, and regret that it didn't happen for James immediately. In residential treatment, he would have gotten schooling and social skills training, but most importantly, he would have had a safe place to be at home. I've worked with children my whole career, and I know that the earlier you catch a child like James, the better they do.  He was a prime candidate for residential care. We could have taught him how to cope.

11.     I think Adams Corner offered James a sense of safety. When something bad happened, we wouldn't go on until we had a group meeting.  We would model problem solving and get the kids to talk things out.  The teachers and counselors were there to protect the students, but that protection only lasted as long as the school day. Once the children left, they were subject to all the influences and dangers they faced at home or in the neighborhood.  We saw James's confidence build with us, but as soon as he left the school it would be like starting all over.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Richmond, Virginia on May 20 2008.

_Edward Morton_ (signature)

Edward Morton

## DECLARATION OF JEANNETTE PAULEY
### PURSUANT TO 28 U.S.C. § 1746

1. MY NAME IS JEANNETTE PAULEY. I LIVED IN THE CARVER SCHOOL NEIGHBORHOOD OF RICHMOND, VIRGINIA WHEN ALL THE MURDERS TOOK PLACE IN THE EARLY NINETEEN NINETIES.

2. I LIVED ON HANCOCK STREET. PEPSI GREENE LIVED IN THE APARTMENT ABOVE ME. I KNEW HER VERY WELL. WE BOTH HAD HORRIBLE DRUG ADDICTIONS.

3. I ALSO KNEW AND USED DRUGS WITH DENISE BERKLEY. HER ADDICTION WAS AS SEVERE AS MINE AND PEPSI'S. DENISE WAS EXTREMELY UNSTABLE. I REMEMBER THAT SHE TRIED TO KILL HERSELF SEVERAL TIMES BY SLASHING HER WRISTS. SHE SOLD HER BODY FOR DRUGS.

4. PEPSI GREENE WAS VERY UNRELIABLE. SHE STOLE FROM HER OWN MOTHER TO PAY FOR DRUGS. LIKE DENISE BERKLEY, SHE ALSO TURNED TRICKS TO GET MONEY FOR DRUGS. THEY WOULD DO ANYTHING TO GET MONEY FOR DRUGS.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746

DATED: 10-9-08

Jeannette Pauley

**DECLARATION OF** <u>JEANNETTE PAULEY</u>
**PURSUANT TO 28 U.S.C. § 1746**

5. I REMEMBER LITTLE KEITH BARLEY FROM THE NEIGHBORHOOD. HE HAD A REPUTATION AS A MEAN AND TERRIBLY VIOLENT GUY.

6. I HAVE BEEN SOBER NOW FOR MORE THAN SIX YEARS. I NOW WORK WITH MENTALLY ILL CHILDREN, AND HAVE BEEN DOING THAT FOR THE PAST THREE YEARS.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746

Jeanette Pauley

DATED: 10-9-08

## DECLARATION OF FLORENCE ROANE
## PURSUANT TO 28 U.S.C. § 1746

1.  My name is Florence Roane. James Roane, Jr. is my younger brother. My mother has seven children. I was born after the first set of twins. James, Jr. was born a little over a year after me. I have an aunt who is named Florence Roane too. That is my father's younger sister.

2.  I saw a family friend get killed when I was 11 years old. I remember the night he was killed well. His name was Randy Mayo but everyone called him Clyde. He and his girlfriend Debra were arguing about something. I remember peeping out of the window of our apartment at 4 West Charity Street. I remember I looked over some trash can holders. Clyde's mother had breast cancer and Debra said something really awful to him. I heard her say, 'That's why your mamma has one tittie.' I know Clyde got upset. Clyde must have smacked her or something. Debra ran across the hall and the next thing I know I heard gunshots. I saw Clyde laid out on the corner of Saint James and Charity Street – not too far at all from our apartment. I remember seeing his body lying under the utility pole. The ambulance came and they rushed him the Emergency Room.

3.  My mother was out of town that weekend. She had gone to Buck Iron Beach – back then that was a beach for black folks. She had taken the trip on a bus. My brothers and sisters and I were being watched by Clyde or Debra or my Uncle Haywood Jones. I remember staying at Miss Lydia's house until my mom got back. I was really shook up by what I had seen – we all were. When that happened nobody even asked what happened – made

1

sure I was alright. Nobody asked me questions about it. Things are different now, its encouraged that parents talk to their kids and figure out how they are feeling.

4. My daddy, James Roane, Sr. and his second wife, Peaches, used to try and brainwash us kids against our mom. They would say things about her that wasn't true. They said it was her fault that we were poor and didn't have anything. They tried to turn us against our mother. I knew better. My daddy had never been there for us. They used to tell me she lived in the projects and that she didn't care for us. If our dad had been in our life we would have been worse off than we was.

5. I've been clean and sober for 18 years but when I was younger I was addicted to drugs. I started using drugs and drinking in high school. We took Valiums and drank Robitussin. It used to be real easy to skip school. We would ask old men to go into the store and buy us stuff. I got into more serious drugs. When crack hit the neighborhood it took us by storm. When I was an addict I used crack, powder cocaine and heroin.

6. As a child I was really angry. I was mad with my daddy, I was mad for being poor. I remember that at the apartment all of our stuff was in plastic bags – that we didn't even have a dresser. My brothers and sisters and I we all shared clothes. I used to fight in school and take candy and money from other kids. My girlfriend Yvette and I used to stand outside the neighborhood store and beat up kids as they came out and taken what they had bought. It was survival back then – that was my survival technique.

7. Teachers used to look down on us. They would say bad things about kids from Gilpin Court. I remember the teachers used to tell us, 'Go home, go watch soap operas with your mother.' Kids from the projects couldn't get on the cheerleading team.

2

8.    I wasn't aware when we were kids that James, Jr. had been molested. The person that molested James was my mother's friend Ed. I remember him. He drove an ice cream truck and we all used to ride on it. Ed used to hang out at the house and drink with my mom. Something like that happened to me too. While we were living on Charity Street there was one night that I woke up and there was a man in my bed touching on me. He walked out of the room and then a few minutes later I saw a shadow walk out the back of the apartment. The man was carrying what looked like a speaker. The next day my mom said that someone broke in the house and stole her stereo.

9.    I saw James, Jr. shortly before he was arrested on this case. He came by my apartment at 2551 Rosetta. He came and got a toothbrush. He told me he didn't have one.

10.    I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Florence Roane

Richmond, VA
DATED: 8/8/08

3

## DECLARATION OF JEANETTE ROANE
## PURSUANT TO 28 U.S.C. § 1746

1.      My name is Jeanette Roane. I am James Roane, Jr.'s mother. I was seventeen when James was born and he was my fourth child. I had another set of twins after James, and then my seventh and final child a few years later.

2.      Things were really rough when James was coming up. Really rough. I managed to keep a roof over our head, give them something to eat. It was a struggle. A lot of doors were closed in our face. These kids needed more than I could give them.

3.      Their father certainly wasn't stepping up to do anything for them. I met him when I was twelve. I thought James, Sr. was the cream of the crop back then. He was very good looking. I was still in school and James, Sr. would meet me at the bus stop. I'd say, 'Boy, no you can't walk me home. My mama don't let no boy walk me home.' But he did it anyway. I'd get off at the bus stop and he'd walk me home everyday.

4.      My mother didn't let me see him. I saw him in between her working and on Saturday when we had chores to do. I'd meet him at the laundry mat. He lied about his age to me. I thought he was only a year older than me, but when he died a few years ago I learned for the first time that he was four years older than me. I had never had a boyfriend before him.

5.      My mama didn't want me to marry him. I thought all we needed was each other and our love. But my mother knew he was violent. She saw the after effects. He wasn't abusive to me right away, but it was within the first year I knew him. I remember one time, I was standing in my mother's door, he gave me two black eyes at one time. He was asking me to leave or something.

1

App.0844

6.     I never wanted to have so many children so close together, but I didn't have any choice.  I wanted to space them out a few years between each pregnancy.  But James, Sr. got what he wanted from me. I had dreams to go back to school and become a nurse.  I would have liked to have my tubes tied, or at least get birth control pills, but in Virginia then you had to have consent from your husband to do either.   I asked him a few times if I could go on birth control. Back then you had to have your husband's permission go get it, and he never allowed it.   I did eventually get my tubes tied after my children were all grown, just because I could do it on my own without anyone's permission at that time.

7.     When I was pregnant with James, Jr., I didn't really get prenatal care.  That was during a time when James, Sr. was keeping me like a slave in our apartment.  I wasn't allowed to go anywhere he didn't want me to go, including to the doctor.   He was afraid that I would tell someone about the violence, or even just put him in a bad light.  He didn't tolerate that.

8.     The abuse from James, Sr. started before we lived together.  I don't want to talk about all the details, but I will say that abuse like that, it just goes on and on, and unless something changes, you get stuck in it.  It was the most horrifying thing in the world.  The abuse made me feel like I wasn't nothing.  It tore apart my self-esteem.  He'd give me black eyes, bruises, sprains, whatever.  I didn't always go to the doctor – when the injuries looked real bad I didn't go.  If I did go, I'd make up some flaky excuse about what had happened.  I don't know if anything provoked it.  Most of the time the beatings were just random.  He'd be sweet afterwards. James Sr. would butter me up and in my heart I believed that wouldn't hit me again. He would be sweet for a short little while, but it never lasted long.  Fighting was a constant thing, like clockwork.  A lot of that I just blocked out.  James, Sr. didn't have to be drinking,

2

he'd be just as angry as hell. He hit me when I was pregnant too, that didn't mean anything to him. Nothing was beyond him – he was sexually abusive too – he used to rape me.

9.     I married James, Sr. but he was never faithful to me. He didn't spend much time in the apartment at all – he was there just enough to terrorize me and to maintain control. I was scared to death to be alone, though. I was partly scared of James, Sr. but I also felt like I just couldn't handle raising my seven kids by myself.

10.     I only called the police on James, Sr. one time. I was afraid that he would beat me even worse or kill me if he knew I called the police. But the one time I did call, they just told me that it was between me and my husband and didn't do nothing. I never called again.

11.     I was certain that one day James, Sr. would kill me. I still can't believe sometimes that I lived through all that.

12.     James, Sr. finally went to jail for some robbery or something. But I continued to be scared. I had a lot of depression, too. Seems like even when he wasn't around I still couldn't quite get things under control. When James, Sr. got out of jail, I was sure he was gonna kill me. But he got another woman and pretty much left me alone after that.

13.     I've lived in the projects all my life. I still live in Gilpin Court to this day. Even the other folks in the projects knew we were really poor and that I had a lot of kids. People would help us here and there. One lady, Miss Lily, she's deceased, she used to call me and tell the kids to come over with bags and get pears off her fruit tree. Those pears sure helped, and it was real nice of her to help us out like that.

14.     I used to keep a house full of people. Family and friends always knew that I would give them a place to sleep. So it seemed like when anyone was down on their luck and

3

needed a place to stay, they'd stay with me. I think I liked to keep so many people around and keep things happy, like a party, so I didn't have to stop and think about how bad things were. I drank more than I should have, so that my mind wouldn't think about all the problems. I drank to feel numb.

15.    I got diagnosed and treated with depression and anxiety. I took pills. I took one pill at night to help me sleep and another pill during the daytime. Sometimes I took the night pills during the daytime so I could just be a zombie. I just quit taking the pills at some point, though.

16.    James, Sr. did have some money in his pocket sometimes, but he never shared it with us. He couldn't hold a job for very long, but he hustled and sold drugs. The only thing I know of him ever giving to his children were drugs. He gave the drugs to his kids just to sell for him. That's how James, Jr. got into dealing, James, Sr. gave him drugs. James, Jr. got addicted though and was using the drugs.

17.    James, Sr. was also a pervert. He had sex with the mother of James, Jr.'s children, Robin. And he even had sex with his own granddaughter by James, Jr., Brandi. They were poor and James, Sr. could always take advantage of a situation. He was just no good for no damn way. I had a strict rule that the grandchildren were not allowed to see James, Sr. alone without an adult there. I had learned from when my children were little. But I couldn't control that Robin let Brandi be with James, Sr.

18.    I guess all the hardships of James, Sr being an awful father, and us being so poor and surrounded by violence and drug use in the projects, had an impact on James, Jr. He was pretty young when he started having some problems. He always felt like people were mean to

4

him, making fun of him and fighting him and picking on him. So he started to fight back. He didn't start fights, but he sure fought back.

19. James had to start seeing a doctor because of acting out. I don't remember now exactly how he got started in seeing Dr. Lordi. I actually don't remember a lot of things from James' childhood. I guess I block the worst stuff out of my memory. I know that Dr. Lordi said there was something wrong with James and gave him medication to take. I just wanted Dr. Lordi to fix James so that I didn't have to deal with all of it. I wanted Dr. Lordi to make all of James' problems go away. But that didn't happen.

20. My brother Haywood lived with me a lot when James, Jr. was growing up. Haywood was a real bad drug addict. He used drugs in front of my children. He also started a fire in our apartment and let me believe that it was James. I confronted him about it years later and he admitted that he started the fire. I punished James for things he didn't even do.

21. Other things happened to James that I didn't know anything about at the time. I know that Ed, who was my friend and drove the ice cream truck in town, sexually abused James. James would wake up at night screaming and sweating. Ed stayed at our house some.

22. Back then I just tried to keep moving and moving, but I know that I never got anywhere. I couldn't make life better for my children. I didn't really start coping with life better until after my children were grown.

23. But for all the things I did wrong, I am proud that my home was open to other people. I know that I sort of lost myself in the midst of trying to help other people, and that people took advantage of me. I was so naive at the time that I didn't realize at the time that people were using so many drugs in my house and around my children. My children knew it,

5

though.

24.     James had nightmares as a child.  He did that until he was a teenager.

25.     When James got to be a teenager he got involved in drugs.  He stayed with his sister, Annette, at her apartment in the Creighton Court Housing Projects.  I know that they were both addicted to drugs really badly and that apartment was just a party house.  There were people there having sex and doing drugs all the time.  That is why I took Annette's baby from her.  That wasn't the kind of place to raise a child.

26.     James has really grown up since he's been locked up.  He is laid back and calm now.  He is also straight with God now.  He is so very sorry for the pain he's caused to everyone.  He worries about the people he sold drugs to and worries about pain he's caused me by being locked up.  He often wishes he could take me to doctor's appointments and be a better support to me and his family.

27.     James really is a support to his family right now, even from prison.  He loves his children.  He always tells his children, and his nieces and nephews, to stay away from drugs and stay in school.

28.     I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

_Jeanette J. Roane_
Jeanette Roane

Richmond, VA
DATED: 8/5/08

6

## DECLARATION OF JEANETTE ROANE
## PURSUANT TO 28 U.S.C. § 1746

1.     My name is Jeanette Roane. I am James Roane, Jr.'s mother.  In 2008, I signed a declaration at the request of attorneys working for my son, James.  I have reviewed that declaration again and it is accurate.  There is some information that I would like to add.

2.     My husband, James Sr., liked to drink and he would buy liquor and wine at the start of the weekend.  He would let me have some before he went out. We also drank beer.  I drank on the weekends when I was pregnant with James Jr.   I don't remember becoming drunk but I was drinking before I realized I was pregnant and I continued to drink, although not too much, throughout my pregnancy.

3.     I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Jeanette Roane   2/24/16

Richmond, VA
DATED:

App. 0850

## DECLARATION OF KEVIN ROANE
## PURSUANT TO 28 U.S.C. § 1746

1.    My name is Kevin Roane. I am the younger brother of James Roane, Jr. There were seven of us kids in the family, raised by my mama, Jeanette. Anne and Annette were first; they were twins. After that was my sister Florence, then my brother James. Then there was me and my sister Kathy, the second set of twins. The six of us had the same dad, James Roane, Sr. Finally, there was Kesha, my mama's daughter with a man named Alfred Coleman. When Kathy and I were born my mama was only 17 years old. At that point she had six kids under the age of four.

2.    We grew up in the Jackson Ward area of Richmond, Virginia. We lived in the Gilpin Court Housing Projects, which was the most dangerous part of Jackson Ward. Drugs, hard-core violence, prostitution, you name it– it was all going on all the time in Gilpin Court. It was a nightmare. People were getting high all the time. My brother and sisters and I went to sleep at night to the sound of gunfire, beatings, fights, yelling, screaming, cursing and domestic violence. These noises came from inside our house and out on the streets. That was Gilpin Court. That was my life. It was not just danger but the signs of danger that were everywhere in the things we could see and hear. As a kid I can remember a prayer that I always said. I used to pray to God to please see me through, to just let me be there the next day.

3.    From the time we were little kids, the adults in the neighborhood put it to us constantly

1

App.0851

that we had to live up to the reputation of Gilpin Court. They taught us to how to survive. To them that meant teaching us, especially the boys, how to fight, steal and get high. It was an expectation that you had to be mean enough, and tough enough, in order to make it in the neighborhood. Otherwise, it would swallow you whole. It's a miracle that all of us even survived to adulthood.

4.    Growing up was hard. There were seven kids and only one parent. My dad was mostly in jail. When he was at the apartment he used to beat my mom real bad. My mom always used to beat us, too, especially James and me. A couple of times a week at least, she came after us with belts, shoes, extension cords, you name it. Sometimes we would try to wear two pairs of pants so it wouldn't hurt so bad, but usually she made us take off our clothes first anyways. I remember one time I think we took some money that belonged to mama's boyfriend, and my mama just beat us and beat us. I sticks out in my mind because I was just wailing as my mama beat us, but James never cried. It's like he was just gone, like he was someplace else. I always thought he was in too much pain to cry.

5.    Life was such a struggle for us all the time. Our apartment was so hot the walls would sweat. We had the door wide open and it's like the bricks themselves would sweat. It was like a furnace in the summertime. We didn't have a fan. And we never had enough to eat, never. There were plenty of times that we were so hungry that we would put sugar on bread to make sugar sandwiches, just to have something to put in our stomachs. Lots of times we went to bed without food. Then, when we woke up, somehow there was

2

food. We never thought about what anyone had done to get it. We just ate it.

6.    From a very young age I learned to steal food. So did James. We used to steal food however we could get it, but if we got caught my mama beat us because she knew we didn't have the money. We used to go to Murphy's, which was five blocks from the apartment, and steal meat. Sometimes someone at the store would feel sorry for us and give us a little something. Sometimes we'd clean up boxes at the store for $2 worth of bologna.

7.    Sometimes we lied and said we found some money on the sidewalk and used the money to buy food, so my mama wouldn't think we stole it. We felt like we were taking the burden off her, but she didn't see it that way. When we stole she beat us, and the more we did it, the worse it got. Sometimes she made us take a bath before she beat us. When your skin is wet, it makes the whippings hurt even worse. She made us take off all our clothes and get in the bathtub, then she would beat us with a belt or switch and yell about how she was sick and tired of people calling her to tell her we were stealing. I guess she was trying to tell us that stealing was wrong, but you don't think about that when you're eight years old and you're hungry. You just want something to eat.

8.    Once a week, my mom made us visit my dad and take food to him. The six or seven of us walked to the Spring Street Penitentiary. I didn't understand why we had to give him our food, even though he had food. We had to go, or else we got a beating. My dad told my

3

mom anytime one of us wasn't there and she beat us for not going.

9.    Being hungry was one of the reasons we kids went to church. We didn't much want to go to church, especially when it was hot.  Some of the older folks in the church would give us a piece of hard candy when they saw us there.  It was worth sitting through church just for the chance to get a piece of candy.  We were that hungry.  It's impossible to describe what that hunger was like.  Since James and I lived in the downstairs bedroom, we could sneak out sometimes to go to other people's houses to try to get something to eat.  James and I went to schools for troubled kids, and sometimes we cussed out the teacher and acted up because were so hungry.  We couldn't concentrate on class when we hadn't had anything to eat.

10.    Growing up was so tough.  We had to wear each other's clothes because we didn't have proper clothes.  We got picked on in school because we were so poor.  We had holes in our shoes and our feet smelled real bad when it rained, so kids would laugh and make fun of us.  I also had a problem with my speech.  I could barely talk.  My mother said I couldn't talk a lick.  James protected me when kids made fun of me and tried to fight me. James always protected me.

11.    We lived at two places in Gilpin Court, but neither one had enough room for eight people, let alone all the others that stayed with us.  My mama was always taking people in at 4 West Charity.  My mom had one room, the five girls had another, and James and I had the

4

third. In addition to my mom and us seven kids, there were always other adults and children staying there.

12. My Uncle Roscoe and his wife stayed with us for quite a while. They lived in the living room. My mom's brother, Uncle Haywood, also stayed there. He stayed with Kevin and me. My mom's friend Trish stayed in her room with her. Miss Katherine Wright, one of our neighbors, stayed with us for a while. I think she stayed in the living room, too. My mama took in neighborhood kids too, Jeff Michaux, Fred Miles and Herbert Keys stayed with us, along with all my little cousins who were always spending the night.

13. It was so tough, living like that with all those adults and all those kids. The house was lonely, hot and miserable. People were tripping over each other. It was just about surviving. We never had enough food for ourselves, and my mama was always, always letting more people stay with us. It was a nightmare. You had to step on people to get to the bathroom.

14. Another guy, Ed, stayed with us off and on for about six months. Ed drove an ice cream truck. He came by the apartment at least a couple of times a week, sometimes for two or three days at a time. Ed always stayed in the bedroom with James and me. Growing up I used to always wet the bed. It used to make James really mad. I used to wet the bed because I was afraid to get up at night and go to the bathroom unless the light was on. If the light wasn't on, I just peed in the bed. One time when Ed was staying over, I got up to

5

go to the bathroom when the light was on. When I got back I saw him and James in bed together. They were lying next to each other real close and something was going on. I just knew that something wasn't right. I put two and two together. At that point part of me realized that Ed was sexually abusing James. It really affected me. It didn't sit right with me at all. I knew what was going on but I didn't say anything.

15.    It was after that when I took my mama's pills. I tried to take my life away. I was only eight or nine years old but I was so miserable that I didn't want to live. With all that was going on, 4 West Charity was rock bottom for me. The way we were living back then, the things that I saw, I just wanted to kill myself. I took my mama's pills in our bathroom. I guess I blacked out. I just remember my mama and James and everybody crying. They were trying to keep me awake until the ambulance arrived. My mama was screaming that if I fell back asleep that I wouldn't wake back up. Next thing I remember I woke up at the hospital. I thought to myself, "Lord, I didn't get anywhere."

16.    Most everyone in our apartment was drinking and getting high, even my mama. Sometimes we woke up and my mama had beer bottles everywhere. The whole house smelled like alcohol. Even as kids, we knew that she was going through something and that's what it put her to. There was poison everywhere. I remember Haywood being high while he was babysitting us. And that poison messed up my mama, too.

17.    Eventually I started using drugs. I was just a kid. I used heroin and cocaine. My brother

6

was getting high, my sisters were getting high, too. Drugs were so easy to get in Gilpin Court. After a while, my dad was out of prison and he gave us drugs. Everyone was drinking all the time, too. It was a way to swallow the pain, was all. You would try anything to swallow the pain and the constant danger and the fear. When I was high, I could be just half a block from where we lived but it was the furthest thing from my mind. When you came down, there it all was again. We used drugs to escape, and eventually, we sold drugs to survive. Dealing was the only option. That's how we got money for the things we needed. I've been in jail as a juvenile and an adult. I'm in prison right now. Jail is better than the way we were living in Gilpin Court. At least in jail I'm not hungry and miserable. At least in prison they have to give you food.

18. The first time I saw someone get killed was in 1975. Floyd Mayo was shot and killed near our apartment on Charity Street. His girlfriend's brother shot him with a shotgun at the corner of Charity Street and Saint James Street. Floyd was my Uncle Haywood's best friend. He was eighteen when he was killed. Floyd was someone my brother and I looked up to. He was always real good to us. James was ten years old and I was eight years old when we saw this happen. It was awful. I remember that we heard the shot. Haywood broke through the screen door and told my brother and sisters and I to go inside. We didn't listen to him. We saw Floyd lying in a pool of blood. We watched him die in my uncle's arms. I remember that everybody was crying.

19. Doug Moody was just a drug user. He was never a dealer. He could never deal getting

7

App.0857

high as often as he was. Moody was just a person getting high, that was it. Moody would always say, "Give me a hundred dollars, there's somebody around the corner." But there wasn't ever anybody there. He had been doing that for so long, people just got tired of it. And Moody owed money to everyone who sold. Lil Keith Barley always talked about Moody. Lil Keith was like the president of Clay Street, the boss. Whatever went on there, he was involved in it. Barley had problems with so many people. He was a treacherous boy. People were scared of him. It was like a war on drugs up there – everybody was beefing, and Keith was the mastermind. I think Doug Moody owed Keith money. People know Keith killed Moody. That's why Keith moved from Clay Street to Southside after Moody died.

20.   I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Kevin Roane  
Kevin Roane

Dillwyn, VA  
DATED: 8-7-08

8



## DECLARATION OF ~~RICHARD~~ ROANE
## PURSUANT TO 28 U.S.C. § 1746

1.  My name is Richard Roane. I am the son of Kathy Roane. James Roane, Jr. is my uncle, my mom's older brother.

2.  My uncle James got locked up when I was a kid. Even so, Uncle James has worked to be a steady, consistent presence in my life. He has always given me fatherly advice, like about the importance of staying out of trouble. His advice meant all the more since my own dad is deceased.

3.  I have always tried to take my Uncle James's advice to heart. I work two jobs, one at Wachovia Bank and one a local grocery store chain here in Richmond. I am determined to make a success of my life. I hope to one day go into business with my friend doing concert promotions.

4.  I have visited my Uncle James since he has been in prison. Last year we all traveled to Indiana to see him. I love my Uncle James very much. I know that he is truly sorry for the things he has done in his life, and I hope and pray that his life is spared.

5.  I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Richmond, VA
DATED:
8/8/0₈

~~Richard~~ Roane
Rashad eR

## DECLARATION OF TRAVIS ROANE
## PURSUANT TO 28 U.S.C. § 1746

1.  My name is Travis Roane. James Roane, Jr. is my first cousin. We grew up together in Richmond, Virginia. My mother and James's mother are sisters-in-law. They have been friends even before we were born.

2.  Our mothers raised all of us together. Jeanette had seven children and my mother had three children. Both of them struggled a lot when we were growing up. There were times we had nothing to eat. We sometimes had to steal food to eat. I remember that the boys would steal food. We would go to the store and stick packs of meat in our pants. James was the oldest boy amongst us and he had to steal food more than anyone. That was what he needed to do to take care of his family. James was a big brother, a daddy really, to most of us. He was the man of his mother's house.

3.  When we did have food it wasn't much – beans, peas in a can, oatmeal or grits. There were times we didn't eat. My mother has told me that she had to prostitute herself many times to be able to feed us back then. It was a shame because we all had extended family members that were doing good. They didn't help us.

4.  I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Travis S. Roane    8-8-08
Tra'vis Roane

Richmond, VA
DATED: 8-8-08

1

**DECLARATION OF FLORENCE ROANE** – COLEMAN(*flc*)
**PURSUANT TO 28 U.S.C. § 1746**

1.    My name is Florence Roane. James Roane, Jr. is my nephew. My older brother was James Roane, Sr. who recently passed away. I have known James, Jr. since he was born. His mother, Jeanette Roane, and I have been friends since she and my brother got together.

2.    My mother's name was Rosa Mae Berkley. Everyone called her ~~May-Mee~~ Mamie (*flc*). My ~~two~~ brothers and my two sisters and I were raised by our grandmother in the Fulton neighborhood of Richmond. My mother never cared for us. She never gave us hugs or said "I love you." I was told my father died when I was just eight months old. Growing up we used to bathe in a number three tub, the girls and then the boys, all in the same water. I never saw an indoor toilet until I was four years old, that was when we moved to Creighton Court Housing Projects.

3.    Jeanette has seven kids, all by my brother except for her youngest one. I remember when Jeanette and my brother were dating. She was real young; so was my brother. I told her not to marry him. My brother was no good. She didn't listen to me.

4.    I remember that my daughter, my aunt Betty's son and James, Jr. were all born a day apart. All of us girls were pregnant together. The babies were born in 1965. I remember that none of our children's fathers were there in the hospital when the children were born.

5.    I know that Jeanette's children had a tough childhood, mine did too. I had three children, my oldest, Lisa, she passed away. Our kids grew up together. Sometimes Jeanette's kids

1

would spend weekends at my apartment, sometimes I would stay with Jeanette and bring my kids over there. Jeanette had a lot of people at her apartment. I remember at Charity Street that her brother Haywood stayed there and his girlfriend, Michelle Mayo. They had three kids. Jeanette's sister Phyllis stayed there, she had three kids. My brother Roscoe stayed there – he had two kids. There were always lots of adults and lots of children in that apartment.

6.    I know that my brother never gave Jeanette money for child support. I only got six dollars a month from my son's father. I remember that Jeanette's kids were always hungry. I would sit down to eat something and they would look up at me with this pitiful face. Jeanette and I used to pool our money together to try and buy food for our kids. We struggled to feed the kids – always in the middle of the month. I don't like to talk about it but you can ask the men in the neighborhood what I had to do to feed my kids. We bought food that we could stretch. I remember going to the surplus store and buying rice, beans and cheese.

7.    My brother treated Jeanette terrible. I didn't like it at her place when he was there. Jeanette was scared to death of him. He would come home and just beat on her. Jeanette knew that he was out in the streets, messing with other women. I have no respect for my brother. James, Sr. was always into trouble. He sold drugs, did all kinds of illegal stuff. He used to have a house off of Catherine Street in the Carver neighborhood. The house was cute. It looked just like Little House on the Prairie. My brother sold drugs out of that house and did other illegal things too.

8.    I hereby certify that the facts set forth above are true and correct to the best of my

2

personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to

28 U.S.C. § 1746.

Florence Roane
Formely Florence L. Roane

Richmond, VA
DATED: 8/08/08

3

## DECLARATION OF CLAIRE ROSENBAUM

1.     My name is Claire Rosenbaum.  I worked for many years in Richmond, Virginia as a teacher and counselor in programs for emotionally disturbed children.  I am currently retired.  I was a counselor at Westhampton and Adams Corner schools, where James Roane, Jr. was a student in the late 1970's and early 1980's.  I don't remember every child from that time, but I do remember James. He was tremendously needy, but I could also tell he had something deep within him – a spark – that perhaps not everyone saw.  I knew that people in his extended family had been in trouble, but I hoped that with the right help, things could be different for James. He was a very likable child with a great smile.

2.     All children need structure, but this is especially true of children with emotional problems. We gave our Adams Corner and Westhampton children structure and protection for 6 hours a day, but we couldn't control what happened to them once they left our schools.  When an emotionally disturbed child has to deal with uncertainty, like wondering where he's going to get his next meal from, or whether he's going to have to face violence in his home or in his neighborhood, it's as if his brain becomes full. With all of that worry and anxiety, it becomes difficult to make room for learning and academics. James was the poster child for this condition.

3.     Even though we cared deeply for our students, I felt like James needed more than even we could offer.  He needed consistency, not just for weeks or months, but for years. He needed safety and structure beyond what he got in a school day. Unfortunately, I don't know that his mother really understood what he needed, or how to deal with him. Also, even though our staff was very dedicated, people would get re-assigned. Thus, a child might bond with a staff member only to have that bond and stability disrupted.
I remember feeling that James needed to be taken out of Gilpin Court if he was going to have a chance at life.  He needed to be someplace safe and structured, where he was going to get therapeutic intervention every day. The most important thing he needed was continuity. Unfortunately, James was a child who just fell through the cracks.
The system is supposed to protect children like James, but it did not protect him.  I feel that we failed him.  I wish we could have done more to help.  I believe James Roane, Jr. deserves clemency.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Richmond, Virginia on May __, 2008.

*Claire Rosenbaum, Ed.D.*

Claire Rosenbaum

**DECLARATION OF** Keith Ross
**PURSUANT TO 28 U.S.C. § 1746**

1. My name is Keith Ross. I grew up with Douglas Moody in the Carver School section of Richmond Virginia. We were close friends up until he died.

2. Doug developed a terrible drug problem. In the months before his death he was shooting heroin and cocaine every day. He was completely controlled by his addiction.

3. Doug was never a drug dealer. He wasn't together enough to sell drugs and he would have been his own best customer. He was never anything but a user and an addict.

K.R 4. I also Knew little Keith Barley, who grew up in the Carver School Neighborhood too. He sold drugs there. Even though he was young, he had a reputation as a violent and dangerous guy.

5. I knew Denise Barkley from the neighborhood.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to

28 U.S.C. § 1746

DATED: 10-9-08

DECLARATION OF ___Keith Ross___

PURSUANT TO 28 U.S.C. § 1746

Denise was always a mess. She was a terrible drug addict. She tried to kill herself a number of times before all the trouble started in the neighborhood. I still remember the scars from the times she slashed her wrists.

6. I also knew Pepsi Greene from the neighborhood. She was in awful shape, too, in late 1991 and early 1992. She was a crackhead. Getting high and staying high was her whole life. She would do anything for drugs.

7. I was using drugs back in the very early 90's with Doug Mooy, but I'm clean and sober now. The church saved me, I've been clean for ten years now. I'm now an elder in my church.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746

DATED: 10-9-08

_Keith Ross_

## DECLARATION OF IRIS SMITH
## PURSUANT TO 28 U.S.C. § 1746

1.    My name is Iris Smith. James Roane and I lived together for a few years in the 1980s. I met him in 1984. Our son, "Little James," was born in 1988.

2.    I am five years older than James. We had a very nice relationship, but he lost his job at one point and took it really hard. He started using heavy drugs more and more, and our relationship just deteriorated. He was using heroin and was a mess. But I have to give him some credit, as much as James was addicted to drugs, he never brought it around our home or my son.

3.    James had nightmares when we lived together. He had a lot of demons. I don't think he ever told me everything that had happened to him, but he did tell me that he had been sexually abused when he was a child. He said that it happened over and over and over again. James told me that a man made him perform oral sex.

4.    James tried really hard to be a good father to Little James. He would keep Little James at times and spend a lot of time with him. Even from jail James has tried to help raise Little James. James always gives him good advice, encourages him and warns him against being in the streets. James preaches to him not to make his mistakes. He also listens to Little James and is a good father. Little James has respect for his father, and you can tell that his father has been a really positive influence on his life. I can tell you that I can fuss at him, but when James is on the phone with Little James, Little James will just sit listening on the phone with tears rolling down his face. He never has talked back to his father. Little James likes to say that James has been the "perfect father."

5.    I thought it was particularly impressive that James tried so hard to be a good

1

father, since he didn't have a father in his life that was ever a good example to him. His father, James, Sr., beat his mother every singe day. James told me about it. He was very angry with his father and said that his dad "destroyed his mother." But James also loved his father. Despite all the problems in his childhood, he still wanted his father to love him. But his father just didn't love him back. It was James, Sr. that got James into drugs. James, Jr. was dealing drugs for his father. All this trouble he got into, he did it for his father. He would do whatever his father asked, because he still was trying to earn his father's approval.

6.      James has really grown up in prison. I was in a bad relationship for eight years and James always encouraged me to stand up for myself and get out of that relationship. He is so mature now. He has repented for his sins and is at peace now. This mature man was inside of James all along, but back then he just couldn't find it.

7.      I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746

_Iris Smith_

Richmond, VA
DATED:
8/9/08

2

## DECLARATION OF JAMES TYRONE SMITH
## PURSUANT TO 28 U.S.C. § 1746

1.  My names is James Tyrone Smith.  My mother is Iris Smith and my father is James Roane, Jr.  I was born on November 6, 1988.

2.  My daddy got locked up when I was three, but all my life we have been close.  One Christmas when I was real little my daddy got me a Power Wheels, which is a battery-operated car for kids.  I grew out of it a few years later but I wouldn't let it go.  As I got bigger and bigger my mama wanted me to throw it out, but I wouldn't.  My daddy gave it to me so I cherished it, pure and simple.

3.  My dad and I talk all the time on the phone, and I go to visit.  My dad is such a positive influence in my life.  I tell my dad things even before I tell my mom.  When I was a kid and got in trouble at home, all my mom had to do was put my dad on the phone.  He never yelled at me.  He just explained to me that I had to listen to my mom, and I did.  They still have a good relationship.  My mom is behind him, even after all they have been through.  When I got into trouble at school or something he counseled me to do better.  He always said, well, maybe you should have done it this way, instead.  It always got me to think. My daddy told me, "Don't hang out with the wrong people.  You end up doing the wrong thing."

4.   There was one time in particular that my daddy really helped.  One time my mom was dating someone, and I really didn't get along with her boyfriend at that time.  It led to some tense situations. I talked to my daddy about it and he helped me.  He told me that sometimes you got to go through something tough to get to something good.  He was right.  I'm glad he was there for me during that time.

5. My dad doesn't put anything negative into my life at all. He is just 100% supportive and behind me all the way. Right now I am getting my GED and it is my goal to play football at Old Dominion University. I am talking to a few schools right now but ODU is my dream. I finished a Job Corps program and I really want to go on to school. Right now I am doing everything I can to make that a reality. My goal is for my dad to turn on the TV one day and see me playing, but mainly, I just want a degree.

6. The coaches who see me love my drive and my talent and my heart, but there is just one problem: I have a felony conviction. You see, there was one time that I didn't listen to my dad's advice. In fact, I actively avoided it, and him, for a while, and lived to regret it. My mom and I were going through some tough times financially. I wanted to help out. I made some very bad choices, and wound up selling drugs. I had never been in trouble before that. I was convicted of distribution of heroin and served several months in jail. It was my first offense. I couldn't even talk to my dad during any of that time. I know how disappointed he would have been, so I just avoided him. It was funny though, even though I wasn't talking to him I could hear my dad's voice in my head, telling me I was better than that. I spent my time in jail reading a lot and reflecting on the choices I made. I realized that I can't let others dictate things to me. I realized that this was not the life for me. I got right with God in my head. Now I am out and going to school, and hoping to play football again.

7. I've had my daddy with me all the time. It's only when I stopped listening that I got in trouble. During one season in high school I believe we scored 33 touchdowns in just ten games. Each time I scored I kept looking at the door hoping my daddy would walk through. Then next time he called I told him that. He said, "Son, I'm always there, no

matter what."

8.    My dad has grown from just being dad to becoming my role model. I always listen now to everything he tells me. There was only one time I didn't do that, and I lived to regret it. I will never do it again. He told me that trouble is so easy to get into and so hard to get out of. Boy, was he ever right.

9.    As far as my dad goes, two words describe what has happened to my dad since he got arrested – growth and development. There are so many people in Richmond who know who my dad is. When I was a kid, I didn't really understand why, and one time I told him he was a legend. He said, "Son, there is no such thing as a legend in prison." He said they only knew him for the bad things he had done. He said I should ask them about the good things. Now I understand. I'm so impressed with what he's accomplished. At first he never told me what he had done. As I got a bit older we talked about it. He takes total responsibility for what he's done. That takes a strong man. He admits to the crimes he did. He knows he has hurt a lot of people and he is truly sorry for what he has done. He says he wants to be known as being a good father. That's the most important thing to him.

10.    I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

James Tyrone Smith

Richmond, VA

8-9-06

3

## DECLARATION OF GINA TAYLOR
## PURSUANT TO 28 U.S.C. § 1746

1.      My name is Gina Taylor.  I was called as a witness in the trial of James Roane.   I witnessed the killing of Doug Moody in January of 1992.

2.      At that time, I lived at 810 N. Harrison Street right near the corner of Clay and Harrison.  Doug Moody was killed right next to my house.  I heard yelling and looked outside.  I saw Keith Barley, who I knew as "Little Keith."  He was stabbing Doug.  He was the person who killed Doug.  At first, I thought he was just punching him, but when I got outside and saw all the blood it was clear that Keith had stabbed him.

3.      I knew Little Keith was a drug dealer and was a very violent and dangerous guy. He also knew me from the neighborhood.  A couple weeks after the killing, he came to my house.  He talked to me on my porch.  He knew I was a witness to Doug Moody's killing.

4.      Little Keith told me that he had killed Doug over some drugs.  It was like he wanted me to know why he did it, and that it had to do with drugs.  He certainly gave me the impression that I should not talk about me seeing that he was the person who killed Doug.  After talking with him, I felt that if I did, the same thing would happen to me.  I was really scared, so I never told the police or anyone else that I had seen him stabbing Doug.  I tried to give the police a description of the killer - Little Keith - without specifically naming Little Keith.  I hoped the police would figured it out, but they never did.

5.      Little Keith ran with a group of Johnson boys. This is not Corey Johnson, but Maurice Johnson.  Maurice Johnson was a drug dealer in the neighborhood.

6.      I was called as a witness at James Roane's trial.  I knew James Roane.  I knew that it was not him who killed Doug Moody.  I was scared to say that it was Little Keith who did the

killing, so I testified that I didn't see the person's face, but that I knew it was not James Roane. I testified that I am five foot six and that the person was shorter than me, which was true. Little Keith was shorter than me. This was the same description I gave to police of the killer on the night of the incident, hoping they could figure it out without me saying it was Little Keith.

7.    I am coming forward now, and did not come forward earlier, because Little Keith is dead. He can no longer hurt me. I saw him kill someone. I was afraid he would do the same to me if I told all of what I witnessed.

8.    At the trial, the prosecutor tried to make it out that I was Tipton's girlfriend. I was not. I knew Tipton's family and we were friends. As I testified at the trial, we "kind of" dated at the very beginning but really we were just friends. I was never his girlfriend. I did not understand why they thought this was important, because even if it was true, it would not change the fact that James Roane did not kill Doug Moody.

9.    Keith Barley, who I knew as Little Keith, killed Doug Moody. I saw him do it. He admitted to me that he did it. He was the kind of person who would kill somebody. I can now tell the truth about him.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to 28 U.S.C. § 1746.

Date: 8-15 08                    Signed: _____
                                          Gina Taylor

**AFFIDAVIT/DECLARATION OF** *Haywood Tunstall*
**PURSUANT TO 28 U.S.C. §1746**

I, *Haywood Tunstall*                    , do hereby declare and verify as follows:

1. JAMES ROANE AND I GREW UP IN THE GILPIN COURT PROJECTS IN RICHMOND, VIRGINIA

2. I USED TO SEE JAMES IN THE NEIGHBORHOOD, BUT WE BECAME VERY CLOSE WHEN I WAS ABOUT TWENTY-THREE YEARS OLD. JAMES CAME TO MY HOUSE ONE DAY AND WE MADE LOVE. THAT WAS THE BEGINNING OF OUR RELATIONSHIP.

3. OUR RELATIONSHIP WASN'T JUST SEXUAL. IT WAS LOYAL AND RESPECTFUL, TOO. I SPENT A LOT OF TIME WITH JAMES AND I STILL LOVE HIM.

4. MY DATE OF BIRTH IS AUGUST 7, 1951

I hereby certify that the facts set forth above are true and correct to the best of my

personal knowledge, information and belief, subject to 28 U.S.C. §1746.

*Haywood E. Tunstall*

Dated: 9/10/08

App.0874

## DECLARATION OF ETHEL WHITE
## PURSUANT TO 28 U.S.C. § 1746

My name is Ethel White.   Since 1985 I have worked at the Richmond City Jail.   Currently I do

one-on-one mental health counseling with inmates.   In the past I worked with various

inmate program initiatives including the Belief Program – a substance abuse program –

and also OAR, Offender Aid and Restoration of Richmond.   OAR offers various

pre-release services to inmates at the Richmond City Jail including drug and alcohol

treatment, parenting education and job-readiness assistance.   I have a Master's degree in

rehabilitative counseling.

I remember when James Roane, Jr. was an inmate at the Richmond City Jail. This was many years

ago when he was arrested for several murders in the Richmond area.   I clearly remembers

James because he seemed like such an unlikely person to be accused of murder.   I felt that

if James had been involved in murder it must have been something he got caught up in.   I

just couldn't see it in him otherwise.   He was such a nice young man, so polite and

well-behaved.   Every time I saw him I imagined a young business man – that is how he

carried himself.   It was easy for me to see him wearing a business suit.

James attended several different programs we were running at the jail during that time.   I

remember that James participated in Narcotics Anonymous and Alcoholics Anonymous

meetings.   He also participated in the Responsibilities of Fatherhood meetings.   In those

meetings we talked about how to become better parents.   We discussed different ideas of

how to spend quality time with children.   Each group met weekly and to my knowledge,

James came to each of those meetings faithfully.

James was really interested in what different programs had to offer.   The facilitators from the

1

outside really inspired him.   It seemed to give James hope, that if they can do those things and change then so could he.   James talked to me about his own childhood.   He told me that his father had not been around much and what it was like to grow up in Gilpin Court. I know the Gilpin Court area.   I wouldn't go there during the day, let alone at night.   I remember that James had children and that they were important to him, too.   It is so typical for children from Gilpin Court to not have a father in their lives.   I know in places like that children are required to prove their manhood at a young age.   At 11 and 12 years old boys are taught to fight and pressured into getting involved in gangs and drug dealing.

James was no problem at all in any of the group activities he attended.   To my knowledge he was no problem on his tier, either.   If he was, he wouldn't have been allowed to attend those meetings like he always did.   I often designated an inmate as a trustee to take attendance and other small things like that.   I believe James was a trustee for me, too.   Trustees were inmates who attended the meeting regularly and took a real interest in the programs.   I did that as a way of demonstrating my trust.   It was a small gesture but I know it made James feel good.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

_Ethel Ringer White_

Ethel White

Richmond, VA
DATED: 8/12/08

2

## DECLARATION OF TONYA WILLIAMS
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Tonya Williams. My maiden name is Tonya Miles. I live in Richmond, Virginia. I grew up in the Gilpin Court Housing Development along with my sister and two younger brothers. We knew the Roane family from Gilpin Court, including James Roane, Jr. My brother, Fred, was especially close to James Roane, Jr. and his brother, Kevin Roane. Jeanette Roane was Kevin and James's mother. She had the two boys and five girls.

2. The Roane family lived on Charity Street and later on Saint James Street. I remember that their apartment was always filthy. It smelled of urine, too. It wasn't well furnished – they didn't have basic things, like chairs around the kitchen table. Looking back on it now it was a dismal place, but from a child's perspective the Roane apartment was great fun. It was no holds barred. You could do anything in that house, including writing on the walls and spilling stuff on the floor. It was no problem. There was a lot of drinking and drug use in their apartment. Kids used to offer me beers when I stopped by. My younger brother Fred got drunk over there when he was pretty young. I had to sneak him back into my grandmother's apartment. The Roane kids all smoked marijuana and drank from a young age. They did it right in front of their mom. There were other times Jeanette was gone for two or three days and the kids got into everything.

3. There was another man at the apartment a lot of the time. His name was Haywood. Haywood just always sat in a dirty old chair. I remember that he was always nodding off, acting like he was sleepy. Looking back on it, he was on drugs, too. Haywood used to

1

come on to me and try and touch me. I was only 17 years old. He was several years older. He would say, "Girl, I'll give you $20 to have sex with me." I didn't feel comfortable around him. You had to fight him off you. I didn't trust him at all.

4.    I remember the cops raided the Roane apartment and sometimes used to come by there looking for different people. Jeanette would say the person they were looking for didn't live there. She told the police that whoever they were looking for just visited from time to time.

5.    The Roane family often didn't have food. There were many times there wasn't a stitch of food in that apartment. James and the other children told me several times that they hadn't eaten all day. I was living with my grandmother, Odessa Miles, and we often gave the kids apples. I remember seeing Jeanette going from house to house asking for food.

6.    I remember that the child welfare people came to the Roane's apartment. My grandmother told me not to go visit their apartment for awhile after that. Jeanette struggled to raise all those kids by herself. Every time James Roane, Sr. came by the apartment Jeanette made her kids and the rest of us kids play outside. Annette, James Jr.'s older sister, used to talk to me about her parents fighting.

7.    I remember Jeanette being depressed. She used to drink a lot. I remember being puzzled as a kid. I used to wonder, "Why do you drink and smoke so much if you don't have food to feed your kids?" Jeanette had a certain sadness in her eyes. Her children had sadness in their eyes, too

8.    Gilpin Court was a difficult place to grow up. Three people were killed during the time I lived there. There was a lot of prostitution and drug use in the neighborhood.

2

9.    I hereby certify that the facts set forth above are true and correct to the best of my

personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to

28 U.S.C. § 1746.

Tonya Williams

Richmond, VA
DATED:
8-15-08

3

## DECLARATION OF REVEREND KATHERINE WRIGHT
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Reverend Katherine Wright. I live in Richmond, Virginia. When I was in my twenties, for about four or five years, I lived at 6 West Charity Street in the Gilpin Court Housing Projects. I lived with my mother, my sister, my brother-in-law, and my niece, Melody Forrester. We lived next door to the Roane family. I am a few years older than Ms. Jeanette Roane.

2. I have a sense of how things were for the Roane family back then because they were my neighbors. Then for a few months, I stayed with them in their apartment myself. I had an argument with my brother-in-law and Jeanette welcomed me to stay with her and her family. From the outside looking in, I knew things were chaotic for them, but when I stayed there, I got to see it all first-hand. It was so much worse than it looked from the outside.

3. When I knew Jeanette, the children's father, James Roane, Sr., was already in prison. She raised all those kids-- she had seven altogether-- by herself. Jeanette was quite young to have all those children. Just the order of everyday life was really tough for Jeanette. Jeanette had been beaten down so much it was as if she couldn't think well anymore. I remember that Jeanette didn't know how to drive and didn't have money for the bus so she ended up having to walk everywhere. It was a hard time for Jeanette and for those children. It was just that much harder because she had all those kids. They were always just trying to survive.

4. The Roane family was extremely poor, even for a family in the projects. I remember that

1

App.0880

the children had nothing to wear. People were always giving the family clothes. The clothing they did have was passed down from one child to the next. The children's clothes were wrinkly and ill-fitting. Jeanette kept all the clothes in plastic garbage bags just as she had received them. Jeanette was never organized enough to have the children's clothes ready for them. I tried to help her wash and press the clothes but Jeanette had a real hard time. I have a memory of James walking to school in pants much too long for him. I remember the pant legs just dragging behind him. Shoes were a problem, too. The only shoes they had were donated and they, too, usually didn't fit.

5.    The Roane children were outdoors from the rise of day until the end of the day. They didn't come home when the street lights came on. Other children, like Melody, knew they had to come home when the lights came on. Jeanette wasn't on her children like that. I remember that the children were always trying to be older than they were. The children often took care of themselves. It was clear that Jeanette didn't teach the children values or hygiene. It was as if the children didn't know those things existed. Nobody was there to tell them to brush their teeth or wash behind their ears. I remember seeing food stuck to the wall. Jeanette would explain that Kathy and Kevin got into it. A week later the food would still be there. That's just how it was.

6.    Food was another problem for Jeanette and her kids. Jeanette often ran out of food stamps before the month was up. One time we went to the store together and Jeanette bought twenty pounds of turkey necks. Jeanette made whole meals from just that – I had never seen that before. She did everything she could to make food stretch. Jeanette was scrimping and scraping to get by. To the Roanes it was nothing to skip a meal.

2

7.    Back in those days a lot of people hung out at Jeanette's apartment, people her age. Alfreida Paige, Florence Roane, Phyllis Jones, Roscoe Roane, Haywood Jones, me and other people, too, we just hung out all day long. The apartment wasn't nice though. Jeanette and the children slept on mattresses directly on the floor. The mattresses never had sheets on them. The apartment smelled like urine because several of the children had problems with wetting the bed. If Jeanette was able to get anything new the children would destroy it immediately. The children would just tear down the furniture.

8.    It seemed like for the Roane family it was strictly survival. Jeanette lived one day at a time. They didn't dream. They didn't have hope. God says you perish if you don't have a vision. Well, I don't know how they didn't perish.

9.    As a boy, James, Jr. used to have great difficulty controlling his emotions. He just always desperately wanted and needed more than his family could provide.

10.    I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Rev. Katherine Wright

Richmond, VA
DATED:    August 7, 2008

3

**DECLARATION OF** _WANDA WRIGHT_
**PURSUANT TO 28 U.S.C. § 1746**

1. MY NAME IS WANDA WRIGHT. IN 1991 AND 1992 I LIVED AT 814 NORTON ST., IN RICHMOND, VIRGINIA, THE SAME HOUSE WHERE JAMES ROANE LIVED.

2. I KNEW PEPSI GREENE BACK THEN. HER DRUG HABIT WAS REALLY BAD, AND SHE USED BOTH HEROIN AND COCAINE. PEPSI WAS SNEAKY AND UNDERHANDED AND SHE DID WHATEVER SHE HAD TO TO GET DRUGS. SHE STOLE, RAN SCAMS AND TURNED TRICKS. SHE'D LIE, STEAL AND KILL TO GET HER DRUG OF CHOICE.

3. I KNEW LITTLE KEITH FROM THE BLOCK, TOO. HE SOLD AND USED DRUGS. HE SOLD FOR MAURICE. HE WAS A MEAN LITTLE BASTARD. HE WAS ANGRY AT THE WORLD AND DOWNRIGHT NASTY. HE HAD A BAD REPUTATION AS DANGEROUS AND VIOLENT. PEOPLE KNEW HE WASN'T TO BE PLAYED WITH.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746

_Wanda Wright_
10-9-08

DATED:

## DECLARATION OF KERRY YOUNGER,
## PURSUANT TO 28 U.S.C. § 1746

1.    My name is Kerry Younger, but I have been known my whole life as Gerry. James Roane was my neighbor growing up in the projects. He was one of my best friends.

2.    By his mother having so many kids, she couldn't tend to them all. She tried to keep house, but there were so many kids. They didn't clean as well as they should. It definitely should have been better. I do remember kids calling James "Pissy." It's true, he did smell. But he was my friend regardless. I overlooked kids teasing him and I overlooked the smell.

3.    I wasn't really aware of it until I got older, but looking back I realize that my family was more fortunate than James's family. We were all trying to survive, but we were fortunate to have food. My dad brought home meat for us, and he even gave me an allowance. James never had a father figure in his house. He didn't have food like we had.

4.    James used to do something crazy that I'll never forget. He used to ask me to buy him candy. In exchange, he would let me hit him in the jaw with all my might. He didn't mind because he was so used to getting beaten up. He also didn't ever get goodies like we did in my house.

5.    Fighting and getting beatings were a daily part of life when we were growing up. I remember James's uncle Haywood beating the Roane kids with a switch or a belt. It wasn't discipline, it was just a beating. Out in the neighborhood, older guys would put two young kids together and make them fight for entertainment. The older guys would watch the fight and place bets – maybe a dollar or a bag of weed. And of course, some kids were just bullies. At that time, if a kid hit you, you had to hit back. It's what people expected. We didn't want to be considered

1

App.0884

a punk or a sissy. And if you didn't hit back, then you just became a target for more and more, and other kids would they could pick on you and beat you up to build up their own reputation.

6.      James was always a follower. James and I would hang out with the older guys in the neighborhood. We thought they were pretty cool. From the time we were 8 or 9 years old, we'd smoke marijuana and drink like just they did. We wanted to try the other stuff we saw them do, too, like steal and gamble. Nobody said "don't do this" or "don't do that." Our families never stopped us – they were just working to survive.

7.      James and I went to Baker Elementary together for a few years when we were little kids. Mostly I remember cutting school together and going to our "clubhouse" in an empty lot to smoke weed. Drugs were always easy to get in the projects, even when we were little.

8.      When we got a little older, when James's mother would go to work or would go out, me and my sisters and brothers would go to James's house to party. We'd do what we wanted to do. Smoking, drinking, fights – whatever we felt like. There was nobody supervising the kids. Any adults that were there were smoking and drinking and getting high too.

9.      James' uncle Haywood stayed at James' house when we were growing up. He was into heroin, cocaine and alcohol. James's older sister Annette first started injecting heroin around the age of 14 or 15, and I started using with her. Drugs were such an easy way to escape the pain of our lives. Needles were easy to get – you could just walk into the drugstore and buy them, or you could buy them off a diabetic. Heroin was the big thing, but we also shot dilaudid and the diet pills "BI62" and "T." I had an older girlfriend who showed me how to shoot up. I think my older brother Vance may have been the one who taught Annette. And whatever Annette was doing she would expose James to. Me and Annette and James would go into the back hallway

2

App.0885

and shoot up. Sometimes I'd go in that hallway and shoot up with just Haywood. Eventually, Annette moved into an apartment at Creighton Court housing projects, and that became the place to go to shoot up.

10. James, Sr. used to give drugs to the Roane kids to sell, but they'd mostly just use them. By his late teens, James got real terrible with drugs. One night right before he got locked up, he had been high for several days and was seeing things.

11. I hereby certify that the facts set forth above a true and correct to the best of my personal knowledge, information and belief, subject to the penalty of perjury pursuant to 28 U.S.C. §1746.

Kerry Younger

DATED: 8-14-08

Richmond Va,

3



## CERTIFICATION OF VITAL RECORD

# COMMONWEALTH OF VIRGINIA

### DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS

| | | | |
|---|---|---|---|
| CITY COUNTY of **City of Richmond** | **CERTIFICATE OF MARRIAGE** COMMONWEALTH OF VIRGINIA | | **12561** |

FULL NAME OF GROOM    **James Henry Roane**                CLERK'S NO.

PRESENT NAME OF BRIDE    **Jeannette Lee Jones**    MAIDEN NAME

| GROOM | | | | BRIDE | | | |
|---|---|---|---|---|---|---|---|
| AGE | RACE | SINGLE, WIDOWED, OR DIVORCED | NO. TIMES PREV. MARRIED | AGE | RACE | SINGLE, WIDOWED, OR DIVORCED | NO. TIMES PREV. MARRIED |
| 19 | Col | Single | | 15 | Col | Single | |

OCCUPATION **Laborer**    INDUSTRY OR BUSINESS          OCCUPATION **None**    INDUSTRY OR BUSINESS

BIRTHPLACE **Richmond, Va.**          BIRTHPLACE **Richmond, Va.**

FATHER'S FULL NAME **William Roane**          FATHER'S FULL NAME **Amos Jones**

MOTHER'S MAIDEN NAME **Rosa Jackson**          MOTHER'S MAIDEN NAME **Lois Jones**

RESIDENCE: CITY OR COUNTY MAILING ADDRESS **2234 Creighton Rd.**    RESIDENCE: CITY OR COUNTY MAILING ADDRESS **2226 N. 26th St. Richmond, Va.**

Proposed Date of Marriage **May 19, 1964**    Proposed Place of Marriage **Richmond, Va.**

Given under my hand this **19th** day of **May**, 19 **64**

_____, Clerk of **Hustings** Court.

### CERTIFICATE OF DATE AND PLACE OF MARRIAGE

I, _____ authorized by Husting Court, Richmond Va _____ Church, or religious order of that name, do hereby certify that on the _19th_ day of _May_ 19_64_, in the county, city, or town of ___Richmond___, Virginia, under authority of this license I joined together in the Holy State of Matrimony the persons named and described therein. I qualified and gave bond in the county or city of ___Richmond___, year 19_52_, which authorizes me to celebrate the rites of marriage in the Commonwealth of Virginia.

Given under my hand this _19_ day of _May_, 19_64_

Address of celebrant _City Hall_    _____
(Person who performs ceremony sign here.)

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department of Health, Richmond, Virginia.

DATE ISSUED

**AUG 1 0 1992**

Russell E. Booker, Jr.; State Registrar

Any reproduction of this document is prohibited by statute. Do not accept unless on security paper with seal of Vital Statistics clearly embossed. Section 32.1-272, Code of Virginia, as amended.

App.0887

VS 15B



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Case 3:92-cr-00068-DJN    Document 17-8    Filed 07/22/20    Page 66 of 80 PageID# 1035

## Richmond Public Schools (Elementary)
FORM 180 REV 12-84

Room # 32

| Student # | | |
|---|---|---|
| Name | Roane, James Henry | Birth date 10-27-65 (Rv-5) |

School Adams Corner

Birth place Richmond, Virginia

Address 1205 St. James Street   Telephone 648-1771     Male - ~~Female~~

Father James Roane

Mother Jeannette Roane, Same

Guardian

FATHER'S EDUCATIONAL BACKGROUND    MOTHER'S EDUCATIONAL BACKGROUND

| | | | | | |
|---|---|---|---|---|---|
| Entered | Baker | School Aug. 31, 1970 | Transferred | School | 19 |
| Transferred | Southampton | School 9, 19 71 | Transferred | School | 19 |
| Transferred | Grace Arents | School 9 19 74 | Transferred | School | 19 |
| Transferred | Westhampton | School 12-10 19 74 | Transferred | School | 19 |

| SEMESTER ENDING | JAN 19 71 | June 19 71 | Year 1971 | JAN 19 72 | June 19 72 | Year 1972 | JAN 19 72 | June 19 73 | Year 1973 | JAN 19 74 | June 19 74 | Year 74 | JAN 19 75 | June 19 75 | Year 75 | JAN 19 76 | June 19 76 | Year 77/76 | JAN 19 | June 19 | Year | JAN 19 | June 19 | Year | JAN 19 | June 19 | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GRADE | E.C.E. | ECE | | K | 1st | 1st | 2nd Grade | | | Sp. Ed | | | Sp. Ed. | | | | | | | | | | | | | | |
| TEACHER | B.Brown | B.Brown | | Blackburn | Chapman | Parker | D. Birdsong | | | Salzinger | | | Gibbs | | | | | | | | | | | | | | |
| DAYS PRESENT | 82 | 88 | 170 | 90 | 79 | 169 | 88 | 87 | 175 | 52 | 45 | 97 | 24 | 86 | 110 | 80 | 69 | 149 | | | | | | | | | |
| DAYS ABSENT | 8 | 2 | 10 | 0 | 11 | 11 | 3 | 3 | 6 | 36 | 47 | 83 | 0 | 4 | 4 | 10 | 23 | 33 | | | | | | | | | |
| TIMES TARDY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | | | | | | | | | |
| TIMES LEFT SCHOOL | 0 | 0 | 0 | 0 | 8 | 8 | 10 | 14 | 24 | 6 | 7 | 13 | 0 | 0 | 6 | 0 | 0 | 6 | | | | | | | | | |
| TERM STANDING | | | S | S | S | S | S | S | S | S | S | S | S | S | S | S | S | S | | | | | | | | | |
| READING | Grade Equivalent | Kindergarden | | | | | | | | | | | | | | | | | | | | | | | | | |
| ENGLISH | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SPELLING | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ARITHMETIC | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SOCIAL STUDIES | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CONDUCT CITIZENSHIP | Desirable | | U | U | U | U | U | U | S | U | U | | | U | U | U | | | | | | | | | | | |

App.0888

210    10/27/65

ROANE JAMES HENRY
935956175    S/R 3

**Student record cards — ROANE JAMES HENRY, Student Number 935956175**

---

**Card 1 — WESTHAMPTON-ELEM, Year 74-75**

| | PRESENT | ABSENT | TARDY | MEMBERSHIP |
|---|---|---|---|---|
| 1st | 068 | 023 | 001 | 091 |
| 2nd | | | | |

HOME ROOM 032

Subjects: LANGUAGE ARTS, MATHEMATICS, SCIENCE, SOCIAL STUDIES, ART, MUSIC, HEALTH & PHYS. ED., WORK HABITS, CITIZENSHIP
GRADE: S E

Reading Level: R*, K°, A, B, 1st, C, D, E, 2nd, F, G, 3rd, H, 4th, I, J, 5th, +

*GRADED   *LIPPINCOTT

---

**Card 2 — WESTHAMPTON-ELEM, Year 75-76**

| | PRESENT | ABSENT | TARDY | MEMBERSHIP |
|---|---|---|---|---|
| 1st | 080 | 010 | 001 | 090 |
| 2nd | 141 | 33 | 0 | 92 |

HOME ROOM 032

Subjects: LANGUAGE ARTS, MATHEMATICS, SCIENCE, SOCIAL STUDIES, ART, MUSIC, HEALTH & PHYS. ED., WORK HABITS, CITIZENSHIP
GRADE: S E

Reading Level readings (1st / 2nd / YEAR): NSA NSA, etc.

*GRADED   *LIPPINCOTT

---

**Card 3 — WESTHAMPTON-ELEM, Year 76-77**

| | PRESENT | ABSENT | TARDY | MEMBERSHIP |
|---|---|---|---|---|
| 1st | 026 | 003 | 000 | 029 |
| 2nd | | | | |

HOME ROOM 027

Subjects: LANGUAGE ARTS, MATHEMATICS, SCIENCE, SOCIAL STUDIES, ART, MUSIC, HEALTH & PHYS. ED., WORK HABITS, CITIZENSHIP
GRADE: S E

*LIPPINCOTT 8-10/18/76   *GRADED

---

**Card 4 — BROOKHILL SPEC ED CENT, Year 77-78 — ROANE JAMES H**

| | PRESENT | ABSENT | TARDY | MEMBERSHIP |
|---|---|---|---|---|
| 1st | 89 | 02 | 01 | 090 |
| 2nd | 77 | 11 | 01 | 088 |

HOMEROOM 006

SUMMER SCHOOL
REGULAR SESSION CREDIT 0.0
PASSED    FAILED 008    TOTAL UNITS CREDIT

---

**Card 5 — BROOKHILL SP.ED.(ADAMS), Year 78-79 — ROANE JAMES H**

| | PRESENT | ABSENT | TARDY | MEMBERSHIP |
|---|---|---|---|---|
| 1st | 80 | 12 | 02 | 092 |
| 2nd | 68 | 20 | 07 | 088 |

SUMMER SCHOOL
REGULAR SESSION CREDIT 0.0
PASSED    FAILED 008    PLACED IN

---

**Card 6 — BROOKHILL (ADAMS CORNER), Year 79-80 — ROANE JAMES H**

| | PRESENT | ABSENT | TARDY | MEMBERSHIP |
|---|---|---|---|---|
| 1st | 18 | 02 | 091 | |
| 2nd | 38 | 06 | 089 | |

| SUBJECT | | CR. |
|---|---|---|
| 08 Fnd Math | B | D 1.0 |
| 08M Ca I Eng | C | D 0.5 |
| 08 CA I Lab | B | D 0.5 |
| 08 P.E. | B | D 1.0 |
| 08M Science | B | D 1.0 |

SUMMER SCHOOL
REGULAR SESSION CREDIT 0.0
PASSED    FAILED 003    PLACED IN    TOTAL CREDIT 4.0

---

O — OUTSTANDING,   S — SATISFACTORY,   NSA — NEEDS SPECIAL ATTENTION,   NAT — NEEDS ADDITIONAL TIME

RPS 210 - (8/72)

App.0889

LOR-BERG FAMILY GUIDANCE CLINIC
2330 Monument Avenue
Richmond, Virginia 23220

James Roane, Jr.

3/7/72

Referred by SSB and the mother. The child is on ADC. He has set fires four times. First when he was four and the last one was a month ago. The first fire burnt up one bed, the third and fourth were not as catastrophic. He always sets fire to matteresses. He is well watched but still finds well hidden matches. He is very afraid of fire. He is a good child except for fires, there is no behavior problems at home or school. He is very obedient, responds to spanking, gets along with siblings especially Kevin. He walks away when provoked by peers, saying he doesn't want to hurt anyone. He preferes playmates his age, especially boys. He is in the Follow Through Program. In kindergarden he was too quite and withdrawn. He is talking more in school this year and is still achieving well. He is quite at home, sleeps well, has a good appetite, and enjoys TV. He can be stubborn when he doesn't get his way. When angry, he stares at the cause pitifully. He is a rather independent little man and does ask some questions about absentee father. He usually mumbles and sometimes whispers. He doesn't know why he whispers and sets fires. He has been in the Big Brother Program for one year and enjoys this.

James is a 6 year, 3 month old child. The mother had high blood pressure the last 5 months of pregnancy. After 12 hours labor, the child weighed 7 pounds. There were formular difficulties with excess vomiting the first 3 months. His development was a little precocious. He had mild measles and diarrhea at one year for 3 or 4 days. He had a herniorrhaphy and was in the hospital for 3 days at the age of 5. The mother claims the child is not enuretic but the child claims he is and the sister takes care of him every morning. Raport was established with this boy yet at the same time he was not spontaneous. He was appropriately dressed, he has a soft voice, there was gross and fine motor coordination problems and he appeared to be awkward. He held the pencil between the second and third fingers. He is restless and distractable. Nightmares consist of monsters.

The child tests out in a high Average Range of intelligence, probably has a higher native endownment, there is sub-test scatter. His memory for digits was poor. He is pre-school in reading and spelling, and just at the beginning of school arithmetically. He has a learning problem and feels inferior. The parents are percieved as unloving. He was distractable, he has a learning problem and feels inferior. The parents are percieved as unloving. He was distractable, he has organizational difficulties. He understands aurally and visually and can express himself orally better than he can write. He writes letters backwards, there is perseveration, angulation difficulty, rotations, collisions, retrogressions. The child shows evidence of needing a speech, hearing, and educational evaluation. The child feels inadequate and inferior. He is angry at his non nurturant parents. He is impulsive and sensitive to censure. His reality testing is adequate, and there is an air of supiciousness. There is adequate social ability and judgement. He fears and anticipates rejection.

-2-

James Roane, Jr.

He talked about the two sets of twins in his family. He is 48 inches tall and weighs 55 pounds. He was neat and clean. A medium dark skin child who looked older than his stated age. He was neat and clean. He was a medium dark skin child who has black hair and skin. Mother was described as nice. She spanks and has a temper; he couldn't find the word to describe what he wanted to change in his mother and denied the existance of his father, although apparently he does ask about him. He is fond of the grandfather in New York. He mumbled and this was used as a hide-behind. He wants to be a policeman. He admits to the fires saying that he has had three years worth of fire setting. He runs away because of the spankings. The fires are set when no one is at home. He wishes for toys, games, racing tracks. He wets the bed nightly he claims. He is a hyperkinetic child who plays with toys in school. He blames the mother irrationally for father's absenteeism. He is a literal child. He emerged as non-psychotic, without gross evidence of brain damage but with Minimum Brain dysfunction features. He is Normal with Dull islands. He has cultural limitations, hyperkinesis, enuresis, primary breakthrough and sloppy speech. He is further responding to his disenchanted disappointed mother, who bore several children to the child's father before they finally married when she was 17. She is over submissive, overindulgent, confused about why the child sets fires, has apparently been depressed and is attempting to reconstitute herself, but with marginal adequacy, though she appears to be a woman of at least average endowment, and to the father who is abandoning, rejecting and is currently in the penitentiary for murder and who apparently has had another common law wife who bore his children. He wants to be controlling and has philandered, drank, was improvident and bright and apparently character-logically, seriously injured.

DISCUSSION:

Both these parents came to the task of being parents extremely emotionally loaded, not having learned intimacy or maturity. It has not been recognized to date, that James has a fairly well defined Chronic Brain Syndrome and though he is of at least high Average Intelligence, he is going to have learning and behavioral problems. Behavioral problems are currently manifest. The mother appears to be a marginal resource but she ought to be helped in therapy.

RECOMMENDATIONS:

We recommend an awake and asleep EEG and neurological. This child should be started on Dextroamphetamine Sulphate Spansules 5 mgm at 8:00 a.m. and Tofranil 25 mgm. 1/2 hour before sleep. The child should be seen in individual psychotherapy. The mother should be seen in the ADC Mother's group. This child should be lined up for next fall to go to a school for children with minimum neurological handicap and above average intelligence but with learning disabilities such as Stonewall Jackson.

DIAGNOSIS:

Chronic Brain Syndrome type, learning disability-primary, hyperkinesis with impulse breakthrough, fire setting. Futher medication if needed will be perscribed after the EEG is returned.

William M. Lordi, M.D.

WML/rg

*Confidential For Professional Use Only*

App. 0891

RICHMOND PUBLIC SCHOOLS

Report of the Psychiatric Consultant
WILLIAM M. LORDI, M.D.

NAME:   James H. Roane                                    DATE:   10-13-76
DOB:    10-27-65

The child is currently in his third year at Westhampton. We reviewed the staffings performed by a number of other psychiatrists, psychologists and social workers over the past several years. All are in concurrence that this child has an organic brain syndrome with a primary learning disability and has an explosive personality with dangerous acting out. The child's intelligence has dropped about twenty percent testwise over the past several years, his most recent testing placing him in the dull range, while clinically he was previously bright though having a learning disability. The present problems continued to concern themselves with aggravated aggression, hyperactivity, destructiveness, inability to use the classroom situation, exploding and fighting at the mildest provocation, increased paranoid thinking, vindictiveness, destructiveness, inability to turn aside for even minor infractions on the part of other children, victimizing small children, and having made no progress at all academically.

He reads at the beginning of a 1st grade level, spelling at the beginning of a 1st grade, and mathematics on a 3rd grade level.

The child has a history in his background where the mother had a toxemia of pregnancy. She had high blood pressure. James comes from an extremely dysfunctional family where there is no father, seven children in the family. There have been repeated attempts to provide this child with psychotherapy. The mother has steadfastly resisted involvement, has not made herself available. It must be noted that this woman began having babies at 13- bore this child at 15, has had two sets of twins and has been under tremendous pressure all of her life with very few satisfactions- and little left to give her children.

The child has been on Ritalin - 10 mgs - at 8.1 and 6 Millaril, 25 mgs TID. When the child does take it he does make visible improvement. However, he is also quite hypersensitive to high carbrhydrate diets and when he has this, he becomes extremely hyperkinetic. There have been a number of episodes of fire setting in the past. The child has manifested great affect hunger. There has been a trail of diagnostic work-ups, expulsions from school, "on again off again" treatments attempted-frustrated by the mother. The child had been sodomized at the age of 9.

At the present time we are faced with a potentially dangerous situation. The child cannot use even the Special Education facilities of Westhampton because of danger to other children as well as to himself. His thinking is becoming increasingly paranoid. There is also because of his depression and rage and anger turned on himself, the real possibility of suicide. It has not been

James, Roane                                                  Page 2
10-27-65

possible to reach the mother or to convince the mother that the problem is
serious and that she needs to do something about it.  Child lives in a very
high risk neighborhood, being a high risk child in his own right due to his
organic brain syndrome, learning disabilities and explosive personality, this
is all worsening the situation.  It is felt of paramount importance for medical,
psychiatric and personal danger reasons that this child be removed from this
home.  He does require an institutional type setting, such as Edgemeade where
he can have round the clock positive peer culture, around the clock monitoring.
He needs control on his diet;  he needs medication that is carefully supervised;
he needs opportunities to form alternate coping and adaptive patterns.  This boy
still remains treatable and is still educable - time is passing.  He is getting
more sick, he is getting more entrenched,  more fixated  in an increasingly
characterologically damaged fashion.  Diagnosis:  Organic brain syndrome.  Explosive
personality with paranoid features.  Primary learning disability with unsocialized
aggression of childhood with depression.



IN ... .... THE RICHMOND CIT
PU... ... ... .5 RELEASED ON THE
C...D T.. THAT THE RECIPIENT WILL
HOT ... T ANY OTHER PARTY TO HAVE
ACCESS TO SUCH INFORMATION WITHOUT
THE WRITTEN CONSENT OF THE PARENT
OR ... STUDENT.

PSYCHIATRIC STAFFING
Dr. William ...

**RECEIVED**

JUN · 10 ·

R.D.C.

NAME:   Roane, James          SCHOOL: Westhampton
DOB:    10/27/65              DATE:   10/1/80

This child was referred on an emergency basis. The child and the mother both felt it is an emergency - he wants to go to a residential school. He left Adams Corner and went to Maggie Walker, had difficulty and did not want to change. Over the years he has had academic problems, he wanted out of a modified resource program. He got physically and verbally aggressive. This has been escalating over the years. He used his hands, was cursing, he got physical with the Asst. Principal. He, also, at the present time is rejecting Adams Corner. The mother is in agreement that he go to school away from home, but she wants him there all the time. The boy wants to be there during the week (such as REAL School) and home on the week-end. The mother is concerned over this because he has been involved in activities such as: stealing, possible use of Marijuana, and other drugs.

Over the years this boy has been evaluated and tested a number of times. Essentially his intelligence from age 6, which was tested at 103, has decreased to where at the present time his Full Scale is 87. He still has an average native endowment however. Interestingly though, in spite of a learning disability, his basic tool subject mastery, reading 87 on the WRAT, spelling 2.6, math 5.8. There are however, central processing problems that make these scores somewhat deceptive. He had in the past, been a fire setter; this was at age 6. He has received medication, psychotherapy and he demonstrated at that time gross and fine motor incoordination and a learning disability, with organic brain syndrome, and at least average endowment without psychoses but explosive.

He has difficulty today, handling frustrations, deficit in language art. His best ability is in comprehending and understanding. He is low in gathering and obtaining information and in math. He overacts to the slightest encounters. He does blow up and explodes. At times he comes across in a grossly paranoid fashion. He has serious impulse problems. A very defective impulse barrier and this has been added to as he has gotten older. He has failed to develop new coping mechanisms and adequate socialization techniques. It is interesting to note that his perceptions of the world are consistant with it. His pictures of men and women do not show hands or feet - there is no warmth, there is no contact with reality, there is no cuddling. He had been thought at one time to be a slow learner. His Bender has had consistent organic

PROHIBITION ON REDISCLOSURE: This Information has been disclosed to you from records whose confidentiality is protected by federal law. Federal regulations (42CFR part 2) prohibit you from making any further disclosure ... information except with the specific written consent of the person to whom it pe ... oral authorization for the release of medical or other in ... held by ... is not suf... ent for this purpose. Federal regulations state that any person who violates any provision of this law shall be fined not more than $500.00 in case of first offense, and not more than $5,000.00 in the case of each subsequent offense.

App. 0894

James Roane                       -2-                    10/1/80

features.  Such as:  As late as 1976, dogearring, collisions, angulation difficulty, retrogressions, simplications.  There has been some slight improvement in this.  Figure drawings have been organic, blocky, without hands or feet.  In 1973-74 it is interesting to note that he had psycho-therapy.  He was on Ritalin and Mellaril.  He had fine and gross motor incoordination problems, hyperkinesis, impulsive with learning disability. This improved with the impact of medication, special school programs, group and individual psychotherapy.

The mother gave a developmental history of where she pre-natally had toxemia of pregnancy.  The child was unable to keep milk down, he was late in his developmental mastery of tasks.  He got a great shock when he was a young boy seeing a friend of the family killed.  He had dif-ficulty getting over this.  He has a long spotty history where attempts to be helped, failure of the family to carry through, problems in the family that interrupted this.  There is a great deal of acting out, picking on kids; requiring expulsion from school.  He has been a chronic nail biter.  The mother, who has been extremely loyal in constantly looking for improvement in the child, interdicted a number of times, the therapy, when it appeared to her that things were better.  He is one of seven children.  The parents are divorced, the father is incarcerated apparently from early 1970's til he turned up married in 1976.  The mother has not remarried, she does have some problems with this large family and other problems in living as smoking, drinking.  The child had a hernia in 1971.

On direct evaluation the mother emerges as a medium brown skinned, brown hair, brown eyes who was neat and clean and who was obviously depressed, overwhelmed, who on the one hand wanted residential care and treatment and at the same time fearing that perhaps someone would hurt her boy. She did not respond to reassurance.  She feels the child is beyond her capacity to help and she is unable to control him.  He is very destruc-tive, damaging of property, hurting, physically to her and the other children.  She fears that if he threatens her or attempts to hurt her, she will seriously injure him.  She feels he goes crazy at times.  She has threatened him many times but to no avail.

Though she has been told repeatedly that this child has an organic brain syndrome with a primary learning disability and hyperkinetic, she has not really understood what this meant and is expecting the usual and customary behaviors from him.  The boy himself does not understand what is the matter with him.  He cannot be his own ally, he has always felt overwhelmed by his poor impulses, his inability to modulate what comes in and goes out of him.  He finds himself constantly at odds.  He does have some awareness that something is seriously wrong and he wants help for it but he wants in on his terms.

PROHIBITION ON REDISCLOSURE: This Information has been disclosed to you from records whose confidentiality is protected by federal law. Federal regulations ( 2CFR part 2) prohibit you from m ... disclosure of this inform ... on e ... ith the specific written consent ... person to whom it p ... ns. A general authorization for the release of m ... en or other ... not ... of ... ed by another party is to ... ... nt for this purpose. Federal regulations ... that any person who violates any provision of this law he' be ... d not more than $500.00 in case of first offence, and not more than ... ... in the case of each subsequent offense.

James Roane                              -3-                        10/1/80

James presented himself as a medium tall, attractive, well formed brown-skinned, black eyed boy who was neat and clean.  He was very defensive and used a great deal of denial, avoidance, projection, he does want a residential school, he does not feel he is benefitting from what he is getting now and he feels he needs it but could not say why.  On the one hand he blows up but on the other hand is able to accept the need for a situation that is more controlled.  He however does not want to be away all of the time.

Essentially we are dealing with a boy with an organic brain syndrome with a primary learning disability with aggressivity, hyperkinesis, and a paranoid cast to his personality.  He is not psychotic at the present time.  He does not want to go to Adams Corner because he claims the school makes him mad, even if he has to wait for a period of time.

It is felt in view of the above and in view of the fact that the recommendation has been made repeatedly over the years, that he does require residential treatment program that has an intensive treatment program, that can provide him remediation for his learning disability and psychotherapy for his personality problems.  It is felt that this has become deeply inbedded into his personality structure and that time is passing.  As was noted 4 years ago, it is of paramount importance that he get appropriate treatment at this time, intensively and long enough to make a difference.  The boy can be potentially dangerous to himself and others and to property.  It is felt he needs a school where he can get medication, such as Mellaril 25 mgs, QID, and Ritalin 10 mgs, 8-10-4.  A school such as Grafton or Oakland school is recommended.

William M. Lordi, M. D.

WML:w

PROHIBITION ON REDISCLOSURE: This Information has been disclosed to you from records whose confidentiality is protected by federal law. Federal regulations (42CFR part 2) prohibit you from m[...] this information except with the specific written c[...] to whom it pertains. A general authorization for the release of m[...]cal or other information if held by another party is not sufficient for this purpose. Federal regulations [...] that any person who violates any provision of this law shall be fined not more than $500.00 in case of first offense, and not more than $5,000.00 in the case of each subsequent offense.

TRANSFER HEARING REPORT

I.  ROANE, JAMES HENRY, JR.                    ALONZO N. JONES, PO
    DOB:  10/27/65 (BVS: #145-65-66727)

    Date of commission of alleged offense:  2/2/81

    Age at that time:  15                                R.D.C.

II.  NATURE OF PRESENT OFFENSE:

    James Henry Roane, Jr. is currently before the court on a petition
    alleging that he is a delinquent child in that he did unlawfully on
    February 2, 1981, break and enter, in the nighttime, the YWCA,
    6 N. 5th Street, with intent to commit larceny therein.

III.  PRIOR DELINQUENCY RECORD:

    See Previous Court Contact form appended.

IV.  NATURE OF PAST TREATMENT EFFORTS & CHILD'S RESPONSE THERETO:

    James was placed on supervised probation by this court on June 19,
    1978. He remained on probation for approximately 15 months.  While
    on probation he was assigned a volunteer probation officer.  His
    case was closed to supervised probation on October 8, 1979.  It was
    closed because James had made a positive adjustment to probation.
    It was noted that he had exhibited a complete  turnaround in his
    attitude, appearance and behavior since being placed on probation.
    and James had even requested a three month extension of his probation
    before concurring that he was ready for release from probation.  The
    volunteer probation officer continued to work with James even after
    the case was closed to official probation status.

    This PO has also talked with officials of the school recently.  They
    were in the process of seeking a residential placement for James.
    Mrs. Rosenbaum, school counselor, indicated to this PO that James
    had requested such a placement and the only hold up in seeking the
    placement was a physical examination that James needed.

VI.  MENTAL CONDITION:

    No information so far obtained indicates that the defendant can
    justifiably be characterized as mentally retarded or criminally
    insane.  Actual testing conducted by the Richmond Public School
    System has been requested.

VI.  RECOMMENDATION:

    Based on this youth's positive adjustment to probation, his willing-
    ness to cooperate with the Richmond Public School System, and emotional
    problems which may have been detected by the Richmond Schools, this PO
    recommends that this case not be transferred to the Richmond Circuit
    Court but be retained in the Richmond Juvenile and Domestic Relations
    District Court.

                              Submitted by: _____
                                            Alonzo N. Jones
                                            Investigative Counselor
    ANJ/shd                App.0897         March 13, 1981

(

4-15-81
Date

TO: Richmond Public Schools

Principal, _Westhampton_ School

FROM: Juvenile and Domestic Relations District Court, 2000 Mecklenburg St., Richmond, Virginia 23223

Worker: A. N. Jones   Tel. No. 780-8443

RE: Roane, James Henry, 1220 St. James St. DOB 10-27-63
Last Name   First   Middle   Address

Pursuant to _____ signed authorization for release of information/ _____ court order herewith, please furnish the following information in addition to available psychological test reports and/or psychiatric evaluations:

Present grade placement: _Special Education - High School_ First time _____ Repeating _____

Is this student enrolled in any special program? _Yes_ If so, please describe: He is in a separate day-school facility, Westhampton School, for students who are seriously emotionally disturbed.

School test data (Include results on reading, achievement, and intelligence tests):
1/80 WRAT: Reading 3.7   WISC-R 10/80 Full scale IQ 87
Spelling 2.6
Math 5.8

Attendance this session (Sept. — June): Present _____ Absent _____
Comments: James has not attended school this year.   Grades last report period
Although he has tried, he could not stay in school or adjust to a school's routine. Therefore he has no grades.
Quality of work in view of ability: _Poor_
Comments: It is felt that James has at least average intelligence and if properly treated could do average work.

Conduct (include disciplinary actions taken):
He has removed himself from school and has asked if we could find some sort of residential placement for school!
Attitudes, habits, personality traits observed:
Explosive, unable to follow rules. Impulsive, which interferes with learning.

Activities and special interests:                    Work experience:

Personal appearance: Attractive, neat young man.

Known or suspected physical defects or diseases:

Evidences of possible emotional disturbance:  *See attached report of Dr. Lardi.*

Relationships with (1) teachers  (2) other pupils

*Unable to relate in a positive manner with teachers or peers.*

Parental interest, cooperation:

*Mother, while expressing interest and concern, did not respond to request for residential placement some years ago nor to request for a physical exam this year.*

Comments, miscellaneous information, recommendations (include comments from cumulative record):

*See C.I. folder for social history and current psychological evaluation. Had James been able to keep any of the appointments the school made for him, for a physical examination, the components would have been completed and he would have been staffed by the school system for residential placement*

Previous school history (transcript satisfactory)

| Year | School attended | Grade | Achievement | Conduct |
|---|---|---|---|---|
| | | | | |

_4/27/81_  _Claire M. Rosenbaum_  _Counselor_

Date    Name    Title

Note: Please ascertain whether this child is known to your pupil personnel team, and if so, inform the team of this request.



CONFIDENTIAL
FOR YOUR FILES ONLY

# MEMORIAL GUIDANCE CLINIC

P. O. BOX 8026 • 2319 EAST BROAD STREET • RICHMOND, VA. 23223 • (804) 648-1605



APR 1982
RECEIVED
PUPIL PLACEMENT
DEPARTMENT

Name:  James H. Roane, Jr.
Date:  March 22, 1982

### RICHMOND PUBLIC SCHOOL CONSULTATION

James was referred for child psychiatry consultation by his probation officer. Until January he was in a special residential therapeutic program where he made an excellent adjustment and was graduated. Unfortunately, adequate discharge planning did not take place. He was returned to the street rather than to an identified school or job. As might had been expected, idleness has led to misbehavior and he is again charged with an illegal act for which he will be tried next month.

Prior to examining James, extensive clinical data from his school record was reviewed. Professionals from the school and his probation officer provided additional information. The material already available in numerous clinical reports will not be repeated here. Briefly, he is from a broken, highly dysfunctional family. His parents are divorced and his father is presently incarcerated for a serious crime. James is completely out of his mother's control and expressed great resentment toward her for attempting to interfere with his activities. James has been seriously behaviorally disordered since a very early age. In 1976, a psychiatric evaluation gave him the diagnosis of minimal brain dysfunction, learning disability, and developing explosive personality. Residential treatment was recommended. Early, in school, he was hyperactive, irritable, had a short attention span, and was distractible. At one point, he was involved in fire setting. He was placed on medication with unknown results. Serial psychological testing over the years have demonstrated a fall in functional IQ from 103 at six years to slow learner in 1980. The 1980 testing described him as insecure, apprehensive, despairing, and as having strong feelings of rejection and abandonment (lack of adequate support). Educational evaluation in December of 1981 revealed an achievement level ranging from the 5th to 7th grade with poor language skills but adequate math skills. It was recommended that he receive vocational training.

James was seen as a tall, large framed, strong and healthy appearing adolescent who was reasonably well groomed. He was grossly unhappy, solemn, markedly subdued, and appeared to be covertly hostile, enraged, and depressed. In spite of these painful affects, he was well controlled, polite, and cooperative. He is affectively warm and appropriate. His emotional responses were in keeping with thought content. His present psychological discomfort is largely related to his pending legal charges and he was thus at considerable disadvantage during this examination. There was nothing in the examination to suggest the presence of a psychosis, schizophrenia, manic depressive disorder, nor any gross evidence of an organic brain syndrome. He is cognitively intact. There was no detectable disturbance of memory, attention, or concentration. He has the intellectual capacity for adequate daily judgment.

James suffers from a chronic, mild but significant psychoneurosis manifested by chronic anxiety, disturbance of self-image, and mild chronic depression. Unfortunately,



App.0900

Name:  James H. Roane, Jr.
Page:  2

over the years his chronic emotional disturbance has taken the primary form of characterological damage and behavioral disorder rather than by psychoneurotic symptom formation.  Presently, the neurotic aspects become paramount only under exceptional stress such as he presently feels.  Otherwise, his feelings of rejection, insecurity, vulnerability, despair, and relative hopelessness have become so closely woven into the fabric of his personality as to be ego-syntonic. Fairly frequently, about twice a month, the situation becomes bad enough that he recognizes his depression.  He experiences this more as inner rage than sadness and reacts by withdrawing.  He does not want to be bothered by others, sleeps, a lot, and becomes quite irritable.  If others insist on intruding, he at first becomes angry and verbally threatening.  If they persist, he may resort to fighting.  If left alone, these painful feelings dissipate after varying lengths of time.  He denied any self-destructive or suicidal trends.  Such a clinical state is expectable in a youth from his background.

The overall impression is that of a chronically and significantly emotionally disturbed youth whose disturbance is taking the primary form of a developing personality disorder.  His conscience structure is functional but weak in the absence of adequate adult supervision.  There are significant passive-aggressive elements as well as mild to moderate delinquent attitudes.  There is also a mild but identifiable psychoneurotic condition superimposed which become clinically apparent under exceptional stress.  He is identified as significantly and seriously chronically depressed as described above.  It is highly significant that James is reported to have made such an excellent adjustment in a setting providing concerned and attentive adults, productive activities, goals, adequate adult role models, and adequate limits.  His behavioral regression when such support was with-drawn is expectable and indicates his continued needs in this regard.  James is presently at serious risk to drift into further delinquent behavior and end up legally incarcerated.

Recommendations:

1.  James' educational program should be tailored to meet as many of his special needs as is possible.  His primary curriculum should be vocational and the academic components secondary.  He still needs intensive counseling as concerns life goals and the identification and utilization of his own personality assets.  He needs adequate adult supervision with predictable, reasonable social responses to his various behaviors.  If possible, he should be helped to work toward getting his GED.  His rage and negative feelings might be expressed in socially acceptable ways through sublimation by direct-ing him into appropriate sports, appropriate social activities, and vocational training.

2.  In view of his dysfunctional home and the fact that his mother has no control over him, a long term residential placement of either the orphanage or therapeutic type is indicated and highly desireable.  Several possibilities were discussed with his probation officer.

Name:  James H. Roane, Jr.
Page:  3

3.  If he is to remain at home (I hope that he will not) he will require regular,
    intensive counseling on a weekly basis or outpatient psychotherapy.  This
    need might be fulfilled through frequent contacts with his probation officer,
    if the relationship is especially close, warm, and friendly.  If not, there
    are several clinics and facilities in the area which might provide the necessary
    outpatient services.

4.  No major mental illness was identified.  Psychiatric hospitalization or the use
    of medication is not indicated.

Walter Draper, MD
Chief of Medical Services

WD/rl

3/29/82

App.0902