**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| THE UNITED STATES OF AMERICA | : | |
| | : | Crim. No. 3:92CR68 |
| v. | : | |
| | : | |
| JAMES H. ROANE, JR. | : | |
| | : | |
| | : | |

## <u>MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF PAGE LIMITATIONS</u>

James H. Roane, Jr., respectfully moves this Court for leave to file a brief in excess of the page limitations set by Local Rule 47 for his Motion for Imposition of a Reduced Sentence Pursuant to Section 404 of the First Step Act and that the Court accept the accompanying Motion he has filed electronically on this date. Local Rule 47 limits briefs to no more than thirty pages. Mr. Roane respectfully requests permission to exceed that limitation and has filed electronically a Motion of fifty-three pages.

Mr. Roane's case is a complex capital case incorporating multiple convictions, and Mr. Roane seeks imposition of a reduced sentence under the First Step Act on several of those convictions, including the conviction that forms the basis of his death sentence. In a capital case, the sentencer must not be limited in considering any mitigating evidence that militates in favor of a sentence less than death. *Lockett v. Ohio*, 438 U.S. 586, 604 (1978); *see also Eddings v. Oklahoma*, 455 U.S. 104, 117 (1982); *Woodson v. North Carolina*, 428 U.S. 280, 304 (1976). Accordingly, Mr. Roane has proffered more extensive evidence with respect to the sentencing

1

factors set forth under 18 U.S.C. § 3553(a) than would ordinarily be proffered in a non-capital case.  Additionally, because Mr. Roane's case is a capital case, it presents a novel issue with respect to the appropriate procedure for resentencing consideration in a death penalty case.

Undersigned counsel have endeavored to present the factual and legal issues entailed in this Motion in as concise a manner as possible, while completing a brief that meets professional standards of representation.  Counsel hopes that this brief will assist the Court in reviewing the important issues presented.

**WHEREFORE**, Mr. Roane, through undersigned counsel, respectfully requests that this Court grant him leave to file a brief in excess of thirty pages and accept the accompanying brief.

Respectfully Submitted,

/s/ Matthew Engle
Matthew Engle
Bernadette Donovan
Donovan & Engle
1134 East High St. Unit A
Charlottesville, VA 22902
(800) 428-5214
engle.matthew@gmail.com
bernadettemarydonovan@gmail.com

Counsel for James H. Roane, Jr.

Dated: July 22, 2020

2

## CERTIFICATE OF SERVICE

I, Matthew Engle, hereby certify that on this 22nd day of July 2020, I submitted the

foregoing Motion for filing with service to:

Richard D. Cooke
United States Attorney for the Eastern District of Virginia
919 E. Main St.
Suite 1900
Richmond, VA  23219


/s/ Matthew Engle
Matthew Engle

3