**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 3:92cr68-04** |
| | ) | **The Honorable David J. Novak** |
| **VERNON LANCE THOMAS,** | ) | |
| | ) | |
| *Defendant.* | ) | |

## CONSENT MOTION TO EXTEND TIME TO FILE FOR RELIEF

Petitioner Vernon Thomas, by counsel, hereby moves this Court to extend the time to file his motion for relief under Section 404 of the First Step Act for 60 days beyond the date of this filing. Counsel has been looking into Mr. Thomas's case and collecting information relevant to his First Step Act motion. This is a complicated case because, in addition to his cocaine base conviction, he also has convictions for multiple violent offenses under continuing criminal enterprise and racketeering charges. The legal issues presented in this case continue to require significant investigation, research, and consideration, and counsel continues to track analogous cases in the Fourth Circuit, and nationwide, for guidance. Additionally, communication with Mr. Thomas has been difficult with the coronavirus pandemic. Mr. Thomas has only one opportunity for relief under the First Step Act. He wants to make sure he is appropriately presenting his case before this Court.

Consequently, Mr. Thomas asks the Court for additional time to prepare and file his First Step Act motion.

Counsel has communicated with Mr. Dave Schiller, Assistant United States Attorney, and he has no objection to this motion.

WHEREFORE, Mr. Thomas respectfully requests that this Court extend the deadline for filing his First Step Act motion for 60 days.

Respectfully Submitted,
Vernon Lance Thomas

By: _____/s/_____
Robert J. Wagner
Va. Bar No. 27493
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804) 565-0808
robert_wagner@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to:

Dave Schiller
US Attorney's Office
SunTrust Building
919 East Main Street
Suite 1900
Richmond, VA 23219

_____/s/_____
Robert J. Wagner
Va. Bar No. 27493
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804) 565-0830
robert_wagner@fd.org

2