IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                                                          Criminal No. 3:92cr68 (DJN)

VERNON LANCE THOMAS,
　　Defendant.

## ORDER

This matter comes before the Court on Petitioner Vernon Thomas's ("Petitioner")

Consent Motion to Extend Time to File for Relief (ECF No. 21), moving for an extension of time

by which to file his motion for relief under Section 404 of the First Step Act. Petitioner requests

an extension of 60 days. Because the Court finds good cause, and the Government has no

objection, the Court hereby GRANTS the Motion. Petitioner shall have up to and including

September 21, 2020, to file his motion for relief under the First Step Act.

　　Let the Clerk file a copy of this Order electronically and notify all counsel of record.

　　It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　David J. Novak
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Richmond, Virginia
Dated: July 23, 2020