IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

      v.                                      Criminal No. 3:92cr68 (DJN)

JAMES H. ROANE, JR.,
      Defendant.

## ORDER

This matter comes before the Court on two motions filed by Defendant James H. Roane, Jr. ("Defendant"). First, Defendant filed a Motion for Leave to File a Brief in Excess of Page Limitations (ECF No. 18), moving for the allowance of excess pages in his brief in support of his Motion for Imposition of a Reduced Sentence Pursuant to Section 404 of the First Step Act ("First Step Act Motion"). Having reviewed the Motion for Leave, and for good cause shown, the Court hereby GRANTS the Motion. Defendant shall have leave to file his proposed First Step Act Motion (ECF No. 17), and it shall be deemed filed as of the entry of this Order. Further, the Court hereby GRANTS the Government leave to exceed the page limitations in its response by an amount equal to Defendant's excess pages in his First Step Act Motion.

Defendant also filed a Motion to Hold Matter in Abeyance (ECF No. 19), moving the Court to hold his First Step Act Motion in abeyance pending the disposition of his Application to File Second or Successive Motion Pursuant to 28 U.S.C. § 2255(h), which was filed in the Fourth Circuit on May 22, 2020, and remains pending. Having reviewed the Motion, the Court finds that it lacks merit. Therefore, the Court hereby DENIES Defendant's Motion to Hold Matter in Abeyance (ECF No. 19). Defendant's First Step Act Motion shall proceed according to the following schedule:

1.      The Court hereby DIRECTS the United States Attorney's Office to respond within thirty (30) days of the filing date of Defendant's First Step Act Motion and to explain its position regarding Defendant's First Step Act Motion and requested relief. The United States must further provide the following information:

   a.   Status of Defendant's educational and vocational training, if any;
   b.   Status of any treatment of Defendant for substance abuse or physical or mental health;
   c.   Defendant's post-sentencing conduct, including Defendant's compliance with the rules of the institution(s) in which Defendant has been incarcerated; and
   d.   Any relevant considerations of public safety.

In its response, the United States is also directed to state whether it opposes the First Step Act Motion, either because Defendant is not eligible for relief or, for example, because Defendant poses a risk of harm to the public, or any other reason. The United States must also state the number of months and years of supervised release that it considers appropriate for Defendant's sentence. Any proposed reduction of sentence shall be expressed in terms of months, not percentages.

2.      If Defendant disagrees with the Government's response, Defendant may reply to the Government's response within thirty (30) days of the date that the Government's response is filed.

3.      The United States Probation Office is DIRECTED to prepare a First Step Act Worksheet ("Worksheet") within fourteen (14) days of the date of entry hereof. The Worksheet SHALL contain essentially the same information as was provided in the Drug Guidelines Amendment Application Worksheet.

The Clerk is directed to send a copy of this Order to all counsel of record and to the United States Probation Office, Richmond Division.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated:  July 24, 2020