**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**



|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal Case No. 3:92CR68-01 |
| | ) |
| RICHARD TIPTON | ) |
|   a.k.a. "Whittey" | ) |
| | ) |

## DECISION FORM

As to the crime of killing <u>Douglas A. Talley</u> while engaged in, or in furtherance of, a continuing criminal enterprise:

A.  WE, THE JURY, <u>do</u> <u>not</u> unanimously find proven, beyond a reasonable doubt, the existence of the statutory aggravating factors required by law as prerequisites for the imposition of capital punishment, and therefore do not consider the death penalty as to this capital crime for which defendant Richard Tipton has been convicted.

_____          _____
    FOREPERSON'S SIGNATURE                   DATE

OR

B.  WE, THE JURY, unanimously find beyond a reasonable doubt that the aggravating factors required by law as prerequisites for the imposition of capital punishment have been proven by the government as to this capital crime. We further find, unanimously and beyond a reasonable doubt, that the aggravating factors proven in this case, as to this crime and this defendant, sufficiently outweigh any mitigating factors, and are themselves so serious, that justice mandates a sentence of death. We vote unanimously that Richard Tipton shall be sentenced to death for this capital crime.

_____          2/13/93_____
    FOREPERSON'S SIGNATURE                   DATE

OR

00233

C.  WE, THE JURY, <u>do</u> <u>not</u> unanimously find that the aggravating factors proven in this case, as to this capital crime and this defendant, so outweigh the mitigating factors that justice mandates a sentence of death.  We, therefore, return a decision that Richard Tipton <u>not</u> be sentenced to death for this capital crime.

_____       _____
        FOREPERSON'S SIGNATURE                      DATE

<u>OR</u>

D.  WE, THE JURY, having considered and evaluated the evidence presented in light of the instructions of the Court, are not unanimously persuaded that a death sentence should be imposed for this capital crime.  We, therefore, return a decision that Richard Tipton not be sentenced to death for this capital crime.

_____       _____
        FOREPERSON'S SIGNATURE                      DATE

00234

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



FEB 16 1993

CLERK, U.S. DISTR
RICHMOND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD TIPTON<br>  a.k.a. "Whittey" | )<br>)<br>)<br>)  Criminal Case No. 3:92CR68-01<br>)<br>)<br>)<br>) |

## DECISION FORM

As to the crime of killing <u>Bobby Long</u> while engaged in, or in furtherance of, a continuing criminal enterprise:

A.   WE, THE JURY, <u>do</u> <u>not</u> unanimously find proven, beyond a reasonable doubt, the existence of the statutory aggravating factors required by law as prerequisites for the imposition of capital punishment, and therefore do not consider the death penalty as to this capital crime for which defendant Richard Tipton has been convicted.

_____          _____
      FOREPERSON'S SIGNATURE                          DATE

<u>OR</u>

B.   WE, THE JURY, unanimously find beyond a reasonable doubt that the aggravating factors required by law as prerequisites for the imposition of capital punishment have been proven by the government as to this capital crime. We further find, unanimously and beyond a reasonable doubt, that the aggravating factors proven in this case, as to this crime and this defendant, sufficiently outweigh any mitigating factors, and are themselves so serious, that justice mandates a sentence of death. We vote unanimously that Richard Tipton shall be sentenced to death for this capital crime.

_____          _____
      FOREPERSON'S SIGNATURE                          DATE

<u>OR</u>

00235

C.  WE, THE JURY, <u>do</u> <u>not</u> unanimously find that the aggravating factors proven in this case, as to this capital crime and this defendant, so outweigh the mitigating factors that justice mandates a sentence of death.  We, therefore, return a decision that Richard Tipton <u>not</u> be sentenced to death for this capital crime.


_____          _____
    FOREPERSON'S SIGNATURE                      DATE


<u>OR</u>

D.  WE, THE JURY, having considered and evaluated the evidence presented in light of the instructions of the Court, are not unanimously persuaded that a death sentence should be imposed for this capital crime. We, therefore, return a decision that Richard Tipton not be sentenced to death for this capital crime.


_____          _____
    FOREPERSON'S SIGNATURE              2/13/93      DATE

00236

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



FILE
FEB 16 1993
CLERK, U.S. DISTRICT
RICHMOND, V

UNITED STATES OF AMERICA )
)
v. )  Criminal Case No. 3:92CR68-01
)
RICHARD TIPTON )
  a.k.a. "Whittey" )
)

## DECISION FORM

As to the crime of killing <u>Anthony Carter</u> while engaged in, or in furtherance of, a continuing criminal enterprise:

A.  WE, THE JURY, <u>do</u> <u>not</u> unanimously find proven, beyond a reasonable doubt, the existence of the statutory aggravating factors required by law as prerequisites for the imposition of capital punishment, and therefore do not consider the death penalty as to this capital crime for which defendant Richard Tipton has been convicted.

_____      _____
FOREPERSON'S SIGNATURE                DATE

<u>OR</u>

B.  WE, THE JURY, unanimously find beyond a reasonable doubt that the aggravating factors required by law as prerequisites for the imposition of capital punishment have been proven by the government as to this capital crime. We further find, unanimously and beyond a reasonable doubt, that the aggravating factors proven in this case, as to this crime and this defendant, sufficiently outweigh any mitigating factors, and are themselves so serious, that justice mandates a sentence of death. We vote unanimously that Richard Tipton shall be sentenced to death for this capital crime.

_____      _____
FOREPERSON'S SIGNATURE                DATE

<u>OR</u>

00237

C.    WE, THE JURY, <u>do</u> <u>not</u> unanimously find that the aggravating factors proven in this case, as to this capital crime and this defendant, so outweigh the mitigating factors that justice mandates a sentence of death. We, therefore, return a decision that Richard Tipton <u>not</u> be sentenced to death for this capital crime.

_____    _____
           FOREPERSON'S SIGNATURE                           DATE

<u>OR</u>

D.    WE, THE JURY, having considered and evaluated the evidence presented in light of the instructions of the Court, are not unanimously persuaded that a death sentence should be imposed for this capital crime. We, therefore, return a decision that Richard Tipton not be sentenced to death for this capital crime.

_____    _____
       FOREPERSON'S SIGNATURE          2/13/93         DATE

00238

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 3:92CR68-01 |
| ) | |
| RICHARD TIPTON ) | |
|   a.k.a. "Whittey" ) | |

FEB 16 1993

CLERK, U.S. DISTRICT
RICHMOND, VA

## DECISION FORM

As to the crime of killing <u>Dorothy Mae Armstrong</u> while engaged in, or in furtherance of, a continuing criminal enterprise:

A.    WE, THE JURY, <u>do</u> <u>not</u> unanimously find proven, beyond a reasonable doubt, the existence of the statutory aggravating factors required by law as prerequisites for the imposition of capital punishment, and therefore do not consider the death penalty as to this capital crime for which defendant Richard Tipton has been convicted.

---

FOREPERSON'S SIGNATURE              DATE

<u>OR</u>

B.    WE, THE JURY, unanimously find beyond a reasonable doubt that the aggravating factors required by law as prerequisites for the imposition of capital punishment have been proven by the government as to this capital crime. We further find, unanimously and beyond a reasonable doubt, that the aggravating factors proven in this case, as to this crime and this defendant, sufficiently outweigh any mitigating factors, and are themselves so serious, that justice mandates a sentence of death. We vote unanimously that Richard Tipton shall be sentenced to death for this capital crime.

---

FOREPERSON'S SIGNATURE              DATE

<u>OR</u>

00239


504

C.   WE, THE JURY, <u>do</u> <u>not</u> unanimously find that the aggravating factors proven in this case, as to this capital crime and this defendant, so outweigh the mitigating factors that justice mandates a sentence of death.  We, therefore, return a decision that Richard Tipton <u>not</u> be sentenced to death for this capital crime.

---------------------------------------     ---------------------------------------
         FOREPERSON'S SIGNATURE                          DATE

### OR

D.   WE, THE JURY, having considered and evaluated the evidence presented in light of the instructions of the Court, are not unanimously persuaded that a death sentence should be imposed for this capital crime.  We, therefore, return a decision that Richard Tipton not be sentenced to death for this capital crime.

---------------------------------------     ---------------------------------------
         FOREPERSON'S SIGNATURE                2/13/93    DATE

00240

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES OF AMERICA )
 )
v. )   Criminal Case No. 3:92CR68-01
 )
RICHARD TIPTON )
  a.k.a. "Whittey" )
 )

## DECISION FORM

As to the crime of killing <u>Curtis Thorne</u> while engaged in, or in furtherance of, a continuing criminal enterprise:

A.  WE, THE JURY, <u>do</u> <u>not</u> unanimously find proven, beyond a reasonable doubt, the existence of the statutory aggravating factors required by law as prerequisites for the imposition of capital punishment, and therefore do not consider the death penalty as to this capital crime for which defendant Richard Tipton has been convicted.


_____              _____
     FOREPERSON'S SIGNATURE                          DATE


## OR

B.  WE, THE JURY, unanimously find beyond a reasonable doubt that the aggravating factors required by law as prerequisites for the imposition of capital punishment have been proven by the government as to this capital crime. We further find, unanimously and beyond a reasonable doubt, that the aggravating factors proven in this case, as to this crime and this defendant, sufficiently outweigh any mitigating factors, and are themselves so serious, that justice mandates a sentence of death. We vote unanimously that Richard Tipton shall be sentenced to death for this capital crime.


_____              2/13/93
     FOREPERSON'S SIGNATURE                          DATE


## OR

00241

C.    WE, THE JURY, <u>do</u> <u>not</u> unanimously find that the aggravating factors proven in this case, as to this capital crime and this defendant, so outweigh the mitigating factors that justice mandates a sentence of death.    We, therefore, return a decision that Richard Tipton <u>not</u> be sentenced to death for this capital crime.

---
FOREPERSON'S SIGNATURE

---
DATE

<u>OR</u>

D.    WE, THE JURY, having considered and evaluated the evidence presented in light of the instructions of the Court, are not unanimously persuaded that a death sentence should be imposed for this capital crime. We, therefore, return a decision that Richard Tipton not be sentenced to death for this capital crime.

---
FOREPERSON'S SIGNATURE

---
DATE

00242



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

FEB 1 6 1993

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES OF AMERICA )
)
v. )   Criminal Case No. 3:92CR68-01
)
RICHARD TIPTON )
   a.k.a. "Whittey" )
)

## DECISION FORM

As to the crime of killing <u>Linwood Chiles</u> while engaged in, or in furtherance of, a continuing criminal enterprise:

A.   WE, THE JURY, <u>do</u> <u>not</u> unanimously find proven, beyond a reasonable doubt, the existence of the statutory aggravating factors required by law as prerequisites for the imposition of capital punishment, and therefore do not consider the death penalty as to this capital crime for which defendant Richard Tipton has been convicted.

_____          _____
   FOREPERSON'S SIGNATURE                       DATE

### OR

B.   WE, THE JURY, unanimously find beyond a reasonable doubt that the aggravating factors required by law as prerequisites for the imposition of capital punishment have been proven by the government as to this capital crime. We further find, unanimously and beyond a reasonable doubt, that the aggravating factors proven in this case, as to this crime and this defendant, sufficiently outweigh any mitigating factors, and are themselves so serious, that justice mandates a sentence of death. We vote unanimously that Richard Tipton shall be sentenced to death for this capital crime.

_____          ___2/15/93_____
   FOREPERSON'S SIGNATURE                       DATE

### OR

00243

506

C.    WE, THE JURY, <u>do</u> <u>not</u> unanimously find that the aggravating factors proven in this case, as to this capital crime and this defendant, so outweigh the mitigating factors that justice mandates a sentence of death.    We, therefore, return a decision that Richard Tipton <u>not</u> be sentenced to death for this capital crime.


_____          _____
      FOREPERSON'S SIGNATURE                              DATE


OR


D.    WE, THE JURY, having considered and evaluated the evidence presented in light of the instructions of the Court, are not unanimously persuaded that a death sentence should be imposed for this capital crime.    We, therefore, return a decision that Richard Tipton not be sentenced to death for this capital crime.


_____          _____
      FOREPERSON'S SIGNATURE                              DATE


00244