**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Case No. 92CR68 |
| v. | ) | **CAPITAL CASE** |
| | ) | |
| RICHARD TIPTON, III. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF GERALD WESLEY KING, JR. AND JEFFREY LYN ERTEL**

Pursuant to Local Civil Rule 83.1(D) And Local Criminal Rule 57.4, I, Frederick R. Gerson, a member in good standing of the Bar of this Court and counsel for Mr. Tipton, hereby moves for the admission *pro hac vice* of Gerald Wesley King, Jr. and Jeffrey Lyn Ertel in the above-captioned case. The attorneys seeking admission are an integral part of the legal team representing Mr. Tipton, and the undersigned counsel respectfully requests that the Court grant them the opportunity to appear and be heard in open court as the needs of the case dictate. As required by Local Civil Rule 83.1(D) And Local Criminal Rule 57.4, this motion is supported by the attached Personal Statements of Gerald Wesley King and Jeffrey Lyn Ertel and a Proposed Order.

Respectfully submitted on this, the 4th day of August, 2020.

*/s/Frederick R. Gerson*
Frederick R. Gerson
VSB #39968

## CERTIFICATE OF SERVICE

I certify that on this, the 4th day of August, 2020, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically on the attorney listed below:

>Richard Cooke, Esq.
>U.S. Attorney's Office
>Eastern District of Virginia
>2100 Jamison Avenue
>Alexandria, Virginia 22314
>
>S. David Schiller
>Office of the U.S. Attorney
>SunTrust Building
>919 East Main Street, Suite 1900
>Richmond, VA 23219
>
>Thomas Arthur Garnett
>US Attorney Office (Richmond)
>SunTrust Building
>919 East Main Street, Suite 1900
>Richmond, VA 23219

This 4th day of August, 2020.

>/s/Frederick R. Gerson
>Frederick R. Gerson
>Durrette, Arkema, Gerson & Gill, PC
>Bank Of America Center
>1111 East Main Street, 16th Floor
>Richmond, VA 23219
>fgerson@dagglaw.com
>
>Counsel for Richard Tipton, III

2