IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal no. 3:92-cr-68-DJN |
| | ) | |
| RICHARD TIPTON et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Notice of Appearance**

The United States advises the Court that the undersigned will serve as counsel for the United States in the above-captioned case.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

_____/s/_____

Richard D. Cooke
Assistant United States Attorney
Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, VA 23219
(804) 819-5400
richard.cooke@usdoj.gov

1

**Certificate of Service**

I certify that on August 7, 2020, I filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel.

_____/s/_____
Richard D. Cooke
Assistant United States Attorney
Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, VA 23219
(804) 819-5400
richard.cooke@usdoj.gov

2