Case 3:92-cr-00068-DJN   Document 26   Filed 08/04/20   Page 1 of 2 PageID# 1278

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA



### APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __92CR68_____, Case Name __USA v. Richard Tipton__

Party Represented by Applicant: __Richard Tipton__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please) __Jeffrey Lyn Ertel__

Bar Identification Number __249966_____   State __Georgia_____

Firm Name __Federal Defender Program, Inc.__

Firm Phone # __404-688-7530_____   Direct Dial # __678-539-4313_____   FAX # __404-688-0768__

E-Mail Address __jeff_ertel@fd.org__

Office Mailing Address __101 Marietta Street, Suite 1500  Atlanta, GA  30303__

Name(s) of federal court(s) in which I have been admitted __N..D. GA, Eleventh Circuit Court of Appeals, United States Supreme Court__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar. **SEE ATTACHED**

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

*** Attorney is a court apppointed attorney of the Federal Defender Program, Inc.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

| | |
|---|---|
| /s/ Frederick R. Gerson | 8/4/2020 |
| (Signature) | (Date) |
| Frederick R. Gerson | 39968 |
| (Typed or Printed Name) | (VA Bar Number) |

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted __✓__

The motion for admission is GRANTED _____ *or* DENIED __✓__   DUE to PRIOR Reprimend.

_____/s/_____
David J. Novak
United States District Judge
(Judge's Signature)

__August 6, 2020__
(Date)



/s/
David J. Novak
United States District Judge

I was given a written reprimand in USA v. Meier Jason Brown, 4:03-CR-1, for impermissibly contacting jurors in a capital post-conviction proceeding, in violation of the Local Rules.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 92CR68 |
| v. ) | **CAPITAL CASE** |
| ) | |
| RICHARD TIPTON, III. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*
## OF GERALD WESLEY KING, JR. AND JEFFREY LYN ERTEL

Pursuant to Local Civil Rule 83.1(D) And Local Criminal Rule 57.4, I, Frederick R. Gerson, a member in good standing of the Bar of this Court and counsel for Mr. Tipton, hereby moves for the admission *pro hac vice* of Gerald Wesley King, Jr. and Jeffrey Lyn Ertel in the above-captioned case. The attorneys seeking admission are an integral part of the legal team representing Mr. Tipton, and the undersigned counsel respectfully requests that the Court grant them the opportunity to appear and be heard in open court as the needs of the case dictate. As required by Local Civil Rule 83.1(D) And Local Criminal Rule 57.4, this motion is supported by the attached Personal Statements of Gerald Wesley King and Jeffrey Lyn Ertel and a Proposed Order.

Respectfully submitted on this, the 4th day of August, 2020.

/s/Frederick R. Gerson
Frederick R. Gerson
VSB #39968

## CERTIFICATE OF SERVICE

I certify that on this, the 4th day of August, 2020, the foregoing document

was served on all parties or their counsel of record though the CM/ECF system and

will be served electronically on the attorney listed below:

Richard Cooke, Esq.
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314

S. David Schiller
Office of the U.S. Attorney
SunTrust Building
919 East Main Street, Suite 1900
Richmond, VA 23219

Thomas Arthur Garnett
US Attorney Office (Richmond)
SunTrust Building
919 East Main Street, Suite 1900
Richmond, VA 23219

This 4th day of August, 2020.

/s/*Frederick R. Gerson*
Frederick R. Gerson
Durrette, Arkema, Gerson & Gill, PC
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com

Counsel for Richard Tipton, III

2