## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

FILED

6 2020

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4**

In Case Number 3:92-cr-00068-DJN-1 , Case Name  USA v. Tipton

Party Represented by Applicant: Richard Tipton

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) Gerald Wesley King, Jr.

Bar Identification Number 140981          State Georgia

Firm Name Federal Defender Program

Firm Phone # 404-688-7530          Direct Dial # 678-539-4342          FAX # 404-688-0768

E-Mail Address Gerald_King@fd.org

Office Mailing Address 101 Marietta Street, NW, Suite 1500, Atlanta, GA 30303

Name(s) of federal court(s) in which I have been admitted NDGA, MDGA, D.C. Circuit, 4th Circuit, 11th Circuit and US Supreme Court

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not _____ a full-time employee of the United States of America, and if so, request exemption from the admission fee. ***

*** Attorney is a court appointed attorney of the Federal Defender Program, Inc.

/s/ Gerald Wesley King, Jr.
_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

| /s/ Frederick R. Gerson | 8/4/2020 |
|---|---|
| (Signature) | (Date) |
| Frederick R Gerson | 39968 |
| (Typed or Printed Name) | (VA Bar Number) |

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted ___✓___

The motion for admission is GRANTED ___✓___ *or* DENIED _____

/s/
_____
David J. Novak
United States District Judge
(Judge's Signature)

August 6, 2020
(Date)

/s/
David J. Novak
United States District Judge