# EXHIBIT  1

Case 3:92-cr-00068-DJN   Document 31-1   Filed 08/13/20   Page 1 of 5 PageID# 1360

JEFFREY LYN ERTEL
SENIOR LITIGATION ATTORNEY
**Federal Defender Program, Inc.**
101 Marietta Street, Suite 1500
Atlanta, GA 30303
(404) 688-7530
jeff_ertel@fd.org

*EMPLOYMENT*

**FEDERAL DEFENDER PROGRAM, INC.,**              **Feb. 2006 -**
                                                **Present**

**Senior Litigation Attorney**

Litigate complex criminal cases including capital trials, capital habeas
corpus cases, and all other Federal criminal trials.  Assist attorneys in their
representation of indigent defendants in Federal court.  Advise other
federal defender attorneys as well as CJA panel attorneys on the current
state of the law and offer assistance with complex issues presented in the
representation of individuals in Federal criminal court.

Staff Attorney                     **Oct. 96 - July 98/April 99 - Feb.2006**

Represented indigent criminal defendants in Federal criminal trials,
appeals and post-conviction proceedings, also represented numerous
capital habeas corpus petitioners in federal and state court, as well as
federal direct appeals in capital cases.   Licensed to Practice in all Georgia
courts, the United States District Court for the Northern District of
Georgia, the Eleventh Circuit Court of Appeals, D.C. Circuit Court of
Appeals,  and the United States Supreme Court.

**GEORGIA RESOURCE CENTER,**                     **July 98 - April 99**

**Interim Executive Director**

Recruited and assisted volunteer attorneys in representing capital post-
conviction  petitioners in federal and state court proceedings.  Also
provided direct representation in capital post-conviction proceedings in
state and federal courts.   Supervised staff of seven lawyers, investigators
and administrative assistant.

**MULTI-COUNTY PUBLIC DEFENDER**

**Staff Attorney**                                                      **Oct. 95- Oct. 96**

Represented indigent capital criminal defendants in pretrial and trial proceedings state-wide.  Consulted with and assisted local counsel appointed to capital cases.

**GEORGIA RESOURCE CENTER**

**Staff Attorney**                                                      **May, 92 - Sep. 95**

Direct representation of death-sentenced inmates in state and federal post-conviction proceedings;  consulted with and assisted volunteer counsel.

## *EDUCATION*

**J.D.,** *Magna Cum Laude*                                              **1992**

STATE UNIVERSITY OF NEW YORK AT BUFFALO, College of Law

**B.S., Criminal Justice, With Honors**                                  **1979**

STATE UNIVERSITY COLLEGE OF NEW YORK AT BUFFALO

## *LITIGATION EXPERIENCE*

Extensive federal trial experience having conducted over thirty five (35) federal criminal trials ranging from DUI to murder. Was lead counsel counsel in five federal capital trial cases, all of which were not designated capital after meeting with the Department of Justice Capital Case panel in Washington, DC (*United States v. Miguel Alvarado, et. al*, *United States v. Ashley Henderson*, *United States v. Alex Romero*, *United States v. Earnest Gibbs,* and *United States v. Pablo Rangel-Rubio, et al*).  Co-Counsel in numerous capital trial cases in the State of Georgia, all of which resulted in life sentences.  Considerable consultation with local attorneys concerning their representation of individual in federal criminal trials and appeals.  Extensive experience consulting with counsel handling capital trial and post-conviction cases; educating trial counsel regarding the capital trial and post-conviction process; and investigating and preparing trial and capital post-conviction claims.  Broad experience in developing and litigating mental health and intellectual disability claims.  Considerable writing experience.  Have argued a number of cases before Eleventh Circuit Court of Appeals, including five capital habeas appeals.

## *TRAINING EXPERIENCE*

## The Habeas Institute

2004 to 2019   *Faculty*

An intensive four day program teaching lawyers how to spot issues, interview witnesses, prepare claims, conduct evidentiary hearings and present oral arguments in capital habeas corpus cases

## Habeas Assistance Training National Habeas Corpus Seminar

2004            *National Developments re: Atkins v. Virginia*

Presented on developing trends in mental retardation litigation in light of *Atkins v. Virginia*

2010            *Challenging Substantive and Procedural Choices in Atkins Litigation*

Presented on ways to challenge both procedural ans substantive issues in litigating mental retardation cases post-*Atkins v. Virginia*

2008 - 2011     *Technology in the Courtroom*

Presented on the efficacy of using technology and the manner in presenting cases using technology in habeas cases

2012            *Presenting an Effective Clemency Case*

2013            *Exposing Bias:* No Longer the Elephant in the Courtroom

Presented on juror/judge misconduct issues litigated in capital post-conviction cases

## Georgia Capital Defender Annual Training Seminar

2014            *Ethical Considerations in Capital Cases*

March 2014      *Presenting a Compelling Mitigation Story to the Prosecution*

2011            *Possible Ramifications of Hill v. Turpin*, *and Stripling v. State*, litigating Georgia's Beyond a Reasonable Doubt Burden of Proof in Mental Retardation Cases

2010            *Faculty Developing Evidence of Trauma*, Bring Your Own Case Training

2008 - 2009    *Negotiating a Plea to Save Your Client's Life*

## Vermont Federal Defender

2011            *Strategies for Litigating Child Pornography, Child Enticement and Human Sex Trafficking Cases*

## Southern Public Defender Training Committee

2011            Faculty for two week intensive training of new public defenders instructing on how to investigate cases, interview witnesses, client relations, and trial skills

## United States District Court, Northern District of Georgia

1999            *The Basics of Habeas Corpus Litigation Post-AEDPA*

## Federal Defender Program, Inc.

1996- 2018    Presented at seminars on various topics including ethics, professionalism, litigation strategies, Supreme Court and Eleventh Circuit overview

## Philadelphia Bring Your Own Case Training

March 2012    *Trauma, Mental Health Issues and Working with Experts*

Sept.  2012    *Negotiating a Plea to Save Your Client's Life*

2013            *Developing and Integrating Mitigation Theme and Theories In Your Case*

Feb. 2014      *Negotiating a Plea to Save Your Client's Life*

2014-2017      *The Ethics of Working With Your Client and Litigating For Resources*