IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

    v.                                                   Criminal No. 3:92cr68 (DJN)

RICHARD TIPTON,
       Defendant.

## ORDER

This matter comes before the Court on Defendant's Motion to Reconsider Denial of Admission *Pro Hac Vice* to Jeffrey L. Ertel (ECF No. 31), moving the Court to reconsider its denial of admission *pro hac vice* to Jeffrey L. Ertel.  On August 4, 2020, Defendant filed a motion for Jeffrey L. Ertel to appear *pro hac vice* in this matter (ECF No. 26).  In an attachment to his motion, Mr. Ertel indicated that he had previously been reprimanded by a court for impermissibly contacting jurors in a capital post-conviction proceeding ("*Brown*"), in violation of that court's local rules.  Mr. Ertel provided no details regarding the context of this violation or the reprimand that he received.  Based on this previous reprimand for a violation local rules in a post-conviction capital case, the Court denied the motion for Mr. Ertel to appear *pro hac vice* in this post-conviction capital case.  (ECF No. 29.)

In moving the Court to reconsider its denial, Defendant has provided additional details relating to this reprimand.  Based on these additional details, the Court will reconsider its previous denial.  Specifically, the court that previously reprimanded Mr. Ertel (the Southern District of Georgia) found his violation negligent rather than willful after a full inquiry conducted by the United States Attorney's Office.  Moreover, Mr. Ertel had filed a motion to

withdraw from the *Brown* action based on the inquiry into his violation of the local rules.[1]

Despite his violation of the local rules, the Southern District of Georgia did not revoke his *pro hac vice* status or grant his motion to withdraw.  Based on these additional facts, the Court hereby GRANTS Defendant's Motion for Reconsideration (ECF No. 31), hereby VACATES its previous Order (ECF No. 29) denying the admission *pro hac vice* of Mr. Ertel and hereby GRANTS the Motion to Appear *Pro Hac Vice* by Jeffrey L. Ertel (ECF No. 26).

Additionally, the Court hereby ORDERS Mr. Ertel to file an affidavit signed under the penalty of perjury attesting to the fact that he has thoroughly read the Local Rules for the United States District Court for the Eastern District of Virginia and that he agrees to comply with all of the local rules.[2]  Failure to file such an affidavit within seven days of the entry of this Order shall result in the revocation of his *pro hac vice* admission.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.



_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated:  August 14, 2020

---

[1]     Mr. Ertel was admitted *pro hac vice* in the *Brown* matter.

[2]     Like in his application here, in applying for admission *pro hac vice* in the *Brown* matter, Mr. Ertel signed a certification stating that "that he has read and is familiar with and will comply with the local rules."  However, he later admitted that he had only skimmed the table of contents of the local civil rules.  Therefore, the Court will require this additional certification.

2