AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| COREY JOHNSON, Movant | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:92CR68, Capital Case |
| UNITED STATES OF AMERICA, Respondent | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COREY JOHNSON                                                                                            .

Date:     August 19, 2020                                            /s/ David E. Carney
                                                                                    *Attorney's signature*

                                                                        David E. Carney, VA Bar # 43914
                                                                            *Printed name and bar number*

                                                                    Skadden, Arps, Slate, Meagher, & Flom LLP
                                                                                1440 New York Avenue, NW
                                                                                    Washington, DC 20005
                                                                                            *Address*

                                                                            david.carney@skadden.com
                                                                                    *E-mail address*

                                                                                    (202) 371-7246
                                                                                *Telephone number*

                                                                                    (202) 661-8295
                                                                                    *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to all parties and counsel included on the Court's Electronic Mail notice list.

Respectfully Submitted,

/s/ David E. Carney
David E. Carney, VA Bar #: 43914
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295
Email: david.carney@skadden.com