## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:92CR68_____, Case Name Corey Johnson v. United States_____

Party Represented by Applicant: Corey Johnson_____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) Donald P. Salzman_____

Bar Identification Number 479775_____ State DC_____

Firm Name Skadden Arps Slate Meagher & Flom LLP_____

Firm Phone # 202-371-7000_____ Direct Dial # 202-371-7983_____ FAX # 202-661-9063_____

E-Mail Address Donald.Salzman@skadden.com_____

Office **Mailing** Address 1440 New York Avenue, N.W., Washington, D.C. 20005_____

Name(s) of federal court(s) in which I have been admitted District of Maryland; United States Court of Appeals for District of Columbia
United States Court of Appeals for the Fourth Circuit; United States Supreme Court

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not __*__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.
_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

| /s/ David E. Carney | August 18, 2020 |
|---|---|
| (Signature) | (Date) |
| David E. Carney | 43914 |
| (Typed or Printed Name) | (VA Bar Number) |

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____          _____
(Judge's Signature)                                                      (Date)

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to all parties and counsel included on the Court's Electronic Mail notice list.

Respectfully Submitted,

/s/ David E. Carney
David E. Carney, VA Bar #: 43914
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295
Email: david.carney@skadden.com