**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
**COREY JOHNSON,**                                          :
                                                            :
        **Movant,**   :
                                                            :
    **vs.**                              :    **Case No. 3:92CR68**
                                                            :    **CAPITAL CASE**
**UNITES STATES OF AMERICA,**                               :
                                                            :
    **Respondent.**                      :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT**
**OF MOTION FOR A RECONSIDERATION OF SENTENCE HEARING PURSUANT**
**TO THE FIRST STEP ACT OF 2018 IN EXCESS OF PAGE LIMITATIONS**

Corey Johnson respectfully moves this Court for leave to file a Memorandum in Support

of a Motion for a Reconsideration of Sentence Hearing Pursuant to the First Step Act of 2018

(hereinafter, "Memorandum") in excess of the page limitations set by Local Criminal Rule 47,

and requests that the Court accept the accompanying Memorandum he has filed electronically on

this date.  Local Criminal Rule 47(F)(3) limits briefs to no more than thirty pages.  Mr. Johnson

respectfully requests permission to exceed that limitation and has filed electronically his

Memorandum of 47 pages.

This is a complex capital case involving multiple convictions, and Mr. Johnson seeks a

reconsideration of his sentence hearing pursuant to the First Step Act on ten of those convictions,

including seven convictions that resulted in sentences of death.  In a capital case, the sentencer

must not be limited in considering any mitigating evidence that militates in favor of a sentence

less than death.  *Lockett v. Ohio*, 438 U.S. 586, 604 (1978); *see also Eddings v. Oklahoma*, 455

U.S. 104, 117 (1982); *Woodson v. North Carolina*, 428 U.S. 280, 304 (1976). Accordingly, in his

Memorandum, Mr. Johnson has described some of the evidence and testimony that he would present at a capital resentencing hearing before a jury, as required by law, with respect to the sentencing factors set forth under 18 U.S.C. § 3553(a) and the statutes that govern capital proceedings.  This evidence is far more extensive evidence than would ordinarily be proffered in a non-capital case.

Undersigned counsel have endeavored to present the factual and legal issues contained in the Memorandum in as concise a manner as possible, while completing a Memorandum in support that meets professional standards of representation.  Counsel hopes that the Memorandum will assist the Court in reviewing the important issues presented.

Accordingly, Mr. Johnson, through undersigned counsel, respectfully requests that this Court grant him leave to file a memorandum in excess of thirty pages and accept the accompanying Memorandum.

Respectfully Submitted,

/s/ David E. Carney
David E. Carney, VA Bar #: 43914
Donald P. Salzman*
Lotus D. Ryan**
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295
Email: david.carney@skadden.com


Alexander C. Drylewski*
Judith A. Flumenbaum*
Skadden, Arps, Slate, Meagher & Flom, LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000


*Pending Application to Qualify as a Foreign Attorney Under Local Criminal Rule 57.4

**Forthcoming Application for Full Admission

*Counsel for Corey Johnson*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to all parties and counsel included on the Court's Electronic Mail notice list.

Respectfully Submitted,

/s/ David E. Carney
David E. Carney, VA Bar #: 43914
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295
Email: david.carney@skadden.com