# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| **COREY JOHNSON,** | : | |
| | : | |
| **Movant,** | : | **Case No. 3:92CR68** |
| | : | **CAPITAL CASE** |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent**. | : | |

## O R D E R

In consideration of the foregoing Motion for Leave to File Memorandum in Support of Motion for a Reconsideration of Sentence Hearing Pursuant to the First Step Act of 2018 in Excess of Page Limitations, there being good cause shown, it is this __ day of _____, 2020 hereby

ORDERED that the Motion for Leave to File Memorandum in Support of Motion for a Reconsideration of Sentence Hearing Pursuant to the First Step Act of 2018 in Excess of Page Limitations is GRANTED; and it is further

ORDERED that the Clerk shall file the Memorandum in Support of Motion for a Reconsideration of Sentence Hearing Pursuant to the First Step Act of 2018 in Excess of Page Limitations.

_____
United States District Court for the
Eastern District of Virginia