**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **COREY JOHNSON,** | **:** | |
| | **:** | |
| **Movant,** | **:** | **Case No. 3:92CR68** |
| | **:** | **CAPITAL CASE** |
| **v.** | **:** | |
| | **:** | |
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **Respondent**. | **:** | |

**O R D E R**

In consideration of the foregoing Motion for Reconsideration of a Sentence Hearing

Pursuant to the First Step Act of 2018, there being good cause shown, it is this __ day of

_____, 2020 hereby

ORDERED that the Motion for a Reconsideration of Sentence Hearing Pursuant to the

First Step Act of 2018 is GRANTED.

_____
United States District Court for the
Eastern District of Virginia