# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**



|  |  |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )<br>)   Criminal Case No. 3:92CR68-02 |
| CORY JOHNSON<br>    a.k.a. "O," a.k.a. "CO" | )<br>)<br>)<br>) |

## SPECIAL FINDINGS

### I.  Statutory Aggravating Factors:

**Category One:**  (21 U.S.C. § 848(n)(1))

WE, THE JURY, FIND as follows:

1A.  That defendant CORY JOHNSON intentionally killed the victim of
the capital crime.

Proven to the jury's unanimous satisfaction,
beyond a reasonable doubt:

As to Peyton Maurice Johnson .........  ___Yes___
                                          (Yes or No)

As to Louis J. Johnson, Jr. ..........  ___Yes___
                                          (Yes or No)

As to Bobby Long .....................  ___Yes___
                                          (Yes or No)

As to Anthony Carter .................  ___Yes___
                                          (Yes or No)

As to Dorothy Mae Armstrong ..........  ___Yes___
                                          (Yes or No)

As to Curtis Thorne ..................  ___Yes___
                                          (Yes or No)

As to Linwood Chiles .................  ___Yes___
                                          (Yes or No)

427a

1B. That defendant CORY JOHNSON intentionally inflicted serious bodily injury which resulted in the death of the victim of the capital crime.

Proven to the jury's unanimous satisfaction,
beyond a reasonable doubt:

As to Peyton Maurice Johnson .........    __Yes__
(Yes or No)

As to Louis J. Johnson, Jr. ..........    __Yes__
(Yes or No)

As to Bobby Long .....................    __Yes__
(Yes or No)

As to Anthony Carter .................    __Yes__
(Yes or No)

As to Dorothy Mae Armstrong ..........    __Yes__
(Yes or No)

As to Curtis Thorne ..................    __Yes__
(Yes or No)

As to Linwood Chiles .................    __Yes__
(Yes or No)

1C. That defendant CORY JOHNSON intentionally engaged in conduct intending that the victim of the capital crime be killed, or that lethal force be employed against the victim, which resulted in the death of the victim.

Proven to the jury's unanimous satisfaction,
beyond a reasonable doubt:

As to Peyton Maurice Johnson .........    __Yes__
(Yes or No)

As to Louis J. Johnson, Jr. ..........    __Yes__
(Yes or No)

As to Bobby Long .....................    __Yes__
(Yes or No)

As to Anthony Carter .................    __Yes__
(Yes or No)

As to Dorothy Mae Armstrong ..........    __Yes__
(Yes or No)

As to Curtis Thorne ..................    __Yes__
(Yes or No)

As to Linwood Chiles .................    __Yes__
(Yes or No)

2

428a

1D.   That defendant CORY JOHNSON intentionally engaged in conduct which defendant JOHNSON knew would create a grave risk of death to a person, other than one of the participants in the offense, and that such conduct resulted in the death of the victim of the capital crime.

Proven to the jury's unanimous satisfaction,
      beyond a reasonable doubt:

As to Peyton Maurice Johnson .........   ___Yes___
                                         (Yes or No)

As to Louis J. Johnson, Jr. ..........   ___Yes___
                                         (Yes or No)

As to Bobby Long .....................   ___Yes___
                                         (Yes or No)

As to Anthony Carter .................   ___Yes___
                                         (Yes or No)

As to Dorothy Mae Armstrong ..........   ___Yes___
                                         (Yes or No)

As to Curtis Thorne ..................   ___Yes___
                                         (Yes or No)

As to Linwood Chiles .................   ___Yes___
                                         (Yes or No)

Jurors:   At this point, review your findings on the Category One aggravating factors as to each individual victim.  Each victim represents a separate capital crime.  If, as to any victim, you have not found one of the Category One aggravating factors proven to your unanimous satisfaction, beyond a reasonable doubt, you must now complete Section A of the Decision Form for defendant CORY JOHNSON that relates to that victim.

          If, as to one or more victims, you have found a Category One aggravating factor proven to your unanimous satisfaction, continue to the Category Two factors on the following page.

3

**429a**

**Category Two**:    (21 U.S.C. §§ 848(n)(2)-(12))


WE, THE JURY, find as follows:


2A.   That defendant CORY JOHNSON committed the killing of the victim of the capital crime after substantial planning and premeditation.

Proven to the jury's unanimous satisfaction,
    beyond a reasonable doubt:

As to Peyton Maurice Johnson ......... __Yes__
                                        (Yes or No)

As to Louis J. Johnson, Jr. .......... __Yes__
                                        (Yes or No)

As to Bobby Long ..................... __Yes__
                                        (Yes or No)

As to Anthony Carter ................. __Yes__
                                        (Yes or No)

As to Dorothy Mae Armstrong .......... __Yes__
                                        (Yes or No)

As to Curtis Thorne .................. __Yes__
                                        (Yes or No)

As to Linwood Chiles ................. __Yes__
                                        (Yes or No)


2B.   That, in the commission of the capital crime, defendant CORY JOHNSON knowingly created a grave risk of death to one or more persons in addition to the victim of the capital crime.

Proven to the jury's unanimous satisfaction,
    beyond a reasonable doubt:

As to Curtis Thorne .................. __Yes__
                                        (Yes or No)

As to Linwood Chiles ................. __Yes__
                                        (Yes or No)


4


430a

Jurors:    At this point, again review your findings as to each individual victim.  If, as to any victim, you now have not found proven, to your unanimous satisfaction, both one of the Category One factors <u>and</u> one of the Category Two factors, you must complete Section A of the Decision Form for defendant CORY JOHNSON that relates to that victim, if you have not already done so.

If, however, you have found both a Category One factor and a Category Two factor proven to your unanimous satisfaction as to one or more victims (i.e., one or more capital crimes), continue your deliberations with regard to those particular capital crimes by proceeding to the section on the next page dealing with nonstatutory aggravating factors.

5

**431a**

## II.  Nonstatutory Aggravating Factors:

WE, THE JURY, FIND as follows:

1. That defendant CORY JOHNSON committed multiple murders.

   Proven to the jury's unanimous satisfaction,
         beyond a reasonable doubt:

   _____Yes_____
   (Yes or No)

2. That defendant CORY JOHNSON has a substantial criminal history.

   Proven to the jury's unanimous satisfaction,
         beyond a reasonable doubt:

   _____Yes_____
   (Yes or No)

3. That defendant CORY JOHNSON seriously wounded two individuals in the course of committing the CCE murders for which he has been convicted.

   Proven to the jury's unanimous satisfaction,
         beyond a reasonable doubt:

   _____Yes_____
   (Yes or No)

4. That defendant CORY JOHNSON was knowingly and willfully a member of a conspiracy which had as one of its goals the murder of individuals other than those for which the defendant was charged.

   Proven to the jury's unanimous satisfaction,
         beyond a reasonable doubt:

   _____Yes_____
   (Yes or No)

Jurors: Regardless of your findings as to these nonstatutory aggravating factors, proceed to the next section concerning mitigating factors.

6

**432a**

### III.  Mitigating Factors:

WE, THE JURY, FIND as follows:

Jurors:    Consideration of the following mitigating factors is specifically provided for by statute.

1.  That defendant CORY JOHNSON's capacity to appreciate the wrongfulness of his conduct or to conform his conduct to the requirements of law was significantly impaired, regardless of whether the capacity was so impaired as to constitute a defense to the charge(s).

    Number of jurors who so find,
    by a preponderance of the evidence:
    (Number)

2.  That defendant CORY JOHNSON is punishable as a principal (as defined in section 2 of Title 18 of the United States Code) in the offense(s), which was (were) committed by another, but defendant CORY JOHNSON's participation was relatively minor, regardless of whether the participation was so minor as to constitute a defense to the charge(s).

    Number of jurors who so find,
    by a preponderance of the evidence:
    (Number)

3.  That defendant CORY JOHNSON could not reasonably have foreseen that his conduct in the course of the commission of the murder(s) would cause, or would create a grave risk of causing, death to any person.

    Number of jurors who so find,
    by a preponderance of the evidence:
    (Number)

4.  That defendant CORY JOHNSON was youthful, although not under the age of 18.

    Number of jurors who so find,
    by a preponderance of the evidence:
    (Number)

7

**433a**

5.  That defendant CORY JOHNSON did not have a significant prior criminal record.

    Number of jurors who so find,
    by a preponderance of the evidence:     _____9_____
                                              (Number)

6.  That defendant CORY JOHNSON committed the offense(s) under severe mental or emotional disturbance.

    Number of jurors who so find,
    by a preponderance of the evidence:     _____∅_____
                                              (Number)

7.  That another defendant or defendants, equally culpable in the crime(s), will not be punished by death.

    Number of jurors who so find,
    by a preponderance of the evidence:     _____12_____
                                              (Number)

8.  That the victim(s) consented to the criminal conduct that resulted in his (her) (their) deaths.

    Number of jurors who so find,
    by a preponderance of the evidence:     _____12_____
                                              (Number)

9.  That the following other factors in the defendant's background or character mitigate against imposition of a death sentence:

    Jurors:  The following are nonstatutory mitigating factors.

a)  That defendant CORY JOHNSON was subjected to emotional and physical abuse, abandonment and neglect as a child, and was deprived of the parental guidance and protection that he needed.

    Number of jurors who so find,
    by a preponderance of the evidence:     _____12_____
                                              (Number)

b)  That defendant CORY JOHNSON suffers from neurological impairments which were identified and which were not adequately treated or addressed when he was a child or adolescent.

    Number of jurors who so find,
    by a preponderance of the evidence:     _____12_____
                                              (Number)

8

434a

c) That defendant CORY JOHNSON suffers from brain dysfunction which has gravely impaired his ability to function in the absence of strong support or guidance.

Number of jurors who so find,
by a preponderance of the evidence: _____8_____
(Number)

d) That defendant CORY JOHNSON was introduced to addictive drugs and alcohol while still a child.

Number of jurors who so find,
by a preponderance of the evidence: _____12_____
(Number)

e) That defendant CORY JOHNSON has responded well to structured environments, and would likely make a reasonable adaptation to prison if he were sentenced to life imprisonment.

Number of jurors who so find,
by a preponderance of the evidence: _____7_____
(Number)

f) That defendant CORY JOHNSON's full scale I.Q. is 77.

Number of jurors who so find,
by a preponderance of the evidence: _____8_____
(Number)

g) That defendant CORY JOHNSON grew up in an impoverished and violent environment, and was exposed to extreme violence as a child and throughout his life.

Number of jurors who so find,
by a preponderance of the evidence: _____12_____
(Number)

h) That defendant CORY JOHNSON suffers from an extremely severe learning disability which impairs his ability to use good judgment to control his behavior, and to understand and foresee the consequences of his actions.

Number of jurors who so find,
by a preponderance of the evidence: _____0_____
(Number)

9

**435a**

i)   That defendant CORY JOHNSON suffers from a neurological impairment (brain damage) that impairs his ability to exercise good judgment, to control his behavior and to understand and foresee the consequences of his actions.

Number of jurors who so find,
by a preponderance of the evidence:      ___2___
                                            (Number)

j)   That defendant CORY JOHNSON was brought up in an extremely unstable, abusive and neglectful family.

Number of jurors who so find,
by a preponderance of the evidence:      __12___
                                            (Number)

k)   That defendant CORY JOHNSON's severe learning disability affected his intelligence, his speech, and his ability to read, write and learn.  Those limitations impaired his ability to exercise good judgment and to control his behavior.

Number of jurors who so find,
by a preponderance of the evidence:      ___5___
                                            (Number)

l)   That defendant CORY JOHNSON had no parental involvement or support from or by his father.

Number of jurors who so find,
by a preponderance of the evidence:      __12___
                                            (Number)

m)   That defendant CORY JOHNSON, if not sentenced to death, will be sentenced to life in prison without any possibility of parole.

Number of jurors who so find,
by a preponderance of the evidence:      __12___
                                            (Number)

Jurors:   If any juror or jurors find(s) that a mitigating factor not listed above has been proven to exist by a preponderance of the evidence, please identify that mitigating factor on the following page, together with the number of jurors who so find.  Remember, however, that you need not be able to articulate a mitigating factor with specificity to consider it in your deliberations.

10

**436a**

If additional space is needed, use the back of this page.

Factor: ~~The~~ The defendants eagerness to be accepted by ~~the~~ others ~~so~~ he was easily manipulated.
Number of jurors who so find,
by a preponderance of the evidence:  _____11_____
(Number)

Factor: That the defendant's severe Leaning Disability, based on neurological impairment (brain damage) could impair his ability to exercise good judgem.
Number of jurors who so find,
by a preponderance of the evidence:  _____12_____
(Number)

Factor: _____

_____

Number of jurors who so find,
by a preponderance of the evidence:  _____
(Number)

Factor: _____

_____

Number of jurors who so find,
by a preponderance of the evidence:  _____
(Number)

Jurors:    You have completed the Special Findings as to defendant CORY JOHNSON, and must now begin the process of weighing the aggravating and mitigating factors to determine if the death penalty is justified as to each capital crime for which this defendant has been convicted. Remember, you are now considering only those capital crimes for which you have not already completed Section A of the Decision Form. Upon completing your deliberations as to the remaining capital crimes charged to this defendant, complete Section B, C or D of the Decision Form for each crime as appropriate.

11

**437a**

The date and your foreperson's signature should appear below, certifying that these are your Special Findings as to defendant CORY JOHNSON.


_____          _____
FOREPERSON'S SIGNATURE                     2/15/93
                                           DATE

12

**438a**