# EXHIBIT 5

| DSS-3402 (3/81) NYC | CASE NAME | | CHILD'S NAME | | Date of Birth |
|---|---|---|---|---|---|
| **VISITATION PLAN** | Emma Lee Johnson | | Corey Johnson | | |
| | COMPLETED BY | DATE | SSC NUMBER: | | |
| | Gloria Caro | 5/21/82 | 4766716-28 | | |
| | AGENCY/DISTRICT | | LOCAL DISTRICT/AGENCY USE | | |
| | JCCA/PCS | | | | |

- Complete a Visitation Plan for each child placed or to be placed in foster care.
- Complete according to the time requirements for the Initial Service Plan and revise at each Service Plan Review.

| PERMANENCY GOAL | ANT. COMP. DATE |
|---|---|
| Return to parent. | 8/83 |

**1. VISITATION SINCE LAST PLAN (If child has been in placement).**

| DATE | LOCATION | PARTICIPANTS | DATE | LOCATION | PARTICIPANTS |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | PLEASE SEE CALENDAR OF CONTACTS | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**2. DESCRIBE QUALITY OF VISITS,** highlighting positive and negative factors. If family is not meeting visitation goals, explain reasons and efforts to encourage visiting.

Child has visited once since entering Pleasantville Cottage School on May 7 to May 9, 1982.

Mother states that Corey can only visit maternal grandfather's home because of her own highly problematic living situation. She states that the man she lives with is drug addicted and involved in a drug scene which would be detrimental to Corey.

**3. PLAN FOR VISITATION IN NEXT PERIOD.** Include name of participants, frequency and location. Explain any changes in visitation plan.

Corey will visit mother according to our visiting calendar twice a month. Visits will take place at maternal grandfather's, Mr. Lou Johnson, 727 Schneider Avenue, Brooklyn.

He has lived with his grandfather on and off during difficulties at home. Mother states grandfather is functioning well and that she will spend time with Corey there.

*(Use reverse if additional space is required)*

DSS-3403-F (3/81) NYC

**GOAL AND OBJECTIVE REVIEW FAMILY**

| | |
|---|---|
| ☒ **90 Days** | ☒ **6 Months** |
| ☐ Change in Program Status | |

| CASE NAME | | LOCAL DISTRICT/AGENCY USE |
|---|---|---|
| Emma Lee Johnson | | |
| COMPLETED BY | DATE | |
| Gloria Caro | 5/21/82 | |
| AGENCY/DISTRICT | | |
| JCCA/PCS | | |

Complete a Family Goal and Objective Review for the family of each child receiving foster care, preventive services for children, adoption or Child Protective Services at the time of the Service Plan Review. Service Plan Reviews occur as follows:

- 1st Service Plan Review 60 days from establishment of the Initial Service Plan.
- 2nd Service Plan Review 6 months from application for service for non-placement Child Protective Service case, 6 month from an indicated case determination.
- Subsequent Service Plan Reviews every 6 months thereafter.
- Change in Service Status - Prior to the status change.

LIST DATE, PLACE AND PARTICIPANTS FOR ALL FACE-TO-FACE CONTACTS WITH NATURAL FAMILY DURING REVIEW PERIOD. State Client's response to contacts with case planner, If unsatisfactory, state efforts to further involve family.

We met with ;Mrs. Johnson on Corey's admission date and on May 4, 1982. She cancelled on May 18, 1982. Mrs. Johnson appears to be cooperative. States she wishes to keep appointments in the office not in home. She is a chronically depressed and dependent woman who is currently overwhelmed by being unable to extricate herself from a relationship with a drug addicted man. She has incurred many debts and now works two jobs, finding little time to visit her children. She has a younger son, Robert, age 11, who is in placement at Children's Village.

---

| Goal No. | Objective No. | |
|---|---|---|
| 1 | | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
| **CCRS CODES** | | |
| Client Coal | | |
| OBJ. | OBJ. | OBJ. |
| Serv. | Serv. | Serv. |

Goal:  Mrs. Johnson will work at making decisions in her relationship with Mr. Kraeger to be less destructive or to extricate herself from it.

Mrs. Johnson has stated that her relationship with Mr. Kraeger is destructiv to her and her children. She states Corey cannot visit her in her home because he is drug addicted, part of the drug scene and at times violent, she takes little responsibility herself. Casework service will explore referral for individual treatment.

---

| Goal No. | Objective No. | |
|---|---|---|
| 2 | | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
| **CCRS CODES** | | |
| Client Goal | | |
| OBJ. | OBJ. | OBJ. |
| Serv. | Serv. | Serv. |

Goal:  Mrs. Johnson will be consistent in her contact with Corey.

Mrs. Johnson states she now works at two jobs, has little time to visit PCS, but will allow home visits to her father. It is early in our contact. However, Mrs. Johnson has placed many obstacles to visiting Corey. Worker will offer flexible schedule and transportation and funds to cover cost of visits.

Page

| | |
|---|---|
| DSS-3403-F(3/81) NYC **GOAL AND OBJECTIVE REVIEW FAMILY** | CASE NAME. Emma Lee Johnson |

| COMPLETED BY | DATE | LOCAL DISTRICT/AGENCY USE |
|---|---|---|
| Gloria Caro | 5/21/82 | |

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| 3 | | |

**CCRS CODES**

| Client Goal | | |
|---|---|---|
| OBJ. | OBJ. | OBJ. |
| | | |
| Serv. | Serv. | Serv. |
| | | |

Goal:  Mrs. Johnson will understand importance of having regular contact with Corey.

She has parcelled out responsibility for each of her children.  Robert, Corey's brother, visits his own father.  Corey is to visit grandfather. Casework contact will establish whether Mrs. Johnson can be more available to her children.

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| | | |

**CCRS CODES**

| Client Goal | | |
|---|---|---|
| OBJ. | OBJ. | OBJ. |
| | | |
| Serv. | Serv. | Serv. |
| | | |

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| | | |

**CCRS CODES**

| Client Goal | | |
|---|---|---|
| OBJ. | OBJ. | OBJ. |
| | | |
| Serv. | Serv. | Serv. |
| | | |

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| | | |

**CCRS CODES**

| Client Goal | | |
|---|---|---|
| OBJ. | OBJ. | OBJ. |
| | | |
| Serv. | Serv. | Serv. |
| | | |

DSS-3403-C (3/81) NYC

**GOAL AND OBJECTIVE REVIEW CHILD**

☒ 90 Days  ☒ 6 Months  ☐ Change in Program Status

| CASE NAME | | CHILD'S NAME | Date of Birth |
|---|---|---|---|
| Emma Lee Johnson | | Corey Johnson | ▮▮▮▮ |
| COMPLETED BY | DATE | SSC NUMBER: | |
| Gloria Caro | 5/21/82 | 4766716-28 | |
| AGENCY/DISTRICT | | LOCAL DISTRICT/AGENCY USE | |
| JCCA/PCS | | | |

Complete a Child Goal and Objective Review for each child receiving foster care, preventive services for children, adoption or Child Protective Service at the time of the Service Plan Review. Service Plan Reviews occur as follows:
- 1st Service Plan Review - 60 days from establishment of the Initial Service Plan.
- 2nd Service Plan Review - 6 months from application for services or from an indicated case determination for non-placement Child Protective Service cases.
- Subsequent Service Plan Reviews - every 6 months thereafter.
- Change in Service Status - prior to the status change.

**PERMANENCY GOAL PROGRESS REPORT**  Describe the effect progress in the achievement of the family's and child's goals and objectives has had on the accomplishment of this child's permanency goal.

| | YES | NO |
|---|---|---|
| PERMANENCY GOAL CHANGED | | X |

Child will return to mother.  Caseworker will explore Mrs. Johnson's ability to offer consistent care and take responsibility for Corey.  At our Diagnostic Center Mrs. Johnson was believed to be overwhelmed by her problems and unavailable to Corey emotionally at this time.  Corey's problems of severe learning deficiencies, truancy and depressed affect would be aided by institutional care with an on-grounds school until his mother is able to take better hold of her life.

For child in foster boarding home or agency operated boarding home, list date, place and participants for all face-to-face contacts between child and caseworker during review period.

Corey is seen once a week for casework services.

| Goal No. | Objective No. | Include services given and client's response to services, client progress towards meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| 1 | | Goal: Corey will attend school every day and will improve academic functioning. |

CCRS CODES

| Client Goal | | |
|---|---|---|
| OBJ. | OBJ. | OBJ. |
| | | |
| Serv. | Serv. | Serv. |
| | | |

Corey is a 13 year old boy who is reading on a 2nd grade level and has severe learning deficiencies and some organic impairment.  He will attend our on-grounds special school in a class of 8 children and receive special remediation in reading and math.  Class attendance will be monitored. Close communication between school and cottage is maintained.

Page 2

| DSS-3403-C (3/81) NYC | CASE NAME. | | LOCAL DISTRICT/AGENCY USE |
| --- | --- | --- | --- |
| GOAL AND OBJECTIVE REVIEW CHILD | Emma Lee Johnson | | |
| | COMPLETED BY Gloria Caro | DATE 5/21/82 | |

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
| --- | --- | --- |
| 2 | | **Goal:** Corey will feel safe at Cottage School. |
| CCRS CODES | | |
| Client Goal | | Corey has had a chaotic home life for the past four years. He is slow to understand things. Cottage staff will make special effort to acclimate him to routine and provide a predictable environment for him. |
| OBJ. OBJ. OBJ. | | |
| Serv. Serv. Serv. | | |

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
| --- | --- | --- |
| 3 | | **Goal:** Corey will discuss and come to understand his family history. |
| CCRS CODES | | |
| Client Goal | | Corey is confused about relationships in his family since he was recently told that his brother's father was not his. |
| OBJ. OBJ. OBJ. | | |
| Serv. Serv. Serv. | | Joint casework discussion with mother to help clarify these issues. |

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
| --- | --- | --- |
| 4 | | **Goal:** Corey will understand his reasons for placement. |
| CCRS CODES | | |
| Client Goal | | Corey believes he was bad and does not fully understand his mother's inability to cope with the many complicated aspects of her life. |
| OBJ. OBJ. OBJ. | | |
| Serv. Serv. Serv. | | Casework after Corey has developed some beginnings of a relationship will help him clarify these issues. |

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
| --- | --- | --- |
| | | |
| CCRS CODES | | |
| Client Goal | | |
| OBJ. OBJ. OBJ. | | |
| Serv. Serv. Serv. | | |

| COMPREHENSIVE SERVICE PLAN FAMILY | CASE NAME Emma Lee Johnson | | LOCAL DISTRICT/AGENCY USE |
|---|---|---|---|
| | COMPLETED BY Gloria Caro | DATE 5/21/82 | |
| ☒ 90 Days  ☒ 6 Months  ☐ Change in Program Status | AGENCY/DISTRICT JCCA/PCS | | |

| CCRS CODE | Goal No. | GOAL | ANT. COMP. DATE 10/( |
|---|---|---|---|
| | 1 | Mrs. Johnson will work at making decisions in her relationship with Mr. Kraeg | |

| OBJECTIVE/CLIENT TASK | | METHOD/SERVICE TASK | |
|---|---|---|---|
| CCRS CODE / Obj. No. | | CCRS CODE | |
| A | Mrs. Johnson will consider individual treatment to help resolve relationship conflicts. | | Caseworker will offer referral for individual treatment. |
| CCRS CODE / Obj. No. | | CCRS CODE | |
| CCRS CODE / Obj. No. | | CCRS CODE | |

| CCRS CODE | Goal No. | GOAL | ANT. COMP. DATE 10/82 |
|---|---|---|---|
| | 2 | Mrs. Johnson will be consistent in her contact with Corey. | |

| OBJECTIVE/CLIENT TASK | | METHOD/SERVICE TASK | |
|---|---|---|---|
| CCRS CODE / Obj. No. | | CCRS CODE | |
| A | Mrs. Johnson will plan specific times she can see Corey. | | Caseworker will help her arrange visits to suit her work schedule. |
| CCRS CODE / Obj. No. | | CCRS CODE | |
| B | Mrs. Johnson will be available when Corey visits his grandfather. | | Casework discussion with mother. |
| CCRS CODE / Obj. No. | | CCRS CODE | |

| DSS-3404-F (3/81) NYC | CASE NAME | | LOCAL DISTRICT/AGENCY USE | Pa |
|---|---|---|---|---|
| **X COMPREHENSIVE SERVICE PLAN FAMILY** | Emma Lee Johnson | | | |
| | COMPLETED BY | DATE | | |
| | Gloria Caro | 5/21/82 | | |

| CCRS CODE | Goal No. | GOAL | ANT. COMP. DATE 9/8 |
|---|---|---|---|
| | 3 | Mrs. Johnson will understand importance of having regular contact with Corey. | |

| OBJECTIVE/CLIENT TASK | | METHOD/SERVICE TASK | |
|---|---|---|---|
| **CCRS CODE** / **Goal No.** | | **CCRS CODE** | |
| **CCRS CODE** / **Goal No.** | | **CCRS CODE** | |
| **CCRS CODE** / **Goal No.** | | **CCRS CODE** | |

**DESCRIBE THE FAMILY'S AND CHILD(REN)'S PARTICIPATION IN FORMULATING THE SERVICE PLAN AND, IF APPLICABLE, THE VISITATION PLAN**

Corey and Mrs. Johnson have participated in formulating service plan and visiting in a joint interview.

**AGENCY CONTACT PLAN WITH NATURAL PARENTS.** Include frequency and location of planned interviews.

We shall see Mrs. Johnson at our New York City office. She states she is working at two jobs and feels home visits in her home would not be feasible.

**CLIENT CONCURRENCE (Optional)**

I understand that all information pertaining to my case, including this Plan for Service developed by my worker and me. is confidential.

I have been informed of the procedures by which I may express and seek remedy for any dissatisfaction, including the opportunity for an Administrative Review and Fair Hearing.

My worker and I will review this Plan for Services on a regular basis to evaluate my progress toward my goal.

I have jointly developed this Plan for Service with my caseworker and understand its content and purpose.

Goals and objective review and formulation of comprehensive service plan for family and child took place at treatment conference in which the unit administrator, psychiatrist, psychologist, child care workers, and school representative participated.

| SIGNATURE OF CLIENT, Parent or Guardian | DATE | LOCAL DSS/SSC SIGNATURE | DATE |
|---|---|---|---|
| X | | X | |
| CASE PLANNER'S SIGNATURE | DATE | SUPERVISOR'S SIGNATURE | DATE |
| X _Gloria Caro_ | 5/24/82 | X _Bonnie Ford_ | / / |

| DSS-3404-C (3/81) NYC | CASE NAME | CHILD'S NAME | Date of Birth |
|---|---|---|---|
| **COMPREHENSIVE SERVICE PLAN CHILD** | Emma Lee Johnson | Corey Johnson | ▮ |
| XX 90 Days   XX 6 Months  ⬜ Change in Program Status | COMPLETED BY Gloria Caro | DATE 5/21/82 | SSC NUMBER: 4766716-28 |
| | AGENCY/DISTRICT JCCA/PCS | | LOCAL DISTRICT/AGENCY USE |

| CCRS CODE | PERMANENCY GOAL | ANT. COMP. DATE 8/83 |
|---|---|---|
| | Return to parent. | |

| CCRS CODE | GOAL NO. | GOAL | ANT. COMP. DATE 10/82 |
|---|---|---|---|
| | 1 | Corey will attend school every day and improve academic functioning. | |

| | OBJECTIVE/CLIENT TASK | | METHOD/SERVICE TASK |
|---|---|---|---|
| CCRS CODE / OBJ. NO. A | Corey will not wander out of class. | CCRS CODE | Close monitoring will be maintained between on-grounds school and cottage. |
| CCRS CODE / OBJ. NO. B | Corey will improve reading level. | CCRS CODE | Corey reads on 2nd grade level. One-to-one remediation will be provided at our on-grounds school. |
| CCRS CODE / OBJ. NO. | | CCRS CODE | |

| CCRS CODE | GOAL NO. | | ANT. COMP. DATE 10/82 |
|---|---|---|---|
| | 2 | Corey will feel safe at Cottage School. | |

| | OBJECTIVE/CLIENT TASK | | METHOD/SERVICE TASK |
|---|---|---|---|
| CCRS CODE / OBJ. NO. A | Corey will come to understand that he will be cared for. | CCRS CODE | Corey has had a very unstable life. Cottage staff will acclimate him to structured routine. |
| CCRS CODE / OBJ. NO. | | CCRS CODE | |
| CCRS CODE / OBJ. NO. | | CCRS CODE | |

Page 2

| DSS-3404-C (3/81) NYC COMPREHENSIVE SERVICE PLAN CHILD | CASE NAME Emma Lee Johnson | | | CHILD'S NAME Corey Johnson | Date of Birth |
|---|---|---|---|---|---|
| | COMPLETED BY Gloria Caro | | DATE 5/21/82 | SSC NUMBER: 4766716-28 | |

| CCRS CODE | Goal No. | GOAL | | | ANT. COMP. DATE 10/82 |
|---|---|---|---|---|---|
| | 3 | Corey will discuss and understand family relationships. | | | |

| | OBJECTIVE/CLIENT TASK | | METHOD/SERVICE TASK |
|---|---|---|---|

| CCRS CODE | Goal No. | | CCRS CODE | |
|---|---|---|---|---|
| | A | Corey will discuss his family. | | Casework sessions with Corey and mother will be directed toward clarifying family relationships. |
| | B | Corey will understand reasons for placement. | | Joint casework sessions with mother and Corey to discuss why he cannot visit or remain at home. |
| | | | | |

**DESCRIBE THE FAMILY'S AND CHILD(REN)'S PARTICIPATION IN FORMULATING THE SERVICE PLAN AND, IF APPLICABLE, THE VISITATION PLAN.**

Mrs. Johnson and Corey were seen together and to formulate service plan and visiting.

**BRIEFLY DESCRIBE ANY COURT INVOLVEMENT** in this case and indicate services which are being provided pursuant to a remand or court order.

N/A

**For Child in Foster Boarding Home or Agency Operated Boarding Home, DESCRIBE THE AGENCY PLAN OF CONTACT BETWEEN THE CASE-WORKER AND CHILD IN NEXT PERIOD. INCLUDE FREQUENCY AND LOCATION.**

Goals and objective review and formulation of comprehensive service plan for family and child took place at treatment conference in which the unit administrator, psychiatrist, psychologist, child care workers, and school representative participated.

**CLIENT CONCURRENCE (Optional)**

I understand that all information pertaining to my case, including this Plan for Service developed by my worker and me, is confidential.

I have been informed of the procedures by which I may express and seek remedy for any dissatisfaction, including the opportunity for an Administrative Review and Fair Hearing.

My worker and I will review this Plan for Services on a regular basis to evaluate my progress toward my goal.

I have jointly developed this Plan for Service with my caseworker and understand its content and purpose.

| SIGNATURE OF CLIENT, Parent or Guardian | DATE | LOCAL DSS/SSC SIGNATURE | DATE |
|---|---|---|---|
| X | | X | |
| CASE PLANNER'S SIGNATURE X Gloria Caro | DATE 5/24/82 | SUPERVISOR'S SIGNATURE X Bernice Peek | DATE 5/24/8 |

| DSS-3407-S(3/81)NYC | CASE NAME | | LOCAL DISTRICT/AGENCY USE |
|---|---|---|---|
| | Emma Lee Johnson | | |
| **REASSESSMENT SUMMARY** | COMPLETED BY<br>Gloria Caro | DATE<br>5/21/82 | |
| | AGENCY/DISTRICT<br>JCCA/PCS | | |

4 / 26 / 82    DATE FAMILY BEGAN TO RECEIVE SERVICES FROM YOUR AGENCY

| Yes | No | |
|---|---|---|
| X | | A. This Reassessment Summary is being completed as part of a Service Plan Review. |

UPDATE changes, that have occurred since the last assessment summary, by answering each checklist item. The items on the checklist correspond to sections 1 through 8 of this form.

| Yes | No | |
|---|---|---|
| ☐ | ☒ | Has there been a change in the level of risk to the child if he/she returns home or remains at home? (If yes complete question 1.) |
| ☐ | ☒ | Has there been a change in the family's ability to benefit from the provision of preventive services? (If yes complete question 2.) |
| ☐ | ☒ | Has there been a change in service needs? ( If yes complete question 3.) |
| ☐ | ☒ | Has there been a change in program choice? (If yes complete Sect. B & questions 1 - 8.) |
| ☐ | ☒ | Has there been a change in the factors justifying placement and or preventive services? (If yes complete question 5. |
| ☒ | ☐ | Has there been a change in the child's location? (If yes complete question 6. |
| ☐ | ☒ | Has this child been transfered to a more restrictive placement? (If yes complete Sect. B & questions 1 - 8.) |
| ☐ | ☐ | Has this child been in placement for 18 months or more and his/her permanency goal is return to home? (If yes complete question 8.) |

| Yes | No | |
|---|---|---|
| | | B. This Reassessment Summary is being completed as the result of a PROGRAM STATUS change and requires the completion of the checklist below. For any change indicated in Section B, complete sections 1 through 8 of this form. |

☐ Case Closing                                       ☐ Change in Permanency Goal

☐ Change in Level of Foster Care

☒ Change in Program choice

- Preventive Non-mandated
- Preventive Mandated
- Placement/Preventive Mandated
- Placement/Preventive Non-mandated
- Placement
- Child Protective Non-placement

☒ Movement Between Agencies or District    Transfer from PDC to PCS.

1. CONSIDERING IDENTIFIED PROBLEMS AND ASSETS, EVALUATE THE RISK TO THE CHILD IF SHE/HE RETURNS HOME, OR REMAINS AT HOME. Evaluate the areas of parental functioning or child's behavior which limit the family's ability to provide a safe and supportive environment for the child. According to mother, Mr. Kraeger, with whom she lives, is a violent, drug addicted man. Corey is at risk were he to return home. Mother feels unable to extricate or change the quality of her relationship at this time.

2. ASSESS THE FAMILY'S ABILITY TO BENEFIT FROM THE PROVISION OF FAMILY SUPPORT SERVICES AND TO MAINTAIN THE CHILD IN THE HOME. Support services at this time would not lessen risk to child. Child needs closely structured setting with on-grounds school to assure school attendance.

DSS-3407-S(3/81) NYC

**REASSESSMENT SUMMARY**

Pa

| CASE NAME | | |
|---|---|---|
| Emma Lee Johnson | | LOCAL DISTRICT/AGENCY USE |
| COMPLETED BY | DATE | |
| Gloria Caro | 5/21/82 | |

**3. Complete the following service needs information:**

| A. NAME OF PERSON(S) NEEDING SERVICE | B. CCRS CODE | SERVICE NEEDS | C. CCRS CODE | AVAILABLE/ ACCEPTED* | D. PRIMARY/SECONDARY SERVICE NEED CCRS COD |
|---|---|---|---|---|---|
| Corey Johnson | 12 | Special Ed | C | Provided | |
| | 11 | Ed. Testing | C | Provided | |
| | 9 | Remedial Ed | C | Provided | |
| | 14 | Recreation | C | Provided | |
| | 24 | Medical/Dental | C | Provided | |
| | 30 | Casework Counseling | C | Provided | |
| | 29 | Psych/Psychological | C | Provided | |
| | 42 | Institution | C | Provided | |
| Mrs. Johnson | 30 | Casework Counseling | C | Provided | |
| Corey | | Family Planning | | Planned | |
| | | | | | |
| | | | | | |
| | | | | | |

* A. NOT AVAILABLE · The required service is currently not being delivered to other clients in your service community.
  B. REFUSED · the client has not agreed to participate in the needed service.
  C. PLANNED · provision of the needed service is being planned; specific arrangements are being made or services are currently being provided.
  D. PLANNED, AWAITING OPENING · the needed service is available, but currently there are no openings for this client.

**4.** Based on the assessment of Problems, Assets and Service Needs, indicate which of the following Program Choices is most appropriate for the child-(ren) in this case.

| | Program Choice CCRS code | NAME OF CHILD IN NEED OF SERVICE |
|---|---|---|
| | E | Corey Johnson |

A. PREVENTIVE SERVICES (non-mandated): Preventive Services are needed by this child and family. In their absence out-of-home placement would NOT be necessary within the next 60 days. Placement may be necessary for the child in the future.

B. PREVENTIVE SERVICES (mandated): Preventive Services are needed by this child and family. In their absence out-of-home placement would be necessary for the child within the next 60 days.

C. PLACEMENT/PREVENTIVE (mandated): This child is currently in placement. The provision of preventive services will enable him or her to return home within the next 90 days.

D. PLACEMENT/PREVENTIVE (non-mandated): This child is currently in placement. Preventive Services are also needed. However, these services will NOT enable the client to return home within the next 90 days.

E. PLACEMENT SERVICES: Out-of-home placement is needed for this child within the next 60 days. Also include children surrendered for adoption.

F. CHILD PROTECTIVE SERVICES (non-placement): Community based services are needed which are not preventive in nature.

DSS-3407-3(3/81) NYC

## REASSESSMENT SUMMARY

| CASE NAME | | LOCAL DISTRICT/AGENCY USE |
|---|---|---|
| Emma Lee Johnson | | |
| COMPLETED BY | DATE | |
| Gloria Caro | 5/21/82 | |

5. For each child whose program choice is Preventive Services (mandated), Placement/Preventive (non-mandated or mandated) or Placement S (see question 4, B,C,D and E) check the factors which describe the reason(s) why placement services and/or preventive services are needed.

**CHILD'S NAME**

1. Corey Johnson
2. Robert Johnson
3.
4.

**FACTORS**

Check all that apply.

| 1. (✓) | 2. (✓) | 3. (✓) | 4. (✓) | Factor |
|---|---|---|---|---|
| X | X | | | A. Caretaker expresses unwillingness to maintain the child in the home. |
| | | | | B. Parent(s) have voluntarily surrendered the child for adoption. |
| | | | | C. Child has been adjudged neglected in a Family Court proceeding. |
| | | | | D. Child has been adjudged abused in a Family Court proceeding. |
| | | | | E. Alleged abuse or neglect by parent or caretaker, in the caseworker's judgement, places the child imminent danger of serious physical or emotional harm. |
| | | | | F. Child has been placed in the custody of the Commissioner of Social Services under Article 7 or 10 of Family Court Act and foster care placement has been recommended or ordered by the court. |
| | | | | G. Parents or caretakers are unavailable due to arrest, detainment, imprisonment, or other situations volving the law. |
| | | | | H. Parents or caretakers are temporarily unable to maintain the child at home due to a housing or financ emergency, acute physical illness, or other emergency situation. |
| | | | | I. Parents or caretakers are incapable of providing proper care due to chronic or permanent conditio such as diagnosed mental illness, diagnosed developmental disability, alcohol or drug abuse, physic disability or illness or other comparable condition. |
| | | | | J. Continuous, serious conflict between parent and child. |
| | | | | K. Parents are dead or missing. |
| | X | | | L. Child's behavior presents a serious danger to other people or to the child's own well being. |
| | | | | M. Child's behavior results in damage to property or a criminal act related to property. |
| | | | | N. Child's behavior, although not dangerous, results in severe management problems and constant disrup tion of group activities in at least two of the following three settings: home, school, and community. |
| X | | | | O. Child's behavior caused by a serious emotional, physical or development disability is characterized by severe deficits in adaptive behavior. |
| | | | | P. Other, describe: |

*(use additional sheets as needed)*

DSS-3407-S(3/81) NYC

**REASSESSMENT SUMMARY**

| CASE NAME | | LOCAL DISTRICT/AGENCY USE |
|---|---|---|
| Emma Lee Johnson | | |
| COMPLETED BY | DATE | |
| Gloria Caro | 5/21/82 | |

6A. IF INITIAL OR SUBSEQUENT PLACEMENT IS OUT OF PARENTS' COUNTY/BOROUGH OR RESIDENCE, EXPLAIN REASON.

Appropriate placement not available in home borough.

B. IF INITIAL OR SUBSEQUENT PLACEMENT DOES NOT MEET THE PARENT(S)' EXPRESSED RELIGIOUS PREFERENCE, PLEASE EXPLAIN.

Religious instruction in Corey's faith is being provided.

C. IF THE CHILD'S PHYSICAL LOCATION HAS CHANGED SINCE LAST REVIEW, EXPLAIN EACH CHANGE.

7. IF THE CHILD HAS BEEN TRANSFERRED TO A MORE RESTRICTIVE PLACEMENT, state why previous placement could not be continued with additional services.

Child has been transferred from Diagnostic Unit to regular part of our institution.

8. Answer question 8 for all children whose PERMANENCY GOAL IS DISCHARGE TO PARENT(S) OR GUARDIAN(S) AND WHO HAVE BEEN IN PLACEMENT 18 MONTHS OR MORE.

A. Is discharge planned within the next 6 months?    ☐ Yes    ☐ No

B. If No, what specific barriers prevent this course of action, and explain what alternatives to the original Comprehensive Service Plan are being considered, or have been tried to achieve discharge to parent(s) or legal guardian(s).

| CASE PLANNER'S SIGNATURE | DATE | LOCAL DSS/SSC SIGNATURE | DATE |
|---|---|---|---|
| x *Gloria Caro* | | X | |
| | | SUPERVISOR'S SIGNATURE | DATE |
| | | x *Bernice Jack* | 5/24/82 |