# EXHIBIT 6

## AFFIDAVIT

State of New York )
) ss:
County of New York )

ROBERT JOHNSON, being duly sworn, deposes and says:

1.      I am currently 40 years old and live at 550 West 125th Street, apt. 2C, New York, NY 10027.

2.      Corey Johnson is my half brother.  Corey is about two years older than I.  Emma Johnson, who is now deceased, was our mother.  My father is Robert Butler, Sr.  From the time I was born until I was about 10, I generally lived in the same household with Emma and Corey.  After that, Corey and I each were placed in separate group homes for periods of time, although we still saw each other on the weekends.  Later, in our late teens, Corey and I again lived together with our mother for a brief time and saw each other regularly.  I have not seen Corey since in or about 1990.

3.      By way of background, I am now married and have a young son.  I obtained my GED in 2002.  I failed it twice before due to difficulties with the math section.  In the past, I have spent time in prison on charges related to drug sales.

### General Family Background

4.      My mother, Emma Johnson, had Corey when she was about 17 years old and had me when she was about 19 years old.  Throughout our childhoods, Emma moved us from place to place and was involved with different men (some of whom were verbally and physically abusive both to her and to Corey and me).  When Corey and I were still young children, I witnessed her using drugs.  Our mother was not very stable and seemed to have difficulty dealing with Corey and me.  She yelled at us, hit us, and often left us to stay with other

family members or friends for days, weekends, and sometimes even weeks and months because of her frustration with us.

5.    My dad, Robert Butler, Sr., drove a taxi and did a few other things to earn a living. My father was smooth, laid back, proud to be a black man, and proud to have sons. During the brief time he and my mother were together, they were young and went out a lot together at night. They would go to night clubs and juke joints. When they went out, Corey and I would stay with my grandmother, Esther. My mother and father lived together only briefly.

6.    Esther Johnson, Emma's mother and my and Corey's maternal grandmother, was the matriarch of our family. My grandmother took care of us a lot. She was very strict and took good care of us. We stayed with her at times during our childhood. During these times, she was separated from my grandfather, Love Johnson.

7.    Corey and I had a good relationship with our grandfather, Love. I even used to call him "dad." Love would take me and Corey to work with him. He used to drive trucks; he would take us with him in the truck sometimes. We would hang out all day. Love was very close to our mother, and he loved her very much.

### Living with My Mother and Father

8.    My parents were together for a very short period of time.

9.    It is my understanding that we all lived in Brooklyn with my grandmother for a short period when I was very young.

10.    We then moved into Manhattan, and my mother, father, Corey and I all lived together in an apartment on 14th Street.

11.    My parents broke up when I was around 3 or 4, and my father moved to California to take advantage of a job opportunity.

12. My dad asked my mom to come with him to California, but she wanted to remain in New York.

13. I didn't see my father regularly again until I was around age 8. Although he didn't live in New York, he would keep in touch by phone calls and short visits to New York. When he came, I would meet him in Brooklyn or Central Park.

14. While I am my father's only biological child, my father always treated Corey like his own son. He never showed any favoritism to either of us. Corey never talked about his biological father, or how he felt about him; I think my dad (Robert Butler) was the only real father to Corey.

15. When my dad moved to California and my parents broke up, our mother moved us to various places – Jersey City, Brooklyn, Queens, and, finally back to Manhattan. We lived in each place for a short period.

### Moving from Place to Place with My Mother and Corey

16. While in New Jersey, we lived in Jersey City in the Gregory Park Apartments with my mother's boyfriend, Mitch.

17. Mitch was pretty cool.

18. Corey and I both attended school in Jersey City, but I don't remember much about it.

19. After leaving Jersey City, we moved to Queens and lived with my uncle Amos (who is my mother Emma's brother) and his wife, Vonna.

20. During the time we lived there, my uncle was hardly ever home because he was always working. Meanwhile, Vonna was very mean and always yelling.

21. I did not like living there.

**Living with Bobby Koger in Manhattan**

22.    We eventually settled in Harlem.

23.    My mother had met Bobby Koger, and we lived with him at 150th St. and Edgecombe.

24.    My mom got involved with Bobby Koger when I was around 7 years old, and he was in the picture until I was in my early teens.

25.    Things changed for the worse when my mother got involved with Bobby Koger.  She became less concerned with us, and was not involved with our schooling.  From an early age, Corey and I were pretty much on our own. When I was 7 (and Corey was about 9), we would go to school alone.  After she became involved with Bobby, our mother was not affectionate with us.  As discussed below, during this time, I witnessed my mother using drugs. She was always losing her job, and a lot of different people were going in and out of the house.

26.    I had never met anyone like Bobby Koger, and I disliked him. He was sick – he had diabetes and was a heroin addict. He was very bitter and violent.

27.    As a young boy, I was confused by Bobby's behaviors.

28.    When I was between the ages 8 and 10, I would wonder why Bobby had a needle stuck in his arm, why blood was dripping down his arm, and why he was bouncing around the room naked. I saw him get high and pass out while the needle was still in his arm.

29.    Bobby was violent towards my mother, me, and Corey.

30.    Bobby was verbally abusive to us as well as his own children. He was most aggressive when he was either having a drug binge or when he would find his money missing. He would have verbal and physical fights with my mother.  He would usually hit her

and then leave the house. After their fights, I would see the bruises he left on her. Sometimes she had to go to the hospital to have her injuries treated.

31. During the fights between Bobby and Emma, Corey and I would sometimes go into our room and play video games on our Atari, just to escape the mayhem.

32. Often, when I was as young as 10, I would try and jump in to stop Bobby from hitting my mother.

33. Corey, then about 12 years old, did not jump in. He would just stand still and cry. I think he was afraid.

34. We would never call the police. I didn't think too much about the fights between my mother and Bobby – I used to visit a friend down the hall, and his parents often fought physically but would then be back together soon afterwards, as if the fighting had never happened.

35. I would steal money from Bobby every chance I got because I didn't like him. When I got caught, Bobby would strike me with an open hand. Sometimes, my mother intervened to protect me, but other times she wouldn't because, after all, I was wrong for stealing his money.

36. It was during the time that we were living with Bobby Koger that I witnessed drug use by my mother. I was shocked when I first saw her use drugs, but after a while, Corey and I got used to it.

37. I blame Bobby for my mother's drug use.

38. At first, she smoked marijuana and would drink Harvey's Bristol Cream. I didn't notice heavier drug use until my early teens. My mom could have been using heavier drugs when I was younger, but I didn't become aware until I was older.

39.    Later, when I was out in the streets at age 12 or 13 and I saw what cocaine users looked like, I realized my mom was one of them.

40.    When I was 13 or 14, I saw my saw my mom with a crack pipe in her bedroom.

41.    I believe that my mother continued to use drugs until her death in 1995.

**Corey Was Slow**

42.    Even though he was two years older, throughout our lives, Corey was slower than I.

43.    Corey was unable to grasp a lot of things.  He also didn't pick up on things as quickly.

44.    Corey had difficulty in school.  By the time Corey was in about second grade, he had trouble in all of his subjects.  I often helped him with reading, writing, and penmanship.

45.    Corey's handwriting was (and still is) like chicken scratch.  Corey would ask me to show him how to write like me. I would do hand over hand with him to show him how to write better, but he never caught on to it.

46.    I don't know how Corey got promoted to higher grades.  Perhaps his teachers just passed him along without requiring that he be able to do the work.

47.    In general, I felt like I was more like the big brother than Corey. I got involved in the drug world long before Corey – I was about 13.  Corey would not even attempt to get involved in selling drugs until several years later.

48.    I enjoyed hustling on the streets. I liked the lifestyle and the money I made. I wore a lot of nice clothes and jewelry, and I had a motorcycle. Even though I was younger, I would give Corey money to buy things, or else I would just give him things.

49.    A lot of the guys that hung around me thought that I was the oldest sibling, because I was the one showing Corey the ropes.

50.    Corey would brag to others about the way I dressed and the things I had.

51.    Corey took a while to catch on to some things. For example, when I started hustling on the streets, I used to buy a lot of footwear and clothes. I kept them in the bedroom I shared with Corey. Corey would see the items and ask me where I got them. Corey never appeared to make the connection between me being out in the streets and selling drugs and me having money to buy the items.

52.    Corey also had a hard time finding his way around. In terms of travelling, I would be able to pick up on a route the first time just by paying close attention. But Corey needed a lot more training in that area. Around the ages of eight to ten, my mother would choose me rather than Corey to go to my grandfather's house in Brooklyn because she knew that Corey would get lost.

53.    Corey was unable to keep up an in-depth conversation. He would usually just stay quiet during those times.

### Corey Was a Follower

54.    When I was about seven or eight years old, Corey would sometimes get in trouble because of me – I would encourage or influence him to do mischievous things with me. For instance, I would ask Corey to steal money from Bobby Koger. I would just tell Corey, "Do

it with me, because either way, if I get caught, I am going to tell mom that you were involved." Corey would very often go along with me and do what I asked.

55.     I heard from my father about an incident that happened when Corey was living in North Carolina that also shows how susceptible Corey was, even as an older teenager. My dad and his wife were out of the house, and Corey was convinced to throw a party. I think Corey had it because he saw it as a way to meet and attract girls. The house ended up getting robbed and trashed by the friends that Corey had over. My father was very angry, because he had a lot of nice things in the home. If I had been in North Carolina with Corey, that incident would not have happened.

### Corey's Failed Attempt at the "Street Life" in New York

56.     Corey was not a street person. He was a ball player, and liked girls. He would play basketball all day long. He was well known for playing basketball and messing around with girls.

57.     Corey got involved in the street life at the relatively late age of about 19.

58.     I didn't want Corey to get involved in selling drugs for several reasons. First, he didn't know anything about selling drugs. Also, it didn't fit his character or skills. Corey really didn't have what it took to be successful; he was not street smart enough. He didn't have "follow-through," wasn't "hip enough," and wasn't tough enough.

59.     The guys I was involved with selling drugs wouldn't let him participate. I believe that they could see that he just wasn't capable, as shown by the one experience I had with Corey attempting to sell drugs.

60.     Once, Corey approached me about selling drugs. He told me he wanted to be down with me and make money, too. I did him a favor and gave him 50 vials of crack to sell.

Corey was supposed to sell one vial of crack for $5, and bring back $250 from the sales of 50 vials.

61.  After Corey finished his sales, he was extremely short on the money – he only brought back $50.

62.  I think Corey just could not calculate or count the amounts of money he was supposed to receive in each transaction.

63.  I had to take money out of my own pocket to make up the difference for Corey.  I never sent him out to sell drugs after that.  That was the first and last time I had Corey sell drugs with me.

### Corey's Time Living in New Jersey

64.  I saw Corey a few times when he was living in New Jersey in 1989 and 1990.

65.  When Corey first moved to Trenton, he lived in a house with girls and guys.  He lived in several different places while in Trenton, always with others.  Corey never lived by himself.

66.  I knew some other guys who were originally from New York who went to New Jersey, and with whom Corey was involved in New Jersey.  Darold Brown and Aldon Mitchell, were my friends before they were friends with Corey.  I hoped that Corey was in good hands with those guys and that they were looking out for him.  I thought they knew what they were doing – I had contact with a few of them from New York.  I felt like they had a well-run operation, which is why I didn't understand how Corey fit in.  Then again, I didn't know the structure of the operation.  Maybe their operations didn't require as much toughness or street smarts, maybe they gave Corey a role he could do.

67.    When I witnessed Corey on the streets in New Jersey, his only role was to collect money from the guys who were actually selling and give them more drugs to sell. I didn't see him do anything more than transport money and drugs. He was definitely not a ring leader. He wasn't dealing with the drug buyers. I can't see any set-up other than one in which Corey only had to perform the simple task of transporting money or drugs to and from the real dealers working for Corey. Even in the slower-paced New Jersey, Corey's limited role in selling drugs was somewhat surprising to me, given the disastrous experience I had with him selling drugs in New York.

68.    In New Jersey, I met two of the guys who would later go to Virginia and become co-defendants in Corey case, Richard Tipton and Vernon Lance Thomas. I cannot see Corey being the boss in Virginia. The others were more street smart and also more headstrong than Corey.

69.    Corey was very loyal to his family or anyone he believed to be his family. If Corey considered the guys with whom he was involved in selling drugs in Virginia to be his family, then it isn't surprising to me that he would be protective of them if he thought they were being threatened.

70.    For some of the time Corey lived in Trenton, he lived with a woman called "Mudda." She was much younger than Corey. They lived in a "shack" that appeared to be a crack house. It was a real hovel. I would never have lived there because everything was old, dark, and dirty. I was surprised Corey would live in such a filthy house because we were young we were raised to be clean and tidy. There were a lot of wild, small children living in the home.

71.    While in New Jersey, Corey was also involved with a girl named Monica, who I believe to be the mother of Corey's daughter. I last spoke to Monica in 1996. I had called

about seeing my niece. Monica said she was with a family member and would call me back. She never called back and we lost contact.

### My Recent Contact with Corey

72. I speak to Corey on a regular basis, at least once a week. I would like to visit him in prison.

73. I once had a conversation over the phone with Corey about our mother. Corey raised the topic. He asked if I had visited her gravesite. I told him that I hadn't, and that I was not ready to visit it. I have this picture of our mother in my mind, and I don't want to see her any other way. This was the first time we spoke over the phone about our mother's death.

6-29-11

ROBERT JOHNSON

Sworn to before me on this
29th day of June, 2011

Notary Public

DELORES GREEN
Notary Public, State of New York
No. 31-4627811
Qualified in New York County
Commission Expires Aug. 31, 2014