# EXHIBIT 7

PLEASANTVILLE DIAGNOSTIC CENTER

Name of Child:  COREY JOHNSON        Date of Evaluation: 2/8/82
Date of Birth:  ▮▮▮▮▮▮               By:  Sundar Collimuttam, M.D.
Date of (PDC) Adm: 2/1/82            Worker:  Ms. Offer
Referred by:  Manhattan SSC

PSYCHIATRIC EVALUATION - CONFIDENTIAL

Corey Johnson is a 13-year old Black boy the older of two half-siblings living with his mother and her boyfriend attending Special Education Class. He is referred to the Diagnostic Center by Manhattan SSC for an evaluation as his mother has been requesting a placement. Corey's mother presents him with the complaint of having difficulties in school. He is disruptive in the class, fights and does not learn and has a history of being truant. In addition, he does not listen to the mother at home and stays out late. Corey was suspended from school last year for fighting. In addition, he has been stealing from his mother and her boyfriend. These problems have "always" been there but have become worse in the past two years. Corey believed his half-brother's father to be his natural father until early last year when his father unexpectedly came into the picture after being released from jail. Corey has been seeing his father very regularly since then.

Birth and early developmental history is normal. Corey was enuretic until age 11 and occasionally encopretic between ages 8 to 12. He stuttered until age 5 and still has a slight lisp. Corey's parents broke up when he was an infant and they lived with Robert's (his half-brother's) father until age 6 and with the mother's current boyfriend for the past four years who is described as being addicted to Heroin and of being abusive to the kids.

Corey's half-brother was hospitalized last summer following a suicidal attempt (walking on a ledge) and is currently in Children's Village.

Interview with the Child:

Corey came readily to the interview. He is an alert, oriented and cooperative boy who relates with eye contact and speaks with a slight slur. He talked of wanting to go to Children's Village. He doesn't want to return home for a while so that "I can straighten my head" and "my mother can straighten herself out." Corey feels he has problems with learning and reading. He likes the school and the counselor here. He does not like what the kids do and the way they behave in the cottage but feels that they also have problems as he does and he has to straighten himself out and not bother about them. He wants to be a different person when he returns home. Corey has been having problems for two years "since I turned 12." He thinks he has had problems because he became a teenager and he felt he had to do good things so that his brother could look up to him. He feels sad when his mother keeps telling him about his father being in jail. He has felt at times like wanting to stab himself but has never done anything to hurt himself and doesn't think that he will ever do it. Corey talked about

Corey Johnson
-2-

his brother trying to kill himself "because of my mother," and says that he feels very sad about it.  Corey blames his mother a great deal for asking him to do things at home and for the way she talks about his father.

"I hate him" referring to his mother's boyfriend who the family has been living with for the last four years.  Corey says that he is on drugs and doesn't treat any of them right.

His three wishes were: 1) "to get my act straight," 2) "to get my head straight" and 3) "to be okay when I go back home."  He wants to grow up to be a human being who people will look up to and trust. He doesn't feel that people trust him now because he has been steal-ing.  If he were to go to a deserted island and could take one per-son with him he would take his brother along.  If he got lost in a forest he did not know who would come looking for him.  Corey thinks the best thing that ever happened to him in his life was that he met his family and his relatives (his father) and the worst thing, he couldn't think of anything.

He denies nightmares, denies hallucinations, denies suicidal or homi-cidal thoughts.  He is not delusional, there is no evidence of paranoi There is no evidence of any thinking disorder.

Corey shows moderately positive soft neurological signs.  His hopping on one foot is very clumsy, so is skipping.  Finger-thumb sequence, alternating movements of hands and tapping index finger on thumb on each hand is very slow, clumsy and reckless.  In addition, he shows evidence of right-left confusion on pointing to the examiner and on writing confuses b's and d's.  Three dimensional drawings are very poor and inaccurate.  Draw A Person was an immature drawing with no hands or legs drawn obliquely on the page.

## Diagnostic Impression:

Axis I.    Adjustment Disorder with Mixed Features.

Axis II.   Special Developmental Reading Disorder.

Axis III.  Positive Soft Neurological Signs.

## Formulation:

Life has been very chaotic for this family especially during the last four years with Corey's mother having had financial problems of being in debt, having difficulties with her job and her relation-ships.  Mother appears depressed and unavailable to the children emo-tionally.  There have been frequent moves, stays in the homes of re-latives often with the mother and children being in different homes. This was followed with the period of being with the mother's boyfriend who Corey did not get along with and would steal from "to get back at him."  Corey is a child who has been reacting to the chaotic life in the last four years.  In addition, he has shown evidence of mild to moderate neurological deficits of dyslexia and speech impairment.

Corey Johnson                                                      -3-

He has the capacity to relate well and seems motivated towards improv
ment.  He seems to be happy with his mother and reaches out to her.
Corey's mother comes across as a depressed lady preoccupied with her
own problems and emotionally unavailable to the children.  She, how-
ever, seems very willing to be involved and seems to be motivated to-
wards treatment.

Corey I think would benefit from residential treatment.  This would
provide him with consistency which has been lacking and structure
and also provide him with Special Education.  His mother would need
help in dealing with her depression and in organizing her life to
help her be more available to her children when they return home to
her.

Sundar Collimuttam, M.D.:ww  D-2/19/82    T-2/22/82

Sundar Collimuttam, M.D.
Psychiatrist