# EXHIBIT 10

PLEASANTVILLE COTTAGE SCHOOL

CURRENT ASSESSMENT

Name of Child: Corey Johnson

Date of Birth: ███████

School Grade: BOCES, 10th

Placement: Voluntary

Date of Admission(PCS): 4-26-82

Date of Admission(PDC): 2-1-82

Date of Conference: 2-25-85

Date of Assessment: 3-10-85

CONFERENCE PARTICIPANTS:

Jerry Lefkowitz, Unit Administrator; Christine Aaron, Social Work Intern; Gerard Maier, Social Worker; Dr. Elizabeth Clemmens, Psychiatrist; Dr. Ken Barish, Psychologist; Rich Benedict, Teacher; Leon Robinson, Cottage Parent; Corey Johnson.  Mrs. Johnson did not attend the conference.

I.    REASON FOR PLACEMENT:

Corey Johnson was initially placed at Pleasantville Cottage School due to truancy, acting out in school and at home.  An emotionally disturbed boy with organic deficits, he was raised in an unstable and chaotic environment.  His mother was unavailable to him, unable to provide structure and support.  Corey's developmental history included stuttering until age five and encopresis from age eight to twelve. He was left back in school in the 3rd and 4th grade.  He was placed in a special class in 1980.  He has severe learning disabilities and has only recently progressed beyond the 2nd grade reading level.  Upon admission he was seen as a depressed youngster with soft neurological signs, was reacting to the family's chaotic situation and to his mother's unavailability.

II.   CURRENT FUNCTIONING:

1.) Adjustment to Placement:

Corey has been in Cottage #7 since June, 1984.  He adjusted well to the cottage.  Corey is not a managment problem.  He has developed positive and appropriate interpersonal relaionships with both staff and other boys.  Corey is a positive group leader in the cottage.

Corey continued to attend the B.O.C.E.S. Program this fall.  It was arranged that Corey would receive remedial education.  However, due to Corey's reluctance to attend, and staff's miscommunications around the time of the appointment, sessions were infrequent, irregular, and this was not beneficial to Corey.  Currently Corey is given the remedial education materials as part of the BOCES program.  Corey's motivation towards school work fluctuates.  When emotionally upset or frustrated, Corey tends to slack off in school, and refrain from working.  Due to his low self-esteem exacerbated by his perception he is "stupid" as a result of his experienced learning disability,  Corey requires much support and reassurance to continue to apply self to school work.  BOCES reports that he is doing satisfactorily in the carpentry program and that with more training, a future employment position as a carpenter's helper, is not unreasonable.  Corey states he enjoys the carpentry work and considers it to be an area he would want to work in in the future.

Corey is a good athlete and enjoys sports.  He participates regularly in physical activities and particularly enjoys playing baseball and basketball.

2.) Response to Treatment:

Present worker has been working with Corey since 10/84.  Corey has had numerous workers in the last year and initial work focused on development of a relationship with this young man.  Corey attends sessions regularly.  Corey is a friendly, related, appropriate and engaging young person.  He is quite verbal, anxious to make a good impression, and seeks approval.  Key issues for Corey continue to be around loss, and an inability to express ambivalence regarding his unavailable, though outwardly conforming mother.  In late December and January Corey's half-brother Robert was admitt

to the Pleasantville Diagnostic Center for evaluation. Within the same time span, Ms. Johnson got a job. With Robert temporarily in placement, and a new job, Ms. Johnson withdrew more from Corey. She requested home weekend trips go back to 2x month (Corey had been going home weekly), and refused a visit at the last minute. Corey reacted with anger, and it was seen as a good sign that for the first time he was able to verball state his anger at her. Corey regressed somewhat during this time period. He refused to attend school on several days, was despondent, depressed, acting inappropriately in cottage (i.e. making animal noises) and avoided sessions with worker. It is felt this was due to the mother's withdrawal, Robert's presence on campus (resulting in Corey feeling responsible for this boy) and his growing recognition he will be leaving PCS this summer. With structure, reassurance, and support, Corey was able to mobilize self and pull out of the depression before acting out in any serious manner. This is seen as a positive progression for Corey.

Recent sessions have dealt with age-appropriate issues including separation/individuation and problem-solving. Corey is quite concerned, anxious and ambivalent abc his upcoming discharge from PCS. He is able to talk about his fears and hopes, and is interested in living in a group residence and attending an ed/voc. program. This is a realistic plan for Corey. Future work will focus on helping Corey to deal with the many changes with which he is faced, while continuing to enable him to grow and develop.

3.) <u>Family Response to Treatment</u>:

Mrs. Johnson continues to be surfacely involved with Corey and PCS. Though available to attend some meetings with the agency, she has frequently concelled appointments - for apparently valid reasons. She does not visit Corey on campus.

Mrs. Johnson is a self-focused woman concerned primarily with her own needs. Though verbally expressing her concern for Corey, her actions continue to speak to her emotional unavailability to him. Current plans are for Corey to go to a group residence upon discharge from PCS. Mrs. Johnson has agreed to this. Her primary interest re Corey concerns his academic future. Despite attempts to sensitize her to Corey's severe learning disability, and its impact on his self esteem - she continues to place emphasis on academics.

Work with Mrs. Johnson will continue to focus on the importance of her maintaining contact with Corey, and helping her to accept an appropriate ed/voc. and group residence referral for Corey.

III. <u>PSYCHIATRIC EVALUATION AND PSYCHOLOGICAL EVALUATION</u>: (see current evaluations in clinical portion of this record.)

IV. <u>PSYCHODYNAMIC EVALUATION</u>:

Corey is a 16 year old, tall, good-looking black youth of average weight. He is an organically impaired boy, whose learning disabilities strongly and negatively impact his self-esteem. Corey is placed voluntarily at PCS. Mrs. Johnson is a self-focused woman who has been unable to meet Corey's dependency and other emotional needs.

Corey is well oriented, and his sense of reality is good. He generally uses good judgement-but is environment-sensitive and can become withdrawn, depressed, disorg; ized and impulsive when his environment is chaotic or emotionally stressful. Corey is a likeable, engaging youth who relates appropriately to both staff and peers. He respo: well to structure, is a positive group leader, and has a strong sense of responsibility Corey is concerned about his future plans and is engaged actively in sessions with worker. His problem-solving skills have improved. His ability to voice his thoughts and feelings is a considerable strength. This strength has enabled him to maintain better self-control, and is a mobilizing force helping him to pull himself out of depression with outside support.

V.    DISCHARGE PLANNING:

        The present goal for Corey is discharge to self.  It is felt that referral
to a Group Residence will provide the structure that will enable Corey to grow and
develop.  At this point, a vocational program referral seems in Corey's best interests
due to his severe learning disabilities.  It is hoped that discharge will be effective
by July, 1985.  Corey had been working with school worker in finding an appropriate
part-time job for Corey, as a way in which to gradually expose Corey to the community.
School worker is presently on sick leave, and therefore caseworker will attempt to
continue this process with Corey.

CONFERENCE RECOMMENDATION:

        1) Caseworker will continue to focus on providing Corey with support and encourag
ment to individuate.
        2) Caseworker will investigate possibility of a part-time job for Corey in the
community.
        3) Referral will be made for appropriate vocational programs.  If appropriate
one not available, will consider referral to special education setting.
        4) Referrals will be made to Group Residence.
        5) Caseworker will work with Mrs. Johnson to help her accept appropriate plan
for this boy.  Work must be done to help Mrs. Johnson realistically appreciate Corey's
academic limitations, and be able to provide support for him when referred to a vocatio
training program.

                                                Christine Aaron, MSW Intern