# EXHIBIT 12

FORM DSS-3628-NYC-E1
4/85

HUMAN RESOURCES ADMINISTRATION
SPECIAL SERVICES FOR CHILDREN

# UCR PLAN AMENDMENT: FORM E
## FINAL DISCHARGE

| | | | SCR # |
|---|---|---|---|
| CASE NAME<br>Johnson | CASE NUMBER<br>S 4766716 | COMPLETED BY<br>Odette Noble | UNIT/WORKER NUMBER<br>OPA/908-5 |
| AGENCY/DISTRICT | JCCA - NYC | | |

**GENERAL INSTRUCTIONS:**

Complete Section I for all children being final discharged from foster care. If a Voluntary Agency did not receive written approval for trial discharge of a child or there was no trial discharge period, also complete Section II and obtain SSC approval.

**Bold type following questions indicate Utilization Review Regulatory Reminders**

### SECTION I: CASE REVIEW

| CHILD'S NAME | DATE OF TRIAL DISCHARGE | DATE OF FINAL DISCHARGE |
|---|---|---|
| Corey Johnson | 2/13/87 | 5/13/87 |
| | | |
| | | |

*If additional space is required, please attach another sheet.*

1. If a child has been on trial discharge, assess this period in terms of family and child adjustment, risk to child, and need for further services.*

    Caseworker wrote to both Mrs. Johnson and Corey on 2/18/87 (See Copies).  They did not respond.  On 3/9/87 Mrs. Chang, telephone #266-2500 from Parents and Children's Rights called saying that Mrs. Johnson had complained to them regarding our treatment of Corey.  What happened was explained to her and caseworker said she would be willing to meet with Mrs. Johnson and Corey if Mrs. Chang felt it would be helpful.  Mrs. Chang said she would get back to me if she had any difficulties.  So far caseworker has not heard from her.

2. If a preventive agency is involved in the case, briefly describe services planned for the post-discharge period.

*For cases tracked in CCRS encode appropriate movement activities on Services Activity Log.

(Amendment E)

FORM DSS-3628-NYC E2
4/85

| | SCR # |
|---|---|
| CASE NAME        Corey Johnson | CASE NUMBER<br>S    4766716 |

TO BE COMPLETED BY A VOLUNTARY FOSTER CARE AGENCY ONLY IF THERE WAS NO WRITTEN AP-
PROVAL FOR TRIAL DISCHARGE OR THERE WAS NO TRIAL DISCHARGE PERIOD.

**SECTION II: TRIAL DISCHARGE INFORMATION**

1. Discuss the circumstances surrounding the unplanned trial discharge or reason(s) there was no trial discharge
   period.

      In retrospect it would seem that Corey's behavior and attitude was deliberate
on his part, so there would have to be some kind of resolution.  However, Corey
couldn't ask his mother directly if he could return home for fear of her answer and
for fear he would have to take responsibility for what he wanted.

      By provoking an incident he was able to test out living at home.

2. Are you requesting a discharge grant?

   [X] Yes    Since Caseworker hasn't heard from either Corey      CHILD
              or Mrs. Johnson discharge grant cannot be re-
              quested at this time, but would like to _____  COREY
              keep the option open.  Effort will be
              made for case aide to make a home         _____
              visit.
                                                        _____

   [ ] No

IF YES, PLEASE INCLUDE A JUSTIFICATION.

      (See form D 2/23/87).

                                                                    (Amendment E2)

FORM DSS-3626-NYC ES
4/85

|  | SCR # |
|---|---|
| **CASE NAME** Corey Johnson | **CASE NUMBER** S    4766716 |

**TO BE COMPLETED BY A VOLUNTARY FOSTER CARE AGENCY ONLY IF THERE WAS NO WRITTEN APPROVAL FOR TRIAL DISCHARGE OR THERE WAS NO TRIAL DISCHARGE PERIOD.**

## SECTION III: PLAN AMENDMENT PARTICIPATION

Discuss the level of involvement of parent(s) and children in the development of the service plan amendment. Specify how and when the discharge plan was conveyed to the parent(s) and/or child(ren), if applicable. **PARENT/CHILD PARTICIPATION.**

Mrs. Johnson was impossible to engage during the time Corey lived with us. Corey was seen for weekly casework sessions; he participated in bi-weekly groups and participated in a treatment team meeting on 1/9/87.

ON/mo

| SIGNATURES | DATE SIGNED |
|---|---|
| Case Planner _Odette Noble_ | 3/26/87 |
| Case Planner's Supervisor _____ | |
| Case Manager _____ | |
| Case Manager's Supervisor _____ | |
| CPS Monitor _____ | |
| _____ | |
| _____ | |
| _____ | |

I have read and I understand the Service Plan.

| | |
|---|---|
| Parent _____ | |
| Parent _____ | |
| Child _____ | |
| Child _____ | |

(Parent/Child signatures are optional)

(Amendment E3)