# EXHIBIT 14

**FORM DSS-3628-NYC-D1**
**4/85**

HUMAN RESOURCES ADMINISTRATION
SPECIAL SERVICES FOR CHILDREN

## UCR PLAN AMENDMENT: FORM D
## TRIAL DISCHARGE

| CASE NAME<br>Johnson | CASE NUMBER<br>S 4766716 | COMPLETED BY<br>Odette Noble | UNIT/WORKER NUMBER<br>908-5 |
|---|---|---|---|
| AGENCY/DISTRICT<br>JCCA-NYC | | | |

GENERAL INSTRUCTIONS:

Complete this form at least 30 days prior to the child's planned trial discharge or immediately after an unplanned trial discharge date has been established

**Bold type following questions indicate Utilization Review Regulatory Reminders**

### SECTION I: CASE REVIEW

| CHILD'S NAME | ANTICIPATED DATE<br>OF TRIAL DISCHARGE |
|---|---|
| Corey Johnson | 2/13/87 |
| | |
| | |

*If additional space is required, please attach another sheet.*

1. Discuss why trial discharge is now appropriate. What services or supervision will be provided to the family including the child, during the trial discharge period and by whom? Evaluate the risk of harm if the child returns home.* (If preventive services are being requested at this time, complete Form G, in addition to this Plan Amendment Form.)

As per 853C 2/6/87 Corey returned to his mother's home on 2/3/87 to give him an opportunity to consider his behavior and attitude in our residence. If he was willing to change it, we would be most willing to consider his returning to the residence. As you know Corey was offered a follow up appointment which he refused, and we have not heard from him or his mother. Newtown High School has been informed that he is now living with his mother. He is continuing to attend school. We have written to Corey and his mother offering further servcies. If we hear from them, we will make every effort to try to help.

For cases tracked in CCRS encode appropriate movement activities on Services Activity Log.

(Amendment D)

FORM DSS-3628-NYC-D2
4/85

| CASE NAME Johnson | CASE NUMBER S 4766716 |
|---|---|

2. Are you requesting a discharge grant?

☒ Yes

CHIILD

_____

_____

☐ No

IF YES, PLEASE INCLUDE A JUSTIFICATION BELOW.

Mrs. Johnson lives in a run  down building and would seem to have chronic financial
difficulty, although, she would seem to have money from questionable sources at times
and spends extravagantly.  As you know she spent 4 months in jail for credit card
fraud.  From our point of view Corey could use the help and if he asks for it even
though he left on a bad note, we would give him every consideration.  If we don't
hear from him in the next few weeks in response to my letters, we will not make
the request, however, I will make the request if I hear from him.

(Amendment D2)

**FORM DSS-3628-NYC D3**
**4/85**

| CASE NAME | CASE NUMBER |
|---|---|
| Johnson | S  4766716 |

## SECTION II: NEW GOALS

Review the plan for the child and family. Indicate any goals, target dates, tasks or activities which will be altered in light of the status change. Use additional sheets as necessary. **SERVICES CONSISTENT WITH NEEDS.**

The Goal below is: New _____ Retained __X__ Target Date 6/88 Discontinued _____

(Re) State Goal:__Corey will attend Newtown High School Special Education program

daily and on time.

Explain level of goal achievement:_On 1/31/87 I met with Corey and Newtown teacher Mrs. Rosen,

re: Corey's progress. It was pointed out that it is unlikely that he will be able to pass competency tests, but if he completes all his classes, he should be able to receive a certificate of completion in 6/87.    It is painful of Corey to face his dyslexia but at the same time there are other opportunities available to him.  He is involved with an OVR counselor, Mr. Gloekner, who is willing to help Corey explore programs in carpentry etc.

**TASKS**

| CHILD/FAMILY (LIST NAMES) | SERVICE PROVIDERS (LIST NAMES) |
|---|---|
| Corey will attend Newtown and on time. | Caseworker will continue to be available to Newtown and Corey if they should ask. |

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

The Goal below is: New _____ Retained __X__ Target Date 11/89 Discontinued _____

(Re) State Goal:_Corey will learn to face up to his mother's limitations and extablish

a separate identity.

Explain level of goal achievement:_It would seem that Corey wanted this opportunity to live with his mother, but he just didn't know how to do it constructively.  Hopefully he will get a better sense of his mother and begin to see her more realistically.  If that happens at another point, he might be more willing to accept appropriate help from either JCCA or other agencies in the community.

**TASKS**

| CHILD/FAMILY(LIST NAMES) | SERVICE PROVIDERS (LIST NAMES) |
|---|---|
| Corey will hopefully remember that JCCA staff is available. | Caseworker and houseparents will remain available to Corey if he should ask. |

(Amendment D3)

FORM DSS-3628-NYC D4
4/85

| CASE NAME | CASE NUMBER |
|---|---|
| Johnson | S 4766716 |

## SECTION III: PLAN AMENDMENT PARTICIPATION

Discuss the level of involvement of parent(s) and children in the development of the service plan amendment. Specify how and when the the trial discharge plan was conveyed to the parent(s) and/or child(ren), if applicable.
**PARENT/CHILD PARTICIPATION.**

Mrs. Johnson has not responded to our hand delivery letter. Corey met with Director, Mr. Gordon, Child Care Coordinator, Miss Yarborough and Senior Caseworker, Miss Noble on 2/3/87. He refused a follow up appointment and we have not heard from him since, although, he does telephone the other boys.

| SIGNATURES | DATE SIGNED |
|---|---|
| Case Planner _Odette Noble_ | 2/20/87 |
| Case Planner's Supervisor _Gilbert Hudson_ | 2/23/87 |
| Case Manager | |
| Case Manager's Supervisor | |
| CPS Monitor | |
| | |
| | |
| | |

I have read and I understand the Service Plan.

Parent _____

Parent _____

Child _____

Child _____
(Parent/Child signatures are optional)

(Amendment D4)