# EXHIBIT 15

JEWISH CHILD CARE ASSOCIATION OF NEW YORK

GROUP HOME DIVISION

Three Month Conference Note

Due Date: 12/28/85

Dictation Date: 2/19/86

Resident: Corey Johnson

Group Home: Elmhurst Boys
              Residence

Birthdate: ███████████████

Admission to Group Home: 6/28/85

From: Pleasantville Cottage School

Team Chairperson: Odette Noble

(Even though this is overdue, I will include
 information up until 2/19/86.)

Treatment Team Participants & Titles:

Murray Gordon, Consulting Psychiatrist;
Diane Yarborough, Child Care Coordinator;
Shari Segal, Nurse; John Rios, House Super-
visor; Marvin Hunt, Joe Rivera and Connie
Carrasquella, House Parents.

I.  GROUP HOME PLACEMENT/SOCIALIZATION:

On the whole Corey continues to be using the residence well and would seem to
want to remain living there.  He has made relationships with both the house
parents and the boys, and is liked by both.  Corey continues to be quite active
and assertive in how he handles himself, and can be a bit of a monopolizer, but
the boys continue to take this in their stride and not seem to mind it.  Part
of the boys' acceptance would seem to be related to Corey's ingenuousness and
decency.  Corey is very in earnest about succeeding and articulates that point
of view to the other boys.

One senses that periodically Corey might feel the wish to live with his mother
but he doesn't discuss it openly and, I think, deep down he knows that his
mother is just not able to provide a stable, secure home for him. Corey is quite
secretive about his mother's life style and doesn't share with me and, I don't
believe, with the house parents, some of his chagrin at what his mother does.
We only pick it up by his behavior and what he does not say.

Over Christmas, we did have a bit of a difficulty with Corey because he was
given permission to go South with his grandfather and returned four days late.
Obviously, this is a serious concern and we spoke to Corey about it.  Corey
got quite distressed but we told him that it would call into question his
ability to stay with us if this kind of behavior persisted. We told Corey that
we expected him to return when he said he was going to return and we could not
have him returning when he chose to.  In fact, when we were making arrange-
ments for Corey to go to Florida to visit his grandfather, in the session with
his mother, Corey got very distressed when I questioned the time frame and
questioned his going.  His verbalization was that it was his family and that
we had no right to question what he did with his family.  Corey and I had a
number of discussions around this and it was pointed out to him that he lives
with us and that we take the daily responsibility of raising him and as a
minimum, we expect him to abide by what we say.

-2-

Ultimately, we were able to help Corey work this through and he seems to have a bit better understanding of our role in relation to him. Nevertheless, his mom's secretiveness and tendency to want Corey to keep her secrets does make our role very difficult. I sometimes wonder if we will ever break through what I perceive as Corey's false loyalty to his mother.

Along with what Corey was saying about his relationship with us by returning to the residence late, it was also distressing because he missed two days of school. This seems to be partly what his family does to him. They don't seem to have any real appreciation of what it takes to be able to succeed in a mainstream world. Corey, on the whole, is doing well in school and it's just not helpful for him to miss two whole days of school for no apparent reason.

Mrs. Johnson did not call and talk with us about his late return at all. This is characteristic of her style in relating to us. She seems to feel that we should take care of her son and that we have no right to ask her any questions or expect any information about her life style and what goes on. I have challenged this point of view in a session with Corey and Mrs. Johnson, but Corey does seem to be in collusion with his mother's point of view. It is difficult to know how we will handle this in the next period of time. What does seem to be important is that Corey is growing and developing and using our program, so it is questionable how much we challenge the mother's modus of operating. I suspect that Corey will be at risk when it comes time to leave us and the security that we have provided him all this time. I am not sure how much he has internalized our value system and can take a critical stand in relation to his mother's value system. It seems to me that this is necessary if he is going to be able to survive in the community and make constructive choices and not perpetuate the same patterns that he learned from his mother. However, we will try to work on this in the next period of time.

II.    EDUCATIONAL/VOCATIONAL/WORK EXPERIENCE;

Corey continues to attend the Special Ed Program at Newtown High School. He is doing very well. As indicated in the past dictation, this is a very restitutive experience for Corey and he takes school very seriously. He gets up in the morning, gets to school, and his report card was quite good, considering his learning deficits. His final report card on 1/31 indicated that he received 3 - 80's, 2 - 70's, a 75 and a 70. He was rated S (satisfactory) on all his behavior; was absent for a total of 5 times. I suspect there were a couple days of cutting but we did not find out about it prior to receiving the report card.

While theoretically we would expect Corey to work part-time but, at this point, we haven't insisted that he do so. He is on the wrestling team and this does consume a good deal of his time after school.

As indicated in the past dictation, Corey did have an appointment with OVR in September which I attended with him. At this point, he asked to put off getting OVR training until he completed high school. Since the high school experience is so constructive for him, we are supporting his attendance at high school.

-3-

Corey Johnson
Due Date: 12/28/85
Cont'd.

III.  RECREATION:

Corey continues to be quite active in the community and does a number of
things with the other boys in the residence.  He plays football and basket-
ball with them regularly.  He also has gone to play pool with a house
parent and the boys and will go to films with them.  Corey tends to be a
bit girl crazy and has a way of flirting with girls and including them in
not only his life, but the other boys' lives.  He is very invested in his
participation in the wrestling team and appears to be doing well.

The recreational goals in the next period of time are as follows:

1.  Corey will learn to be more autonomous in his relationship
    with girls and find ways to establish meaningful connections
    with them, without getting involved with a number of them at
    the same time.

2.  Corey will learn to seek out leisure activities on his own
    and take  initiative to participate.

3.  Corey will appropriatel and include other fellows in the
    residence in recreational activities and learn to engage
    in healthy competition with them.

4.  Corey will pursue his wrestling activity which will help
    build his self-esteem and gain confidence.

IV.  ETHNIC and CULTURAL IDENTITY:

As indicated, the mother's life style is so mysterious and in some ways
amorphous, tht it is difficult to know just what Corey thinks and feels.
The mother would seem to be somewhat identified with Black street culture,
but it is difficult to know.  The few times that I have seen her in my
office, she has been expensively dressed but her clothes have not been
well cared for.

She is almost impossible to pin down and one really doesn't know what she
does.  Corey would seem to know but he does not share that with any of us
at this point.  As indicated by Corey's visiting the South, the mother has
family there but here again, Corey is quite secretive about what they are
all about, too.  He came back with a leather jacket, a leather bookbag and
a TV.  One wonders where family members get this kind of money but when we
questioned Corey about it, he got very defensive and distressed.  His re-
action was that we were accusing him of Muggivs .  But that wasn't the
issue and we explained this to him.  We told him that we had some respon-
sibility to SSC in terms of the kinds of monies he had, and his spending
money.  We also felt that since we were raising him, that we should have
some control over it.  He simmered down some but it is very difficult to
get clear facts from him.

Certainly, all of Corey's family would seem to be Black and he does not
seem to have had much direct contact with White people, other than his
experience here at JCCA.

-5-

**V.    RELIGION:**

Corey acknowledges a belief in God and he and I have talked about this
question from time to time.  However, we never get into any real depth
discussion and he has shown no interest in going to church.  A couple
of the boys in the residence have expressed some interest in the Nation
of Islam.  However, I don't know that Corey shares any of that interest.

We did have a discussion of Martin Luther King's contribution on Martin
Luther King Day.

**VI.    FAMILY:**

Mother seems to feel little chagrin about not keeping appointments.  When
she does come in, she talks the right talk but you know she won't follow
through.  Recently, she called me collect, which was a bit surprising.
I accepted the call and asked her why.  She said she didn't have any money.
She was calling to ask if Corey could visit the weekend.  Permission was
granted.  Corey is allowed to visit his mother when she calls.  However,
she calls so seldom.  We have thought of not letting Corey visit if she
doesn't keep appointments but that would only be hurtful to Corey, and
I'm not sure that it would be productive.  With the exception of the
Christmas visit South, Corey does come back on time and he really does
try to cooperate.  My feeling is that his pain is so intense and deep in
his relationship with his mother that it will take a long time, if not
years, for him to ever face up to how inadequate and neglectful his
mother really is.

*Odette Noble*

Odette Noble, CSW
Group Home Division

D. 2/19/86   T. 2/20/86 ip