# EXHIBIT 17

## AFFIDAVIT

State of New York       )
                     ) ss:
County of New York     )

DARNELL BROWN, being duly sworn, deposes and says:

1. I was born in 1970. I currently live at 411 Broad Street Northfield, NJ 08225.

2. I grew up in Manhattan and moved to Trenton in or about 1987. In Trenton, in or about 1989, my brother Darryl Brown introduced me first to Corey Johnson's brother Robert Johnson and then, also in or about 1989, to Corey Johnson.

3. After I met Corey, I started hanging out with him and ended up spending more time with Corey than with Robert. I played basketball with Corey and we also went to parties together. Corey was much quieter and more laid back than Robert.

4. In or around 1988 my brother Darryl, some friends and I started to spend time at a house at 203 Locust Street in East Trenton. After I met Corey he also started to spend time at that house. Corey did not live there; he lived at the places of various girlfriends but came to the house regularly.

5. The males who spent time at the house took part in selling drugs to support ourselves – although as I discuss later in this statement, Corey's role in the selling of drugs was very limited.

6. Those guys spending time at the house who had money would pay the bills. Corey was never one of those guys. Any money Corey ever had seemed to go to his girlfriend Monica or other girlfriends.

1

7. The women who came to the house did the laundry, cooked the meals, and did other household chores. They looked out for the men who came to the house, in terms of personal things.

8. Our group in Trenton was an informal family. We all had to trust each other for it to work. I considered Corey family – a cousin (even though he was not related to me). Corey treated me and my brother as if we were important members of his family. For example, he gave us money when we needed it, or he helped us when we needed a ride.

9. In our group in New Jersey, there was a hierarchy of responsibilities. The officers were the leaders in the group; they made the decisions. My brother Darryl and I were both officers. The workers were followers.

10. Corey was a worker and a follower. He sold drugs, but he never did so on his own. He never went anywhere or did anything without having someone with him. Corey's assignments when it came to selling drugs never required much. He was not given assignments that required much because Corey did not appear capable of making decisions on his own. He had to be told what to do. Corey did not refuse to do something once asked. Even if he did not seem to want to do something, he would do it.

11. Corey comprised the lowest level of the worker/follower group. He and Vernon Lance Thomas, who we called "V" and was also at a low level, were the quietest guys in the group. Compared to Corey, V was more likely to try to analyze something. But, as with Corey, V had to be told what to do.

12. "Whitey" (Richard Tipton) was also of our group in New Jersey. Whitey was also a worker. But within the worker group, Whitey was at a higher level than Corey or V. Whitey was more outgoing, outspoken and intelligent than either Corey or V.

2

13. Corey also seemed incapable of taking any initiative on his own in other aspects of his life. He was very unassertive in his personal life and never appeared to have any confidence in himself. He had several girlfriends, but other than Monica, I thought they looked like men.

14. If a girl liked Corey, she would have to take the initiative to approach him, because he would not approach her.

15. Corey did not talk much, especially when he was among a group of housemates. It was as though he did not want to be put on the spot. Corey went along with what everyone else was doing and did not come up with his own ideas.

16. I never knew Corey to have a job (aside from his lowest level involvement in the drug selling activity). I never knew Corey to have a car, and never saw him drive.

17. I never saw Corey read a book or a newspaper.

18. In my experience, Corey was a good person when it came to helping others. He gave food to people to who did not have any, and was generally willing to help people in need.

19. Sometimes, Corey would go along with me New York to visit his mother. I saw her a few times and she always appeared to be on drugs. Corey would never talk about his mother to me.

20. In 1991, my brother Darryl and I were both arrested and sent to prison.

21. Thereafter, some of the other guys from our New Jersey group went to Virginia.

22. I don't know which of them had the idea to go there, or what reason that person or person had for that idea.

3

23. The people from our group who went to Virginia – Whitey (Tipton), CO (Corey) and V (Thomas) – had all been workers in New Jersey.

24. Based on their statuses in our group, I would have expected Whitey, rather than Corey or V, to be the leader of the group in Virginia.

25. Corey unfortunately ended up in a situation in which those whom he was following were not as skilled at leadership as my brother and I had been.

DARNELL BROWN

Sworn before me on this

14th day of October, 2011

Notary Public

Susie Ng
NOTARY PUBLIC, State of New York
No. 01NG4948150
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires March 6, 2012

4

903464.05-New York Server 4A - MSW