# EXHIBIT 18

not be right.  In the meantime, you all have been given a tremendous and heavy responsibility, and I know the weight of it is going to come down on you tonight.  But we are assured by our questions of you and our having dealt with you over the last few days that you are able to handle it.  So you all go home and have a good evening and we will start out fresh on tomorrow morning at 10 o'clock.

Everyone remain seated while the jury leaves the courtroom.  Just a second.  They tell me you have to report to a different place in the morning.  Check in at Room 302.  It is on the third floor in this hallway down this way.  That's Room 302 for your check-in.  Thank you.  We will see you tomorrow.

(The jury left the courtroom.)

All right, Mr. Marshal, you may remove the defendants.

(Proceedings adjourned at 5:11 p.m.)

0890

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

----------------------------------------

UNITED STATES OF AMERICA,

                              Plaintiff;

    v.                                   CRIMINAL ACTION
                                         92CR68
RICHARD TIPTON, CORY JOHNSON,
JAMES H. ROANE, JR., AND
SANDRA REAVIS,
                              Defendants.

----------------------------------------
                    VOLUME V

                January 15, 1993
                Richmond, Virginia
                  10:00 a.m.

BEFORE:        HONORABLE JAMES R. SPENCER
               United States District Judge

APPEARANCES:    HOWARD C. VICK, JR., ESQ.
                WILLIAM H. PARCELL, III, ESQ.
                Office of the United States Attorney;
                      Counsel for Government;

                ROBERT P. GEARY, ESQ.
                ERIC D. WHITE, ESQ.
                      Counsel for Defendant Tipton;
                CRAIG S. COOLEY, ESQ.
                JOHN F. McGARVEY, ESQ.
                      Counsel for Defendant Johnson;
                DAVID P. BAUGH, ESQ.
                ARNOLD R. HENDERSON, V, ESQ.
                      Counsel for Defendant Roane;
                ROBERT J. WAGNER, ESQ.
                      Counsel for Defendant Reavis.
                    JEFFREY B. KULL
                OFFICIAL COURT REPORTER

0891

                    P-R-O-C-E-E-D-I-N-G-S
        THE CLERK:  Case Number 92CV68: United States of America versus Richard Tipton, Cory Johnson, James Roane, Jr. and Sandra Reavis, the fifth day of trial.  Are counsel ready to proceed?
        MR. VICK:  The government is ready to proceed.
        MR. GEARY:  Defendant Tipton is ready.
        MR. McGARVEY:  Defendant Johnson is ready.
        MR. HENDERSON:  Defendant Roane is ready.
        MR. WAGNER:  Defendant Reavis is ready.
        MR. VICK:  In light of opening statements by defense counsel yesterday, I do believe the government should now be allowed in direct examination of its witnesses who have been provided protection and money to be able to testify why it is indeed that they have been provided money by the government, and that's simply because they have been in protective custody.  Not a single witness has been provided any money other than necessity money to put them in hotels, put them in witness protection.  In light of opening, although that's not normally allowed, in light of the arguments that were here for an hour-and-a-half yesterday, we think that's proper testimony.

0892

        THE COURT:  Well, Mr. Vick, I would not make a decision like that based on opening statements.  Opening statements are full of sound and fury and signify nothing.  If they do as they have indicated and bring out this information in cross-examination, then you can do that in rebuttal.  You can't do it in direct.
        MR. VICK:  Yes, sir.
        MR. GEARY:  May I be heard?  Your Honor, in

Q    Was Richard Tipton there on a continuous basis?
A    No, he was always away on spurts, gone for two months here, a month here.
Q    Did you ever have occasion to talk to Mr. Richard Tipton about Richmond, Virginia?
A    Yes.
Q    And what did Mr. Tipton tell you about Richmond, Virginia?
A    That there was big money down here.
Q    Big money in what regard?
A    Selling drugs.
Q    How did he say it was big money?
A    Said you could sell three times as much as what you were selling in New Jersey.
Q    Three times the quantity, or a gram of cocaine would sell for three times more?
A    A gram of cocaine would sell for three times

0922

more.
Q    On June 4th, 1991, there was a search of a residence that you were living in; is that correct?
A    Yes.
Q    What residence was that?
A    491 Martin Luther King Boulevard.
Q    Trenton?
A    Yes.
Q    Again, that's what you are pending sentencing for?
A    Yes.
Q    Who else lived in that house with you?
A    Darryl Matthews, also known as "Heavy D," "C.O.," also known as Cory Johnson, "V," Vernon Lance Thomas, and Gary Williams.
Q    And were drugs seized from that house?
A    Yes, they were.
Q    Were you present at the house when the search was conducted?
A    Yes.
Q    Based upon your presence at the house, did you know where the drugs were seized?
A    Yes.
Q    Where were they seized from?
A    Mostly from Darryl Matthews's room and "C.O."

0923

and "V's" room.
Q    The drugs seized from Darryl Matthews's room, whose were they?
A    Matthews's.
Q    How were they packaged?
A    In a big plastic bag.
Q    The drugs seized from the room of Cory Johnson, "C.O.," and "V," how were they packaged?
A    In crack vials.
Q    What room was that?