# EXHIBIT 20

## DECLARATION

I, SARAH JANE WOODSON WEST, hereby affirm the following:

1. I live at 6849 Wood Haven Road, Roanoke, Virginia, 24019.

2. For thirty-five years, ending in 2006, I was a volunteer prison chaplain with my husband, Bob West. I ministered to death row inmates for fifteen of those thirty-five years. I have met with death row prisoners on hundreds of occasions.

3. I first met Corey Johnson in 1997, shortly after he was moved from Powhatan Correctional Facility. I visited with Corey at two correctional facilities in Virginia (Mecklenburg and Sussex), where my husband and I saw Corey individually and in groups. In addition to the visits my husband and I jointly made, I met with Corey one-on-one on five or six different times while Corey was in Virginia. My husband and I also made approximately five visits to see Corey at a prison in Terre Haute, Indiana. My last visit with Corey was in March 2006. I probably met with Corey Johnson on ten to eleven occasions.

4. While Corey was at Mecklenburg, I also met Corey's co-defendants, James Roane and Richard Tipton. Both Roane and Tipton had stronger personalities than Corey. Tipton, in particular, was assertive and boastful. It seemed like he was always trying to accomplish or gain something from his contacts.

5. Both Roane and Tipton were "up" on their cases and used the law library to research their cases. Corey was not knowledgeable about his case. Corey and I never discussed him using the law library.

6.    Compared to Roane and Tipton, Corey appeared to be a follower. Tipton and Roane could have been the bosses; they had the strong personalities, unlike Corey. Corey wanted to be accepted and could have been influenced by others.

7.    I tried to act as a mother figure to all of the people I visited. Corey seemed especially receptive to my visits. When we visited the facilities in Virginia, Corey sought me out to talk to me. At Mecklenburg, we held hands, spoke and prayed together. At Sussex, I spoke with him through a hole in a door through which food was passed.

8.    During the times that I observed Corey, he was pleasant and eager for acceptance. I did not observe him in disagreements with others.

9.    Corey is a fine person. He was always polite, respectable and kind when we met.

I declare the foregoing is true and correct.


Dated: _March 24_, 2011.



_Sarah Jane Woodson West_
SARAH JANE WOODSON WEST


Commonweath of Virginia
City of Roanoke



2