# EXHIBIT 21

## AFFIDAVIT

State of New York ⟩
⟩ ss:
County of New York ⟩

**PRISCILLA HODGES, being duly sworn, deposes and says:**

1.    My address is 400 East 105th Street, Apt. 3F, New York, NY 10029.

2.    I was born ████████████

3.    I am currently 43 years old.

4.    Corey Johnson is my first cousin.  Corey and his half-brother, Robert, are the sons of my mother's younger sister.  My mother is Minnie Hodges.  Her younger sister was Emma Johnson, who passed away in 1995. Corey is about 8 months younger than me.  I have known Corey as long as I can remember.

5.    We grew up together, and Corey and I were always very close.  We played, skated, and went to the movies together.  When we were children, I visited Corey's house, and more often, Corey would spend time at my house where he visited at least once a week.  Corey frequently stayed the night at my house when he was a child.

6.    My mother Minnie practically raised him since he was a baby.

7.    I spent time with Corey not only when he was a child, but also when he was a teenager and a young adult in his early twenties.  I also have maintained some contact with Corey since he has been in prison.

8.    Even when we were both children, I could tell that Corey was slow.

9.    For example, Corey wet his bed when he was as old as ten.  Aunt Emma complained to my mother about Corey wetting the bed, saying he was too old to be doing so.

1

Corey also wet the bed when staying at our house. Whenever Corey wet the bed at our house, he would try to cover the wet sheets with a comforter, but my sister Queenie and I could tell that he had wet the bed. I do not remember if we teased him, but we might have. My mother said that he was too old to be wetting the bed.

10.    Corey was slow in other ways, too – ways that involved his ability to do things that required thinking and knowing about things. For example, Corey had significant problems counting change from the time he was a child until at least his late teens. On many occasions, I accompanied Corey to the store where he would pay for an item and receive change, and then ask me how much change he should have received and if he had in fact gotten the proper amount of change. He did not know how to calculate the proper amount of change or even how to count change, mechanically. Often times when Corey went to the store alone, Corey's mother would yell at him for bringing back incorrect change.

11.    In addition, Corey always had great difficulty reading. He was embarrassed to read aloud because he would mispronounce words and would not know the meaning of even very simple words. I and others tried to help him with his reading. Despite the help he received, I did not see much improvement in Corey's reading even as he got older.

12.    More generally, Corey did not do well in school. In addition to his reading problems, Corey's math skills were poor and also did not seem to improve despite his receiving help from me and others.

13.    Indeed, Corey struggled with all of his classes. Corey needed help in all of his subjects and I regularly helped him with his homework in elementary. Corey also received regular homework help from his godsister, Courtney. Despite our efforts, I believe Corey continued to struggle in school throughout the time he attended.

2

14.    As a child, Corey complained that other kids bothered him and would take his money, ball, or other possessions.  Corey would not assert himself with these other kids.  Sometimes, Robert (who was two years younger than Corey) would confront them.  At other times, my sister Queenie or I would confront the neighborhood children whom Corey had accused of bothering him.

15.    Corey was a follower, rather than a leader, first as a child and then as a teenager.  Corey was easily influenced by others and could be persuaded to do things that, in my view, showed very poor judgment.  He would go to great lengths – and jeopardize his own well-being – just to fit in with the crowd.

16.    Once, when Corey was in his early teenage years, his "friends" dared him to roller skate down an incredibly steep hill, an act that no one else would attempt.  I told him not to do it, but his friends insisted.  He ended up falling and suffering a bruise and scrapes.  I believe he accepted the dare only to please his "friends."

17.    On another occasion when Corey was also a young teen, Corey's "friends" told him to ride his bike across a busy two-way street in the middle of traffic.  I warned Corey not to do it, but he did it anyway.  He made it across but was nearly hit by a car.  The driver had to slam on his brakes to avoid hitting Corey.

18.    Corey would do whatever his "friends" told him to do, even if it could have killed or seriously hurt him.

19.    Corey has always been very private and reserved; in my experience, he rarely volunteers information unless you ask him a specific question.  Even though we spent a lot of time together, Corey did not often talk about his feelings.

3

20.     However, at various times when Corey was between 11 and 16 years old, he expressed to me feelings of hurt and sadness about his relationships with both his father and mother. For example, around the age of 11 or 12, Corey told me that he felt like his father did not want to be bothered with him because his father would go months or even a year between contacting (much less visiting) Corey. In addition, Corey would talk about his father breaking promises to visit him. At other times, Corey mentioned that he disliked his mother's boyfriends and questioned why she was even with them. Corey seemed to feel unloved by his parents.

21.     As a teenager, Corey was extremely shy, especially in approaching girls. On several occasions, I talked to my friends for him because he was too shy or afraid to talk to them on his own. He worried that girls would not like him.

22.     I know of three girls with whom Corey was friends during his teenage years. Two of them were also my friends. In both of those cases, I know that there was no romantic or sexual relationship between Corey and the girl. I do not know the nature of Corey's relationship with the third girl.

23.     Although Corey never directly admitted it to me, I am aware that both he and Robert were involved in the sale of drugs. I believe Robert started selling drugs when he was about 16 years old, and Corey began his involvement with the sale of drugs when he was a teenager. I think their mother Emma's involvement with drugs (using and possibly selling) played a role in each of her sons being involved in selling drugs. I encouraged them to stop their involvement in selling drugs.

24.     Robert appeared to have some success in selling drugs. He had a lot of money and nice clothes, which he appeared to acquire through drug selling.

4

25.    As compared to Robert, Corey seemed much less successful in his involvement in selling drugs.  Corey had considerably less money and clothes.  Sometimes, Robert (who was two years younger) would give Corey money or clothes to help him get by.  I had the sense that Corey was trying to keep up with Robert but would always fall short.

26.    On several occasions, Corey had problems obtaining the correct amount of money in exchange for drugs he was selling.

27.    Once, I saw Robert get upset with Corey for coming up short on money in a drug sale.  In fact, Robert's complaining about Corey's mishandling of money is how I first became aware that Corey was involved in the sale of drugs.

28.    Men in the neighborhood whom I understood were supplying Corey with drugs to sell also got angry with Corey (and some would avoid dealing with him entirely) because Corey would come up short on money in drug deals.

29.    Corey's trouble dealing with money in this context was not surprising to me because I already knew about Corey's change-counting problems.

30.    During this period, Corey was no longer attending school and I encouraged him to return, if only to learn how to count change.

31.    When they were in their late teenage years, Corey and Robert acted completely differently at my mother's house than when they were at home with Aunt Emma. When they came to my house, they did not talk about drug sales or making money.  Nor did they bring their "friends" to my mother's house.  My mother was religious, and Corey and Robert knew that they could not expose her to their street life.

32.    During the same period, because I knew Aunt Emma lived with what I considered to be a negative lifestyle that involved heavy drug use, I visited Corey and Robert at

5

Aunt Emma's house frequently to make sure they were okay. When I visited Corey at his mother's house, Aunt Emma often seemed "out of it," that is, under the influence of drugs or alcohol. She would complain of being tired, and would get very easily frustrated and angry with Corey and Robert. She often told Corey to get out of the house, and Corey would sometimes leave and not return until the next day. I do not know where Corey went or where he spent the night on those occasions.

33.     From an early age (as reflected the incidents I mentioned above in paragraphs 16 and 17 above) and continuing into his adulthood, Corey was very susceptible to others' influence and his "friends" knew they could take advantage of him.

34.     When Corey was 18 or 19, he went to live with his stepfather, Robert Butler, in North Carolina. I heard about an incident in which Mr. Butler's house was robbed after Corey had held a party at the house. It was my understanding that Corey's "friends" had convinced Corey to have a party and then used the party as a set-up to later rob the house.

35.     Later, I saw Corey once or twice when he was living in New Jersey. I think he was about 20 years old. I met some of his friends there, including a guy they called "Whitey" (who was later one of Corey's co-defendants). I didn't know them well, but they seemed like tough guys. The males who Corey surrounded himself with in New Jersey did not seem like good people, but Corey considered them friends.

36.     Throughout his life, from when he was very young up until when I visited him in New Jersey when he was in his early twenties, Corey struck me as directionless.

37.     I am unaware of his ever having had a job.

38.     I still keep in contact with Corey on the phone and through letters.

6

39.    Corey's letters are extremely disorganized and incoherent.    There are always misspellings, words used incorrectly, and he jumps from topic from topic.    I become extremely frustrated reading Corey's letters.    Sometimes I have to put the letters down and return to them at a later time.

_____
PRISCILLA HODGES

Sworn to before me on this
30th day April, 2011

_____
Notary Public

DELORES GREEN
Notary Public, State of New York
No. 31-4527811
Qualified in New York County
Commission Expires Aug. 31, 2014

7