# EXHIBIT 22

## AFFIDAVIT

JULIE MCCONNELL, being duly sworn, deposes and says:

1.  I reside in Richmond, Virginia.

2.  During the early 1990's, I was the Executive Director of the Virginia Association to Abolish the Death Penalty and visited inmates on death row. I visited death row many times from 1989 to 1992.

3.  Prior to meeting Corey Johnson, I, along with Reverend Henry Gerrard, Sr. (who is now deceased), and King Salim Khalfani, had been visiting three other inmates at Powhatan Correctional Center in Virginia for some time.

4.  At first, Corey Johnson, James Roane and Richard Tipton were generally asleep during my visits and there was little interaction. Later, all three men began to interact with the three of us, and in particular, Reverend Gerrard. I estimate that I interacted with Corey Johnson on eight to ten different occasions. I interacted with Roane and Tipton approximately the same number of times.

5.  Corey appeared to be very simplistic in his thinking. He struck me as quite childlike. I had the sense that he really did not understand what had happened to him or why he was in prison. He was very suggestable and would basically agree to whatever you said to him. He was very polite, but seemed completely overwhelmed by the situation. If I had to guess, I would say that he probably suffers from mental retardation and a very low IQ. I have

worked with many young people with special education needs, and he certainly had some similar characteristics.

6.   During the times I visited him, Corey appeared much younger than his counterparts and not at all worldly.  He seemed shell-shocked, withdrawn and depressed.  At the same time, Corey was very respectful and especially appreciative of Reverend Gerrard's religious role.  I had the impression that he saw Reverend Gerrard as a father figure.

7.   Compared to his co-defendants, Corey was the quietest of the three.  Both Tipton and Roane were more verbal and outgoing.  Corey appeared much slower than either Roane or Tipton.  I did not perceive him as the leader of the trio.  Indeed, I believe they indicated to me that he was the follower of the group.  Tipton and Roane seemed very aware that Corey was slow.  In my view, no one could reasonably have thought of Corey as the leader in that group.

JULIE MCCONNELL

Commonwealth of Virginia
City of Richmond

I, Linda Lee McGrew, a Notary Public in and for the Commonwealth of Virginia at large, do hereby certify that the foregoing Affidavit was executed before me by Julie McConnell on this 23 day of March, 2011.

Linda L. McGrew
Notary Public

My commission expires:  April 30, 2015
Notary Registration No: 7389801



2