# EXHIBIT 24

Form W-25
Rev. 10/3/75

The City of New York
Human Resources Administration

## HISTORY SHEET

| CASE NAME | ADDRESS | CAT./CASE NO./SUF. |
|---|---|---|
| Johnson | | PAGE NO. |

**DATE**

11/20/84 — Call from the w/ma stating she wants Rbt. replaced. Apparently Ms. Johnson is having problems handling Rbt. she reports she has not been able to get him into the correct cow placement & states that COW advises her they do not have the appropriate placement for him. Additionally, her former boyfriend (the drug addict she was with at the time of Corey's placement) last night tried to set fire to her apt. Ms. Johnson believes he is now in protective custody. But this added problem makes it all the more necessary that have Rbt placed.

Ms. Johnson proceeded to claim she'd been trying to get Rbt. replaced thru JCCA for several months without success. Note: Rbt. does not want to return to Children's Village. Since Ms. Johnson will be meeting with her PCS s/w later today, Sup. I advised her to fully discuss her replacement request with PCS

Note: mother states she is no p.a. recipient (& not a candidate for payment towards cost of care)

L. Lawrence
Sup. I