# EXHIBIT 25

PLEASANTVILLE DIAGNOSTIC CENTER

PSYCHOSOCIAL SUMMARY

Name of Child:   COREY JOHNSON
Date of Birth:   ▆▆▆▆▆
Date of Adm:     2/1/82

## I. IDENTIFYING INFORMATION:

Corey is a 13-year old Black boy who was admitted to PDC on 2/1/82 on a Voluntary basis. His mother, Mrs. Johnson, requested that Corey be evaluated to determine whether placement at Children's Village would be feasible, as his brother Robert is in placement there. Mrs. Johnson is currently unemployed and resides with her drug addicted common-law husband in a Brooklyn apartment.

## II. REASON FOR REFERRAL:

Corey's mother, a depressed, dependent woman is seeking placement for Corey because she is struggling with taking charge of her own life and is therefore unable to cope with Corey's problems at the present time. Upon admission Mrs. Johnson reported that Corey had been truant since September 1981. Corey's academic deficits have been a serious problem and he has been left back twice in 3rd and 4th grade. His behavior has reportedly been disruptive in school, he gets into fights and does not learn. He currently reads on 2nd grade level and has not improved in quite some time. Corey lived with his maternal grandfather at times that his mother could not cope with his behavior. During his last stay with his grandfather, while he was attending Catholic School, Corey was suspended from school for fighting. Mrs. Johnson stated that Corey had been stealing from her and her boyfriend, items such as tape recorders, radios and she feels that this was done in anger or revenge. As noted above, Mrs. Johnson has been living with a drug addicted, unemployed man for the past four years and she noted that although Corey's school problems have always been there, they have intensified since she has been living with Mr. Krager (with whom she is still living at the present time).

Until a year ago, Corey believed that his younger half-brother's father was his real father. Corey's natural father unexpectedly came into the picture after he was released from jail for armed robbery. Corey has been visiting his father and his wife (who is expecting a baby) regularly but feels that his father is uninvolved in his life and is wary about approaching him.

Mrs. Johnson stated that her home environment has been unstable and chaotic since she started living with Mr. Krager. He required numerous emergency hospitalizations and Corey and his brother witnessed many fights and arguments between Mrs. Johnson and Mr. Krager. Mrs. Johnson is aware that she has been unable to provide a calmer more stable and consistent home environment for her children and noted that she is in the process of finding a job and seeking new residence so that she can provide a better home for her children.

Corey Johnson                                                    -2-

III. FAMILY BACKGROUND:

Mrs. Johnson comes from a chaotic and unstable home environment as
well. She noted that her father drank heavily and was abusive with
her mother, "they fought all the time." She is the youngest of three,
her two older siblings had different fathers. Mrs. Johnson is "very
close" to her father who left the family during her adolescence but
continued to be supportive to her. He supports her financially and
emotionally when she is needy. Her father took care of Corey when-
ever Mrs. Johnson was emotionally unavailable.

Mrs. Johnson said that she became pregnant at age 17 in order to "get
away from home" but returned to live with her mother after Corey was
born. Mrs. Johnson went to work and Corey's maternal grandmother
cared for him. Subsequently Mrs. Johnson got pregnant with Robert
and was living with Robert's father for several years. Mrs. Johnson
reported that he was a good father to both children and a good provider, how-
ever, he used money to gamble. He apparently became a compulsive
gambler and although Mrs. Johnson believed that he had been paying
the bills she one day came home and discovered that the family had
been evicted from their apartment because their rent was not paid.
Mrs. Johnson subsequently left Robert's father and returned to her
mother's home. As noted above, she started living with Mr. Krager
four years ago. This has been a destructive and chaotic relation-
ship and Mrs. Johnson who has been quite depressed over this relation-
ship has not been able to extricate herself. Mr. Krager has been drug
addicted and has been involved with another woman over the past two
years and this has been a very painful situation for Mrs. Johnson
who feels trapped and wants help to reorganize her life.

IV. DEVELOPMENTALLY HISTORY OF CHILD:

There were no complications in pregnancy or birth. Corey weighed
7.4 at birth and was described as having been a "cheerful baby."
His early developmental milestones were normal, he walked and talked
at 1-year. Mrs. Johnson said that Corey was hyperactive and at age 2
she reported that he fell down a staircase and was admitted to Kings
County. He was released with no significant findings, and there were no neurological
tests.                        Corey stuttered until age 5 and he
continues to have a slight lisp. He was enuretic until age 11 and
encopretic occasionally between ages 8 and 12. Mrs. Johnson said
that Corey talks to an imaginary friend especially when he is angry
at her. She does not know how long he has been doing this. She noted
that Corey becomes defiant especially when he is jealous of his broth-
er Robert. Robert was hospitalized last summer at the Psychiatric
Institute following a suicidal attempt, (he walked on a ledge). Robert
became more of a problem for Mrs. Johnson during the last year with
significant increase in his aggressive unsocialized behavior. Robert's
behavior was seen as risk taking behavior and that has also increased
recently. Robert reportedly hates Corey and there was intense sibling
rivalry. Robert has been referred to Children's Village
following            a five month stay at the Psychiatric Institute.

V. CHILD AT PDC:

    Cottage

In our cottage, Corey is seen as an easy child to care for. He is

Corey Johnson                                                    -3-

generally cooperative and challenges adults in a playful, immature,
way.  He relates like a younger child and appears limited.  He very
often acts silly and is seen as the cottage clown.  This seems to stem
from his low self-esteem.  Corey does not have friends, he appears
frightened of children and does not like any physical contact with
them.  He also doesn't like to be teased by children and he gets very
verbal and loud when he is teased.  He seeks adult intervention in
those situations and is calmed easily by adults.  Corey seems to be
afraid of the dark but there has been no history of bedwetting or
nightmares during his stay at DC.  Overall, he is a child who main-
tains a low profile in the cottage and has not been difficult to
care for.

### Casework

Initially, in our sessions, Corey was anxious and appeared to have a
great deal of discomfort especially around discussion related to his
mother and her drug addicted, common-law husband.  With time Corey
appeared less anxious, spoke with greater ease and appropriately ex-
pressed anger at his mother for placing him away from home.  He also
became more depressed and teary, in joint sessions with his mother,
when she told him that he can't come home for visits at the present
time.  Mrs. Johnson, a depressed, dependent woman tearfully and pain-
fully told Corey that she doesn't want him to come home now for visits
and witness struggles, fights and drug abuse.  She does not want him
to live in a "depressing" environment and said she is unavailable to
deal with Corey's emotional needs because of her own problems.  She
noted that she would like to protect Corey and have him in placement
while she attempts to take charge of her life by seeking employment
and a new residence.  Corey seemed to be more accepting of his mother's
current state of depression and views placement as a temporary option
because of his mother's current inability to cope.  There are also
feelings of anger and rejection around this issue which surface from
time to time and need to continue to be addressed.

### School

Corey has had many failures in school and is reading on a 2nd grade
level.  Testing indicated a lack of phonic skills which might enable
him to sound out words.  He also has a minimal sight vocabulary.  He
has difficulty blending and these combined factors make reading very
difficult for Corey.  He could recite the month of the year in sequence
only up to August although he knew that there were twelve months in
the year.  Corey could tell time on the hour only but seemed to feel
that he could learn in a short time.  He is essentially seen as a co-
operative child in school who has great academic deficits and needs
individualized instruction.

## VI. FAMILY'S RESPONSE TO PDC:

Mrs. Johnson has kept all scheduled appointments and welcomed inter-
vention.  She has visited Corey regularly with one exception when
she was expected to have lunch with him at the cottage and did not
keep this appointment.  Corey was quite upset and disappointed and

Corey Johnson                                                                -4-

when Mrs. Johnson was called she said she was too depressed to come
Mrs. Johnson added that whe would contact Corey in the future if this should happen
again to let him know that she can't come. In order to enhance her self-esteem and
help her begin to feel like Corey's mother, arrangements were made to have her visit
him in the cottage and have lunch with him there. She has been quite
responsive to this plan and expresses gratefulness for the help that
she is getting here.

VII. DIAGNOSTIC APPRAISAL AND RECOMMENDATIONS:

Since Corey's admission to PDC on February 1, 1982 he has had psychiatri
and psychological testing, medical and dental examinations, the social
worker has completed the social history and met several times with his
mother and regularly with the boy. In addition, he has been evaluated
in our school and cared for in our cottage. On February 25, 1982 a
Multi-Disciplinary Conference was held with representatives of clinic-
al, child care and educational personnel. The findings and recommenda-
tions of that conference are contained in the Psychosocial.

Our psychologist found Corey to be a sensitive and dependent boy who
is struggling with issues revolving around independence. There was
an underlying organic component which serves to exacerbate the anxiety,
dependence, affectional needs and hostile impulses. As a result, Corey
has an extremely hard time trying to integrate emotional challenges.
He is motivated to improve his situation and would benefit from both
remediation in academic areas as well as psychotherapy. For a complete
report please refer to Dr. Gallaudet's evaluation.

Our psychiatrist sees Corey as a child who has the capacity to relate
well. He is happy with his mother and reaches out to her. His be-
havior is seen as reactive to a very chaotic home situation especial-
ly during the last four years with Mrs. Johnson having had great fin-
ancial problems and difficulties with her job and in her relationship.
For complete evaluation please see Dr. Collimuttam's report.

Our psychosocial formulation is that Corey is a likeable, related,
youngster whose depression is seen as reactive to an unstable family
situation within the past 4 years and to maternal rejection. Corey's mother
is depressed and unavailable emotionally. For the last four years
she has been living with an umemployed, drug addicted man who mis-
treated her and her children. Mrs. Johnson has had great financial
difficulties as she is unemployed and in debt (having supported her
boyfriend's addiction as well). Furthermore she is stressed in this
relationship as her common-law husband is involved with another woman
and Mrs. Johnson, who is quite dependent on this man, feels trapped,
unable to extricate herself from this relationship. Corey's acting
out behavior is reactive to her emotional absence and her common-law
husband's abusive and destructive behavior.

We, therefore, with reluctance, recommend placement in a residential
treatment center at the present time while Mrs. Johnson takes a better
hold of her life. Although Corey has great educational deficiencies
and needs intensive remedial work, we believe that he could have re-
turned home and residential treatment placement is only a viable op-

Corey Johnson                                                                -5-

tion because Mrs. Johnson is depressed and overwhelmed with diffi-
culties in her own life at the present time. Mrs. Johnson will benefit from treatment
to help her cope with her problems, reorganize her life and then
become more available to her children so that they may return home.
She has agreed to contact Robert's former therapist at Psychiatric
Institute and will seek counselling. We have tried to schedule an
appointment, during her recent visit to Corey, but have been unsuccess-
ful. Mrs. Johnson stated that she will contact Robert's therapist
and will resume treatment.
      Amira Offer, CSW:ww  D-3/9/82     T-3/15/82


                              Amira Offer, CSW
                              Caseworker