# EXHIBIT 26

Form W-853C (fc ce)
Rev. 3/20/75

The City of New York
Department of Social Services
Special Services for Children

### REQUEST FOR AUTHORIZATION AND APPROVAL
### FOR CARE AND SERVICES

TO:

SPECIAL SERVICES FOR CHILDREN

80 Lafayette Street

New York, New York 10013

SSC WORKER

| | | |
|---|---|---|
| AGENCY DATE | April 16, 1984 | |
| CASE SURNAME | JOHNSON | |
| BCW CASE NO. | 4766716-28 | TEAM/CSLD 9095 |
| Mother's full name (incl. maiden name) | | Social Security No |
| EMMA JOHNSON | | |
| Address | 640 Riverside Drive | |
| City | New York | St. N.Y. ZIP 10031 |
| Father's full name | | Social Security No |
| JAMES SYKES | | |
| Address | Unknown | |
| City | St. | ZIP |

AGENCY
FOLD

TO:
AGENCY Jewish Child Care Association of New York

PLEASANTVILLE COTTAGE SCHOOL

345 Madison Avenue

New York, New York 10017

NAME OF WORKER   LYNN POLSTEIN

☒ Shaded area for IARP use only

INDICATE FOR:
Code 00 Addl. Placement
Effective Date
Code 02 Ann. Reauthorization Annual Period
Other Specifications Below

| IARP FOLD | CHILDREN | | | DATE OF BIRTH | WHEREABOUTS ADDRESS OR AGENCY | INITIAL PLACEMENT DATE | CITY BILL NUMBER | Request Code | APPD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | SURNAME | FIRST | M.I. | | | | | | YES | NO | |
| 1 | JOHNSON, | n COREY | | ▮ | PCS | 2/1/82 | 12178 | 49 | | | 1 |
| 2 | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | 4 |

AGENCY: (Check one) ☐ Reply  ☐ Report Only  ☒ Request (See Reverse) Specify Type of Request: Permanency Goal Change

SUMMARY: (ATTACH ADDITIONAL SHEET OF PAPER IF REQUIRED)

This is to request a change in discharge goal for Corey Johnson.  We are requesting that Co[rey] have a permanency goal of discharge to independent living.

Corey is a 15½-year old boy with severe learning disabilities in reading, spelling and arithmethic.  Within the course of his placement, these disabilities have been identified and he has received a program to remediate his defects.  To date, his progress in learning to read has been only minimally successful.  Coupled with, and perhaps as a result of, his learning problems, Corey has a very damaged sense of self which interferes with his assertiveness and which seems to be at the root of his feelings of depression and hopelessn[ess]. He is a youngster who needs to live in an environment in which he feels nurtured and in whi[ch] his non-academic strengths are supported.  When his environment is non-supportive, Corey act[s] out in the community by stealing and truancy.

During the course of placement, work has been done to enable Mrs. Johnson to be more (OVER)

**AUTHORIZATION SPECIFICATIONS FOR REQUEST CODES OTHER THAN 00 AND 02**

| DISCHARGE | | NAME, RELATIONSHIP, ADDRESS | CODE 15 | PLACE ON ADOP. REFERRAL | AGENCY: | |
|---|---|---|---|---|---|---|
| CODE | TYPE | TO: | | | | |
| 04 | FINAL | | CODE 28 | TAKE SURRENDER | DATE: | |
| 05 | $500 | DATE: | | | | |
| 06 | TRIAL | | | | | |
| CODE 07 | EXTEND CARE | Until date: | CODE 20 | RETURN TO CARE | EFFECTIVE DATE | CODE 33 | PL. IN PFDC | Parent's $ |
| | | | CODE 55 | PROC.SUSP. PAYMENT | REASON | | | |

SSC: (Check one) ☐ Reply  ☐ Request  ☐ Report

We support your request to change the permanency Goal to "Independent Living."

AUTHORIZING SIGNATURE   [signature]

DATE: 5-1-81