# EXHIBIT 28

## AFFIDAVIT

State of _New York_ )
                    ) ss:
County of _Bronx_   )

JAMES SYKES, being duly sworn, deposes and says:

1.    I was born ███████. I am currently 62 years old and live in the Bronx, New York with my son, James Sykes, Jr. I am currently unemployed, although actively looking for work, and receive public assistance. In the past, I spent time in prison and used heroin for about 25 years. I have now been clean for more than 15 years and have served as a drug counselor to others with substance abuse problems.

2.    Corey Johnson is my son. He was my first child and my only child with Emma Johnson. Corey was born when I was about 17 years old. Although Emma and I never married or lived together after Corey was born, and I was absent for significant periods of Corey's youth, I made contact with Corey when he was about 10 or 11 years old and spent time intermittently with him until he was about 17.

3.    After Corey, I later had four other biological children: two children by Mabel Sykes (James and Anita), one child by Maryann Sykes (Fairesha), and another child by Lori Martin (Amir). Mabel, who died in 1992, had three other children, who are my stepchildren (Elizabeth, Nadine, and Curtis).

### MY LEARNING DISABILITY

4.    I graduated junior high school (JHS 271 in Brooklyn) and later attended high school (Boys High School in Brooklyn), despite not knowing how to read at or near my grade level. Back then, many children were socially promoted to higher grades without being able to do the required work.

1

5.    I completed the 9th grade and then dropped out.  At the time I dropped out, I was reading only at a 5th grade level.

6.    Later in life, I discovered that I had a learning disability.

7.    Both while I was in junior high school and as an adult, I was given various tests, including two IQ tests.  Based on the results of these tests, I was diagnosed as learning disabled and told I had spatial deficits and dyslexia.  I first received this diagnosis when I was in my late twenties or early thirties.

8.    As an adult, I have been evaluated by and have received services through VESID (Office of Vocational and Educational Services for Individuals with Disabilities) – a program that helps peoples with disabilities secure employment and maintain independent lives.

9.    In mid-1990s, I began attending Hudson Valley Community College under a special program through the Americans with Disabilities Act and graduated with an Associates Degree.  In 1998 enrolled at SUNY Albany, also under the ADA program.  At both Hudson Valley and at SUNY Albany, I received extra time to complete assignments and tests, and proctors would assist me in writing my answers on exams.

10.    Nonetheless, I had a difficult time in this program.  I always have had a lot of problems retaining information.  In the end, however, I was able to complete the program and in May 2000, I graduated with a degree in sociology from SUNY Albany.

11.    I had a total of four siblings, three brothers (two now deceased) and one sister.  My youngest brother, Ezzie Johnson, was sent to Cleveland, Ohio to live with our aunt. He is now about 55-56 years old and resides in Cleveland, Ohio.  My other siblings and I would see him during visits.  As a child, Ezzie attended a special school because of his difficulties in becoming educated in rather basic things.  In particular, he could not retain information and it took him a long time to learn his ABCs.  Ezzie did not learn the alphabet until he was around the

2

age of 12 or 13. My sister, Daphne (Sykes) Moore (also still living), has a history of mental illness. I am not sure of her exact diagnosis but am aware that she has been treated and hospitalized for her illness in the past.

## MY RELATIONSHIP WITH EMMA JOHNSON AND COREY'S EARLY YEARS

12.    Emma Johnson and I met at a party in Brooklyn. At that time, I was living in the Crown Heights section of Brooklyn with my mother, Sarah Sykes. I believe that I was about 15 years old and attending junior high school in Brooklyn (JHS 271) when I met Emma. I believe that Emma was younger, about 14 years of age, and attending junior high school at the time. Emma was visiting her aunt and cousins in the area when we met.

13.    After we met, Emma and I started dating. We went out to the movies, went to Coney Island, and double-dated with Emma's brother and his girlfriend.

14.    When I first knew her, Emma was living with her parents and two siblings. Emma attended church on a regular basis and was closely protected by her parents. Our dates were sometimes chaperoned by Emma's brother and sister.

15.    Esther Johnson, Emma's mother, was really nice to me when we started dating, and we got along well.

16.    Love Johnson, Emma's father, was a small but strong man. He had been a Chief Petty Officer in the Navy and was a war veteran. Love was responsible for maintenance work in a building. I used to help him clean up the building.

17.    Love used to drink a lot, though, and was pretty hard-headed. He went out a great deal with his friends, and he had a lot of lady friends.

18.    I witnessed arguments between Love and Esther. Most of the time, the arguments seemed to be about infidelities. Eventually, Love and Esther separated and Emma moved out.

3

19.    Love treated Emma better than her brother and sister.  He gave Emma money and freedom.  In fact, Emma's father pretty much gave her whatever she wanted, and he would say Emma was spoiled by him.  Love was in agreement with my dating Emma.

20.    When I was dating Emma, her sister, Minnie, had a tendency to agree with others and was easy to convince.  Later, when Corey was a teenager I noticed that Corey displayed similar characteristics but to an even greater extent.  I remember Minnie being slow – in that she did not fully understand certain things and did not catch on easily to other things.  Minnie behaved much younger than her age.  She did not go outside often, and when she did, she went with her mother or brother.

21.    I also knew Amos Brunson, Emma's brother.  He was a good, kind-hearted, hard-working person.

22.    At the time I was dating Emma, I was involved with a gang called the Chapmans. Other popular gangs were the Tomahawks and the Buccaneers. The gangs fought each other, but they were also into dancing, taking care of the neighborhood, and marching in the streets.  My gang even had a drum and bugle group – I played the drums.

23.    Emma became pregnant with Corey while we were dating.

24.    My involvement with gangs and fighting got me in trouble and ultimately incarcerated.

25.    I was about 17 years old and incarcerated on a robbery charge when Corey was born.  Even though I was a minor, I was sent to adult prisons (Elmira CF and Woodbourne CF).  I believe I was in prison for about a year or so.

26.    When I was released from prison, Corey was about 18 months old.

4

27.    After my release from prison, I moved in with my mother in Brooklyn. Emma and Corey were living with her mother in Brooklyn. Emma was still living apart from Love.

28.    During this time, I saw Corey frequently. I used to pick him up and take him around regularly. As an infant, Corey appeared to me healthy and vibrant.

29.    My mother, Sarah Johnson, also saw Corey when he was a baby. However, there was a conflict between her and Emma's mother, Esther. Esther wanted me and Emma to marry; my mother disagreed because she thought we were too young. I later learned that my mother refused to sign papers that would permit the marriage. This incident soured my relationship with Esther.

30.    When I was around age 18, I was introduced to heroin and started sniffing it. I continued to use drugs on and off for many years.

31.    Due to my involvement with drugs, I was soon incarcerated again, and my time with Corey as a baby was short-lived.

32.    I went back to prison. After I got out of prison for the second time, I went to Emma's house, but the family had moved, with no forwarding address. I visited the home of a cousin of the family, thinking he could help me locate Emma and Corey, but he had moved as well.

33.    I eventually learned of Emma and Corey's whereabouts while serving another prison term.

34.    One of the correctional officers knew Minnie (Emma's sister). The officer gave me Love Johnson's address and phone number, and that enabled me to get in touch with Emma once I got out of prison.

## MY RELATIONSHIP WITH COREY FROM ABOUT AGES 9 TO 17

35.    When I got in touch with her, Emma told me that Corey was living with his grandfather, Love Johnson, in Brooklyn and provided me with Love's address.    Emma claimed that Corey was staying with his grandfather because he was not manageable. Emma complained of Corey's "antics," and also said that Corey was also having problems in school.    I believe that Love took good care of Corey.

36.    After having not seen him since he was a baby, I finally saw Corey again when he was 9 or 10.

37.    Thereafter, I had contact with him until he was about 17 or so.    The visits and contact were quite sporadic. Corey was placed in several different schools and residences during this time.    In addition, during this period, I violated parole and was sent to a prison upstate for a time.

38.    When I first came back into contact with Corey, I was living in the Brownsville section of Brooklyn, and Corey would sometimes visit me. Corey and I also visited my other children, his half-siblings.

39.    I was told that Corey was having problems with reading and math, and that he could not read or write. I talked to Corey about this, but I didn't know what to do about this.

40.    I met Bobby Koger, Emma's boyfriend, on one occasion when Corey was between the ages of 10 and 13 (I cannot recall his exact age).

41.    Previously, Love had called me and told me that Corey was being physically abused by Bobby.  Love suggested that I try to obtain custody of Corey.

6

42.    I confronted Bobby about the abuse on a Sunday when Corey, Bobby, and I were all at Love Johnson's house. Bobby and I exchanged harsh words, and I told Bobby not to hit or beat Corey.

43.    Bobby was vocal about his dislike for Corey and said that Corey did not listen and was difficult. Bobby told me Corey needed to be put away due to his behavior.

44.    Bobby said that if he did not take care of Corey, someone else would. Bobby also said Corey would get himself killed. I took this to mean that he would kill Corey because Corey was bothering him so much. The conversation got really heated.

45.    On that day, Corey told me that he felt that Bobby did not want him around. Corey further told me that he believed that his mother was choosing Bobby over him.

46.    Based on my observations of Corey's demeanor and physical appearance in the presence of Bobby that day, I believe that Corey was being abused by Bobby. Corey did not look directly at Bobby – he was always keeping his head down or looking away from Bobby. Corey did not sit or stand next to Bobby. I also remember seeing dark bruises on Corey's forehead that day.

47.    The day described above is the only time I saw Bobby.

48.    When Corey was about 12 and placed upstate at the Pleasantville Cottage School, Corey would sometimes visit me over the weekends.

49.    While Corey was at Pleasantville, I once went to see his counselors there. They told me that Corey was not doing well in school but was not a troublemaker.

50.    The main problem, they said, was that Corey could not read. Also, Corey's tendency to follow others would land him in trouble.

51.    When I saw Corey between the ages of 10 to 13 or so, he did not talk much about his living situation. We would basically talk about the family and sometimes school.

7

I remember Corey telling me that he often felt embarrassed about not being able to read and that he would clown around and try to be funny to distract from the fact that he could not read.

52.    In truth, I never felt as though I really got a chance to know Corey because I had lost contact with Corey during his crucial growing years.

53.    I did not realize that Corey felt as though he was not wanted by me. He was always playful around me and my other children and stepchildren, and he appeared to be happy.  I was not aware of how Corey felt – but I did not ask him either.  I would ask Corey how things were at home, and he would respond that things were fine.  I would not push the conversation and just accepted his answer.

54.    He spoke very little about his mother; when I asked about her, Corey would just say she was doing well.

55.    It troubles to me to think that I could possibly have made things better for Corey by asking him to live with me and my wife at the time (Maryann), but never did so.  I never made Corey an offer to come live with me.

56.    Later, when Corey was around 16 or 17 and living at the Elmhurst group home, he came over to visit me a couple of times and I believe he saw other members of my family.  Corey always seemed glad to come on these visits, but he also would act a little distant.

57.    I did not see Corey after he left school, when I understand he was hustling on the streets.  At that time, I tried to get information about Corey from Emma, but she was not informative.

58.    Emma gave up on Corey.  While I was not aware of Emma using drugs when I was around her frequently (when she was a teenager), in later years when Emma was in her late twenties I became aware that she abused drugs.  Still, I was surprised when I learned she had died of a drug overdose.

8

59.    My mother recently told me that she would have helped Corey during the time after he left high school, but no one ever told her anything about his situation then.

## MY CONTACT WITH COREY SINCE HIS INCARCERATION

60.    I spoke with Corey a few times while he was on death row in Virginia. I have also sent him some money. Corey never talked much on the phone; we basically talked about Corey's maternal grandmother and myself.

61.    I speak to Corey on the phone about once a month. We usually only speak for a few minutes and I ask him how he is doing. Sometimes, he also tells me about his daughter

62.    Since Corey has been in prison, our communication has mostly been by phone. Occasionally, Corey writes me letters but they are infrequent. The letters are also difficult to understand and I have to read them several times to understand them. Both his handwriting, grammar, and spelling are very poor.

_____
JAMES SYKES

Sworn to before me on this
17 day of May, 2011

_____
Notary Public

ARLETTE GUERRA
Notary Public - State of New York
NO. 01GU6178311
Qualified in Bronx County
My Commission Expires 11/26/11