# EXHIBIT 29

## DECLARATION

I, Bobby H. West, hereby affirm the following:

1.      I reside at 6849 Wood Haven Road, Roanoke, Virginia 24019.

2.      I am Senior Pastor of Covenant Community Church in Salem Virginia. I am also ordained by the Church of God in Anderson, Indiana.

3.      From approximately 1971 until 2006, I was a volunteer prison chaplain with my wife, Sarah West. During my thirty-five years as a chaplain, I met with several thousand prisoners.

4.      For fifteen of those thirty-five years, I ministered specifically to death row inmates. For those fifteen years, I spent approximately five hours every other week visiting with death row inmates in Virginia. I estimate that I met with approximately seventy-five death row prisoners during those years.

5.      I first met Corey Johnson in 1997 at the Mecklenburg Correctional Center in Boydton, VA, shortly after Corey was moved there from Powhatan Correctional Facility. I visited with Corey every other week while he was at Mecklenburg, where he lived on a pod that housed between eight to twelve prisoners. During that time, I saw him both individually and as part of larger group meetings with the other men on the pod. During this time, I also met with Corey's co-defendants, James Roane and Richard Tipton, and had an opportunity to observe them individually as well as with Corey. When Corey was moved to a facility in Sussex County, Virginia, I visited him there as well. In total, I estimate that I saw Corey approximately one hundred times while he was at the two Virginia facilities. Later, Corey was transferred to a facility in Terre Haute, Indiana, where I visited him four or five times. My last in-person visit with Corey was in

March 2006. I have probably spoken to Corey ten to twelve times while he has been in Indiana. My phone contact with him ended in 2005.

6.    At Mecklenburg, I was able to see Corey in the same setting as James Roane and Richard Tipton. Corey was less vocal and opinionated than either Roane or Tipton. Whereas Roane and Tipton expressed anger regarding, for example, the prison food, Corey seemed to "go with the flow." Roane and Tipton challenged the statements of others if they disagreed with them, whereas I did not observe Corey do the same. Corey seemed considerably less intelligent than Roane or Tipton in the way he spoke.

7.    Roane and Tipton were "up" on their legal cases, including the argument that they and Corey should not have been tried together. On the other hand, Corey expressed no understanding of the status of his legal case and instead appeared to rely completely on his lawyers regarding what should be done on his behalf. Corey expressed hope that his lawyers were doing a good job representing him.

8.    Most of the men on death row at Mecklenburg, including Roane and Tipton, were researching their cases. I have no memory of any discussion with Corey related to the use of the law library. He only commented from time to time that he had talked to his attorneys.

9.    Corey was less vocal and opinionated than most death row prisoners I have observed. Generally, the more vocal inmates had jobs in prison but Corey did not. In general, Corey did not appear to possess leadership capabilities.

10.    At Mecklenburg, Corey lived on a pod, where eight to twelve other men also lived. Corey appeared to get along with his fellow prisoners. I did not observe him

2

in disagreements with anyone. As compared to Roane and Tipton, Corey seemed softer and kinder. In my interactions with Corey, he was soft-spoken, quiet, and humble. He seemed eager to please, wanting to "say the right thing."

11.    During my discussions with Corey over the years, we generally talked about his family, daily living activities, and sporting events. Where it was common for other death row prisoners to raise deep or complex spiritual questions, Corey never did. We had very basic spiritual discussions.

12.    While I observed him, Corey did not appear to engage in subjects that required analysis or decision making. This was in contrast to Tipton and Roane, who did make decisions. For example, Tipton would say things that would hurt him in prison, just to make a point. I envisioned Tipton as the strong man of the group, with Corey down at the bottom of the pecking order in terms of power.

13.    During the time I was in contact with Corey, I wrote several letters to Corey. I never received any letters from Corey. When I visited Corey in the pod area of Mecklenburg or at his cell door in Sussex, I never observed him writing letters. He also never discussed writing letters to anyone with me.

14.    I learned about the crimes of which Corey Johnson, James Roane and Richard Tipton had been tried and convicted. Based on my interactions with Corey Johnson, those crimes seemed totally out of character for Corey. On the other hand, based on my interactions with James Roane, I found it less difficult to believe Roane could have been involved in such crimes. And, based on my interactions with Richard

3

Tipton, I did not find it difficult to believe that Tipton would be involved in such crimes.

15.    Based on my observations of Corey alone and his interactions with Roane and Tipton, I believe that Corey wanted to be considered a strong man who would have done what others told him to be more accepted in the group.

I declare the foregoing is true and correct.

Dated: _MARCH 24_, 2011.

_Bobby H. West_
BOBBY H. WEST

Commonwealth of Virginia
City of Roanoke

4