# EXHIBIT 30

```
THAEK           *          INMATE EDUCATION DATA          *      05-25-2012
PAGE 001 CF 001 *                TRANSCRIPT                *      08:23:09

REGISTER NO: 27832-054    NAME..: JOHNSON                    FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: THP-TERRE HAUTE USP

------------------------- EDUCATION INFORMATION ----------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
THP  ESL HAS    ENGLISH PROFICIENT            08-24-1999 0001 CURRENT
THP  GED EN     ENROLL GED NON-PROMOTABLE     08-24-1999 0001 CURRENT
THP  GED SAT    GED PROGRESS SATISFACTORY     04-28-2000 1233 CURRENT

-------------------------- EDUCATION COURSES -------------------------------
SUB-FACL  DESCRIPTION                    START DATE  STOP DATE EVNT AC LV HRS
THP SCU   SCU GED 7:30-9:00 AM           08-04-2005 CURRENT
THA SCU   SCU GED SELF STUDY-12-1PM      08-25-1999 03-07-2005  P  W  I   518

--------------------------- HIGH TEST SCORES ------------------------------
TEST         SUBTEST      SCORE     TEST DATE     TEST FACL   FORM     STATE
ABLE         LANGUAGE      2.8      02-15-2000    THA         F
             NUMBER OPR    5.7      02-15-2000    THA         F
             PROB SOLV     4.5      02-15-2000    THA         F
             READ COMP     7.3      02-15-2000    THA         F
             SPELLING      3.6      02-15-2000    THA         F
             VOCABULARY    7.0      02-15-2000    THA         F
GED PRAC     LIT/ARTS    400.0      04-12-2006    THP         PE
             MATH        330.0      04-12-2006    THP         PE
             SCIENCE     350.0      04-12-2006    THP         PE
             SOC STUDY   350.0      04-12-2006    THP         PE
             WRITING     380.0      04-12-2006    THP         PE




GC000      TRANSACTION SUCCESSFULLY COMPLETED
```