# EXHIBIT 32

**Corey Johnson's IQ Scores Compared to IQ Scores of Federal Death Penalty Defendants Found Intellectually Disabled After Contested *Atkins* Hearings**

The following chart demonstrates that Corey Johnson's IQ scores, both before and after being corrected for the Flynn effect, are similar to the IQ scores for other federal capital defendants who were granted relief by courts and found to be intellectually disabled after contested *Atkins* hearings. This chart includes IQ scores in Corey Johnson's case, the three cases in Chart 2 in Corey Johnson's clemency petition, and three additional cases. It does not include other federal capital defendants for whom the Government did not authorize the filing of a death notice nor does it include those cases in which the Government withdrew death notices based on IQ scores in the range similar to Corey Johnson's IQ scores.

| Case | Year *Atkins* Claim Decided | Full Scale IQ | | Flynn Adjusted Full Scale IQ | |
|---|---|---|---|---|---|
| | | Year | IQ | Year | Flynn IQ |
| *United States v. Johnson*, No. 92CR68 (E.D. Va. 1993). | | 1977 | 73 | 1977 | 71 |
| | | 1981 | 78 | 1981 | 75 |
| | | 1985 | 69 | 1985 | 65 |
| | | 1992 | 77 | 1992 | 73 |
| *United States v. Nelson,* 2:02-CR 00304 CJB-ALC (E.D. La. Feb. 22, 2006). | **2006** | 1994 | 65 | N/A[1] | N/A |
| | | 1997 | 76 | N/A | N/A |
| | | 2004 | 72 | N/A | N/A |
| | | 2005 | 78 | N/A | N/A |
| *United States v. Davis*, 611 F. Supp. 2d 472 (D. Md. 2009). | **2009** | 1982 | 76 | 1982 | 66 |
| | | 1992 | 76 | 1992 | 73 |
| | | 2006 | 65 | 2006 | 62 |
| | | 2009 | 70 | 2009 | 70 |

---

[1] The *Nelson* court did mention the Flynn effect in its decision and did not correct Nelson's IQ scores for the Flynn effect.

| Case | Year Decided | Full Scale IQ | | Flynn Adjusted Full Scale IQ | |
|---|---|---|---|---|---|
| | | Year | IQ | Year | Flynn IQ |
| *United States v. Shields*, No. 2:04-cr-20254 BBD-tmp (W.D. Tenn. May 11, 2009). | **2009** | 1989 | 69 | 1989 | N/A[2] |
| | | 1992 | 73 | 1992 | N/A |
| | | 1995 | 70 | 1995 | N/A |
| | | 1997 | 68 | 1997 | N/A |
| | | 2005 | 68 | 2005 | N/A |
| *United States v. Hardy*, 762 F. Supp. 2d 849 (E.D. La. 2010). | **2010** | 1993 | 73 | 1993 | 67 |
| | | 1993 | 76 | N/A[3] | N/A |
| *United States v. Lewis*, No. 1:08 CR 404, 2010 WL 5418901 (N.D. Ohio Dec. 23, 2010). | **2010** | 2008 | 72 | 2008 | 67.71 |
| | | 2010 | 75 | 2010 | 72.03 |
| *United States v. Smith*, 790 F. Supp. 2d 482 (E.D. La. 2011). | **2011** | 2004 | 67 | 2004 | 64/65 |
| | | 2006 | 67 | 2004 | 64/65 |

---

[2] The *Shields* court found that the Flynn effect is a valid scientific phenomena that must be considered and is particularly relevant in assessing dated IQ tests (administered years after the test was normed), but the *Shields* court did not calculate scores as corrected for the Flynn effect.

[3] The *Hardy* Court found that the practice effect inflated the second IQ test given to Hardy and disregarded that test. For this reason, the Court did not apply the Flynn effect and did not correct this IQ test for norm obsolescence.