# EXHIBIT 33

1 #

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------

UNITED STATES OF AMERICA,

                              Plaintiff;

     v.                                   CRIMINAL ACTION
                                          92CV68

RICHARD TIPTON, CORY JOHNSON, and
JAMES H. ROANE, JR.,

                              Defendants.

---------------------------------------

FILED

JUN 29 1993
D-PHB
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

                    June 1, 1993
                 Richmond, Virginia
                    9:30 a.m.

BEFORE:         HONORABLE JAMES R. SPENCER
                United States District Judge

APPEARANCES:    HOWARD C. VICK, JR., ESQ.
                WILLIAM H. PARCELL, III, ESQ.
                Office of the United States Attorney
                Main Street Centre
                Richmond, Virginia   23219
                        Counsel for Government;

                ROBERT P. GEARY, ESQ.
                ERIC D. WHITE, ESQ.
                CRAIG S. COOLEY, ESQ.
                JOHN McGARVEY, ESQ.
                DAVID P. BAUGH, ESQ.
                ARNOLD R. HENDERSON, V, ESQ.
                        Counsel for Defendants.

                    JEFFREY B. KULL
                OFFICIAL COURT REPORTER

4862

2 #

P-R-O-C-E-E-D-I-N-G-S

THE CLERK: Case Number 92CV68: United States of America versus Richard Tipton, Cory Johnson, and James H. Roane, Jr. Mr. Howard C. Vick and Mr. William H. Parcell, III represent the United States. Mr. Eric D. White and Mr. Robert P. Geary represent Defendant Tipton. Mr. Craig S. Cooley and Mr. John F. McGarvey represent Defendant Johnson. Mr. David P. Baugh and Mr. Arnold R. Henderson, V represent Defendant Roane. Are counsel ready to proceed?

MR. VICK: The government is ready to proceed.

MR. GEARY: Defendant Tipton is ready.

MR. COOLEY: Defendant Johnson is ready.

MR. BAUGH: Defendant Roane is ready, Your Honor.

THE COURT: All right. We had a couple of outstanding motions. And before we get into the sentencing proper, we need to go ahead and rule on these motions. They have been fully briefed and there is no need for any additional argument.

MR. BAUGH: Your Honor, if I might, I would ask permission to allocute or argue for new sentencing phase as Defendant Roane, in light of the

4863

22#

All crimes, crimes is not good, period. All crimes, period, is not good. Being the fact that you are here, take a lesson to what's going on. I mean, you get old enough and realize that this is not the life that you are living. I am unfortunate that I never had nobody. That's no excuse. I'm a grown man. I am going to take my punishment the way I have to. Same with my co-defendants. They have to take their punishment. We have to deal with this reality. And I would hope that you take heed to this. I would hope you discuss this. Because I would hate to see you all end up this way. I would hate to see you have kids in this way, because this is not right. This is stress.

No man can really stand up here and have somebody come and sentence them to death. I can't take it. My co-defendants can't take it. We try to joke about it, to laugh, you know, to laugh the stress off. But it is a hurting feeling knowing the fact that you will be sentenced to death and you don't know when it is going to happen.

I'm sorry for my family, my co-defendants' families. I didn't mean no harm to you. I love you all. I love you from the heart. I thank my counselors again. I'm not mad at Mr. Vick, because

4883