IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

       v.                                       Criminal No. 3:92cr068-2 (DJN)

COREY JOHNSON,
      Defendant.

**ORDER**

This matter comes before the Court on Defendant Corey Johnson's Motion for Leave to File Excess Pages (ECF No. 37), moving for leave to file a 47-page memorandum in support of his Motion for Reconsideration of Sentence Hearing Pursuant to the First Step Act (ECF No. 38). For good cause shown, the Court hereby GRANTS Defendant's Motion (ECF No. 37). The Government shall have an equal number of pages for its response.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                        _____/s/_____

                                        David J. Novak
                                        United States District Judge

Richmond, Virginia
Dated:  August 20, 2020