IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal no. 3:92-cr-68-DJN |
| | ) | |
| JAMES H. ROANE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**Unopposed Motion for One-Week Extension
For Filing the United States' Response to § 404 Motion**

The United States respectfully requests a one-week extension for filing its response to

defendant James Roane's motion under § 404 of the First Step Act.  The United States has part

of its files in this case in archives and requested those files from archives at the beginning of

August.  Regrettably, it appears that the files were shipped to a prior address for the U.S.

Attorney's Office in Richmond.  The United States believes that it will obtain the necessary

records soon, but they have not arrived yet.  Defendant does not object to the United States'

requested one-week extension.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney


            /s/                           
Richard D. Cooke
Assistant United States Attorney
Eastern District of Virginia
919 East Main Street, Suite 1900

1

Richmond, VA 23219
(804) 819-5400
richard.cooke@usdoj.gov

**Certificate of Service**

I certify that on August 21, 2020, I filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel.

_____/s/_____
Richard D. Cooke
Assistant United States Attorney
Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, VA 23219
(804) 819-5400
richard.cooke@usdoj.gov