IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:92-cr-68-DJN |
| | ) | |
| JAMES H. ROANE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING GOVERNMENT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ITS RESPONSE TO DEFENDANT'S MOTION UNDER SECTION 404 OF THE FIRST STEP ACT

Upon motion of the United States pursuant to Local Criminal Rule 47(I), this Court finds good cause for a one-week extension of the Government's time to file its response to the Defendant's Motion under Section 404 of the First Step Act.

IT IS THEREFORE ORDERED that the Government's time to file its response to the Defendant's Motion under Section 404 of the First Step Act shall be extended from August 21, 2020, to August 28, 2020.

_____/s/_____
THE HON. DAVID J. NOVAK
UNITED STATES DISTRICT JUDGE

Date: _____
      Richmond, Virginia

We ask for this:

G. Zachary Terwilliger
United States Attorney

By: ___/s/_____
    Richard D. Cooke
    Assistant United States Attorney