IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

UNITED STATES OF AMERICA   :
                           :
            vs.            :       CRIMINAL CASE
                           :       No. 92CR68
RICHARD TIPTON, III        :
                           :

NOTICE OF FILING

Comes now the undersigned and hereby submits this NOTICE OF FILING

the affidavit of Jeffrey L. Ertel.

Dated, this the 21st day of August, 2020.


                              *s/Jeffrey L. Ertel*
                              JEFFREY L. ERTEL
                              State Bar No. 249966

                              Federal Defender Program, Inc.
                              101 Marietta Street
                              Suite 1500
                              Atlanta, Georgia 30303
                              (404) 688-7530
                              jeff_ertel@fd.org

                              COUNSEL FOR MR. TIPTON

Certificate of Service

I hereby certify that I have served a copy of the forgoing on all parties or

their counsel of record through the CM/ECF system and will be served

electronically on the attorney listed below:

Richard Cooke, Esq.
United States Attorney's Office
Eastern District of Virginia
2100 Jamison Ave.
Alexandria, VA   22314

Dated, this the 21st day of August, 2020.


                                        *s/Jeffrey L. Ertel*