COUNTY OF FULTON

STATE OF GEORGIA

Comes now, JEFFREY L. ERTEL, before the undersigned officer duly licensed to administer oaths and swears or affirms as follows:

1.      My name is Jeffrey L. Ertel and I am over the age of eighteen.  I am competent to testify to the matters contained herein.

2.      I have applied for admission *pro hac vice* in the United States District Court for the Eastern District of Virginia in case 92CR68, *United States of America v. Richard Tipton.*

3.      The Court has directed that as a part of the *pro hac vice* process I submit an affidavit attesting that I have reviewed the Local Rules for the Eastern District of Virginia.

4.  I hereby swear that I have reviewed the Eastern District of Virginia Local Civil Rules 1 through 83.8, Local Criminal Rules 1 through 58, Local Admiralty Rules (a) through (f), and Appendix A and B.

_____
JEFFREY L. ERTEL

Sworn to me this the 21st day of August, 2020.

_____
NOTARY PUBLIC

My commission expires:

JENNY MOORE
NOTARY
My Commission Expires
November 3, 2020
PUBLIC
FULTON COUNTY, GEORGIA