AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:92cr68 |
| James H. Roane, Jr. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America                                                 .

Date:     08/31/2020

                                        /s/ Joseph Attias
                                        *Attorney's signature*

                                        Joseph Attias
                                        *Printed name and bar number*

                                United States Attorney's Office E.D.V.A.
                                919 E. Main Street, Suite 1900
                                Richmond, VA 23219

                                        *Address*

                                Joseph.Attias2@usdoj.gov
                                        *E-mail address*

                                        (804) 819-5400
                                        *Telephone number*

                                        *FAX number*