IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                                                Criminal No. 3:92cr68 (DJN)

CORY JOHNSON,
        Defendant.

**ORDER**

This matter comes before the Court on Defendant Cory Johnson's ("Defendant") Motion

for the Imposition of a Reduced Sentence Under Section 404 of the First Step Act (ECF No. 38).

Defendant's First Step Act Motion shall proceed according to the following schedule:

1.      The Court hereby DIRECTS the United States Attorney's Office to respond

within fifteen (15) days of this Order and to explain its position regarding Defendant's First Step

Act Motion and requested relief.  The United States must further provide the following

information:

        a.      Status of Defendant's educational and vocational training, if any;
        b.      Status of any treatment of Defendant for substance abuse or physical or mental
               health;
        c.      Defendant's post-sentencing conduct, including Defendant's compliance with the
               rules of the institution(s) in which Defendant has been incarcerated; and
        d.      Any relevant considerations of public safety.

In its response, the United States is also directed to state whether it opposes the First Step

Act Motion, either because Defendant is not eligible for relief or, for example, because

Defendant poses a risk of harm to the public, or any other reason.  The United States must also

state the number of months and years of supervised release that it considers appropriate for

Defendant's sentence.  Any proposed reduction of sentence shall be expressed in terms of months, not percentages.

2.      If Defendant disagrees with the Government's response, Defendant may reply to the Government's response within fifteen (15) days of the date that the Government's response is filed.

3.      The United States Probation Office is DIRECTED to prepare a First Step Act Worksheet ("Worksheet") within fourteen (14) days of the date of entry hereof.  The Worksheet SHALL contain essentially the same information as was provided in the Drug Guidelines Amendment Application Worksheet.

The Clerk is directed to send a copy of this Order to all counsel of record and to the United States Probation Office, Richmond Division.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Dated: September 2, 2020

2