

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:92CR68_____, Case Name Corey Johnson v. United States _____

Party Represented by Applicant: Corey Johnson _____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) Alexander C. Drylewski _____

Bar Identification Number 4847844 _____ State New York _____

Firm Name Skadden Arps Slate Meagher & Flom LLP

Firm Phone # 212-735-3000 _____ Direct Dial # 212-735-2123 _____ FAX # 917-777-2129 _____

E-Mail Address Alexander.Drylewski@skadden.com

Office Mailing Address One Manhattan West, New York City, NY 10001

Name(s) of federal court(s) in which I have been admitted US Court of Appeals for the Second Circuit; Southern District of New York

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _x_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_Alexander C. Drylewski_
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ David E. Carney
(Signature)                                          August 18, 2020
David E. Carney                                      (Date)
(Typed or Printed Name)                              43914
                                                     (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

_/s/_ _____
David J. Novak
(Judge's Signature) United States District Judge

September 2, 2020
(Date)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:92CR68_____, Case Name Corey Johnson v. United States_____

Party Represented by Applicant: Corey Johnson_____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please) Judith A. Flumenbaum_____

Bar Identification Number 5618400_____ State NY_____

Firm Name Skadden Arps Slate Meagher & Flom

Firm Phone # 212-735-3000_____ Direct Dial # 212-735-2764_____ FAX # 917-777-2764_____

E-Mail Address Judy.Flumenbaum@skadden.com

Office Mailing Address One Manhattan West, New York City, NY 10001_____

Name(s) of federal court(s) in which I have been admitted Southern District of New York_____

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __x__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_Judith Flumenbaum_

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ David E. Carney_____ August 18, 2020

(Signature)
David E. Carney

(Typed or Printed Name)

(Date)
43914

(VA Bar Number)

Court Use Only:

Clerk's Fee Paid ____✓____ or Exemption Granted _____

The motion for admission is GRANTED ____✓____ or DENIED _____

/s/
David J. Novak   /s/
__United J. Novak__
(Judge's Signature) United States District Judge

September 2, 2020
(Date)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:92CR68_____, Case Name Corey Johnson v. United States_____

Party Represented by Applicant: Corey Johnson_____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) Donald P. Salzman_____

Bar Identification Number 479775_____  State DC_____

Firm Name Skadden Arps Slate Meagher & Flom LLP_____

Firm Phone # 202-371-7000_____  Direct Dial # 202-371-7983_____  FAX # 202-661-9063_____

E-Mail Address Donald.Salzman@skadden.com_____

Office Mailing Address 1440 New York Avenue, N.W., Washington, D.C. 20005_____

Name(s) of federal court(s) in which I have been admitted District of Maryland; United States Court of Appeals for District of Columbia
United States Court of Appeals for the Fourth Circuit; United States Supreme Court
I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____  am not __*__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ David E. Carney

| (Signature) | (Date) |
| --- | --- |
| David E. Carney | August 18, 2020 |
| (Typed or Printed Name) | 43914 |
| | (VA Bar Number) |

Court Use Only:

Clerk's Fee Paid ____✓____ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
_____
David J. Novak
United States District Judge
(Judge's Signature)

September 2, 2020
(Date)