IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal no. 3:92-cr-68-DJN |
| | ) | |
| RICHARD TIPTON, | ) | |
| | ) | |
| Defendant. | ) | |

**Unopposed Motion for a Four-Day Extension**
**For Filing the United States' Response to § 404 Motion**

The United States respectfully requests a four-day extension for filing its response to defendant Richard Tipton's motion under § 404 of the First Step Act. With the extension, the government's response would be due on Monday, September 21, 2020. The attorneys for the government assigned to this matter were completing oral arguments last week in the United States Court of Appeals for the Fourth Circuit and are also interviewing candidates for a job opening currently. The extension will provide the United States time to finalize its response. Counsel for defendant do not oppose the United States' request for an extension until Monday, September 21, 2020.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

_____/s/_____
Richard D. Cooke
Assistant United States Attorney
Eastern District of Virginia

919 East Main Street, Suite 1900
Richmond, VA 23219
(804) 819-5400
richard.cooke@usdoj.gov

2

## Certificate of Service

I certify that on September 17, 2020, I filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel.

_____/s/_____
Richard D. Cooke
Assistant United States Attorney
Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, VA 23219
(804) 819-5400
richard.cooke@usdoj.gov