IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:92-cr-68-DJN |
| | ) | |
| RICHARD TIPTON, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING GOVERNMENT MOTION FOR EXTENSION OF TIME IN WHICH
TO FILE ITS RESPONSE TO DEFENDANT'S MOTION UNDER SECTION 404
OF THE FIRST STEP ACT

Upon motion of the United States pursuant to Local Criminal Rule 47(I), this Court finds

good cause for a four-day extension of the Government's time to file its response to the Defendant's

Motion under Section 404 of the First Step Act.

IT IS THEREFORE ORDERED that the Government's time to file its response to the

Defendant's Motion under Section 404 of the First Step Act shall be extended from September 17,

2020, to September 21, 2020.

_____/s/_____
THE HON. DAVID J. NOVAK
UNITED STATES DISTRICT JUDGE

Date: _____
    Richmond, Virginia

We ask for this:

G. Zachary Terwilliger
United States Attorney

By: ___/s/_____
   Richard D. Cooke
   Assistant United States Attorney