IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                                        Criminal No. 3:92cr68 (DJN)

RICHARD TIPTON,
    Defendant.

**ORDER**

    This matter comes before the Court on the Government's Unopposed Motion for a Four-Day Extension for Filing the United States' Response to § 404 Motion (ECF No. 49), moving for a four-day extension to respond to Defendant Richard Tipton's First Step Act Motion (ECF No. 24). Because the parties are in agreement, and the Court finds good cause, the Government's Motion (ECF No. 49) is hereby GRANTED. The Government shall have until September 21, 2020, by which to file its response to Defendant's First Step Act Motion.

    The Clerk is directed to file a copy of this Order electronically and notify all counsel of record.

    It is so ORDERED.

                                      /s/
                                  David J. Novak
                                  United States District Judge

Richmond, Virginia
Dated: September 17, 2020