IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 3:92-cr-68 (DJN) |
| | ) | |
| COREY JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

### Unopposed Motion for a Two-Day Extension
### For Filing the United States' Response to § 404 Motion

The United States respectfully requests a two-day extension for filing its response to defendant Corey Johnson's motion under § 404 of the First Step Act. With this extension, the government's response would be due on Wednesday, September 23, 2020. The attorneys for the government assigned to this matter were completing oral arguments on September 10, 2020, in the United States Court of Appeals for the Fourth Circuit and are also interviewing candidates for a current vacancy. The extension will provide the United States time to finalize its response. Counsel for defendant does not oppose the United States' request for an extension until Wednesday, September 23, 2020.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s/_____
Joseph Attias
Richard D. Cooke
Assistant United States Attorneys

**Certificate of Service**

I certify that on September 21, 2020, I filed electronically the foregoing with the Clerk of

Court using the CM/ECF system, which will serve all counsel of record.

By: _____/s/_____

Joseph Attias
Assistant United States Attorney

2