**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| THE UNITED STATES OF AMERICA | : | |
| | : | Crim. No. 3:92CR68 |
| v. | : | |
| | : | |
| JAMES H. ROANE, JR. | : | |
| | : | |
| | : | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR REDUCED SENTENCE UNDER SECTION 404 OF FIRST STEP ACT

James H. Roane, Jr., respectfully moves this Court for a one-week extension of time to file a reply in support of his motion for a reduced sentence under Section 404 of the First Step Act. Mr. Roane filed his motion on July 22, 2020. The Government sought and was granted a one-week extension of time to file a response, and filed its response on August 28, 2020. Mr. Roane's reply is currently due September 27, 2020.

Counsel for Mr. Roane have been diligently working on a reply; however, due to counsel's workload in other cases, an additional week's time is required to complete the reply. Undersigned counsel has conferred with counsel for the Government, who has indicated the Government has no objection to the instant extension request.

**WHEREFORE**, Mr. Roane, through undersigned counsel, respectfully requests that this Court grant him a one-week extension of time to file a reply in support of his motion for a reduced sentence under Section 404 of the First Step Act.

1

Respectfully Submitted,

/s/ Joanne Heisey
Joanne Heisey
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Joanne_Heisey@fd.org

/s/ Matthew Engle
Matthew Engle
Bernadette Donovan
Donovan & Engle
1134 East High St. Unit A
Charlottesville, VA 22902
(800) 428-5214
matthew@donovanengle.com
bernadette@donovanengle.com

Counsel for James H. Roane, Jr.

Dated: September 21, 2020

**CERTIFICATE OF SERVICE**

I, Joanne Heisey, hereby certify that on this 21st day of September 2020, I submitted the

foregoing Motion for filing with service to:

Richard D. Cooke
United States Attorney for the Eastern District of Virginia
919 E. Main St.
Suite 1900
Richmond, VA  23219

/s/ Joanne Heisey
Joanne Heisey