**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA | : |
| v. | :     Crim. No. 3:92CR68 |
| JAMES H. ROANE, JR. | : |

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR REDUCED SENTENCE UNDER SECTION 404 OF FIRST STEP ACT

Upon the Defendant's Motion pursuant to Local Criminal Rule 47(I), this Court finds good cause for a one-week extension of time to file a reply to the Government's response to Defendant's motion for a reduced sentence under Section 404 of the First Step Act.

**IT IS THEREFORE ORDERED** that Defendant's time to file a reply in support of his motion for a reduced sentence under Section 404 of the First Step Act is extended from September 27, 2020, to October 4, 2020.

_____
THE HON. DAVID J. NOVAK
UNITED STATES DISTRICT JUDGE

Dated: _____