# EXHIBIT A

```
  BUTB5          *      INMATE DISCIPLINE DATA         *      08-27-2020
PAGE 001         *   CHRONOLOGICAL DISCIPLINARY RECORD  *      07:48:23


REGISTER NO: 32922-083 NAME..: TIPTON, RICHARD
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-27-2020


------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2794446 - SANCTIONED INCIDENT DATE/TIME: 12-15-2015 1125
DHO HEARING DATE/TIME: 05-04-2016 0920        DHO REPT DEL: 07-22-2016 0800
FACL/CHAIRPERSON.....: THP/EZEKIEL
REPORT REMARKS.......: INMATE DENIED CHARGE
   299  DISRUPTIVE CONDUCT-HIGH - FREQ: 1
         LP COMM    / 45 DAYS / CS
         COMP:    LAW:    299 ML 206
         LP PHONE   / 60 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2813424 - SANCTIONED INCIDENT DATE/TIME: 02-06-2016 1820
UDC HEARING DATE/TIME: 02-09-2016 1150
FACL/UDC/CHAIRPERSON.: THP/SCU/SHEPHERD
REPORT REMARKS.......: INMATE FOUND GUILTY OF PROHIBITED ACT.
   330  BEING UNSANITARY OR UNTIDY - FREQ: 1
         LP OTHER   / 15 DAYS / CS
         COMP:    LAW:    LP TRULINCS EMAIL TO DETER FUTURE VIOLATIONS.
                         02/09-23/2016.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2682809 - SANCTIONED INCIDENT DATE/TIME: 02-13-2015 1335
DHO HEARING DATE/TIME: 04-15-2015 1125        DHO REPT DEL: 04-24-2015 1443
FACL/CHAIRPERSON.....: THP/EZEKIEL
REPORT REMARKS.......: INMATE ADMITTED THE THE CHARGE
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DS         / 1 DAYS / CS
         COMP:    LAW:    FOR SENTRY PURPOSE ONLY
         LP COMM    / 45 DAYS / CS
         COMP:    LAW:
         LP EMAIL   / 45 DAYS / CS
         COMP:    LAW:
         LP VISIT   / 45 DAYS / CS
         COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2581171 - SANCTIONED INCIDENT DATE/TIME: 05-09-2014 0734
UDC HEARING DATE/TIME: 06-06-2014 1450
FACL/UDC/CHAIRPERSON.: THP/SCU/SHEPHERD
APPEAL CASE NUMBER(S): 780587
REPORT REMARKS.......: ON REMAND, UDC FINDS GUILTY OF CHARGE AS BEING MOST LIKE
                      DUE TO VIOLATION BEING WRITTEN RATHER THAN SPOKEN.
   399  DISRUPTIVE CONDUCT-MODERATE - FREQ: 1
         LP PHONE   / 15 DAYS / CS
         COMP:    LAW:    PREVIOUSLY IMPOSED SANCTION FROM 5/16/2014 STAND.
                         SANCTION TIME SERVED.




  G0002      MORE PAGES TO FOLLOW . . .
```

```
BUTB5          *      INMATE DISCIPLINE DATA          *      08-27-2020
PAGE 002       *    CHRONOLOGICAL DISCIPLINARY RECORD  *      07:48:23


REGISTER NO: 32922-083 NAME..: TIPTON, RICHARD
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-27-2020


--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2589582 - SANCTIONED INCIDENT DATE/TIME: 06-02-2014 0733
UDC HEARING DATE/TIME: 06-03-2014 1335
FACL/UDC/CHAIRPERSON.: THP/SCU/SHEPHERD
REPORT REMARKS.......: BEST MANAGED AT UDC LEVEL.  I/M FOUND GUILTY OF 307 CHRG
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP PHONE   / 30 DAYS / CS
         COMP:    LAW:    UTILIZING PROGRESSIVE SANCTIONS TO DETER CONTINUED
                         VIOLATIONS OF THIS NATURE.
--------------------------------------------------------------------------
REPORT NUMBER........: 2581171 (REHEARD 06-06-2014 1450)
UDC HEARING DATE/TIME: 05-16-2014 0920
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2554251 - SANCTIONED INCIDENT DATE/TIME: 02-28-2014 1640
DHO HEARING DATE/TIME: 04-24-2014 0831
FACL/CHAIRPERSON.....: THP/EZEKIEL
REPORT REMARKS.......: DENIED BREAKING THE SPRINKLER HEAD AND THREATENING STAFF
    203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         LP EMAIL   / 45 DAYS / CS
         COMP:    LAW:
    218  DESTROYING PROP OVER $100 - FREQ: 1
         LP COMM    / 45 DAYS / CS
         COMP:    LAW:
         LP PHONE   / 45 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:
         MON REST   / 100.00 DOLLARS / CS
         COMP:    LAW:    COST OF COMPUTER EQUIP
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2546618 - SANCTIONED INCIDENT DATE/TIME: 02-07-2014 1730
DHO HEARING DATE/TIME: 04-24-2014 0830
FACL/CHAIRPERSON.....: THP/EZEKIEL
REPORT REMARKS.......: DENIED ALTERING GOV ISSUED CLOTHING & ABUSING THE DURESS
                       ALARM
    208  INTERFERING WITH SECRY DEVICES - FREQ: 1
         LP MPLAYER / 30 DAYS / CS
         COMP:    LAW:
         LP VISIT   / 30 DAYS / CS
         COMP:    LAW:    ALL VISITS
    329  DESTROY PROP $100 OR LESS - FREQ: 1
         LP MPLAYER / 30 DAYS / CS
         COMP:    LAW:




G0002       MORE PAGES TO FOLLOW . . .
```

```
BUTB5          *      INMATE DISCIPLINE DATA        *     08-27-2020
PAGE 003       *    CHRONOLOGICAL DISCIPLINARY RECORD  *     07:48:23


REGISTER NO: 32922-083 NAME..: TIPTON, RICHARD
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-27-2020


-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2509420 - SANCTIONED INCIDENT DATE/TIME: 10-28-2013 1519
UDC HEARING DATE/TIME: 11-01-2013 1350
FACL/UDC/CHAIRPERSON.: THP/SCU/SHEPHERD
APPEAL CASE NUMBER(S): 756745
REPORT REMARKS.......: UDC CONSIDERED I/M, WITNESS, STAFF STATEMENTS, REVIEWED
                          VIDEO.  I/M DENIED.
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        CHG QTRS   / CS
        COMP:    LAW:    I/M FOUND GUILTY OF PROHIBITED ACT AND IS RETURNED
                          TO PHASE I QTRS TO DETER FUTURE VIOLATIONS OF SAME
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2104347 - SANCTIONED INCIDENT DATE/TIME: 12-22-2010 1945
DHO HEARING DATE/TIME: 01-20-2011 0945
FACL/CHAIRPERSON.....: THP/D.LOCKETT
REPORT REMARKS.......: INMATE ADMITTED TO COVERING CAMERA IN CELL, STATES I AM
                          NOT ON A STATUS WHICH REQUIRES CONSTANT MONITORING.
   208  INTERFERING WITH SECRY DEVICES - FREQ: 2
        LP OTHER   / 15 DAYS / CS
        COMP:    LAW:    15 DAYS LP OTHER (E-MAIL)
        LP VISIT   / 15 DAYS / CS
        COMP:    LAW:    15 DAYS LP VISITORS, ALL
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP PHONE   / 7 DAYS / CS
        COMP:    LAW:    7 DAYS LP PHONE
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2103918 - SANCTIONED INCIDENT DATE/TIME: 12-21-2010 1510
DHO HEARING DATE/TIME: 01-20-2011 0930
FACL/CHAIRPERSON.....: THP/D.LOCKETT
REPORT REMARKS.......: INMATE ADMITTED TO COVERING CAMERA IN CELL, STATES I AM
                          NOT ON A STATUS WHICH REQUIRES CONSTANT MONITORING.
   208  INTERFERING WITH SECRY DEVICES - FREQ: 1
        LP OTHER   / 15 DAYS / CS
        COMP:    LAW:    15 DAYS LP OTHER (E-MAIL)
        LP VISIT   / 15 DAYS / CS
        COMP:    LAW:    15 DAYS LP VISITORS, ALL
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2015512 - SANCTIONED INCIDENT DATE/TIME: 05-13-2010 1500
UDC HEARING DATE/TIME: 05-19-2010 1020
FACL/UDC/CHAIRPERSON.: THP/SCU/B ENGLISH
REPORT REMARKS.......: INMATE ADMITTED TO NOT GIVING THE PHONE TO STAFF
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP PHONE   / 15 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:




G0002      MORE PAGES TO FOLLOW . . .
```

```
BUTB5          *      INMATE DISCIPLINE DATA          *      08-27-2020
PAGE 004       *    CHRONOLOGICAL DISCIPLINARY RECORD   *      07:48:23


REGISTER NO: 32922-083 NAME..: TIPTON, RICHARD
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-27-2020


UDC HEARING DATE/TIME: 05-19-2010 1020 REPORT 2015512 CONTINUED
    398  INTERFERING W/STAFF-MODERATE - FREQ: 1
         LP PHONE   / 15 DAYS / CS / SUSPENDED 90 DAYS
         COMP:    LAW:    30 DAYS TOTAL IF FOUND GUILTY ANOTHER I/R WITHIN
                          90 DAYS
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1969038 - SANCTIONED INCIDENT DATE/TIME: 01-20-2010 1005
DHO HEARING DATE/TIME: 02-17-2010 1420
FACL/CHAIRPERSON.....: THP/D.LOCKETT
REPORT REMARKS.......: INMATE ADMITTED POSSESSION OF RAZOR BLADE, I USE THEM TO
                       SHARPEN MY PENCILS, IT WAS AN ACCIDENT.
    305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         LP OTHER   / 30 DAYS / CS
         COMP:    LAW:    30 DAYS LOSS PRIVILEGE OTHER (E-MAIL)
         LP PHONE   / 30 DAYS / CS
         COMP:    LAW:    30 DAYS LOSS PRIVILEGE TELEPHONE.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1814554 - SANCTIONED INCIDENT DATE/TIME: 12-25-2008 0820
DHO HEARING DATE/TIME: 08-04-2009 1445
FACL/CHAIRPERSON.....: THP/D. LOCKETT
REPORT REMARKS.......: INMATE WAS UPSET AND BUMPED ONE OFFICER IN THE CHEST AND
                       STRUCK ANOTHER OFFICER IN THE CHEST WITH HIS SHOULDER.
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SN1 RFP: D
         DS          / 7 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:
         LP VISIT   / 15 DAYS / CS
         COMP:    LAW:    LOSS OF VISITING PRIVILEGE 15 DAYS.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1812025 - SANCTIONED INCIDENT DATE/TIME: 12-17-2008 1815
DHO HEARING DATE/TIME: 08-04-2009 1430
FACL/CHAIRPERSON.....: THP/D. LOCKETT
REPORT REMARKS.......: INMATE ADMITS MAKING THREATENING COMMENT BUT SAID IT WAS
                       JUST TO ASSIST HIM IN GETTING MOVED TO DIFFERENT CELL.
    203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DS          / 7 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:
         LP PHONE   / 15 DAYS / CS
         COMP:    LAW:
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP VISIT   / 15 DAYS / CS
         COMP:    LAW:




G0002       MORE PAGES TO FOLLOW . . .
```

```
BUTB5           *       INMATE DISCIPLINE DATA        *      08-27-2020
PAGE 005        *    CHRONOLOGICAL DISCIPLINARY RECORD   *      07:48:23


REGISTER NO: 32922-083 NAME..: TIPTON, RICHARD
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-27-2020


------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1836405 - SANCTIONED INCIDENT DATE/TIME: 02-22-2009 1145
DHO HEARING DATE/TIME: 08-04-2009 1400
FACL/CHAIRPERSON.....: THP/D. LOCKETT
REPORT REMARKS.......: INMATE ADMITS HE PROVIDED LIST OF NEGATIVE TERMS TO
                       THE REPORTING EMPLOYEE BUT SAID IT WAS MISINTERPRETED.
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 2
        LP PHONE   / 15 DAYS / CS
        COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1797416 - SANCTIONED INCIDENT DATE/TIME: 11-06-2008 1215
UDC HEARING DATE/TIME: 11-12-2008 1330
FACL/UDC/CHAIRPERSON.: THP/SCU/JULIAN
REPORT REMARKS.......: SANCTIONED TO DETER FUTURE MICONDUCT TOWARDS STAFF.
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP PHONE   / 15 DAYS / CS
        COMP:    LAW:    INMATE ADMITTED GUILT.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1796469 - SANCTIONED INCIDENT DATE/TIME: 11-03-2008 1440
UDC HEARING DATE/TIME: 11-06-2008 0840
FACL/UDC/CHAIRPERSON.: THP/SCU/B ENGLISH
REPORT REMARKS.......: INMATE ADMITTED TO MAKING THE COMMENTS ABOUT STAFF
   313  LYING OR FALSIFYING STATEMENT - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1469622 - SANCTIONED INCIDENT DATE/TIME: 05-20-2006 1048
DHO HEARING DATE/TIME: 06-01-2006 1400
FACL/CHAIRPERSON.....: THP/KILLION, V
REPORT REMARKS.......: N/A
   110  REFUSING DRUG/ALCOHOL TEST - FREQ: 1 ATI: ???
        DS         / 1 DAYS / CS
        COMP:    LAW:    DIS SEG
        LP VISIT   / 6 MONTHS / CS
        COMP:    LAW:    LOSS OF SOCIAL VISITS
        LP VISITRS / 6 MONTHS / CS
        COMP:    LAW:    RESTRICTED VISITING....
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1297011 - SANCTIONED INCIDENT DATE/TIME: 12-30-2004 0935
DHO HEARING DATE/TIME: 01-24-2005 1110
FACL/CHAIRPERSON.....: THA/CAMPBELL,M
REPORT REMARKS.......: ADMITS TO CHARGES AND STILL REMAINS DISRESPECTFUL
                       TOWARDS DHO




G0002      MORE PAGES TO FOLLOW . . .
```

```
BUTB5          *      INMATE DISCIPLINE DATA          *      08-27-2020
PAGE 006       *    CHRONOLOGICAL DISCIPLINARY RECORD  *      07:48:23


REGISTER NO: 32922-083 NAME..: TIPTON, RICHARD
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-27-2020


DHO HEARING DATE/TIME: 01-24-2005 1110 REPORT 1297011 CONTINUED
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        DS          / 15 DAYS / CS
        COMP:    LAW:    DS
        LP COMM    / 6 MONTHS / CS
        COMP:    LAW:
        LP OTHER   / 6 MONTHS / CS
        COMP:    LAW:    LOSS OF PROPERTY
        LP PHONE   / 6 MONTHS / CS
        COMP:    LAW:    LOSS OF PHONE FOR SIX MONTHS
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        DS          / 15 DAYS / CS
        COMP:    LAW:    DS CONSECUTIVE WITH 15 DAYS FOR 307
        LP COMM    / 6 MONTHS / CS
        COMP:    LAW:    LOSS OF COMMISSARY FOR SIX MONTHS CS WITH 6 MONTHS
                        FOR CODE 307
        LP OTHER   / 6 MONTHS / CS
        COMP:    LAW:    LOSS OF PROPERTY FOR SIX MONTHS CONSECUTIVE WITH
                        6 MONTHS FOR CODE 307
        LP PHONE   / 6 MONTHS / CS
        COMP:    LAW:    LOSS OF PHONE
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1289892 - SANCTIONED INCIDENT DATE/TIME: 12-07-2004 1540
DHO HEARING DATE/TIME: 12-30-2004 0930
FACL/CHAIRPERSON.....: THA/KILLION, V
REPORT REMARKS.......: N/A
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
        DS          / 30 DAYS / CS
        COMP:    LAW:    DIS SEG
        LP PHONE   / 6 MONTHS / CS
        COMP:    LAW:    LOSS OF SOCIAL TELEPHONE PRIVLEGES
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1217659 - SANCTIONED INCIDENT DATE/TIME: 05-01-2004 2134
DHO HEARING DATE/TIME: 05-10-2004 1455
FACL/CHAIRPERSON.....: THA/KILLION, V
APPEAL CASE NUMBER(S): 336249
REPORT REMARKS.......: SUBJ. INSTRUCTED ANOTHER INDIVIDUAL TO USE PHYSICAL
                        FORCE ON A WITNESS TO INFLUENCE STATEMENT.
   197  PHONE ABUSE, CRIMINAL - FREQ: 1 RFP: ?
        DS          / 30 DAYS / CS
        COMP:    LAW:    DIS SEG
        LP PHONE   / 18 MONTHS / CS
        COMP:    LAW:    LOSS OF SOCIAL TELEPHONE PRIVLEGES




G0002      MORE PAGES TO FOLLOW . . .
```

```
 BUTB5           *       INMATE DISCIPLINE DATA          *      08-27-2020
PAGE 007         *    CHRONOLOGICAL DISCIPLINARY RECORD   *      07:48:23


REGISTER NO: 32922-083 NAME..: TIPTON, RICHARD
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-27-2020


------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1117298 - SANCTIONED INCIDENT DATE/TIME: 06-25-2003 2139
DHO HEARING DATE/TIME: 07-24-2003 1450
FACL/CHAIRPERSON.....: THA/KILLION, V
APPEAL CASE NUMBER(S): 308492
REPORT REMARKS.......: SUBJECT BECAME DISRUPTIVE IN THE HEARING, AND WAS
                       REMOVED
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
        DS          / 15 DAYS / CS
        COMP:    LAW:    DIS GCT
        LP PHONE   / 6 MONTHS / CS
        COMP:    LAW:    LOSS OF SOCIAL TELEPHONE PRIVLEGES
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 987573 - SANCTIONED  INCIDENT DATE/TIME: 04-30-2002 1025
DHO HEARING DATE/TIME: 07-02-2002 1330
FACL/CHAIRPERSON.....: THA/KILLION, V
APPEAL CASE NUMBER(S): 277474
REPORT REMARKS.......: N/A
   203  THREATENING BODILY HARM - FREQ: 1 ATI: IN1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:S   DIS GCT
        DS          / 30 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    PENDING CLEAR CONDUCT
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 935698 - SANCTIONED  INCIDENT DATE/TIME: 11-06-2001 1910
UDC HEARING DATE/TIME: 11-13-2001 1530
FACL/UDC/CHAIRPERSON.: THA/SCU/STEWART
APPEAL CASE NUMBER(S): 257026
REPORT REMARKS.......: BASED ON THE EVIDENCE IN THE REPORT AND THE INMATE'S OWN
                       ADMISSION.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP PHONE   / 30 DAYS / CS
        COMP:    LAW:    30 DAYS LOSS OF TELEPHONE PRIVILEGES BEGINNING
                        11-13 TO 12-13.
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP OTHER   / 15 DAYS / CS
        COMP:    LAW:    15 DAYS LOSS OF TELEVISION BEGINNING 11-13 TO 11-2
                        8.




G0002       MORE PAGES TO FOLLOW . . .
```

```
  BUTB5          *       INMATE DISCIPLINE DATA          *       08-27-2020
PAGE 008         *    CHRONOLOGICAL DISCIPLINARY RECORD   *       07:48:23


REGISTER NO: 32922-083 NAME..: TIPTON, RICHARD
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-27-2020


------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 911546 - SANCTIONED  INCIDENT DATE/TIME: 08-17-2001 1000
UDC HEARING DATE/TIME: 08-21-2001 1420
FACL/UDC/CHAIRPERSON.: THA/SCU/B. STEWART
APPEAL CASE NUMBER(S): 248641
REPORT REMARKS.......: BASED ON THE UNDENIABEL EVIDENCE FOUND IN THE CELL OF
                       THE INMATE.
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM    / 30 DAYS / CC
        COMP:    LAW:    30 DAYS COMMISSARY RESTRICTION BEGINNING 8-23-01.
   329  DESTROY PROP $100 OR LESS - FREQ: 2
        LP COMM    / 30 DAYS / CC
        COMP:    LAW:    30 DAYS COMMISSARY RESTRICTION RUNNING CONCURRENT
                         WITH THE CHARGE 305.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 911540 - SANCTIONED  INCIDENT DATE/TIME: 08-17-2001 1000
UDC HEARING DATE/TIME: 08-21-2001 1414
FACL/UDC/CHAIRPERSON.: THA/SCU/B. STEWART
REPORT REMARKS.......: BASED ON THE SPECIFIC STATEMENTS AS HEARD BY THE OFFICER
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP OTHER   / 7 DAYS / CS
        COMP:    LAW:    CONFISCATE TELEVISION FOR 7 DAYS BEGINNING 8-21-01
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 837001 - SANCTIONED  INCIDENT DATE/TIME: 11-30-2000 1245
UDC HEARING DATE/TIME: 12-04-2000 1401
FACL/UDC/CHAIRPERSON.: THA/4/RYHERD
REPORT REMARKS.......: INMATE WAS FOUND TO HAVE COMMITTED THE PROHIBITED ACT.
                       SANCTION IMPOSE TO IMPROVE BEHAVIOR.
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:    LOSS OF COMMISSARY FOR 30 DAYS. MAY PURCHASE STAMP
                         AND PHONE CREDITS.
   330  BEING UNSANITARY OR UNTIDY - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:    LOSS OF COMMISSARY FOR 30 DAYS. MAT PURCHASE STAMP
                         AND PHONE CREDITS.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 741511 - SANCTIONED  INCIDENT DATE/TIME: 12-24-1999 1445
DHO HEARING DATE/TIME: 01-13-2000 1405
FACL/CHAIRPERSON.....: THA/KILLION
REPORT REMARKS.......: N/A
   206  MAKING SEXUAL PROPOSAL/THREAT - FREQ: 1 ATI: SN1
        DS         / 30 DAYS / CS
        COMP:    LAW:    DIS SEG




  G0002      MORE PAGES TO FOLLOW . . .
```

```
BUTB5          *        INMATE DISCIPLINE DATA        *        08-27-2020
PAGE 009 OF 009 *    CHRONOLOGICAL DISCIPLINARY RECORD    *        07:48:23


REGISTER NO: 32922-083 NAME..: TIPTON, RICHARD
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-27-2020


DHO HEARING DATE/TIME: 01-13-2000 1405 REPORT 741511 CONTINUED
        LP OTHER   / 60 DAYS / CS
        COMP:    LAW:    LOSS OF TELEVISION PRIVLEGES
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 710972 - SANCTIONED  INCIDENT DATE/TIME: 09-03-1999 0715
DHO HEARING DATE/TIME: 09-13-1999 1315
FACL/CHAIRPERSON.....: THA/KILLION, V
REPORT REMARKS.......: N/A
   218  DESTROYING PROP OVER $100 - FREQ: 1
        DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    SUSPENDED, PENDING CLEAR CONDUCT
        LP OTHER   / 30 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    LOSS OF TELEVISION PRIVLEGES
        MON REST   / 15.00 DOLLARS / CS
        COMP:    LAW:    RESTITUTION FOR A SPRINKLER HEAD.
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 707967 - SANCTIONED  INCIDENT DATE/TIME: 08-24-1999 1730
UDC HEARING DATE/TIME: 08-27-1999 0915
FACL/UDC/CHAIRPERSON.: THA/SCU/QUINTANA
REPORT REMARKS.......: INMATED ADMITTED TO CHARGE
   307  REFUSING TO OBEY AN ORDER - FREQ: 2
        LP COMM    / 15 DAYS / CS
        COMP:    LAW:    LOSS OF COMMISSARY PRIVILEGES FOR 15 DAYS.
        LP OTHER   / 7 DAYS / CS
        COMP:    LAW:    LOSS OF TELEVISION PRIVILEGES FOR 7 DAYS BEGINING
                         08-27-99 ENDING 09-02-99.
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 703438 - SANCTIONED  INCIDENT DATE/TIME: 08-09-1999 1435
UDC HEARING DATE/TIME: 08-12-1999 1300
FACL/UDC/CHAIRPERSON.: THA/L/V. BOYER
APPEAL CASE NUMBER(S): 193342
REPORT REMARKS.......: REFUSE WRK/PRGM ASSGN  AND REFUSE OBEY AN ORDER
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP COMM    / 30 DAYS / CC
        COMP:    LAW:    EXCEPT STAMPS AND PHONE CREDITS
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 30 DAYS / CC
        COMP:    LAW:




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```