IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                                    Criminal No. 3:92cr68 (DJN)

JAMES H. ROANE, JR.,
Defendant.

**ORDER**

This matter comes before the Court on Defendant James H. Roane's ("Defendant")

Unopposed Motion for Extension of Time to File Reply in Support of Motion for Reduced

Sentence Under Section 404 of First Step Act (ECF No. 53), moving for a seven-day extension

to file a reply brief in support of his First Step Act Motion (ECF No. 24).  Because the parties are

in agreement, and the Court finds good cause, Defendant's Motion (ECF No. 53) is hereby

GRANTED.  Defendant shall have until October 4, 2020, by which time to file his reply in

support of his First Step Act Motion.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: September 21, 2020