IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

        v.                                                                    Criminal No. 3:92cr68 (DJN)

COREY JOHNSON,
       Defendant.

**ORDER**

      This matter comes before the Court on the Government's Unopposed Motion for a Two-Day Extension for Filing the United States' Response to § 404 Motion (ECF No. 52), moving for a two-day extension to respond to Defendant Corey Johnson's First Step Act Motion (ECF No. 38). Because the parties are in agreement, and the Court finds good cause, the Government's Motion (ECF No. 52) is hereby GRANTED. The Government shall have until September 23, 2020, by which to file its response to Defendant's First Step Act Motion.

      Let the Clerk file a copy of this Order electronically and notify all counsel of record.

      It is so ORDERED.

                                    _____/s/_____
                                      David J. Novak
                                      United States District Judge

Richmond, Virginia
Dated: September 21, 2020