IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

    v.                                              Criminal No. 3:92cr68 (DJN)

VERNON LANCE THOMAS,
    Defendant.

## ORDER

This matter comes before the Court on Defendant's Consent Motion to Extend Time to File for Relief (ECF No. 57), moving for an extension of sixty days to file his motion for relief under Section 404 of the First Step Act. Because the parties are in agreement, and the Court finds good cause, Defendant's Motion (ECF No. 57) is hereby GRANTED. Defendant shall have up to and including November 23, 2020, by which to file his motion for relief under Section 404 of the First Step Act.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                       /s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: September 25, 2020