**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA | : |
| | : |
| | : |
| v. | : |
| | : |
| JAMES H. ROANE, JR. | : |
| | : |

Crim. No. 3:92CR68

**APPENDIX VOL. XII**

**App. 1027-1030**

## Appendix Index

110.  Declaration of Rick Daugherty .......................................................................................1027

111.  Declaration of C. T. Woody...........................................................................................1029

112.  Department of Corrections, Institutional Services – Medical Record ..............................1030

## DECLARATION OF RICK DAUGHERTY
## PURSUANT TO 28 U.S.C. § 1746

1.  My name is Rick Daugherty. I worked at the federal penitentiary in Terre Haute, Indiana from 1983 until June 2008. I worked as a senior officer specialist on death row for 10 years. During that time I knew James Roane, a death row inmate at the facility. He was a model inmate.

2.  There are three classification phases at the death row. Phase I inmates are ones that have just arrived in the unit, and if you can maintain clear conduct, you are moved into Phase II. James was moved into Phase II very soon after he first arrived because he always displayed good behavior and followed the rules. Inmates often make trouble as soon as they arrive and you cannot trust them. I could trust James with my back toward him.

3.  I never wrote up James Roane or knew him to have any disciplinary problems at all. In fact, James counseled the other inmates on living their lives with respect. He was a positive influence in the prison.

4.  As an officer specialist, I recommended certain inmates for jobs as orderlies. If you had a job, you would be unshackled and would have an easy time taking a swing at any of the guards. That is why you had to pick inmates you knew you could trust with your life. I trusted James enough that I recommended him for a job as an orderly.

5.  James and I talked about our lives sometimes. He was easygoing and friendly with me, with the other staff members, and other inmates. He told me about his life in the past and mistakes he had made. When my mother died, James expressed sympathy and told me he was really sorry for my loss.

6.  James was older and had more experience than some of the other inmates who had

1

just arrived on the row. He had wisdom. He talked to the younger inmates and encouraged them to follow the rules and keep out of trouble. The other inmates respected him and listened to him. He tried to be a role model to the other inmates on the row.

7. James was friends with Louis Jones, another former inmate on death row in Terre Haute. Executions are particularly stressful times for all death row inmates, and when one inmate is executed there tend to be disciplinary problems by other inmates. But James organized the inmates in a positive way, which had the result of avoiding any negativity by the other inmates. On the night of Jones's execution, James organized the death row inmates to sing the hymn Amazing Grace at the exact hour the execution was to take place. It was a show of great compassion, and it was heartening to witness.

8. I believe that James Roane does not deserve to die. James is suited to life in prison. If he were to spend the rest of his life in prison, I expect him to continue to serve as a model inmate. He is no disciplinary problem, and helps other inmates to also conform to the expectations of prison. I urge the President to grant clemency to James Roane.

9. I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

RICK DAUGHERTY  10-30-08

DATED:

2

## DECLARATION OF C. T. WOODY
## PURSUANT TO 28 U.S.C. § 1746

1.   My name is C. T. Woody. I am currently the Sheriff for the City of Richmond, Virginia. I am Richmond's chief elected law enforcement official.

2.   In 1992, I was a detective with the Richmond Police Department, homicide division. I was one of the primary detectives involved in the investigation of homicides in the Newtowne area of Richmond, including the homicides for which James Roane was found guilty.

3.   At the time of trial I was convinced of James Roane's guilt, and I supported the death penalty in this case.

4.   I understand that over his many years of incarceration, Mr. Roane has turned his life around. Based on the information I now have, I believe that James Roane is one of the rare individuals who is deserving of clemency.

5.   I support Mr. Roane's petition for clemency.

6.   I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

C. T. Woody

Richmond, Virginia
DATED:

C&R 7 **DEPARTMENT OF CORRECTIONS**
**INSTITUTIONAL SERVICES – MEDICAL RECORD**

SOC. SEC. NO. 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

| | | |
|---|---|---|
| EXAM CENTER PR&CC | NAME Roane, James H. | FILE NO. 177708 |
| DATE REC'D 5/10/91 | RACE Black DOB 10/27/65 AGE 25 | SEX M/Single |
| DATE EXAM'D 5/14/91 | NATIVITY Richmond, Va. | |
| X INITIAL EXAM | RE-EXAM OCCUPATION Construction worker | |

FAMILY HISTORY: (PERSON AFFECTED) 1)MENTAL ILLNESS no   2)EPILEPSY no
3)CANCER no   4)DIABETES no   5)TUBERCULOSIS no
6)HEART DISEASE no   7)HYPERTENSION no   8)ARTHRITIS no

PERSONAL HISTORY:

| | YES | NO | | YES | NO | | YES | NO |
|---|---|---|---|---|---|---|---|---|
| 9)RHEUMATIC FEVER | | X | 17)ARTHRITIS | | X | 23)ALCOHOL | | X |
| 10)HEART | | X | 18)CANCER | | X | 24)PSYCHIATRIC RX | | X |
| 11)HYPERTENSION | | X | 19)HEPATITIS | | X | 25)PREGNANCIES | | X |
| 12)DIABETES | | X | 20)MALARIA | | X | 26)MISCARRIAGES | | X |
| 13)EPILEPSY | | X | 21)VENERAL DIS | | X | 27)INJURIES | X | |
| 14)RESPIRATORY | | X | SYPHILIS | | X | 28)OPERATIONS | X | |
| 15)TUBERCULOSIS | X | | GONORRHEA | | X | 29)ALLERGIES | | X |
| 16)GI ULCERS | | X | 22)DRUGS | X | | 30)OTHER | | X |

PERSONAL HISTORY REMARKS:
#15-DX c pos. in Chesterfield Co.Jail 1990-took Vit.B6 & INH x6mos. #22-cocaine
heroin-pot - IV drug user, #27-Rt. Knee injury in 1986 #28-surgery to Rt. Knee
in 1986 for broken bone & cartlidge damaged.

PHYSICAL FINDINGS:
A. HEIGHT in.71 3/4 E. VISION R20/20 L20/20
B. WEIGHT lbs.179 1/2 F.GLASSES R 20 L 20
C. PULSE /min.68 G.HEARING (watch)R12" L12"
D. B/P124/68 RECHECK DATE

| DEFECTS | YES | NO | DEFECTS | YES | NO |
|---|---|---|---|---|---|
| H. EYES | | X | P.HERNIA | | X |
| I. EARS | | X | Q.GENITAL | | X |
| J.NOSE,THROAT | | X | R.RECTAL | | X |
| K.NECK | | X | S.SPINE | X | |
| L.HEART | | X | T.EXTREMITIES | X | |
| M.LUNGS | | X | U.LYMPHATIC | | X |
| N.BREASTS | | X | SYSTEM | | X |
| O.ABDOMEN | | X | V.SKIN | | X |

PHYSICAL FINDING REMARKS:

S-Flexion at waist 80
T-S/P Injury to Rt.Knee with
operation

IMMUNIZATIONS:0. 5cc   TET TOX 5/23/91
OTHER

GENERAL CONDITION:
X GOOD   FAIR   POOR
WORK:   ANY X   MODERATE
LIGHT   NONE
NONHAZARDOUS
MEDICAL CODE: B-3
FINAL REMARK:

S/P Injury to Rt. knee-
Operation with broken bone as
stated
Low Back Pain

DIAGNOSTIC PROCEDURES:(WNL OR ABNORMAL RESULT)
PPD xxxxxxx Past Pos.   WBC 4.7
DATE DONE Past Pos.   HGB OR HCT 15.0 45.7
CHEST X-RAY Neg.   BS(RANDOM) 81
URINALYSIS WNL   VDRL Non React.
GC SMEAR Neg.   SICKLE CELL Neg.
PAP SMEAR   OTHER

_Tien Duc Nguyen,_ M.D.
Tien Duc Nguyen, M.D.
EXAMINING PHYSICIAN

NOTIFICATION: NAME Jeanette Roane
ADDRESS: 1184 St. Paul St., Richmond,Va.23220 CURRENT DENTAL CLASSIFICATION A
TELEPHONE 804-788-4216 RELATION mother

**MEDICAL CLASSIFICATION CHANGES**

| DATE | CLASS | INIT. | DATE | CLASS | INIT. | DATE | CLASS | INIT. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |