**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Richmond Division**

UNITED STATES OF AMERICA )
)          Criminal Case No. 92CR68
v.                                          )          **CAPITAL CASE**
)
RICHARD TIPTON, III.          )

**MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY TO THE**
**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR A**
**REDUCED SENTENCE UNDER SECTION 404 OF THE FIRST STEP ACT**

COMES NOW Petitioner, Richard Tipton, III, by and through undersigned

counsel and submits this request for a fourteen-day extension of time to file a

Reply to the Government's Response to Defendant's First Step Act Motion. Mr.

Tipton offers the following compelling reasons for this extension:

1.      Petitioner's reply is due on October 6, 2020.

2.      Undersigned counsel requests this extension for compelling reasons.

Counsel for Mr. Tipton, Mr. Gerald  King, has had a series of personal and health

related incidents within the past few weeks.  Mr. King's father was hospitalized on

September 9, 2020.  His condition became critical on September 15, necessitating

Mr. King's emergent travel to South Carolina.  Mr. King's father died on

September 20.  Mr. King remained in South Carolina to assist his mother with his

father's arrangements until Friday, September 25.  Mr. King's mother tested

positive for the novel coronavirus on September 26.  Mr. King has now fallen ill

himself and, per his doctor's direction, is currently quarantined and isolated at home.

3.     While counsel have worked diligently to prepare Mr. Tipton's reply, Mr. King is an integral member of the team and his input is invaluable.  The recent tragic family events have effectively prevented Mr. King from participating in the process of preparing the reply.

4.     Counsel for the Government, Richard Cooke, has been contacted and does not oppose this Motion.

WHEREFORE, Petitioner-Appellant respectfully requests a two-week extension of time to submit his reply, through and until October 20, 2020.

Respectfully submitted on this, the 2nd day of October, 2020.


*/s/Frederick R. Gerson*
Frederick R. Gerson
VSB #39968
Durrette, Arkema, Gerson & Gill, PC
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Gerald W. King, Jr.
Ga. Bar No. 140981
Jeffrey Lyn Ertel
Ga. Bar No. 249966
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Gerald_King@fd.org
Jeff_Ertel@fd.org

Pro hac vice application forthcoming.


Counsel for Richard Tipton, III.

3

## CERTIFICATE OF SERVICE

I certify that on this, the 2nd day of October, 2020, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically and via email on the attorney listed below:

Richard Cooke, Esq.
Joseph Attias, Esq.
S. David Schiller, Esq.
Thomas Arthur Garnett, Esq.
United States Attorney's Office
SunTrust Building
919 East Main Street, Suite 1900
Richmond, VA 23219

This 2nd day of October, 2020.

*/s/Frederick R. Gerson*
Frederick R. Gerson
Counsel for Richard Tipton, III

4