# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Richmond Division

UNITED STATES OF AMERICA     )

                                        )       Criminal Case No. 92CR68

v.                                  )       **CAPITAL CASE**

                                          )

RICHARD TIPTON, III.           )

## ORDER

Upon motion of Defendant Richard Tipton, III, pursuant to Local Criminal Rule 47(I), this Court finds good cause for a fourteen-day extension of time to file it's reply to the Government's response to the Defendant's Motion under Section 404 of the First Step Act.

IT IS THEREFORE ORDERED that the Defendant's time to file his reply to the to the Government's response to the Defendant's Motion under Section 404 of the First Step Act shall be extended from October 6, 2020, to October 20, 2020.

This \_\_\_\_ day of October, 2020.

\_

_____
THE HON. DAVID J. NOVAK
UNITED STATES DISTRICT JUDGE

Submitted by
W. Gerald King, Jr.
Georgia Bar No. 140981