IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                                                    Criminal No. 3:92cr68 (DJN)

RICHARD TIPTON,
        Defendant.

## ORDER

This matter comes before the Court on Defendant's Motion for an Extension of Time to File a Reply to the Government's Response to Defendant's Motion for a Reduced Sentence Under Section 404 of the First Step Act (ECF No. 61), moving for a fourteen-day extension to file his reply in support of his First Step Act Motion. Because the parties are in agreement, and the Court finds good cause, Defendant's Motion (ECF No. 61) is hereby GRANTED. Defendant shall have until October 20, 2020, by which to file his reply in support of his First Step Act Motion.

The Clerk is directed to file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Dated: October 5, 2020