AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| COREY JOHNSON, Movant | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:92CR68, Capital Case |
| UNITED STATES OF AMERICA, Respondent | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COREY JOHNSON                                                                    .

Date:    10/08/2020                                    /s/ Lotus D. Ryan
                                                                *Attorney's signature*

                                                Lotus D. Ryan, VA Bar # 71425
                                                *Printed name and bar number*

                                        Skadden, Arps, Slate, Meagher & Flom LLP
                                        1440 New York Avenue, NW
                                        Washington, DC 20005

                                                            *Address*

                                                lotus.ryan@skadden.com
                                                    *E-mail address*

                                                    (202) 371-7067
                                                *Telephone number*

                                                    (202) 661-0527
                                                    *FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of October 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to all parties and counsel included on the Court's Electronic Mail notice list.

/s/ Lotus D. Ryan

Lotus D. Ryan, VA Bar # 71425
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7067
Fax: (202) 661-0527
Email: lotus.ryan@skadden.com