**INDEX OF EXHIBITS TO REPLY IN SUPPORT OF
MOTION FOR A RECONSIDERATION OF SENTENCING HEARING
PURSUANT TO THE FIRST STEP ACT OF 2018**

| Exhibit No. | Description |
|---|---|
| A | 01/27/93 Tr. 2737-2738 |
| B | 06/01/93 Tr. 17 |
| C | 01/13/93 Tr. 861 |