# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

-----------------------------------------

UNITED STATES OF AMERICA,

                              Plaintiff;

     v.                                   CRIMINAL ACTION
                                          92CR68
RICHARD TIPTON, CORY JOHNSON,
JAMES H. ROANE, JR., AND
SANDRA REAVIS,
                              Defendants.

-----------------------------------------
                    VOLUME XII

                January 27, 1993
                Richmond, Virginia
                   10:00 a.m.

BEFORE:        HONORABLE JAMES R. SPENCER
               United States District Judge


APPEARANCES:   HOWARD C. VICK, JR., ESQ.
               WILLIAM H. PARCELL, III, ESQ.
               Office of the United States Attorney;
                   Counsel for Government;

               ROBERT P. GEARY, ESQ.
               ERIC D. WHITE, ESQ.
                   Counsel for Defendant Tipton;
               CRAIG S. COOLEY, ESQ.
               JOHN F. McGARVEY, ESQ.
                   Counsel for Defendant Johnson;
               DAVID P. BAUGH, ESQ.
               ARNOLD R. HENDERSON, V, ESQ.
                   Counsel for Defendant Roane;
               ROBERT J. WAGNER, ESQ.
                   Counsel for Defendant Reavis.
                 JEFFREY B. KULL
               OFFICIAL COURT REPORTER

                   P-R-O-C-E-E-D-I-N-G-S
          THE CLERK:  Case Number 92CV68: United
States of America versus Richard Tipton, Cory

A    I actually saw.
Q    You actually saw it.  Was it someplace other than your home?
A    Yes.
Q    Where was it?
A    It was at Nita's house.
Q    How often were you at Nita's house?
A    Almost every day.
Q    Who was taking care of your children while you were at Nita's house?
A    They were there with me.

2737

Q    With you?
A    Yes.
Q    So drug dealing was taking place in front of your children, correct?
A    No.
Q    If they were there and drug dealing was taking place, were they in another room, what?
A    They were outside.
Q    Did you leave them out in the car while the dealing took place?
A    No.
        MR. VICK:  No need to get offensive.
        THE COURT:  Mr. McGarvey, go on.  Ask some more questions.
        MR. McGARVEY:  I asked the question, Your Honor.  I would ask her to answer.
BY MR. McGARVEY:
Q    Where were your kids when the drug dealing was going on at Nita's house?
A    Outside playing with other kids.
Q    With respect to Mr. Johnson, did Mr. Johnson own a lot of diamonds, jewelry, gold, anything like that?
A    No.
Q    Did he have expensive clothes?  I saw the black

2738

hooded sweatshirt; did he own expensive clothes?
A    What he had was expensive.
Q    The black hooded sweatshirt was expensive?
A    No, but the Timberland boots and Guess jeans were expensive clothing.
Q    Guess jeans and Timberland boots.
A    Yes.
Q    Did he have an automobile?
A    No.
Q    He borrowed your automobile?
A    Yes.
Q    When you were asked and then pressed by Mr. Vick for an amount of money that you had seen, first you said that you didn't know.  And then he said "more than a hundred" and you agreed.  And then "up to a thousand  --"