IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

    v.                                   Criminal No. 3:92cr68 (DJN)

JAMES H. ROANE, JR.,
    Defendant.

## ORDER

This matter comes before the Court on Defendant James H. Roane, Jr.'s Motion for Imposition of a Reduced Sentence Pursuant to Section 404 of the First Step Act. (ECF No. 17.) For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion (ECF No. 17) is hereby DENIED.

Let the Clerk file a copy of this Memorandum Order electronically and notify all counsel of record.

It is so ORDERED.

                                                    /s/
                                           David J. Novak
                                           United States District Judge

Richmond, Virginia
Dated: October 29, 2020