FILED: November 3, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-8
(3:92-cr-00068-DJN-2)
_____

In re: COREY JOHNSON, a/k/a O, a/k/a CO

Movant

_____

O R D E R
_____

For reasons appearing to the court, this case is placed in abeyance pending a

decision by this court in *U.S. v. Juan Ortiz-Orellana*, No. 16-4844.

For the Court

/s/ Patricia S. Connor, Clerk