**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

THE UNITED STATES OF AMERICA

v.

JAMES H. ROANE, JR.

:
:
:
:
:
:
:
:
:
:

Crim. No. 3:92CR68

## NOTICE OF APPEAL

Notice is hereby given that the defendant in the above named case hereby appeals to the

United States Court of Appeals for the Fourth Circuit from the Order denying Defendant's

Motion for Imposition of a Reduced Sentence Pursuant to Section 404 of the First Step Act

entered in this action on the 29th day of October, 2020.

Respectfully Submitted,

/s/ Joanne Heisey
Joanne Heisey
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Joanne_Heisey@fd.org

/s/ Matthew Engle
Matthew Engle
Bernadette Donovan
Donovan & Engle
1134 East High St. Unit A

1

Charlottesville, VA 22902
(800) 428-5214
matthew@donovanengle.com
bernadette@donovanengle.com

Counsel for James H. Roane, Jr.

Dated: November 10, 2020

## CERTIFICATE OF SERVICE

I, Joanne Heisey, hereby certify that on this 10th day of November 2020, I submitted the

foregoing for filing with service to:

Richard D. Cooke
United States Attorney for the Eastern District of Virginia
919 E. Main St.
Suite 1900
Richmond, VA  23219


/s/ Joanne Heisey
Joanne Heisey