## APPEAL TRANSMITTAL SHEET (non-death penalty)

| **Transmittal to 4CCA of notice of appeal filed:** __11/10/20__ | **District:** Eastern District of Virginia | **District Case No.:** 3:92-cr-00068-DJN-3 |
|---|---|---|
| ___ First NOA in Case | **Division:** Richmond | **4CCA No(s). for any prior NOA:** 20-7, 16-6, 09-8, 03-25, 03-13, 93-4009... |
| ✓ Subsequent NOA-same party | | |
| ___ Subsequent NOA-new party | **Caption:** | **4CCA Case Manager:** |
| ___ Subsequent NOA-cross appeal | USA | |
| ___ Paper ROA  ___ Paper Supp. | v. | |
| Vols: _____ | James H. Roane, Jr. | |
| Other: Transmitted via email | | |

**Exceptional Circumstances:** ___ Bail  ___ Interlocutory  ___ Recalcitrant Witness  ___ Other _____

| **Confinement**-Criminal Case: | **Fee Status:** |
|---|---|
| ___ Death row-use DP Transmittal | ___ No fee required (USA appeal)  ___ Appeal fees paid in full  ___ Fee not paid |
| ___ Recalcitrant witness | **Criminal Cases:** |
| ✓ In custody | ✓ District court granted & did not revoke CJA status (continues on appeal) |
| ___ On bond | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| ___ On probation | ___ District court never granted CJA status (must pay fee or apply to 4CCA) |
| **Defendant Address**-Criminal Case: | **Civil, Habeas & 2255 Cases:** |
| Unknown | ___ Court granted & did not revoke IFP status (continues on appeal) |
| | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| | ___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:** Judge David J. Novak | **PLRA Cases:** |
| | ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): Jeff Kull, OCR | **Sealed Status** (check all that apply): |
| | ✓ Portions of record under seal |
| | ____ Entire record under seal |
| | ____ Party names under seal |
| | ____ Docket under seal |
| **Coordinator:** Richard Banke | |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___ Assembled electronic record transmitted | ___ Assembled electronic record available if requested |
| ___ Additional sealed record emailed to 4cca-filing | ___ Additional sealed record available if requested |
| ___ Paper record or supplement shipped to 4CCA | ✓ Paper record or supplement available if requested |
| ___ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ✓ In-court hearings held – all transcript not on file |
| ___ Other: | ✓ Other: Also transmitted via email |

Deputy Clerk: Laurie C. Breeden    Phone: 804-916-2207    Date: 11/13/20

01/2012