IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

UNITED STATES OF AMERICA

v.                                                    Case No. 3:92-cr-68 (DJN)

COREY JOHNSON,

*Defendant*.

## NOTICE OF EXECUTION DATE

The United States hereby notifies the Court that the Director of the Federal Bureau of

Prisons, upon the direction of the Attorney General and in accordance with 28 C.F.R. Part 26,

has scheduled the execution of Corey Johnson for January 14, 2021.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

_____/s/_____
Richard D. Cooke
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Office:   (804) 819-5471
Email:   richard.cooke@usdoj.gov

1

**Certificate of Service**

I certify that on November 20, 2020, I filed electronically the foregoing with the Clerk of

Court using the CM/ECF system, which will serve all counsel of record.

By:                   /s/
                  Richard D. Cooke
                  Assistant United States Attorney
                  United States Attorney's Office
                  919 East Main Street, Suite 1900
                  Richmond, Virginia 23219
                  Office:  (804) 819-5471
                  Email:   richard.cooke@usdoj.gov