## APPEAL TRANSMITTAL SHEET (Death Penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** _11/20/20_ <br><br> ___ First NOA in Case <br><br> ✓ Subsequent NOA-same party <br><br> ___ Subsequent NOA-new party <br><br> ___ Subsequent NOA-cross appeal <br><br> ___ Paper ROA ___ Paper Supp. <br><br> Vols: _____ <br><br> Other: _Re: First Step Act of 2018_ | **District:** <br> Eastern District of Virginia <br><br> **Division:** <br> Richmond Division <br><br> **Caption:** <br> USA <br> v. <br> Cory Johnson | **District Case No.:** <br> 3:92-cr-00068-DJN-2 <br><br> **4CCA No(s). for any prior NOA:** <br><br> **4CCA Case Manager: Emily Borneisen** <br><br> Direct notification of capital appeal also sent by: <br><br> ___ **phone call to 804-916-2746 or** <br><br> ✓ **email to** <br> **Emily_Borneisen@ca4.uscourts.gov** |

| | |
|---|---|
| **Capital Appeal Type:** <br><br> ___ § 2254 appeal <br><br> ___ Direct appeal from conviction <br><br> ___ § 2255 appeal <br><br> ___ Pretrial appeal in federal case | **Fee Status:** <br> ___ No fee required (USA appeal)    ___ Appeal fees paid in full    ___ Fee not paid <br><br> **Criminal Cases:** <br> ✓ District court granted & did not revoke CJA status (continues on appeal) <br> ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) <br> ___ District court never granted CJA status (must pay fee or apply to 4CCA) <br><br> **Civil, Habeas & 2255 Cases:** <br> ___ Court granted & did not revoke IFP status (continues on appeal) <br> ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) <br> ___ Court never granted IFP status (must pay fee or apply to 4CCA) <br><br> **PLRA Cases:** <br> ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) <br> ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **District Judge:** <br> Judge David J. Novak | |
| **Court Reporter** (list all): <br> Jeff Kull, OCR <br><br><br> **Coordinator:** <br> Richard Banke | **Sealed Status** (check all that apply): <br> ✓ Portions of record under seal <br> ___ Entire record under seal <br> ___ Party names under seal <br> ___ Docket under seal |

| | |
|---|---|
| **Record Status for Pro Se Appeals** (check any applicable): <br> ___ Assembled electronic record transmitted <br> ___ Additional sealed record emailed to 4cca-filing <br> ___ Paper record or supplement shipped to 4CCA <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ___ In-court hearings held – all transcript not on file <br> ___ Other: | **Record Status for Counseled Appeals** (check any applicable): <br> ✓ Assembled electronic record available if requested <br> ___ Additional sealed record available if requested <br> ✓ Paper record or supplement available if requested <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ✓ In-court hearings held – all transcript not on file <br> ___ Other: |

Deputy Clerk: _Laurie C. Breeden_ Phone: _804-916-2207_ Date: _11/23/20_