## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Richmond Division

UNITED STATES OF AMERICA )
 ) Criminal Case No. 92CR68
v. ) **CAPITAL CASE**
 )
RICHARD TIPTON, III. )

### NOTICE OF APPEAL

Notice is hereby given that the defendant in the above-captioned case hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum Order denying Defendant's Motion for a Reconsideration of Sentence Hearing Pursuant to the First Step Act entered in this case on the 19th day of November 2020.

Respectfully submitted on this, the 24th day of November, 2020.


*/s/Frederick R. Gerson*
Frederick R. Gerson
Durrette, Arkema, Gerson & Gill, PC
VSB #39968
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Jeffrey Lyn Ertel
Ga. Bar No. 249966
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Gerald_King@fd.org
Jeff_Ertel@fd.org

Admitted pro hac vice.


Counsel for Richard Tipton, III.

2

## CERTIFICATE OF SERVICE

I certify that on this, the 24th day of November, 2020, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically via email on the attorney listed below:

> Richard Cooke, Esq.
> U.S. Attorney's Office
> Eastern District of Virginia
> 2100 Jamison Avenue
> Alexandria, Virginia 22314
> Richard.Cooke@usdoj.gov

This 24th day of November, 2020.

> */s/Frederick R. Gerson*
> Frederick R. Gerson
> Counsel for Richard Tipton, III

3