## APPEAL TRANSMITTAL SHEET (Death Penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** ___11/24/20___<br><br>___ First NOA in Case<br><br>✓ Subsequent NOA-same party<br><br>___ Subsequent NOA-new party<br><br>___ Subsequent NOA-cross appeal<br><br>___ Paper ROA ___ Paper Supp.<br><br>Vols: _____<br><br>Other: _Re: First Step Act of 2018_ | **District:**<br> Eastern District of Virginia<br>**Division:**<br> Richmond Division<br>**Caption:**<br>USA<br>v.<br>Richard Tipton | **District Case No.:**<br> 3:92-cr-00068-DJN-1<br>**4CCA No(s). for any prior NOA:**<br><br>**4CCA Case Manager: Emily Borneisen**<br><br>Direct notification of capital appeal also sent by:<br><br>___ **phone call to 804-916-2746 or**<br><br>✓ **email to**<br>**Emily_Borneisen@ca4.uscourts.gov** |

**Capital Appeal Type:**

___ § 2254 appeal

___ Direct appeal from conviction

___ § 2255 appeal

___ Pretrial appeal in federal case

**District Judge:**

Judge David J. Novak

**Court Reporter** (list all):

 Jeff Kull, OCR

**Coordinator**:
        Richard Banke

**Fee Status:**

___ No fee required (USA appeal)     ___ Appeal fees paid in full     ___ Fee not paid

**Criminal Cases:**

✓ District court granted & did not revoke CJA status (continues on appeal)

___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)

___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**

___ Court granted & did not revoke IFP status (continues on appeal)

___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)

___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**

___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)

___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply):

✓ Portions of record under seal

___ Entire record under seal

___ Party names under seal

___ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable):

___ Assembled electronic record transmitted

___ Additional sealed record emailed to 4cca-filing

___ Paper record or supplement shipped to 4CCA

___ No in-court hearings held

___ In-court hearings held – all transcript on file

___ In-court hearings held – all transcript not on file

___ Other:

**Record Status for Counseled Appeals** (check any applicable):

✓ Assembled electronic record available if requested

___ Additional sealed record available if requested

✓ Paper record or supplement available if requested

___ No in-court hearings held

___ In-court hearings held – all transcript on file

✓ In-court hearings held – all transcript not on file

___ Other:

Deputy Clerk: _Laurie C. Breeden_   Phone: _804-916-2207_   Date: _11/24/20_

04/2019