**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**UNITED STATES OF AMERICA**

**v.**                                                                                  **Case No. 3:92cr68-04**

**VERNON LANCE THOMAS,**
    **Defendant.**

## **ORDER**

This matter comes before the Court on Defendant Vernon Thomas's Consent Motion for Extension of Time (the "Motion").  (ECF Doc. 60.).  In the Motion, Counsel for Thomas seeks a 45-day extension to file his motion for a sentence reduction pursuant to the First Step Act of 2018.  (See Briefing Or., ECF No. 7).

In support of this Motion, Counsel for Thomas discusses the complexities of the case; counsel requires additional time for filing.  Counsel for Thomas further represents that the United States does not oppose the extension.  Accordingly, the Court GRANTS the Motion. (ECF No. 60.).  Thomas shall file his motion no later than Monday, January 11, 2021.

Let the Clerk send a copy of this Order to all counsel of record and to Thomas at his address of record.

It is SO ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Dated: _____