IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                                     Criminal No. 3:92cr68 (DJN)

VERNON LANCE THOMAS,
    Defendant.

**ORDER**

This matter comes before the Court on Defendant's Consent Motion to Extend Time to

File for Relief (ECF No. 82), moving for an extension of forty-five days to file his motion for

relief under Section 404 of the First Step Act. Because the parties are in agreement, and the

Court finds good cause, Defendant's Motion (ECF No. 82) is hereby GRANTED. Defendant

shall have forty-five (45) days from the entry hereof by which to file his motion for relief under

Section 404 of the First Step Act.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Dated: November 30, 2020