IN THE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.

CORY JOHNSON
RICHARD "WHITEY" TIPTON
JAMES ROANE
A.K.A. "The NEWTOWN GANG"



FILED
DEC - 8 2020
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## MOTION TO INTERVENE

COMES NOW The PETITIONER, WAKEEL A. SABUR hereby MOVES This HONORABLE TO "INTERVENE". IN SUPPORT OF THE PETITIONER'S MOTION HE STATE THE FOLLOWING FACTS.

(i) The PETITIONER WAS A MATERIAL WITNESS FOR THE GOVERNMENT AGAINST DEFENDANTS CORY JOHNSON, RICHARD TIPTON, AND JAMES ROANE A.K.A. "NEWTOWN GANG"

(1)

(ii) The Department of Justice just scheduled the execution date for Cory Johnson on January 14, 2021, a few days before President-Elect Joe Biden takes office.

## REQUEST

(iii) The petitioner was never rewarded substantial assistance credit for his cooperation.

(iv) The petitioner is requesting to be placed in the witness protection relocation program upon release.

(v) According to President-Elect Biden's press secretary TJ Ducklo ---" Biden opposes the death penalty, now and in the future".

(vi) The petitioner was a material witness against Tipton to demonstrate the gang's "future danger" to society even behind prison walls.

Wherefore the petitioner wish to intervene to protect his interest and personal safety.

(2)

UNDER PENALTY OF PERJURY ALL INFORMATION PROVIDED IS TRUE AND CORRECT.

WAKEEL A. SABUR # 1003659

AKA: WILLIE LEE SEWARD

RED ONION STATE PRISON
POUND, VA. 24279-1900

(3)

LEGAL MAIL

U.S. POSTAGE
ZIP 24279 $
02.4N
0000369944

VA DOC HAS NEITHER CENSORED OR
INSPECTED THIS ITEM. THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

WAKEEL ABDUL-SABUR #1003659
RED ONION STATE PRISON
P.O. BOX 1900
POUND, VIRGINIA 24279-1900

RECEIVED
NOV 30 2020
U.S. MAILROOM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 EAST BROAD STREET, SUITE 3000
RICHMOND, VA. 23219

23219-352899