IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                                          Criminal No. 3:92cr68 (DJN)

RICHARD TIPTON,
    Defendant.

## ORDER
### (Denying Motion to Intervene)

This matter comes before the Court on a Motion to Intervene (ECF No. 84) filed by

Wakeel A. Sabur ("Sabur"), requesting placement in the witness protection program upon release

from prison. However, the Court cannot grant Sabur the relief that he seeks, as the Court has no

role in the witness protection program. Rather, the Government controls the witness protection

program. Accordingly, Sabur's Motion to Intervene (ECF No. 84) is hereby DENIED.

Let the Clerk file a copy of this Order electronically, notify all counsel of record, and

mail a copy of the Order to Wakeel A. Sabur at the address provided in his motion.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: December 9, 2020