# EXHIBIT 5

RICHARD G. DUDLEY, JR., M.D.

210 WEST 101ST STREET, SUITE 11K, NEW YORK, NEW YORK 10025
212-222-5122

22 August 2016
PSYCHIATRIC EVALUATION

## IN RE: COREY JOHNSON

**Presenting Problem:**

Corey Johnson (CJ) is a now 47 year old (DOB ████████████) African-American male, who is currently on the Federal Death Row in Terra Haute, Indiana.

It is the understanding of this psychiatrist that in 1993, CJ was convicted of first degree murder and sentenced to death for drug-related killings (i.e., perpetrated by a gang involved in the sale of drugs) that took place in Virginia in early 1992.

Based upon information gathered by CJ's current attorneys from the firm of Skadden, Arps, Slate, Meagher & Flom, his current attorneys began to question whether or not there was potential mental health evidence that wasn't adequately explored and therefore not reasonably considered for presentation at the time of his trial. Therefore, CJ's attorneys retained this psychiatrist to perform a psychiatric evaluation of CJ, focused on the question of whether or not CJ was suffering from any significant psychiatric and/or neuropsychiatric difficulties that could have been presented as mental health evidence at the time of his trial. The following is a report of that evaluation.

**Sources of Information:**

- Psychiatric examinations of CJ, performed by this psychiatrist on 5 & 6 November 2009 and 15 and 16 February 2011

1

- Psychiatric interview of CJ's maternal aunt, Minnie Johnson/Hodges, performed by this psychiatrist on 30 June 2010
- Psychiatric interview of CJ's mother's closest friend from childhood and CJ's godmother, Antionette Joseph, performed by this psychiatrist on 10 August 2010
- Psychiatric interview of CJ's half-brother, Robert Johnson, performed by this psychiatrist on 23 September 2010
- Information gathered from other interviews, records and documents, provided to this psychiatrist by CJ's current legal team (see attached list of sources)

Summary of Information:

As described in more detail below, during CJ's childhood and adolescent years, he experienced numerous, severe 'adverse childhood experiences', which are have been clearly shown to result in the development of both physical and mental health difficulties. In fact, he repeatedly experienced almost all of the adverse childhood experiences that have been identified and described in research studies, diagnostic manuals, and other clinical literature, including psychological and physical abuse; exposure in the home to other forms of domestic violence, substance abuse, mental illness and criminal activity; physical and emotional neglect; chaotic and unstable households; and ultimately, rejection and abandonment. In addition, CJ's family has a significant history of intellectual and developmental disabilities, and early on, it was clear that he also suffered from such disabilities.

The impact of the combination of CJ's extremely difficult childhood and his intellectual and developmental disabilities on his ability to function will also be described below. Most importantly, with regard to this matter, I will also describe how CJ's functional limitations resulted in his response to a drug gang that at least appeared to him to embrace him, thereby altering the course of his life.

With regard to the organization of this summary of information, I will start with information gathered directly from CJ, followed by information gathered from others who have known him and information contained in the various records and documents reviewed by this psychiatrist. In the context of capital litigation, the review of information from sources of information other than the defendant is critical to the performance of a competent and reliable psychiatric evaluation. Such other sources of information may help to confirm the credibility of the defendant's reports, or raise questions about the defendant's reports, or provide additional information that the defendant was unable or unwilling to provide. I have chosen to organize this summary as noted above because in so doing, it should become clear to reviewers of this report that CJ has an only very limited understanding of the magnitude of the problems he endured during his childhood and adolescent years, he was certainly not attempting to exaggerate his difficulties, and without the additional information provided by these other sources of information, an evaluator would be unable to obtain a full and accurate picture of CJ or the psychiatric difficulties he developed and his resultant functional limitations.

2

When CJ met with this psychiatrist, he reported that his earliest memory was that of living with his mother (Emma Johnson), the man he then believed to be his father (Robert Butler), and his younger brother (Robert Johnson). He noted that back then, it seemed to him that his mother was OK, and she seemed happy; it seemed to him that Robert Butler was a 'good guy' and he remembers riding around with him in the taxi cab that he drove; and his memory is that he and his brother Robert had the basic things that they needed.

CJ reported that then when he was about 7 or 8 years old, his mother and Robert Butler separated. Upon further exploration, he noted that he doesn't know why they separated and he never asked either of them why; but then he doesn't remember being surprised by the separation; and he noted it was just that one day Robert Butler wasn't in the house anymore, there was no warning given before that happened and no explanation given after the fact. CJ noted that after the separation he did see Robert Butler from time-to-time until he was about 10 years old, but he always assumed that Robert Butler was around if his mother needed him. Upon further exploration, he noted that if Robert Butler was there he was there; if he wasn't he wasn't; and although he was always happy when Robert Butler came around, he doesn't know how he felt when he didn't see him for long periods of time.

CJ reported that after the separation his mother moved him and his brother around a lot. At times, the 3 of them were in an apartment together; at times they, or at least he and his brother, were with their Aunt Minnie; he thinks they may have also spent time with other relatives; and then his mother moved them to New Jersey where they lived with his mother's boyfriend, Mitch. CJ described Mitch as 'OK'. He did note that he remembers that his mother and Mitch used to argue a lot; he could hear them in the next room; but since he couldn't see them he doesn't know whether their arguments ever became physical fights. Then after about a year in New Jersey, his mother and Mitch separated; he doesn't know why they separated and never asked; and after the separation, his mother moved them back to New York City.

CJ reported that when they returned to New York City they lived with his maternal uncle Amos and his family for a while; then they lived with his aunt Minnie and her kids for a while; and then they lived with his maternal grandfather, Love Johnson, and various other family members who were in his grandfather's home. CJ reported that then his mother became involved with and moved him and his brother in with Bobby Koger, who he described as a very smart and highly educated man. He reported that Bobby Koger was an IV-drug user; he remembers seeing the needles, the tracks in his arms and his swollen hands; and when he was high he would do 'all sorts of stupid things and then nod off'. Bobby Koger also used to argue with and beat his mother; he doesn't know what the arguments and fights were about; and Bobby Koger used to beat him and his brother as well. CJ reported that then at some point, he was sent back to his grandfather's home where he lived alone with his grandfather, while his brother remained with his mother and Robby Koger.

Upon further exploration, CJ noted that he never knew why his mother stayed with Bobby Koger despite the way he treated her; he presumes that his mother felt she was in love with him, but he never asked her why she stayed; and he noted that besides, there was nothing that he or his brother could do about his mother's decision to stay with him, and they were still too small to

3

protect her from him. He noted that he also doesn't know why his mother didn't make more of an effort to protect him and his brother from Bobby Koger, and he noted that he never discussed that with his mother either and never talked about it with his brother.

CJ reported that he later learned that at some point in all of the above noted his mother started to use/abuse drugs; he doesn't know exactly when that started; and he noted that he doesn't remember a point where there was a change in her behavior that would have indicated that she had started using drugs. However, upon further exploration, he acknowledged that by the time that his mother and Robert Butler separated, his mother didn't seem to be able to care for him and his brother on her own; he and his brother were constantly moved from place-to-place, and there were some long periods of time when they had little-to-no contact with their mother; and then he cried as he noted that he wishes that he had some positive memories of being with his mother, but he doesn't, and he guesses that she was just trying to get herself together. He then noted that maybe she lived a much faster life than she was supposed to live; maybe she could have been more stable and taken better care of him and his brother like other mothers did; but he feels that any problems he has had were his own fault/due to his own stupidity, he still always loved his mother, and it hurts him that he wasn't there for her at the time of her death.

Upon further exploration, CJ noted that he was always afraid to question his mother about her relationships with the above noted men and the many other men she was involved with, their various moves, and/or the periods of time when they didn't see her. He continued to cry as he explained that he was always afraid that her answer to such questions would be the wrong answer; so he just avoided such questions and tried to continue to believe that she loved him and wanted him; and he just accepted whatever situation he found himself in without questioning (i.e., 'if this is where my home is, OK'), even though some of the situations he found himself in should have made him seriously question whether or not his mother really cared about him.

When asked for an example of a situation that in retrospect should have made him question how his mother felt about him, CJ reported, for example, that when he was about 11 years old his mother kicked him out of the house for some stupid thing that he was doing, and as he was leaving, she even said 'and give me back my clothes'. It was about 10:00 or 11:00 at night; he didn't know where to go and didn't know how to travel to anyone else's home; and so he just stayed around their building, and then after about a day he came back home. CJ reported that after that incident he ran away several times and stayed out for 1 or 2 days; he still didn't know where to go and still didn't know how to travel; so he would always stay close to home and try to get food from his friends. This continued until his mother sent him to live with his grandfather, which was when he was about 12 years old.

Other sources of information indicate that CJ's mother, Emma Johnson, met CJ's father, James Sykes, when she was about 15 years old; she eventually became pregnant by James Sykes, and CJ was born when she was 17 years old; and then James Sykes was incarcerated, Emma Johnson's family relocated, and so James Sykes had no meaningful contact with CJ until he was about 12 years old. When CJ was still quite young, his mother became involved with Robert Butler; they had CJ's half-brother, Robert Johnson; and as noted above, during his childhood years, CJ believed that Robert Butler was his father as well.

4

Other sources of information also indicate that CJ's mother was always more focused on her social life than the care of her children; then, by the time that she and Robert Butler separated, she had developed what would become her life-long addiction to drugs; and at that point, the quality of her parenting of CJ and his brother Robert deteriorated even further. Various family members and friends, such as Minnie Johnson/Hodges and Antionette Joseph, acknowledged that CJ's mother repeatedly dropped CJ and his brother off at various different people's homes and then may or may not be seen or heard from for extended periods of time; they and others would try to take care of CJ and his brother because they were otherwise so worried about their welfare; and they noted that they knew that the domestic violence, drug abuse, parental neglect and other things that the children were exposed to when with their mother wasn't good for them. There was particular concern about the level of violence in the home while CJ's mother was living with Bobby Koger.

In addition, other sources of information indicate that CJ was always much slower than other children his age; with all of the moves he attended at least 10 different schools during his elementary school years, and so there was never any sustained educational program to help him with these difficulties; and various people who tried to help him with school work at various different points in time all reported that he had enormous difficulty learning. CJ was consistently described as a good kid; it was noted that he was often troubled by the problems his mother was having/the problems in his mother's home; and many described him as often nervous and/or reported that he was a bed wetter.

When CJ met with this psychiatrist, he noted that he doesn't even remember how many different elementary schools he attended. He noted however that he always had difficulty learning; he doesn't know why he had so much difficulty and no one ever told him why; but he does feel that he was trying to learn. He cried as he noted that he always wanted to fit in mentally; but no matter how hard he tried it always took him a long time to understand things, and there were many things that he never understood; and he was always embarrassed by the fact that there was so much that he didn't understand and couldn't seem to learn. He continued to cry as he noted that to this day, he is still trying to get his GED; he would like to do this before he is executed; but he doesn't know if he will ever be able to accomplish this.

CJ denied knowledge of any family history of serious physical health problems. When asked if he suffered from any serious physical health problems or injuries during his childhood years, CJ reported that at some point his mother told him that when he was born he was held in the hospital for a longer than normal period of time, but he doesn't know why; he had his appendix removed when he was a child; and he was hit by a car while riding his bike when he was living with Mitch in New Jersey, but he wasn't seriously hurt. When he was about 11 years old, his mother hit him in the head with a shoe, which opened up his head and so he required stiches; he noted that although she had pretty severely beaten him with a belt, etc. before that, she had never injured him so seriously before; and other sources of information confirm this event. He then described another incident where his mother had some type of episode where she ended up falling down on and breaking a glass coffee table; he cut his leg on the broken glass while trying to help her; and so they both ended up being taken to the hospital. Then when he was a teenager, he bumped his head on a concrete and/or steel beam in the train station; he remembers feeling very dizzy for a while; and he had to be stitched up after that incident as well.

CJ denied knowledge of any family history of serious mental health problems, including alcoholism or other substance abuse, other than that noted above. When asked if he had had any mental health difficulties besides the above noted problems learning, he reported being taken to a mental health center one time when he was a child, but he doesn't know why and he believes he only went once. Essentially, CJ minimized any emotional difficulties that he had as a child; he rather presented himself as just accepting his situation; and although he later stated that he doesn't know if he was particularly anxious or depressed during his childhood years, he was concerned about reports about his being a bed wetter because his memory is that he stopped wetting the bed when he was about 4 years old.

CJ reported that he believes that it was when he was about 12 years old and living with his grandfather that his biological father, James Sykes, found him and came to visit him. He noted that he was shocked to learn that this man, and not Robert Butler, was his father; neither his mother nor Robert Butler had ever given him any indication that Robert Butler wasn't his father; and he noted that the experience was very confusing. He noted that he then tried to build a father/son relationship with his father; but ultimately, he felt like an outsider in his father's life/with his father's new family, and so after a couple years of trying he let the relationship go; and he noted that since his father didn't make any effort after that to get back in touch with him, he guesses that his conclusion that having a relationship with him didn't really mean that much to his father was correct.

CJ reported that it was also when he was 12 years old that his mother placed him at Pleasantville Diagnostic Center; with that, he presumed that his mother just didn't want him anymore either; and she didn't visit him there, and he didn't write to or try to call her. He noted however that he did have this thought in his mind that if he could get it together maybe his mother would take him back; but he really didn't *know* if she wanted him back and he never asked her if she would take him back; and so when after he completed his time at the Diagnostic Center and was moved to "the cottages" (which was actually Children's Village, which is a residential treatment facility), he just tried to adjust to life in placement. He then noted that actually, he came to like the cottages and would have stayed there forever if he would have been allowed to stay there; in contrast to what he had always known, the counselors were like parents that you could talk to and the other guys there were like brothers; and his living situation was both comfortable and stable. He did do a couple home visits to his mother's while living at the cottages; but mostly he turned down the opportunity for home visits; and most of the home visits that he did do were during holidays, when most kids went home for visits/there was going to be no one left at the cottages.

CJ reported that then after about 3 years in the cottages (when he was about 15 years old), he was moved to a home for boys in Queens; during his 2 years there he attended Newton High School; and although during his time there he also had some opportunities to work, he failed to get into some of the better work and/or training programs because he couldn't figure out what he had to do to get into those programs. He noted that the counselors there were different and so he didn't feel as close to them; although there were a lot of programs there, he never understood how to get into the various programs; and so he ran away a lot because he wasn't comfortable there and thought that it might be better to be back home. CJ reported that then, when he was trying to

6

help some of the guys that were at the home with him, he got into trouble/was arrested and then kicked out of the home without being given an opportunity to give his side of the story; he would have apologized and/or done anything else he had to do to go back to the boys home, but they didn't ask him back; and he noted that that experience only made him feel all the more like he couldn't trust anyone to be there for him.  He almost cried again as he noted that he couldn't believe that they never even tried to talk to him about what had happened; other guys at the home had been in trouble multiple times and were still allowed to stay there; but he was treated differently.

Other sources of information indicate that CJ's mother voluntarily placed CJ's brother Robert and then CJ; CJ's Aunt Minnie and others noted that if they had known that she had finally concluded that she couldn't take care of the boys, they would have taken them; but initially, they didn't know that the boys had been placed, then they thought that they were just away and enjoying the benefits of some special school, and it was only later that they realized that the boys had been placed.

When CJ was placed, his academic performance was significantly below grade level; his placement records indicate that although he clearly was willing to do anything to be liked, he lacked the social skills required to successfully do that in appropriate ways; and although in some ways he did well in the placement environment, there was little improvement in his academic functioning and he continued to be easily manipulated and led by the other children. Other sources of information confirm that CJ was always a follower, who was willing to do anything to be liked; he was always the clown, in an effort to ingratiate himself to others; and he would take very dangerous risks when dared.  Family members and friends provided specific examples of how the combination of his need to be liked and his poor judgment often resulted in his taking risk that could have cost him his life.

CJ's placement records also indicate that his mother wasn't involved with him during the time that he was in placement; reportedly, this was painful for CJ; and he ended up being sent to Elmhurst Boys' Home (the 'home for boys' that CJ talked about) after his time at Children's Village because his mother didn't want him back home and Children's Village didn't feel that being with his mother was the best plan for CJ.  With regard to his departure from Elmhurst Boys' Home, it is the understanding of this psychiatrist that they wanted CJ to return to the home if he was willing to comply with the rules, and so this was quite likely yet another example of how difficult it was for CJ to comprehend what exactly was going on around him.

CJ reported that when he returned to his mother's after being kicked out of the home for boys, things were not the same; the couple home visits that he had made were so brief that he hadn't really realized that things had changed so much; and he noted that things had changed so much that it wasn't home anymore.  He cried as he reported that it was clear that his mother was on hard drugs and was totally unable to function; his brother was different too, in that his brother had become a drug dealer and was all out in the streets; and he noted that things were so bad at home that he should have begged to be let back into the home for boys.  When asked if he had ever tried drugs, CJ reported that he had tried marijuana when he was about 13 or 14 years old, but he didn't like it and therefore only used it that one time.  He reported that it wasn't until he was about 20 years old that he tried it again; he was different by then, he liked that marijuana put

7

him in his own world where he really didn't care about anything/wasn't really upset about things anymore; and although maybe he didn't fully understand what getting high was all about, he continued to use it. He then also tried alcohol and cocaine; but he didn't like the taste of alcohol and he was afraid of getting involved with cocaine; and so he just stayed with marijuana.

CJ reported that then, after being back home for about 6 months/in about August 1987, he was locked up. He reported that he had been arrested, but then those charges against him were dropped; but while detained, he agreed to just be one of the guys in a line-up, he was falsely identified and so therefore he got another charge; and then when he was late for court for that second charge he was remanded to jail. He described jail as a horrible experience, but he wouldn't provide any details about what happened to him during that incarceration that made the experience so horrible. CJ reported that then after his release from jail, he tried living with Robert Butler who had moved his family to North Carolina by then; but by then, his relationship with Robert Butler wasn't the same; and then he had a party where there were problems that really upset Robert Butler and his wife (some things were taken from their home), and so he had to leave there and return to New York City.

CJ reported that then for a while he lived here and there in New York City; and then he was offered the opportunity to try living in Trenton, New Jersey with a friend who had gone there; and he noted that at the time, he really didn't know where else to go because both his mother and brother were in jail, and he was just out there on his own. Although he discovered that his friend and the guys who his friend had become involved with in New Jersey were selling cocaine, he didn't really know about cocaine yet, he really didn't know what he was doing by getting involved with this group, and so he was pretty lost. When asked why he didn't seek the help of some of his family members who had tried to be there for him before, CJ noted that he kind of lost touch with everyone while he was in placement; he doesn't know why he didn't try to call them from placement/keep in touch with them; but by the time that he found himself with no place to go and moved to Trenton, it was like those family members and family friends were really no longer in his life. CJ then noted that there had just been so many problems in his life; he had always felt all alone and so he never really talked to anyone about those problems; and by then, all he could do was just focus on what was in front of him at any given moment. He then noted that maybe he was just looking for a short cut way to make it on his own; no one pushed him into moving to Trenton; and even though he really didn't know what he was doing when he got there, he just stayed there. He noted that he really didn't know how to plan for himself or develop a routine for himself or establish any rules for running his life; he noted that he was just never taught how to do any of that; and he noted that although he made some attempts to live a normal, working life, he just didn't know how to do that.

Upon further exploration, CJ noted that actually, he was always too ashamed to ask for help with anything; he noted that that goes back to elementary school when he was having so much difficulty learning; but then at the same time, he was always upset about his sense that no one was really trying to help him. He noted that no matter what the situation was, even when his mother left them alone or kept moving them around, he always felt he just had to adapt; he never said no to anyone or anything; even if he would have been asked he wouldn't have said no, probably because he wanted people to be happy with him; and he noted that actually, he always felt that he didn't have a choice anyway.

8

CJ reported that he was in Trenton from about 1989 to 1991; he met girls there, two of them got pregnant from him; and although his son died while still an infant, his daughter survived. He noted that he was surprised that girls would have any interest in him, and so he was like a kid in a candy store; he explained that he really hadn't had much in the way of experience with girls, he wasn't very good looking and he wasn't that smart; and he noted that the pregnancies were unplanned, he noted that he wasn't really thinking about the risk of pregnancy. He noted however that making a relationship with any of those girls was difficult; he really didn't know anything about love or relationships; and so ultimately he failed there and was often hurt. He then noted that he really didn't expect anything from relationships; he long ago had figured out that he was really out there on his own; and he noted that maybe if he really did or could have felt that he was really in a relationship with any one of those girls/women that he would have tried to stop being out in the street and settle down with her.

Other sources of information confirm CJ's report of returning home to find his mother addicted to drugs and his brother out in the street dealing drugs. CJ's brother reported that although he knew that CJ wasn't smart enough or street-wise enough to deal drugs, he gave CJ an opportunity to work with him; but CJ proved that he really couldn't manage this, and he had to replace the money that CJ had lost; and so after that one chance, he didn't let CJ work with him again. CJ's brother also reported that he knew some of the guys that CJ was going to live with in Trenton; he assumed or at least hoped that those guys would watch out for/take care of CJ, because he knew that CJ couldn't take care of himself out on the streets; and upon further exploration, he noted that by then, he wasn't in close enough contact with CJ to try to stop him from going to Trenton. Other sources of information indicate that CJ was never able to assume any real responsibility for taking care of himself; he always lived with this person or that person; and the guys who he was with in Trenton always viewed him as a follower, and never even considered giving him any real responsibility in their drug-dealing business. Then after the leaders of the group in Trenton were arrested, CJ followed a guy who he had meet in New Jersey to Virginia, and he continued to live the same type of life there.

CJ reported that he didn't really know the group of guys he became involved with in Virginia; the guy he traveled to Virginia with seemed to know them and thought they were OK; and since he felt that he could trust that guy, he believed what the guy was telling him about the possibilities in Virginia. He wasn't in Virginia very long before he was arrested in connection with this matter, and he noted that he didn't see these problems coming. Even once in trouble, he never really understood that he was at such serious risk of getting the death penalty until it happened.

CJ noted that it really upset him that his mother wasn't even there for him during his trial in this matter. (It is the understanding of this psychiatrist that CJ's trial attorneys did bring his mother in for the trial but she didn't attend the trial or visit with CJ.) He noted that he did love her; he noted that maybe he was just a 'mamma's boy'; but despite the fact that she didn't do more for him and his brother when they were growing up, it really hurt him that she didn't even make it to his trial. CJ noted that he hears guys talk about how when they became teenagers their mothers became their friends; but by the time he was a teenager his mother wasn't even available to him; and so as a teenager, all he could feel was more hurt. Now at times he feels angry at her; she

9

didn't provide him with any foundation; and then things moved to the point where she really wasn't there for him at all. He noted that he always just wanted to be with her and be happy with her; he was happy when with her and missed her when she wasn't there; but then, he must have always known there was a problem because he never, ever asked her why she kept leaving him/wasn't always there for him.

A mental status examination of CJ revealed that he was a then 42 year old (DOB 5 November 1968) African-American male of about average height and weight, who appeared to be somewhat younger than his stated age. He was dressed in a prison uniform and appeared to be physically healthy. His speech was clear, coherent and goal-directed; although his thinking was quite concrete, he appeared to make every effort to respond to questions asked; and he appeared to be very open and cooperative with the examination process.

- He was oriented to person, place and time
- His memory for short and long-term events appeared to be good, despite difficulties remembering how many places he had lived and how many schools he attended during his childhood years (i.e., this problem more likely related to the number of moves and the number of schools attended)
- His mood was severely depressed
- His affect was consistent with his depressed mood, and as noted above, he cried frequently during the course of the examinations
- There was no evidence of a thought process disorder
- His thinking was very concrete, and his intellectual capacity appeared to be well below average, and so clinically he presented as intellectually disabeled
- His insight was poor
- His judgment was poor

Summary & Discussion:

The information currently available to this psychiatrist indicates that CJ had an extremely difficult childhood and adolescence.

More specifically, CJ's mother (Emma Johnson) was never focused on the care and nurture of him and his younger half-brother Robert; then quite early in his life she also become addicted to drugs; and as a result, his mother never provided him with the care, nurture and stability required for healthy child development. Furthermore, given this and the fact that his mother was periodically totally absent from his life for extended periods of time, CJ was left with the question of whether or not his mother was there for him at all.

In addition, CJ's mother was involved with multiple different men during the course of his childhood years; some of these men psychologically and/or physically abused her; and at least one of these men also abused CJ and his half-brother. As a result, CJ was exposed to domestic

10

violence against his mother; he was also the victim of child abuse; and during all of this, there was no one who consistently protected him against or provided a safe respite from this violence and victimization, which is known to make such exposure to violence and victimization all the more damaging.

Furthermore, when CJ was about 7 or 8 years old, the man he believed to be his father (Robert Butler) left the home; then when he was about 12 years old, he discovered that that man really wasn't his father and another man (James Sykes) was his father; and then his efforts to establish a relationship with his 'real father' failed. Then also when he was about 12 years old his mother voluntarily placed him; she then failed to work with staff at the placement facility or even maintain contact with CJ while he was in placement; and then when staff attempted to return him to his mother, she refused to take him back, and so he was sent to yet another facility. As a result of all of this, CJ ultimately felt abandoned by both of his parents, and he lost contact with other family members and family friends who might have at least tried to be of assistance and support to him.

Based on the information currently available to this psychiatrist, CJ has also suffered from intellectual and possibly other cognitive difficulties that were more extensively explored by and will therefore be described in more detail by other experts retained in connection with this matter. However, it is important to note here that these intellectual difficulties made it much more difficult for CJ to understand and cope with the above described problems he endured during his childhood and adolescent years, *and* his awareness of his intellectual limitations impacted heavily on his feelings about himself.

Based on the information currently available to this psychiatrist, it is the opinion of this psychiatrist to within a reasonable degree of medical certainty that CJ suffers from multiple major psychiatric and neuropsychiatric difficulties.

First of all, as a direct result of the above described repeated exposure to violence during his childhood years, in the absence of the type of parental protection, nurture and support that might have helped mitigate the impact of such repeated exposure to violence, CJ began to exhibit clinically significant anxiety and depression. In the absence of treatment, he has continued to exhibit symptoms of anxiety and depression throughout the course of his life, such as a persistent dysphoric mood, being easily moved to ears, hopelessness, and a sense of worthlessness.

The extremely difficult childhood that CJ endured also directly resulted in other underlying developmental difficulties. More specifically, CJ exhibits a pattern of instability across multiple important areas of functioning, including with regard to interpersonal relationships, self-image, affects, and decision-making. His relational difficulties are evidenced by how his abandonment issues and resultant trust issues have resulted in unstable interpersonal relationships, in which he swings dramatically from a willingness to do anything to be accepted to quickly pulling out of a relationship out of a fear of being rejected again. Similarly, there have been times when his self-image has been enhanced by being with people who he believed liked and accepted him, only to be deflated to the point of feeling totally worthless when he realized that those people didn't really care about him. Severe mood reactivity to such changes going on around him are the

11

cause of the mood instability or the difficulties he has in regulating his mood, and the difficulties with decision-making are the result of an associated impulsivity.

By the time that CJ was becoming a young adult, he discovered that smoking marijuana 'put him in his own world where he really didn't care about anything/wasn't really upset about things anymore'. In other words, at least initially, he was using marijuana as self-medication for his above described psychiatric difficulties. However, as a result of the combination of his *need* to self-medicate away these difficulties and his family history of substance abuse that rendered him genetically and environmentally vulnerable to becoming substance addicted, he became a heavy smoker of marijuana, despite the negative impact that it was having on his life/his ability to function.

As noted above, other more specialized experts have explored CJ's intellectual and possibly also other cognitive difficulties and will present their findings separately. However, as noted above, clinically, CJ clearly evidences intellectual disabilities; these intellectual disabilities made it much more difficult for him to understand and cope with the problems that he endured during his childhood and adolescent years and the above noted psychiatric difficulties that resulted from those problems he endured; and, as also noted above, his awareness of his intellectual limitations further impacted on his feelings about himself and his relationships with others.

It is important to note that although each of the above described psychiatric and neuropsychiatric difficulties have had their own direct impact on CJ's ability to function, they all exist in combination with each other, and they each exacerbate the effects of each other on CJ's ability to function within the environmental context in which CJ found himself. As a result, upon his release from placement, and in the absence of any family or institutional support, CJ found himself alone and unable to take care of himself physically or emotionally; therefore, he accepted the help of a Trenton drug gang, thinking that they cared about him and unable to fully understand and assess what he was getting himself into; and so he was desperate to do whatever they wanted him to do in order to continue to be engaged with them. When the Trenton drug gang fell apart, he followed the only person that he thought would help him to Virginia; again, he was unable to fully understand and assess what he was getting himself into; and again, he was desperate to do whatever that guy wanted him to do in order to continue to be engaged with him.

CJ's above described major psychiatric and neuropsychiatric difficulties most certainly could have been identified and offered for consideration at the time of his trial. Based on the information currently available to this psychiatrist, it is the opinion of this psychiatrist that the difficulties he endured during his childhood and adolescent years could have been offered for consideration as mitigating mental health evidence in and of itself. However in addition, based on the information currently available to this psychiatrist, it is the opinion of this psychiatrist that it is the combination of psychiatric difficulties that CJ has been suffering from that resulted in his being in a position to be at all involved in this matter. More specifically, it is the opinion of this psychiatrist that as a result of the combination of CJ's above described major psychiatric difficulties, he is unable to develop a plan for taking care of himself; he is overly dependent on others; and he lacks the insight and judgment required to make a sound, adult decision about who he should depend on. Then when he makes a poor decision about who he should depend on, he is unable to quickly recognize that he has made a serious mistake in judgment; he is unable to

anticipate problems that others would be able to anticipate; and then when faced with problems, he is unable to quickly identify and/or assess options for extricating himself from a problematic situation.


Richard G. Dudley, Jr., M.D.
Psychiatrist
Diplomate, American Board of Psychiatry & Neurology

13

## List of Corey Johnson Case Materials
## Received by Richard G. Dudley, Jr., M.D.

### Affidavits, Declarations, and Interview Information

- Affidavit of Ernest H. Adams, J.D, PhD, July 27, 2011
- Summary of June 26, 2009 phone interview with Clare Barabash, former psychologist with the New York City school system
- Summary of 6/18/2009 telephone interview of Reginald M. Barley, Esq. (co-counsel and appellate lawyer for Vernon Lance Thomas
- Declaration of Kenneth Barish, PhD., July 27, 2014
- Affidavit of Richard Benedict (with exhibits), December 5, 2011
- Affidavit of Ammon Boone, August 10, 2011
- Summary of June 18, 2009 interview report of Cary Bowen, Esq. (a lawyer for co-defendant Vernon Lance Thomas)
- Affidavit of Darnell Brown, October 14, 2011
- Affidavit of Darold Brown, June 15, 2011
- Summary of September 10, 2009 telephone interview of David Bruck, Esq. (who had advised Cary Bowen, co-counsel for Vernon Lance Thomas)
- Summary of January 22, 2009 telephone interview with Abraham Brunson, Corey's second cousin
- Interview report from meeting with Amos Brunson, Maternal Uncle of Corey Johnson, August 7, 2009
- Declaration of Ann Corey Butler, December 17, 2011
- Declaration of Robert Lee Butler, Sr. Dec. 17, 2011
- Memorandum following an April 3, 2009 phone interview with Dr. Sundar Collimutum, Medical Director at the Mount Pleasant Cottage School
- Affidavit of Courtney Daniels, May 21, 2011
- Declaration of Monica Dawkins, July 16, 2012
- Summary of phone interview with Jennifer Figuerelli, PhD, June 2, 2009
- Declaration of Cary Gallaudet, March 19. 2012 (with exhibits)
- Interview notes from phone interview with Dr. Murray Gordon, Consulting psychiatrist at Elmhurst, March 31, 2009
- Interview notes of telephonic meeting with Dr. Leigh Hagan, PhD, Forensic Psychologist in Richmond, VA area, not involved in this case, July 27, 2009
- Declaration of Ann Harding, November 21, 2011
- Interview notes from telephone interview with Aeisyha Harris, May 11, 2009
- Affidavit of Sonya Hilton, June 15, 2011
- Affidavit of Minnie Hodges, April 30, 2011
- Declaration of Minnie Hodges, April 30, 2011 describing and attaching a letter dated March 4, 2010 with envelope postmarked on March 9, 2010)
- Affidavit of Priscilla Hodges, April 30, 2011
- Affidavit of Queenie Hodges, April 30, 2011

- Interview notes from meeting with Minnie Hodges (Corey's aunt), her daughters Priscilla and Queenie Hodges, and her son, Timothy Hopewell, August 2, 2008
- Declaration of Esther Johnson, April 30, 2011
- Affidavit of Robert Johnson, June 29, 2011
- Interview notes from meeting with Sarah Johnson, paternal grandmother of Corey Johnson (mother of James Sykes), August 8, 2009
- Interview notes from meeting with Sarah Johnson, Corey's paternal grandmother (mother of James Sykes), October 9, 2008
- Interview notes from in-person meeting with Shirley Johnson (mothers of several witnesses) June 29, 2009
- Affidavit of Antoinette Daniels Joseph, May 21, 2011
- Summary of July 8, 2009 phone interview with Greg Judge (New Jersey public school social worker)
- Affidavit of King Salim Abdullah Khalfani, March 18, 2011
- Declaration of Leona Klerber, June 3, 2011 (with exhibits)
- Affidavit of Kevin Koger, May 26, 2011
- Summary of August 6, 2009 phone interview with Lisa Koger
- Affidavit of Gerald Lefkowitz, December 5, 2011
- Affidavit of Julie McConnell, March 23, 2011
- Interview notes June 8, 2009 meeting with John F. McGarvey, Esq. (co-counsel for Corey Johnson)
- Declaration of Ann Noble, November 21, 2011
- Affidavit of Odette Noble, December 1, 2011
- Interview notes from February 16, 2009 meeting with Karen Price, who had conducted a May 1979 Speech, Language, and Education Evaluation of Corey.
- Interview notes from November 21, 2008 meeting with John Rios, Resident Supervisor at Elmhurst Boys Residence
- Affidavit of George Sakheim, PhD, June 17, 2011 (with exhibits)
- Affidavit of Holly Scott, June 23, 2011
- Declaration of Mary Sitgraves, PhD, July 5, 2012 (with exhibits)
- Interview notes from telephone interview with John Stadler, Clinical Director at Pleasantville, February 20, 2009
- Affidavit of Elizabeth Sykes, October 15, 2011
- Affidavit of James Sykes, May 17, 2011
- Summary of June 26, 2009 interview with Vernon Lance Thomas, co-defendant
- Interview notes from telephone interview with Janet Valentine, childcare worker at Pleasantville Diagnostic Center, March 19, 2009
- Interview notes from June 5, 2009 meeting with Robert Wagner, Esq. (attorney for co-defendant Sandra Reavis)
- Affidavit of David Washington, March 1, 2012
- Declaration of Bobby H. West, March 24, 2011 (with exhibits)
- Declaration of Sarah Jane Woodson West, March 24, 2011
- Affidavit of Darryl Williams, June 15, 2011

- Interview notes from January 22, 2009 meeting with friends of Corey Johnson (Pernell Williams and Darnell Brown)
- Family Tree of Corey Johnson's family members
- List of Corey Johnson's Family Members
- Overview of the Chronology of Events in Corey Johnson's Life
- Summary Chart re: Adaptive Behavior
- Summary Chart re: Testing Information

### Materials Related to Corey Johnson's GED Study

- Math Lesson Material
- Math Hand Written Notes and Other Math Material
- Reading, Writing, Social Studies, and Science Lesson Material
- Adult Basic Learning Examination, Level 2

### Prison Records

- Corey Johnson Prison Records from the Federal Bureau of Prisons (released in response to FOIA Request No. 2009-05492)
- Corey Johnson Prison Records from the Federal Bureau of Prisons (released in response to FOIA Request No. 2001-03136)
- Corey Johnson Prison Records from the Virginia Department of Corrections

### School Testing and Assessments of Corey Johnson Prior to Pleasantville Placement

- Special Education Reports from NYC Department of Education-Includes New Jersey IQ Test by Dr. Figurelli (Full Scale IQ of 73)
- Evaluation by Cheryl Spillane-dated 3/18/77
- Speech, Language & Education Evaluation by Examiner Karen Price-Dated 5/79
- Psychological Report by West Manhattan Center Evaluation Unit-Dated 5/3/79
- Social History Notes by Natalie Smith, PhD of the Evaluation Unit of the West Manhattan Center-5/3/79 (Full Scale IQ of 91)
- Board of Education of the City of New York Individualized Education Program-Dated 5/8/79
- Board of Education of the City of New York Division of Special Education and Pupil Personnel Services Committee on the Handicapped Request for Placement-Dated 5/21/79
- Notice of Recommendation of the Committee on the Handicapped-dated 8/17/79
- Bureau of Disability Determinations notice on Application for Disability-dated 10/1/79
- The Council's Center for Problems of Living Psycho-Diagnostic Evaluation by Ernest Adams, M.S.-dated 12/11/81 Re: Test Administered Oct. '81 (full scale IQ of 78)

### Records from Pleasantville and Transfer to Elmhurst

- Pleasantville Intake Information, including background information and reports containing details on medical and family situation, dated 2/5/82 and 2/8/82

3

- Pleasantville Diagnostic Center Psychiatric Evaluation by Sundar Cullimuttum (Psychologist)-dated 2/8/82
- Mount Pleasant Cottage School Screening Upon Admission, including test results, commentary, and recommendations (tested by Leona Klearer and prepared 2/22/82)
- Pleasantville Diagnostic Center Psychosocial Summary by Amira Offer (Case Worker)-dated 3/9/82
- Petition in the Matter of the Review of Foster Care Status (JCCA/Pleasantville Cottage School, not signed)-Period of Foster Care between 4/26/82-10/85
- Initial Conference, Current Assessment and Transfer Summary by Gloria Caro (Case Worker)-dated 6/9/82
- Mount Pleasant Cottage School Speech Report, tested by Adele Janow-dated 11/17/82
- Pleasantville Cottage School Current Assessment (8th Grade) by Gayle Turnquest-dated 1/31/83
- Pleasantville Cottage School Psychological and Educational Evaluation by Kenneth Barish-dated March 15, 1983
- Pleasantville Cottage School Current Assessment (9th Grade) by Gale Turnquest-dated 12/15/83
- Jewish Child Care Inter Departmental Correspondence from Louise Sciaruto to Mr. D. Schwartz re: Corey Johnson (Speech/Language Evaluation)-dated 1/9/84
- Metropolitan Achievement Test Results, including literacy and math testing areas dated 5/1/84
- Comprehensive Service Plan by Lynn Polstein-dated 5/14/84
- Goal and Objective Review Completed by Lynn Polstein-dated 5/14/84
- Pleasantville Cottage School Psychiatric Summary by Elizabeth B. Clemmens, M.D.-dated 6/29/1984
- Pleasantville Cottage School Current Assessment by Gerard Maier-dated 8/31/84
- Treatment Team Meeting Notes-dated 03/85
- Pleasantville Cottage School Current Assessment (10th grade) written by Christine Aaron-dated 3/10/85
- Social history by Christine Aaron-dated 3/19/85
- Comprehensive Service Plan Family by Gerard Maier-dated 5/28/85
- Discharge/Transfer Plan by Gerard Maier-dated 5/28/85
- Goal and Objective Review, Family by Gerard Maier-dated 5/28/85
- Reassessment Summary by Gerard Maier-dated 5/28/85
- Request for Authorization and approval for Care and Services by Gerard Maier-dated 5/28/85
- Pleasantville Cottage School Transfer Summary by Christine Aaron-dated 5/29/85
- Notice of Evaluation and Recommendation of Program Placement-dated 7/5/85
- Final Notice of Recommendation (Change of Program/Service)-dated 8/18/85

## Elmhurst Records

- UCR Reassessment and Service Plan Review 6 Month by Odette Noble-dated 11/21/85
- UCR Reassessment and service plan Review 6 Month by Odette Noble-Dated 6/28/86
- Caseworker Notes-dated 8/11/86 through 8/25/86
- Request for Authorization and Approval for Care and Services-dated 11/28/86

4

- UCR Reassessment and Service Plan Review 6 Month by Odette Noble-Dated 12/21/86
- Request for Authorization and Approval for Care and Services dated 2/6/87
- Request for Authorization and Approval for Care and Services dated 2/20/87
- UCR Plan Amendment: Form D Trial Discharge by Odette Noble-dated 2/23/87
- UCR Plan Amendment: Form E Trial Discharge by Odette Noble-dated 3/26/87
- Request for Authorization and Approval for Care and Services dated 3/26/87

### Newtown High School Records

- Report to Parents from Newtown H.S. (2nd Report)-dated 12/12/85
- Report to Parents from Newtown H.S. (3rd Report)-dated 1/31/86
- Individualized Education Program Phase I-IEP Update-dated 4/24/86
- Report to Parents from Newtown H.S. (2nd Report)-dated 5/12/86
- Individualized Education Program Phase II-dated 06/86
- Notice of Absence (Newtown H.S.)-dated during the year 1986
- Report to Parents from Newtown H.S. (1st Report) dated 10/25/86
- Report Card from Newtown H.S. Grade 12-dated 10/29/86

### Materials Regarding Dr. Cornell's Evaluation and Testimony

- Notes: Sources of Information
- Summary of Notes from Corey Johnson Interview: Dated 10/2/92
- Items to be Covered in Corey Johnson Interview and List of Victims
- Corey Johnson Interview Notes-dated 1/8/93
- Questions for Third Interview with Corey Johnson (referring to Cornell's 1/8/93 videotaped interview)
- Disc of Videotaped Interview with Corey Johnson, January 8, 1993 at the Richmond City Jail
- Interview with Emma Johnson: Corey Johnson's Mother-dated 11/6/92
- Notes on phone interviews between 11/22/92 and 1/29/93 with Various Social Workers, Therapists, and Psychologists who knew Corey Johnson
- Letter from Julie Goodwin to Dewey G. Cornell re: Addresses and Phone Numbers of Various People, dated 1/15/93
- List of addresses referenced by Dewey Cornell
- Dewey Cornell Test Results-dated 1992-1993
- Email from Dewey Cornell to Craig Cooley sent at Barbara Hartung's request, with corrected spelling-dated 12/3/05
- Evaluation by Dr. Edward Peck-dated 1/6/93
- Neuropsychological Evaluation by Edward Peck (1993)
- Mitigation Report by Dewey Cornell-dated 2/1/93
- Partial trial transcript, regarding statements by Dr. Dewey Cornell (including Transcript Volume XX dated 2/10/93

**Post-Trial Decisions by Trial Judge**

- Decision, and Findings dated 2/16/93 re Juror's Certificate
- Memorandum Opinion from the Unites States District Court for the Eastern District of Virginia in Unites States of America v. Richard Tipton a/k/a "Whitey", Corey Johnson a/k/a "O", and James Roane a/k/a "J.R."

**Materials Related to Post-Trial Evaluations or Analysis of Corey Johnson Case**

- Richard Garnett Affidavit-Dated 1/23/06
- Letter from Jack Fletcher PhD to Richard Burr re: US V. Corey Johnson-Dated 5/30/07
- Lisa Greenman Notes re: Teleconference with Ken Barish-Dated 7/26/07
- Letter from Gary Siperstein, PhD to Lisa Greenman Esq. re: Review of Documents pertaining to Corey Johnson-Dated 1/11/08
- Letter from Kenneth Barish, PhD to Lisa Greenman Esq. re: Review of Psychological and Educational Evaluations-dated 2/7/08
- Email from Richard Bonnie to Richard Burr re: A Request from Dick Burr, 6/4/08