# EXHIBIT 8

**MITIGATION INFORMATION**
**COREY JAMES JOHNSON**

**TABLE OF CONTENTS**

TAB

1    Chronology of events in Corey Johnson's life

2    Mitigation report by Dr. Cornell

3    Neuropsychological report by Dr. Peck

4    Quotations excerpted from mental health records

5    Mental health records containing quotations
        Psychological report by Drs. Gallaudet and Sakheim
        Psychiatric evaluation by Dr. Collimuttam
        Educational screening report by Leona Klerer
        Order of Disposition, Family Court of the State of New York
        June 1982 Initial conference report
        January 1983 Current Assessment report
        Psychological/Educational Evaluation by Dr. Barish
        Psychiatric evaluation by Dr. Stadler
        Speech and Language Evaluation by Linda Coccaro
        December 1983 Current Assessment report
        January 1984 letter from Nurse Sciaruto
        Psychiatric summary by Dr. Clemmens
        Psychological Re-evaluation by Dr. Barish
        March 1985 Current Assessment report
        September 1985 Three Month Conference Note
        February 1986 Three Month Conference Note
        June 1986 Report
        June 1986 Notice of application and petition
            in Family Court of the State of New York

6    Test results from Dr. Cornell's psychological evaluation

7    Definitions
        Federal Register Definition of Learning Disability
        National Joint Committee for Learning Disabilities (NJCLD)
        AAMR Definition of Mental Retardation

8    Curriculum Vitae of Dr. Cornell

     Curriculum Vitae of Dr. Peck

# MITIGATION REPORT

Defendant:                    Corey James Johnson
Examining Psychologist:       Dr. Dewey G. Cornell
Date of Report:               February 1, 1993

· Corey James Johnson is a 24 year old African-American male charged with multiple counts of capital murder in U.S. District Court. This report is a summary of mitigation issues to be considered at sentencing.

This report is based on the following sources of information:

1.  Clinical interviewing and psychological testing of Mr. Johnson
       October 2, 1992 -- 6 hours
       October 9, 1992 -- 5 hours
       January 8, 1993 -- 4 hours

2.  Discovery Materials numbered 1-47
       Homicide worksheets, crime scene photographs, medical examiner reports and photographs for Douglas Talley, Douglas Moody, Peyton Maurice Johnson, Louis J. Johnson, Jr., Torrick Brown, Bobby Lee Long, Anthony Glasgow Carter, Dorothy Armstrong, Curtis Lee Thorne, Linwood Chiles, and Katrina Rozier. The Discovery Materials also included reports of fingerprint analysis, drug analysis, and ballistic analysis; documentation of rental receipts and a handgun purchase, line information and data sheet, a search warrant and affadavit for 1212 West Moore Street, and an affadavit of Richmond officer Ralph Fleming.

3.  Mr. Johnson's school records from Newtown High School and the New York City Board of Education

4.  Mr. Johnson's FBI Identification Record and records from the New York City Department of Health, Correctional Health Services

5.  Records from the Jewish Child Care Association of New York, including Pleasantville Cottage School and Elmhurst Boys Residence.

6.  Clinical interview with Mr. Johnson's mother Emmer Johnson
       November 6, 1992 -- 2 hours

1

Mitigation Report                                                                        Corey Johnson

7.    Telephone interviews with:
        Pleasantville Cottage School supervisor Mr. Jerry Lefkowitz;
        Consulting psychiatrist Dr. Elizabeth Clemmons;
        Pleasantville Cottage School Clinical Director and psychiatrist
            Dr. John Stadler;
        Pleasantville Cottage School psychologist Dr. Ken Barish;
        Elmhurst Boys Residence caseworker Odette Noble

8.    Report of neuropsychological evaluation by Dr. Edward Peck

## Principal Findings

There are two general factors which impaired Mr. Johnson's psychological development and ability to adjust in society. The first factor is his upbringing in a unstable, abusive, and neglectful family environment. The second factor is a severe learning disability, which is a form of brain impairment which affected Corey's intelligence, speech, and ability to read and write.

Upbringing in an unstable, abusive, and neglectful family environment. Mr. Johnson was the child of Emmer Johnson and her boyfriend James Sykes. Mr. Sykes reportedly was in prison during his son's early years, and had no contact with him until Corey was approximately 12 years old. Ms. Johnson led Corey to believe that his father was Robert Butler, another boyfriend of Ms. Johnson who was father to Corey's half-brother.

During his early years, Corey lived in many different residences as his mother changed jobs and moved in with various relatives and boyfriends. Although neither Corey nor his mother have good recall of details, Corey made at least 12 moves before age 13. Several of Ms. Johnson's boyfriends were violent drug abusers who were physically abusive of her and/or her two sons, Corey and Robert. According to Ms. Johnson, her primary motive in eventually having her sons removed from her care and placed with social service agencies was to protect them from a particularly abusive boyfriend who was addicted to heroin.

Records of the Jewish Child Care Association of New York document emotional disturbance in both Corey and his brother prior to their teenage years. Corey was enuretic (bedwetting) until age 11 and encopretic (fecal soiling) between the ages of 8 and 12. He was disobedient at home and school. Corey's brother Robert was placed in a psychiatric hospital at age 10 after making a suicide attempt.

2

Mitigation Report                                                                    Corey Johnson

In 1982 when Corey was 13, the New York Family Court determined that his mother was unable to provide adequate care and removed him from her home. He was placed under the care of the Pleasantville Cottage School, a residential treatment program operated by the Jewish Child Care Association. Corey remained in the residential school for approximately 4 years with visits home on some weekends and holidays. During his years in the school Corey was described consistently by staff as a child who adjusted well to the program. He was not considered to be an aggressive child or a management problem. On the contrary, he was viewed as a teenager who made good use of the program, and who attempted to discourage his peers from substance abuse and aggressive behavior. However, Corey was emotionally troubled by his longing for his mother and his disappointment in her unavailability and undependability. Ms. Johnson was described as a self-centered and unreliable individual who did not cooperate with the school or demonstrate consistent interest in Corey. The staff believed that she was engaged in illegal activities and was a negative influence on Corey.

When Corey was ready for discharge from the residential school, his mother was unwilling to accept him back into her care. Therefore, in 1985 at age 16, Corey was placed in a group home in the community and attended Newtown public high school. Initially Corey made a good adjustment in the group home, played varsity sports in school, and got along well with his peers. The staff at the group home reported continual difficulties working with Ms. Johnson, who failed to come to appointments and was secretive about her lifestyle. Corey was unwilling to describe his visits home and became angry when the group home staff expressed criticisms of his mother. However, during this time Corey's mother was abusing cocaine and was arrested for stealing. In his interview with Dr. Cornell, he acknowledged that he was extremely upset and confused by his mother's drug use and her lack of availability as a source of support and encouragement. Over time Corey's previously good behavior began to decline. He and two other boys in the home were arrested for robbing a peer. He was truant from school and resisted group home rules. In February of 1987, when Corey was 18 and still attending school, the staff decided that he was sufficiently uncooperative that they decided to send him home to his mother temporarily. Apparently the staff acted under the assumption that sending him to his mother would restore his positive attitude toward living in the group home. Corey failed to return to the group home and had no further contact with the Jewish Child Care Agency.

Severe learning disability. A learning disability is a disorder in one or more of the basic psychological processes necessary to understand or use language. There are various types of learning disabilities which impair reading, writing, speech, and other language-related activities. Although mild learning disabilities can be remediated with special education and training, severe learning disabilities result in

3

Mitigation Report                                                    Corey Johnson

a permanent impairment which handicaps the individual throughout life. At the time Corey was placed with the Jewish Child Care Agency it was already apparent that he had difficulty learning in school and that his speech was impaired. He received a series of evaluations by psychologists, psychiatrists, speech pathologists, and teachers who agreed that he had a severe learning disability. His reading, spelling, and arithmetic skills were at a 2nd to 3rd grade level. He exhibited difficulties in speech sound discrimination, visual-spatial abilities, and indications of diffuse brain impairment.

While at the Pleasantville School Corey received some educational services to remediate his learning disability, but apparently he failed to receive speech therapy and the full complement of special education services recommended for his condition. He was highly motivated to learn, but was extremely frustrated at his minimal progress in learning to read. After years of work, his reading was only slightly improved. He was embarrassed by his learning handicap, and frequently expressed negative feelings about himself and frustration at not receiving the kind of help he had been promised. Several of the staff were concerned about the failure of the school to provide the services he needed and felt that he was right to feel let down by the school.

Children with learning disabilities frequently experience intense feelings of frustration and disappointment, and develop poor self-esteem. The impact of Corey's handicap on his self-esteem was worsened by his mother's refusal to accept his limitations. She repeatedly insisted that he should attend college, and made him feel personally inadequate when he did not make suitable progress.

Psychological and educational testing conducted by Dr. Cornell confirmed the severity of Corey's learning disability. His reading abilities are still at approximately the 2nd grade level, with slightly higher but still deficient abilities in writing and arithmetic. His overall intelligence falls at the 6th percentile for his age group (i.e., lower than 94% of his age peers). This level of intellectual ability is in the Borderline range, slightly above the level of mild mental retardation. His speech contains mild articulation problems. Neuropsychological testing by Dr. Peck (see his report) confirmed that Corey has long-term neuropsychological impairment with deficiencies in several different areas of mental functioning.

There is no single cause or basis for all forms of learning disability. The present state of knowledge indicates that learning disabilities are a form of brain impairment which can be produced by brain injury and/or biological and genetic factors. Learning disabilities are recognized as handicapping conditions or disabilities under federal and state regulations.

Mitigation Report                                                         Corey Johnson

Summary of Interviews with Mental Health Professionals

        As listed above, I conducted telephone interviews with 5 professionals who worked with Corey while he was at Pleasantville Cottage School or the Elmhurst Boys Residence. All five individuals expressed shock and disbelief over Corey's charges, because they did not know him as an aggressive individual. On the contrary, staff supervisor Jerry Lefkowitz, who was responsible for disciplinary action at the school, described Corey as "not a troublemaker" and one of the more cooperative and motivated children in the school. He saw Corey on almost a daily basis throughout his stay at Pleasantville Cottage School, and described him as someone who was a "positive influence" on other boys because he spoke out against drug use and acting out behavior. Mr. Lefkowitz stated that he could imagine many boys from the School -- but not Corey -- who might become involved in violent crime.

        Psychiatrist and Clinical Director Dr. John Stadler stated that Corey was "a remarkably peaceful kid trying very hard to do better." He "had a terrible neurological impairment to learning and though he wanted to learn, he couldn't." He felt that Corey "did well in a structured setting . . . but like many boys like him I imagine he is very susceptible to his environment." He stated his observation that boys with severe learning disabilities like Corey are prone to aggressive and delinquent behavior because of their frustration and inability to function successfully in society. He expressed regret that the Pleasantville Cottage School did not have more resources to treat speech difficulties and learning disabilities like Corey exhibited.

        Psychiatrist Dr. Elizabeth Clemmons evaluated Corey several times and concluded that he was a severely learning disabled boy who became very frustrated when he did not receive the remedial help and speech therapy he was promised. She stated very directly that he was right to feel frustrated because funding limitations at the School prevented him from receiving help he needed.

        Psychologist Dr. Ken Barish described Corey as "one of the most severe cases of learning disability I have encountered." He said that Corey's impairment was so severe and so pervasive in his cognitive processes that Corey was unable to learn how to compensate for his problems like other learning disabled children. Dr. Barish pointed out that he has given professional lectures on learning disabilities in the past and cited Corey's case as an example of severe disability. He stated that there was no question that Corey's disability was the result of neurological impairment.

5

Mitigation Report                                          Corey Johnson

Social worker Odette Noble was Corey's therapist and caseworker for nearly two years after he left Pleasantville Cottage School and went to the Elmhurst Boys Residence. Her first comment was that he was "the one who had a very bad learning disability" and that "he tried hard to succeed." She recalled that she "had a good relationship with him. I didn't see him as a mean-spirited kid at all, he was a nice kid." She recalled when Corey was arrested and jailed at Riker's Island in New York City. She knew all three boys who were arrested for robbing another boy. Her account is instructive, because it seems to parallel in some respects Corey's involvement in the homicides. Ms. Noble recalls that Corey became involved in the robbery because he wanted to be accepted by an older boy named Mitch who had a personal dispute with the boy who was robbed. She saw Corey as a follower who was so eager to be accepted by his peers that he would act without thinking to help someone and gain his approval. When I asked her about the possibility that Corey would be a leader in committing a crime, she replied bluntly, "Corey wouldn't be the leader because he wouldn't have the brains, but he would be the point man. He would be the one to stand up and do the speaking, he wanted to belong so much."

Conclusion

Corey Johnson suffered from a severe learning disability which impaired his intellectual development and prevented him from succeeding in school. He lacked a stable family environment and was neglected and rejected by his parents. Professional efforts to remediate his learning disability and to work constructively with his mother were unsuccessful. The combination of all these factors damaged Corey's self-image and left him discouraged and frustrated, alienated from society, and emotionally troubled. He was well-adjusted and non-aggressive in a structured setting, but in a less structured environment his behavior deteriorated and he was susceptible to negative influences. Although these factors do not excuse his criminal behavior, they contribute to an understanding of how this behavior evolved.

Respectfully submitted,

*Dewey Cornell*

Dewey G. Cornell, Ph.D.
Clinical Psychologist
Associate Professor of Education

6

**6 Month**

| CASE NAME | | CASE NUMBER | COMPLETED BY | | UNIT/WORKER NUMBER |
|---|---|---|---|---|---|
| Johnson | | S 4766716 | Odette Noble | | 908-5 |
| AGENCY/DISTRICT | | | | | PLAN DATE |
| JCCA-NYC | | | | | 6/28/86 |

GENERAL INSTRUCTIONS:

This form is to be completed 6 months from Day 1 (CID) and every 6 months thereafter (refer to Section VII of the UCR Desk Aid)

**Bold type following questions Indicate Utilization Review Regulatory Reminders.**

1. REASSESSMENT

Write a narrative reassessment which describes changes in family situation and summarizes family's current functioning. *If a Foster Care Placement* describe adjustment to foster care of any child in placement. *For Protective Services Cases* reassess the family's ability to protect and potential to harm the child. Conclude with a statement which provides the most significant service priorities and (re)evaluate the family's ability to benefit from these services. **Continuing Necessity for Placement or Mandated Preventive Services; Risk o Foster Care; Ability to Benefit from Services.**

Mrs. Johnson continues to be elusive and impossible to engage. On 12/16/85 she kept an appointment, and I spoke with her about the importance of keeping regular appointments and letting us know who she is, and what her concerns for Corey are. She didn't understand why we needed to know anything about her, but she did agree to keep appointments. I have not seen her since or had any contact with her; although, she did sign and return a consent for Corey to have oral surgery.

At the beginning of March '86 Corey learned that she was arrested and was in jail in New Jersey. He told his houseparent who informed me, and then Corey and I discussed it. I haven't heard from her or any other family member. Corey states he doesn't believe his mother is guilty, and that she was framed. He acknowledged it had something to do with the use of Credit Cards. I suspect Corey knows the truth, but is keeping it from us. He visited family in the home at xmas, and returned with extremely expensive leather goods. He was defensive when we discussed this with him, and said he got them from his relatives. Corey has talked with his mom in jail, but he states he doesn't want to visit her.

Corey's brother has returned from the South. I don't think he is attending school. Corey doesn't like to discuss his brother. When I've encouraged him to have the brother visit the residence he has shrugged it off.

Corey continues to use our services well, and expresses satisfaction about being in placement. It wouldn't seem that there is another constructive place for him to live.

(Reassessm

# WAIS-R RECORD FORM

**WECHSLER ADULT INTELLIGENCE SCALE—REVISED**

NAME: Corey Johnson

ADDRESS: _____

SEX: M  AGE: 23  RACE: B  MARITAL STATUS: S

OCCUPATION: Unemp  EDUCATION: 11-12

PLACE OF TESTING: Richmond Jail  TESTED BY: Dr Cornell

## TABLE OF SCALED SCORE EQUIVALENTS*

| Scaled Score | VERBAL TESTS | | | | | | PERFORMANCE TESTS | | | | | Scaled Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Information | Digit Span | Vocabulary | Arithmetic | Comprehension | Similarities | Picture Completion | Picture Arrangement | Block Design | Object Assembly | Digit Symbol | |
| 19 | — | 28 | 70 | — | 32 | — | — | — | 51 | — | 93 | 19 |
| 18 | 29 | 27 | 69 | — | 31 | 28 | — | — | — | 41 | 91-92 | 18 |
| 17 | — | 26 | 68 | 19 | — | — | 20 | 20 | 50 | — | 89-90 | 17 |
| 16 | 28 | 25 | 66-67 | — | 30 | 27 | — | — | 49 | 40 | 84-88 | 16 |
| 15 | 27 | 24 | 65 | 18 | 29 | 26 | — | 19 | 47-48 | 39 | 79-83 | 15 |
| 14 | 26 | 22-23 | 63-64 | 17 | 27-28 | 25 | 19 | — | 44-46 | 38 | 75-78 | 14 |
| 13 | 25 | 20-21 | 60-62 | 16 | 26 | 24 | — | 18 | 42-43 | 37 | 70-74 | 13 |
| 12 | 23-24 | 18-19 | 55-59 | 15 | 25 | 23 | 18 | 17 | 38-41 | 35-36 | 66-69 | 12 |
| 11 | 22 | 17 | 52-54 | 13-14 | 23-24 | 22 | 17 | 15-16 | 35-37 | 34 | 62-65 | 11 |
| 10 | 19-21 | 15-16 | 47-51 | 12 | 21-22 | 20-21 | 16 | 14 | 31-34 | (32-33) | 57-61 | 10 |
| 9 | 17-18 | 14 | 43-46 | 11 | 19-20 | 18-19 | 15 | 13 | 27-30 | 30-31 | 53-56 | 9 |
| 8 | 15-16 | 12-13 | 37-42 | 10 | 17-18 | 16-17 | 14 | (11-12) | 23-26 | 28-29 | (48-52) | 8 |
| 7 | 13-14 | 11 | 29-36 | 8-9 | 14-16 | 14-15 | (13) | 8-10 | 20-22 | 24-27 | 44-47 | 7 |
| 6 | 9-12 | (9-10) | 20-28 | (6-7) | 11-13 | (11-13) | 11-12 | 5-7 | (14-19) | 21-23 | 37-43 | 6 |
| 5 | (6-8) | 8 | (14-19) | 5 | (8-10) | 7-10 | 8-10 | 3-4 | 8-13 | 16-20 | 30-36 | 5 |
| 4 | 5 | 7 | 11-13 | 4 | 6-7 | 5-6 | 5-7 | 2 | 3-7 | 13-15 | 23-29 | 4 |
| 3 | 4 | 6 | 9-10 | 3 | 4-5 | 2-4 | 3-4 | — | 2 | 9-12 | 16-22 | 3 |
| 2 | 3 | 3-5 | 6-8 | 1-2 | 2-3 | 1 | 2 | 1 | 1 | 6-8 | 8-15 | 2 |
| 1 | 0-2 | 0-2 | 0-5 | 0 | 0-1 | 0 | 0-1 | 0 | 0 | 0-5 | 0-7 | 1 |

*Clinicians who wish to draw a profile may do so by locating the subject's raw scores on the table above and drawing a line to connect them. See Chapter 4 in the Manual for a discussion of the significance of differences between scores on the tests.

| | Year | Month | Day |
|---|---|---|---|
| Date Tested | 92 | 10 | 9 |
| Date of Birth | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Age | 23 | 11 | 4 |

### SUMMARY

| | Raw Score | Scaled Score | |
|---|---|---|---|
| **VERBAL TESTS** | | | |
| Information | 8 | 5 | |
| Digit Span | 9 | 6 | |
| Vocabulary | 18 | 5 | |
| Arithmetic | 7 | 6 | |
| Comprehension | 8 | 5 | |
| Similarities | 11 | 6 | |
| **Verbal Score** | | 33 | |
| **PERFORMANCE TESTS** | | | |
| Picture Completion | 13 | 7 | |
| Picture Arrangement | 11 | 8 | |
| Block Design | 18 | 6 | |
| Object Assembly | 32 | 10 | |
| Digit Symbol | 48 | 8 | |
| **Performance Score** | | 39 | |

| | Sum of Scaled Scores | IQ |
|---|---|---|
| VERBAL | 33 | 75 |
| PERFORMANCE | 39 | 82 |
| FULL SCALE | 72 | 77 |

Cooperative, worked hard

IQ 77 = 6th percentile -- Borderline Range

Ⓟ THE PSYCHOLOGICAL CORPORATION
HARCOURT BRACE JOVANOVICH, PUBLISHERS

Copyright © 1981, 1955, 1947 by The Psychological Corporation. Standardization Edition Copyright © 1976 by The Psychological Corporation. No part of this form may be copied by any process without permission. All rights reserved.
Printed in U.S.A.

9-991829

# Intelligence Test Scores
## Wechsler Adult Intelligence Scale (R)



Average adult score = 10

These scores are combined to give an overall IQ. Corey's IQ is 77, just above the level of mild mental retardation.

Corey Johnson tested by Cornell 10-9-92

## Test of Written Language-2 (TOWL)

Text of story (see attached photocopy) written by Corey Johnson
Tested by Dr. Cornell on January 8, 1993

*"me and my Mom went to the moon.  when we got there there was people
wroking they look like they was beilling something, but what I like the most is
when this man show us what they was look for.  I was thinking that they was
beilding something but they was looking for something.  what I don't no but it was
fun.  then when me an mom walks around we saw something like a space shipit.
taking off now that was fun to see.  when one left another one came back with
more people.  they was look around like they don't no what to do.  then me and
my mom saw some people dearying (?) when I ask what they was looking for they
look at me like I was crazy.  but when I saw this man he look like he had found
something.  what I don't know  Just when I starte to have fun it was time to go."*

---

Corey Johnson was asked to write an imaginative story to accompany a standard
picture of astronauts in an outer space setting.  His story was scored using
standard TOWL criteria for content, spelling, punctuation, grammar, etc.  Corey's
story was 159 words long, with 9 different words misspelled.  Approximately 2/3
of the phrases were grammatically incorrect.  The themes and imaginative ideas in
his story were extremely immature for his age.

Scores on the TOWL are compared to average scores of children in different
age groups.  Since the oldest age group for the TOWL is 17, Corey's percentile
scores are in comparison to 17 year olds.  Corey's performance also was compared
to different ages groups to determine the age group most typical of his own score.
For example, Corey obtained a raw score of 8 in Thematic Maturity.  This score is
the 16th percentile for 17 year olds.  It is also the typical score (50th percentile)
for 8-9 year olds.

| Scores for story | Raw Score | Percentile | Typical Score for Age Group |
|---|---|---|---|
| Thematic Maturity | 8 | 16 | 8-9 years old |
| Contextual Vocabulary | 7 | 1 | 11 years old |
| Syntactic Maturity | 51 | 2 | 7-8 years old |
| Contextual Spelling | 150 | 25 | 12 years old |
| Contextual Style | 3 | 2 | 7-8 years old |

Spontaneous Writing Quotient for average 17 year old = 100
Spontaneous Writing Quotient for Corey Johnson =      67

Corey's percentile rank = lowest 2% of population

STORY  TYBET OF WRITTEN LANGUAGE –  COREY JOHNSON    1-8-93



me and my mom went to the moon, when we got there there was People making thy look like they was belling something, but what I like the most is when this man so show us what they was look for. I was thinkey that they was beinling something but they was looking for something. what I doint so but it was fun, then when me an mom walke around we saw something so like a space shipt, takeing off now that was fun to see.

when one left withow one came back with more people, they was look weaver like they don't no what to do. then me and my mom saw some people clearly when I ask what they was look ing for they look at me like I was crazy. But when I saw this man he look like he had fand sonthing, what I don't no Just when I starte To have fun it was time to go.

(If more space is needed, ask for another sheet of paper.)

```
                         COMPUSCORE FOR THE WJ-R
                         01/14/1993    01:23 pm
                         Norms Based on Age
==================================================================
Name: Corey J. Johnson              ID:                    Page: 1
==================================================================

Sex: M                          School/Agency:
Examiner: Cornell               Teacher/Dept:
Testing Date: 01/08/1993        City:                   State:
Birth Date: ███████            Adult Subject
Age:  24 years  2 months          Education:
Grade Placement:                  Occupation:
Years Retained:                 Other Info:
Years Skipped:                  Glasses: No             Used: No
Years of Schooling:             Hearing Aid: No         Used: No
```

| Test Name | Raw Score | W | Age Equiv. | Grade Equiv. | Relative Mastery Index RMI | | SS | PR |
|---|---|---|---|---|---|---|---|---|
| **Form A was used to obtain Achievement Scores** | | | | | | | | |
| 22. Letter-Word Identification | 30 | 463 | 7-11 | 2.4 | 0/90 | | 50 | 0.1 |
| | | | | | | -1 SEM | 46 | 0.1 |
| | | | | | | +1 SEM | 54 | 0.1 |
| 23. Passage Comprehension | 15 | 473 | 8-1 | 2.6 | 1/90 | | 49 | 0.1 |
| | | | | | | -1 SEM | 44 | 0.1 |
| | | | | | | +1 SEM | 54 | 0.1 |
| 24. Calculation | 28 | 517 | 12-2 | 6.7 | 32/90 | | 83 | 12 |
| | | | | | | -1 SEM | 79 | 8 |
| | | | | | | +1 SEM | 87 | 19 |
| 25. Applied Problems | 33 | 499 | 10-4 | 4.9 | 7/90 | | 75 | 5 |
| | | | | | | -1 SEM | 71 | 3 |
| | | | | | | +1 SEM | 79 | 8 |
| BROAD READING | --- | 468 | 7-10 | 2.5 | 0/90 | | (53) | 0.1 |
| | | | | | | -1 SEM | 49 | 0.1 |
| | | | | | | +1 SEM | 57 | 0.2 |
| BROAD MATH (Gq) | --- | 508 | 11-3 | 5.9 | 16/90 | | (77) | 7 |
| | | | | | | -1 SEM | 74 | 4 |
| | | | | | | +1 SEM | 80 | 9 |

```
MATHEMATICS          Use scores from Test 25: Applied Problems
REASONING
```

# INTELLIGENCE AND ACHIEVEMENT
## COREY JOHNSON



STANDARD SCORE

READING AND MATH

Corey's IQ of 77 is below the average adult IQ of 100.
His reading achievement is below his intellectual ability,    indicating a learning disability.



# READING AND MATH SCORES
## COREY JOHNSON ON 1-8-93

GRADE LEVEL

Corey is at the 2nd grade level in reading, and the 6th and 4th grade level in math.

TESTS

Woodcock-Johnson Tests of Achievement