# EXHIBIT 12

## AFFIDAVIT

State of New York         )
                           ) ss:
County of Westchester   )

RICHARD BENEDICT, being duly sworn, deposes and says:

1.  I am currently 63 years of age and reside at 799-D Heritage Hills, Somers, NY 10589.

2.  I worked full time as a special educator for 34 years. I am now retired and work part time as a welfare fund administrator and President of Heritage Hills Society.

3.  I was Corey Johnson's special education teacher during the 1984-1985 academic school year at Pleasantville, during which he was 16 and 17 years old.  During that time period, I saw Corey on a regular basis and had the opportunity to observe him interact with his peer students as well as staff.  I also recently reviewed Corey's Individual Education Plan ("IEP") for the above-referenced school year, a true and correct copy of which is attached as Exhibit 1.  I make this affidavit based on my independent recollections of Corey Johnson, as well as on my review of the IEP.

4.  Corey was part of the BOCES program, which meant that he attended occupational education classes for a portion of the school day.  These classes attempted to teach the students "survival skills," such as reading train schedules and making change.  As discussed below, Corey struggled even with such basic skills.

5.  Based on my interaction with him, Corey appeared to have emotional as well as other disabilities.  Corey lacked the necessary support to help him through these challenges—it was evident that his mother was never there for him.

6.  Corey was very limited from an intellectual standpoint and I believe it frustrated him. Corey sometimes referred to himself as "stupid."

1

7. For example, Corey exhibited minimal reading comprehension abilities. Asking Corey to read and respond with his interpretation of what he had read was like asking a painting on the wall to do so. Indeed, the diagnostic testing that created the basis for Corey's IEP (the results of which are reported in the IEP) shows that at age 16, Corey had a 2nd grade reading level equivalency.

8. Likewise, Corey's mathematics skills were also very poor and far below his grade level at the time I was teaching him.

9. While the diagnostic testing results are generally consistent with my personal experience teaching Corey, I believe that, if anything, the results may have somewhat overstated Corey's abilities. Corey performed worse in an uncontrolled environment. Thus, while the diagnostic testing of Corey at age 16 shows that he had a 4th grade math level equivalency, in my experience, Corey (at ages 16 and 17) performed at about a 2nd grade level in math.

10. For example, if Corey was able to sit down alone in a quiet room (under conditions similar to a controlled testing environment), he could *sometimes* correctly count an amount of change. However, in a regular classroom setting with other students and distractions, Corey's performance suffered. Based on my experience, I believe that, out in the world, if Corey were to receive incorrect change after buying a soda, he would not know it.

11. As a general matter, I did not concern myself with labeling students. It was my job as a teacher to try to help Corey and my other students grow academically and socially. However, based on my experiences with Corey, I believe he was mentally retarded.

12. Socially, Corey was a follower who desperately sought the acceptance of peers. I believe Corey acted this way in part to try to compensate for his limitations.

13. Corey often engaged in foolish acts simply because a peer asked him to do so.   For example, if a peer told Corey, "Go down the hall and knock the book out of that student's hands," Corey would do it.  If I asked him after the fact why he had done it, he would shrug.  He did not have the mental capacity to rationalize his actions.

14. Corey certainly did not appear to have the ability to apply lessons to his future behavior.  After the type of incident described in paragraph 13, I would sit down with Corey and try to explain to him why what he had done was foolish and wrong.  In that moment, Corey would seem to listen and understand what he had done and why it was unacceptable (he would say he understood) but then, an hour or a day later, would do something similar.

15.  Corey lacked self-control and an appreciation of the consequences of his actions, and, as result, these experiences described above occurred on almost an everyday basis.

16. We tried to give Corey structure and as much one-on-one attention as was feasible.

17. For example, we assigned an aide to accompany Corey to the bathroom and waited outside when Corey was using it.  Previously, when no aide was assigned to do so, Corey would get lost on his way back to our class and wander into other classrooms.

18. Also, when outside the school setting, on field trips, for example, I would tell Corey to stay close to me, knowing that needed external controls to avoid getting himself trouble.

19. Despite these behaviors, I did not consider Corey to be a serious discipline problem.  In fact, Corey was generally liked by both staff and students at Pleasantville.

20. In reviewing the IEP, I believe that many of the IEP annual/long term goals and short term instructional objectives were completely unrealistic for someone with Corey's

3

academic and intellectual limitations, including but not limited to the following: (1) "the student will tell, read, write, and/or estimate time"; (2) "identify author's purpose, given 4[th] grade reading material with at 75% accuracy rate"; and (3) "the student will select and write words to be capitalized in context".

21. I tried to help Corey reach one specific goal- to identify the laws of the state and understand how to comply with them. I remember that although Corey would agree with such statements as, "it is against the law to speed," or "it is against the law to kill," he did not have the capacity to apply these mental concepts.

22. In my experience, people who do not frequently interact with individuals who have serious disabilities may perceive these individuals as higher functioning than they actually are. Consequently, some might not have recognized that Corey was emotionally disabled and had other disabilities.

23. Corey functioned at his optimal level in a controlled setting (such as at Pleasantville) because it provided buffers and structure.

24. After Corey left Pleasantville and, later, Elmhurst, I believe that the challenges that confronted him would be difficult because Corey needed external structure to function. He was incapable of providing the structure for himself.

25. I had heard about Corey's conviction many years ago.

26. I believe that at the time those crimes were committed, Corey was a very emotionally troubled and intellectually limited kid in an adult's body.

27. Based on my experience with Corey, he does not have the capacity to lead. Corey could not assemble a group of people to do anything in a coordinated way. I also find

4

it very difficult to believe that he is capable of buying or selling large volumes of drugs.

28. On the other hand, it is very easy for me to believe that Corey may have gotten involved with a group of people and done anything they asked in order to be accepted by them. As I stated above, Corey was a follower who desperately sought the approval of his peers. Moreover, Corey did not have the mental capacity or self-control to extricate himself from a bad situation.

29. I was told that, in prison, Corey studies for his GED. My reaction to being told that information is that I am not surprised. Based on my experience with him and other students like him, I believe that he is unwilling to admit his limitations to himself.

RICHARD BENEDICT

Sworn before me on this
5 day of December, 2011

Notary Public

MARY LOU MARTELLI
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. #01MA6071756
COMM. EXP. 4/17/2015

5

MT PLEASANT-COTTAGE U.F.S.

1/02/84          1984/85 INDIVIDUAL EDUCATIONAL PLAN FOR          0001069
                          COREY  JOHNSON                          58
                                                                  PAGE  1

CURRENT PLACEMENT                    PREVIOUS PLACEMENT
    COTTAGE SCHOOL                       COTTAGE SCHOOL
    BENEDICT RICHARD                     MINCH BERNARD

PERSONAL DATA:                       PARENT/GUARDIAN ADDRESS

D.O.B. ████████  AGE 16 YRS   MOS         PLSNTVLECTGE
ENROLLMENT DATE    04/26/82
TELEPHONE

                *** PRESENT LEVEL OF PERFORMANCE ***


METRO INSTR TEST - MATH    (78)              INTER

                                     05/84
        SUB-TEST                NCE  G.E.  PCT

    TOTAL INSTRUCT BATTERY       67  4.7   2.0

METRO INSTR TEST - READ    (78)           ELEMENTARY

                                     05/84
        SUB-TEST                NCE  G.E.  PCT

    RATE OF COMPREHENSION       131        4.0
    READING COMPREHENSION        10  2.0   1.0
    VOCABULARY IN CONTEXT        10        1.0


                *** EDUCATIONAL PLAN ***


                        SOCIAL STUDIES
ANNUAL/LONG TERM GOALS:                        BENEDICT RICHARD

A003  STUDENT WILL IDENTIFY THE POLITICAL STRUCTURE AND LAWS OF THE STATE
      SETTING WITH OBSERVATION AND PRACTICE OF THOSE LAWS

A004  STUDENT WILL IDENTIFY THE POLITICAL STRUCTURE OF THE FEDERAL GOV'T
      AND THE IMPACT OF ITS LAWS IN THE PRACTICE OF GOOD CITIZENSHIP

A005  STUDENT WILL READ, USE AND INTERPRET MAP SYMBOLS TO LOCATE GIVEN
      POINTS AND/OR OBTAIN INFORMATION OF MAPS

A006  STUDENT WILL BE ABLE TO IDENTIFY AND LOCATE SPECIFIC POINTS ON THE
      MAP OR GLOBE AND DEFINE GEOGRAPHICAL TERMS

SHORT TERM INSTRUCTIONAL OBJECTIVES:


A003  A0105-17      P   STATE SERVICES: PURPOSE OF LICENCES, COMPULSORY ED

      A0105-22      P   STATE LAWS: CONSUMER PROTECTION, PUB SERVICE COM.

A004  A0105-24      P   DEMOCRACY: NEED FOR 2 OR MORE PARTY SYSTEM

      A0105-27      P   LEGISLATIVE BRANCH: CONGRESS AND HOW IT WORKS

```
                        MT PLEASANT-COTTAGE U.F.S.

11/02/84            1984/85 INDIVIDUAL EDUCATIONAL PLAN FOR          0001069
                                                                    58
                          COREY  JOHNSON                            PAGE  2
```

A005   A0203-07   P   IDENTIFY TYPES OF MAPS: WHAT DOES THIS MAP TELL

       A0204-07   P   NAME THIS MAP AND TELL WHY WE USE THIS

       A0205-07   P   WHAT TYPE OF MAP AND WHAT INFO CAN WE GET FROM IT

A006   A0204-09   P   POINT & NAME CLIMACTIC ZONES, LATITUDE, LONGITUDE

       A0205-09   P   EXPLAIN THE PURPOSE OF THE GRID ON GLOBE/MAP


## PERSONAL-SOCIAL

ANNUAL/LONG TERM GOALS:                          BENEDICT RICHARD

 B009 THE STUDENT WILL BE ACCEPTING TOWARDS OTHERS.

 B015 THE STUDENT WILL EXHIBIT CONTROL OF EMOTIONAL SYMPTOMATIC BEHAVIOR.

SHORT TERM INSTRUCTIONAL OBJECTIVES:

B009   B0414-03   P   ACCEPT CRITICISM FROM OTHERS EXHIBIT NON-
                      AGGRESSIVE RESPONSE, GIVEN SITUATION 60% OF TIME

B015   B0412-23   P   BEHAVE AGE APPROP/UNDER STRESS, GIVEN VAR SCHL
                      SET 50% OF TIME

       B0412-24   P   RESPOND APPROPRIATELY TO NEW SITUATIONS, GIVEN
                      SETTINGS 75% OF TIME


## MATHEMATICS

ANNUAL/LONG TERM GOALS:                          BENEDICT RICHARD

 M007 THE STUDENT WILL COMPUTE IN WRITING 1-5 DIGIT ADD PROB WITH REGROUP
      AND WITHOUT REGROUP INCLUDING IDENT OF PLACE VALUE ACCORD TO SPEC LVL

 M011 THE STUDENT WILL COMPUTE ORALLY AND IN WRITING DIVISION EXAMPLES AND
      WORD PROBLEMS WITH AND WITHOUT REMAINDERS.

 M015 THE STUDENT WILL BE ABLE TO IDENTIFY, MEASURE, AND COMPARE WEIGHTS.

 M016 THE STUDENT WILL TELL, READ, WRITE AND/OR ESTIMATE TIME.

 M018 THE STUDENT WILL BE ABLE TO IDENTIFY, MEASURE AND COMPARE LIQUID
      MEASUREMENTS.

SHORT TERM INSTRUCTIONAL OBJECTIVES:

M007   M0102-44   P   WRITE NUMBER SENTENCE BASED ON WORD PROBLEM WITH
                      REGR GIVEN ORAL PROB W/1-2 DIGIT ADDEND 80% ACC

M011   M0104-80   P   WRITE NUMBER SENTENCE FROM WORD PROB W/1 DIGIT
                      DIVISOR, GIVEN WORD PROBLEM 75% ACC

M015   M0203-15   P   TELL NUMBER OF OUNCES IN 1/2 LB, 1 LB, 2 LB,
                      GIVEN QUESTION 80% ACC

       M0203-16   P   TELL NUMBER OF POUNDS IN A TON, GIVEN QUESTION
                      90% ACC

.1/02/84          1984/85 INDIVIDUAL EDUCATIONAL PLAN FOR          OC01069
                                                                   58
                         COREY   JOHNSON                           PAGE   3

1016   M0204-24     P   ESTIMATE PASSAGE OF TIME REPRESENTED BY PICTURES,
                        GIVEN 2 PICTURES 80% ACC

1018   M0203-28     P   IDENTIFY EQUIVALENT MEASURE OF 1/2 GALLON AND
                        GALLON, GIVEN MANIPULATIVES AND VERB QUES 80% ACC

       M0204-29     P   IDENTIFY EQUIV MEAS OF OUNCES IN CUP, 1/2 CUP, 1/2
                        PINT, PINT, GIV MANIPULATIVES AND VERB QUES 80% AC


                            READING
ANNUAL/LONG TERM GOALS:                           BENEDICT RICHARD

 R026 THE STUDENT WILL SELECT AND/OR SEQUENCE DETAILS FROM PICTURES,
      STORIES OR DIRECTIONS.

 R027 THE STUDENT WILL EXPRESS ORALLY AND/OR IN WRITING RELATIONSHIPS
      DERIVED FROM THE CONTENT OF READING MATERIAL.

 R052 THE STUDENT WILL IDENTIFY (ORALLY AND/OR IN WRITING) ELEMENT

 R053 THE STUDENT WILL IDENTIFY ORALLY AND/OR IN WRITING, ELEMENTS OF STYLE
      AND LITERARY DEVICES CONTAINED IN THE CONTENT OF READING MATERIAL

 R054 THE STUDENT WILL EXPAND WRITTEN AND/OR SPOKEN VOCABULARY THROUGH THE
      USE OF CONTEXTUAL CUES AND STRUCTURAL ANALYSIS.

SHORT TERM INSTRUCTIONAL OBJECTIVES:

R026   R0704-03     P   IDENTIFY SETTING OF 4TH GRADE MATERIAL, GIVEN
                        STORY TO READ 75% ACC

       R0704-04     P   EXPLAIN ACT/SITUATION SHOWN IN ILLUSTRATED STORY,
                        GIVEN 4TH GR LEVEL READING MATERIAL 75% ACC

       R0704-05     P   EXPLAIN ACT/SITUATION INFERRED BY ILLUS STORY,
                        GIVEN 4TH GR LEVEL READING MATERIAL 75% ACC

       R0704-06     P   IDENT TIME CONCEPT PRESENT/PAST/FUTURE, GIVEN 4TH
                        GRADE LEVEL READING MATERIAL 90% ACC

       R0702-07     P   FORMULATE TITLE BASED ON MAIN IDEA, GIVEN
                        ILLUSTRATED STORY AND QUESTIONS 80% ACC

       R0704-07     P   FORMULATE TITLE BASED ON MAIN IDEA GIVEN
                        ILLUSTRATED STORY ON 4TH GRADE LEVEL 80% ACC

       R0704-08     P   PREDICT OUTCOME OF STORY, GIVEN 4TH GRADE LEVEL
                        READING MATERIAL 75% ACC

       R0704-09     P   RETELL STORY IN SEQUENCE, GIVEN 4TH GRADE LEVEL
                        READING MATERIAL 80% ACC

       R0704-12     P   INDEPENDENTLY FOLLOW A WRITTEN DIRECTION, GIVEN
                        DIRECTION (RELATED GRADE 4) 100% ACC

R027   R0704-14     P   SELECT MAIN IDEAS FROM FICT/NON-FICT, GIVEN 4TH
                        GRADE LEVEL READING MATERIAL 75% ACC

       R0704-16     P   COMPLETE PHRASE W/SIMILE/METAPHOR PARA, GIVEN 4TH
                        GRADE LEVEL PARAGRAPH/SENTENCES 75% ACC

       R0704-17     P   SELECT WORDS/PHRASES THAT DESCRIBE CHARACTERS,
                        GIVEN 4TH GRADE LEVEL READING MATERIAL 75% ACC

MT PLEASANT-COTTAGE U.F.S.

11/02/84        1984/85 INDIVIDUAL EDUCATIONAL PLAN FOR        0001069
                                                              58
                    COREY  JOHNSON                            PAGE  4

    R0704-18    P  EVALUATE FACT OR OPINION, GIVEN 4TH GRADE LEVEL
                        READING MATERIAL 65% ACC

1052 R0704-19    P  IDENTIFY AUTHOR'S POINT OF VIEW, GIVEN 4TH GRADE
                    READING MATERIAL 75% ACC

    R0704-21    P  IDENTIFY AUTHOR'S PURPOSE, GIVEN 4TH GRADE
                    READING MATERIAL 75% ACC

1053 R0704-15    P  RESTATE MEAN OF IDIOMATIC EXPRESS PARAGRAPH,
                    GIVEN 4TH GR. LEVEL READING MATERIAL 70% ACC

    R0704-24    P  IDENTIFY ALL FIGURATIVE LANGUAGE, GIVEN 3RD GRADE
                    LEVEL READING MATERIAL CONTAIN. FIG/LANG 75% ACC

054  R0704-29    P  USE CONTEXT CLUES TO DEFINE UNFAMILIAR WDS, GIVEN
                    4TH GR. READING MATERIAL W/NEW WDS 75% ACC


                              WRITING
NNUAL/LONG TERM GOALS:                          BENEDICT RICHARD

W032 THE STUDENT WILL IDENTIFY AND WRITE PUNCTUATION SYMBOLS, APPLYING
     THEM IN ORAL READING AND IN WRITTEN FORM.

W033 THE STUDENT WILL SELECT AND WRITE WORDS TO BE CAPITALIZED IN CONTEXT.

W034 THE STUDENT WILL WRITE SENTENCES AND PARAGRAPHS USING SPECIFIC
     CONTENT AND STRUCTURE.

W035 THE STUDENT WILL CONSTRUCT SENTENCES AND PARAGRAPHS OBSERVING RULES
     OF HYPHENATION, INDENTATION AND FORMAT.

W036 THE STUDENT WILL WRITE AND/OR TELL A STORY USING OUTLINE, SPECIFIC
     CONTENT AND STRUCTURE.

HORT TERM INSTRUCTIONAL OBJECTIVES:

032  W0901-01    P  RESPOND TO PUNCTUATION MARKS, ORAL READING-PERIOD,
                    QUESTION MK, GIVEN SENTENCE TO READ 100% ACC

    W0901-02    P  WRITE APPROP PUNC MARKS IN CONTEXT-PERIOD,QUESTION
                    MK, GIVEN SENTENCE 90% ACC

    W0905-02    P  WRITE/USE APOSTROPHE IN CONTEXT BETWEEN PLURAL/
                    GIVEN WRITTEN SAMPLE TO COMPLETE 75% ACC

033  W0901-07    P  WRITE CAPITAL LETTER FOR PRONOUNS, NAMES, GIVEN
                    SENTENCES TO ADJUST 90% ACC

034  W0901-08    P  WRITE COMPLETE SENTENCE FROM PICTURE/NOUN/VERB
                    AGREEMENT, GIVEN PICTURE 75% ACC

    W0902-08    P  WRITE COMPLETE SENTENCE ABOUT EVENT PRESENT/FUTURE
                    TENSES, GIVEN DIRECTION 80% ACC

    W0903-08    P  WRITE COMPLETE SENTENCE ON SPECIFIC TOPIC, GIVEN
                    TOPIC AND DIRECTIONS 80% ACC

    W0904-08    P  IDENTIFY SUBJECT/PREDICATE OF SENTENCE, GIVEN
                    SENTENCE 80% ACC

MT PLEASANT-COTTAGE U.F.S.

.1/02/84        1984/85 INDIVIDUAL EDUCATIONAL PLAN FOR        0001069
                                                              58
                        COREY  JOHNSON                        PAGE  5

1035  W0902-11    P  WRITE SENTENCES -3 CONTINOUS FASHION ON LINE,
                     GIVEN PICTURE/DIRECTIONS 90% ACC.

1036  W0901-14    P  DICTATE STORY -2 IDEAS BASED ON PICTURE, GIVEN
                     PICTURE 90% ACC

      W0902-15    P  WRITE STORY-2 IDEAS BASED ON HOLIDAY PICTURE,
                     GIVEN PICTURE 60% ACC.