# EXHIBIT 14

## AFFIDAVIT

State of New Jersey )
) ss:
County of _Mercus_ )

DAROLD BROWN, being duly sworn, deposes and says:

1. I live at 873 Parkside Avenue, Trenton, NJ, 08618.

2. I was born in New York City on ████████ I grew up on 155th Street in New York City.

3. I first met Corey in New York through some mutual friends. Corey and I are the same age. But when I first met Corey, I had the impression that Corey was younger than I because Corey tended to hang out with guys who were younger. I was surprised when I later found out that we were the same age. I spent some time with Corey while in New York but did not really begin hanging out with him until we had both moved to New Jersey.

### Trenton Group Generally

4. Around 1986, I moved to Trenton, New Jersey with some friends and my brother, Darnell. Corey soon followed. We rented a house at 203 Locust Street in East Trenton.

5. In Trenton, Darnell and I formed a group that sold drugs.

6. I was generally in charge of our group. If I was not there, the group would listen to my brother Darnell. If Darnell was not there, they would listen to the next person in charge. Everyone in the group knew who was in charge and what the pecking order was.

7. Looking back, nothing that the group did showed good judgment. But within our group, my brother and I were the closest to having good judgment, which is why we were in charge.

1

8. The group also included guys we called "block hustlers," "workers," or "worker ants." These terms, which we used interchangeably, were used to describe guys who had no rank or status within the group. They worked for someone else. They did not save money from drug sales and did not pay bills. They did not have cars or anything expensive. They did not have a plan for the future.

## Corey and His Role in Trenton Group

9. Corey was what we referred to as a block hustler, worker or worker ant.

10. Corey didn't have a level or rank in the organization. Corey was not someone that anyone in the group saw as a leader and no one would have listened to him.

11. Moreover, Corey was not capable of giving instructions to others. He would let others make decisions and go along with what someone else was doing just to please the other person.

12. Corey was a follower. Corey would go along with anything anyone in the family – our group – would say. If, hypothetically, you would say to Corey "let's rob a bank," Corey would be there with you. He wouldn't analyze whether it was a good idea. Corey's view was that he'd do anything for the people he considered his family.

13. Indeed, Corey would go along with whatever someone else was doing no matter who he was or what his status was within our group. If someone in the group said, "let's do something," Corey would automatically do it, no questions asked. Corey had poor judgment.

14. One time, some other friends of mine went to a party with Corey. I didn't attend, but heard that there was an argument between my other friends and a different group of guys. I rushed over to the party to prevent Corey from getting involved in any fight that might

2

unfold. Corey would go along with the crowd unless someone told him not to go along. Corey tended to listen to me when I spoke to him.

15. One of Corey's limitations was that he would always defer to someone else's leadership – even if the someone else was exhibiting what I would have recognized to be poor judgment.

16. Corey would even defer leadership to younger people, even if they seemed predisposed to defer to him because he was older than they.

17. Corey was trustworthy and loyal. He was respected by everyone in the group. Corey considered our group to be his family and was very protective of the group.

18. I don't believe Corey had the capacity to walk away from the group. Everyone he considered to be his family was in Trenton.

19. Based on the way Corey expressed himself, his intellect seemed very low to me. Corey had difficulties expressing himself. When Corey spoke, he was never very assertive and spoke of everyday things. He rarely initiated conversations. He seemed to have trouble following along in conversations and would often stay quiet. You had to spend time around Corey in order to fully understand his limitations, which were significant.

20. Because of his lack of leadership and intellectual abilities, Corey did not venture out on his own when it came to selling drugs. He always sold drugs for others and did what they told him to do.

21. If he had to travel, Corey would usually rely on a cab to take him and would rarely go out alone. I never saw Corey drive a car (and do not know if he even was able to).

22. Corey lived with us in the house in New Jersey for about a year before he moved out to live with a girl. I believe this girl's nickname was "Mudda" or something similar.

3

23. Corey generally did not share much information about his relationships.

24. The house we lived in Trenton (in which, as I have said, Corey lived for about a year) was occupied at times by as many as 15-20 guys. Many of the people who stayed there would move in and out and often stay at hotel, motels, or with various women. No one in the group talked about whatever families they may have had. The house was never very clean. We mostly ate out and Chinese take-out boxes would be strewn all over the house.

25. Corey sometimes gave one of the other roommates money to pay the bills, but I never saw Corey pay an actual bill himself or even count money on his own.

26. I never saw Corey count money. In one situation, Corey could not account for his money and had no way of explaining where his money went.

27. Corey never had any real money. When he was involved with a woman named Monica, he would give any money he made to her. I felt that she took advantage of Corey.

28. I thought Corey would remain at the same level – block hustler, worker or worker ant – as long as he sold drugs because he never figured out how to make it on his own.

29. I don't know whether Corey ever had a job besides his involvement in our group. If Corey had not been with our group, the only other job I could have believed Corey to be able to perform would have been a job requiring manual labor, like on an assembly line, where the work is repetitive and a supervisor would have been available to tell Corey what to do. Corey could not handle a job where unexpected problems came up, as he would not know what to do. Corey was not a problem solver.

4

## Roles of Thomas and Tipton in Trenton Group

30. Vernon Lance Thomas was also a block hustler, worker or worker ant, without rank or status in our group. He was very similar to Corey, just a hair above Corey in all of his capabilities.

31. Tipton, who we called "Whitey," was a block hustler, worker or worker ant, too. He had no rank in our group. Whitey was active, hyper, and rowdy.

32. Corey and Whitey were like yin and yang – Whitey was very loud, while Corey was quiet and laid back.

33. Both Whitey and Corey were followers, but between the two, Corey would follow Whitey. Corey would not even stop to analyze a situation before doing something; he would act based on nothing more than other people telling him to. On the other hand, Whitey would analyze a situation first, even if he would eventually be persuaded to do what you were asking him to do. Whitey was considerably more intelligent than Corey.

## My Brother and My Arrests in 1991, and Later Events

34. In 1991, my brother Darnell and I were arrested. Our arrests left the group without its leaders.

35. Corey's options were limited after our arrests. If Corey had gone back to New York, he would have had no friends there, only whatever family he had. As I mentioned earlier, the only job he could have done would have been rote manual labor. Corey needed to be told what to do.

36. I still found it amazing that guys who were workers or block hustlers in our group in New Jersey – Tipton, Thomas and Corey – went to Virginia to try to make a go of it without those who had led our group.

5

37. It was not surprising to me that they had trouble in Virginia. None of them had good judgment – least of all, Corey. None of them had to do any planning while they were part of our group in New Jersey. In Trenton, my brother and I were around to handle any problems and we did so diplomatically.

38. If those who went to Virginia encountered others trying to sell drugs in Richmond, I can understand how the situation could have quickly escalated to violence. None of those guys – least of all Corey – had the leadership or other skills to resolve a situation like that.

39. Because of Corey's always deferring to others (including to Tipton), and because he was felt that those in our group were his family, I would have been particularly afraid for how he would have reacted in any situation in which there was no one with good leadership skills involved and if he felt that his "family" was in danger.

DAROLD BROWN

Sworn to before me on this

15 day of June, 2011

Notary Public

Sworn to and subscribed
before me this
15 day of June, 20 11

6