# EXHIBIT 16

## AFFIDAVIT

State of New York        )

                   ) ss:

County of New York      )

COURTNEY DANIELS, being duly sworn, deposes and says:

1.     I reside at 819 FDR Drive, Apt. 10H, New York, NY 10009.

2.     I knew Corey Johnson since we were babies. We were both born in 1968. Corey is only a few months younger than I. When we were children, my mother, Antoinette Daniels (now Antoinette Daniels Joseph), and Corey's mother, Emma Lee Johnson, had already been best friends for a long time. My mother Antoinette is Corey's godmother and I have always referred to Corey as my godbrother.

3.     When we were growing up, Corey was like a brother to me. Corey would frequently spend the night at my house when we in middle school and high school. We would play together and go on family outings with our mothers. When Corey and I were able to go outside together, we generally traveled around the local neighborhood where one or both of us lived, never going very far.

4.     Corey and Robert did not stay at their mother's house very often when we were young. They were usually over at my house or over at someone else's house.

5.     My mother was often upset about Corey's mother, Emma Johnson, using drugs and about the types of friends with whom Emma spent time when Corey and Robert around. My mother was really worried about the things that Emma would do when Corey and Robert were around. This was around the time when I was in elementary school.

1

6.  I saw Corey less frequently once he began living in a group setting in Pleasantville.  But I did see him when he sometimes during those years when he would spend time away from Pleasantville.

7.  Later, when Corey was at the Elmhurst group home, some of the others who lived with him there were friends of some of my friends.  So, we would all go out together.  Corey was the calmest one of this group of friends.

8.  Since I can remember, Corey has been quiet and passive.  He was a cautious observer, rather than an active participant.  Sometimes, I would wrestle with Corey and hit him when we were play fighting, but Corey never hit back.

9.  Corey rarely talked about himself or shared if he was upset by something.  Instead, Corey always asked me how I was doing and whether or not anyone was bothering me.  He wanted to know which guys I was going out with and how I was being treated.  Corey acted like my big brother.  For example, in high school, if I wanted to go to Coney Island with a friend, Corey would go with us, to protect us.  He was also very protective of his cousins, Priscilla and Queenie.

10.  It took a lot to get Corey angry, but one thing that would upset him was if people with whom he felt close, particularly females, were in his view in need of protection.  He was very protective of anyone he regarded as his family.  And in particular, he was always protective of females with whom he felt close.

11.  Corey was generally very quiet around girls.  I never saw him approach a girl on his own.  Corey would ask me to talk to girls for him.  Sometimes, girls would talk to him first, but Corey would not initiate the conversation.

12.  Corey developed a relationship with one of my best friends, Holly Scott.  Holly loved Corey and her face would light up every time Corey's name was

2

mentioned. Corey and Holly dated on and off for many years, starting when they were about 14 years old. I never witnessed Corey disrespect Holly in any way. Holly lived across the street from me, so when Corey came to visit my mother and me, he would spend time with Holly as well. Sometimes, Corey would spend the night at Holly's house.

13.    Corey spoke with a lisp and had difficulty communicating. I never saw Corey telling other people what to do. In fact, I would often convince Corey to do something or go somewhere even if he did not really want to do what I persuaded him to do. In contrast, Corey's brother Robert was loud, aggressive and impulsive. Robert seemed hyperactive at times and would do dumb things.

14.    Through all the years that I knew Corey, Corey and I did not have serious conversations, even when we were in high school. We would mainly talk about routine activities or our plans to do something. Corey would not tell me anything about what was going on in his own home. Corey never talked about his father or his father's other children. I do not know if he ever met his father. Corey never told me about any problems that he may have had with the law. Whenever Corey would visit my house, we would laugh and have fun.

15.    When we were younger (until the time he went away to Pleasantville), Corey and I would do our homework together. Many times, I would have to go over his homework with Corey five times before he could "get" it. Other times, no matter how many times I tried to help, Corey simply could not "get" the schoolwork. It seemed like school was not for him.

16.    Later, when he was attending Newtown High School, Corey would telephone me and ask me to help him with his homework. Corey needed help in all of his

3

subjects, not just one or two. Corey would come over to my house several times a week so that I could help him with his homework. We would work from 3 PM until 6 PM. He always needed a lot of help in math, and he had difficulties grasping the concept of certain math problems. I would have to give him step-by-step instructions numerous times before he would be able to come up with the answer to a math problem. Generally, Corey did not perform very well in school.

17. When Corey was about 19 years old, he would come to my house to visit by himself. He would either take a cab or public transportation. I do not believe that Corey had a driver's license, and I do not remember ever seeing him drive a car. Corey would sleep on the couch in our living room when he spent the night.

18. Corey began to engage what I understood to be "hustling," he did not bring me around any of the people with whom he hustled. He wanted to protect me from that lifestyle. I believe this behavior began about the time Corey left high school.

19. After Corey turned 20, I saw him less often than before after he moved to New Jersey. When living in New Jersey, he would come to visit me at least once a month and he would give me money, usually between $100 and $200. He was very clear about keeping the New Jersey part of his life separate from his family. He would not talk about drugs or his lifestyle. He would say that he knew what he was doing wasn't right, but he had no plan about how to change his life.

20. Once, after Corey had moved to New Jersey, I had a boyfriend who was abusive. I deliberately did not tell Corey about this relationship as I believed it would greatly upset Corey.

21. I haven't seen Corey since he was in his early 20s.

4

22.   I know that Corey had a daughter, and that Corey wanted his daughter to know his family. I saw pictures of Corey's daughter when she was young but I never met her in person. I do not know very much about the mother of Corey's daughter.

23.   I am still very upset by the crimes for which Corey was convicted.

24.   When I speak to Corey on the telephone, he still sounds the same as he did when we were growing up – calm and quiet.

STATE OF ...
**COUNTY OF NEW YORK**
**SWORN TO BEFORE ME** THI.

MAY 2 1 2011

Sworn to before me on this
____ day of May, 2011

_____
Notary Public

COURTNEY DANIELS

IRA MARK LIPPELL
Notary Public, State of New York
No. 60-4652304
Qualified in Westchester County
Certificate filed in New York County
Commission Expires March 30, 2015

5