# EXHIBIT 17

## DECLARATION

I, MONICA DAWKINS, hereby affirm the following:

1.      I am over 18 years old and a resident of the State of New Jersey.

2.      Corey Johnson and I dated for about two and a half years.

3.      I met Corey around the neighborhood in Trenton in about 1989 or 1990. I first used to see him out and about in the neighborhood. Eventually, we met and then started dating. I dated him because I thought he was fun to be around and outgoing.

4.      As we began to date and spent time together, I realized that there were certain things Corey could not do. This indicated to me that he had a really low learning ability. He was, without question, very slow. There were certain tasks – simple things – that he could just not manage to do. I had sympathy for him as, over time, I realized how little he could learn and do.

5.      One time, I asked Corey to go into downtown Trenton and pay the phone bill because I had to go to school. He went downtown, but when I saw him at the end of the day, he had not paid the bill. He claimed it was because he had forgotten, but it seemed to me that he did not pay the bill because he was not able to figure out how to do so.

6.      Corey did not have the skills to be a leader because there were simple tasks he could not do. It wasn't like he had no mind of his own, but he had to be given directions to do even simple tasks. He was a total follower. He would follow directions, whether they were good or bad.

7.      Corey was a good and loyal friend.

8.      I only lived together with Corey very briefly – for two or three months – during the years we were dating. He seemed to be moving around a lot during that time.

9.      After dating for two and a half years, we split up after first separating.  I moved to Delaware after we separated, and he was in Virginia. We stayed in communication for a little while, and then officially broke up.

10.      I had three children before I met Corey.

11.      I met Corey's mother, Emma, on two occasions, but I do not have much memory of those meetings. I did get the feeling that Corey was trying to hide his mother from me.  The first time we met, Corey told me his mother was dead.

I declare the above is true and correct.

Dated: July 16, 2012

MONICA DAWKINS

City of Trenton
State of New Jersey