## INDEX OF EXHIBITS TO MOTION PURSUANT TO 28 U.S.C. § 2255 RAISING CLAIM OF INELIGIBILITY TO BE EXECUTED UNDER 18 U.S.C. § 3596(c)

EXHIBIT NO.

**SUBMISSION 1**

**EXPERT REPORTS**

Report of Daniel J. Reschly, Ph.D., Aug. 26, 2016 ...........................................................................1

Curriculum Vitae of Daniel J. Reschly, Ph.D., May 15, 2020................................................... 1(a)

Report of J. Gregory Olley, Ph.D., Aug. 24, 2016...........................................................................2

Curriculum Vitae of J. Gregory Olley, Ph.D., Oct. 2020 ......................................................... 2(a)

Letter from Gary N. Siperstein, Ph.D. to Counsel for Corey Johnson, Dec. 16, 2016 ...................3

Curriculum Vitae of Gary N. Siperstein, Ph.D., Sept. 2020 ..................................................... 3(a)

Debra Nelson, Mitigation Report, Sept. 27, 2016...........................................................................4

Report of Richard G. Dudley, Jr., M.D., Aug. 22, 2016...................................................................5

**TRIAL TRANSCRIPTS**

Trial Tr., Feb. 3, 1993 .....................................................................................................................6

**SUBMISSION 2**

Trial Tr., Feb. 10, 1993 ...................................................................................................................7

**SUBMISSION 3**

Cornell Mitigation Information and Report (Excerpt)......................................................................8

Trial Tr., Feb. 12, 1993 ...................................................................................................................9

Trial Tr., Feb. 15, 1993 .................................................................................................................10

**AFFIDAVITS & DECLARATIONS**

Declaration of Kenneth Barish, Ph.D. (staff psychologist at Pleasantville Cottage
    School), July 22, 2014 .............................................................................................................11

Affidavit of Richard Benedict (special education teacher at Pleasantville Cottage
    School), Dec. 5, 2011................................................................................................................12

Affidavit of Darnell Brown (acquaintance in Trenton, NJ), Oct. 14, 2011 ...................................13

Affidavit of Darold Brown (acquaintance in Trenton, NJ), June 15, 2011 ...................................14

Affidavit of Craig S. Cooley (appointed counsel in 1992), Sept. 20, 2016 ...................................15

Affidavit of Courtney Daniels (Corey's lifelong friend), May 21, 2011 .......................................16

Declaration of Monica Dawkins (Corey's former girlfriend), July 16, 2012 ...............................17

**SUBMISSION 4**

Declaration of Cary Gallaudet, Ph.D. (psychologist at Pleasantville Diagnostic
    Center), Mar. 19, 2012...........................................................................................................18

**EXHIBIT NO.**

Declaration of Ann Harding (staff member at Pleasantville Cottage School), Nov. 21, 2011......................................................................................................................................19

Affidavit of Minnie Hodges (Corey's maternal aunt), Apr. 30, 2011 ...........................................20

Affidavit of Priscilla Hodges (Corey's cousin), Apr. 30, 2011 .....................................................21

Affidavit of Queenie Hodges (Corey's cousin), Apr. 30, 2011 ......................................................22

Declaration of Esther Johnson (Corey's maternal grandmother), Apr. 30, 2011 ..........................23

Affidavit of Robert Johnson (Corey's half-brother), June 29, 2011...............................................24

Affidavit of Antionette Daniels Joseph (the best friend of Corey's mother and Corey's godmother), May 21, 2011) .......................................................................................................25

Declaration of Leona Klerer (reading teacher at Mount Pleasant Cottage School), June 3, 2011 ................................................................................................................................26

Affidavit of Gerald Lefkowitz (unit administrator at Pleasantville Cottage Center), Dec. 5, 2011 ...............................................................................................................................27

Affidavit of Odette Noble (social worker at Elmhurst), Dec. 1, 2011 ...........................................28

Declaration of George Sakheim, Ph.D. (Chief of Psychological Services at Pleasantville Diagnostic Center), June 17, 2011 .......................................................................29

Affidavit of David Washington (childcare worker at Elmhurst), Mar. 1, 2012..............................30

**SUBMISSION 5**

**CHILDHOOD & TESTING RECORDS**

Gregory Judge, School Social Worker, Social History, Mar. 4, 1977...........................................31

Cheryl Spillane, Learning Consultant, Bureau of Pupil Personnel Services, Jersey City Public Schools, Learning Consultant Evaluation to Child Study Team, Mar. 18, 1977....................................................................................................................................32

F.A. Figurelli, M.D., Chief Psychologist, Psychological Examination Record, Mar. 25, 1977....................................................................................................................................33

Eleanor Glantz, Social Worker, Case Service, Dec. 11, 1978.......................................................34

Committee on the Handicapped, Referral to the Committee on the Handicapped, Feb. 26, 1979....................................................................................................................................35

Committee on the Handicapped Records, May 21, 1979 ...............................................................36

Washington Heights-West Harlem Community Mental Health Center, Child Assessment Evaluation Summary, Dec. 9, 1981 .......................................................................37

Ernest H. Adams, Staff Psychologist, Psychodiagnostic Evaluation, Dec. 11, 1981 ....................38

Cary Gallaudet, Psy.D., Pleasantville Cottage School, Psychological Evaluation, Feb. 1, 1982......................................................................................................................................39

**EXHIBIT NO.**

Leona Klerer, Mount Pleasant Cottage School Screening Upon Admission, Feb. 22, 1982..................................................................................................................................40

Amira Offer, Caseworker, Psychosocial Summary, Mar. 15, 1982 ...............................41

Gloria Caro, Pleasantville Cottage School, Reassessment Summary, May 21, 1982 ..................42

Gloria Caro, Caseworker, Initial Conference, Current Assessment and Transfer Summary, June 9, 1982..................................................................................................43

Gayle Turnquest, Caseworker, Pleasantville Cottage School, Current Assessment, Jan. 31, 1983 ......................................................................................................................44

**SUBMISSION 6**

Ken Barish, Ph.D., Psychologist, Pleasantville Cottage School, Psychological and Educational Evaluation, Apr. 29, 1983......................................................................45

John B. Stadler, M.D., Clinical Director, Pleasantville Cottage School, Psychiatric Evaluation, Aug. 26, 1983 ...........................................................................................46

Lynda Coccaro, Speech and Language Pathologist, Donald R. Reed Speech Center, Inc., Phelps Memorial Hospital, Speech and Language Evaluation, Oct. 5, 1983 .................47

Lynn Polstein, Jewish Child Care Association of New York, Pleasantville Cottage School, Change in Permanency Plan, Apr. 13, 1984 ................................................48

Gerard Maier, Social Worker, Current Assessment, Sept. 4, 1984 ...............................49

Christine Aaron, MSW Intern, Jewish Child Care Association of New York, Pleasantville Cottage School, Visitation Plan, Dec. 12, 1984 .................................50

Kenneth Barish, Ph.D., Psychologist, Pleasantville Cottage School Psychological Evaluation, Apr. 15, 1985 ...........................................................................................51

Gerard Maier, Pleasantville Cottage School, Discharge/Transfer Plan, May 28, 1985.................52

Board of Education of the City of New York, Individualized Education Plan – Phase 1, July 1, 1985 ..............................................................................................................53

Odette Noble, Social Worker, Jewish Child Care Association of New York, Elmhurst Boys Residence, UCR Reassessment and Service Plan Review 6 Month, Nov. 21, 1985..................................................................................................................................54

**SUBMISSION 7**

Odette Noble, Social Worker, Jewish Child Care Association of New York, Elmhurst Boys Residence, UCR Reassessment and Service Plan Review 6 Month, June 28, 1986..................................................................................................................................55

Odette Noble, Social Worker, Jewish Child Care Association of New York, Elmhurst Boys Residence, UCR Plan Amendment: Form D Trial Discharge, Feb. 23, 1987 ...............56

Newtown High School, Scholastic Transfer Record, Dec. 7, 1987.............................................57

|  | EXHIBIT NO. |
|---|---|

Janet Valentine, Child Care Worker, Pleasantville Diagnostic Center, Outline for Cottage Report (undated) ................................................................................................58

**COURT RECORDS**

Notice of the Intention of U.S.A. to Seek Death Penalty as to Mr. Tipton, May 1, 1992 .........................................................................................................................59

Notice of the Intention of U.S.A. to Seek Death Penalty as to Mr. Roane, May 1, 1992 ..............60

Second Superseding Indictment, July 20, 1992, Dkt. 115 ........................................................61

Notice of the Intention of U.S.A. to Seek Death Penalty as to Mr. Thomas, Oct. 28, 1992 .........................................................................................................................62

Verdict Form, Feb. 3, 1993, Dkt. 466 .....................................................................................63

Notice of the Intention of U.S.A. to Seek Death Penalty as to Mr. Johnson, Feb. 8, 1993 .........................................................................................................................64

Special Findings, Feb. 16, 1993, Dkt. 508 ..............................................................................65

Motion to Have Defendant Declared Mentally Retarded, *United States v. Thomas*, No. 3:92CR68 (E.D. Va. Apr. 15, 1993) ..............................................................................66

Memorandum in Support of Initial Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. Section 2255, June 15, 1998, Dkt. 714 (Excerpt) .......................................................67

Reply Memorandum in Support of Initial Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. Section 2255, Mar. 15, 1999, Dkt. 761 (Excerpt) ...............................................68

Ex. 14 to Reply Memorandum in Support of Initial Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. Section 2255, Mar. 15, 1999 ...................................................69

Ex. 15 to Reply Memorandum in Support of Initial Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. Section 2255, Mar. 15, 1999 ...................................................70

**SUBMISSION 8**

Petitioners' Joint Motion for Leave to Take Discovery, June 24, 1999, Dkt. 770 ........................71

Memorandum Opinion, May 3, 2000, Dkt. 803 ............................................................................72

Memorandum Opinion, May 1, 2003, Dkt. 896 ............................................................................73

Brief for Appellants Cory Johnson and Richard Tipton at 146, *United States v. Johnson*, No. 03-13(L), 03-26, 03-27 (4th Cir. Feb. 17, 2004) (Excerpt) ...............................74

**SUBMISSION 9**

**DIAGNOSTIC MATERIALS**

American Association on Intellectual and Developmental Disabilities Definition Manual ("AAIDD-11") (Excerpt) ..........................................................................................75

AAIDD User Guide to 11th Edition (Excerpt) .............................................................................76

Diagnostic and Statistical Manual of Mental Disorders ("DSM-5") (Excerpt) ...........................77

EXHIBIT NO.

**CONGRESSIONAL RECORDS**

134 Cong. Rec. 22,926 (1988) (Excerpt).................................................................................78

136 Cong. Rec. S6873 (daily ed. May 24, 1990) (Excerpt)...........................................................79