# EXHIBIT 18 - PART 1

## DECLARATION

I, CARY GALLAUDET, hereby affirm the following:

1.  My address is 11 Foot Hill Road, Bronxville, NY 10708.

2.  I hold a Ph.D. in psychology and became licensed to practice psychology by the State of New York in February 1984.

3.  From November 1981 through May 1983, I was employed at the Pleasantville Diagnostic Center (the "Center") in Pleasantville, New York. I left the Center in May 1983 for a six-month period while I was on maternity leave and then returned and remained through most of 1985. One of my responsibilities at the Center was to conduct psychological evaluations and assessments of children for purposes of admission to Pleasantville Cottage School.

4.  In February 1982, approximately three months after joining the Center, I conducted a psychological evaluation of Corey Johnson. As part of my evaluation, I administered various tests to Corey, including Bender-Gestalt, Figure Drawings, Sentence Completion, TAT, Rorschach, and the WISC-R, which is an IQ test.

5.  At the time I evaluated and administered tests to Corey, I had earned my Ph.D. but was not yet licensed to practice psychology by the state. Accordingly, I consulted with a licensed psychologist, George Sakheim, with respect to Corey's evaluation and testing.

6.  Attached hereto as Exhibit 1 is a true and correct copy of my report of my psychological evaluation of Corey Johnson, conducted on February 5 and 8, 1982.

7.    As set forth in my report, I assessed Corey with a Verbal IQ of 85, a Performance IQ of 93 and a Full Scale IQ of 88 based on my administration of the WISC-R.

8.    On the WISC-R, Corey performed very poorly on the block design test, which requires flexibility of thought and non-verbal abstract reasoning (a developmental level of functioning that cannot be taught).

9.    Corey's block design score also reflected deficits in non-verbal abstract reasoning, perceptual organization, visual perception and perceptual motor functioning.

10.    Corey's very poor results in this area were consistent with Corey having a developmental disability.

11.    His weaknesses in this area were also evident in his Bender-Gestalt performance, which was comparable to a child five years below his chronological age and which suggested the presence of an underlying neurological deficit.

12.    In addition, on the WISC-R, Corey scored very poorly on the digit span test (a memory test), with the results falling in the "Mentally Deficient" range, as noted in the report.

13.    At the time I administered the WISC-R to Corey in early February 1982, I was not aware that a different examiner with another institution (Ernest Adams) had previously administered the identical test to Corey just a few months earlier, in October 1981.

2

14. As a result of Corey having taken the WISC-R test only a few months before I administered that same test to him, it is likely that Corey Johnson's score on my examination was artificially elevated due to a "practice effect."

15. If I had known about such a recent WISC-R test having been administered to Corey, I likely would not have administered that same test in February 1982 because of a concern that the scores would be tainted by a "practice effect."

16. In connection with making this affidavit, I have also come to understand that Dr. Barish subsequently administered the WISC-R test to Corey Johnson in March 1985.

17. I have reviewed Dr. Barish's report regarding his 1985 testing, which is attached hereto as Exhibit 2.

18. Dr. Barish was a staff psychologist at the Pleasantville Cottage School, where Corey was evidently placed after completing three months at the Diagnostic Center.

19. Having reviewed Corey's scores on Dr. Barish's IQ examination, I believe that, in addition to my unknowingly having given Corey the WISC-R just months after it had been administered to him, I may have made errors in my scoring of Corey's WISC-R.

20. While I cannot be sure of the latter, because I do not have the raw data from my IQ testing of Corey, I believe that Dr. Barish's evaluation likely was more accurate than mine, for at least two reasons.

21. First, unlike me, Dr. Barish did not administer the WISC-R only a few months after Corey had taken that same test.

3

22.    Second, I was conducting a large volume of evaluations at the time I administered the WISC-R to Corey and, therefore, may have had a greater-than-usual chance of making an error.

I declare the above is true and correct.

Dated: March 1, 2012

_____
CARY GALLAUDET, PH.D.

City of Bronxville
State of New York

4