# EXHIBIT 20

## AFFIDAVIT

State of New York          )
                           )  ss:
County of New York         )

MINNIE HODGES, being duly sworn, deposes and says:

1.    I reside at 2133 Madison Avenue, Apartment 5C, New York, New York 10037.

2.    I am Corey Johnson's aunt. My younger sister, Emma Lee Johnson, who is now deceased, was Corey's mother.

3.    I have known Corey Johnson since he was born. I regularly cared for Corey as a child. He often spent long periods of time at my home.

### My Background

4.    I was born on ███████████ in Sumpter, South Carolina. I am the oldest of three children. My younger sister, Emma Lee Johnson, was Corey Johnson's mother. My biological father died of pneumonia when I was very young, long before Emma was born. My mother remarried, and Emma's father was my stepfather. I lived with my mother and stepfather, Love Johnson, in South Carolina until I was about 9-10 years old, when they left South Carolina and came to New York to work. Emma was about 3 years old at that time.

5.    After my mother and stepfather left South Carolina, Emma, my brother, and I lived with our grandmother in South Carolina. My mother and stepfather visited us in South Carolina and when in New York, they sent us boxes of clothing and belongings, as well as money to take care of ourselves.

6.    I, along with Emma and my brother, were reunited with my mother and stepfather when I was a teenager. My stepfather had a drinking problem which was

exacerbated when they moved to New York, and eventually caused my mother to separate from him. Before my mother left him, he was physically abusive to her and was violent towards her in front of me and my siblings. Being the eldest, I felt I had to protect my mother and would stay by her side or try to get in between them to prevent her from getting hurt when they fought. I remember trying to protect my mother by hitting Love with a broom, my fists, a mop- anything I could find to get him off her, especially when he was choking her. I was often scared to go to school because I did not want to leave my mother by herself with Love. My brother would also physically intervene in their fights. Emma would just cry when our parents were fighting.

### Corey's Childhood

7.    I was close with my sister Emma since she was born.

8.    Emma started abusing drugs, particularly crack and cocaine, when she was a teenager. I now believe that she was using drugs while she was pregnant with Corey and her younger son Robert, although I did not know of her drug abuse until after she gave birth to Corey.

9.    Emma lived with our mother when Corey was born, but then moved out and lived with Robert Butler, the father of her younger son, Robert. She worked and had good jobs, but would always eventually lose her jobs due to her drug use.

10.    I took care of Corey and Robert a great deal when they were babies and on and off during their pre-teen lives. Emma would initially ask me to watch them for a day and this would turn into an overnight, the weekend, and sometimes the entire summer.

11.    In addition to the many occasions where I took care of Corey and Robert at their house when Emma would leave for undetermined amounts of time, Corey

2

and Robert often used to sleep over at my house when they were young children. Emma would call me and ask if I wanted to take care of my nephews, and would ask me to come and get them or else Emma would bring them to my house herself. I would always volunteer to take Corey and Robert because I knew Emma did not have patience with them and did not provide them with the attention they needed. When Corey and Robert would come over, the two boys would sleep in my daughters' room in twin beds, and my daughters would sleep in the living room. I noticed that both Corey and Robert were nervous most of the time, and they behaved differently from my children.

12.    In addition to leaving Corey and Robert with me, Emma did not spend much time with her sons. She would ask me and others, such as her friend Antoinette Joseph, to come to her house to watch Corey and Robert when she left to use drugs and be on her own, or else she would ask me and others to take her sons for sleepovers or weekends. Emma started doing this almost immediately after Robert was born, and this behavior lasted until Corey was old enough to take care of himself.

13.    I witnessed behavior that led me to believe Emma was often getting high while caring for her children. The first time I witnessed Emma using drugs was shortly after Corey was born. I saw Emma sniffing white powder, and afterwards, she was behaving strangely and had bloodshot eyes.

14.    Emma's drug addiction became significantly worse as soon as Robert was born, and continued to get progressively worse as her two sons were growing up. I used to go to Emma's house to baby-sit Corey and Robert, and Emma's eyes would be bloodshot and she would be behaving strangely.

15. Moreover, Emma often used drugs with a friend named Carol. Carol would bring her son over to play with Corey and Robert, and Emma and Carol would get high together in the other room.

16. On many occasions, my mother and I would speak to Emma about her drug addiction and try to convince her to get help.

17. When Emma's drug use escalated, she spent even less time with her sons and became more and more frustrated with taking care of them. Her main interest was in getting high and running around with different men.

18. Emma lived with different men. She was on and off of welfare, but during her times of heavy drug use, she was unable to hold on to her money. She would try to take care of her children, but there were many times when she was not providing them with care.

19. Corey told me that Emma always had visitors in their apartment and music would be played so loudly that Corey could not sleep at night. He said that he was tired at school during the day and couldn't concentrate on his schoolwork.

20. She would sometimes show up at our mother's house high on drugs. We were very worried about her and about how she was treating Corey and Robert.

21. On a number of occasions, Emma would call me, crying, and I would go over to her apartment to care for her. Her mood was always very sad and depressed.

22. I continued to have Corey and Robert stay over at my house often, particularly for weekends, and was worried when they would return back to their home with Emma.

4

23. Emma did not have much patience with Corey and Robert and she hit them and cursed and yelled at them quite often. I was particularly worried about Emma's treatment of Corey. I saw Emma hit and smack Corey many times. Corey also told me on many occasions how his mother beat him and hit him on the head. I would tell Emma not to hit Corey on the head.

24. One time, Emma and Corey separately told me that she had beaten Corey with her high heel shoe because he either got left back in school or failed in school. I was very furious with Emma for having hit Corey with her shoe, and my mother and I told her never to hit Corey again.

25. I had a feeling that one of Emma's boyfriends, Bobby Koger, also was hitting Corey and Robert, but when I asked Emma, she immediately denied it. I saw bruises on the boys' bodies when they spent the night at my house, but they told me that these were bruises from when they were playing. I was very concerned that the boys were being abused, and I told my mother about it. Emma continued to deny that anything was wrong. I also saw bruises on Emma, who would wear shades to cover bruises on her face. On one occasion, I went over to Emma's apartment after she called me and I remember almost getting into a fight with Bobby for hitting Emma. I felt bad for my sister but was angry with her for subjecting her sons to such a bad environment.

26. When I asked Corey and Robert how Bobby Koger treated them, they told me that he was very mean. I believed that Emma or Bobby (or both of them) instructed the boys not to say anything more than that about how they were being treated.

27. I was very concerned when Emma would take Corey and Robert back to their apartment, as I did not know whether they would be taken care of, and I worried about them having food to eat and being in a safe environment. Corey appeared

5

sad a great deal of the time. Sometimes when I would ask him why he was so sad, he would tell me that he did not like his mother around "those kind of people." He would also tell me how it upset him to see his mother using drugs.

28.    Corey and Robert would often get locked out of their apartment because they didn't have a key and Emma would not be at home when they came back from school. They would usually hang around the neighborhood until she returned home.

29.    Sometimes when at my house, Corey would not go outside with the other children, but wanted to stay in the house with me. Corey appeared so sad that I figured something must have happened at home prior to his coming over to my house. When he would first arrive at my home at the beginning of a weekend, he would remain very quiet and look very sad. Towards the end of the weekend, his mood would lighten because my children would engage him in playing and going outside.

30.    Even so, I cannot recall ever seeing Corey genuinely happy.

31.    He would cry when his mother left him at my house, and Emma would tell him that if he did not stop she would spank him, or she would hit him on the hand and tell him to be quiet. Robert would also cry, and sometimes he would wake up in the middle of the night from crying in his sleep.

32.    I tried to keep them at my house as much as possible so they wouldn't have to stay with Emma while she was using drugs and creating a bad environment for them.

33.    Corey used to tell me that he didn't think his mother loved him. He would say this to me quite often – at least every other time he visited me. I would reassure him that Emma did love him, but Corey would overhear conversations when Emma would complain to me about how her children didn't listen and she wanted to put

6

them away. I told Emma that neither Corey nor Robert behaved badly or gave me a hard time, and that they generally listened to me. Corey used to ask to live with me, but he also told me that he was concerned about his mother's well being and did not want to be away from her. He told me that he didn't like the people his mother associated with. He seemed very conflicted and depressed when he thought about his mother.

### Corey was slower than other children

34.     When Corey and Robert would stay with me, I spent more time with Corey because he appeared slower than Robert and my two daughters, Queenie and Pricilla. When my daughters read books, they were able to read better than Corey even though Priscilla was the same age as Corey and Queenie was younger. Corey had difficulty reading and my daughters would help him to figure out how to read the words. Priscilla would tell me how Corey did not know how to read little words. Corey was also not able to work out math problems that my daughters were able to do by themselves. It would take much longer to explain things to Corey than to the rest of the children, and he could not do ordinary things that the others did, such as telling the time. Even when Corey first started walking, he was not on the same level as the other children his own age.

35.     I told Emma to take him to the doctor when he was younger to have him evaluated. Emma told me that she took Corey to the pediatrician and was told he was fine. I explained to Emma that she had to disclose to the doctor what she observed in Corey, or the doctor would not know to look for the symptoms.

36.     From the time Corey was a young child until he was about ten years old, Corey would wet the bed in his sleep. His clothing and the bed would be wet in the morning. He would come to me in the morning with an embarrassed look on his face,

7

and I would reassure him that it was okay.  I would remind him not to drink too many fluids before going to bed, and I started to wake him up in the middle of the night to use the bathroom.  Corey's mother would yell at Corey and complain about his bedwetting.  I repeatedly told my sister not to yell at him, and that yelling would only make the problem worse.  I tried to remind her that the doctor told us that Corey would eventually grow out of this problem, but my sister continued to yell at him.  I never knew whether the sheets were washed at Corey's house after he wet the bed.  My sister was not fond of housework or cooking, and I am not sure whether Corey washed the bed sheets himself or continued to sleep in the soiled bedding.

37.    Corey had difficulty following certain instructions, and I would have to repeat myself many times before he could comprehend what I was directing him to do.  Sometimes he appeared to be puzzled or mixed up when I would tell him certain things.

38.    At age 10-13, he couldn't prepare a meal or even a simple sandwich. By age 15, he only improved a little in that he didn't make as much of a mess when preparing simple meals.  I didn't give him much to do because he couldn't do it.  I pampered him a lot because he needed more attention.  Even when he made a sandwich, I'd have to stand there and check.

39.    In early adolescence, he would switch topics during a conversation, so if you asked him a question, he would answer about something else.

40.    When he was about 12-13 years old, I would send him to the store either by himself of with my children to buy snacks such as cookies, potato chips, soda or juice.  I never gave him more than $5.00.  I would usually give him change or dollar bills. Sometimes I told him exactly how much change he was supposed to get back from the

8

clerk, and other times I didn't tell him anything. Sometimes he would count the change in front of me, and he would always make mistakes and be a few cents short. I would correct him, even though I noticed that the other children who were the same age were able to count small change all the time without making any mistakes. Corey struggled and always made mistakes.

41. Corey used to tell me that the children in school teased him a great deal about his academic abilities. He would often look very sad when he told me about this. I told him that some children cannot do as well as others, but he should keep trying to do the best he could.

42. At age 14, his only interest was watching cartoons on television and playing by himself. He would bring his homework with him when he spent the weekends at my house, but my children would get frustrated when they tried to help him because he struggled with his work. My daughters would tell Corey how to say a word and he would immediately forget when he was shown the word again. My daughters were frustrated that they would have to repeat the same thing to Corey over and over again. They would show him how to do something, but if they moved on to something else, he would forget what he previously learned. They complained that he had difficulty reading even the small words, and was not able to work out math problems that they were able to do on their own. Sometimes Corey overheard my daughters complaining, or they would tease him for being slow to his face, and he would feel really badly about himself.

43. Corey could not keep up academically with the other children, and I felt very sorry for him.

9

44. Other people took advantage of him, such as taking his lunch money. People found it easy to take advantage of him all throughout his childhood and teen years. He wouldn't understand others but didn't want to look bad, so other children easily tricked and manipulated him.

45. Corey would get very frustrated or upset, and almost have a tantrum. He could not express himself in a mature fashion. He would cry much longer than the other children. He would get very upset when he was teased by the other children. When Corey would interact with the other children, he would mainly play by himself, but the other children would tease him and try to take his ball away from him. If my children or Robert didn't intervene, the children in the neighborhood would bully him and take his ball or candy away from him. He could not defend himself or stick up for himself without protection, and chose to play by himself most of the time instead.

46. Based on my relationship and observations of Corey since he was a young child through elementary school, I believe that Corey was seriously disabled and slower than others. He was always embarrassed by his slowness, and wanted to be considered a strong man who would have done what others told him to be more accepted in the group.

_____
MINNIE HODGES

Sworn to before me on this
30th day April, 2011

_____
Notary Public

DELORES GREEN
Notary Public, State of New York
No. 31-4527811
Qualified in New York County
Commission Expires Aug. 31, 2014

10