# EXHIBIT 22

## AFFIDAVIT

State of New York     )
                     ) ss:
County of New York    )

QUEENIE HODGES, being duly sworn, deposes and says:

1.     I live at 50 West 139th Street, Apartment 5O, New York, New York.

2.     I was born on ███████

3.     I have known Corey Johnson since when I can remember. Corey is my cousin; he is the son of my mother's younger sister. My mother's name is Minnie Hodges, and Corey's mother was Emma Johnson. Corey is about two years older than me.

4.     Corey and his brother Robert spent a great deal of time at my house when we were children, because my mother Minnie would often take care of them for Emma. They were almost like brothers to me.

5.     My impression of Corey is that he has trouble with reading and trouble communicating both through speaking and writing. He was very quiet as a child, so it was difficult for me to assess his speaking skills. However, whenever he talked, he was disorganized in his speaking and would frequently change topics. Over the past 19 years, I have seen a number of letters Corey has written. The letters he writes are similarly disorganized; the letters are almost nonsensical.

6.     Although he was two years older than me, ever since I started school, he was always behind me with regard to reading skills. I tried to help him with his reading, but he was not interested in my help. He might have been embarrassed by his lack of reading skills.

1

7.      As a child, Corey enjoyed playing basketball and watching cartoons on television. He had friends; people enjoyed being around him. His friends seemed nice, while I think his brother Robert had loud and rowdy friends.

8.      When Corey was about 10 or 11, my mother, Minnie, had to constantly remind Corey about her rules and expectations, such as picking up after himself and doing regular house chores.

9.      Up until the age of ten, Corey wet the bed when other children his age were not doing so. He also needed reminders to wash up.

10.     Everything was structured for Corey, and in my experiences with him, he never had to care for his own health or safety. He did not need to know his way around town because there was always someone with him to direct him, such as me and my sister. His mother would pick him up from Pleasantville while he was staying there. I do not remember him ever preparing a meal for himself. In fact, he would make a mess pouring milk into cereal, so my mother would just do it for him.

11.     Corey was definitely not a leader and he never took authority over anything. He was a passive follower, he just went with the flow. I am not aware of his ever having a job. I do not remember him ever voicing goals for his life.

12.     And even at age eleven or twelve, he could not tell time. Even when he was sixteen or seventeen, he had trouble counting change.

2

13.    Corey still spells my name wrong. When he wants to communicate with me, he writes to my mother, Minnie Hodges. He can remember her address but seems unable to remember mine.

_Queenie Hodges_
QUEENIE HODGES

Sworn to before me on this
30th day April, 2011

_Delores Green_
Notary Public

DELORES GREEN
Notary Public, State of New York
No. 31-4527814
Qualified in New York County
Commission Expires Mar. 31, 2014

3