**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| v. | **:** | **Case No. 3:92CR68 (DJN)** |
| | **:** | **CAPITAL CASE** |
| **COREY JOHNSON,** | **:** | **Execution Scheduled for** |
| | **:** | **January 14, 2021** |
| Defendant. | **:** | |

**NOTICE OF SUBMISSION OF EXHIBITS (SUBMISSION 4 OF 8)**

Corey Johnson hereby gives notice of the submission of Exhibits 31-44 as attachments to

his Motion Pursuant to 28 U.S.C. § 2255 Raising Claim of Ineligibility To Be Executed Under

18 U.S.C. § 3596(c). This is the fourth submission of eight.

Dated: December 14, 2020                    Respectfully submitted,

                                                        /s/ David E. Carney
                                                        David E. Carney, VA Bar #: 43914
                                                        Donald P. Salzman (Admitted Pro Hac Vice)
                                                        Skadden, Arps, Slate, Meagher & Flom, LLP
                                                        1440 New York Avenue, NW
                                                        Washington, DC 20005
                                                        Telephone: (202) 371-7246
                                                        Fax: (202) 661-8295
                                                        Email: david.carney@skadden.com

                                                        *Counsel for Corey Johnson*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2020, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will then send notification of such filing to all

parties and counsel included on the Court's Electronic Mail notice list.


/s/ David E. Carney
David E. Carney, VA Bar #: 43914
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295
Email: david.carney@skadden.com