# EXHIBIT 31

## SOCIAL HISTORY

I.  **IDENTIFYING DATA-**

Name:   Corey Johnson
Address:  280 Henderon Street, Apt. 8I.            Sex- Male
Telephone: 332-3191                          School: P.S.NO.
Home Visit Date: 3/4/77

**Informant-** Mother and Husband

II.  **SOURCE OF REFERRAL-** Corey was referred to the Child Study Team by the In-School-Team at P.S.NO. 16.

III. **REASON FOR REFERRAL-** Corey has no concept of number facts, no reading skills, cannot retain sight vocabulary words and is very disruptive in class.

IV.  **FAMILY COMPOSITION AND BACKGROUND-** Emmalle Johnson lived with Robert Butler for 5 years since the birth of Corey. He is the father of Corey. She is presently living with Mr. Mitchell (the two Johnson children live with them).

Robert Butler, born ▮▮▮▮ in Georgia and attended 11 years of school. He had been employed as a cab driver for 5 years. He has not been seen or heard from for the past year, an His relationship with the children was poor, as he was absentee fath

Robert Mitchell (stepfather) is presently living with the mother They are not married. He has two children by a previous marriage He was defensive and evasive as to the type of employment he performed. It is believed that he is collecting unemployment compensation. His health is good and he is described as a militant type person and is lacking flexibility. This is in complete contrast with the mother's philosophy.

Emmalle Johnson , ▮▮▮▮ was born in South Carolina. She completed 11 years of schooling and has always been a housewife. Her disposition is described as moody. She can normally be very easy going, but changes to a loud aggressive person. She is also a nervous person. Mother's health is fair and she suffers from a bad heart. No remarkable medical problems reported on th maternal side of the family.

Siblings are: Corey Johnson, ▮▮▮▮, attends P.S.NO. 16 School, Grade 2; and Robert Johnson, born ▮▮▮▮, attends P.S.NO. 16 School, Grade-Kindergarten.

Family lives on the 8th floor of a 160 family apartment complex. They have three large rooms. The immediate area is residential in the downtown section of Jersey City. The area is of a mixed ethnic nature and is considered fairly an expensive apartment complex.

(CONTINUED)                                    page 1 of 10

-2-                                COREY JOHNSON

Corey sleeps in the same room as brother Robert.  The atmosphere at home is very upsetting with much conflict between mother and father.  They seem to disagree on how the children should be raised.

Mrs. Johnson  had a good relationship with father during her pregnancy  Her health was fair as she is an anemic person at that time. She was 18 years old at time of Corey's birth.

V.    CHILD- Corey was 6 lbs, 4 oz, a 9 month, full term, head first presentation, born in the Margaret Hague Maternity Hospital. Instruments were used in the delivery and mother was put to sleep Corey's eating and sleeping habits were good.  There were no birth defects noted.

All milestones were developed within normal limits with the possibility of a speech defect.  He is not in speech classes.

There are no remarkable problems with Corey's medical history. He has had the measles and the chicken pox.  No reported acciden or hospitalization.  He has received all of his inoculations.

**Corey's friends** are mostly females about his own age. He is an outward person who is also moody.  Corey is very attached to his mother, and gets along well with his brother.  His stepfathe feels Corey should be more obedient and responsive to the stepfather. Mother sides with Corey in areas of disagreement. This is an area of conflict that Corey has dealt with for the past 3 years.

Corey has been known to steal and lie. He can be easily led into doing bad things. He enjoys sports.

VI.   COLLATERAL SOURCES- None.

VII.  IMPRESSIONS- Corey is respectful at home and of average size who has a good self image of himself. He is a sensitive child who becomes very upset if he is teased.  He has done poorly in school.  There appears to be underlying emotional problems that could cause Corey's academic difficulties.

There is total disagreement between parents on how child should be brought up.

VIII. SUMMARY- Corey comes from a broken home with a substitute father present.  His natal history indicates that instruments were used during the delivery.  No birth defects noted. Developmental milestones achieved within normal limits.  No remarkable problems with medical history. Parent have become more cooperative with school authorities.

(CONTINUED)

page 2 of 10

-3-                          <u>COREY JOHNSON</u>

IX.   <u>RECOMMENDATIONS-</u>
      1.   Complete evaluation by the Child Study Team.
      2.   Parents should be urged to seek counseling in order to
           better deal together with child's problems.
      3.   Refer to speech teacher for speech evaluation.
      4.   Counseling for child.


GREGORY F. JUDGE,
School Social Worker

js
8/1/77.

page 3 of 10