# EXHIBIT 33

Form 606

**BOARD OF EDUCATION, JERSEY CITY, N. J.**

BUREAU OF SPECIAL SERVICE

PSYCHOLOGICAL EXAMINATION RECORD

**CONFIDENTIAL INFORMATION — NOT TO BE RELEASED**

'AME   COREY JOHNSON                DATE OF BIRTH   ███████

DDRESS   203 Henderson Street       NO. OF YEARS SCHOLASTICALLY RETARDED

CHOOL   P.S. NO.16, Grade 2.        SEX   M (2)   C.A. 8-4

EFERRED BY   In-School-Team P.S.NO. 16.    DATE EXAMINED   3/25/77

**REFERRAL REASON:**

Corey has become quite disruptive in the class, because he is unable to do class work. He has concept of numbers and no concept of reading skills. He cannot retain sight vocabulary words. He has no comprehension of silent or oral reading. He has difficulty following directions.

**EVALUATION PROCEDURE:**

Wechsler Intelligence Scale for Children-Revised (WISC-R)
 Verbal Score - 67
 Performance Score - 84
 Full Scale Score - 73

Wide Range Achievement Test (WRAT)
 Word Recognition Grade Level-Kg. .7
 Arithmetic Grade Level-1.4

Goodenough Draw-A-Person
Developmental Age  4-9

Bender Visual Motor Gestalt Test
Developmental Age 5-0 to 5-5

Conferences with classroom teacher, school nurse and school social worker, and classroom observations.

RESULTS: Corey is one of two children. When he entered P.S.NO. 16 School he was placed in the 3rd grade but it became apparent that he could not function in the 3rd grade, so he was placed in the second grade.

Conferences with his classroom teacher indicated that Corey is inattentive, quarrelsome and immature in the classroom. He likes to push and shove other children. He is a solitary figure within the classroom structure.

Corey was asked to write his name and he had a lot of difficulty in doing so. He did not know where he lived. His appearance was very neat. He showed facility in verbalizing. He had a good comprehension of the instructions and would look at the model presented to him. He verbalized criticism of his work with correction. He appeared to be an impulsive careful worker. He did not give up easily and would persist on various tasks. He showed quick motor execution. He had no understanding of his date of birth, he thought he was born in March.
(CONTINUED)

-2-

CORKY JOHNSON
D.O.B. ████

He says that he sometimes has trouble throwing a ball. He claims that sometimes he cannot see the beginning letters or the end letters of words. He can only see the middle portion of the word.

His performance on the Bextonorth shows a considerable amount of immaturity. He was unable to draw any thumbs on his figures. He show a lot of body anxiety and there was some indication of possible underlying disturbances. Corey's performance on the Bender Visual-Motor Gestalt showed poor perception ability and emotional disturbances. He had considerable difficulty with the Gestalt, he engaged in distortion of angles and problems of integration. There seems to be indications that he has difficulty controlling impulsivity. Corey achieved on the WISC-R a verbal score in the retarded range, a performance score within the slow normal range, and a full scale score within the borderline range. There was a significant difference between his verbal and performance test scores, the performance score was elevated 17 points above the verbal test. There was a significant amount of intersubtest scatter suggesting that he is not functioning to his fullest potential at this time. His scores were both elevated and depressed. Most of the depressed scores were found within the verbal subtests. Some of his responses suggests an impoverished early environment which would have effected his early learning. He has difficulty with abstract reasoning His non-linguistic test of general information is within the average range. His planning ability and his ability to comprehend a total complex situation is within the retarded range. His visual organization ability is also within the average range. There seems to be indications of underlying emotionality that appears to be interfering with his present level of intellectual functioning. He seems to have poor impulse control.

SUMMARY: Corey's present level of intellectual functioning is within the borderline range. There are indications that he is not functioning to his fullest potential at this time. He seems to have problems with impulsivity and there are indications of underlying anxiety. He has difficulty coping with his present school environment. In addition he might have a vision problem.

RECOMMENDATIONS:
1. Refer for an ophthalmological examination because of possibility of vision problem.
2. Refer for a psychiatric evaluation because of the possibility of underlying anxiety interfering with his present level of functioning in the school environment.
3. Intensive remediation in fundamental subjects.

page 9 of 10

ds
7/12/77.

Jerome C. Richardi, Ph.D.,
School Psychologist