# EXHIBIT 34

No. R

**BUREAU OF CHILD GUIDANCE**
**UPPER WEST SIDE CENTER**

NOT ON ROLLS

Child's Name _Corey Johnson_

School _PS 200 – 3 ³/³_          Age _10_

Date _12/11/78_          Worker _Glantz_

CASE SERVICE

Corey was seen on 12/11/78 having been referred by teacher because of disruptive classroom behavior, poor academic performance + poor peer relations. His brother, Robert, in the 2nd grade, is an active case who was referred for similar behavior + learning difficulties.

Corey is a tall, intense boy who assumes much of the responsibility for Robert in + out of school. The single mother presently works + constantly reminds Corey that he's "a man now". Corey appears angry at mother, and at father for leaving the family.

Corey thinks he can do better in school, but "worries" alot about mother + Robert, as well as potential violence (mother being killed). The family has moved often in the past year and Corey does not like "the moving around", + he has no friends

Case will be opened when consent from mother is obtained.

Glantz social worker

3