# EXHIBIT 37

WASHINGTON HEIGHTS-WEST HARLEM COMMUNITY MENTAL HEALTH CENTER

CHILD ASSESSMENT EVALUATION SUMMARY

NAME  JOHNSON, COREY          DATE OF BIRTH ▮▮▮▮ AGE 13 Yrs. SEX   M

DATE OF EVALUATION   12/9/81    CHART #_____

LANGUAGE USED DURING EVALUATION _____    LANGUAGE SPOKEN IN HOME _____
Primary Case Worker-Sola-Gomez
EVALUATED BY _____

Corey was brought to our Clinic by his mother due to academic failure and behavior problems. He steals, misbehaves and stays out of the home without the mother knowing his location.

## PSYCHOSOCIAL:

This behavior became significant since about 4 years ago, when the parents became separated. The brother was placed in a psychiatric institution after he attempted suicide. Corey was sent to live with the maternal grandfather and was enrolled in a private school but this did not work for Corey. The mother decided to place him through foster care agency since she lacks effectiveness in controlling hime.

## PSYCHOLOGICAL EVALUATION:

Corey was administered the WIDC R TEST where he scored 77 in the verbal area (boderline) and 84 in the performance area (dulle normal). The overall score was 78 borderline. He was found to have ability to negotiate with the social world, to relate and reach out but had the capacity, to get disorganized. The projective tests suggested that he was depressed.

## EDUCATIONAL EVALUATION:

Corey was administered the Peabody Test. The age equivalent for mathematics was 9 yr 10 Mo for reading recognition was 7 yr 6 Mo. During this evaluation he was cooperative and tried his best to perform well.

## MEDICAL EVALUATION:

Corey's physical growth was normal. He was found to have dental cavities and gingivritis (inflamation of gums). He was found to be delayed in the neuromafunctional area (neurologic soft signes) that could suggest a learning disability.

## RECOMMENDATIONS:

Corey would benefit from stimulation in an age appropriate social group and individual educational tutoring or a special education class. He needs counselling to work out his emotional problems.

Complete evaluation available upon request.