# EXHIBIT 38

C M H C

PSYCHODIAGNOSTIC EVALUATION

| | | TESTS ADMINISTERED |
|---|---|---|
| Name of Client: | Corey Johnson | |
| Address of Client: | 640 Riverside Drive | Westchester Intelligence Scale for |
| | New York, N. Y. 10031 | Children - Revised (WISC-R) |
| | | Thermatic Apperception Test (TAT) |
| Examiner: | Ernest H. Adams, M.S. | Rorschach Ink Blot Test |
| | Staff Psychologist | Draw-A-Person |
| Supervisor: | Mary Sitgraves, Ph.D. | Bender Visual Motor Gestalt |
| Date: | December 11, 1981 | Testing Date: October, 1981 |

IDENTIFYING BIOGRAPHICAL INFORMATION AND REFERRAL QUESTION:

Corey Johnson is a 13-year-old average size, black boy. He was referred by his mother, Emma Johnson, who is employed as a receptionist. Ms. Johnson has requested a complete evaluation of Corey so that she can place him outside of their current living situation. Corey will be placed by Special Children's Services (BCW) which intends to place Corey in Children's Village, a residential treatment center in Dobbs Ferry, New York. A complete psychological battery was given to assess his current level of intellectual and emotional functioning.

CLINICAL TEST BEHAVIOR:

During our initial session Corey was warm and friendly, even though he was quite anxious with nervous gestures. He recurrently pulled his hair, face, and spoke with a quiver in his voice. Corey appeared to be somewhat depressed, needy and quite frightened. The balance of the sessions Corey was less anxious, the nervous gestures ceased, and the quiver in his voice disappeared. Overall, Corey was warm, friendly, cooperative, and seemd to have a ready capacity for interpersonal relatedness. Corey appeared to have tried his best.

PERSONALITY ORGANIZATION AND DYNAMICS:

Corey presents as a somewhat depressed and sad boy who is terrified of the environment in which he lives. A primary conflict is his fear of people versus his desire for interpersonal relatedness. His general view is that people wantonly do harm to others with impunity. In novel situations or in meeting new people he will experience a great deal of anxiety and discomfort until he can determine whether it's a safe place to be. Notwithstanding, his fearful perception of people, Corey still maintains an active desire and capacity to establish and develop interpersonal relatedness. Moreover, he still retains the ability to navigate through the social world in a warm and friendly manner. Corey presently fears his mother will abandon him, which exacerbates his negative self image and low self esteem. He feels a lack of nurturance, support, and feels the circumstances in his life are out of his control, which increases his anxiety and depression. Corey is fearful of losing control and becoming emotionally aroused. His chief defense, which is slowly being eroded, is to distance himself from his associations when stimulated and aroused. That is, he attempts to cut off or suppress his feelings. The use of such

(Continued)

Client:  Corey Johnson                    - 2 -                    December 11, 1981

an internal defense means his reality testing has the potential to degenerate unless his concerns, fears, and feelings are allowed to be expressed and explored.  In summary, Corey's strength is his "social intelligence", i.e., his ability to communicate in a warm and friendly manner with the capacity and desire for mutual exchange.  He's somewhat depressed with low self-esteem and negative self-image.  In general he views people as hurtful but maintains a ready capacity to relate on an individual basis.

INTELLECTUAL FUNCTIONING:

Summary of WISC-R

| Verbal Tests | Scale |
|---|---|
| Information | 6 |
| Similarities | 3 |
| Arithmetic | 7 |
| Vocabulary | 7 |
| Comprehension | 8 |

| Performance Tests | |
|---|---|
| Picture Completion | 10 |
| Picture Arrangement | 9 |
| Block Design | 5 |
| Object Assembly | 10 |
| Coding | 4 |

| | | |
|---|---|---|
| Verbal IQ | 77 | Borderline |
| Performance IQ | 84 | Dull Normal |
| Full Scale IQ | 78 | Borderline |

RECOMMENDATIONS:

Individual insight oriented psychotherapy is recommended (twice weekly) so Corey may begin to express and explore his concerns, fears, and feelings.  A small classroom situation is recommended with individual tutoring.  It's highly recommended that Corey be allowed to develop an individual relationship with one of the Children's Village volunteers.  This should enhance Corey's development and increase his self-esteem.

Ernest H. Adams
Staff Psychologist

Mary Sitgraves, Ph.D.
Coordinator
Children/Adolescent Services

EHA/mla