# EXHIBIT 40

MOUNT PLEASANT COTTAGE SCHOOL
SCREENING UPON ADMISSION

A.  Name:    Corey Johnson                    Date Of Testing:    2/22/82
    Birthdate:  ▓▓▓▓▓▓                        Tested By:    Leona Klerer
    Chrono. Age:    13-3                       Grade:    7
    Date Of Admission:    2/1/82              Teacher:    Lily Jones
    Admitted From:  Man. S.S.C.               Social Worker:    A.Offer.
    Current Placement:    Diagnostic Ctr.

B.  Information From Student's Record:

C.  Behavior During Testing:

        Cooperative and tried to do his best.

D.  Handwriting:

        Right handed with fairly legible manuscript.  He can write his
        first name only clearly in cursive.

E.  Test Results:

| Tests | Areas Examined | Grad. Leve. |
|-------|----------------|-------------|
| Wide Range Achievement Test Level   1 | Word Recognition | 2.1 |
|  | Spelling | 2.2 |
|  | Arithmetic | 3.7 |
| Gray Oral Reading Test Form   B | Oral Reading | 2nd |
| Comprehension   100 % at the   2nd   Grade Level | | |
| Roswell-Chall Diag. Rdg. Test of  -Word Analysis Skills | Decoding Skills No score obtained Test given for analysis only. | |
| Nelson Reading Skills Test  Form ___ | Vocabulary Reading Comprehension Total Reading | |

| Woodcock Reading Mastery Tests | Independ. Lev. | Instruct. Le |
|-------|----------------|-------------|
| Form | | |
| Letter Identification | | |
| Word Identification | | |
| Word Attack | | |
| Word Comprehension | | |
| Passage Comprehension | | |
| Total Reading | | |

Page 2                                                    Corey Johnson

Visual – Snellen eye chart       Right eye   20-30
                                 Left eye    20-30

F.    Comments on Test Results:

The Gray oral test indicates Corey is reading with compre-
hension on a second grade level. He has evidences of some
learning disabilities. He exhibited much angulation and
distortion of symbols (WRAT) which indicates some visual
motor difficulty. He is a better context reader and sub-
stitutes similar words for unread words, e.g. "shock for
surprise". He was unable to read single syllable short
vowel words in isolation. He could not name the sounds of
the short vowels. When reading, Corey had to keep his
finger on the words to keep from skipping. In reading
the Snellen Eye Chart, he was not able to read the letters
consecutively but omitted several.

The third grade level (Gray) was too difficult to read. He
is a word by word reader but seems to comprehend material
on a concrete level.

His phonic knowledge is lacking: he did not know the sounds
of g and c. He was not sure of the consonant sound of m and
y. He was able to blend consonants with difficulty but he
did not know the consonant digraph sh. He did not know the
rule of silent e. He could not read any words in isolation
with vowel combinations. He was able to determine the
number of syllables in a word presented with 50% accuracy.

Spelling subtest (WRAT) yielded a beginning second grade
score.

Arithmetic (WRAT subtest) yielded a mid-third grade score.
This score is somewhat inflated as Corey could not multiply
by 3, divide a single digit by 2, or read numbers of more
than 4 digits. He could multiply a single digit by 2 and
add with renaming but not subtract with borrowing.

G.    Summation:

Corey, 13-3, is currently placed in the Diagnostic Center.
This examiner has determined that he is reading on a
second grade level. Although he  achieved 100% compre-
hension, some unknown words were guessed on this level.

The three tests given indicate a lack of phonic skills
which might enable him to sound out words. He also has a
minimal sight vocabulary. He has difficulty blending.

Page 3                                                               Corey Johnson


G.    Summation:(cont.)

      These factors combined make reading very difficult for
      Corey.

      His serial memory is not as expected.  He could recite the
      months of the year in sequence only up to Aug. although he
      knew there were 12 months in the year.

      Corey would tell time on the hour only but seemed to feel
      that he could learn in a short time.

      A trial lesson in reading digits indicated a potential
      for learning concrete material.


H.    Recommendations:

      1.    Teach how to tell time for utilization reasons and
            for effect on self esteem.

      2.    Use Glass Analysis Technique for key into reading and
            phonics.

      3.    Math - basic math laws of subtracting, division and
            multiplication.

LK:jj                                            L. Klerer

cc:D.Schwarz,A.Richmond,A.Offer,L.Jones,B.Kramer