**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 3:92CR68 (DJN)** |
| | : | **CAPITAL CASE** |
| **COREY JOHNSON,** | : | **Execution Scheduled for** |
| | : | **January 14, 2021** |
| Defendant. | : | |

### NOTICE OF SUBMISSION OF EXHIBITS (SUBMISSION 5 OF 8)

Corey Johnson hereby gives notice of the submission of Exhibits 45-54 as attachments to

his Motion Pursuant to 28 U.S.C. § 2255 Raising Claim of Ineligibility To Be Executed Under

18 U.S.C. § 3596(c). This is the fifth submission of eight.


Dated: December 14, 2020                    Respectfully submitted,

                                            /s/ David E. Carney
                                            David E. Carney, VA Bar #: 43914
                                            Donald P. Salzman (Admitted Pro Hac Vice)
                                            Skadden, Arps, Slate, Meagher & Flom, LLP
                                            1440 New York Avenue, NW
                                            Washington, DC 20005
                                            Telephone: (202) 371-7246
                                            Fax: (202) 661-8295
                                            Email: david.carney@skadden.com

                                            *Counsel for Corey Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2020, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will then send notification of such filing to all

parties and counsel included on the Court's Electronic Mail notice list.

/s/ David E. Carney
David E. Carney, VA Bar #: 43914
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295
Email: david.carney@skadden.com