# EXHIBIT 45

PLEASANTVILLE COTTAGE SCHOOL

Name of Child:  COREY JOHNSON
Date of Birth:
Date of (PCS) Adm:

Date of Testing: 3/83
By:   Ken Barish, Ph.D.
Social Worker: Gayle Turnquest

### PSYCHOLOGICAL AND EDUCATIONAL EVALUATION

#### Referral:

Corey was evaluated at Pleasantville Diagnostic Center in February 1982.  At that time Corey achieved a Full Scale I.Q. of 88, with a Verbal I.Q. of 85 and a Performance I.Q. of 93.  Indications of diffuse neurological dysfunction were evident as well as very strong depressive tendencies and an emphasis on denial as a defense.  Corey remained ambitious, however, with a strong conscience and capacity for empathy.

In conference it was reported by Corey's teacher that his academic skills are very poor.  This evaluation was requested to provide additional clarification of the nature and extent of Corey's learning difficulties and to make recommendations for remedial strategies.

#### Tests Administered:

Wide Range Achievement Test
Neuropsychological Screening Tasks
Bender-Gestalt
Benton Visual Retention Test
Spreen-Benton Aphasia Tests
Raven's Progressive Matrices
Purdue Pegboard
Gilmore Oral Reading Test
Human Figure Drawings

#### Observations:

Corey was cooperative throughout the evaluation and demonstrated generally good frustration tolerance despite the very real difficulty he encountered on many of the tasks presented to him.  Corey's willingness to continue to put forth effort on academic tasks without impulsivity or withdrawal is an impressive strength, particularly considering the severity of his learning disabilities.

#### Test Findings:

The present test findings confirm the presence of severe learning disabilities in reading, spelling and arithmetic.  There is an abundance of findings which strongly suggest diffuse neurological dysfunction with associated impairment in many aspects of cognitive functioning. Difficulties in attention and concentration are a prominent factor in Corey's learning difficulties.  In addition, Corey demonstrates specific language deficits (i.e. speech sound discrimination, phonic associates, sound blending) and also deficits in visual-spatial analysis, visual-motor and fine motor coordination and perhaps also visual memory.  These findings will be discussed below.

Corey Johnson                                                              -2-

On the Wide Range Achievement Test Corey obtained a Reading Score at the 1st percentile (SS 62), a Spelling Score at the 1st percentile (SS 64) and an Arithmetic Score at the 2nd percentile (SS 68). Corey understands basic arithmetic operations including borrowing and carrying but has difficulty with division and more complex operations. Some of Corey's errors seem to result from inability to sustain attention on problems, and also from some confusion in the spatial analysis on arithmetic problems. With regard to reading, Corey has a small sight vocabulary but has great difficulty in analyzing words phonetically. Reversals were occasionally noted in Corey's naming of letters and sound sequencing errors were common in his reading. Attentional errors also appeared to impair Corey's reading. Corey can spell only a few simple words. His ability to read or spell using a phonetic approach is severely limited, and Corey's attempt to spell even some simple words (e.g. "arm") are unrecognizable. Also apparent is some difficulty in the formation of letters and numbers, perhaps also some difficulty in discriminating letters of similar shape.

Corey's reproductions of the Bender designs reveals a significant deficit in visual-motor coordination. His performance on the Benton Visual Retention Test strongly suggests a deficit in visual memory or visual-motor functioning. A significant problem in visual-spatial analysis was evident on the Raven's Progressive Matrices. Attentional difficulties also contribute to Corey's poor performance on this task. Corey's performance on the Purdue Pegboard reveals significant problems also in fine motor coordination. Corey is right dominant in hand, foot and eye preference. Left-right awareness is well established on self, but not for mirror rotation; Corey consistently misplaced right and left on an examiner facing him. Finger recognition is unimpaired. Corey showed no difficulty with tongue and mouth movements.

Several tests of language functions were also administered. Language comprehension (Token Test) is unimpaired, except for occasional inattention. Naming of colors, body parts, and common objects was also unimpaired. Corey's immediate memory for digits, although improved over previous testing remains poor. Mild articulation errors were noted.

A specific deficit in speech sound discrimination was apparent. Corey knows the names of all the letters of the alphabet and the consonant sounds. Discrimination of vowel sounds, however, is very poor. When asked to say the sounds of different vowels, Corey produced essentially the same sound for each vowel. When asked to blend sounds into nonsense words, Corey would blend adequately but often mispronounced the vowel sounds.

Conclusions and Recommendations:

This evaluation confirms the presence of severe learning disabilities in reading, spelling and arithmetic. Corey's learning difficulties result from wide spread cognitive deficits, including problems in

Corey Johnson                                                                    -3-

attention and concentration, visual processing, and speech sound dis-
crimination and phonics.  It is probably because of this that Corey
has been unable to find compensations that would enable him to achieve
a higher level of academic skill.  With regard to remediation, it
would appear that a whole word sight vocabulary approach, bypassing
phonics and sound blending would be more productive in improving
Corey's reading and spelling.  Corey and his family should be counsel-
led regarding the nature of his learning difficulties and a school
program with less focus on academic skills should be considered.
         Ken Barish, Ph.D.:ww D-4/11/83      T-4/29/83

                                        Ken Barish, Ph.D.
                                        Psychologist