# EXHIBIT 47

SPEECH AND LANGUAGE EVALUATION

Johnson, Corey

█████████

Referred by: Pleasantville Cottage School
Problem: Speech-Language Deficits
Clinician: Lynda R. Coccaro
9/14,20,21,10/5/83

### Statement of Problem

Corey Johnson, age 14.11 year  old male, was seen at the
Donald Reed Speech Center on 9/14, 9/20, 9/21 and 10/5/83 for an evaluation
of his speech and language skills.  The child was referred to this Center
due to articulation deficits noted by the psychologist at the school.

### Pertinent History

Information on the child's developmental history is limited.
It was reported in the psychological evaluation that birth and early devel-
opmental history were within normal limits except for enuresis until age 11
and occasional encopresis between ages 8-12.  A dysfluent behavior was
reported until age 5 and a slight lisp was still evident.

Corey attends the Pleasantville Cottage School.  Educational
history and other pertinent background history can be obtained from his
school records.

### Subjective Impressions

Corey presented himself as an alert, friendly and cooperative
child.  He maintained an active role and was socially interactive during
the entire evaluation.  He freely engaged in conversation and was not fear-
ful to ask questions.

Corey responded to all tasks presented to him and appeared
motivated to perform otimally.  Throughout the evaluation, it was observed
that Corey reauditorizes information presented to him.  This appears to be a
strategy that he utilizes to facilitate his understanding and recall of
material.

Speech and language abilities were assessed through standard-
ized and nonstandardized procedures.

### Objective Data
Peripheral Speech Mechanism: An oral peripheral examination was admin-
istered.  Structural appearance of the lips, tongue, and mandible were un-

DONALD R. REED SPEECH CENTER. INC.
PHELPS MEMORIAL HOSPITAL
NORTH TARRYTOWN. NEW YORK 10591

Johnson, Corey                     -2-           Speech/Lang. Evaluation

remarkable. ·Lingual movement in the form of protrusion, elevation
and lateralization were adequate for speech.  It was observed that
Corey occasionally lateralized his lips towards the left side, but it
did not interfere with overall intelligibility.  Diadochokinetic rate
was adequate in isolation, but was labored in rapid succession.

        Parameters of voice, namely, rhythm, intonation, intensity and
pitch were observed to be adequate.

Auditory Functioning: A pure tone air conduction screening test was
performed.  Results indicated normal hearing acuity for 250, 500, 1000,
4000 and 8000 Hz bilaterally, but a mild hearing loss at 2000 Hz bilat-
erally.

Receptive Language: The Peabody Picture Vocabulary Test was administered.
Corey achieved a raw score of 102, a receptive vocabulary age of 9.4
years, and a standard score of 69.  This places him 5.7 years below his
chronological age (C.A.) and significantly below the average range for
his C.A.

        Performance on the Token Test for Children was marked by self-
repetitions and self-corrections which appeared to facilitate his recall
and understanding as the linguistic structures became more complex in
nature.  Corey scored within the average range.

        In contrast, performance on the Oral Directions subtest of the
Detroit Test of Learning Aptitude (DTLA) were adversely affected by the
length, content and linguistic complexity of the auditory stimulus.
Corey achieved a raw score of 11.9 years, which is 2.2 years below his
C.A.  It was evident that a multi-modality approach (ie. visual, aud-
itory, tactile) enhances his performance.

        Similarly, the client's performance on the Oral Directions
and Spoken Paragraphs subtest of the Clinical  Evaluation of Language
Functions (CELF) were marked by self-repetitions and longer response
latencies as the task required recall of material from a paragraph.
Corey indicated that he often has difficulty recalling information from
more complex material.  Thus, as a multimodality approach was used, it
facilitated his comprehension and recall of material.  When presented
with oral paragraphs without visual input, Corey had significant dif-
ficulty and his performance deteriorated.  However, as a visual-auditory-
kinesthetic approach was employed, his responses were more accurate.

        Administration of the Word and Sentence Structure, and Word
Classes subtests of the CELF were characterized by longer response
latencies and self-repetitions when only an auditory stimulus was used.
The use of a visual representation in conjunction with the auditory
stimulus improved his responses.  Corey scored within the average range
for the first subtest, but below the average range for the later subtest.

Johnson, Corey                    -3-              Speech/Lang. Evaluation

Particular difficulty was observed in the comprehension of vocabulary phrases that dealt with verbal opposites (eg. rough-smooth).

Performance on the Processing Relationships and Ambiguities sub-test of the CELF revealed a raw score of 53 and is considered within the average range for his C.A. Although responses appeared appropriate, the client exhibited difficulty in comprehending and interpreting idioms, metaphors, and proverbs. Examiner repetitions and self-repetitions of longer phrases was necessary to further facilitate his performance.

In general, Corey was able to follow and engage in conversational activities. Receptive performance on varied structured tasks indicated weaknesses in comprehension as reflected in auditory memory, auditory processing, and vocabulary. Reduced attention span during auditory pre-sentation of material was positively influenceu by a multi-modality approach.

### Expressive Language
Articulation: Profile-The Goldman-Fristoe Test of Articulation was administered. Results indicated speech sound production of single words to be within normal limits. A f/th substitution was noted in the medial position, but is considered characteristic of non-standard English as opposed to an articulatory weakness.

Administration of the Processing Speech Sounds subtest of the CELF revealed the ability to auditorily discriminate between words. However, the nature of the task did not require Corey to verbalize. It was observed that when he was requested to imitate or repeat an un-familiar word, he experienced some difficulty in pronunciation.

Conversational Pattern-Spontaneous discourse was intelligible. Occasional distortions in conversation appeared to be associated with the child's pronunciation difficulties.

Oral Language: Performance on the Verbal Opposites subtest of the DTLA revealed an age equivalency of .9.9 years. This is considered 5.2 years below his C.A. Administration of the Likenesses and Differences subtest of the DTLA indicated an age equivalency of 12.9. This is considered 2.2 years below his C.A. Although improvement was noted when Corey had to describe the items as opposed to providing a single word, he exper-ienced considerable difficulty in contrasting word pairs. He often pro-vided associations with the words, which indicated an understanding, but had difficulty providing an indepth description of the words.

Performance on the Verbal Absurdities subtest of the DTLA in-dicated an age equivalency of 10.0 years. Corey demonstrated significant difficulty in comprehending and thereby interpreting information pre-sented through the auditory modality. During the course of this partic-

Johnson, Corey                        -4-              Speech/Lang. Evaluation

ular task Corey was observed to utilize self-repetitions, oral re-
hearsals, and examiner repetitions to facilitate his responses.

Informal observation of oral expressive language skills in-
dicated that Corey's syntactical pattern is of a non-standard English
characteristic of a black dialect.  Corey was able to sequence his
ideas in an organized manner.  Throughout our discussions, it was
apparent that he occasionally used an inappropriate word.  However,
he was very aware of this behavior.  He was able to appropriately
sequence the days of the week, months and seasons of the year.

## Appraisal

Corey evidences a significant speech and language disorder
of a receptive and expressive nature.  Receptively, Corey demonstrated
significant difficulty in the comprehension and interpretation of aud-
itory/visual material as reflected in memory, processing and vocabulary.
The use of a multimodality approach appeared to enhance his performance.
In addition, Corey was observed to reauditorize and/or orally rehearse
material prior to providing a response as strategies to enhance his
behavior.  Expressively, Corey's language was characterized by non-
standard English, which did not appear to inhibit his verbalizations.
Phonological development appeared intact.  Although Corey was able to
discriminate between sounds, he evidenced a weakness when he had to
synthesize sounds of unfamiliar words and thereby in pronunciation of
these words.  In general, Corey was able to engage in conversation with
the presentation of his ideas in an organized and sequential manner.
However, limitations in lexical usage and the ability to use language
in a more abstract manner (ie. inferences, problem solving, reasoning
skills) inhibited his behavior.

The nature of the language deficits suggests the need for a
structured learning placement that would be amenable to the development
of appropriate language-learning and social emotional skills.  It is
further evident that the speech and language weaknesses can significantly
affect learning and performance within the classroom.  Overall commun-
ication function appears to be amenable to therapeutic intervention.

<u>Diagnostic Impression</u>: Receptive and expressive language disorder.

## Plan

The following recommendations are made:

1. An intensive speech and language program in coordination with
classroom and academic goals is highly recommended.
    2. Anticipated goals:
        a) improvement in auditory-visual recall/retrieval
           skills by use of a multimodality approach.
        b) improvement in receptive and expressive vocab-
           ulary at the word level and for incorporation

Johnson, Corey                    -5-                Speech/Lang. Evaluation

into spontaneous conversation.
c) improvement in the ability to imitate and produce
a variety of multisyllabic words in an integrated
and sequential manner.
d) expansion of expressive language skills through
improvement of reasoning skills (ie. problem solving,
inferences, drawing conclusions).
3. Request a school conference to discuss the evaluation and
Corey's academic performance.

Lynda R. Coccaro,
Speech/Lang. Pathologist