# EXHIBIT 48

| DISCHARGE/TRANSFER | JOHNSON · | COREY JOHNSON | ▮ |
|---|---|---|---|
| CHANGE IN PERMANENCY PLAN | COMPLETED BY  Lynn Polstein | DATE 4/13/84 | SSC NUMBER 4766716-28 |
| ☐ DISCHARGE  ☐ TRANSFER | AGENCY/DISTRICT  JCCA/PCS | | LOCAL DISTRICT/AGENCY USE |

- Complete a Discharge Plan for child in foster care 6 months prior to discharge or at the time the decision to discharge is made.

- Complete a Transfer Plan for child in foster care prior to transfer between Child Caring Agencies or Districts.

**PLAN**

We are requesting a change in permanency plan, from discharge to parent to discharge to self.

During the course of placement it has become clear that Ms. Johnson cannot provide Corey with the emotional support and attention he needs to overcome his severely impaired self-concept. Corey, who is severely learning disabled and barely able to read, feels inept and damaged. His mother is a narcissistic and self-focused woman whose lack of empathy and sensitivity toward Corey, exacerbates his bad feelings. When he is feeling depressed, he resorts to anti-social behavior to avoid this feeling.

**JUSTIFICATION OF DISCHARGE GRANT** to parent, relative or child when essential to effectuate discharge.

**ANTICIPATED LENGTH OF TRIAL DISCHARGE:**

| COMPREHENSIVE SERVICE PLAN CHILD | CASE NAME JOHNSON, EMMA | | CHILD'S NAME COREY JOHNSON | Date of Birth |
|---|---|---|---|---|
| ☐ 90 Days  ☐ 6 Months ☐ Change in Program Status | COMPLETED BY LYNN POLSTEIN | DATE 4/13/84 | SSC NUMBER: 4766716-28 | |
| | AGENCY/DISTRICT JCCA/PCS | | LOCAL DISTRICT/AGENCY USE | |

| CCRS CODE | PERMANENCY GOAL | ANT. COMP. DATE |
|---|---|---|
| | DISCHARGE TO SELF | 11 |

| CCRS CODE | GOAL NO. 1 | GOAL COREY WILL CONTINUE TO PARTICIPATE IN THE INTENSIVE REMEDIATION PROGRAM. | ANT. COMP. DATE |
|---|---|---|---|

| CCRS CODE | OBJ. NO. | OBJECTIVE/CLIENT TASK | CCRS CODE | METHOD/SERVICE TASK |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CCRS CODE | GOAL NO. 2 | COREY WILL USE OPPORTUNITIES OFFERED HIM TO LEARN INDEPENDENT LIVING SKILLS. | ANT. COMP. DATE 10 |
|---|---|---|---|

| CCRS CODE | OBJ. NO. | OBJECTIVE/CLIENT TASK | CCRS CODE | METHOD/SERVICE TASK |
|---|---|---|---|---|
| | A | Corey will explore the possibilities of an off-campus job. | | A cottage parent will help Corey read ads and apply for a job. |
| | B | Corey will learn how to handle money so that he can begin to shop for himself. | | Teacher will help Corey learn enough simple arithmetic that he will be able to figure out correc change. |
| | | | | |

| DSS-3404-C (3/81) NYC | CASE NAME | | CHILD'S NAME | Date of Birth |
|---|---|---|---|---|
| **COMPREHENSIVE SERVICE PLAN CHILD** | JOHNSON, EMMA | | COREY JOHNSON | ▇ |
| | COMPLETED BY | DATE | SSC NUMBER: | |
| | LYNN POLSTEIN | 4/13/84 | 4766716-28 | |

| CCRS CODE | Goal No. | GOAL | COREY WILL USE TREATMENT TO RESOLVE HIS FEARS THAT HE WILL LOSE HIS MOTHER THROUGH CONTINUED PLACEMENT. | ANT. COMP. DATE 10/8 |
|---|---|---|---|---|
|  | 3 | | | |

| OBJECTIVE/CLIENT TASK | | | METHOD/SERVICE TASK | |
|---|---|---|---|---|
| CCRS CODE | Goal No. | | CCRS CODE | |
| | | | | |
| CCRS CODE | Goal No. | | CCRS CODE | |
| | | | | |
| CCRS CODE | Goal No. | | CCRS CODE | |
| | | | | |

DESCRIBE THE FAMILY'S AND CHILD(REN)'S PARTICIPATION IN FORMULATING THE SERVICE PLAN AND, IF APPLICABLE, THE VISITATION PLAN.

MEETING HELD 4/12/84.

BRIEFLY DESCRIBE ANY COURT INVOLVEMENT in this case and indicate services which are being provided pursuant to a remand or court order.

For Child in Foster Boarding Home or Agency Operated Boarding Home, DESCRIBE THE AGENCY PLAN OF CONTACT BETWEEN THE CASE WORKER AND CHILD IN NEXT PERIOD. INCLUDE FREQUENCY AND LOCATION.

CLIENT CONCURRENCE (Optional)

I understand that all information pertaining to my case, including this Plan for Service developed by my worker and me, is confidential.

I have been informed of the procedures by which I may express and seek remedy for any dissatisfaction, including the opportunity for an Administrative Review and Fair Hearing.

My worker and I will review this Plan for Services on a regular basis to evaluate my progress toward my goal.

I have jointly developed this Plan for Service with my caseworker and understand its content and purpose.

| SIGNATURE OF CLIENT, Parent or Guardian | DATE | LOCAL DSS/SSC SIGNATURE | DATE |
|---|---|---|---|
| X | | X | |
| CASE PLANNER'S SIGNATURE X *Lynn Polster* | DATE 4/16/84 | SUPERVISOR'S SIGNATURE X *Bernice Faek* (by LP) | DATE 4/16/0 |

DSS-3404 (9/81) NYC

| COMPREHENSIVE SERVICE PLAN FAMILY | CASE NAME JOHNSON | |
|---|---|---|
| | COMPLETED BY LYNN POLSTEIN | DATE 4/13/84 |
| | AGENCY/DISTRICT | |

☐ 90 Days   ☐ 6 Months   ☐ Change in Program Status

LOCAL DISTRICT AGENCY #

---

**GOAL No. 1**

**GOAL** MS. JOHNSON WILL REMAIN CONSISTENT IN HER CONTACTS WITH COREY DESPITE THEIR DECISION TO LIVE APART.

ANT. COMP. DATE 10/

| OBJECTIVE/CLIENT TASK | METHOD/SERVICE TASK |
|---|---|
| **Obj. No. A** Ms. Johnson will encourage Corey's regular visits. | Social worker will continue regular meetings with Ms. Johnson around the issue of her continued involvement with Corey and the importance to him of feeling like family member even though he live apart from the family. |
| **Obj. No. B** Ms. Johnson will include Corey in all family celebrations and occasions. | SAME AS ABOVE |
| **Obj. No. C** Ms. Johnson will not withdraw from Corey in response to her perceived belief that he is withdrawing from her. | SAME AS ABOVE |

---

**GOAL No. 2**

**GOAL** MS. JOHNSON WILL LEARN TO SUPPORT COREY'S STRENGTHS AND ACCEPT HIS WEAKNESSES.

ANT. COMP. DATE 10/8

| OBJECTIVE/CLIENT TASK | METHOD/SERVICE TASK |
|---|---|
| **Obj. No. A** Ms. Johnson will demonstrate approval of Corey's athletic abilities. | Social worker will work with Ms. Johnson around giving Corey approval for what he does well an making less important those areas in which he has poor success. |
| **Obj. No. B** Ms. Johnson will de-emphasize Corey's academic abilities. | SAME AS ABOVE |
| **Obj. No.** | |

DSS-3404-F (3/81) NYC

**COMPREHENSIVE
SERVICE PLAN
FAMILY**

| CASE NAME | JOHNSON | | LOCAL DISTRICT/AGENCY USE |
|---|---|---|---|
| COMPLETED BY | LYNN POLSTEIN | DATE 4/13/84 | |

| CCRS CODE | Goal No. | GOAL | | | ANT. COMP. DATE |
|---|---|---|---|---|---|
| | 3 | MS. JOHNSON WILL ENCOURAGE COREY'S ATTEMPTS TO LEARN SKILLS SUCH AS COOKING, SHOPPING. | | | 10, |

| OBJECTIVE/CLIENT TASK | | | METHOD/SERVICE TASK | |
|---|---|---|---|---|
| CCRS CODE | Goal No. | | CCRS CODE | |
| | | | | |
| CCRS CODE | Goal No. | | CCRS CODE | |
| | | | | |
| CCRS CODE | Goal No. | | CCRS CODE | |
| | | | | |

**DESCRIBE THE FAMILY'S AND CHILD(REN)'S PARTICIPATION IN FORMULATING THE SERVICE PLAN AND, IF APPLICABLE, THE VISITATION PLAN**

Meeting held 4/12/84 with treatment team. Participants included Unit Administrator, acting as Independent Reviewer, Social Worker, Child Care Worker, Ms. Johnson and Corey.

**AGENCY CONTACT PLAN WITH NATURAL PARENTS.** Include frequency and location of planned interviews.

At least quarterly.

**CLIENT CONCURRENCE (Optional)**

I understand that all information pertaining to my case, including this Plan for Service developed by my worker and is confidential.

I have been informed of the procedures by which I may express and seek remedy for any dissatisfaction, including the opportunity for an Administrative Review and Fair Hearing.

My worker and I will review this Plan for Services on a regular basis to evaluate my progress toward my goal.

I have jointly developed this Plan for Service with my caseworker and understand its content and purpose.

| SIGNATURE OF CLIENT, Parent or Guardian | DATE | LOCAL DSS/SSC SIGNATURE | DATE |
|---|---|---|---|
| X | | X | |
| CASE PLANNER'S SIGNATURE X Lynn Polstein | DATE 4/16/84 | SUPERVISOR'S SIGNATURE X Bernice Falk (by | DATE 4/16 |