# EXHIBIT 49

PLEASANTVILLE COTTAGE SCHOOL

CURRENT ASSESSMENT

Name of Child:  COREY JOHNSON          Date of Admission (PCS):
                                                    4/26/82
School Grade:   Ungraded               Date of Adm. (PDC): 2/1/82
Nature of Place-                       Date of Conference: 8-10-84
        ment:   Voluntary

Conference Participants:

   Jerry Lefkowitz, Unit Administrator; Gordon Hilton, Child Care
Worker; Gerard Maier, Social Worker; Corey Johnson, Mrs. Johnson
did not attend the conference.

PRESENTING PROBLEM:

Corey Johnson was initially placed at Pleasantville Cottage School
due to truancy, acting out in school and at home.  An emotionally
disturbed boy with organic deficits, he was raised in an unstable
and chaotic environment.  His mother was unavailable to him, unable
to provide structure and support.  Corey's developmental history
included stuttering until age five and encopresis from age eight
to twelve.  He was left back in school in the 3rd and 4th grade.
He was placed in a special class in 1980.  He has severe learning
disabilities, has never progressed beyond the 2nd grade reading
level.  Upon admission he was seen as a depressed youngster with
soft neurological signs, was reacting to the family's chaotic situation
and to his mother's unavailability.

CURRENT FUNCTIONING:

   Child:

Corey was transferred into Cottage 7 in June.  It was felt that
this was an appropriate placement for him due to his age and the
fact that many of the boys in Cottage 7 are moving towards independent
living, a plan that seems appropriate for Corey.  He was reluctant
to make this change but had several months to work it through.
He's made the transition to the older cottage easily.  Corey is
not a management problem.  He's had no difficulty learning the
routine of the cottage, following cottage expectations.  A good
athlete, Corey enjoy's sports particularly baseball and basketball.
He's friendly with the other boys and appears to be developing a particular
friendship with Larney Hunter.  He's friendly and related to all
the cottage staff.  Corey does not draw attention to himself.
It would seem that he could become "lost" in the cottage with attention
being deferred to the more verbal or acting out boys.   Corey has
spent the summer working at the Pace Farm as part of the Youth
Employment summer program.  This is difficult manual labor.

Corey Johnson                                                      -2-

As with his previous job Corey worked in a responsible and consistent way. It is seen as a real strength for him that he is able to take the responsibility for a job and follow through with it.

School as always     is a major concern for Corey and an important part of his treatment plan. This fall he will again attend the B.O.C.E.S. Program. He will also receive Speech Therapy once a week. Corey puts a great deal of pressure on himself to do well in school. As noted, he is handicapped with severe learning disabilities. Educational goals are geared towards helping him achieve some competency with the work to enable him to gain a functional literacy. The plan is to work towards a G.E.D. diploma and vocational experience. Corey has appeared less depressed and upset with his functioning in school. The team feels that he will benefit from another year in the B.O.C.E.S. Program. Corey is also interested in taking a part-time job at Caldor's in Elmsford. Considering his learning handicaps and his competency on the job, it would seem that such a plan would be beneficial to this boy. In the fall we will investigate the possibility of combining the school and a part-time work program for him.

During the Spring, in individual and family meetings
        Corey chose to remain at Pleasantville Cottage School for another year. It is questionable that he will ever return home permanently. Visits, however, were increased to provide him with more contact in the community to enable him to function more independent in the community, (i.e. to learn how to travel and to plan for himself) and to help him to "test out the waters" regarding his home situation. Home visits have gone without incident. Corey claims he ejoys them.

Mrs. Johnson continues to be available to attend some meetings with the agency and                         plan's on having Corey returned to her. She is unable, however, to name a specific time. The treatment team does not believe that such a plan will work. Mrs. Johnson is experiencing serious problems with her youngest son Robert who has just been returned to her care from Children's Village. She describes Robert as difficult to manage in the home and acting out in the community. Children's Village has referred Robert to several day treatment programs in the community, however, Mrs. Johnson is not satisfied with these referrals and is interested in re-placing her son. She continues to deny any conflict and any ambivalence regarding Corey. However, what is currently going on with Robert can be seen as a reflection of what will happen if Corey were _ to return to her care. Our major goal in the upcomming months is to work with Mrs. Johnson on the
                        reality of the situation
possibly help     her maintain regular contact with Corey (i.e. through home visits)                              and encourage Co
move towards some type of Group Residence.

Corey Johnson                                                        -3-

In sessions Corey is related and quite verbal. He's anxious to
make a good impression and seeks approval. Early meetings have
centered on his loss and the confusion he's experienced over changing
cottages as well as having several social workers over the past
few months. He's enthusiastically discussed plans for the upcomming
school year. As noted he's interested in working off campus and
achieving a young-adult status. Corey is very comfortable with
the structure and support of Pleasantville Cottage School. Home
and family issues are presented as conflict-free. This is consistent
with the way Corey has presented his home situation since placement
with us. He's unable to express any ambivalence regarding his
unavailable though outwardly conforming mother. Corey states
that he would like to return home, however he is also considering
the possibility of a Youth Residence Center or a Group Residence.
                        problem solving, encouraging his planning
for himself and encouraging strives towards growth and individuation.
The issue of where he will go in the future and when is closely
tied to dynamics of this boy and his family. The difficulty with
denial is demonstrated by both Mrs. Johnson and her son.

History and Present Functioning
                                indicates that it would not
be in Corey's interest to return home. Mrs. Johnson has consistently
demonstrated ambivalence regarding him. The situation with Robert
indicates her difficulty in being available and also settting
limits. Both parties will need help in maintaining some separation
while continuing          contact. Living in a Group Residence
will provide the structure and a less conflictual environment
that will enable Corey to grow and develop.

CONFERENCE RECOMMENDATIONS:

1. Corey will continue in the B.O.C.E.S. Program as well as in
Speech Therapy.

2. The team will investigate the possibility of including a part-time
job in his daily activities.

3. Caseworker will focus on providing support and encouragement
to individuate.

4. As noted, the focus must be kept on the discharge planning
for this boy. In May we applied for and received an approval
for a plan of discharge to self. The treatment team considers
this the most appropriate plan for this boy. Work must be done
with Mrs. Johnson as well as Corey in accepting the concept of
Corey living in a Residence but maintaining regular contact with
his family.
        Gerard Maier:ww    D-8/31/84        T-9/4/84

                            Gerard Maier
                            Social Worker