# EXHIBIT 50

Case 3:92-cr-00068-DJN    Document 91-7    Filed 12/14/20    Page 2 of 14 PageID# 3118

DSS-3402 (3/81) NYC

| VISITATION PLAN | CASE NAME Johnson | | | CHILD'S NAME Corey Johnson | Date of Birth |
|---|---|---|---|---|---|
| | COMPLETED BY C. Aaron | | DATE 12/3/84 | SSC NUMBER: | |
| | AGENCY/DISTRICT JCCA/PCS | | | LOCAL DISTRICT/AGENCY USE | |

- Complete a Visitation Plan for each child placed or to be placed in foster care.
- Complete according to the time requirements for the Initial Service Plan and revise at each Service Plan Review.

| PERMANENCY GOAL Discharge to self | ANT. CON DATE 11/8 |
|---|---|

### 1. VISITATION SINCE LAST PLAN (If child has been in placement).

| DATE | LOCATION | PARTICIPANTS | DATE | LOCATION | PARTICIPANTS |
|---|---|---|---|---|---|
| | | | | | |
| | PLEASE SEE CALENDAR OF | | CONTACTS | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### 2. DESCRIBE QUALITY OF VISITS, highlighting positive and negative factors. If family is not meeting visitation goals, explain reasons and efforts to encourage visiting.

As of 6/84 Corey began weekly visits home. Until recently, Corey never refused visits. Within last 2 months Corey has refused 3 visits. This seems related to the fact that his younger brother, Robert has bee a behavior problem at home, and much of Mrs. Johnson's attention has be devoted to dealing with this issue (Robert will probably be placed at PDC for diagnostic assessment within the month). Corey is very attached to his mother and is in need of her support. Previous visits imply that Corey does not spend much time with his mother. The recent events with Robert, and Mrs. Johnson's decreased attention in Corey seem to ha exacerbated Corey's low self-esteem and feelings of separation.

### 3. PLAN FOR VISITATION IN NEXT PERIOD. Include name of participants, frequency and location. Explain any changes in visitation plan.

Corey will continue weekly visiting at home. Corey will be allowed to refuse visits when he feels they will be too stressful for him. His mother occasionally visits him on grounds. This contact will be encouraged.

(Use reverse if additional space is requi.

**DSS-3403-F (3/81) NYC**

**GOAL AND OBJECTIVE REVIEW FAMILY**

☐ **90 Days**   ☒ **6 Months**
☐ Change in Program Status

| CASE NAME | | LOCAL DISTRICT/AGENCY USE |
|---|---|---|
| Johnson | | |
| COMPLETED BY | DATE | |
| C. Aaron | 12/13/84 | |
| AGENCY/DISTRICT | | |
| JCCA/PCS | | |

Complete a Family Goal and Objective Review for the family of each child receiving foster care, preventive services for children, adoption or Child Protective Services at the time of the Service Plan Review. Service Plan Reviews occur as follows:
- 1st Service Plan Review 60 days from establishment of the Initial Service Plan.
- 2nd Service Plan Review 6 months from application for service for non-placement Child Protective Service case, 6 month from an indicated case determination.
- Subsequent Service Plan Reviews every 6 months thereafter.
- Change in Service Status - Prior to the status change.

LIST DATE, PLACE AND PARTICIPANTS FOR ALL FACE-TO-FACE CONTACTS WITH NATURAL FAMILY DURING REVIEW PERIOD. State Client's response to contacts with case planner, If unsatisfactory, state efforts to further involve family.

Ms. Johnson has kept all but one of the scheduled appointments which take place approximately once per month. In addition, she has attended COH meetings and conferences. Ms. Johnson has been visited at home as well. The worker assigned to this case has changed several times in the last 6 months due to several circumstances (Corey's switch to Cottage 7, health of one worker, etc.). Therefore, though Mrs. Johnson has been seen on a regular basis, work with her has lacked some continuity. As such, the following goals need to be continued since change of workers has somewhat limited work on these goals to this poin

---

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| 1 | | |

Goal: Ms. Johnson will remain consistent in her contacts with Corey despite their decision to live apart.

In working with Ms. Johnson, focus has been on helping her to recognize how important it is for Corey to feel that he is a of the family. Ms. Johnson has been able to follow through on this, including Corey in all family celebrations and occasions.

This goal should be continued, particularly in view of curren situation with Robert which has commanded much of Mrs. Johns time and attention.

---

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| 2 | | |

Goal: Ms. Johnson will learn to support Corey's strengths and accept his weaknesses.

One ongoing aim of treatment with Ms. Johnson has been to help her to see that Corey has enormous need for her approval which means that she must find areas of his functioning to praise and support. His academic deficiencies must be down-played. There seems to be some movement by Ms. Johnson to do so. Howev it remains important to help her see Corey's continued need for her acceptance-as it seems that Mrs. Johnson withdraws attention from Co: when she perceives he is "allright"-and turns attention to Robert wh is now having difficulties. This goal should be continued in order to help prevent the possibility of Corey acting out in order to gain Ms. Johnson's attention.

DSS-3403-F(3/81) NYC

**GOAL AND OBJECTIVE REVIEW FAMILY**

| CASE NAME. Johnson | | LOCAL DISTRICT/AGENCY USE |
|---|---|---|
| COMPLETED BY C. Aaron | DATE 12/3/84 | |

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| 3 | | |

CCRS CODES

Client Goal

| OBJ. | OBJ. | OBJ. |
|---|---|---|
| Serv. | Serv. | Serv. |

Goal:  Ms. Johnson will encourage Corey's attempts to learn independent living skills, such as cooking, shopping.

Ms. Johnson is both able and willing to encourage Corey's learning to function in a more independent way. Future sessions with Ms. Johnson can focus on specific skills that can be encouraged on home visits and how Ms. Johnson can help Corey to learn such skills.

---

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| | | |

CCRS CODES

Client Goal

| OBJ. | OBJ. | OBJ. |
|---|---|---|
| Serv. | Serv. | Serv. |

---

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| | | |

CCRS CODES

Client Goal

| OBJ. | OBJ. | OBJ. |
|---|---|---|
| Serv. | Serv. | Serv. |

---

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| | | |

CCRS CODES

Client Goal

| OBJ. | OBJ. | OBJ. |
|---|---|---|
| Serv. | Serv. | Serv. |

| DSS-3403-C (8/81) NYC | CASE NAME | | CHILD'S NAME | | Date of Birth |
|---|---|---|---|---|---|
| **GOAL AND OBJECTIVE REVIEW CHILD** | Johnson | | Corey Johnson | | |
| ☐ 90 Days   ☒ 6 Months | COMPLETED BY C. Aaron | DATE 12/3/84 | SSC NUMBER: | | |
| ☐ Change in Program Status | AGENCY/DISTRICT JCCA/PCS | | LOCAL DISTRICT/AGENCY USE | | |

Complete a Child Goal and Objective Review for each child receiving foster care, preventive services for children, adoption or C Protective Service at the time of the Service Plan Review. Service Plan Reviews occur as follows:

- 1st Service Plan Review - 60 days from establishment of the Initial Service Plan.
- 2nd Service Plan Review - 6 months from application for services or from an indicated case determination for non-placemer Child Protective Service cases.
- Subsequent Service Plan Reviews - every 6 months thereafter.
- Change in Service Status - prior to the status change.

**PERMANENCY GOAL PROGRESS REPORT** — Describe the effect progress in the achievement of the family's and child's goals and objectives has had on the accomplishment of this child's permanency goal.

| | YES | NO |
|---|---|---|
| **PERMANENCY GOAL CHANGED** | | X |

Goal had been changed to discharge to independent living, based on Ms. Johnson's inability to provide Corey with the emotional support and attention he needs to overcome his severely devalue self-concept. Corey is a depressed youngster and his mother's self-focus exacerbates his bad feelings and encourages his acting-out behavior to avoid these feelings. There is no extended family who can be resources for Corey.

It is currently expected that Corey will be able to be referre to a group living situation by 6/85.

For child in foster boarding home or agency operated boarding home, list date, place and participants for all face-to-face contac between child and caseworker during review period.

| Goal No. | Objective No. | Include services given and client's response to services, client progress towards meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| 1 | | Goal: Corey will continue to participate in the school's intensive remediation program. |

**CCRS CODES**

| Client Goal | | |
|---|---|---|
| OBJ. | OBJ. | OBJ. |
| Serv. | Serv. | Serv. |

Goal: Corey will continue to participate in the school's intensive remediation program.

Corey has been able to stay with his remediation program. However, he has made very minimal progress. He has begun t feel extremely discouraged by his inability to read. He thi he is "dumb" and this is beginning to influence his former good motivation. Goal to be continued.

DSS-3403-C (3/81) NYC
**GOAL AND OBJECTIVE REVIEW CHILD**

| CASE NAME | | LOCAL DISTRICT/AGENCY USE |
|---|---|---|
| Johnson | | |

| COMPLETED BY | DATE |
|---|---|
| C. Aaron | 12/3/84 |

---

**Goal No.** 2    **Objective No.**

CCRS CODES
Client Goal
OBJ. | OBJ. | OBJ.
Serv. | Serv. | Serv.

Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service.

Goal: Corey will use opportunities offered him to learn independent living skills.

Staff have been working with Corey to help him make use of opportunities to learn to function more independently. He is being encouraged to seek a part time job in the community

---

**Goal No.** 3    **Objective No.**

CCRS CODES
Client Goal
OBJ. | OBJ. | OBJ.
Serv. | Serv. | Serv.

Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service.

Goal: Corey will use treatment to resolve his fears that he will lose his mother through continued placement.

Corey is beginning to talk more freely within the treatment relationship and has come to some awareness of his conflict re: wanting independence and wanting to remain his mother's little boy.

---

**Goal No.** 4    **Objective No.**

CCRS CODES
Client Goal
OBJ. | OBJ. | OBJ.
Serv. | Serv. | Serv.

Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service.

Goal: Corey will use opportunities to prepare for discharg from PCS to a group living situation in the community.

It is expected that Corey will be discharged to a group hom by 6/85. Corey needs to begin addressing his fears about leaving PCS, and begin to prepare for a return to the community. Corey is able to discuss some of these fears and is becoming aware of the conflict he feels about going to a group home.

---

**Goal No.**    **Objective No.**

CCRS CODES
Client Goal
OBJ. | OBJ. | OBJ.
Serv. | Serv. | Serv.

Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service.

DSS-3404-F (3/81) NYC

**COMPREHENSIVE SERVICE PLAN FAMILY**

☐ 90 Days  ☒ 6 Months
☐ Change in Program Status

| CASE NAME | Johnson | | LOCAL DISTRICT/AGENCY USE |
|---|---|---|---|
| COMPLETED BY | C. Aaron | DATE 12/3/84 | |
| AGENCY/DISTRICT | | | |

| CCRS CODE | Goal No. | GOAL | ANT. COMP. DATE 6/8 |
|---|---|---|---|
| | 1 | Ms. Johnson will remain consistent in her contacts with Corey despite their decision to live apart. | |

| | | OBJECTIVE/CLIENT TASK | | | METHOD/SERVICE TASK |
|---|---|---|---|---|---|
| CCRS CODE | Obj. No. A | Ms. Johnson will encourage Corey's regular visits. | CCRS CODE | | Social worker will continue regular meetings with Ms. Johnson around issue of her continued involvement with Corey and the importance to him of feeling included as a family member. |
| CCRS CODE | Obj. No. B | Ms. Johnson will include Corey in all family celebrations and occasions. | CCRS CODE | | 'Same as above' |
| CCRS CODE | Obj. No. C | Ms. Johnson will not withdraw from Corey in response to her perceived belief that he is withdrawing from her. | CCRS CODE | | Same as above |

| CCRS CODE | Goal No. | GOAL | ANT. COMP. DATE 6/85 |
|---|---|---|---|
| | 2 | Ms. Johnson will learn to support Corey's strengths and accept his weaknesses. | |

| | | OBJECTIVE/CLIENT TASK | | | METHOD/SERVICE TASK |
|---|---|---|---|---|---|
| CCRS CODE | Obj. No. A | Ms. Johnson will demonstrate approval of Corey's athletic abilities. | CCRS CODE | | Social worker will work with Ms. Johnson around giving Corey approval for what he does well and making less important the areas in which he has poor success. |
| CCRS CODE | Obj. No. B | Ms. Johnson will de-emphasize Corey's academic ability | CCRS CODE | | Same as above |
| CCRS CODE | Obj. No. | | CCRS CODE | | |

DSS-3404-F (3/81) NYC

| COMPREHENSIVE SERVICE PLAN FAMILY | CASE NAME Johnson | | LOCAL DISTRICT/AGENCY USE |
|---|---|---|---|
| | COMPLETED BY C. Aaron | DATE 12/3/84 | |

| CCRS CODE | Goal No. | GOAL | ANT. COMP. DATE 6/85 |
|---|---|---|---|
| | 3 | Ms. Johnson will encourage Corey's efforts to learn skills such as cooking, shopping. | |

| | | OBJECTIVE/CLIENT TASK | | | METHOD/SERVICE TASK |
|---|---|---|---|---|---|
| CCRS CODE | Goal No. | | CCRS CODE | | |
| | A | Ms. Johnson will provide opportunity on visiting weekends for Corey to practice new skills. | | | Social worker will discuss wi Ms. Johnson the importance tc Corey of knowing how to manage  daily living skills. |
| CCRS CODE | Goal No. | | CCRS CODE | | |
| | | | | | |
| CCRS CODE | Goal No. | | CCRS CODE | | |
| | | | | | |

**DESCRIBE THE FAMILY'S AND CHILD(REN)'S PARTICIPATION IN FORMULATING THE SERVICE PLAN AND, IF APPLICABLE, THE VISITATION PLAN**

Meeting held 4/12/84. Participants included Unit Administrator, acting as Independent Reviewer, Social Worker, Child Care Worker, Ms. Johnson and Corey.

**AGENCY CONTACT PLAN WITH NATURAL PARENTS. Include frequency and location of planned interviews.**

At least quarterly.

**CLIENT CONCURRENCE (Optional)**

I understand that all information pertaining to my case, including this Plan for Service developed by my worker and me. is confidential.

I have been informed of the procedures by which I may express and seek remedy for any dissatisfaction, including the opportunity for an Administrative Review and Fair Hearing.

My worker and I will review this Plan for Services on a regular basis to evaluate my progress toward my goal.

I have jointly developed this Plan for Service with my caseworker and understand its content and purpose.

| SIGNATURE OF CLIENT, Parent or Guardian | DATE | LOCAL DSS/SSC SIGNATURE | DATE |
|---|---|---|---|
| X | | X | |
| CASE PLANNER'S SIGNATURE  MSW X Christine Aaron Intrn | DATE 12/12/84 | SUPERVISOR'S SIGNATURE· X _Donald Maur_ | DATE 12/12/8 |

| DSS-3049-C (9/81) NYC | CASE NAME | CHILD'S NAME |
|---|---|---|
| COMPREHENSIVE SERVICE PLAN CHILD | Johnson | Corey Johnson |

| | COMPLETED BY | DATE | SSC NUMBER: |
|---|---|---|---|
| ☐ 90 Days  ☒ 6 Months ☐ Change in Program Status | C. Aaron | 12/3/84 | ▮▮▮▮▮▮ |
| | AGENCY/DISTRICT  JCCA/PCS | | LOCAL DISTRICT/AGENCY USE |

| CCRS CODE | PERMANENCY GOAL | ANT. COMP. DATE |
|---|---|---|
| ▨ | Discharge to self | 11/8? |

| CCRS CODE | GOAL NO. | GOAL | ANT. COMP. DATE |
|---|---|---|---|
| ▨ | 1 | Corey will continue to participate in the intensive remediation program. | 6/85 |

| CCRS CODE | OBJ. NO. | OBJECTIVE/CLIENT TASK | CCRS CODE | METHOD/SERVICE TASK |
|---|---|---|---|---|
| ▨ | A | Corey will continue to attend remedial classes despite his upset over poor progress. | ▨ | Teacher will encourage Corey to keep working and help him to understand that his difficulties do not reflect upon his intelligence. |
| ▨ | B | Corey will discuss his learning disability in treatment. | ▨ | Social worker will work with Corey towards understanding the implicati of his learning disability. |
| ▨ | | | ▨ | |

| CCRS CODE | GOAL NO. | GOAL | ANT. COMP. DATE |
|---|---|---|---|
| ▨ | 2 | Corey will use opportunities offered him to learn independent living skills. | 6/8 |

| CCRS CODE | OBJ. NO. | OBJECTIVE/CLIENT TASK | CCRS CODE | METHOD/SERVICE TASK |
|---|---|---|---|---|
| ▨ | A | Corey will explore the possibilities of an off campus job. | ▨ | A cottage parent will help Corey read ads and apply for a j |
| ▨ | B | Corey will learn how to handle money so that he can shop for himself. | ▨ | Teacher will help Corey learn enough simple arithmetic th he will be able to figure out correct change. |
| ▨ | | | ▨ | |

SERVICE PLAN — CHILD | COMPLETED BY Johnson | DATE 12/3/84 | SSC NUMBER:

| CCRS CODE | Goal No. | GOAL | ANT. COMP DATE 6/8 |
|---|---|---|---|
| | 4 | Corey will use opportunities to prepare for discharge from PCS to a group living situation in the community. | |

| CCRS CODE | Goal No. | OBJECTIVE/CLIENT TASK | CCRS CODE | METHOD/SERVICE TASK |
|---|---|---|---|---|
| | A | Corey will discuss discharge plans for a group home in treatment. | | Social worker will work with Corey towards understanding his feelings about discharge. |
| | B | Corey will visit several group homes. | | Social worker will arrange for Corey to see several group livi situation. |
| | | | | |

DESCRIBE THE FAMILY'S AND CHILD(REN)'S PARTICIPATION IN FORMULATING THE SERVICE PLAN AND, IF APPLICABLE, TH ISITATION PLAN.

BRIEFLY DESCRIBE ANY COURT INVOLVEMENT in this case and indicate services which are being provided pursuant to a remand or co order.

For Child in Foster Boarding Home or Agency Operated Boarding Home, DESCRIBE THE AGENCY PLAN OF CONTACT BETWEEN THE WORKER AND CHILD IN NEXT PERIOD. INCLUDE FREQUENCY AND LOCATION.

CLIENT CONCURRENCE (Optional)

I understand that all information pertaining to my case, including this Plan for Service developed by my worker and r is confidential.

I have been informed of the procedures by which I may express and seek remedy for any dissatisfaction, including th opportunity for an Administrative Review and Fair Hearing.

My worker and I will review this Plan for Services on a regular basis to evaluate my progress toward my goal.

I have jointly developed this Plan for Service with my caseworker and understand its content and purpose.

| SIGNATURE OF CLIENT, Parent or Guardian X | DATE | LOCAL DSS/SSC SIGNATURE X | DATE |
|---|---|---|---|
| CASE PLANNER'S SIGNATURE  MSW X Christine d Aaron Intern | DATE 12-12-84 | SUPERVISOR'S SIGNATURE X | DATE 10 |

| REASSESSMENT SUMMARY | CASE NAME Johnson | | | |
|---|---|---|---|---|
| | COMPLETED BY C. Aaron | | DATE 12/3/84 | |
| | AGENCY/DISTRICT JCCA/PCS | | | |

4 / 26 / 82   DATE FAMILY BEGAN TO RECEIVE SERVICES FROM YOUR AGENCY

| Yes | No | |
|---|---|---|
| X | | A. This Reassessment Summary is being completed as part of a Service Plan Review. |

UPDATE changes, that have occurred since the last assessment summary, by answering each checklist item. The items on the checklist correspond to sections 1 through 8 of this form.

| Yes | No | |
|---|---|---|
| ☐ | ☒ | Has there been a change in the level of risk to the child if he/she returns home or remains at home? (If yes complete question 1.) |
| ☐ | ☒ | Has there been a change in the family's ability to benefit from the provision of preventive services? (If yes complete question 2.) |
| ☐ | ☒ | Has there been a change in service needs? ( If yes complete question 3.) |
| ☐ | ☒ | Has there been a change in program choice? (If yes complete Sect. B & questions 1 - 8.) |
| ☐ | ☒ | Has there been a change in the factors justifying placement and or preventive services? (If yes complete question 5. |
| ☐ | ☒ | Has there been a change in the child's location? (If yes complete question 6. |
| ☐ | ☒ | Has this child been transfered to a more restrictive placement? (If yes complete Sect. B & questions 1 - 8.) |
| ☐ | ☒ | Has this child been in placement for 18 months or more and his/her permanency goal is return to home? (If yes complete question 8.) |

| Yes | No | |
|---|---|---|
| | x | B. This Reassessment Summary is being completed as the result of a PROGRAM STATUS change and requires the completion of the checklist below. For any change indicated in Section B, complete sections 1 through 8 of this form. |

☐ Case Closing                                    ☐ Change in Permanency Goal

☐ Change in Level of Foster Care

☐ Change in Program choice

- Preventive Non-mandated
- Preventive Mandated
- Placement/Preventive Mandated
- Placement/Preventive Non-mandated
- Placement
- Child Protective Non-placement

☐ Movement Between Agencies or District

1. CONSIDERING IDENTIFIED PROBLEMS AND ASSETS, EVALUATE THE RISK TO THE CHILD IF SHE/HE RETURNS HOME, OR REMAINS AT HOME. Evaluate the areas of parental functioning or child's behavior which limit the family's ability to provide a safe and supportive environment for the child.

Corey is an emotionally deprived, learning disabled boy with severely impaired self-concept. Without the support and structure he receives in residential treatment, he resorts to anti-social activity to avoid feelings of depression and lack of self-worth.

2. ASSESS THE FAMILY'S ABILITY TO BENEFIT FROM THE PROVISION OF FAMILY SUPPORT SERVICES AND TO MAINTAIN THE CHILD IN THE HOME.

Support services would not enable Ms. Johnson to provide the emotional support and acceptance Corey needs.

**REASSESSMENT SUMMARY**

| COMPLETED BY | DATE |
|---|---|
| C. Aaron | 12/3/84 |

3. Complete the following service needs information:

| A. NAME OF PERSON(S) NEEDING SERVICE | B. CCRS CODE | SERVICE NEEDS | C. CCRS CODE | AVAILABLE/ ACCEPTED* | D. PRIMARY/SECONDA SERVICE NEED |
|---|---|---|---|---|---|
| Corey Johnson | | 12 Special Ed. | | C . Provided | |
| | | 9 Remedial Ed. | | C " | |
| | | 14 Recreation | | C " | |
| | | 24 Medical/Dental | | C | |
| | | 30 Casework Counseling | | C " | |
| | | 29 Psychol/Psych. | | C " | |
| | | 42 Instit. | | C " | |
| | | 16 Family Planning | | C " | |
| Ms. Johnson | | 30 Casework Counseling | | C " | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* A. NOT AVAILABLE - The required service is currently not being delivered to other clients in your service community.
B. REFUSED - the client has not agreed to participate in the needed service.
C. PLANNED - provision of the needed service is being planned; specific arrangements are being made or services are currently being provided.
D. PLANNED, AWAITING OPENING - the needed service is available, but currently there are no openings for this client.

| 4. Based on the assessment of Problems, Assets and Service Needs, indicate which of the following Program Choices is most appropriate for the child-(ren) in this case. | Program Choice CCRS code | NAME OF CHILD IN NEED OF SERVICE |
|---|---|---|
| | E | Corey Johnson |
| A. PREVENTIVE SERVICES (non-mandated): Preventive Services are needed by this child and family. In their absence out-of-home placement would NOT be necessary within the next 60 days. Placement may be necessary for the child in the future. | F | ROBERT JOHNSON |
| B. PREVENTIVE SERVICES (mandated): Preventive Services are needed by this child and family. In their absence out-of-home placement would be necessary for the child within the next 60 days. | | |
| C. PLACEMENT/PREVENTIVE (mandated): This child is currently in placement. The provision of preventive services will enable him or her to return home within the next 90 days. | | |
| D. PLACEMENT/PREVENTIVE (non-mandated): This child is currently in placement. Preventive Services are also needed. However, these services will NOT enable the client to return home within the next 90 days. | | |
| E. PLACEMENT SERVICES: Out-of-home placement is needed for this child within the next 60 days. Also include children surrendered for adoption. | | |
| F. CHILD PROTECTIVE SERVICES (non-placement): Community based services are needed which are not preventive in nature. | | |

DSS-3407-S(3/81) NYC

| REASSESSMENT SUMMARY | CASE NAME Johnson | | LOCAL DISTRICT/AGENCY USE |
|---|---|---|---|
| | COMPLETED BY C. Aaron | DATE 12/3/84 | |

5. For each child whose program choice is Preventive Services (mandated), Placement/Preventive (non-mandated or mandated) or Placement Servi (see question 4, B,C,D and E) check the factors which describe the reason(s) why placement services and/or preventive services are needed.

| | | | | CHILD'S NAME | FACTORS |
|---|---|---|---|---|---|
| **1.** | | | | Corey Johnson | |
| | **2.** | | | ROBERT JOHNSON | |
| | | **3.** | | | |
| (✓) | (✓) | (✓) | **4.** (✓) | | Check all that apply. |
| | | | | A. Caretaker expresses unwillingness to maintain the child in the home. | |
| | | | | B. Parent(s) have voluntarily surrendered the child for adoption. | |
| | | | | C. Child has been adjudged neglected in a Family Court proceeding. | |
| | | | | D. Child has been adjudged abused in a Family Court proceeding. | |
| | | | | E. Alleged abuse or neglect by parent or caretaker, in the caseworker's judgement, places the chil imminent danger of serious physical or emotional harm. | |
| | | | | F. Child has been placed in the custody of the Commissioner of Social Services under Article 7 or 10 of Family Court Act and foster care placement has been recommended or ordered by the court. | |
| | | | | G. Parents or caretakers are unavailable due to arrest, detainment, imprisonment, or other situation volving the law. | |
| | | | | H. Parents or caretakers are temporarily unable to maintain the child at home due to a housing or fina emergency, acute physical illness, or other emergency situation. | |
| | | | | I. Parents or caretakers are incapable of providing proper care due to chronic or permanent condit such as diagnosed mental illness, diagnosed developmental disability, alcohol or drug abuse, phy disability or illness or other comparable condition. | |
| x | X | | | J. Continuous, serious conflict between parent and child. | |
| | | | | K. Parents are dead or missing. | |
| | | | | L. Child's behavior presents a serious danger to other people or to the child's own well being. | |
| | | | | M. Child's behavior results in damage to property or a criminal act related to property. | |
| x | X | | | N. Child's behavior, although not dangerous, results in severe management problems and constant d tion of group activities in at least two of the following three settings: home, school, and commu | |
| | | | | O. Child's behavior caused by a serious emotional, physical or development disability is characteriz severe deficits in adaptive behavior. | |
| | | | | P. Other, describe: | |

*(use additional sheets as n*

DSS-3407-S(3/81) NYC

## REASSESSMENT SUMMARY

| CASE NAME | LOCAL DISTRICT/AGENCY USE |
|---|---|
| Johnson | |

| COMPLETED BY | DATE |
|---|---|
| C. Aaron | 12/3/84 |

**6A. IF INITIAL OR SUBSEQUENT PLACEMENT IS OUT OF PARENTS' COUNTY/BOROUGH OR RESIDENCE, EXPLAIN REASON.**

Child placed out-of-borough because there are no appropriate residential treatment facilities in child's borough.

**B. IF INITIAL OR SUBSEQUENT PLACEMENT DOES NOT MEET THE PARENT(S)' EXPRESSED RELIGIOUS PREFERENCE, PLEASE EXPLAIN.**

Child has weekly religious instruction

**C. IF THE CHILD'S PHYSICAL LOCATION HAS CHANGED SINCE LAST REVIEW, EXPLAIN EACH CHANGE.**

**7. IF THE CHILD HAS BEEN TRANSFERRED TO A MORE RESTRICTIVE PLACEMENT, state why previous placement could not be continued with additional services.**

**8. Answer question 8 for all children whose PERMANENCY GOAL IS DISCHARGE TO PARENT(S) OR GUARDIAN(S) AND WHO HAVE BEEN IN PLACEMENT 18 MONTHS OR MORE.**

A. Is discharge planned within the next 6 months?      ☐ Yes      ☐ No

B. If **No**, what specific barriers prevent this course of action, and explain what alternatives to the original Comprehensive Service Plan are being considered, or have been tried to achieve discharge to parent(s) or legal guardian(s).

| CASE PLANNER'S SIGNATURE | DATE | LOCAL DSS/SSC SIGNATURE | DATE |
|---|---|---|---|
| X Christine Aaron msw Intern | 12/12/84 | X | |
| | | SUPERVISOR'S SIGNATURE | DATE |
| | | X | 12/10 |