# EXHIBIT 51

PLEASANTVILLE COTTAGE SCHOOL

Name of Child:  COREY JOHNSON          Date Tested: 3/15/85
Date of Birth: ▮▮▮▮▮▮▮              By:  Kenneth Barish, Ph.D.
Date of (PCS) Adm: _____          Social Worker: Christine Aar[c]

### PSYCHOLOGICAL EVALUATION

#### Referral:

Corey was referred for re-evaluation to assess his current cognitive
and emotional functioning.  Corey was last tested in March 1983, by
this examiner, and in February 1982 at Pleasantville Diagnostic
Center.  These evaluations reveal severe learning disabilities in
Reading, Spelling and Arithmetic, associated with impairment of
attention and concentration, visual-spatial skills and specific
language deficits; significant depressive tendencies were also
noted.

#### Tests Administered:

WISC-R
Rorschach
TAT

#### Test Findings:

On the WISC-R Corey achieved a Verbal I.Q. of 68-70 (Mentally De-
ficient-Borderline range), a Performance I.Q. of 78-81 (Borderline-
Low Average range), and a Full Scale I.Q. of 69-74 (Deficient-Border-
line range).   Subtest scaled scores are presented below:

| | | | |
|---|---|---|---|
| Information | 4 | Picture Completion | 8(9) |
| Similarities | 5(6) | Picture Arrangement | 9 |
| Arithmetic | 6(7) | Block Design | 1(5) |
| Vocabulary | 5 | Object Assembly | 5(6) |
| Comprehension | 4 | Coding | 6 |
| (Digit Span | 6) | | |

(Alternate scores reflect improvement in performance with addition-
al time and/or assistance from the examiner.)

These scores reflect a significant decline in both Verbal and Per-
formance I.Q. since Corey was tested in 1982.  At that time a Ver-
bal I.Q. of 85, a Performance I.Q. of 93 and a Full Scale I.Q. of
88 were reported.  There is also some difference in a pattern of
subtest scores.  Corey achieved significantly lower scores on the
current testing on both the Comprehension and Object Assembly sub-
tests.  This decline in I.Q. scores is difficult to account for.
However, several factors may be involved.  The current scores
may reflect in part, the increasing demands that the tasks pre-
sented as well as Corey's failure to learn at an expected pace.

Corey Johnson                                                                    -2-

They also undoubtedly reflect the effects of Corey's severe dis-
couragement and depression with respect to cognitive tasks. For
example, with minimal assistance, Corey was able to improve his
performance considerably in many instances. This was evident on
the Similarities, Arithmetic, Block Design and Object Assembly sub-
tests. Corey's very deficient score on the Block Design subtest
is the result of several rotations of designs that he easily cor-
rected when his error was pointed out to him. These scores, should,
therefore, not be taken as an indication of Corey's intellectual
potential. Corey's intellectual difficulties remain clearly evident,
however, and my recommendation now, even more strongly than two years
ago, is that Corey needs a highly vocationally oriented school pro-
gram. Some efforts should be made to help Corey achieve a level
of literacy that will enable him to function in the working world,
however, Corey is unlikely to improve significantly in this area.

## Personality Functioning:

Personality assessment reveals a thoughtful, highly reflective, but
affectively constricted adolescent. Corey expends considerable
energy in his efforts to suppress anger. He appears vulnerable to
periods of depression and frustration. There is also evidence of
feelings of aloneness and a desire for help, that is not being
heard. Several responses suggest that Corey feels that he is not
being listened to.

Corey's test responses also reveal an effort toward maturity that
is particularly impressive, considering his severe learning dis-
abilities. Corey's TAT stories reveal, for example, an awareness
that life has trials and tribulations that must be coped with and
an acceptance of the reality that life is sometimes painful, for
example, that there are painful separations. Corey's stories empha-
size his concerns regarding the future and his constructive and
mature goals. For example, he tells a story about a young man
"wondering if he's going to have a job and a nice life, maybe some
kids and a wife to support and help him move on in life." This
effort towards maturity is at the cost of a constriction of Corey's
emotional life, particularly a suppression of anger and rebellious-
ness and an overly compliant attitude towards authority. Corey
also tends towards extremes of either/or, good/bad in his thinking
about himself and his life. Corey could benefit from greater ac-
knowledgement and acceptance of his anger, integrating anger into
his identity along with a less narrow definition of maturity.

## Recommendations:

As indicated earlier, Corey needs a vocational school program with
some remediation in literacy skill. He could also benefit from
counselling and supportive psychotherapy both in regard to prob-
lems of self-esteem related to his learning disabilities and also
supporting and broadening his efforts to become a mature adult.

Kenneth Barish, Ph.D.:ww  D-4/15/85      T-4/15/85


Kenneth Barish, Ph.D.
Psychologist