# EXHIBIT 53

**BOARD OF EDUCATION OF THE CITY OF NEW YORK**
110 LIVINGSTON STREET, BROOKLYN, N.Y. 11201
DIVISION OF SPECIAL EDUCATION

Page No. _____

OSIS # _____

DATA BANK # _____

DATE OF PHASE I CONFERENCE _7/1/85_

## INDIVIDUALIZED EDUCATION PROGRAM — PHASE I

Student's Name (last) _Johnson_   (first) _Corey_   ▮▮▮▮ Sex _M_

Address _640 Riverside Drive_ *  Apt _____

_New York, N.Y._   Zip Code _10031_ Home District _____

Name of Parent/Guardian _Mrs. Emma Johnson_

Language of notices and conferences _English_

Home Phone _(212) 281-0884_   Business Phone _____

Language(s) student speaks _English_

Special Alerts _Corey needs a Speech & Language Evaluation to determine if he can receive Speech therapy_

### RECOMMENDATIONS

Classification _Learning Disabled_

Program(s) (e.g., special class, related services, etc.) _MIS I (Vocational)_

Service Category (Specify language if service is bilingual e.g., bilingual counseling - Spanish) _Counseling_

Resource Room:   Days per week _____   Periods per day _____

Class Size and Staffing _____   Projected Date of Initiation of Service _____

### RELATED SERVICES RECOMMENDED BY SBST/COH (If none, so indicate)

| Services(s) Recommended | Sessions Per Week | Minutes Per Session | Maximum Group Size |
|---|---|---|---|
| on site counseling | 1 | 30 | 3:1 |

**TRANSPORTATION REQUIRED** (Check if required)

☐ Special transportation—Specify:

\* _child is residing at Pleasantville Cottage School Pleasantville, N.Y. 10570_

9/83

COPY 1-COMMITTEE ON THE HANDICAPPED

**Page No. 2**

OSIS # _____

Student's Name _Corey Johnson_

Date of Phase I Conference _7/1/85_

**REGULAR CLASS SCHEDULING** (If none, so indicate. If High School indicate Fall or Spring semester.)

Area/Subject                                                                                    Periods Per Day/Days Per Week

physical education,
~~Mathematics~~
lunch, assembly,

Physical Education, Lunch, Assembly (delete if not applicable)

**TESTING CATEGORY** (Category <u>must</u> be indicated)

| Category (circle one) | Testing Modifications (if category B) |
|---|---|
| A. Participates in all city and state testing<br>(B) Participates in all city and state testing with modifications<br>C. Excluded from citywide testing program*<br><br>*(H.S. students will not earn a diploma if in this category) | – small group setting (for testing at his level)<br>– time extended |

**SPECIALIZED EQUIPMENT/ADAPTIVE DEVICES** (If none, so indicate)

| OTHER PROGRAMS/SERVICE CATEGORIES CONSIDERED<br>List other programs/ service categories considered in selecting least restrictive environment<br><br>SIE II or<br>O.T.C. | Indicate the reasons these options were rejected.<br><br>Corey's intellectual functioning was too high for O.T.C. + he needs more vocational training than SIE II can offer! |
|---|---|

**Participants in Phase I Conference** EPC/COH Review
7/1/85

Relationship/Title                                   Signatures

R. Kramu - School Psychologist
B. Penna Ed. Eval.
S. m'elain Bl. Social Worker

Was a translator present?   Yes ☐   No ☒

Projected Date of Annual Review _3/86_          Projected Date of Triennial Re-evaluation _3/88_

9/83

COPY 1-COMMITTEE ON THE HANDICAPPED

Page No. 3

## INDIVIDUALIZED EDUCATION PROGRAM — PHASE I

OSIS # _____

Name of Student  Corey Johnson

Date of Phase I Conference  7/1/85

**ACADEMIC/EDUCATION ACHIEVEMENT AND LEARNING RATE** (e.g., intellectual/cognitive functioning, reading, mathematics, expressive language, receptive language, written language, speech, self help, occupational education, vocational education) (Attach as many pages as necessary.)

| Date Admin. | Area and Type of Instrument Used | Test Scores/ Results | Functional Description of Performance (include strengths and weaknesses) | Annual Goal Number | Annual Goals (Include all areas for which special education is indicated.) |
|---|---|---|---|---|---|
| 6/11/85 | Reading Brigance - Comp. Gray Oral Reading Comprehension | 40% at 3rd grade level 75% at 2nd + 3rd grade | Corey is reading below grade level expectancy. | ① | To learn to read to at the very least acquire more functional literacy. |
| | Sight Vocabulary WRAT | GE = 3.7 | | ①A | To improve sight vocabulary. |
| | Arithmetic WRAT | GE = 3.4 | Math skills are below grade level expectancy. | ② | To improve arithmetic skills in basic areas of addition, subtraction, multiplication, division, time, money + measurement + word problems. |
| | Vocational woodworking | Most Satisfactory | progress reported in area of woodworking on all school reports | ③ | To continue to learn a vocational skill, such as woodworking + further develop the work ethic. |

9/83

COPY 1-COMMITTEE ON THE HANDICAPPED

Page No. 3

## INDIVIDUALIZED EDUCATION PROGRAM — PHASE I

OSIS # _____

Name of Student _Corey Johnson_ EPC/COH Review

Date of Phase I Conference _7-1-85_

### ACADEMIC/EDUCATION ACHIEVEMENT AND LEARNING RATE (e.g., intellectual/cognitive functioning, reading, mathematics, expressive language, receptive language, written language, speech, self help, occupational education, vocational education) (Attach as many pages as necessary.)

| Date Admin. | Area and Type of Instrument Used | Test Scores/ Results | Functional Description of Performance (include strengths and weaknesses) | Annual Goal Number | Annual Goals (Include all areas for which special education is indicated.) |
|---|---|---|---|---|---|
| 3/15/85 | WISC-R | Verbal IQ = Borderline | Corey has a very low fund of general information | (4) | Corey will learn to incorporate facts from the world around him into academics |
| | | | Corey's verbal comprehension and reasoning are poor | (5) | Corey will improve his verbal comprehension and reasoning |
| | | | Corey's specific word knowledge is far below average | | |
| | | | Corey's arithmetic reasoning skills are better than verbal skills but still below age level. | (6) | Corey will be able to perform mathematic skills necessary to daily living |
| | | Performance IQ = Low average | Corey has good sequential reasoning with non-verbal materials | (7) | Corey will improve his ability to pay attention to visual cues and details |
| | | Full Scale IQ = Borderline | Corey's serious visual motor deficits interfere with perceptual organization | (8) | Corey will learn problem solving strategies i.e. trial and error- recognizing an error and correcting it |

9/83

COPY 1-COMMITTEE ON THE HANDICAPPED

Page No. 4

## INDIVIDUALIZED EDUCATION PROGRAM — PHASE I

OSIS # _____

Name of Student _Corey Johnson_

EPC/COHREVIEW

Date of Phase I Conference _7-1-75_

| Date Admin. | Area and Type of Instrument Used | Test Scores/ Results | Functional Description of Performance (include strengths and weaknesses) | Annual Goal Number | Annual Goals (Include all areas ior which special education is indicated.) |
|---|---|---|---|---|---|
| **SOCIAL DEVELOPMENT** (e.g., peer relationships, adult relationships, response to learning situations, self help, self concept) (Attach as many pages as necessary) | | | | | |
| 3/15/85 | Projective Testing. | Peer relationships | Corey has developed positive and appropriate interpersonal relationships. | (9) | Corey will continue to take a positive leadership role. |
| | | Response to learning. | Corey responded very well to carpentry. He is too frustrated by academics | (10) | Corey will be allowed to develop vocational skills |
| | | Self-concept | Corey expends a great deal of energy to suppress anger. Prone to depression | (11) | Corey will learn to appropriately express his anger and not turn it inward. |
| **PHYSICAL DEVELOPMENT** (e.g., vision, hearing, health/vitality, mobility, manual dexterity, manipulative skills, Adaptive Physical Education) (Attach as many pages as necessary) | | | | | |
| 3/15/85 | Block Design | Serious organic deficits | Corey rotated several designs. | (12) | Corey will learn to recognize his errors and then correct them |
| | | | | | |
| | | | | | |
| | | | | | |

**MANAGEMENT NEEDS** Human and material resources necessary to assist the student in attaining program goals as stated in Academic, Social, and Physical Development.

Systematic Small structured class to learn academic and vocational training/employment experiences.

COPY 1-COMMITTEE ON THE HANDICAPPED

9/83

Page No. 4

## INDIVIDUALIZED EDUCATION PROGRAM — PHASE I

OSIS # _____

Name of Student _Corey Johnson_

Date of Phase I Conference _7/1/85_

| Date Admin. | Area and Type of Instrument Used | Test Scores/ Results | Functional Description of Performance (include strengths and weaknesses) | Annual Goal Number | Annual Goals (Include all areas for which special education is indicated.) |
|---|---|---|---|---|---|
| SOCIAL DEVELOPMENT (e.g., peer relationships, adult relationships, response to learning situations, self help, self concept) (Attach as many pages as necessary) | | | | | |
| 3/19/85 | Parent ant. Done by C. Aaron. Renewed by G. Millán | Corey is a 16,8 years old boy currently residing at Pleasantville Cottage School because of truancy and acting out behavior in school & home. The Johnson family consists of Mrs Emma Johnson (mother) Corey and a 14 year old half brother. Corey visits home twice a month. Corey severely learning disable and as a result he has a low self esteem. He requires much support and reassurance. One of Corey' strengths is his ability to interact with others. | | |
| PHYSICAL DEVELOPMENT (e.g., vision, hearing, health/vitality, mobility, manual dexterity, manipulative skills, Adaptive Physical Education) (Attach as many pages as necessary) | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

MANAGEMENT NEEDS Human and material resources necessary to assist the student in attaining program goals as stated in Academic, Social, and Physical Development.

COPY 1-COMMITTEE ON THE HANDICAPPED

9/83

# NAME Johnson, Corey        DOB:

CLASSIFICATION _Learning Disabled_   REC. PROG. _MIS I - Vocational_   STAFF. RATIO _12:1_

MAINSTREAMING: YES _✓_ NO ___ SUBJECT AREAS _Phys. Ed.; Lunch; Assembly_

READING: TESTING _3.5_        MATH: TESTING _3.4_

FUNCTIONAL ___ (Teach. Est.)       FUNCTIONAL ___ (Teach. Est.)

| | Below | Average | Above | | | Yes | No |
|---|---|---|---|---|---|---|---|
| LANGUAGE: RECEPTIVE | ✓ | | | BEHAVIOR NEEDS | | | ✓ |
| EXPRESSIVE | ✓ | | | WITHDRAWN | | | ✓ |
| ORAL | ✓ | | | AGGRESSIVE | | | ✓ |
| WRITTEN | ✓ | | | DISTRACTIBLE | | | |
| FINE MOTOR SKILLS | ✓ | | | | | | |
| GROSS MOTOR SKILLS | | ✓ | | | | | |
| MOTOR | ✓ | | | | | | |

COMMENTS: _Corey assumes leadership role appropriately. Controls anger_

STUDENT PROFILE

TEACHING STRATEGIES: (e.g. multi-modality, multi-sensory approaches) _Multi-modality - Vocational skills_

MEDICAL ALERTS: _None_

SPECIAL NEEDS: (health aide, toileting, adaptive devices, etc.) _None_

TRANSPORTATION: REQUIRES OPT BUSING ___ TRAVEL TRAINER _✓_ TRAVELS INDEPENDENTLY ___
LIFT BUS

COMMENTS: _Corey needs travel training until he is familiar with route and new neighborhood._