**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 3:92CR68 (DJN)** |
| | : | **CAPITAL CASE** |
| **COREY JOHNSON,** | : | **Execution Scheduled for** |
| | : | **January 14, 2021** |
| Defendant. | : | |

**NOTICE OF SUBMISSION OF EXHIBITS (SUBMISSION 6 OF 8)**

Corey Johnson hereby gives notice of the submission of Exhibits 55-70 as attachments to

his Motion Pursuant to 28 U.S.C. § 2255 Raising Claim of Ineligibility To Be Executed Under

18 U.S.C. § 3596(c). This is the sixth submission of eight.


Dated: December 14, 2020           Respectfully submitted,

                                   /s/ David E. Carney
                                   David E. Carney, VA Bar #: 43914
                                   Donald P. Salzman (Admitted Pro Hac Vice)
                                   Skadden, Arps, Slate, Meagher & Flom, LLP
                                   1440 New York Avenue, NW
                                   Washington, DC 20005
                                   Telephone: (202) 371-7246
                                   Fax: (202) 661-8295
                                   Email: david.carney@skadden.com

                                   *Counsel for Corey Johnson*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2020, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will then send notification of such filing to all

parties and counsel included on the Court's Electronic Mail notice list.

/s/ David E. Carney
David E. Carney, VA Bar #: 43914
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295
Email: david.carney@skadden.com
