# EXHIBIT 55

DSS-3627 R(12/84)

## UCR REASSESSMENT AND SERVICE PLAN REVIEW
### 6 Month

| CASE NAME | CASE NUMBER | COMPLETED BY | UNIT/WORKER NUMBER |
|---|---|---|---|
| Johnson | S 4766716 | Odette Noble | 908-5 |

| AGENCY/DISTRICT | PLAN DATE |
|---|---|
| JCCA-NYC | 6/28/86 |

**GENERAL INSTRUCTIONS:**

This form is to be completed 6 months from Day 1 (CID) and every 6 months thereafter (refer to Section VII of the UCR Desk Aid)

**Bold type following questions indicate Utilization Review Regulatory Reminders.**

1. REASSESSMENT

Write a narrative reassessment which describes changes in family situation and summarizes family's current functioning. *If a Foster Care Placement* describe adjustment to foster care of any child in placement. *For Protective Services Cases* reassess the family's ability to protect and potential to harm the child. Conclude with a statement which provides the most significant service priorities and (re)evaluate the family's ability to benefit from these services. **Continuing Necessity for Placement or Mandated Preventive Services; Risk of Foster Care; Ability to Benefit from Services.**

Mrs. Johnson continues to be elusive and impossible to engage. On 12/16/85 she kept an appointment, and I spoke with her about the importance of keeping regular appointments and letting us know who she is, and what her concerns for Corey are. She didn't understand why we needed to know anything about her, but she did agree to keep appointments. I have not seen her since or had any contact with her; although, she did sign and return a consent for Corey to have oral surgery.

At the beginning of March '86 Corey learned that she was arrested and was in jail in New Jersey. He told his houseparent who informed me, and then Corey and I discussed it. I haven't heard from her or any other family member. Corey states he doesn't believe his mother is guilty, and that she was framed. He acknowledged it had something to do with the use of Credit Cards. I suspect Corey knows the truth, but is keeping it from us. He visited family in the home at xmas, and returned with extremely expensive leather goods. He was defensive when we discussed this with him, and said he got them from his relatives. Corey has talked with his mom in jail, but he states he doesn't want to visit her.

Corey's brother has returned from the South. I don't think he is attending school. Corey doesn't like to discuss his brother. When I've encouraged him to have the brother visit the residence he has shrugged it off.

Corey continues to use our services well, and expresses satisfaction about being in placement. It wouldn't seem that there is another constructive place for him to live.

(Reassessment)

DSS-3627 (12/84)

| CASE NAME | CASE NUMBER |
|---|---|
| Johnson | S  4766716 |

## 2. CASEWORK CONTACTS

Summarize the nature of the interaction between the participants during the casework contacts. Indicate any barriers to such contacts and steps planned or taken to overcome those barriers. Include in the summary the frequency and location of the contacts. (If the Casework Contact Grid is completed, it is not necessary to include the frequency and location of contacts in the summary.) **Required Casework Contacts with Child, Child's Caretaker, Parents and In-Home Contacts.**

Corey is seen for weekly casework sessions. He has put up some resistence to appointments both verbally and by not keeping appointments. He also attends biweekly group meetings with caseworker houseparents and other boys. His attitude towards group is often negative, but he never misses.

Treatment Team Staff including GHD Director, Psychiatrist, Child Care Coordinator, Nurse, Houseparents and Caseworker meet on a biweekly basis.

Mother has resisted involvement (See Section 1).

## 3. COURT INVOLVEMENT

a) Has there been any court related or legal activity since the last Plan?

☐ Yes     ☒ No

If Yes, complete the following:*

| Date Of Event | Court | Event (Petition filed, hearing held, referral) | Type (ex. Neglect, Abuse JD, PINS, criminal court, etc.) | Child(ren) Involved | Outcome (Adjudication, Disposition, Court Orders, other) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

*For cases tracked in CCRS encode appropriate legal activities on Services Activity Log.

(Reassessment)

DSS-3627-3 (12/84)

| CASE NAME | CASE NUMBER |
|---|---|
| Johnson | S  4766716 |

3. b) What effect did the legal activity have on the plan and the child's Permanency Planning Goal?

4. PROGRAM CHOICE AND PERMANENCY PLANNING GOAL

a) List the names of each child for whom services are authorized and identify the program choice(s), permanency planning goal (PPG) and the anticipated completion date(ACD) for the PPG.

| CHILD'S NAME | PROGRAM CHOICE* (Choose all that apply) | PPG*ACD* | | | CHILD'S NAME | PROGRAM CHOICE* (Choose all that apply) | PPG*ACD* | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Goal | Mo. | Yr. | | | Goal | Mo. | Yr. |
| Corey | C | 03 | 11 | 89 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

PROGRAM CHOICE CODES

A Preventive Non-Mandated
B Preventive Mandated
C Placement
D Protective

PERMANENCY PLANNING GOALS

01 Discharge to Parents
02 Discharge to Primary Resource Person(s)/Relative(s)
03 Discharge to Independent Living
04 Discharge to Adoption
05 Discharge to Adult Residential Care

06 Prevent Placement
07 Prevent Return to Placement
10 Independent Living -Unaccompanied Refugee Only
11 Protect Child (No PPG for CCRS)

b) If there has been a change in PPG since the previous plan, explain the reason.

*For cases tracked in CCRS encode the Program Choice, Reasons, PPG and Anticipated Completion Date on Assessment Plan Grid (turnaround).

(Reassessment)

DSS-3627-4(12/84)

| CASE NAME | CASE NUMBER |
|---|---|
| Johnson | S   4766716 |

**5. PERMANENCY PROGRESS** (for Placement Cases only)

Check (✓) each question "YES" or "NO." If "YES" Is checked then give the requested Information In the space provided. List the children Involved In the righthand column.

| YES | NO | | WHICH CHILD |
|---|---|---|---|
| | X | A. Is any child with a permanency goal of return to parents or relatives expected to remain in placement another 6 months or more? If so, specify barriers preventing discharge, and what alternatives are being considered or have been tried.* | |
| | X | B. Has any child who is not legally free had a permanency goal of adoption 6 months or more? If so, specify the actions taken to free the child and any barriers to freeing. | |
| | X | C. Is any legally free child with a permanency goal of adoption not in adoptive placement? If so, specify the actions taken to place the child into an adoptive home and barriers to placement.** | |
| | X | D. Has any child been in an adoptive placement 6 months or more? If so, specify the barriers preventing legal adoption in this home and actions taken to overcome these. | |
| | X | E. Is any child expected to be discharged to Independent Living or Adult Residential Care within 24 months? If so, describe the services needed to permit discharge, and to support the child after discharge. Specify barriers to their provision. | |

**USE SPACE BELOW** to provide information requested for any "YES" answer given in Question 5. Be sure to indicate child(ren) involved.

*If such a child will be In care with a permanency goal of return home for 24 months, a UR exception Is required.
*If a legally free child with a PPG of adoption will be free 12 months and not in adoptive placement, a UR exception Is required.

**FOLLOW LOCAL PROCEDURES FOR UR EXCEPTION CASES.**

(Reassessment)

DSS-3627-5(12/84)

| CASE NAME | CASE NUMBER | SCR NUMBER |
|---|---|---|
| Johnson | S 4766716 | |

6. PLAN REVIEW: GOAL REVIEW AND SETTING

Review all goals from previous plan (including any Plan Amendment). Restate each goal and explain the extent of goal achievement. If a previous goal is to be retained, complete the block by entering the date the goal is expected to be achieved, the tasks and the family member(s) and/or service providers(s) expected to carry out the tasks. If a goal is to be discontinued, complete all parts except target date and tasks. After reviewing previous goals, list any new goals set, omitting the question about goal achievement. **Services Consistent with Needs***

The Goal below is: New _____    Retained __X__    Target Date ___11/87___    Discontinued _____

(Re)State Goal: __Mrs. Johnson will remain consistent in her contacts with Corey despite__ __their decision to live apart.__

Explain level of goal achievement: ___Mrs. Johnson remains inconsistent and hard to engage.___ __(See Section 1)__

**TASKS**

| CHILD/FAMILY (list names) | SERVICE PROVIDERS (list names) |
|---|---|
| Mrs. Johnson will encourage Corey's regular visits. | Social worker will continue regular meetings with Mrs. Johnson around the issue of her continued involvement with Corey and the importance to him of feeling included as a family. |
| Mrs. Johnson will include Corey in all family celebrations and occasions. | Same as above. |
| Mrs. Johnson will not withdraw from Corey in response to her perceived belief that he is withdrawing. | Same as above. |

The Goal below is: New _____    Retained __X__    Target Date ___11/89___    Discontinued _____

(Re)State Goal: ___Mrs. Johnson will learn to support Corey's strengths and accept his___ __weaknesses.__

Explain level of goal achievement: __As long as others are raising Corey, Mrs. Johnson appears__ __to be more accepting of Corey. However, this remains an area of concern.__

**TASKS**

| CHILD/FAMILY (list names) | SERVICE PROVIDERS (list names) |
|---|---|
| Mrs. Johnson will demonstrate approval of Corey's athletic abilities. | Social worker will work with Mrs. Johnson around giving Corey approval for what he does well and making less important the areas in which he has poor success. |
| Mrs. Johnson will de-emphasize Corey's academic ability. | Same as above. |
| Mrs. Johnson will support the plan of vocational training for Corey. | Same as above. |

*For cases tracked in CCRS encode Child and Family Service Needs and Service Status on Assessment Plan Grid (turnaround).

(Reassessment)

SS-3627-7 (12/84)

| CASE NAME | | CASE NUMBER | SCR NUMBER |
|---|---|---|---|
| Johnson | | S 4766716 | |

The Goal below is: New __X__    Retained _____    Target Date __11/86__        Discontinued _____

(Re)State Goal: __Corey will find a place for himself in the residence, make positive__

__attachment to boys, houseparents and caseworker and learn to trust staff.__

Explain level of goal achievement: __Corey has established quite a positive leadership place for__

__himself.__

**TASKS**

| CHILD/FAMILY (list names) | SERVICE PROVIDERS (list names) |
|---|---|
| Corey will participate constructively in biweekly group meetings. | Caseworker will help Corey see the purpose of biweekly group meetings. |

The Goal below is: New __X__    Retained _____    Target Date __11/89__        Discontinued _____

(Re)State Goal: __Corey will learn to face up to his mother's limitations and establish a__
__separate identity.__

Explain level of goal achievement: __Corey remains quite identified with his mother and her life__
__style; even though, he would seem to have some awareness of its destructiveness.__

**TASKS**

| CHILD/FAMILY (list names) | SERVICE PROVIDERS (list names) |
|---|---|
| Corey will learn to trust the JCCA staff, and share some of his conflicts about his mother's life style with them. | Caseworker and houseparents will establish a trusting nurturing relationship with Corey. |
| Corey will identify with a more constructive life style. | Caseworker and houseparents will be constructive role models. |

(Reassessment)

| CASE NAME | | CASE NUMBER | SCR NUMBER |
|---|---|---|---|
| Johnson | | S 4766716 | |

The Goal below is: New __X__   Retained _____   Target Date __6/88__   Discontinued _____

(Re)State Goal: _Corey will attend Newtown High School Special Education program_
_daily and on time._

Explain level of goal achievement: _Corey continues to be pleased with his report cards and_ ........
_is quite committed to school._

### TASKS

**CHILD/FAMILY (list names)**

Corey will continue to attend specialized classes.

Corey will discuss his learning disability in treatment.

Corey will use nightly study hour constructively.

**SERVICE PROVIDERS (list names)**

Teacher will encourage Corey to keep working and help him to understand that his difficulties do not reflect upon his intelligence.

Social worker will work with Corey towards understanding the implication of his learning disability.

Houseparents will organize a nightly study hour.

---

The Goal below is: New _____   Retained _X_   Target Date __11/87__   Discontinued _____

(Re)State Goal: _Corey will use opportunities offered him to learn independent living_
_skills._

Explain level of goal achievement: __Corey wants very much to be able to care for himself in the__
__community.  The biggest obstacle will be for him to find a way to support himself.__
__We will continue to work with him toward this end.  He will again work for Neighborhood__
__Youth Corp this summer.__

### TASKS

**CHILD/FAMILY (list names)**

Corey will explore the possibilities of a part time job.

Corey will learn how to handle money so that he can shop for himself.

**SERVICE PROVIDERS (list names)**

Houseparents will help Corey read ads and apply for a job.

Caseworker, houseparents and teachers will help Corey learn enough simple arithmetic that he will be able to figure out correct change.

(Reassessment)

DSS-3627-8 (12/84)

| CASE NAME | CASE NUMBER |
|---|---|
| Johnson | S 4766716 |

**7. FAMILY/CHILD VISITING PLAN (for Placement Cases only)**

a) For each child in foster care, summarize the nature of the interaction between the child and parent(s) and/or relative(s) during the visits, highlighting positive and negative factors. Include in this summary the frequency and location of the visits. (If the Family/Child Visiting Grid is completed, it is not necessary to include the frequency and location of visits in the summary.)

Corey went home with his grandfather at xmas. However, he returned late missing two days of school. He was not very communicative re. visit. Corey is allowed to visit his mother when she calls to arrange it, but she doesn't do so very often. While he states these visits go well, one wonders what really happens.

b) For each child in foster care, describe the visiting plan for the next period. Include who will visit, how often, and where. Indicate any changes from the previous visiting plan and the reason for the changes. **Facilitate Bi-Weekly Visiting.**

Corey is allowed a weekend visit a month and a day visit a month.

S 4766716    (Reassessment)

| CASE NAME | CASE NUMBER | SCR NUMBER |
|---|---|---|
| Johnson | S 4766716 | |

8. PLAN DEVELOPMENT

a) Discuss the level of involvement of parent(s) and children in the development of the service plan. **Parent/Child Participation.**

Corey was involved in developing service plan in regular discussions with houseparents and weekly caseworker meetings.

b) List all participants in the planning conference with their title or role and state date of conference. **Service Plan Review. Third Party Reviewer/Foster Care.**

Gilbert Gordon - Director GHD
Murray Gordon - Clinical Director - Third Party Reviewer
Diane Yarborough - Child Care Coordinator
Shari Siegel - Nurse
Odette Noble - Caseworker
John Rios - Residence Supervisor
Marvin Hunt - Houseparent
Carmen Carrasquillo - Houseparent
Joe Rivera - Houseparent

| | SIGNATURES | DATE SIGNED |
|---|---|---|
| Case Planner | *Odette Noble* | 5/8/86 |
| Case Planner's Supervisor | *Gilbert Finch* | 5/1/86 |
| Case Manager | | |
| CPS Monitor | | |
| | | |
| | | |

I have read and I understand the Service Plan.

| Parent | | |
|---|---|---|
| Parent | | |
| Child | | |
| Child | | |

(Parent/Child signatures are optional)

(Reassessment)