# EXHIBIT 57

NEWTOWN HIGH SCHOOL IS A MEMBER OF THE PUBLIC SCHOOL SYSTEM OF THE CITY OF NEW YORK

## SCHOLASTIC TRANSFER RECORD

MR. MISS

LAST NAME: Johnson
FIRST NAME: Corey
MIDDLE NAME:

ADDRESS ON RECORD: 94-30 58 Ave
Elmhurst NY 11373
NAME OF PARENT OR GUARDIAN:

| | |
|---|---|
| DATE OF BIRTH | ▮▮▮ |
| ADMITTED | 8-9-1985 |
| DISCHARGED | 12-7-1987 |
| GRADUATED | NO |
| COURSE | |

AVERAGE:
RANK IN CLASS:
QUARTILE:
NO. IN CLASS:

### Academic / Column 1

| SUBJECT & GRADE | YEAR FR. | YEAR TO | TERM 1 | TERM 2 | REGENTS % | REGENTS DATE |
|---|---|---|---|---|---|---|
| 1ST YR. | | | | | | |
| 2ND YR. | | | | | | |
| 3RD YR. | 7/85 | 6/86 | 75 | 65 | | |
| 4TH YR. | 9/86 | 6/87 | 55 | 55 | | |
| Reading | 9/85 | 6/86 | 80 | 70 | | |
| WORLD STUD. | | | | | | |
| MODERN WORLD HIS. | | | | | | |
| AMER. STUD. | 9/86 | 6/87 | 50 | 55 | | |
| ECONOMICS | | | | | | |
| CIVICS | 9/86 | 6/86 | X | 65 | | |
| 1 YR. | | | | | | |
| 2 YR. | | | | | | |
| 3 YR. | | | | | | |
| 4 YR. | | | | | | |
| 1 YR. | | | | | | |
| 2 YR. | | | | | | |
| 3 YR. | | | | | | |
| ELEM. ALG. | | | | | | |
| 10TH YR. | | | | | | |
| 11TH YR. | | | | | | |
| INT. ALG. | | | | | | |
| TRIGONOM. | | | | | | |
| ANAL. - CALC. | | | | | | |
| ADV. ALG. | | | | | | |
| FUND. OF MATH | 9/85 | 6/86 | 65 | 70 | | |
| | 9/86 | 6/87 | 65 | 55 | | |
| GENERAL SCIENCE | | | | | | |
| BIOLOGY | 9/86 | 6/87 | 75 | 65 | | |
| BOTANY | | | | | | |
| CHEMISTRY | | | | | | |
| PHYSICS | | | | | | |
| EARTH SCI. | | | | | | |

### COMMERCIAL / SECRETARIAL / ART (Column 2)

| SUBJECT & GRADE | YEAR FR. | YEAR TO | TERM 1 | TERM 2 | REGENTS % | REGENTS DATE |
|---|---|---|---|---|---|---|
| BUS. MATH | | | | | | |
| ACCT'G. 1 | 9/85 | 1/86 | 80 | X | | |
| 2 | | | | | | |
| 3 | | | | | | |
| LAW | | | | | | |
| BUS. MACH. | | | | | | |
| DIST. ED. 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| STENO. 1 | | | | | | |
| 2 | | | | | | |
| SEC. PRAC. | | | | | | |
| TYPE. 1 RB½ | 9/85 | 6/86 | 70 | 65 | | |
| TYPE. 2 | | | | | | |
| CLERICAL PRACTICE 1 | | | | | | |
| 2 | | | | | | |
| RECORD KEEPING | | | | | | |
| ART APP'N | | | | | | |
| BASIC ART | | | | | | |
| REPRES. 1 | | | | | | |
| 2 | | | | | | |
| COM. DES. 1 | | | | | | |
| 2 | | | | | | |
| FASHION 1 | | | | | | |
| 2 | | | | | | |
| ELECTRIC SHOP | | | | | | |
| AUTO MECH. | 9/86 | 1/87 | 70 | X | | |
| WOOD | | | | | | |
| MACHINE SHOP | | | | | | |
| PATTERN MAKING | | | | | | |
| GRAPH. ARTS | 3/87 | 6/87 | X | 40 | | |
| SHEET METAL | | | | | | |

### DRAFTING / HOME EC. / OTHER / MUSIC / PHYSICAL ED / FAILURES (Column 3)

| SUBJECT & GRADE | YEAR FR. | YEAR TO | TERM 1 | TERM 2 | REGE % |
|---|---|---|---|---|---|
| MECH. DR. 1 | | | | | |
| MACHINE DESIGN 2 | | | | | |
| ARCH. DRAW. 3 | | | | | |
| CLOTHING 1 | | | | | |
| FOODS 1 | | | | | |
| 2 | | | | | |
| HOME NURSING | | | | | |
| REQUIRED MUSIC 1 | 9/86 | 6/87 | 55 | 55 | |
| THEORY | | | | | |
| HARMONY 1 | | | | | |
| 2 | | | | | |
| HISTORY & APPREC. | | | | | |
| VOCAL TRAIN. 1 | | | | | |
| 2 | | | | | |
| INSTRUM. TRAIN. | | | | | |
| BAND | | | | | |
| ORCH. | | | | | |
| CHORUS | | | | | |
| PHYSICAL ED. 1 | | | | | |
| 2 | | | | | |
| PE/field | 9/85 | 6/86 | 80 | 65 | |
| PE | 9/87 | 6/87 | X | 55 | |
| HEALTH | 9/86 | 1/87 | 65 | X | |
| Math RCT | 6/86 | 1/87 | 32 | 28 | |
| Reading RCT | 6/86 | 1/87 | 20 | 12 | |
| writ. RCT | | 1/87 | | 55 | |

45 MINUTE PERIODS
5 PERIODS PER WEEK
20 WEEKS PER TERM
UNLESS OTHERWISE NOTED

PASSING MARK 65
COLLEGE CERT. MK. 75
"N" = MODIFIED COURSE
HONORS MARK 85

ASTERISK INDICATES WORK IN PROGRESS
CHECK INDICATES CREDIT FROM OTHER SCHOOLS

NO. OF DAYS ABSENT BY TERMS

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

TRANSCRIBED BY: Mana T. Fun   DATE: 8-14-2008
AUTHORIZED SIGNATURE: Mana T. Fun

Board of Education — City of New York
NEWTOWN HIGH SCHOOL
48-01 90th Street
Elmhurst, N. Y. 11373

NEWTOWN HIGH SCHOOL IS A MEMBER OF THE PUBLIC SCHOOL SYSTEM OF THE CITY OF NEW YORK

## SCHOLASTIC TRANSFER RECORD

MR.
MISS: **Johnson** (LAST NAME) **Corey** (FIRST NAME) / MIDDLE NAME

ADDRESS ON RECORD: **94-30 58 Ave**

NAME OF PARENT OR GUARDIAN: **Elmhurst NY 11373**

| | |
|---|---|
| DATE OF BIRTH | ▮ |
| ADMITTED | 8-9-1985 |
| DISCHARGED | 12-7-1987 |
| GRADUATED | NO |
| COURSE | |
| AVERAGE | |
| RANK IN CLASS | |
| QUARTILE | |
| NO. IN CLASS | |

| SUBJECT & GRADE | YEAR FR. | YEAR TO | TERM 1 | TERM 2 | REGENTS % | REGENTS DATE |
|---|---|---|---|---|---|---|
| 1ST YR. | | | | | | |
| 2ND YR. | | | | | | |
| 5/L 3RD YR. | 9/85 | 6/86 | 75 | 65 | | |
| 7/8 4TH YR. | 9/86 | 2/87 | 55 | 55 | | |
| Reading | 9/85 | 6/86 | 80 | 70 | | |
| WORLD STUD. | | | | | | |
| MODERN WORLD HIS. | | | | | | |
| AMER. STUD. | 9/86 | 6/87 | 50 | 55 | | |
| ECONOMICS | | | | | | |
| CIVICS | 2/86 | 6/86 | ✕ | 65 | | |
| 1 YR. | | | | | | |
| 2 YR. | | | | | | |
| 3 YR. | | | | | | |
| 4 YR. | | | | | | |
| 1 YR. | | | | | | |
| 2 YR. | | | | | | |
| 3 YR. | | | | | | |
| ELEM. ALG. | | | | | | |
| 10TH YR. | | | | | | |
| 11TH YR. | | | | | | |
| INT. ALG. | | | | | | |
| TRIGONOM. | | | | | | |
| ANAL. · CALC. | | | | | | |
| ADV. ALG. | | | | | | |
| FUND. OF MATH | 9/85 | 6/86 | 65 | 70 | | |
| | 9/86 | 6/87 | 65 | 55 | | |
| GENERAL SCIENCE | | | | | | |
| BIOLOGY | 9/86 | 6/87 | 75 | 65 | | |
| BOTANY | | | | | | |
| CHEMISTRY | | | | | | |
| PHYSICS | | | | | | |
| EARTH SCI. | | | | | | |

| SUBJECT & GRADE | YEAR FR. | YEAR TO | TERM 1 | TERM 2 | REGENTS % | REGENTS DATE |
|---|---|---|---|---|---|---|
| **COMMERCIAL** | | | | | | |
| BUS. MATH | | | | | | |
| ACCT'G. 1 | 9/85 | 1/86 | 80 | ✕ | | |
| 2 | | | | | | |
| 3 | | | | | | |
| LAW | | | | | | |
| BUS. MACH. | | | | | | |
| DIST. ED. 1. | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| **SECRETARIAL** | | | | | | |
| STENO. 1 | | | | | | |
| 2 | | | | | | |
| SEC. PRAC. | | | | | | |
| TYPE. 1 RB½ | 9/85 | 6/86 | 70 | 65 | | |
| TYPE. 2 | | | | | | |
| CLERICAL PRACTICE 1 | | | | | | |
| 2 | | | | | | |
| RECORD KEEPING | | | | | | |
| **ART** | | | | | | |
| ART APP'N | | | | | | |
| BASIC ART | | | | | | |
| REPRES. 1 | | | | | | |
| 2 | | | | | | |
| COM. DES. 1 | | | | | | |
| 2 | | | | | | |
| FASHION 1 | | | | | | |
| 2 | | | | | | |
| **SHOPS** | | | | | | |
| ELECTRIC SHOP | | | | | | |
| AUTO MECH. | 9/86 | 1/87 | 70 | ✕ | | |
| WOOD | | | | | | |
| MACHINE SHOP | | | | | | |
| PATTERN MAKING | | | | | | |
| GRAPH. ARTS | 2/87 | 6/87 | ✕ | 40 | | |
| SHEET METAL | | | | | | |

| SUBJECT & GRADE | YEAR FR. | YEAR TO | TERM 1 | TERM 2 |
|---|---|---|---|---|
| **DRAFTING** MECH. DR. 1 | | | | |
| MACHINE DESIGN 2 | | | | |
| ARCH. DRAW. 3 | | | | |
| | | | | |
| **HOME EC.** CLOTHING 1 | | | | |
| FOODS 1 | | | | |
| 2 | | | | |
| HOME NURSING | | | | |
| **OTHER** | | | | |
| REQUIRED MUSIC 1 | 9/86 | 6/87 | 55 | 55 |
| THEORY | | | | |
| HARMONY 1 | | | | |
| 2 | | | | |
| HISTORY & APPREC. | | | | |
| **MUSIC** VOCAL TRAIN. 1 | | | | |
| 2 | | | | |
| INSTRUM. TRAIN. | | | | |
| BAND | | | | |
| ORCH. | | | | |
| CHORUS | | | | |
| PHYSICAL ED. 1 | | | | |
| 2 | | | | |
| PE/field | 9/85 | 6/86 | 80 | 65 |
| PE | 9/87 | 6/87 | ✕ | 55 |
| HEALTH | 9/86 | 1/87 | 65 | ✕ |
| **FAILURES** Math RCT | 9/86 | 1/87 | 32 | 28 |
| Reading RCT | 9/86 | 1/87 | 20 | 12 |
| Writ. RCT | | 1/87 | | 55 |

| 45 MINUTE PERIODS | PASSING MARK 65 | ASTERISK INDICATES WORK IN PROGRESS |
|---|---|---|
| 5 PERIODS PER WEEK | COLLEGE CERT. MK. 75 | |
| 20 WEEKS PER TERM | "N" = MODIFIED COURSE | CHECK INDICATES CREDIT |
| UNLESS OTHERWISE NOTED | HONORS MARK 85 | FROM OTHER SCHOOLS |

**NO. OF DAYS ABSENT BY TERMS**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

TRANSCRIBED BY: _Mana F. Fun_  DATE: _8-14-2008_

AUTHORIZED SIGNATURE: _Mana F. Funta_

Board of Education — City of New Y...
NEWTOWN HIGH SCHOOL
48-01 90th Street
Elmhurst, N. Y. 11373

2008 / 08 / 19