# EXHIBIT 58

Corey Johnson
By Janet Valentine

PLEASANTVILLE DIAGNOSTIC CENTER

OUTLINE FOR COTTAGE REPORT

Visitors

Who came?  How often?  General tone of visits.

Eating  *Eats well, not hard to please.*
Quantity  *Consumes a good amount of food.*
Is he generally a good eater, a fussy eater, an over-eater?

Frustration Behavior

What upsets him?  *He doesn't like to be teased by peers.*
*or haveing jokes played on him*
How does he behave when upset?  *Becomes verbal (loud)*

How can he be helped through upsets?  *Usually can be calmed quickly*
What has been tried and worked?  Did not work?  *Mostly anything*
*well work. His anger is short lasting. Usually*
*turns into an unappreciated joke.*
Relationships with Adults

Does he seek attention?  *Yes, by acting silly and*
  by clinging, silly, damaging behavior? *infantile. He can be*
  by conversation or games?  *clinging and babish with me.*
  by misbehavior?  what?

Does he withdraw from adults?  *The male staff seem to frighten*
  *him. He doesn't like physical*
What has been tried to involve him?  *contact. He feels most people*
  *are trying to hurt him.*
What seems to work?
*He doesn't trust most adults.*

-2-

Relationships with Adults (continued)

Does he challenge the authority of adults? *Most of the time he's very cooperative. But will challenge adults in a playful way.*

In what way?

Is it gradual?

Is it an impulsive blow-up?

What follows the challenge - *At times staff is to busy to play with Corey. Then he is sullen for short periods of time. Nothing lasts long with this child.*

sullenness?
grudge?
hurt or crying?

What helps to resolve the situation? *Constantly telling Corey thats its important to be appropriate and act his age there's a time for playing.*

Relationships with Peers

Does he have friends? *Not really.*

Does he relate as an equal, as a bully, as a competitor, as an underdog, as a cooperator *Most of the time he stays by himself. He scared of most the other kids.*

How does he handle differences -

verbal?
Physical?
Turn to adults, others? *Usually he comes to staff with complaints. Again he doesn't want physical contact with peers.*

Sleeping Pattern

Attitude at bedtime - *It takes awhile for him to settle*

Is he tense, restless, unable to get to sleep? If so, what helps him to relax? *Usually he's tense and game for acting silly*

Sleep throughout the night? *Yes.*

Awaken early? *Yes.*

Awaken with difficulty?

Is he enuretic? *No*

-5-

<u>Sleeping Pattern (Continued)</u>

Have nightmares or other sleep disturbance? *Doesn't complain*
What helps him to manage? *But, I sometimes feel, he's afraid of the dark.*

<u>Self-care Habits</u>

Hygiene *Relatively clean, doesn't like to take care*
Routines of dressing *of his hair.*

Management of belongings

*He doesn't seem to care about his belongings.*

Cottage Duties *Low self esteem.*

Attitude toward work *Is capable and will do his chores.*

Ability to carry out job

<u>Areas of Skills</u>

What is he good at? *He is a limited child and he realizes*
What does he enjoy? *that many things are hard for him. He trys to cover up his limitations by acting silly. He is considered the cottage clown*

<u>J. Valentine</u>
Child Care Worker