# EXHIBIT 59

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA )
 )
v. )  CRIMINAL NO. 3:92CR68
 )
RICHARD TIPTON aka Whittey )

**NOTICE OF THE INTENTION OF THE UNITED
STATES OF AMERICA TO SEEK THE DEATH PENALTY**

COMES NOW the United States of America, by and through the undersigned, and pursuant to the dictates of Title 21, United States Code, Section 848(h)(1), provides notice to this court and defendant TIPTON that the government, in the event of a conviction on the counts specified below, will seek the sentence of death. Specifically, the government will seek the sentence of death for each of the following counts charged in the indictment, each of which provides for a sentence of death upon a finding of guilt: Counts 3, 5, 11, 17, 18, 19, 24, and 25.

The following aggravating factors, as delineated in Title 21, United States Code, Section 848(n), will be proven as a basis for the death penalty.

  1. The defendant intentionally killed the victim.

  2. The defendant intentionally inflicted serious bodily injury which resulted in the death of a victim.

3. The defendant intentionally engaged in conduct intending that the victim be killed or that lethal force be employed against the victim, which resulted in the death of the victim.

4. The defendant intentionally engaged in conduct which the defendant knew would create a grave risk of death to a person, other than one of the participants in the offense, and which resulted in the death of a victim.

5. In the commission of the offenses enunciated in the indictment, the defendant knowingly created a grave risk of death to one or more persons in addition to the victims of the offense.

6. The defendant committed the offenses charged in the indictment after substantial planning and premeditation.

7. The defendant committed one of the murders enunciated in the indictment in a heinous, cruel, or depraved manner, in that it involved serious physical abuse to the victim.

In addition to the aggravating factors outlined above which are contained in Title 21, United States Code, Section 848(n), the following aggravating factors will be proven by the United States as a basis for the death penalty.

1. That the defendant committed multiple murders.

2. That the defendant has a substantial criminal history.

3. That the defendant recruited a minor to participate with him in the murders.

2

4.      That the defendant seriously wounded three individuals in the course of committing the murders outlined in the indictment.

5.      That the defendant committed a rape during the course of the conspiracy against a person whose home the defendant had taken over to facilitate the distribution of narcotics.

6.      That the defendant was knowingly and willfully a member of a conspiracy which had as one of its goals the murder of individuals other than those for which defendant has been charged.

Respectfully Submitted,

Richard Cullen
UNITED STATES ATTORNEY

Howard C. Vick, Jr.
Assistant United States Attorney
Suite 1800, Main Street Centre
600 E. Main Street
Richmond, Virginia  23219
Bar # 18872

3

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice of the Intention of the United States of America to Seek the Death Penalty was mailed this /5T day May, 1992, to the following:

> Robert P. Geary, Esq.
> 2026 E. Main Street
> Richmond, VA 23223
>
> Eric D. White, Esq.
> 9 E. Franklin Street
> Richmond, VA 23219

Howard C. Vick, Jr.
Assistant United States Attorney

4