# EXHIBIT 63

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

UNITED STATES OF AMERICA )
)
v. )   **Criminal Case No. 3:92CR68-02**
)
CORY JOHNSON )
  a.k.a. "O," a.k.a. "CO" )
)



**VERDICT**

WE, THE JURY, FIND as follows:

**Count 1:**    Conspiracy to Distribute Controlled Substance

                     Guilty
                    (Guilty or Not Guilty)

**Count 2:**    Continuing Criminal Enterprise

    **Question:**  Do you find that the government has proven, beyond a reasonable doubt, that a Continuing Criminal Enterprise existed as charged in the indictment?

        Yes: ___Yes___              No: _____

    If you indicated above that a Continuing Criminal Enterprise did <u>not</u> exist, you must find the defendant, CORY JOHNSON, Not Guilty as to Count 2.

    If you indicated that a Continuing Criminal Enterprise <u>did</u> exist, you must now determine whether defendant CORY JOHNSON is Guilty or Not Guilty of the crime of engaging in that continuing criminal enterprise as charged in Count 2, and enter your finding below:

                     Guilty
                    (Guilty or Not Guilty)

20a

Defendant CORY JOHNSON is not charged in Counts 3-7 of the indictment.

**Count 8:**  Killing of Peyton Maurice Johnson while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did <u>not</u> exist, you must find the defendant Not Guilty as to this Count).

<u>Guilty</u>
(Guilty or Not Guilty)

**Count 9:**  Use of Firearm in Relation to Killing of Peyton Maurice Johnson

<u>Guilty</u>
(Guilty or Not Guilty)

**Count 10:**  Killing of Peyton Maurice Johnson to Maintain or Increase Position in Racketeering Enterprise

<u>Guilty</u>
(Guilty or Not Guilty)

**Count 11:**  Killing of Louis J. Johnson, Jr., while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did <u>not</u> exist, you must find the defendant Not Guilty as to this Count).

<u>Guilty</u>
(Guilty or Not Guilty)

Count 12:        Use of Firearm in Relation to Killing of Louis J. Johnson, Jr.

Guilty
_____
(Guilty or Not Guilty)

Count 13:        Killing of Louis J. Johnson, Jr., to Maintain or Increase Position in Racketeering Enterprise

Guilty
_____
(Guilty or Not Guilty)

Count 14:        Killing of Torrick Brown, Jr., to Maintain or Increase Position in Racketeering Enterprise

Guilty
_____
(Guilty or Not Guilty)

Count 15:        Use of Firearm in Relation to Killing of Torrick Brown, Jr., and Maiming of Martha McCoy

Guilty
_____
(Guilty or Not Guilty)

Count 16:        Maiming of Martha McCoy to Maintain or Increase Position in Racketeering Enterprise

Guilty
_____
(Guilty or Not Guilty)

Count 17:        Killing of Bobby Long while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did not exist, you must find the defendant Not Guilty as to this Count).

Guilty
_____
(Guilty or Not Guilty)

22a

<u>Count 18:</u> Killing of Anthony Carter while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did <u>not</u> exist, you must find the defendant Not Guilty as to this Count).



(Guilty or Not Guilty)

<u>Count 19:</u> Killing of Dorothy Mae Armstrong while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did <u>not</u> exist, you must find the defendant Not Guilty as to this Count).



(Guilty or Not Guilty)

<u>Count 20:</u> Use of Firearm in Relation to Killing of Bobby Long, Anthony Carter and Dorothy Mae Armstrong



(Guilty or Not Guilty)

<u>Count 21:</u> Killing of Bobby Long to Maintain or Increase Position in Racketeering Enterprise

(Guilty or Not Guilty)

<u>Count 22:</u> Killing of Anthony Carter to Maintain or Increase Position in Racketeering Enterprise

(Guilty or Not Guilty)

23a

**Count 23:**   Killing of Dorothy Mae Armstrong to Maintain or Increase Position in Racketeering Enterprise

_Guilty_
(Guilty or Not Guilty)

**Count 24:**   Killing of Curtis Thorne while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did <u>not</u> exist, you must find the defendant Not Guilty as to this Count).

_Guilty_
(Guilty or Not Guilty)

**Count 25:**   Killing of Linwood Chiles while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did <u>not</u> exist, you must find the defendant Not Guilty as to this Count).

_Guilty_
(Guilty or Not Guilty)

**Count 26:**   Use of Firearm in Relation to Killing of Curtis Thorne and Linwood Chiles and Maiming of Priscilla Green and Gwendolyn Green

_Guilty_
(Guilty or Not Guilty)

**Count 27:**   Killing of Curtis Thorne to Maintain or Increase Position in Racketeering Enterprise

_Guilty_
(Guilty or Not Guilty)

24a

Count 28:          Killing of Linwood Chiles to Maintain or Increase
                   Position in Racketeering Enterprise

                   _____Guilty_____
                         (Guilty or Not Guilty)

Count 29:          Maiming of Priscilla Green to Maintain or Increase
                   Position in Racketeering Enterprise

                   _____Guilty_____
                         (Guilty or Not Guilty)

Count 30:          Maiming of Gwendolyn Green to Maintain or Increase
                   Position in Racketeering Enterprise

                   _____Guilty_____
                         (Guilty or Not Guilty)

Count 31:          Distribution of Controlled Substance

                   _____Guilty_____
                         (Guilty or Not Guilty)

Count 32:          Possession of Controlled Substance with Intent to
                   Distribute (on or about 2/2/92)

                   _____Guilty_____
                         (Guilty or Not Guilty)


Defendant CORY JOHNSON is not charged in Count 33 of the
indictment.



SO SAY WE ALL.


_____        ___2/3/93_____
       FOREPERSON'S SIGNATURE                        DATE



25a