# EXHIBIT 70

DSS-3627-7(12/84)

| CASE NAME | | CASE NUMBER | SCR NUMBER |
|---|---|---|---|
| Johnson | | S  4766716 | |

The Goal below is: New __X__    Retained _____    Target Date __6/88__    Discontinued _____

(Re)State Goal: __Corey will attend Newtown High School Special Education program daily and on time.__

Explain level of goal achievement: __Corey continues to be pleased with his report cards and is quite committed to school.__

**TASKS**

**CHILD/FAMILY (list names)**

Corey will continue to attend specialized classes.

Corey will discuss his learning disability in treatment.

Corey will use nightly study hour constructively.

**SERVICE PROVIDERS (list names)**

Teacher will encourage Corey to kee working and help him to understand that his difficulties do not reflec upon his intelligence.

Social worker will work with Corey towards understanding the implicati of his learning disability.

Houseparents will organize a nightl study hour.

---

The Goal below is: New _____    Retained __X__    Target Date __11/87__    Discontinued _____

(Re)State Goal: __Corey will use opportunities offered him to learn independent living skills.__

Explain level of goal achievement: __Corey wants very much to be able to care for himself in the community. The biggest obstacle will be for him to find a way to support himself. We will continue to work with him toward this end. He will again work for Neighborhood Youth Corp this summer.__

**TASKS**

**CHILD/FAMILY (list names)**

Corey will explore the possibilities of a part time job.

Corey will learn how to handle money so that he can shop for himself.

**SERVICE PROVIDERS (list names)**

Houseparents will help Corey read a and apply for a job.

Caseworker, houseparents and teache will help Corey learn enough simple arithmetic that he will be able to figure out correct change.

EXHIBIT 15

(Reassessmen

DSS-3627-8(12/84)

| CASE NAME | CASE NUMBER |
|---|---|
| Johnson | S 4766716 |

7. FAMILY/CHILD VISITING PLAN (for Placement Cases only)

a) For each child in foster care, summarize the nature of the interaction between the child and parent(s) and/or relative(s) during the visits, highlighting positive and negative factors. Include in this summary the frequency and location of the visits. (If the Family/Child Visiting Grid is completed, it is not necessary to include the frequency and location of visits in the summary.)

Corey went home with his grandfather at xmas.  However, he returned late  missing two days of school.  He was not very communicative re. visit.  Corey is allowed to visit his mother when she calls to arrange it, but she doesn't do so very often. While he states these visits go well, one wonders what really happens.



b) For each child in foster care, describe the visiting plan for the next period. Include who will visit, how often, and where. Indicate any changes from the previous visiting plan and the reason for the changes. **Facilitate Bi-Weekly Visiting.**

Corey is allowed a weekend visit a month and a day visit a month.

| CASE NAME | CASE NUM | SCR NUMBER |
|---|---|---|
| Johnson | S 4766716 | |

## 8. PLAN DEVELOPMENT

a) Discuss the level of involvement of parent(s) and children in the development of the service plan. **Parent/Child Participation.**

Corey was involved in developing service plan in regular discussions with houseparents and weekly caseworker meetings.

b) List all participants in the planning conference with their title or role and state date of conference. **Service Plan Review. Third Party Reviewer/Foster Care.**

Gilbert Gordon - Director GHD
Murray Gordon - Clinical Director - Third Party Reviewer
Diane Yarborough - Child Care Coordinator
Shari Siegel - Nurse
Odette Noble - Caseworker
John Rios - Residence Supervisor
Marvin Hunt - Houseparent
Carmen Carrasquillo - Houseparent
Joe Rivera - Houseparent

| | SIGNATURES | DATE SIGNED |
|---|---|---|
| Case Planner | *Odette Noble* | 5/8/86 |
| Case Planner's Supervisor | | 5/8/86 |
| Case Manager | | |
| CPS Monitor | | |
| | | |

I have read and I understand the Service Plan.

| Parent | | |
|---|---|---|
| Parent | | |
| Child | | |
| Child | | |

'Parent/Child signatures are optional)

(Reassessment)