# EXHIBIT 75 - PART 1

# INTELLECTUAL DISABILITY

## Definition, Classification, and Systems of Supports

**THE 11TH EDITION OF THE AAIDD DEFINITION MANUAL**



# Intellectual Disability

## Definition, Classification, and Systems of Supports

*The AAIDD Ad Hoc Committee on Terminology and Classification*

### 11th Edition



American Association
on Intellectual and
Developmental Disabilities

Copyright © 2010 by the American Association on Intellectual and Developmental Disabilities

Published by
American Association on Intellectual and Developmental Disabilities
501 3rd Street, NW, Suite 200
Washington, DC 20001-2760

Printed in the United States of America

Library of Congress Cataloging-in-Publication Data

Intellectual disability : definition, classification, and systems of supports / The AAIDD
Ad Hoc Committee on Terminology and Classification.—11th ed.
    p. cm.
 Includes bibliographical references and index.
 ISBN 978-1-935304-04-3 (alk. paper)
 1.  Mental retardation—Classification.  I. American Association on Intellectual and
Developmental Disabilities.
 RC570.C515 2010
 616.85'88—dc22                                         2009040030

# CONTENTS

List of Tables .................................................................. ix

List of Figures ................................................................ xi

Preface ......................................................................... xiii

**Definition of Intellectual Disability** .................................... 1

**Part I: Understanding Intellectual Disability and Its Assessment** ............. 3

Chapter 1    Definition of Intellectual Disability .................................. 5

Chapter 2    Multidimensional Framework for Understanding
Intellectual Disability ................................................. 13

Chapter 3    Role of Assessment in Diagnosis, Classification, and
Systems of Supports ..................................................... 21

**Part II: Diagnosis and Classification of Intellectual Disability** .............. 27

Chapter 4    Intellectual Functioning and Its Assessment .................... 31

Chapter 5    Adaptive Behavior and Its Assessment ......................... 43

Chapter 6    Role of Etiology in the Diagnosis of
Intellectual Disability .................................................. 57

Chapter 7    Multidimensional Approach to Classification .................. 73

Chapter 8    Role of Clinical Judgment in Diagnosis,
Classification, and Development of
Systems of Supports .................................................... 85

**Part III: Systems of Supports** .................................................... 105

Chapter 9    Support Needs of Persons With Intellectual Disability .... 109

Chapter 10   Prevention as a Form of Support ................................ 123

Chapter 11   Mental and Physical Health-Related Supports ............. 135

Chapter 12   Support Needs of Persons With Intellectual
Disability Who Have Higher IQ Scores .................. 151

**Part IV: Implications** ...................................................................... 167

    Chapter 13  Implications for Public Policy ....................................... 171

    Chapter 14  Implications for Education ........................................... 185

    Chapter 15  Implications for Support Provider Organizations .......... 201

**Glossary** ....................................................................................... 217

**References** ..................................................................................... 227

**Index** ........................................................................................... 255

# Definition of Intellectual Disability

Intellectual disability is characterized by significant limitations both in intellectual functioning and in adaptive behavior as expressed in conceptual, social, and practical adaptive skills. This disability originates before age 18. The following five assumptions are essential to the application of this definition:

1. Limitations in present functioning must be considered within the context of community environments typical of the individual's age peers and culture.
2. Valid assessment considers cultural and linguistic diversity as well as differences in communication, sensory, motor, and behavioral factors.
3. Within an individual, limitations often coexist with strengths.
4. An important purpose of describing limitations is to develop a profile of needed supports.
5. With appropriate personalized supports over a sustained period, the life functioning of the person with intellectual disability generally will improve.

© American Association on Intellectual and Developmental Disabilities

(Schalock, Luckasson, & Shogren, 2007). The concept of adaptive skills implies an array of competencies and provides the foundation to three key points: (a) the assessment of adaptive behavior is based on an individual's typical performance during daily routines and changing circumstances, not to maximum performance; (b) adaptive skill limitations often coexist with strengths in other adaptive skill areas; and (c) a person's strengths and limitations in adaptive skills should be documented within the context of ordinary community environments typical of the person's age peers and tied to the person's individualized needs for support. Readers are referred to chapter 5 for a detailed discussion of adaptive behavior and its assessment.

## DIMENSION III: HEALTH

The World Health Organization (1999) defined *health* as a state of complete physical, mental, and social well-being. Health is a component of an integrated understanding of individual functioning because the health condition of an individual can affect his or her functioning directly or indirectly in each or all of the other four dimensions of human functioning. Health problems are disorders, diseases, or injuries and are classified in the *International Statistical Classification of Diseases and Related Health Problems—ICD-10* (World Health Organization, 1999).

For people with ID, the effects of health and mental health on functioning range from greatly facilitating to greatly inhibiting. Some individuals enjoy robust health with no significant activity limitations, which allows them to participate fully in social roles such as work, recreation, or leisure activities. On the other hand, some people have a variety of significant health limitations, such as epilepsy or cerebral palsy, that greatly impair body functioning in areas such as mobility and nutrition and that severely restrict personal activities and social participation. Similarly, some individuals may have activity and other limitations related to mental illness. Most individuals with ID are somewhere in between these extremes. Readers are referred to chapter 11 for a detailed discussion of mental and physical health-related supports.

## DIMENSION IV: PARTICIPATION

*Participation*, which is the performance of people in actual activities in social life domains, is related to the functioning of the individual in society. Participation in everyday activities is important for an individual's learning and is a central feature of development-in-context perspectives of human growth and development (Bronfenbrenner, 1999; Dunst, Bruder, Trivette, & Hamby, 2006).

Participation refers to roles and interactions in the areas of home living, work, education, leisure, spiritual, and cultural activities. It also includes social roles that are valid activities considered normative for a specific age group. Participation is best reflected in the direct observation of engagement and the degree of involvement in everyday activities.

critical of the often used classification categories of mild, moderate, severe, and profound "levels of mental retardation" because these categories, based only on an intelligence test score, were too often used as profiles to make decisions about support needs. This stated concern was misinterpreted by some to mean that AAIDD was opposed to IQ classification for *any* purpose. Although classification by IQ subgroups might be appropriate for a research study in which measured intelligence is a relevant variable, it is not useful for decisions about residential or educational placement. Instead, such classification decisions should be based on more meaningful assessment information and planning procedures related to the purpose of developing support systems.

As shown in Table 3.1, assessment in the field of ID is conducted in order to diagnose a disability, classify by relevant characteristics, and plan for an individual's needed supports. As shown in the second column, each broad assessment function can be purposefully directed to take certain actions. The third column illustrates examples of assessment measures, tools, and methods that are needed to conduct assessments associated with different purposes. For diagnosis, certain assessment tools are required, while other assessment purposes typically necessitate different measures, tools, and assessment methods.

## Assessing to Diagnose Intellectual Disability

Intellectual disability is diagnosed using assessment information obtained from standardized and individually administered instruments that assess intellectual functioning and adaptive behavior (along with the criterion that age of onset is documented). If criteria for a diagnosis of ID are met, the diagnosis may be applied to achieve several focused purposes, including, but not limited to, establishing the presence of the disability in an individual and confirming an individual's eligibility for services, benefits, and legal protections. Chapters 4 and 5 provide specific guidelines and recommendations for the assessment of intelligence and adaptive behavior, respectively.

## Assessing to Classify

Information about individuals with ID (or the individuals themselves) can be grouped or classified for several purposes, such as conducting research, providing service reimbursement/funding, developing services and supports, and communicating about selected characteristics. As discussed in chapter 7, clinicians and other users of this *Manual* should select classification systems that are consistent with a specific purpose and must be careful not to use classification information for inappropriate purposes. For example, a clinician may classify adults with ID by their adaptive behavior levels if this information contributes to an agency's systematic way of determining caregiving reimbursement rates; but adaptive behavior levels should not guide programming content and work choice options. Multiple classification systems are available based on the assessment of adaptive behavior, intellectual functioning, educational requirements, and individual support needs. To prevent inappropriate grouping of individuals with ID, classification systems

TABLE 3.1

**Framework for Assessment**

| Assessment function | Specific purpose | Examples of measures, tools, and assessment methods[a] |
|---|---|---|
| Diagnosis | Establish presence or absence of intellectual disability<br>Establish eligibility for services<br>Establish eligibility for benefits<br>Establish eligibility for legal protections | • Intelligence tests<br>• Adaptive behavior scales<br>• Documented age of onset<br>• Developmental measures<br>• Social history and educational records |
| Classification | Classify for intensity of needed support(s)<br>Classify for research purposes<br>Classify by selected characteristics<br>Classify for special education supports<br>Classify for reimbursement/funding | • Support needs intensity scales<br>• Levels of adaptive behavior<br>• IQ ranges or levels<br>• Environmental assessment<br>• Etiology-risk factor systems<br>• Mental health measures<br>• Benefit categories |
| Planning and developing a systems of supports | Support to enhance human functioning<br>Support to improve outcomes<br>Support to help implement person's choices<br>Support to assure human rights | • Person-centered planning<br>• Self-appraisal<br>• Ecological inventory<br>• Developmental tests<br>• Speech/language, motor, sensory assessment<br>• Achievement tests<br>• Support needs intensity scales<br>• Functional behavioral assessment<br>• Behavior support plan<br>• Family centered support plan<br>• IFSP, IEP, ITP[b]<br>• Self-directed plan |

[a] Column 2 purposes are not parallel to Column 3 examples.
[b] IFSP = Individualized Family Support Plan, IEP = Individualized Education Program, ITP = Individualized Transition Plan.

© American Association on Intellectual and Developmental Disabilities

# Part II

## Diagnosis and Classification of Intellectual Disability

### Overview

A diagnosis of *intellectual disability* (ID) involves meeting three criteria: (a) significant limitations in intellectual functioning, (b) significant limitations in adaptive behavior, and (c) age of onset before age 18. As discussed more fully in Schalock, Luckasson, and Shogren (2007), there has been considerable consistency in these three criteria—and their operational definitions—for the last 50 years. As discussed more fully in chapters 4 and 5, the operational definitions of the first and second criteria are as follows:

- *Intellectual functioning*: an IQ score that is approximately two standard deviations below the mean, considering the standard error of measurement for the specific assessment instruments used and the instruments' strengths and limitations
- *Adaptive behavior*: performance on a standardized measure of adaptive behavior that is normed on the general population including people with and without ID that is approximately two standard deviations below the mean of either (a) one of the following three types of adaptive behavior: conceptual, social, and practical or (b) an overall score on a standardized measure of conceptual, social, and practical skills

The third criterion, *age of onset*, refers to the age at which the disability began. The purpose of the age of onset criterion is to distinguish ID from other forms of disability that may occur later in life. Intellectual disability typically originates close to the time of birth—either during fetal development, the birth process, or soon after birth. Sometimes, however, especially when the etiology of the disability indicates progressive damage (such as malnutrition) or damage related to an acquired disease or injury (such as infection or traumatic brain injury), the condition may originate later. Thus, disability does not necessarily have to have been formally identified, but it must have originated during the developmental period. The early onset criterion is apparent in the earliest formulation of

## Comparability of Scores From Different Tests

Not all scores obtained on intelligence tests given to the same person will be identical. Specifically, IQ scores are not expected to be the same across tests, editions of the same test, or time periods (Evans, 1991). A number of studies have revealed significantly different results from appropriately selected tests. For example, Quereshi and Seitz (1994) reported that the Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI), Wechsler Intelligence Scale for Children-Revised (WISC-R), and the Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R) did not yield the same results when used on young children. Highest IQ scores were obtained on the WPPSI and lowest on the WPPSI-R. The SBIS-4 yielded significantly higher scores (by over 14 points) than did the WISC-R for students with lower IQ scores but yielded significantly lower scores for students with higher IQ scores. The two tests yielded similar scores for students with IQ scores between 70 and 90 (Prewett & Matavich, 1992). Scores on the WISC-III were significantly correlated with scores on the SBIS-4 with a population of students with mild mental retardation, but the average IQ on the WISC-III was 8 points lower (Lukens & Hurrell, 1996). Nelson and Dacey (1999) reported that in a sample of adults who had mild to moderate mental retardation an SBIS will yield a significantly lower score than a Wechsler test. Their results were consistent with earlier work published in the Stanford Binet Technical Manual (Thorndike, Hagen, & Sattler, 1986b).

Users of this *Manual* need to be aware of—and sensitive to—potential differences in scores obtained from two different tests. Sources of variation can result from (a) group versus individually administered tests; (b) the purposes for which the test was administered (e.g., administered initially to measure academic achievement but later used to derive an IQ score); (c) the properties of the test (e.g., using two tests with very disparate standard errors of measurement); (d) nonstandardized administration of the assessment instrument(s); (e) test content across different scales and between different age levels on the same scale; (f) scores obtained on verbal versus nonverbal tests; (g) differences in the standardization samples; (h) changes between different editions of the same scale/test; (i) use of an alternative scale as an individual's chronological age increases; and/or (j) variations in the person's abilities or performance.

## Practice Effect

The *practice effect* refers to gains in IQ scores on tests of intelligence that result from a person being retested on the same instrument. Kaufman (1994) noted that practice effect can occur when the same individual is retested on a similar instrument. For example, the WAIS-III *Manual* presents data showing the artificial increase in IQ scores when the same instrument is readministered within a short time interval. The WAIS-III *Manual* also reports the average increase between administrations with intervals of 2 to 12 weeks (Wechsler, 1997). For this reason, established clinical practice is to avoid administering the same intelligence test within the same year to the same individual because it will often lead to an overestimate of the examinee's true intelligence.