IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 3:92-cr-68 (DJN) |
| | ) | |
| COREY JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

**United States' Motion for Leave to File
Supplemental Authority**

The United States respectfully moves pursuant to Local Criminal Rule 47(F)(1) for permission to file a supplemental authority. Last evening, the United States District Court for the District of Columbia issued an opinion addressing whether the Federal Death Penalty Act, 18 U.S.C. § 3591 *et seq.*, or the repealed capital procedures in 21 U.S.C. § 848 of the Anti-Drug Abuse Act govern the execution of defendant Johnson.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s/_____
Richard D. Cooke
Joseph Attias
Assistant United States Attorneys

## Certificate of Service

I certify that on December 31, 2020, I filed electronically the foregoing with the Clerk of

Court using the CM/ECF system, which will serve all counsel of record.


By:   _____ /s/ _____

Richard D. Cooke
Assistant United States Attorney