IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                                    Criminal No. 3:92cr68 (DJN)

COREY JOHNSON,
        Defendant.

## ORDER
### (Granting Motion for Leave to File Supplemental Authority)

This matter comes before the Court on the Government's Motion for Leave to File

Supplemental Authority (ECF No. 98), requesting leave to file a recent opinion from the United

States District Court for the District of Columbia. Because the Court finds good cause, and that

no party will suffer prejudice, the Court hereby GRANTS the Government's Motion. The

Government's Notice of Supplemental Authority (ECF No. 98-1) is hereby deemed filed as of

the date of this Order.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Date: January 2, 2021