IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                                          Criminal No. 3:92cr68 (DJN)

COREY JOHNSON,
　　　Defendant.

## ORDER
### (Dismissing § 2255 Petition)

This matter comes before the Court on Defendant's Motion Pursuant to 28 U.S.C. § 2255

Raising Claim of Ineligibility to Be Executed Under 18 U.S.C. § 3596(c) ((the "Present § 2255

Petition) (ECF No. 86)). In accordance with the accompanying Memorandum Opinion, it is

hereby ORDERED that:

1.　　The Present § 2255 Petition (ECF No. 86) is hereby DISMISSED
　　　WITHOUT PREJUDICE for want of jurisdiction; and

2.　　A certificate of appealability is hereby DENIED.

Should Petitioner desire to appeal, written notice of appeal must be filed with the Clerk of

the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal

within that period may result in the loss of the right to appeal.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: January 2, 2021