**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 3:92CR68 (DJN)** |
| | : | **CAPITAL CASE** |
| **COREY JOHNSON,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEAL

Notice is hereby given that the defendant in the above-captioned case hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order dismissing for want of jurisdiction Defendant's Motion Pursuant to 28 U.S.C. § 2255 Raising Claim of Ineligibility to be Executed Under 18 U.S.C. § 3596(c) entered in this case on the 2nd day of January 2021.

Respectfully submitted,

Dated: January 4, 2021

/s/
David E. Carney, VA Bar # 43914
Donald P. Salzman*
Lotus D. Ryan, VA Bar # 71425
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295
Email: david.carney@skadden.com

*Admitted Pro Hac Vice

*Counsel for Corey Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to all parties and counsel included on the Court's Electronic Mail notice list.

/s/
David E. Carney, VA Bar # 43914
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295
Email: david.carney@skadden.com