## APPEAL TRANSMITTAL SHEET (Death Penalty)

**Transmittal to 4CCA of notice of appeal filed:** _01/04/21_

___ First NOA in Case

✓ Subsequent NOA-same party

___ Subsequent NOA-new party

___ Subsequent NOA-cross appeal

___ Paper ROA   ___ Paper Supp.

Vols: _____

Other: _4CCA # for prior: 20-15_

**District:**

 Eastern District of Virginia

**Division:**

 Richmond Division

**Caption:**

USA
v.
Cory Johnson

**District Case No.:**

 3:92-cr-00068-DJN-2

**4CCA No(s). for any prior NOA:**

**4CCA Case Manager: Emily Borneisen**

Direct notification of capital appeal also sent by:

___ **phone call to 804-916-2746 or**

✓ **email to Emily_Borneisen@ca4.uscourts.gov**

**Capital Appeal Type:**

___ § 2254 appeal

___ Direct appeal from conviction

✓ § 2255 appeal

___ Pretrial appeal in federal case

**District Judge:**

Judge David J. Novak

**Court Reporter** (list all):

 Jeff Kull, OCR

**Coordinator:**

**Fee Status:**

___ No fee required (USA appeal)   ___ Appeal fees paid in full   ___ Fee not paid

**Criminal Cases:**

✓ District court granted & did not revoke CJA status (continues on appeal)

___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)

___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**

___ Court granted & did not revoke IFP status (continues on appeal)

___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)

___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**

___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)

___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status (check all that apply):**

✓ Portions of record under seal

___ Entire record under seal

___ Party names under seal

___ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable):

___ Assembled electronic record transmitted

___ Additional sealed record emailed to 4cca-filing

___ Paper record or supplement shipped to 4CCA

___ No in-court hearings held

___ In-court hearings held – all transcript on file

___ In-court hearings held – all transcript not on file

___ Other:

**Record Status for Counseled Appeals** (check any applicable):

✓ Assembled electronic record available if requested

___ Additional sealed record available if requested

✓ Paper record or supplement available if requested

___ No in-court hearings held

___ In-court hearings held – all transcript on file

✓ In-court hearings held – all transcript not on file

___ Other:

Deputy Clerk: _Laurie C. Breeden_   Phone: _804-916-2207_   Date: _01/05/21_

04/2019