

FILED
JAN - 6 2021
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

DECEMBER 17, 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 EAST BROAD STREET, SUITE 3000
RICHMOND, VIRGINIA. 23219-3528

CRIM NO. 3:92CR68

RE: UNITED STATES OF AMERICA

V,

RICHARD "WHITEY" TIPTON
"NEWTOWN GANG MEMBER"

DEAR. CLERK

I WISH TO FILE THE ENCLOSED REQUEST FOR RECONSIDERATION.
SEEKING "DECLARATORY RELIEF"
IN REGARDS TO "WITNESS PROTECTION PROGRAM".

Thank you. — .

WAKEEL SABUR #1003459
RED ONION STATE PRISON
POUND, VIRGINIA. 24279-1900

COMES NOW THE PETITIONER, WAKEEL SABUR HEREBY MOVES THIS HONORABLE COURT FOR DECLARATORY RELIEF REGARDING HIS REQUEST FOR WITNESS PROTECTION UPON HIS RELEASE FROM PRISON.

IN SUPPORT OF THIS MOTION SABUR STATE THE FOLLOWING FACTS.

(i) PETITIONER WAS IN FACT A MATERIAL WITNESS AGAINST RICHARD "WHITEY" TIPTON WHO WAS A MEMBER OF A SECURITY THREAT GROUP KNOWN AS THE "NEWTOWN GANG".

(ii) PETITIONER WITNESSED AND TESTIFIED TO EVIDENCE OBTAINED WHILE HOUSED AT THE RICHMOND CITY JAIL AGAINST TIPTON THAT SHOWS HIS FUTURE DANGER TO SOCIETY EVEN BEHIND PRISON WALLS.

(iii) THE GANG'S ATTEMPT TO KILL A HOMICIDE DETECTIVE WHILE AWAITING TRIAL FOR MULTIPLE COUNTS OF MURDERS IN FURTHERANCE OF DRUG DISTRIBUTION IS A CLEAR INDICATION OF A WRECKLESS DISREGARD FOR AUTHORITY AND HUMAN LIFE.

(iv) TIPTON'S ATTEMPT TO CARRY OUT A MURDER AGAINST A LAW ENFORCEMENT OFFICER WAS ACTING ON THE BEHALF OF THE "NEWTOWN GANG".

(1)

(V) CORY JOHNSON'S EXECUTION IS SCHEDULED FOR JANUARY 14, 2021 WHICH IS LESS THAN A WEEK BEFORE THE INAUGURATION.

(VI) RICHARD TIPTON, AND JAMES ROANE WILL REMAIN ON DEATH ROW AND WOULD PROBABLY GET THEIR DEATH SENTENCES COMMUTED TO LIFE ONCE THE TRUMP ADMINISTRATION LEAVES THE OVAL OFFICE.

(VII) THE PETITIONER WITNESS REQUEST A DECLARATORY RELIEF REGARDING THIS MATTER.

(VIII) THE PETITIONER WITNESS CAN BE REACHED BY PHONE BECAUSE COVID-19 RESTRICTIONS HINDER MY EFFORTS A GREAT DEAL. I NEED SOMEONE FROM THE DEPARTMENT OF JUSTICE TO CONTACT ME BY PHONE.

WHEREFORE THE PETITIONER WITNESS REQUEST DECLARATORY RELIEF CONCERNING THIS MATTER.

UNDER PENALTY OF PERJURY ALL INFORMATION PROVIDED IS TRUE AND CORRECT.

WAKEEL SABUR #1003659
R.O.S.P.
POUND, VA. 24279-1900

(2)

WAKEEL Sabur #1003659
RED UNION STATE PRISON
P.O. BOX 1900
POUND, VIRGINIA. 24279-1900

VA DOC HAS NEITHER CENSORED OR
INSPECTED THIS ITEM. THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

KNOXVILLE TN 377
18 DEC 2020 PM 1

U.S. POSTAGE
PITNEY BOWES

ZIP 24279
02 4W
0000366944

CLERK'S OFFICE

U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 EAST BROAD STREET, Suite 3000
Richmond, VIRGINIA. 23219-3528

RECEIVED
DATE

DEC 18 2020

MAILROOM

23219-352899