IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

     v.                                             Criminal No. 3:92cr68 (DJN)

RICHARD TIPTON,
     Defendant.

### ORDER
### (Denying Motion for Reconsideration)

This matter comes before the Court on a Motion for Reconsideration (ECF No. 105) filed by Wakeel Sabur ("Sabur"), requesting that the Court reconsider its Order (ECF No. 85) denying his previous request to have the Court place him in the witness protection program. The Court previously denied his request, because the Court has no role in the witness protection program. In his Motion for Reconsideration, Sabur does not point to any new evidence, change in the law, error made by the Court or any other basis to reconsider the Court's previous denial of his request. Moreover, the Court still cannot grant Sabur the relief that he seeks. Accordingly, Sabur's Motion for Reconsideration (ECF No. 105) is hereby DENIED.

Let the Clerk file a copy of this Order electronically, notify all counsel of record, and mail a copy of the Order to Wakeel Sabur at the address provided in his motion.

It is so ORDERED.

                                               _____/s/_____

                                             David J. Novak
                                             United States District Judge

Richmond, Virginia
Dated: January 7, 2021