**INDEX OF EXHIBITS TO MOTION TO VACATE 2005 AMENDMENT TO THE JUDGMENT AND ORDER**

| Exhibit No. | Description |
| --- | --- |
| 1 | Order Vacating Stays of Execution (Nov. 17, 2005), Dkt. 944 |
| 2 | Order Directing Sentence of Death (Nov. 17, 2005), Dkt. 945 |
| 3 | Judgment Transcript (June 1, 1993) |
| 4 | Judgment in a Criminal Case (June 1, 1993), Dkt. 593 |
| 5 | Order of Execution (Nov. 22, 1996), Dkt. 653 |
| 6 | Order granting Consent Motion to Stay Executions (Feb. 21, 1997), Dkt. 657 |
| 7 | United States Motion to Vacate Stays of Execution (Oct. 18, 2005), Dkt. 938 |
| 8 | Notice of Execution from T.J. Watson (Nov. 20, 2020) |
| 9 | Memorandum Opinion, *In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases*¸ No. 19-mc-145 (D.D.C. Sept. 20, 2020), ECF No. 265 |
| 10 | Order, *United States v. Higgs*, No. 20-18 (4th Cir. Jan. 7, 2021), Dkt. 15 |
| 11 | Government's Motion to Dispense with, or Alternatively Expedite, Oral Argument, *United States v. Higgs*, No. 20-18 (4th Cir. Jan. 8, 2021), Dkt. 18 |
| 12 | Order, *United States v. Higgs*, No. 20-18 (4th Cir. Jan. 7, 2021), Dkt. 28 |