# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

NOV 1 7 2005

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 3:92CR68
)
RICHARD TIPTON )
CORY JOHNSON )
JAMES H. ROANE, JR. )

## ORDER

The matter is before the Court on the motion of the United States to vacate the stays of execution previously entered by the Court and to vacate the Orders entered November 22, 1996 which set the time place and method of the execution of Tipton, Johnson, and Roane. Upon review of the parties' submissions, it is Ordered that the motion of United States is GRANTED. The Orders entered November 22, 1996 (Docket Entries #653, 654 & 655) are VACATED. Contemporaneous with the entry of the present Order, the Court shall issue execution orders in accordance with the prior requests of the United States and 28 C.F.R. § 26.2. Furthermore, because there are no substantial grounds upon which relief could be granted, the Order entered February 21, 1997 (Docket Entry # 657), which stayed the executions of Tipton, Johnson, and Roane, is VACATED.

The Clerk is directed to mail a copy of this Order and the Execution Orders to counsel of record.

It is so ORDERED.

United States District Judge

Richmond, Virginia

Date: November 17, 2005

944