# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA    )
                      )
v.                       )     CASE NO. 3:92CR68-02
                      )
CORY JOHNSON            )

NOV 17 2005

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

### ORDER

Pursuant to the imposition of the sentence of death that was handed down by the jury on

February 16, 1993, is hereby ORDERED that:

1. The sentence of death shall be executed by a United States Marshal designated by the Director of the United States Marshals Service;

2. The sentence shall be executed by intravenous injection of a lethal substance or substances in a quantity sufficient to cause death;

3. The sentence shall be executed on a date and at a place designated by the Director of the Federal Bureau of Prisons;

4. Cory Johnson shall be committed to the custody of the Attorney General or his authorized representative for appropriate detention pending execution of the sentence;

5. The United States Marshal designated by the Director of the United States Marshal's Service to carry out the sentence of death shall promptly return to this Court the appended document to inform this Court that the sentence of death has been executed.

_James R. Spencer_
United States District Judge

Richmond, Virginia
Date: _November 17, 2005_

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _Kundall. McErmaid_
DEPUTY CLERK