# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

NOV 2 2 1996

UNITED STATES OF AMERICA

v.

CORY JOHNSON, a/k/a "CO"

27832-054                                    Defendant.

Criminal Action Number 3:92CR68-02

## ORDER

Pursuant to instructions from the United States Court of Appeals for the Fourth Circuit to enter an order of execution in accordance with regulations promulgated by the Attorney General, it is hereby ORDERED that:

1.    The Attorney General shall release Cory Johnson, a/k/a "CO", to the custody of a United States Marshal who shall supervise implementation of the sentence of death, in the manner prescribed by the law of the Commonwealth of Virginia, Va. Code Ann. §§ 53.1-232 - 236 (Michie 1994 & Supp. 1996);

2.    The United States Marshal charged with supervising the implementation of the sentence of death may use appropriate State or local facilities and services of an appropriate State or local official for the purpose, and shall pay the costs thereof in an amount approved by the Attorney General;

3.    The sentence shall be executed by electrocution or by continuous intravenous injection of a substance or combination of substances sufficient to cause death;

FILE COPY

4.     The method of execution shall be chosen by the prisoner. In the event the prisoner refuses to make a choice at least fifteen days prior to the scheduled execution, the method of execution shall be by lethal injection;

5.     The sentence shall be executed on March 20, 1997.

6.     Not less than four (4) days before the time fixed in this Order for the execution of the sentence, the United States Marshal, in conjunction with the Director of the Virginia Department of Corrections, shall cause Cory Johnson, a/k/a "CO", to be conveyed to the State correctional facility housing the death chamber; and

7.     The United States Marshal designated to supervise the implementation of the sentence of death shall certify the fact of the execution to this Court by filing an appropriate document with the Clerk of this Court.

The Clerk is directed to send a copy of this Order to all counsel of record, the Attorney General, and the Director of the Virginia Department of Corrections.

And it is SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

_____NOV 2 2_____
DATE

2