# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 3:92CR68 |
| | ) | Spencer, J. |
| RICHARD TIPTON, COREY | ) | |
| JOHNSON and JAMES H. | ) | |
| ROANE, JR., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER**

Upon consideration of Defendants' Consent Motion to Stay Executions, it is hereby

ORDERED that:

1.  The Motion be, and hereby is, GRANTED; and

2.  The executions previously scheduled by this Court for March 6, 1997, for Mr. Tipton, March 20, 1997, for Mr. Johnson, and April 3, 1997 for Mr. Roane, are hereby STAYED pending further order of this Court.

And it is SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

February 21, 1997
_____
Date



657