IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                                    Criminal No. 3:92cr68 (DJN)

COREY JOHNSON,
Defendant.

## ORDER
### (Requiring Expedited Response)

This matter comes before the Court on Defendant's Motion to Vacate 2005 Amendment

to the Judgment and Order. (ECF No. 107.) In light of the pending scheduled execution, the

Court hereby ORDERS the Government to respond to Defendant's Motion not later than January

12, 2021, at 8:00 a.m. Due to the expedited nature of this issue, the Court intends to rule on

Defendant's Motion without a reply from Defendant.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Date: January 11, 2021