**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 3:92CR68** |
| **v.** | : | **CAPITAL CASE** |
| | : | **EXECUTION SCHEDULED** |
| **COREY JOHNSON,** | : | **FOR JANUARY 14, 2021** |
| | : | |
| **Defendant.** | : | |

**NOTICE OF AUTHORITY CITED IN DEFENDANT'S
MOTION TO VACATE 2005 AMENDMENT TO THE JUDGMENT AND ORDER**

Yesterday, January 10, 2021, Defendant Corey Johnson filed a motion to vacate the

Court's order issued on November 17, 2005, modifying the authoritative orders of this Court

implementing his death sentence (Dkt. 107, the "Motion"). The Motion cited Mr. Johnson's

February 20, 1997 Consent Motion to Stay Executions (Dkt. 656), which was not attached to Mr.

Johnson's Motion as an exhibit because it was unavailable to counsel at the time of filing. Mr.

Johnson has now acquired a copy of the 1997 Consent Motion and attaches that copy here as

Exhibit 13 to Mr. Johnson's Motion for the Court's ease of reference.

Respectfully submitted,

Dated: January 11, 2021

/s/ David E. Carney
David E. Carney, VA Bar # 43914
Donald P. Salzman*
Lotus D. Ryan, VA Bar # 71425
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295
Email: david.carney@skadden.com

*Admitted Pro Hac Vice

*Counsel for Corey Johnson*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January 2021, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will then send notification of such

filing to all parties and counsel included on the Court's Electronic Mail notice list.

/s/ David E. Carney
David E. Carney, VA Bar # 43914
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295
Email: david.carney@skadden.com

2