# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 3:92CR68 |
| | ) | Spencer, J. |
| RICHARD TIPTON, COREY | ) | |
| JOHNSON and JAMES H. | ) | |
| ROANE, JR., | ) | |
| | ) | |
| Defendants | ) | |

## DEFENDANTS' CONSENT MOTION TO STAY EXECUTIONS

Defendants Richard Tipton, Corey Johnson, and James H. Roane, Jr., hereby respectfully move that their executions, currently scheduled by order of this Court for March 6, 1997, March 20, 1997, and April 3, 1997, respectively, be stayed. The grounds for this motion are as follows:

1. This Court sentenced each of the three defendants to death in June 1993 on one or more counts of murder in furtherance of a continuing criminal enterprise under 21 U.S.C. § 848 (e). The Court held, however, that the sentences could not be carried out because of the absence of a statutory method of execution.

2. On July 8, 1996, the United States Court of Appeals for the Fourth Circuit issued its opinion affirming the convictions and sentences of the defendants, and reversing this Court's holding that the sentences could not be carried out. The

656

Fourth Circuit denied a timely petition for rehearing and suggestion for rehearing in banc on October 28, 1996.

3. On November 22, 1996, this Court entered orders setting execution dates of March 6, 1997, for Mr. Tipton, March 20, 1997 for Mr. Johnson, and April 3, 1997 for Mr. Roane.

4. On January 27, 1997, each of the defendants filed a timely petition for certiorari in the Supreme Court of the United States seeking review of the Fourth Circuit's affirmance of the death sentences and the underlying convictions. The United States has not yet filed its brief in opposition to the petitions.

5. It is unlikely that the petitions for certiorari will be disposed of in due course before the execution dates schedule by this Court.

6. The granting of a stay of execution pending the disposition of a petition for certiorari on direct review in a capital case is automatic, because a scheduled execution date must not "interfere with the orderly processing of a petition on direct review" by the Supreme Court. Cole v. Texas, 499 U.S. 1301 (1991) (Scalia, J., in chambers). Consideration of a stay by this Court in the first instance is not only proper, but required, see Supreme Court Rule 23 (3), and a lower court has a responsibility to grant a stay in these circumstances to avoid burdening the Supreme Court with a necessity of doing so. McDonald v. Missouri, 464 U.S. 1306 (1984) (Blackmun, J., in chambers).

7. Pending the completion of direct review proceedings, defendants have not yet filed applications for post-conviction relief under 28 U.S.C. § 2255, but intend to

do so in the event that they are unsuccessful in obtaining relief through their pending petitions for certiorari.

8. The United States Department of Justice has authorized counsel for the defendants to represent to this Court that the United States agrees that the execution of the defendants' death sentences should be stayed pending the completion of the direct review process.

Respectfully Submitted,

Donald R. Lee Jr.
VSB# 25235
FRAMME MACAULAY & LEE LC
1108 East Main Street
Eleventh Floor
Richmond, Virginia 23219
(804) 649-2128

Counsel for Richard Tipton

Craig S. Cooley
VSB # 16593
P.O. Box 7268
Richmond, Va. 23221
(804) 358-2328

Counsel for Corey Johnson

David P. Baugh
VSB # 22528
223 South Cherry Street
Richmond, Virginia 23220
(804) 643-8111

Counsel for James H. Roane, Jr.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of February, 1997, true and accurate

copies of the foregoing Defendants' Consent Motion to Stay Executions were sent by

first-class mail, postage pre-paid, to:

> Robert J. Erickson
> Deputy Chief
> Criminal Division
> Appellate Section
> United States Department of Justice
> P.O. Box 899
> Ben Franklin Station
> Washington, D.C.  20044-0899
>
> Helen F. Fahey
> United States Attorney
> Eastern District of Virginia
> Suite 1800, Main Street Center
> 600 East Main Street
> Richmond, Va.  23219

Donald R. Lee, Jr.
FRAMME MACAULAY & LEE LC
1108 East Main Street
Eleventh Floor
Richmond, Virginia  23219