**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. 3:92CR68** |
| | : | **CAPITAL CASE** |
| **COREY JOHNSON,** | : | <span style="color:red">**EXECUTION SCHEDULED**</span> |
| **Defendant.** | : | <span style="color:red">**FOR JANUARY 14, 2021**</span> |
| | : | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that the defendant in the above-captioned case hereby appeals to the

United States Court of Appeals for the Fourth Circuit from the Memorandum Order denying

Defendant's Motion to Vacate 2005 Amendment to the Judgement and Order entered in this case on

the 12th day of January 2021 (Dkt. 111).

Respectfully submitted,

Dated: January 12, 2021

<u>/s/ David E. Carney</u>
David E. Carney, VA Bar # 43914
Donald P. Salzman*
Lotus D. Ryan, VA Bar # 71425
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295
Email: david.carney@skadden.com

*Admitted Pro Hac Vice

*Counsel for Corey Johnson*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to all parties and counsel included on the Court's Electronic Mail notice list.

<u>/s/ David E. Carney</u>
David E. Carney, VA Bar # 43914
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295
Email: david.carney@skadden.com