**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**UNITED STATES OF AMERICA**

**v.**                                                                    **Case No. 3:92cr68-04**

**VERNON LANCE THOMAS,**
    **Defendant.**

## <u>ORDER</u>

This matter comes before the Court on Defendant's Consent Motion to Extend Time to File for Relief (ECF No. 106), moving for an extension of sixty days to file his motion for relief under Section 404 of the First Step Act. Because the parties are in agreement, and the Court finds good cause, Defendant's Motion (ECF No. 106) is hereby GRANTED. Defendant shall have sixty (60) days from the entry hereof by which to file his motion for relief under Section 404 of the First Step Act.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is SO ORDERED.

                                                            _____/s/_____
                                                            David J. Novak
                                                            United States District Judge

Richmond, Virginia
Dated: _____