FILED:  January 14, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-3
(3:92-cr-00068-DJN-2)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

COREY JOHNSON, a/k/a O, a/k/a CO

Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to stay the execution, the court denies the motion.

Entered at the direction of Judge Wilkinson with the concurrence of Judge Motz and Judge Floyd.

For the Court

/s/ Patricia S. Connor, Clerk