FILED:  January 14, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-3
(3:92-cr-00068-DJN-2)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

COREY JOHNSON, a/k/a O, a/k/a CO

        Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing en banc.

Entered at the direction of Judge Wilkinson.

For the Court

/s/ Patricia S. Connor, Clerk