FILED: January 14, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-15
(3:92-cr-00068-DJN-2)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

COREY JOHNSON, a/k/a O, a/k/a CO

Defendant - Appellant

_____

No. 21-1
(3:92-cr-00068-DJN-2)
(3:20-cv-00957-DJN)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

COREY JOHNSON, a/k/a O, a/k/a CO

Defendant - Appellant

-----------------------------

THE CONSTITUTION PROJECT AT THE PROJECT ON GOVERNMENT
OVERSIGHT

        Amicus Supporting Appellant

_____

O R D E R

_____

        Upon consideration of submissions relative to the motion for stay of

execution filed this date in Case No. 20-15, *United States v. Corey Johnson*, and

Case No. 21-1, *United States v. Corey Johnson*, the court denies the motion.

        Entered at the direction of Judge Wilkinson with the concurrence of Judge

Motz and Judge Floyd.

                                For the Court--By Direction

                                /s/ Patricia S. Connor, Clerk