IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

    v.                                     Criminal No. 3:92cr68 (DJN)

VERNON LANCE THOMAS,
          Defendant.

## ORDER
**(Granting Motion to Extend Time)**

This matter comes before the Court on Defendant Vernon Thomas' ("Defendant") Consent Motion to Extend Time to File for Relief (ECF No. 115), moving for an extension of sixty (60) days to file his motion for relief under the First Step Act. Because the parties are in agreement, and the Court finds good cause, Defendant's Motion (ECF No. 115) is hereby GRANTED. Defendant shall file his Motion for relief under the First Step Act within sixty (60) days from the entry hereof.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                       _____/s/_____
                                       David J. Novak
                                       United States District Judge

Richmond, Virginia
Dated:  January 15, 2021