FILED: January 22, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-3
(3:92-cr-00068-DJN-2)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

COREY JOHNSON, a/k/a O, a/k/a CO

Defendant - Appellant

_____

O R D E R
_____

In light of the government's execution of Corey Johnson on January 14, 2021, the court dismisses this appeal as moot.

For the Court

/s/ Patricia S. Connor, Clerk