FILED: January 22, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-15
(3:92-cr-00068-DJN-2)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

COREY JOHNSON, a/k/a O, a/k/a CO

      Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered January 22, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*