FILED: January 22, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1
(3:92-cr-00068-DJN-2)
(3:20-cv-00957-DJN)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

COREY JOHNSON, a/k/a O, a/k/a CO

       Defendant - Appellant

------------------------------

THE CONSTITUTION PROJECT AT THE PROJECT ON GOVERNMENT
OVERSIGHT

       Amicus Supporting Appellant

_____

O R D E R
_____

In light of the government's execution of Corey Johnson on January 14, 2021, the

court dismisses this appeal as moot.

For the Court

/s/ Patricia S. Connor, Clerk