FILED: January 22, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1
(3:92-cr-00068-DJN-2)
(3:20-cv-00957-DJN)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

COREY JOHNSON, a/k/a O, a/k/a CO

       Defendant - Appellant

------------------------------

THE CONSTITUTION PROJECT AT THE PROJECT ON GOVERNMENT
OVERSIGHT

       Amicus Supporting Appellant

_____

M A N D A T E
_____

The judgment of this court, entered January 22, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of

the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*