FILED: January 22, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2
(3:92-cr-00068-DJN-2)
_____

In re: COREY JOHNSON, a/k/a O, a/k/a CO

Movant

_____

O R D E R

_____

In light of the government's execution of Corey Johnson on January 14, 2021, the court dismisses the motion for authorization to file a second or successive application for relief under 28 U.S.C. § 2255 as moot.

For the Court

/s/ Patricia S. Connor, Clerk