**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 3:92cr68-04** |
| | ) | **The Honorable David J. Novak** |
| **VERNON LANCE THOMAS,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**CONSENT MOTION TO EXTEND TIME TO FILE FOR RELIEF**

Petitioner Vernon Thomas, by counsel, hereby moves this Court to extend the time to file his motion for relief under Section 404 of the First Step Act for 60 days beyond the date of this filing. Counsel continues to look into Mr. Thomas's case and has been collecting information relevant to his First Step Act motion. As indicated previously, this is a complicated case because, in addition to his cocaine base conviction, he also has convictions for multiple violent offenses under continuing criminal enterprise and racketeering charges, and stacking firearm charges. The legal issues presented in this case continue to require significant investigation, research, and consideration, and counsel continues to track analogous cases in the Fourth Circuit, and nationwide, for guidance. Mr. Thomas has only one opportunity for relief under the First Step Act. He wants to make sure he is appropriately presenting his case before this Court.

Consequently, Mr. Thomas asks the Court for additional time to prepare and file his First Step Act motion.

Counsel has communicated with Mr. Richard Cooke, Assistant United States Attorney, and he has no objection to this motion.

WHEREFORE, Mr. Thomas respectfully requests that this Court extend the deadline for filing his First Step Act motion for 60 days.

Respectfully submitted,
Vernon Lance Thomas

By:            /s/
Robert J. Wagner
Va. Bar No. 27493
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804) 565-0808
robert_wagner@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to:

Richard Cooke
US Attorney's Office
SunTrust Building
919 East Main Street
Suite 1900
Richmond, VA 23219

            /s/
Robert J. Wagner
Va. Bar No. 27493
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804) 565-0830
robert_wagner@fd.org

2