```
HAZKW          *     INMATE DISCIPLINE DATA        *     04-01-2020
PAGE 001       *   CHRONOLOGICAL DISCIPLINARY RECORD  *    11:55:57


REGISTER NO: 09890-424 NAME..: THOMAS, VERNON LANCE
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 04-01-2020


----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3152947 - SANCTIONED INCIDENT DATE/TIME: 08-01-2018 1015
DHO HEARING DATE/TIME: 09-10-2018 1325         DHO REPT DEL: 09-12-2018 1530
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: POSSESSION UTILITY RAZOR BLADE, 3 SEWING MACHINE NEEDLES
                       & 51 CENTS CONCEALED IN ALBUM SHIPPED FROM FMC LEXINGTON
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:S
        DS         / 60 DAYS / CS
                   FROM: 09-10-2018  THRU: 11-08-2018
        COMP:   LAW:
        LP COMM    / 5 MONTHS / CS
                   FROM: 09-10-2018  THRU: 02-09-2019
        COMP:   LAW:
        LP VISIT   / 5 MONTHS / CS
                   FROM: 09-10-2018  THRU: 02-09-2019
        COMP:   LAW:
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM    / 90 DAYS / CS / SUSPENDED 180 DAYS
        COMP:   LAW:
----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2638944 - SANCTIONED INCIDENT DATE/TIME: 10-11-2014 1730
UDC HEARING DATE/TIME: 10-14-2014 1405
FACL/UDC/CHAIRPERSON.: LEE/K/BPENDERGRA
REPORT REMARKS.......: NO COMMENT
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM    / 45 DAYS / CS
        COMP:   LAW:
----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2003992 - SANCTIONED INCIDENT DATE/TIME: 04-16-2010 1015
UDC HEARING DATE/TIME: 04-20-2010 1105
FACL/UDC/CHAIRPERSON.: ALP/III/J. VITALE
REPORT REMARKS.......: UDC SANCTIONS TO 30 DAYS LOSS OF COMMISSARY
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:   LAW:
----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 596206 - SANCTIONED  INCIDENT DATE/TIME: 06-23-1998 2035
UDC HEARING DATE/TIME: 06-25-1998 1030
FACL/UDC/CHAIRPERSON.: BMP/C-2/BOWMAN
REPORT REMARKS.......: INMATE FOUND TO HAVE COMMITTED PROHIBITED ACT 499 ONLY




G0002       MORE PAGES TO FOLLOW . . .
```

Defendant's Exhibit A

```
HAZKW           *        INMATE DISCIPLINE DATA        *      04-01-2020
PAGE 002 OF 002 *    CHRONOLOGICAL DISCIPLINARY RECORD    *      11:55:57

REGISTER NO: 09890-424 NAME..: THOMAS, VERNON LANCE
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 04-01-2020

UDC HEARING DATE/TIME: 06-25-1998 1030 REPORT 596206 CONTINUED
   499  DISRUPTIVE CONDUCT-LOW MOD - FREQ: 1
        LOSE PRIV  / 15 DAYS / CS / SUSPENDED 30 DAYS
        COMP:    LAW:    15 DAYS COMMISSARY RESTRICTION SUSPENDED FOR 30
                         DAYS
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 187528 - SANCTIONED  INCIDENT DATE/TIME: 11-18-1993 1120
DHO HEARING DATE/TIME: 12-13-1993 0840
FACL/CHAIRPERSON.....: LEW/EMORY D
REPORT REMARKS.......: DENIES
   203  THREATENING BODILY HARM - FREQ: 1 ATI: ???
        DIS GCT    / 27 DAYS / CS
        COMP:    LAW:
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        DS           / 15 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:
        LOSE JOB   / CS
        COMP:    LAW:    REMOVE FROM MECH SVC
```

```
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```