```
 HAZEQ          *        INMATE EDUCATION DATA        *      04-22-2020
 PAGE 001       *              TRANSCRIPT             *      11:31:57

 REGISTER NO: 09890-424     NAME..: THOMAS                FUNC: PRT
 FORMAT.....: TRANSCRIPT    RSP OF: HAZ-HAZELTON USP
```

```
------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
HAZ  ESL HAS   ENGLISH PROFICIENT           08-30-1993 1320 CURRENT
HAZ  GED EN    ENROLL GED NON-PROMOTABLE    01-31-2017 1319 CURRENT
HAZ  GED SAT   GED PROGRESS SATISFACTORY    10-23-2017 1223 CURRENT
```

```
-------------------------- EDUCATION COURSES --------------------------
```

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|------------|-----------|------|----|----|-----|
| HAZ | ACE: USP MONEY SMART | 03-14-2019 | 08-14-2019 | P | C | P | 24 |
| LEW | FITNESS FUNCTIONAL TRAINING | 06-28-2018 | 09-22-2018 | P | C | P | 1 |
| LEW | GED CLASS MON - FRI MORNINGS | 04-17-2018 | 09-18-2018 | P | W | I | 158 |
| LEX MS M | TAYLOR GED 4 9:30-11 M-F | 01-31-2017 | 04-11-2018 | P | W | I | 442 |
| LEX MS M | BEGINERS CROCHET | 10-29-2017 | 01-14-2018 | P | C | P | 2 |
| LEX MS M | ALGEBRA 1 PGM M-F 8-9:30 ED VT | 08-24-2017 | 11-06-2017 | P | C | P | 16 |
| LEX MS M | WELLNESS NUTRITION RPP1 | 08-02-2017 | 09-07-2017 | P | C | P | 1 |
| LEX MS M | WHALLEN GED 9 12:30-2:30 M-F | 10-31-2016 | 12-28-2016 | P | W | V | 66 |
| LEX MS M | HEALTH CORE TOPIC RPP1 | 10-04-2016 | 10-04-2016 | P | C | P | 1 |
| LEE | GED 900-1030 ROOM 4 | 12-15-2015 | 09-20-2016 | P | W | I | 150 |
| LEE | BEGINNING CROCHET | 02-22-2016 | 04-12-2016 | P | C | P | 6 |
| LEE | INTERMEDIATE LEATHER | 02-23-2016 | 04-19-2016 | P | C | P | 7 |
| LEE | ALCOHOLICS/NARCOTICS ANONYMOUS | 03-02-2015 | 06-05-2015 | P | C | P | 10 |
| LEE | BEGINNING BEADING | 11-18-2015 | 12-30-2015 | P | C | P | 6 |
| LEE | BEGINNING CROCHET | 05-31-2015 | 11-02-2015 | P | C | P | 6 |
| LEE | ADVANCED LEATHER | 05-27-2015 | 10-07-2015 | P | C | P | 8 |
| LEE | GED M-F 930 MS. MARTIN | 03-09-2013 | 08-18-2015 | C | W | V | 0 |
| LEE | ADVANCED LEATHER | 01-20-2015 | 03-30-2015 | P | C | P | 8 |
| LEE | LEATHER 1 BEG/INTER | 10-06-2014 | 12-01-2014 | P | C | P | 6 |
| LEE | ADVANCED LEATHER 1 | 06-17-2013 | 09-17-2013 | P | C | P | 8 |
| LEE | RPP6 PSYCH SELF STUDY | 05-29-2014 | 05-29-2014 | P | C | P | 4 |
| LEE | RPP6 PSYCH SELF STUDY | 03-27-2014 | 03-27-2014 | P | C | P | 4 |
| LEE | RPP6 PSYCH SELF STUDY | 02-07-2014 | 02-07-2014 | P | C | P | 4 |
| LEE | CULTURAL DIVERSITY | 07-27-2011 | 10-01-2011 | P | C | P | 10 |
| LEE | LEAD BY EXAMPLE SEMINAR | 03-23-2011 | 04-06-2011 | P | C | P | 3 |
| LEE | INTERPERSONAL COMMUNICATION | 01-24-2011 | 03-31-2011 | P | C | P | 10 |
| LEE | RP6 INSIDE-OUT DAD | 01-25-2011 | 03-21-2011 | P | C | P | 10 |
| LEE | CONFLICT RESOLUTION | 01-19-2011 | 03-21-2011 | P | C | P | 10 |
| LEE | USP ACE - THE MUSIC INDUSTRY | 01-23-2011 | 03-16-2011 | P | C | P | 10 |
| LEE | STARTING/OWNING NONPROFIT | 01-19-2011 | 03-16-2011 | P | C | P | 10 |
| LEE | RPP5 RPP ORIENTATION | 11-04-2010 | 11-04-2010 | P | C | P | 1 |
| LEE | RPP1 AIDS AWARENESS | 11-04-2010 | 11-04-2010 | P | C | P | 1 |
| ALP | HEBERLIG GED M-F 12:30-2:30P | 11-16-2009 | 04-20-2010 | P | W | I | 280 |
| ALP | JOHNSON'S INT.GED 1230-2:30 | 10-20-2008 | 11-16-2009 | C | W | I | 0 |
| ALP | OSHA GEN INDUSTRY | 06-01-2007 | 08-01-2007 | P | C | P | 10 |
| ALP | GENERAL IND. OUTREACH TRAINING | 06-29-2004 | 10-25-2004 | P | C | P | 10 |
| ALP | GED EVE:TUE.&THUR 6:00-8:30 PM | 09-04-2002 | 02-21-2003 | P | W | V | 111 |
| ALP | VOLLEYBALL OFFICIAL COURSE | 04-01-2001 | 07-01-2001 | P | C | P | 25 |
| ALP | VOLLEYBALL OFFICIAL COURSE | 07-01-2001 | 07-01-2001 | P | C | P | 20 |

```
G0002     MORE PAGES TO FOLLOW . . .
```

Defendant's Exhibit B

```
   HAZEQ          *        INMATE EDUCATION DATA         *      04-22-2020
PAGE 002 OF 002 *            TRANSCRIPT                  *      11:31:57

REGISTER NO: 09890-424     NAME..: THOMAS                    FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: HAZ-HAZELTON USP
```

-------------------------- EDUCATION COURSES ----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|------------|-----------|------|----|----|----|
| LEW | LITERACY PROGRAM | 12-21-1993 | 08-25-1994 | P | W | V | 168 |
| LEW | GED | 09-28-1993 | 11-30-1993 | P | W | I | 60 |

-------------------------- HIGH TEST SCORES -----------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|------|---------|-------|-----------|-----------|------|-------|
| ABLE | LANGUAGE | 3.7 | 09-24-1993 | LEW | FAIL | |
| | NUMBER OPR | 6.7 | 09-24-1993 | LEW | FAIL | |
| | PROB SOLV | 8.9 | 09-24-1993 | LEW | PASS | |
| | READ COMP | 8.9 | 09-24-1993 | LEW | PASS | |
| | SPELLING | 4.8 | 09-24-1993 | LEW | FAIL | |
| | VOCABULARY | 5.0 | 09-24-1993 | LEW | FAIL | |
| GED | AVERAGE | 0.0 | 08-19-1994 | LEW | FAIL | PA |
| | LANG PROF | 0.0 | 08-19-1994 | LEW | AH | PA |
| | LIT/ARTS | 36.0 | 08-19-1994 | LEW | AH | PA |
| | MATH | 41.0 | 08-19-1994 | LEW | AH | PA |
| | SCIENCE | 34.0 | 08-19-1994 | LEW | AH | PA |
| | SOC STUDY | 37.0 | 08-19-1994 | LEW | AH | PA |
| | STATE HIST | 0.0 | 08-19-1994 | LEW | AH | PA |
| | WRITING | 0.0 | 08-19-1994 | LEW | FAIL | PA |
| GED PRAC | LIT/ARTS | 470.0 | 07-25-2013 | LEE | PF | VA |
| | MATH | 350.0 | 07-25-2013 | LEE | PF | VA |
| | SCIENCE | 430.0 | 06-12-2010 | LEE | PD | |
| | SOC STUDY | 470.0 | 06-12-2010 | LEE | PD | |
| | WRITING | 380.0 | 06-12-2010 | LEE | PD | |
| GED READY | MATH | 121.0 | 01-02-2018 | LEX | RE | KY |
| | RLA | 126.0 | 01-03-2018 | LEX | RB | KY |
| | SCIENCE | 131.0 | 01-02-2018 | LEX | RB | KY |
| | SOC STUDY | 137.0 | 01-03-2018 | LEX | RB | KY |
| TABE D | BATTERY | 4.4 | 10-14-2009 | ALP | 10 | |
| | LANGUAGE | 2.8 | 10-14-2009 | ALP | 10 | |
| | MATH APPL | 6.1 | 10-14-2009 | ALP | 10 | |
| | MATH COMP | 6.8 | 01-27-2009 | ALP | 10 | |
| | READING | 7.0 | 10-03-2008 | ALP | L | |
| | TOTAL MATH | 7.0 | 10-03-2008 | ALP | L | |
| TABE M | LANGUAGE | 5.0 | 10-03-2008 | ALP | L | |

G0000       TRANSACTION SUCCESSFULLY COMPLETED