Ralph Miller
450 w. 131st Street
New York, NY 10027
Apt PH-A

Defendant's Exhibit C

December 12, 2019

Honorable James R. Spencer,

My is Ralph Miller and I am writing to you on behalf of Vernon Thomas my brother, whom have been incarcerated now for a period of 3 decades. Vernon Thomas is now a grandfather and a great granduncle and he has not seen them or immediate family in years due to the nature of his whereabouts, which has been a very difficult Challenge now that our mother is disable (handicap). Vernon Thomas was a boy when he got into trouble although he was consider to be grown in the eyes of the law he hadn't matured. Since his incarceration several members have been hospitalize and are now deceased . There have been so many changes since his incarceration in society that my brother Vernon Thomas should be given a second chance within the Society to redeem his true nature. My brother Vernon Thomas is a change man and I am sure his institutional record can backup what I am trying to express to reform his reentry back into society. Society has played a major roll in his life that caused this behavior in the first place. Peer pressure was a very difficult challenge growing up in the big city and mistake were made along the way. My brother Vernon Thomas had never been in no trouble before his incarceration. My brother had the opportunity to be successful as a professional basketball player and that opportunity never evolved because of his conviction. Now that he's up in age, we know he can only be a mentor and help the next generation of inner city children and family members not make these same mistake. What better way to overcome a harsh situation then to go back and help change a condition that has been burdening the ghettos for years. Privileges were not given to us as poor inner city children growing up in the 70s, 80s, and 90s. Vernon and I have a deceased older bother who tried to lead the way by becoming a United state Marine and completing a 4yr term and getting a honorable discharge for serving the country and later consuming to aids due to an gunshot sustained in the Marines. All of this has played a part in my brother Vernon Thomas life of cause and effect! Yes, damage is done, but I am sure he has participated in programs while incarcerated to reform himself to reenter society if given the chance.

Honorable James R. Spencer, I Ralph Miller The brother of Vernon Thomas are asking you to take into consideration and review this plea of notation of I and other family members to honor him(Vernon Thomas) this second chance in society.

Honorable James R. Spencer Sir, I am taking this time out to thank you in advance for reviewing and responding to my concerns for mentioned in this document.

Sincerely

Ralph Miller

Illonna Miller
1909 Amsterdam Avenue
New York, NY 10032
Apt 5A

December 14, 2019

Honorable Judge James R. Spencer;
My name is Illonna Miller and I am the mother of Vernon Thomas and I am writing to you in regards to son (Vernon) coming home!  My son Vernon has been away for 27yrs almost 3 decades .     I am the mother of six children whom I love dearly.  One of my son is now deceased, Vernon oldest brother.  He passed away in 1993 while he has been incarcerated.   My mother his grandmother also passed away in 1998 while he has been inside as well as other family members.   Vernon Thomas has 6 children and 2 grandchildren.  Two of the children are not his, but he helped  raised them for what time they all shared when he was home.  Like I have mentioned , I am the mother of six children and now have count-less grandchildren and greatgrandchildren .  I had six children to raise with the help of my mother! None of their father's were present to help me raised them ,but I have done my best to my ability .  My son Vernon was a good child growing up in Harlem located in the borough of Manhattan.  Yes it was very hard in the beginning ,because I was a young mother trying to raised 6 children, and I tried to be there for them all.  I sent my son Vernon to school everyday ,tried to get him to go to church and to stay out of trouble to the best of my physical and mental ability.  He would take his sisters to school and as well pick them up!

Once he got grown and left my home ,he would call me and let me know he was ok and visit ,especially on the holidays, birthdays and family gatherings.  I raised my children to be close nit and to love one another .  My son Vernon was a very active child.  He loved playing sports especially basketball , he desired that sport ( basketball) the most.  Unfortunately, that dream of his wasn't  accomplished due to the circumstances at hand.  I am now up in age suffering from many illnesses as well as disable.  I haven't seen my son in years because of my disability and the distance, very difficult for me to travel. I would love to have my son Vernon back home where he belongs with his loved ones especially me. I know my son Vernon isn't causing any problems while incarcerated because he wants to come home! He knows he has made  mistakes and I am shore he has learned from his mistakes after being in there for somany years, and I know if given another chance of liberty he will make the best of it because, he was young and very immature at the time; and now that he is much older and wiser it would lead me to believe Vernon would be a much grater success then when he left.  It's a much more changed world " then when he was home on the outside.  I Illonna Miller need my son Vernon Thomas home with me for the final years that I have here on this earth.  I believe within all my heart, my son Vernon Thomas has paid and served his time for whatever he has been accused and convicted of.

Judge James R. Spencer thank you for reviewing and responding to my concerns , concerning my son Vernon Thomas and I pray to GOD that you all find it within you hearts to give my son a second chance

whom have never been in any trouble outside this stay within the prison system before.

Thank You

*Illonna Miller*

Illonna Miller