IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

    v.                                                    Criminal No. 3:92cr68 (DJN)

VERNON LANCE THOMAS,
    Defendant.

**ORDER**
**(Ordering Response to First Step Act Motion)**

This matter comes before the Court on Defendant Vernon Thomas' ("Defendant")

Motion to Reduce Sentence Pursuant to Section 404 of the First Step Act of 2018 (ECF No.

137), moving the Court to reduce his sentence pursuant to the First Step Act of 2018.  Pursuant

to the Court's Scheduling Order (ECF No. 7), the Government was to file its response within

thirty (30) days of the filing of Defendant's Motion.  That time has passed and the Government

has not responded to Defendant's Motion.  Accordingly, it is hereby ORDERED that the

Government files its response to Defendant's Motion within fourteen (14) days of the entry

hereof.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                     /s/
                                 David J. Novak
                                 United States District Judge

Richmond, Virginia
Dated: August 19, 2021