

**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

---

*Office of the Complex Warden*

January 15, 2021

The Honorable David J. Novak
United States District Judge
for the Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

RE: Johnson, Cory
    Reg. No.: 27832-054
    Case No: 3:92CR68-02

Dear Judge Novak:

This is to inform you of the death of inmate Cory Johnson, who was incarcerated in the Federal Bureau of Prisons. His designated Bureau of Prisons institution was the Special Confinement Unit at the United States Penitentiary, in Terre Haute, Indiana.

As you recall, inmate Johnson was sentenced to Death in the Eastern District of Virginia, on June 1, 1993, for Continued Criminal Enterprise and Murder in Furtherance of Continued Criminal Enterprise, Aiding and Abetting.

Inmate Johnson passed away at 11:34 p.m., on January 14, 2021, at the Federal Correctional Complex located in Terre Haute, Indiana. The cause of death was execution by lethal injection.

If you require further information regarding this case, please do not hesitate to contact our institution at 812-244-4400.

Sincerely,

T. J. Watson
Complex Warden

cc: U.S. Attorney's Office
    Chief United States Probation Officer
    North Central Regional Director