IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal no. 3:92-cr-68 |
| | ) | |
| VERNON LANCE THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

**United States' Motion for a Six-Day Extension
For the Government's Response to § 404 Motion**

The United States respectfully requests a six-day extension for its response to defendant Thomas's motion for a sentence reduction under § 404. On March 24, 2020, this Court ordered the United States to respond within 30 days of the date of defendant's § 404 motion. Dkt. No. 7. After a number of extensions, and the retirement of an attorney for the government assigned to the case, defendant filed his motion through counsel on May 17, 2021. Dkt. No. 137. The government's new counsel failed to spot this Court's earlier order providing that the government should respond within 30 days and believed that the Court would issue an order setting a date for the response. Thirty days passed, and on August 19, 2021, this Court ordered the United States to respond within 14 days. Dkt. No. 138.

Because of delays in obtaining records from this case, the United States respectfully requests a six-day extension for its response, making the government's response due on September 8, 2021.

1

Respectfully submitted,

Raj Parekh
Acting United States Attorney

_____/s/_____
Richard D. Cooke
Assistant United States Attorney
Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, VA 23219
(804) 819-5400
richard.cooke@usdoj.gov

**Certificate of Service**

I certify that on September 2, 2021, I filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel.

                                                          /s/

Richard D. Cooke
Assistant United States Attorney
Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, VA 23219
(804) 819-5400
richard.cooke@usdoj.gov