IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA    )
    )
    v.    )    Criminal No. 3:92-cr-68
    )
VERNON LANCE THOMAS,    )
    )
    Defendant.    )

## ORDER

This matter is before the Court on the United States' motion for extension of time for its response to the defendant's motion under § 404 of the First Step Act.

Good cause appearing, the Court GRANTS the Motion. The government's response to the defendant's § 404 motion is now due September 8, 2021.

The Clerk is directed to send a copy of this Order to Defendant, appointed counsel, and the Assistant United States Attorney.

IT IS SO ORDERED.

_____
HON. DAVID J. NOVAK
United States District Judge

ENTERED this _____ day of _____, 2021.

at Richmond, Virginia