IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                                          Criminal No. 3:92cr68 (DJN)

VERNON LANCE THOMAS,
    Defendant.

## ORDER
### (Granting Motion for Extension)

This matter comes before the Court on the Government's Motion for a Six-Day

Extension for the Government's Response to § 404 Motion (ECF No. 140), moving for a six-day

extension of time by which to file its response to Defendant Vernon Thomas' First Step Act

Motion. For good cause shown, the Government's Motion (ECF No. 140) is hereby GRANTED

and the Government shall have until September 8, 2021, to respond to Defendant's First Step Act

Motion.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: September 7, 2021