**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Criminal Number: 3:92CR68-4** |
| | ) | **Hon. David J. Novak** |
| **VERNON LANCE THOMAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

This notice is to advise the Court that Amy L. Austin, Esq., Assistant Federal Public Defender, will appear as counsel for the above-referenced defendant. Ms. Austin will replace Attorney Robert J. Wagner in representing Mr. Thomas on behalf of the Office of the Federal Public Defender.

WHEREFORE, the defendant requests that Ms. Austin be assigned to his case as lead counsel.

Respectfully Submitted,
VERNON LANCE THOMAS
By:_____/s/_____

Counsel

Amy L. Austin, Esq.
Va. Bar # 46579
Assistant Federal Public Defender
Eastern District of Virginia
701 E. Broad Street, Suite 3600
Richmond, VA  23219
(804) 565-0880
(804) 648-5033 (fax)
amy_austin@fd.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Richard D. Cooke
Assistant United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Richard.Cooke@usdoj.gov

_____/s/_____
Counsel

Amy L. Austin, Esq.
Va. Bar # 46579
Assistant Federal Public Defender
Eastern District of Virginia
701 E. Broad Street, Suite 3600
Richmond, VA   23219
(804) 565-0880
(804) 648-5033 (fax)
Amy_Austin@fd.org