**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Criminal Number: 3:92CR68-4** |
| | ) | **Hon. David J. Novak** |
| **VERNON LANCE THOMAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

COMES NOW Darius R. Holloway, Assistant Federal Public Defender, and hereby

notes his appearance as counsel in the case on behalf of the defendant.


Respectfully Submitted,
VERNON LANCE THOMAS

By:  _____/s/_____
Counsel


Darius R. Holloway
Va. Bar No. 92914
Assistant Federal Public Defender
Eastern District of Virginia
701 E. Broad Street, Suite 3600
Richmond, VA  23219
(804) 565-0886
(804) 648-5033 (fax)
Darius_Holloway@fd.org

1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Richard D. Cooke
Assistant United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Richard.Cooke@usdoj.gov

_____/s/_____
Counsel

Darius R. Holloway
Va. Bar No. 92914
Assistant Federal Public Defender
Eastern District of Virginia
701 E. Broad Street, Suite 3600
Richmond, VA  23219
(804) 565-0886
(804) 648-5033 (fax)
Darius_Holloway@fd.org