## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| RICHARD TIPTON, III, | ) | |
| | ) | Criminal Case No. 92CR68 |
| Movant, | ) | Prior Civil Case No. 98CV361 |
| | ) | |
| v. | ) | **CAPITAL CASE** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION TO VACATE CONVICTION UNDER 28 U.S.C. § 2255 IN LIGHT OF *UNITED STATES V. DAVIS*, __U.S.__, 139 S. Ct. 2319 (2019)**

The Section 2255 motion attached hereto as Appendix A is substantively identical to the proposed motion attached to Mr. Tipton's motion for authorization to file a successive motion for post-conviction pursuant to 28 U.S.C. § 2255(h)(2), which he filed on June 8, 2020. See Doc. 2-2, *In re: Tipton*, Case No. 20-10. In keeping with this Court's order of January 31, 2022, D.149, Mr. Tipton now files this motion with his signed verification, attached as Appendix B. Mr. Tipton contemporaneously files an unopposed motion to amend this pleading to address the new authority that has developed in the twenty months since its drafting.

[Signatures on following page.]

Respectfully submitted on this, the 19th day of February, 2022.

*/s/Frederick R. Gerson*
Frederick R. Gerson
VSB #39968
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

*Jeffrey Lyn Ertel
Ga. Bar No. 249966
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Jeff_Ertel@fd.org

*Gerald W. King, Jr.
Chief, Fourth Circuit Capital Habeas Unit
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Direct: (704) 688-6946
Gerald_King@fd.org

*Applications for admission *pro hac vice* pending.

Counsel for Richard Tipton, III.

## CERTIFICATE OF SERVICE

I certify that on this, the 19th day of February, 2022, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically on the attorney listed below:

Richard Cooke, Esq.
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314

This, the 19th day of February, 2022.

*/s/Frederick R. Gerson*
Frederick R. Gerson
VSB #39968
Durrette, Arkema, Gerson & Gill, PC
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com