# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| RICHARD TIPTON, III, | ) | |
| | ) | Criminal Case No. 92CR68 |
| Movant, | ) | Prior Civil Case No. 98CV361 |
| | ) | |
| v. | ) | **CAPITAL CASE** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*
## OF GERALD WESLEY KING, JR. AND JEFFREY LYN ERTEL

Pursuant to Local Civil Rule 83.1(D) and Local Criminal Rule 57.4, I, Frederick R. Gerson, a member in good standing of the Bar of this Court and counsel for Mr. Tipton, hereby moves for the admission *pro hac vice* of Gerald Wesley King, Jr. and Jeffrey Lyn Ertel in the above-captioned case. The attorneys seeking admission are an integral part of the legal team representing Mr. Tipton, and the undersigned counsel respectfully requests that the Court grant them the opportunity to appear and be heard in open court as the needs of the case dictate. This Court has previously admitted Mr. King and Mr. Ertel to represent Mr. Tipton in challenges related to his underlying criminal case. D.30, D.32. As Mr. King and Mr. Ertel are federal defenders appearing in the course of their duties, their appointment will not necessitate any expenditure by this Court.

As required by Local Civil Rule 83.1(D) and Local Criminal Rule 57.4, this motion is supported by the attached Personal Statements of Gerald Wesley King and Jeffrey Lyn Ertel and a Proposed Order.

Respectfully submitted on this, the 19th day of February, 2022.

/s/Frederick R. Gerson
Frederick R. Gerson
VSB #39968
Durrette, Arkema, Gerson & Gill, PC
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Counsel for Richard Tipton, III.

## CERTIFICATE OF SERVICE

I certify that on this, the 19th day of February, 2022, the foregoing document

was served on all parties or their counsel of record though the CM/ECF system and

will be served electronically on the attorney listed below:

Richard Cooke, Esq.
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314

This, the 18th day of February, 2022.

/s/Frederick R. Gerson
Frederick R. Gerson
VSB #39968
Durrette, Arkema, Gerson & Gill, PC
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com