Reset Form     Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number _(To be assigned)____, Case Name _Tipton v. United States of America_____
Party Represented by Applicant: _Richard Tipton, III_____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) _Jeffrey Lyn Ertel_____
Bar Identification Number _249966_____ State _Georgia_____
Firm Name _Federal Defender Program_____
Firm Phone # _404-688-7530_____ Direct Dial # _678-539-4313_____ FAX # _404-688-0768_____
E-Mail Address _jeff_ertel@fd.org_____
Office **Mailing** Address _101 Marietta Street NW, Suite 1500, Atlanta, Georgia  30303_____

Name(s) of federal court(s) in which I have been admitted _U.S. Supreme Court, 11th Cir., NDGA._____

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.    Please see attachment.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __✕__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

I am a Federal Defender appearing in the course of my duties and respectfully request exemption.

_/s/ Jeffrey Lyn Ertel_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement.  I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Frederick R. Gerson
_____     02/18/2022
(Signature)                                    _____
Frederick R. Gerson                            (Date)
_____     39968
(Typed or Printed Name)                        _____
                                               (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____     _____
(Judge's Signature)                            (Date)

I was given a written reprimand in *USA v. Meier Jason Brown*, 4:03-CR-1, for impermissibly contacting jurors in a capital post-conviction proceeding in the Southern District of Georgia in violation of the Local Rules.  As this Court noted in granting my admission pro hac vice upon reconsideration, the Southern District of Georgia found my violation negligent rather than willful after a full inquiry by the United States Attorney's Office and declined to revoke my pro hac vice status or grant my motion to withdraw.