IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
3:92CR68-1 CRIMINAL RULE 57.4

In Case Number (To be assigned)____, Case Name Tipton v. United States of America____

Party Represented by Applicant: Richard Tipton, III____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Jeffrey Lyn Ertel____
Bar Identification Number 249966____ State Georgia____
Firm Name Federal Defender Program____
Firm Phone # 404-688-7530____ Direct Dial # 678-539-4313____ FAX # 404-688-0768____
E-Mail Address jeff_ertel@fd.org____
Office **Mailing** Address 101 Marietta Street NW, Suite 1500, Atlanta, Georgia 30303____

Name(s) of federal court(s) in which I have been admitted U.S. Supreme Court, 11th Cir., NDGA.____

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.    Please see attachment.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

I am a Federal Defender appearing in the course of my duties and respectfully request exemption.

/s/ Jeffrey Lyn Ertel____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Frederick R. Gerson____                                    02/18/2022____
(Signature)                                                          (Date)
Frederick R. Gerson                                            39968____
(Typed or Printed Name)                                      (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted ✓____

The motion for admission is GRANTED ____✓____ *or* DENIED _____

/s/ [signature]
David J. Novak____                                    February 22, 2022____
(Judge) United States District Judge                (Date)

/s/
David J. Novak
United States District Judge

I was given a written reprimand in *USA v. Meier Jason Brown*, 4:03-CR-1, for impermissibly contacting jurors in a capital post-conviction proceeding in the Southern District of Georgia in violation of the Local Rules. As this Court noted in granting my admission pro hac vice upon reconsideration, the Southern District of Georgia found my violation negligent rather than willful after a full inquiry by the United States Attorney's Office and declined to revoke my pro hac vice status or grant my motion to withdraw.