**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 3:92CR68 (DJN)** |
| | **:** | |
| **COREY JOHNSON,** | **:** | |
| | **:** | |
| Defendant. | **:** | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 83.1, I, David E. Carney, respectfully move to withdraw my

appearance on behalf of Corey Johnson.  My client, Mr. Johnson, was executed on January 14,

2021.  For the above reason, I request my withdrawal from the above-referenced proceeding.

Dated: March 4, 2022

Respectfully submitted,

/s/ David E. Carney
David E. Carney (Va. Bar No. 43914)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: David.Carney@skadden.com

*Counsel to Defendant Corey Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th of March 2022, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will then send notification of such filing to all

parties and counsel included on the Court's Electronic Mail notice list.

/s/ David E. Carney
David E. Carney (Va. Bar No. 43914)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: David.Carney@skadden.com

*Counsel to Defendant Corey Johnson*