**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 3:92CR68 (DJN)** |
| | **:** | |
| **COREY JOHNSON,** | **:** | |
| | **:** | |
| Defendant. | **:** | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Motion to Withdraw as Counsel for Defendant Corey Johnson, dated March 4, 2022,

is granted, and it is hereby ordered that David Carney is granted to withdraw as counsel in the

above-referenced proceeding.

Dated: March____, 2022          _____
                                U.S. District Judge David J. Novak