**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 3:92CR68 (DJN)** |
| | **:** | |
| **COREY JOHNSON,** | **:** | |
| | **:** | |
| Defendant. | **:** | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Motion to Withdraw as Counsel for Defendant Corey Johnson, dated April 7, 2022,

is granted, and it is hereby ordered that Lotus Ryan is granted to withdraw as counsel in the

above-referenced proceeding.

Dated: April_____, 2022

_____
U.S. District Judge David J. Novak