IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                                          Criminal No. 3:92cr68 (DJN)

COREY JOHNSON,
    Defendant.

## ORDER
### (Granting Motions to Withdraw)

This matter comes before the Court on the Defendant's counsel's Motions to Withdraw

as Counsel (ECF Nos. 165, 166), moving to withdraw David E. Carney and Lotus D. Ryan as

counsel of record for Corey Johnson. For good cause shown, the Court hereby GRANTS the

Motions (ECF Nos. 165, 166) and hereby DIRECTS the Clerk to terminate David Carney and

Lotus Ryan as counsel of record in this matter.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: April 8, 2022