IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:92-cr-68 (DJN) |
| | ) | |
| RICHARD TIPTON, | ) | |
| | ) | |
| Defendant. | ) | |

**Government's Unopposed Motion to Extend Response Date**

On February 22, 2022, the defendant, Richard Tipton, III, filed an amended motion to vacate under 28 U.S.C. § 2255. (ECF No. 159.) Per the Court's order, the government's response was due on Saturday April 23, 2022. (ECF No. 158.) The government's response is thus due on Monday April 25, 2022.

The government is working diligently to prepare its response in opposition. Due to the press of other matters, however, the government respectfully requests a two-day extension for filing its response to the defendant's motion to vacate. With this extension, the government's response would be due on Wednesday April 27, 2022.

The government attorneys assigned to this matter have had numerous proximate filing deadlines in both district court and Fourth Circuit matters. Additionally, one of the government's attorneys is preparing for an oral argument before the Fourth Circuit on May 5, and both attorneys are assisting colleagues prepare for other oral arguments during the Fourth Circuit's May sitting.

The government has not previously sought an extension in this matter and is proceeding diligently in preparing its response in opposition. Counsel for the defendant, Mr. Gerald King, has no objection to the proposed extension.

2

Respectfully submitted,

Jessica D. Aber
United States Attorney


By: _____/s/_____
Richard D. Cooke
Joseph Attias
Assistant United States Attorneys
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
(804) 819-5400
Richard.Cooke@usdoj.gov
Joseph.Attias2@usdoj.gov

2

**Certificate of Service**

I hereby certify that on April 25, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By: _____/s/_____

Joseph Attias
Assistant United States Attorney

3