IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                                    Criminal No. 3:92cr068 (DJN)

RICHARD TIPTON,
JAMES H. ROANE,
       Defendants.

## ORDER
### (Granting Motions for Extension)

This matter comes before the Court on the Government's Unopposed Motions to Extend

Response Date (ECF Nos. 168, 169), moving for an extension of time by which to file its

oppositions to Defendants' Motions to Vacate (ECF Nos. 159, 161). Because the parties are in

agreement, and the Court finds good cause, the Government's Motions (ECF No. 168, 169) are

hereby GRANTED. The Government shall have until Wednesday, April 27, 2022, to file its

oppositions to Defendants' Motions to Vacate.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: April 26, 2022