**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

*Richmond Division*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD TIPTON, III,

    Defendant.

Civil No. 3:98-CV-00361

Crim. No. 3:92-CR-00068 (DJN)

**CAPITAL CASE**

**<u>Tipton's Unopposed Motion for an Extension of Time to File
His Reply in Support of His Motion to Vacate</u>**

Defendant Richard Tipton, III, respectfully moves this Court to extend his time to submit his reply in support of his amended motion to vacate under 28 U.S.C. § 2255 by twenty-one (21) days, through and until June 17, 2022. The Government consents to this extension. In support of that motion, Mr. Tipton shows as follows:

Per this Court's order of January 31, 2022 (ECF 149), Mr. Tipton filed a Motion and Amended Motion to Vacate pursuant to 28 U.S.C. § 2255 on February 19, 2022, (ECF Nos. 154, 155), and the Government submitted its Response in Opposition to that motion on April 27, 2022 (ECF 168). Also, per this Court's order, Mr. Tipton's reply is due on May 27, 2022. (ECF 149.)

Undersigned counsel now request an extension of this deadline due to their workload and professional obligations. In the time since the Government filed its

1

response, counsel Gerald W. King, Jr., who has principal responsibility for this pleading, has had numerous and exigent professional and administrative obligations as Chief of the Fourth Circuit CHU. Mr. King is counsel of record and was directing warrant litigation and executive clemency preparations for two death-sentenced prisoners in South Carolina whose executions were scheduled or anticipated in April 2022.[1] Mr. King is counsel for Virgil Presnell, a death-sentenced prisoner in Georgia, who, on April 27, 2022, was scheduled for execution on May 17, 2022, necessitating Mr. King's extended travel to Georgia last week.[2] Mr. King has had and has numerous filing deadlines, including: a Reply in support of a Rule 60(b) motion in the United States District Court for the District of South Carolina in the capital case of *Bixby v. Stirling*, No. 4:17-cv-00954-BHH (DSC), on May 5, 2022; a petition for rehearing and rehearing *en banc* in the Fourth Circuit in the capital case of *Bixby v. Stirling*, Case No. 21-5, on May 13, 2022; a reply in support of a petition for writ of certiorari in the Supreme Court of the United States in the capital case of *Dickerson v. Stirling*, No. 21-7584, which is due on May 24, 2022; and

---

[1]Brad Keith Sigmon and Freddie Owens. On April 20, 2022, the Clerk of the South Carolina Supreme Court issued an execution notice scheduling Mr. Sigmon's execution for May 13, 2022. The South Carolina Supreme Court then temporarily stayed Mr. Sigmon's execution on April 22, 2022. On May 5, 2002, the South Carolina Supreme Court entered an administrative order extending Mr. Sigmon's stay and staying the issuance of Mr. Owens's execution warrant pending litigation below challenging South Carolina's execution statute.

[2]The Superior Court of Fulton County enjoined Mr. Presnell's execution on May 16, 2022; the warrant authorized his execution through noon on May 24, 2022.

objections to the Magistrate's Report and Recommendation in the United States District Court for the District of South Carolina in the capital case of *Bryant v. Stirling*, No: 9:16-cv-01423-DCN, which are presently due on June 2, 2022. Mr. King is also closing on his new home in Charlotte, North Carolina, on June 6, 2022.

Co-counsel Jeff Ertel has just concluded a seven-day trial in the matter of *U.S. v. Pierce*, 6:21-cr-00170-BMJ, a federal murder-in-Indian-country matter in the United States District Court for the Eastern District of Oklahoma. Co-counsel Frederick Gerson is an administrative hearing officer for the Commonwealth of Virginia and, as an officer for special education hearings in particular, must attend all-day trainings conducted by the Supreme Court of Virginia on May 25-26, 2022. Mr. Gerson has several motions hearings in advance of an all-day non-special education hearing on June 14, 2022, over which he will preside. In his private practice, Mr. Gerson is counsel on five transactions scheduled to close within the next 3-4 weeks.

Undersigned counsel have consulted with Richard Cooke, counsel for the government, and is authorized to state that the Government consents to this extension.

WHEREFORE, Movant Richard Tipton, III, respectfully prays that this Court extend his time to file his reply in support of his Section 2255 motion by twenty-one (21) days, through and until June 17, 2022.

3

Respectfully submitted on this, the 24th day of May, 2022.

/s/ Frederick R. Gerson
Frederick R. Gerson, Esquire
(VSB #39968)
Durrette, Arkema, Gerson & Gill PC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
Tel: (804) 775-6900
Fax: (804) 775-6911
fgerson@dagglaw.com

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

*Jeffrey Lyn Ertel
Ga. Bar No. 249966
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Jeff_Ertel@fd.org

*Gerald W. King, Jr.
Chief, Fourth Circuit Capital Habeas
Unit
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Direct: (704) 688-6946
Gerald_King@fd.org

*Admitted *pro hac vice*.

*Counsel for Richard Tipton, III*

4

## CERTIFICATE OF SERVICE

I certify that on this, the 24th day of May, 2022, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically on the attorney listed below:

Richard Cooke, Esq.
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314.

*/s/ Frederick R. Gerson*
Frederick R. Gerson, Esquire (VSB #39968)
Durrette, Arkema, Gerson & Gill PC
1111 East Main Street, 16th Floor
Richmond, Virginia  23219
Tel:  (804) 775-6911
Fax:  (804) 775-6911
fgerson@dagglaw.com