# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD TIPTON, III,

Defendant.

Civil No. 3:98-CV-00361

Crim. No. 3:92-CR-00068 (DJN)

**CAPITAL CASE**

## <u>CONSENT ORDER</u>

This matter comes before the Court on the Defendant's Unopposed Motion for a twenty-one (21) day extension of the time to submit his reply in support of his amended motion to vacate (ECF No. 161). Because the Government consents to this extension, and for good cause shown, the Defendant's Motion is hereby GRANTED. Defendant shall have until June 17, 2022, to file his reply.

The Clerk is directed to file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: _____