IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                                Criminal No. 3:92cr68 (DJN)

RICHARD TIPTON, III,
   Defendant.

## **ORDER**
### **(Granting Motion for Extension)**

This matter comes before the Court on the Defendant Richard Tipton's Unopposed

Motion for an Extension of Time to File His Reply in Support of His Motion to Vacate (ECF No.

175), moving for an extension of time by which to file his reply in support of his § 2255 Motion.

Because the parties are in agreement, and the Court finds good cause, the Defendant's Motion

(ECF No. 175) is hereby GRANTED.  Defendant shall have until June 17, 2022, to file his reply

in support of his § 2255 Motion.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated:  May 25, 2022