**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:92-CR-68-DJN-4** |
| | ) | |
| **VERNON LANCE THOMAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEAL

NOTICE is hereby given that Vernon Lance Thomas, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on June 15, 2022, denying his Motion to Reduce Sentence Pursuant to Section 404 of the First Step Act.

Respectfully submitted,
VERNON LANCE THOMAS

_____/s/_____
Amy L. Austin
Va. Bar No. 46579
Counsel for Mr. Thomas
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804) 565-0880
(804) 648-5033 (fax)
Amy_Austin@fd.org

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on June 27, 2022, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to Richard D. Cooke, Assistant United States Attorney, Office of the United States Attorney, 919 E. Main Street, Suite 1900, Richmond, Virginia 23219, richard.cooke@usdoj.gov.

                                       /s/

                                  Amy L. Austin
                                  Va. Bar No. 46579
                                  Counsel for Mr. Thomas
                                  Assistant Federal Public Defender
                                  Office of the Federal Public Defender
                                  701 E. Broad St., Ste. 3600
                                  Richmond, VA 23219
                                  (804) 565-0880
                                  (804) 648-5033 (fax)
                                  Amy_Austin@fd.org