FILED:  September 15, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6749
(3:92-cr-00068-DJN-4)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

VERNON LANCE THOMAS, a/k/a Anthony Mack, a/k/a V

        Defendant - Appellant

_____

O R D E R

_____

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk