FILED: September 15, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6749
(3:92-cr-00068-DJN-4)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

VERNON LANCE THOMAS, a/k/a Anthony Mack, a/k/a V

        Defendant - Appellant

_____

RULE 45 MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 45 takes

effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*