IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

    v.

                                       Criminal No. 3:92cr68(DJN)
                                       Civil No. 3:22cv99 (DJN)

RICHARD TIPTON,
    Defendant.

## ORDER
### (Denying § 2255 Motion)

This matter comes before the Court on Defendant Richard Tipton's Amended Motion to Vacate Conviction Under 28 U.S.C. § 2255 (ECF No. 159), moving to vacate his convictions in Count Twenty and Twenty-Six in light of the Supreme Court's decision in *United States v. Davisi,* __ U.S. __, 139 S.Ct. 2319 (2019). For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion (ECF No. 159) is hereby DENIED. A certificate of appealability is hereby DENIED.

Let the Clerk file a copy of the Order electronically and send a copy to counsel of record.

It is so ORDERED.

                                               /s/

                                      David J. Novak
                                      United States District Judge

Richmond, Virginia
Dated: October 6, 2022