**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

*Richmond Division*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>)<br>vs. )<br>)<br>)<br>RICHARD TIPTON, III, )<br>Defendant. )<br>) | Civil No. 3:22-CV-00099 (DJN)<br><br>Crim. No. 3:92-CR-00068 (DJN)<br><br>**CAPITAL CASE** |

## NOTICE OF APPEAL

Notice is hereby given that Richard Tipton, III, the petitioner in the above-captioned civil case and defendant in the above-captioned criminal case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's Order (ECF 187) based upon its Memorandum Opinion (ECF 186) denying his Amended Motion to Vacate Conviction Under 28 U.S.C. § 2255, entered in this case on the 6th day of October, 2022.

Respectfully submitted on this, the 5th day of December, 2022.

[SIGNATURES ON FOLLOWING PAGE.]

1

*/s/   Frederick R. Gerson*

Frederick R. Gerson (VSB #39968)
Durrette, Arkema, Gerson & Gill PC
1111 East Main Street, 16th Floor
Richmond, VA  23219
Tel:  (804) 775-6900
Fax:  (804) 775-6911
fgerson@dagglaw.com

Stephen Northup (VSB #16547)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
Tel:  (804) 697-1240
Fax:  (804) 698-5120
steve.northup@troutmansanders.com

*Jeffrey Lyn Ertel (Ga. Bar #249966)
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, GA  30303
Tel:  (404) 688-7530
Fax:  (404) 688-0768
Jeff_Ertel@fd.org

*Gerald W. King, Jr.
Chief, Capital Habeas Unit for the
Fourth Circuit
Federal Public Defender for the
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC  28202
Tel:  (704) 374-0720
Direct:  (704) 688-6946
Gerald_King@fd.org

*Admitted *pro hac vice*

**Counsel for Richard Tipton, III**

## CERTIFICATE OF SERVICE

I certify that on this, the 5th day of December, 2022, the foregoing document was served on all parties or their counsel of record through the CM/ECF system and will be served electronically via email on the attorney listed below:

> Richard Cooke, Esq.
> U.S. Attorney's Office
> Eastern District of Virginia
> 2100 Jamison Avenue
> Alexandria, Virginia 22314
> Richard.Cooke@usdoj.gov

This, the 5th day of December, 2022.

> _/s/   Frederick R. Gerson_
> Frederick R. Gerson (VSB #39968)
> Durrette, Arkema, Gerson & Gill PC
> 1111 East Main Street, 16th Floor
> Richmond, VA  23219
> Tel:  (804) 775-6900
> Fax:  (804) 775-6911
> fgerson@dagglaw.com

3