**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| THE UNITED STATES OF AMERICA | : | |
| | : | Crim. No. 3:92CR68 |
| v. | : | Civ. No. 3:22CV98 |
| | : | |
| JAMES H. ROANE, JR. | : | |
| | : | |
| | : | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that the petitioner in the above named case appeals to the United

States Court of Appeals for the Fourth Circuit from the Order denying his Motion to Vacate

Conviction and Sentence Pursuant to 28 U.S.C. § 2255, entered in this action on the 3rd day of

November 2022.

Respectfully submitted,

<u>/s/ Joanne Heisey</u>
Joanne Heisey
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Joanne_Heisey@fd.org

1

/s/ Bernadette Donovan
Bernadette Donovan
Donovan & Engle
1134 East High St. Unit A
Charlottesville, VA 22902
(800) 428-5214
bernadette@donovanengle.com

Counsel for James H. Roane, Jr.

Dated: December 30, 2022

2

**CERTIFICATE OF SERVICE**

I, Bernadette Donovan, hereby certify that on this 30th day of December 2022, I

submitted the foregoing for filing with service to:

Richard D. Cooke
United States Attorney for the Eastern District of Virginia
919 E. Main St.
Suite 1900
Richmond, VA  23219

/s/ Bernadette Donovan
Bernadette Donovan