Case 3:92-cr-00068-DJN   Document 221   Filed 05/22/24   Page 1 of 1 PageID# 5259

FILED: May 22, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-1
(3:92-cr-00068-DJN-3)
(3:22-cv-00098-DJN)

———————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JAMES H. ROANE, JR., a/k/a J.R.

Defendant - Appellant

———————————

M A N D A T E

———————————

The judgment of this court, entered March 18, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*