# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

October 16, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219


    Re:  James H. Roane
         v. United States
         No. 24-5768
         (Your No. 23-1)


Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on October 11, 2024 and placed on the docket October 16, 2024 as No. 24-5768.



                              Sincerely,

                              **Scott S. Harris**, Clerk

                              by

                              Rashonda Garner
                              Case Analyst