IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                                    Criminal No. 3:92cr68 (DJN)

RICHARD TIPTON, *et al.*,
    Defendants.

## ORDER
### (Denying Rule 35(b) Motion)

This matter comes before the Court on Movant Wakeel Abdul-Sabur's ("Abdul-Sabur")

(a/k/a Willie Lee Seward) Rule 35(b) Motion (ECF No. 223 ("Motion")), which petitions the

Court for a sentence reduction pursuant to Federal Rule of Criminal Procedure 35(b). Because

only the Government may move for a sentence reduction pursuant to Rule 35(b), and because the

Motion is untimely under the Rule, the Court hereby DENIES the Motion (ECF No. 223).

Let the Clerk file a copy of this Order electronically, provide a copy to all counsel of

record and mail a copy to Abdul-Sabur at his last known address.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: January 3, 2025